CO-386-online
10/03

# United States District Court
# For the District of Columbia

Democratic Leadership Council, Inc.  )
)
)
)
        vs      Plaintiff  )     Civil Action No._____
)
United States of America    )
)
)
        Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Democratic Leadership Council, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Democratic Leadership Council, Inc.  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                        Attorney of Record
                                        _____
                                        Signature

938902                                  Robert F. Bauer
BAR IDENTIFICATION NO.                  Print Name

                                        607 14th Street NW
                                        Address

                                        Washington, DC 20005
                                        City          State       Zip Code

                                        (202)628-6600
                                        Phone Number