AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DEMOCRATIC LEADERSHIP COUNCIL, INC.

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA

CASE NUMBER   1:05CV01067

JUDGE: John Garrett Penn

DECK TYPE: General Civil

DATE STAMP: 05/27/2005

TO: (Name and address of Defendant)

United States Attorney
United States Attorney's Office
for the District of Columbia
555 4th Street NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert F. Bauer
Marc E. Elias
Ezra W. Reese
PERKINS COIE
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2011

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAY 2 7 2005

CLERK                                DATE

_Janette Stewart-Cureton_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Democratic Leadership Council, Inc.

vs.

United States of America

No. 1:05CV01067 (JGP)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:45 pm on May 31, 2005, I served United States of America c/o United States Attorney at United States Attorney's Office for the District of Columbia, 501 3rd Street, NW, Washington, DC 20530 by serving Reginald D. Rowan, Paralegal Assistant, authorized to accept. Described herein:

```
   SEX-   MALE
   AGE-   45
HEIGHT-   6'2"
  HAIR-   BROWN
WEIGHT-   220
 COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 05-31-05
Date

ROBERT PROFFITT
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 153173