A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

DEMOCRATIC LEADERSHIP  
COUNCIL, INC. )  
      Plaintiff(s) )    **APPEARANCE**  
) 
)  
      vs. )   CASE NUMBER   1:05-cv-01067 (JGP)  
UNITED STATES OF AMERICA )  
)  
      Defendant(s) )  

To the Clerk of this court and all parties of record:

Please enter the appearance of   Ezra W. Reese   as counsel in this
                                    (Attorney's Name)

case for:  Democratic Leadership Council, Inc.  
                (Name of party or parties)

June 1, 2005  
Date  

                Signature  
                Ezra W. Reese

487760                      Print Name  
BAR IDENTIFICATION  
                607 14th Street NW, Suite 800  
                Address  
                Washington, DC 20005  
                City      State      Zip Code  
                (202)628-6600  
                Phone Number