AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DEMOCRATIC LEADERSHIP COUNCIL, INC.

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA

CASE NUMBER 1:05CV01067

JUDGE: John Garrett Penn

DECK TYPE: General Civil

DATE STAMP: 05/27/2005

TO: (Name and address of Defendant)

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert F. Bauer
Marc E. Elias
Ezra W. Reese
PERKINS COIE
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2011

an answer to the complaint which is served on you with this summons, within __sixty (60)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAY 2 7 2005

CLERK                                DATE

_/s/ Janette Stewart-Cureton_
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL ACTION NO. 05-1067 (JGP) |

**AFFIDAVIT OF RETURN OF SERVICE**

Donna M. Lovecchio, being duly sworn, hereby deposes and says:

1. That my date of birth is August 28, 1957.

2. That my place of business is 607 14th Street NW, Suite 800, Washington, DC 20005.

3. On May 27, 2005, I caused the Summons, Complaint, Notice of Right to Consent To Trial Before a United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case to be mailed by certified mail, return receipt requested, to the Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001. A copy of the receipt showing that delivery was made on May 31, 2005 is attached as Attachment A.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: June 7, 2005

                 *Donna M. Lovecchio*
                 Donna M. Lovecchio

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>MAY 31 2005 | C. Date of Delivery |
| 1. Article Addressed to:<br>Attorney General of the U.S.<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0001 0416 8210 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540