IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC LEADERSHIP<br>COUNCIL, INC., | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | No. 1:05-cv-1067 (JGP) |
| UNITED STATES, | )<br>)<br>) | |
| Defendant. | ) | |

## **A N S W E R**

DEFENDANT, the United States of America, by and through its attorneys, responds to plaintiff's complaint as follows:

### FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted, in that it fails to allege that plaintiff is the sole owner of the claims asserted therein.

### SECOND DEFENSE

FOR ITS FURTHER ANSWER, the United States of America responds to the numbered paragraphs of the complaint as follows:

1. The United States admits the allegations of ¶1, except to deny that any federal income taxes or interest were erroneously or illegally assessed and collected.

2. The United States admits the allegations of ¶ 2, except to deny that the IRS's revocation of DLC's tax exempt status was erroneous.

3. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶ 3.

4. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶4.

5. The United States lacks sufficient knowledge or information to admit or deny the allegations of  ¶ 5.

6. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶ 6.

7. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶ 7.

8. The United States admits the allegations of ¶ 8.

9. The United States admits the allegations of ¶ 9.

10. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶ 10.

11. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶ 11.

12. The United States denies the allegations of ¶ 12, except to admit that to the extent subject matter jurisdiction exists, it exists under 28 U.S.C. § 1346(a)(1).

13. The United States admits the allegations of ¶ 13.

14. The United States admits the allegations of ¶ 14.

15. The United States admits the allegations of ¶ 15.

16. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶ 16.

17. The United States lacks sufficient knowledge or information to admit or deny the allegations of  ¶ 17.

18. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶ 18.

19. The United States admits the allegations of ¶ 19.

20. The United States admits the allegations of ¶ 20.

21. The United States admits the allegations of ¶ 21.

22. The United States admits the allegations of ¶ 22.

23. The United States admits the allegations of ¶ 23.

24. The United States admits the allegations of ¶ 24.

25. The United States admits the allegations of ¶ 25.

26. The United States admits the allegations of ¶ 26.

27. The United States admits the allegations of ¶ 27.

28. The United States denies the allegations of ¶ 28.

29. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶ 29.

30. The United States admits the allegations of ¶ 30.

31. The United States admits the allegations of ¶ 31.

32. The United States admits the allegations of ¶ 32.

33. The United States admits the allegations of ¶ 33.

34. The United States admits the allegations of ¶ 34.

35. The United States admits the allegations of ¶ 35.

36. The United States denies the allegations of ¶ 36.

37. The United States admits the allegations of the first and second sentences of ¶ 37.  The United States denies the allegations of the third sentence of ¶ 37.

38. The United States denies the allegations of ¶ 38.

39. The United States denies the allegations of ¶ 39.

40. The United States lacks sufficient knowledge or information to admit or deny the allegations of  ¶ 40.

41. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶ 41.

42. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶ 42.

43. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶ 43.

44. The United States denies the allegations of ¶ 44.

45. The United States admits the allegations of ¶ 45.

46. The United States denies the allegations of ¶ 46.

47. The United States admits the allegations of ¶ 47.

48. The United States admits the allegations of ¶ 48.

49. The United States denies the allegations of ¶ 49.

50. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶ 50.

51. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶ 51.

52. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶ 52.

53. The United States lacks sufficient knowledge or information to admit or deny the allegations of ¶ 53.

54. For its response to ¶ 54, the United States incorporates its responses to ¶¶ 1 through 53 as though fully set forth herein.

55. The United States denies the allegations of ¶ 55.

56. The United States denies the allegations of ¶ 56.

57. The United States denies the allegations of ¶ 57.

58. For its response to ¶ 58, the United States incorporates its responses to ¶¶ 1 through 57 as though fully set forth herein.

59. The United States denies the allegations of ¶ 59.

60. The United States denies the allegations of ¶ 60.

61. The United States denies the allegations of ¶ 61.

62. For its response to ¶ 62, the United States incorporates its responses to ¶¶ 1 through 61 as though fully set forth herein.

63. The United States denies the allegations of ¶ 63.

64. The United States denies the allegations of ¶ 64.

65. The United States denies the allegations of ¶ 65.

66. For its response to ¶ 66, the United States incorporates its responses to ¶¶ 1 through 65 as though fully set forth herein.

67. The United States denies the allegations of ¶ 67.

68. The United States denies the allegations of ¶ 68.

69. The United States denies the allegations of ¶ 69.

70. For its response to ¶ 70, the United States incorporates its responses to ¶¶ 1 through 69 as though fully set forth herein.

71. The United States denies the allegations of ¶ 71.

72. The United States denies the allegations of ¶ 72.

73. The United States denies the allegations of ¶ 73.

74. For its response to ¶ 74, the United States incorporates its responses to ¶¶ 1 through 73 as though fully set forth herein.

75. The United States denies the allegations of ¶ 75.

76. The United States denies the allegations of ¶ 76.

77. The United States denies the allegations of ¶ 77.

78. For its response to ¶ 78, the United States incorporates its responses to ¶¶ 1 through 77 as though fully set forth herein.

79. The United States denies the allegations of ¶ 79.

80. The United States denies the allegations of ¶ 80.

81. The United States denies the allegations of ¶ 81.

82. For its response to ¶ 82, the United States incorporates its responses to ¶¶ 1 through 81 as though fully set forth herein.

83. The United States denies the allegations of ¶ 83.

84. The United States denies the allegations of ¶ 84.

85. The United States denies the allegations of ¶ 85.

86. For its response to ¶ 86, the United States incorporates its responses to ¶¶ 1 through 85 as though fully set forth herein.

87. The United States denies the allegations of ¶ 87.

88. The United States denies the allegations of ¶ 88.

89. The United States denies the allegations of ¶ 89.

WHEREFORE, having responded fully to plaintiff's complaint, the United States prays that this Court dismiss the complaint with prejudice, grant to the United States its costs of defense, and grant such other and further relief as may be deemed just and proper under the circumstances.

DATE: August 1, 2005.

/s/ Michael J. Martineau

MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6483
michael.j.martineau@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing United States' ANSWER was caused to be served upon plaintiff's counsel on the 1st day of August, 2005, in accordance with the Court's ECF procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>ROBERT F. BAUER, ESQUIRE
>MARC E. ELIAS, ESQUIRE
>EZRA W. REESE, ESQUIRE
>Perkins Coie
>607 Fourteenth Street, NW,
>Suite 800
>Washington, DC  20005-2011.
>rbauer@perkinscoie.com

/s/ Michael J. Martineau
_____
MICHAEL J. MARTINEAU