*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **DEMOCRATIC LEADERSHIP COUNTIL, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 05-1067 (JGP)** |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

This case came before the Court for an initial scheduling conference on September 7, 2005. In accordance with the parties' Joint Statement [#8], it is hereby

**ORDERED**:

1. The parties shall make initial disclosures, as required by Fed.R.Civ.P. 26(a)(1), on or before September 12, 2005.

2. Motions for summary judgment shall be filed on or before May 1, 2006. Oppositions to motions for summary judgment shall be filed on or before June 1, 2006, and replies shall be filed on or before June 15, 2006.

3. Discovery shall include up to ten (10) depositions per party. The parties shall retain the right to seek additional depositions as the case may warrant. Depositions shall be limited to seven (7) hours in accordance with Fed.R.Civ.P. 30. The parties agree to two sets of interrogatories of no more than twenty-five (25) each, including subparts. Non-expert discovery shall be completed on or before January 31, 2006.

4. Pursuant to Fed.R.Civ.P. 26(a)(2), expert witness disclosures shall be made on or before February 28, 2006. Depositions and discovery of experts shall be completed on or before March 31, 2006.

5. A status hearing shall be held on **May 2, 2006, at 10:00 A.M.** in Courtroom 15.

**Date: September 8, 2005**                                    **JOHN GARRETT PENN**
                                                               **United States District Judge**