IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:05-cv-1067 (JGP) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) |

**UNITED STATES' MOTION TO EXTEND
NON-EXPERT DISCOVERY DEADLINE**

The defendant, the United States of America, by and through its undersigned counsel, moves the Court to amend the scheduling Order entered September 8, 2005, to extend the deadline for completion of non-expert discovery to March 31, 2006, *with all other deadlines in the scheduling order to remain in effect.* As grounds for this motion, the United States states as follows:

1. This is a tax refund suit brought by the Democratic Leadership Council, Inc. ("DLC") arising out of the Internal Revenue Service's revocation of the DLC's tax exempt status under Section 501(c)(4) of the Internal Revenue Code (26 U.S.C.) for the years 1997, 1998, and 1999.

2. Paragraph 3 of the scheduling Order entered September 8, 2005, provides that non-expert discovery shall be completed by January 31, 2006. The deadline for completion of all discovery is March 31, 2006.

1444055.1

3.   The parties have undertaken extensive documentary discovery. On November 23, 2005, the DLC produced to the United States 11,767 pages of documents in response to the United States' document production request. The DLC has served an extensive document production request on the defendant. The Internal Revenue Service is conducting an exhaustive search for documents responsive to plaintiff's request. The United States requires additional time in which to complete document discovery and to review and analyze the 11,767 pages of documents produced to the United States by the DLC. Upon analysis and review of 11,767 pages of documents produced by the DLC, the United States intends to take depositions beginning in January, 2006. The extension of the non-expert discovery deadline is necessary to provide flexibility in the scheduling of depositions for the convenience of counsel and the witnesses. For these reasons, the requested extension of the non-expert discovery deadline is necessary to allow the parties sufficient time to complete non-expert discovery in an orderly fashion.

4.   *If the motion is granted, all other deadlines in the scheduling Order entered on September 8, 2005, shall remain in effect.* The deadline for completion of all discovery in the case is March 31, 2006. The extension of the non-expert discovery deadline until March 31, 2006, will not alter the existing schedule for disposition of the case, including the May 1, 2006, deadline for filing motions for summary judgment.

5.   In accordance with LCvR 7(m), on December 1, 2005, and December 5, 2005, the undersigned counsel for the United States ("the undersigned") conferred with plaintiff's counsel concerning this motion. The undersigned advised plaintiff's

counsel that the undersigned's purpose in seeking to extend the non-expert discovery deadline is to allow the parties sufficient time to complete documentary discovery, and to provide sufficient flexibility in the scheduling of depositions for the convenience of counsel and the witnesses. The undersigned also emphasized to plaintiff's counsel that extension of the non-expert discovery deadline to March 31, 2006, to coincide with the deadline for completion of all discovery (also set on March 31, 2006) will not alter the existing schedule for disposition of the case.  Plaintiff's counsel does not consent to the granting of this motion. The undersigned respectfully requests that, if the plaintiff files a written opposition to this motion, oral argument be held on the motion, pursuant to LCvR 7(f).

6. Accordingly, the United States respectfully requests the Court to grant this motion.  A proposed order is being filed with this motion.

Date:  December 6, 2005.

Respectfully submitted,

/s/ Michael J. Martineau

MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6483

OF COUNSEL:

KENNETH l. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Motion To Extend Non-Expert Discovery Deadline has been made this 6th day of December, 2005, in accordance with the Court's ECF procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>ROBERT F. BAUER, ESQUIRE
>MARC E. ELIAS, ESQUIRE
>EZRA W. REESE, ESQUIRE
>Perkins Coie
>607 Fourteenth Street, NW,
>Suite 800
>Washington, DC  20005-2011
>rbauer@perkinscoie.com

/s/ Michael J. Martineau

_____
MICHAEL J. MARTINEAU