IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:05-cv-1067 (JGP) |
| UNITED STATES, | ) ) ) | |
| Defendant. | ) | |

**ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE**

Upon consideration of the United States' Motion To Extend Non-Expert Discovery Deadline, and

The Court finding that good cause exists for the granting of said motion, it is

ORDERED that the United States' Motion To Extend Non-Expert Discovery Deadline be and hereby is GRANTED; and it is further

ORDERED that the deadline for completion of non-expert discovery is extended to March 31, 2006; and it is further

ORDERED that all other deadlines set forth in the scheduling Order entered September 8, 2005, shall remain in effect.

It is so ORDERED.

_____
JOHN GARRET PENN
United States District Judge

1444056.1

Case 1:05-cv-01067-LFO   Document 10-2   Filed 12/06/2005   Page 2 of 2

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Order Extending Non-Expert Discovery Deadline has been made this 6th day of December, 2005, in accordance with the Court's ECF procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> ROBERT F. BAUER, ESQUIRE
> MARC E. ELIAS, ESQUIRE
> EZRA W. REESE, ESQUIRE
> Perkins Coie
> 607 Fourteenth Street, NW,
> Suite 800
> Washington, DC  20005-2011
> rbauer@perkinscoie.com

/s/ Michael J. Martineau

_____
MICHAEL J. MARTINEAU

181249.1