IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DEMOCRATIC LEADERSHIP COUNCIL,
INC.,

        Plaintiff,

   v.

UNITED STATES,

        Defendant.

No. 1:05-cv-1067 (JGP)

**ORDER DENYING DEFENDANT'S MOTION TO EXTEND NON-EXPERT DISCOVERY DEADLINE**

    Upon consideration of Defendant's Motion to Extend Non-Expert Discovery Deadline, and

    The Court finding that no good cause exists for the granting of said motion, it is

    ORDERED that the Defendant's Motion to Extend Non-Expert Discovery Deadline be and hereby is DENIED.

    It is so ORDERED.

 

JOHN GARRET PENN
United States District Judge