UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMOCRATIC LEADERSHIP** ) <br> **COUNCIL, INC.** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA** ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 05-1067 (JGP) |

## ORDER

This matter is before the Court on defendant's **[#10] Motion for Extension of Time to Complete Non-expert Discovery**, which was filed on December 6, 2005. Within that Motion, defendant "moves the Court to . . . extend the deadline for completion of non-expert discovery to March 31, 2006[.]" **Def.'s Mot. for Ext. of Time at 1.** At present, pursuant to the Court's [#9] Scheduling Order Setting Dates for Dispositive Motions and Discovery, non-expert discovery shall be completed by January 31, 2006.

Within the December 6, 2005 **[#11] Memorandum in Opposition**, plaintiff takes issue with defendant's requested [#10] Motion for Extension of Time, *inter alia*, on the ground that "[t]he original schedule reflects the result of a negotiated agreement between [p]laintiff and [d]efendant." **Plff.'s Memo in Opp. at 2.** Further, in plaintiff's view, "extending the discovery deadline would unfairly prejudice plaintiff." *Id.*

The Court does not conclude that unfair prejudice will result to plaintiff from extending the non-expert discovery deadline by two months, especially in light of the voluminous discovery

served on defendant. Moreover, in the event that plaintiff needs additional time to prepare and file its Motion for summary judgment, plaintiff may file a Motion for an extension of time. Accordingly, and for good cause shown, it is hereby

**ORDERED** that defendant's [#10] Motion for Extension of Time to Complete Non-expert Discovery shall be **GRANTED.** And it is further

**ORDERED** that non-expert discovery shall be completed on or before March 31, 2006.

**Date: December 22, 2005**                                                                 **JOHN GARRETT PENN**
                                                                                                                **United States District Judge**