IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>UNITED STATES, <br><br>　　　　　　Defendant. | No. 1:05-cv-1067 (JGP) |

**PLAINTIFF'S CONSENT MOTION TO EXTEND SUMMARY JUDGMENT DEADLINE**

　　Plaintiff Democratic Leadership Council, Inc., by and through its undersigned counsel, moves this Court to amend the scheduling Order entered September 8, 2005, to extend the deadline for summary judgment motions, oppositions to summary judgment motions, and replies, so that motions for summary judgment shall be filed on or before July 3, 2006; oppositions to motions for summary judgment shall be filed on or before August 1, 2006; and replies shall be filed on or before August 15, 2006. As grounds for this motion, the Plaintiff states as follows:

　　1.　This Court's scheduling Order, entered on September 8, 2005, was the product of a Meet and Confer Statement jointly agreed to by both parties. The parties agreed that non-expert discovery would end on January 31, 2006; that motions for summary judgment would be filed on or before May 1, 2006; that oppositions to motions for summary judgment would be filed on or before June 1, 2006; and that replies would be filed on or before June 15, 2006.

2. On December 22, 2005, this Court granted Defendant's motion to extend the deadline for non-expert discovery until March 31, 2006.

3. As a result, both parties now have one month between the close of discovery and the filing of summary judgment motions, instead of the three months initially contemplated by both parties.

4. In accordance with LCvR 7, on April 21, 2004 the undersigned conferred with Defendant's counsel concerning this motion. Defendant's counsel advised the undersigned that he consented to the granting of this motion.

5. Accordingly, the Plaintiff respectfully requests that this Court grant this motion.

Respectfully Submitted,

Dated: April 24, 2006  _____
Ezra W. Reese (D.C. Bar No. 487760)
PERKINS COIE
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2011
(202) 628-6600

Attorney for Democratic Leadership Council, Inc.