IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant. | No. 1:05-cv-1067 (JGP) |

**ORDER EXTENDING SUMMARY JUDGMENT DEADLINE**

　　　　Upon consideration of Plaintiff's Consent Motion to Extend Summary Judgment Deadline, and

　　　　The Court finding that good cause exists for the granting of said motion, it is

　　　　ORDERED that the Plaintiff's Consent Motion to Extend Summary Judgment Deadline be and hereby is GRANTED; and it is further

　　　　ORDERED that motions for summary judgment shall be filed on or before July 3, 2006; and it is further

　　　　ORDERED that oppositions to motions for summary judgment shall be filed on or before August 1, 2006; and it is further

　　　　ORDERED that replies shall be filed on or before August 15, 2006.

　　　　It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOHN GARRET PENN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge