IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., <br><br>                    Plaintiff, <br><br>        v. <br><br> UNITED STATES, <br><br>                    Defendant. | No. 1:05-cv-1067 (JGP) |

**PLAINTIFF'S CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE**

Plaintiff Democratic Leadership Council, Inc., by and through its undersigned counsel, moves this Court to amend the scheduling Order entered April 12, 2006, to reschedule the Status Conference currently scheduled for May 15, 2006, to September 18, 2006. As grounds for this motion, the Plaintiff states as follows:

1. On April 25, this Court granted the parties' Consent Motion to extend the deadline for summary judgment motions, oppositions to summary judgment motions, and replies, so that motions for summary judgment shall be filed on or before July 3, 2006; oppositions to motions for summary judgment shall be filed on or before August 1, 2006; and replies shall be filed on or before August 15, 2006.

2. In accordance with LCvR 7, on May 9, 2006 the undersigned conferred with Defendant's counsel concerning this motion. Defendant's counsel advised the undersigned that he consented to the granting of this motion.

3. Accordingly, the Plaintiff respectfully requests that this Court grant this motion.

Respectfully Submitted,

Dated: May 9, 2006                             _____
                                               Ezra W. Reese (D.C. Bar No. 487760)
                                               PERKINS COIE
                                               607 Fourteenth Street, N.W.
                                               Washington, D.C.  20005-2011
                                               (202) 628-6600

                                               Attorney for Democratic Leadership Council, Inc.