IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DEMOCRATIC LEADERSHIP COUNCIL,
INC.,

        Plaintiff,

   v.

UNITED STATES,

        Defendant.

No. 1:05-cv-1067 (JGP)

**ORDER RESCHEDULING STATUS CONFERENCE**

      Upon consideration of Plaintiff's Consent Motion to Reschedule Status Conference, and

      The Court finding that good cause exists for the granting of said motion, it is

      ORDERED that the Plaintiff's Consent Motion to Reschedule Status Conference be and hereby is GRANTED; and it is further

      ORDERED that the Status Conference be rescheduled to September 18, 2006.

      It is so ORDERED.

JOHN GARRET PENN
United States District Judge