IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC LEADERSHIP<br>COUNCIL, INC., | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | ) | No. 1:05-cv-1067 (JGP) |
| UNITED STATES, | )<br>)<br>) | |
| Defendant. | ) | |

**UNITED STATES' AGREED MOTION TO EXTEND
SUMMARY JUDGMENT DEADLINE**

The United States of America moves the Court to amend the scheduling order entered on April 25, 2006, to extend the deadlines for filing motions and briefs on summary judgment to:

- Motions for summary judgment due July 17, 2006 (moved from July 3, 2006);

- Oppositions to motions for summary judgment due August 15, 2006 (moved from August 1, 2006); and,

- reply briefs due August 29, 2006 (moved from August 15, 2006).

This is the second request that the dates be extended.

As grounds for the motion, the United States submits that Michael Martineau had been the United States' lead counsel throughout the case. He has been the only Department of Justice attorney substantially involved in developing the case and taking the discovery. Mr. Martineau was out of the office from May 1, 2006, through May 29, 2006. Although he returned to the office on May 30, 2006, Mr. Martineau has been out of the office since. A new attorney was assigned primary responsibility for the case at that time until Mr. Martineau's return. But the size of the record and the attorney's other responsibilities have meant additional time was required to prepare the United States' position for and briefs on summary judgment.

2

In accordance with Local Civil Rule 7, counsel for the parties conferred about the case. Counsel for the Democratic Leadership Counsel have consented to the request in this motion.

The United States respectfully requests that the motion be granted.

Dated: June 20, 2006

Respectfully Submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
DAVID A. HUBBERT
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044
Phone/Fax: (202) 307-6390/514-6866
Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

    IT IS CERTIFIED that the foregoing UNITED STATES' AGREED MOTION TO EXTEND SUMMARY JUDGMENT DEADLINE was caused to be served upon plaintiff's counsel on the 21st day of June, 2006, in accordance with the Court's ECF procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

    ROBERT F. BAUER, ESQUIRE
    MARC E. ELIAS, ESQUIRE
    EZRA W. REESE, ESQUIRE
    Perkins Coie
    607 Fourteenth Street, NW,
    Suite 800
    Washington, DC  20005-2011.
    rbauer@perkinscoie.com

    /s/ Pat S. Genis
    PAT S. GENIS