IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:05-cv-1067 (JGP) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) |

**(PROPOSED) ORDER EXTENDING
SUMMARY JUDGMENT DEADLINE**

Having considered the United States' Agreed Motion to Extend Summary Judgment Deadline and for good cause, it is

ORDERED that the United States' Agreed Motion to Extend Summary Judgment Deadline is granted;

ORDERED that Motions for summary judgment shall be filed by July 17, 2006;

ORDERED that oppositions to motions for summary judgment shall be filed by August 15, 2006; and,

ORDERED that reply briefs shall be filed by August 29, 2006.


Dated this _____ day of June, 2006.


_____
JOHN GARRET PENN
United States District Judge

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing (Proposed) Order Extending Summary Judgment Deadline was caused to be served upon plaintiff's counsel on the 21st day of June, 2006, in accordance with the Court's ECF procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

ROBERT F. BAUER, ESQUIRE
MARC E. ELIAS, ESQUIRE
EZRA W. REESE, ESQUIRE
Perkins Coie
607 Fourteenth Street, NW,
Suite 800
Washington, DC  20005-2011.
rbauer@perkinscoie.com


/s/ Pat S. Genis
PAT S. GENIS