IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:05-cv-1067 (JGP) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) |

**United States Motion for Summary Judgment**

In this case, the Democratic Leadership Council seeks a refund of $20,083 in income taxes that it paid when the Internal Revenue Service revoked its tax exempt status for 1997, 1998, and 1999. The DLC was granted tax exempt status under Section 501(c)(4) in 1985 because it represented its purpose was to benefit the community as a whole by developing new ideas and policies on important public issues. The Service determined, however, that during 1997, 1998, and 1999 the DLC primarily operated to benefit a private group: individuals who might run for office, were running for elected office, or had been elected to office as Democrats, or particularly New Democrats. Based on the undisputed material facts as set forth in the United States Statement of Facts, the DLC was not a tax exempt organization during 1997, 1998, and 1999 because it operated to benefit a private group. Accordingly, pursuant to Rule 56 of the Federal Rules of Civil Procedure, the United

2

States moves for summary judgment, and the complaint should be dismissed. A statement of facts in support of the motion, a memorandum of points and authorities, the Declaration of David A. Hubbert (with Appendixes 1, 2, and 3), and the Declaration of Taylor Lincoln are filed with this motion.

Dated: July 17 2006

                                      Respectfully Submitted,

                                      /s/ Pat S. Genis
                                      PAT S. GENIS, #446244
                                      DAVID A. HUBBERT
                                      Trial Attorneys, Tax Division
                                      U.S. Department of Justice
                                      P.O. Box 227
                                      Washington, DC 20044
                                      Phone/Fax: (202) 307-6390/514-6866
                                      Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT was caused to be served upon plaintiff's counsel on the 17th day of July, 2006, in accordance with the Court's ECF procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>ROBERT F. BAUER, ESQUIRE
>MARC E. ELIAS, ESQUIRE
>EZRA W. REESE, ESQUIRE
>Perkins Coie
>607 Fourteenth Street, NW,
>Suite 800
>Washington, DC  20005-2011.
>rbauer@perkinscoie.com

/s/ Pat S. Genis
PAT S. GENIS