IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05-cv-1067 (JGP) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**Statement of Facts
in Support of United States'
Motion for Summary Judgment**

The United States submits this statement of facts that are not in dispute in

support of its motion for summary judgment.

1.    The DLC uses the terms "New Democrat" and "Third Way" to refer

generally to its approach and policies.  (From Dep at p. 19)("And we thought the

country needed an alternative.  And that's what we set out to do.  I think that's

what we did.  It's called the Third Way [i]nternationally. It is a progressive agenda.

And the brand here is New Democrat.")

2.    The DLC was founded by prominent members of the Democratic Party

and incorporated on March 4, 1985, in the District of Columbia.  (From Dep. pp. 12-

13.)

3.     The DLC's articles of incorporation designated Senator Charles S.

Robb (D-VA), Senator Sam Nunn (D-Ga), and Congressman Richard A. Gephardt

(D-Mo.) as the organization's directors.  (Ex. 66.)

2

4.     Throughout the years at issue Senator Joseph Lieberman (D. Conn) was the DLC's Chairman.  (From Dep. p. 108.)

5.     The Vice Chairman during 1997 through 1999 was Gov. Roy Romer (D-Colo).  Romer, in 1998, also served as Chairman of the Democratic National Committee.  (*See Romer 'relieved' to step down as Chairman of DNC*, The Denver Post p. A-22, September 24, 1999.)

6.      Al From has been the DLC's President and Chief Executive Officer from its formation, including the years 1997 through 1999.  (From Dep. p. 42; Ex 67.)

7.     In November 1985, DLC filed its application for tax exempt status as an organization under 26 U.S.C. §501(c)(4).  (Pltf Ex. 2.)

8.     The DLC's application listed a number of activities that it contemplated in executing "its sole purpose – the stimulation of public policy dialogue and innovation within and outside the Democratic Party, under the general leadership of certain elected offices of the party."[1]  (Pltf Ex. 2 p. 29.)

---

[1]      To further this purpose, the application stated that the DLC intended to conduct the following activities: task forces, town meeting and issue forums on business, labor, civic, student, and other audiences, policy meetings, contracting for studies (such as the Wharton Econometrics study on the competitive position of the American economy),  public affairs programs (including press conferences, meetings with editorial boards, and press releases), and fund raising receptions and dinners. Pltf. Ex. 2 p. 23-24.

3

9.     The application cited two task forces the DLC had created as examples of its policy work:  a Task Force on National Defense Strategy and a Task Force on Economic Growth and Competitiveness.  (Pltf Ex. 2 p. 29-30.)

10.     All of the members of both task forces cited in the application were elected Democrats.[2]

11.     The DLC's application also included a copy "Winning the World Economy," as an example of the type of publication the DLC would make available to the public.  (Pltf Ex. 2 p. 29; Ex. 65.)

12.      The publication's preface reiterates that, "[t]he Council (DLC) is an unprecedented collaboration of elected Democrats at all levels: governors, senators, representatives, state legislators and mayors." (Ex. 65 p. USA 1219.).

13.     The publication lists "The Republican Record" on several economic issues, and then outlines a "Democratic Competitive Strategy" that recommends

---

[2]  The members of the Task Force on National Defense Strategy were: Co-Chairmen, Sen. Sam Nunn (D-Ga.); Gov. Bruce Babbitt (D-Ariz.); and, Rep. Les Aspin (D-Wis.); and Members, Sen. Dennis DeConcini (D-Ariz.); Sen. Jeff Bingaman (D-N.M.); Sen. Ed Zorinsky ( D-Neb.); Rep. Beverly Byron (D-Md.); Rep. Dan Glickman (D-Kansas); Rep. Ike Skelton (D-Mo.); Rep. Norm Dicks (D-Wash.); and Rep. Tim Wirth (D-Colo.).  The members of the Task Force on Economic Growth and Competitiveness were:  Co-Chairmen, Sen. Lloyd Bentsen (D-Texas); Gov. Jim Blanchard (D-Mich.); and, Rep. Leon Panetta (D-Calif.); and Members Sen. Max Baucus (D-Mont.); Sen. Jim Sasser (D-Tenn.); Sen. James Exon (D-Neb.); Gov. Bill Clinton (D-Ark.); Gov. George Nigh (D-Okla.); Gov. Richard Lamm (D-Colo.); Rep. Ronnie Flippo (D-Al); Rep. Dick Durbin (D-Ill.); Rep. Phil Sharp (D-Ind.); Rep. Jim Wright (D-Texas); Rep. Lindsay Thomas (D-Ga.); Rep. Dan Mica (D-Fla.); Rep. Bill Gray (D-Pa.); and, Rep. Buddy MacKay (D-Fla.).

4

approaches "as an alternative to Republican inaction and a point of departure for a vigorous debate on competitiveness..."  (Ex. 65 p. USA 1229.)

The conclusion for "Winning in the World Economy" states:

Devoid of vision and intent on inaction, the Republican Party offers no coherent response to the greatest domestic challenge facing America during the rest of this century.  The Democratic Party—traditionally the agent of change and progress in America—must fill the leadership vacuum and illuminate the way ahead.

(Ex. 65 p. USA 1238.)

14.    Speakers at the 1997, 1998 and 1999 annual DLC conferences included prominent Democratic elected officials, including President Clinton and Vice-President Gore, both of whom have had substantial involvement in DLC activities for many years, including President Clinton's role in the founding of DLC and serving as its Chairman.  *(See* Gov't MSJ Ex. 1; Ex. 80; and, Ex. 81.)

15.    The 1998 annual conference included speakers such as Senator John Kerry (D-MA), Senator Bob Kerrey (D-NE) and Vice President Al Gore.  (Ex. 80.)

16.    Speakers at the 1999 conferences included President Clinton, then Vice-President and 2000 Democratic Presidential Candidate Al Gore, and Senator and 2000 Democratic Vice-Presidential candidate Joe Lieberman. (Ex. 81.)

17.     No Republican elected officials, officials of any other party or independents were featured speakers in the DLC Annual Conferences in 1997, 1998, and 1999.  (Lincoln Declar., Ex. 1 at ¶¶ 21, 24, and 26.)

18.    The DLC Annual Conference consisted of three facets: a leadership dinner, a conference, and a reception.  (Lincoln Declar., Ex. 1 at ¶15.)

5

19.    Of the 141 elected officials who said they would attend at least one facet of the Annual Conference festivities in the years studied, at least 139 were Democrats, and the political affiliations of the others could not be determined. (Lincoln Declar., Ex. 1 at ¶ 16, 20, 22, 25, and n.11.)

20.    At the Democratic Nucleus Club in Phoenix, Arizona, on April 20, 1998, From stated:

> In 1985, a small band of New Democrats-including a young governor from Arkansas and a freshman Senator from Tennessee-formed the Democratic Leadership Council to redefine our party. We believed that was essential to reversing our party's fortunes in presidential elections and building a New Democratic majority in national politics.
>
> *                           *                           *
>
> The bottom line is this: We need to build a new 21st century political infrastructure-a new information based political network, if you will-that will help, not hinder, our candidates who run on the New Democrat message.
>
> We can do that. And, the DLC is expanding considerable energy to find tomorrow's leaders in our party and to build that network. We want you to be part of that network.
>
> *                           *                           *
>
> If we want to become a majority party at the dawn of the 21st century, we simply need to replicate our success at the presidential level at every other level of American politics.
>
> You can help make that happen.  Join with us, and together we will build a Democratic Party that again unites those Americans struggling to join the middle class with those struggling to stay there- a broad-based Democratic Party united around President Clinton's core New Democrat principles of opportunity , responsibility, community, and empowering government.

6

> Together, we can build such a party. And when we do, we will be back
> in our rightful places as America's majority party.

(From Dep. p. 161; Ex 114.)

21.    From in the DLC Update, Tuesday, May 6, 1997 (MSJ Ex. 8) said:

> Passing [a balanced budget] in Congress with Democratic support is
> crucial to the future of our Party.

> Only then can we as Democrats begin to deal with the second problem
> of reorganizing budget priorities to promote public investment.

> But, if Democrats sabotage a balanced budget on the brink of its
> achievement by a Democratic President, much of the ground we have
> gained since 1992 achieving political parity with the Republicans will
> be rapidly lost as we once again get labeled as "tax and spend" liberals
> unfit to guard taxpayer's money.

> All Democrats should support the President on this agreement. For our
> country, and for our party, it is a simple choice of either moving ahead
> or going back.

22.    In the DLC magazine "The New Democrat," DLC president From

authored a short essay known as the "Political Memo."  From's statements in these

essays include:

> In sum, the best way for Democrats to further our enduring values in
> the Information Age is to promote New Democrat ideas and govern as
> New Democrats

> . . . The best way to be a true Democrat is to be a New Democrat. That's the
> bottom line.

(January/February 1998)(MSJ Ex. 2.)

> . . .America is strong today because President Clinton had the vision
> and the courage  to put so many New Democratic ideas into action -
> ideas that are making this a better, safer, and more prosperous
> country.

7

New Democratic ideas shaped by the DLC and our affiliated think tank, the Progressive Policy Institute, have transformed the Democratic party. . .

We succeeded because we offered new and innovative ways to further our party's cherished values and highest ideals. . .

We made the 1990's the New Democratic decade. Let's make the 21st century the New Democratic century. We can do it if we keep our sights set on the future...It is the destiny of this New Democratic movement to remain young forever. The vital center starts here.

(November/December 1999)(MSJ Ex. 3.)

23.     From said at DLC 1996 Policy Forum and Gala on December 11, 1996

(Ex. 111):

1996 was a very good year for the DLC-and 1997 promises to be an even better one. We meet today at a time of great triumph, great challenge, and great opportunity for the new Democratic movement.

Our triumph is President Clinton's historic reelection victory, the culmination of an effort we have waged together for more than a decade to pick the Republican lock on the electoral college and to put and keep a New Democrat in the White House.

24.     From said at the 1997 DLC Annual Conference on October 27, 1997(Ex. 112.):

I want to report to you this morning the state of the New Democrat movement. Looking back over more than 12 years of hard work and struggle, we can be justly proud of what we have accomplished together. We have been instrumental to the success of our nation's first two-term Democratic President since Franklin Roosevelt. We have become the prime source of intellectual leadership and innovation for a party that once seemed hopelessly wedded to the status quo. And we've begun to reclaim the Democratic Party from the hard left and move it back into the vital center of American politics.

25.     From said at the 1998 DLC Annual Conference on December 2, 1998 (Ex. 113):

8

Our triumph is that New Democrats, led by President Clinton and Vice President Gore, have redefined the center of American politics and in doing so we've also redefined our party.

That triumph is our opportunity—for we now have the chance to make the Democratic Party once again the dominant party in American politics. But our challenge is to turn that opportunity into a reality—to resist the temptation to return to old, discredited ways of the 1980s—and to build a modern, centrist, progressive party for the 21st century.

With this conference, we, in the Democratic Leadership Council, accept that challenge.

Let me be very clear about why we're here and what the DLC is about. Our mission is to ensure that the new Democrat politics that has dominated our party for the last six years continues to be the defining politics for the Democratic Party and for our country after President Clinton leaves office in 2001. We need a Democratic Party that tackles America's most difficult challenges with the kind of bold and innovative ideas that we are hearing about today. That is the key, not only to holding onto the White House in the year 2000, but to rebuild our party at the congressional and gubernatorial levels, as well.

26.    From said at the 1999 DLC Annual Conference on October 14, 1999 (Ex. 115):

We began this decade hoping to end the Democratic Party's losing streak in presidential politics. We end it with a New Democrat president finishing his second successful term, and with our sights set on returning a transformed Democratic Party to its rightful place as the majority party in American politics.

        *                           *                           *

In the 1990's the New Democrats reversed our party's fortunes in presidential elections. Now we must set our sights on making a modernized Democratic Party the majority party in America once again. Let's make the 21st Century the New Democratic Century.

27.    At the Democratic Party Legislative Ball in Salt Lake City, Utah, on

January 13, 1999, Al From said (Ex. 116):

9

In 1999, the DLC has a very clear mission: to ensure that the New Democratic politics that has dominated our party for the last six years, continues to be the defining politics for the Democratic Party and for our country after President Clinton leaves office in 2001.

We need—and are determined to build—a modern, centrist, progressive Democratic Party that tackles America's most difficult challenges with bold and innovative ideas. That is the key, not only to holding onto the White House in the year 2000, but to rebuilding our party at the congressional and gubernatorial levels, as well.

New Democrats have come a very long way. When we launched the DLC in 1985, most political observers believed no Democrat would be elected President again this century. We proved the experts wrong. New Democrat Bill Clinton was not only elected in 1992, but became the first Democrat to be re-elected to a second term since Franklin Roosevelt 60 years before.

28.     At the Jefferson-Jackson Dinner in Boise, Idaho, on June 13, 1999, From stated (Ex. 117):

I come to you tonight with a message of hope. I know the last four years have not been the best four years in the history of the Idaho Democratic Party. But my message to you tonight is: don't get discouraged; don't give up. You can turn this around—and you will turn this around.

I know something about turning parties around.

In 1984, the party of Franklin Roosevelt, and Harry Truman, and John Kennedy; the party that led America to most of its economic and social progress in the 20th century, the party that dominated American politics for nearly five decades, lost 49 states. There are a lot of people who thought if the election had been a day or two later, we would have lost all 50. We hit bedrock. Indeed, in 1980's, in each of those three presidential elections, we lost at least 40 states. By 1992, we had lost five of the last six presidential elections, and most political experts said we would not win the presidency again this century.

Be we did not give up. With a young governor from Arkansas and a freshman senator from Tennessee, we formed the Democratic Leadership Council. We believed that if we held firmly to the first principles of the Democratic Party, but furthered those principles with

10

fresh ideas and modern means; if we built a modern, centrist, progressive Democratic Party that tackles America's most difficult challenges with bold and innovative ideas, the American people would once again turn to us for national leadership. That is what we did, and that is what they did. We built the New Democrat movement, and the American people responded. (emphasis supplied).

29.    DLC Chairman, Senator Joseph Lieberman said at the DLC 1996

Policy Forum and Gala on December 11, 1996 (MSJ Ex. 7):

That's why we're here today. The DLC wanted to help elect a Democrat President, and we did so ... twice!

But we're not resting on those substantial laurels. We're looking forward to the new millennium, and we want to bring the Democratic Party around to the fact that change is inevitable, change is good, and we must change or we will lose.

Ours is fast becoming the party of innovation and fresh ideas.

30.    During his speech to the DLC Annual Conference in 1998, From

claimed that the DLC's "Third Way" policies were bringing electoral gains: "Today,

our Third Way-New Democrat message defines the center of American politics.  And

it has revitalized our party.  The lesson of this election is abundantly clear:  Where

Democrats followed the President's lead and seized the political center, they did

unexpectedly well, winning in states which the political experts had long ago ceded

to the Republicans."  After noting how the DLC's policies benefitted Democrats to

the Republicans' disadvantage, From added this about then Governor George Bush:

"Even some Republicans seem to have gotten that message. There's a certain

Governor of Texas who ran on our themes. I call him New Democrat Lite.  Imitation

may be the greatest form of flattery, but later today when we hear from the Vice

11

President and the President, we'll see there is a clear difference between the

imposter and the real thing." (Ex. 113.)

    31.    At the July 1999 National Conversation, From stated (Ex. 118 p. 2-3.):

This New Democrat agenda has been pretty successful. In fact, it has
been so successful that the Republicans are trying to parrot our
politics. They're trying to pilfer our New Democrat themes of
opportunity, responsibility and community.

Now I really don't know what a compassionate conservative stands for.
But I've got a message for our Republican imitators. Transforming a
political party, hammering out a political philosophy and crafting a
governing agenda that works is accomplished through hard work,
spirited debate and even a few tough fights, not just with a clever
slogan or by inheritance.

. . . After all we went through, we're not going to sit idly by and let the
Republicans reclaim the political center on the cheap.

That's why this conversation and what we do over the next two days is
so important. You are the future of the New Democrat movement.

    32.    Will Marshall, who was involved in founding the DLC, and during the

years at issue served as president of a think tank related to the DLC and also

performed work for the DLC, testified at his deposition (Marshall Dep. pp. 21-22):

    Q.  Very good. Now, once the [S]ervice granted the [(c)(4)]

status, what were the activities that the DLC undertook to advance

the mission that you have described here today?

    A.  Well, let's see. You know, trying to attract prominent

political figures was important. Trying to focus on the reasons for the

political setbacks and the reasons for conservative gains over time.

12

Traveling around the country trying to buck up demoralized folks,

some of whom were defecting to the [R]epublican side.

> Q.    Good.  Now, as far as the first activity you identified,

attracting the political figures, how did you go about trying to attract

political figures, sir?

> A.    Well, you know, there were lots of folks we had been talking

to down the years about the need for, you know, to try to change the

direction of the political debate.  And so we already knew a bunch of

folks who sort of saw things in a similar light.  And we went to them

and just tried to sign them up. And then we sort of did public meetings

organized around them.  And often we would do that and travel around

the country.

> Q.    Were these political figures Democrats, Republicans or

both?

> A.    Democrats.

33.    The "DLC Update" from January and February 1999 contained these

statements:

> All those empty seats, folded arms, and smirking, scowling faces on the
> Republican side of the House during the President's (Clinton) address
> spoke volumes about how interested the GOP really is in debating and
> conducting the business of the American people. If the empty and
> rather tired anti-government rhetoric in the official Republican
> responses by Reps. Steve Largent (R-OK) and Jennifer Dunn (R-WA)
> are any indication, maybe they don't really have anything to say.

(January 22, 1999)(MSJ Ex. 4.)

13

> Governor (George) Bush is certainly a skilled politician, and perhaps some day he will develop "compassionate conservatism" into a fully articulated philosophy of governance. But for now, as Texans would say "it's more sizzle than steak-all hat and no cattle."

(February 12, 1999)(MSJ Ex. 5.)

34.    From wrote in an article titled "Who Owns the Third Way," and originally had a subheading of "Some Republicans Would Have You Believe They Do" in the May/June 1999 issue of *The New Democrat* magazine (MSJ Ex. 6):[3]

> Imitation may be the sincerest form of flattery. But for Democrats, imitation in this case poses a serious political challenge. We can't afford to take this intellectual piracy lightly.
>
> The actions of many congressional Republicans notwithstanding, not all Republicans are fools.  Republican governors in particular understand the power of the New Democrat message. They know it is a winning political formula precisely because its ideas work. And they are bound and determined to steal that formula from us.

35.    The DLC began conducting these workshops in 1998 to teach state and local elected officials how to implement the DLC's values and policies.

36.    According to a September 2, 1999, DLC memorandum, "in 1998, the DLC designed and tested a program to teach elected officials and other rising political leaders how to develop and articulate a New Democrat governing agenda." (Bultan Dep. p. 53-54 , Ex. 57).

---

[3]  A copy of this article is still available on the DLC's website.  In the listing of From's articles, the phrase "Some Republicans Would Have You Believe They Do" is under the title, as it was in the original version provided in discovery.  But the article now available on the website lacks the phrase.

14

37.    The Leadership Workshop is "a two day training session designed to teach the participants the essentials of the New Democrat governing philosophy and how to turn it into effective political messages and policy proposals relevant to their local issues."  (Ex. 57.)  The program is designed to be "an intimate, intensive two-day workshop for key leaders, chiefly elected officials, at the state and local level.  Led by professional facilitators, workshop participants will experience a series of interactive group exercises designed to help them understand the values that underpin New Democrat philosophy.  They learn to identify and articulate their own values, and to develop those core values from the perspective of their local constituencies."  (Id.).

38.    It appears from the record that every state and local official who attended the DLC's workshops was a Democrat.  (Taylor Declar. Ex. 1 at ¶¶ 32-33; Alston Dep. 191-195, 205-206, 219-220; Ex. 57.)[4]

39.    The DLC considered the workshop training to be a "critical component of the DLC's strategy for ensuing that New Democrat ideas continue to shape American politics in the Information Age after President Clinton leaves office."  (Ex. 57)

---

[4] *See* Alston Dep. pp. 182-183 and 195-196 (from reviewing list of workshop participants in Washington, D.C. and Florida, all were elected Democrats); From Dep. pp. 57-59 (all participants in Florida workshop were elected Democrats); and Bultan Dep. pp. 20-21 (doesn't recall any specific instances of elected Republicans attending workshops and is sure those attending were "primarily" elected Democrats.).

40.     Part of the workshop strategy "includes developing and promoting the next generation of New Democrat ideas while identifying and engaging the next generation of New Democrat leaders to take these ideas and apply them to public policy problems." (Id.).

41.     The workshop goals include teaching participants "to develop a thorough understanding of the New Democrat governing philosophy and principles," and "to leave the workshop with the knowledge that there is a community of like-minded elected officials in their state (and around the country), and commit to finding ways to continue to work together."  (Ex. 57.)

42.     The initial DLC Leadership Workshop, held in June, 1998, shows the design, goals, and content of the program.

43.     In a June 11, 1998, memorandum to participants,  DLC Field Director Debbie Cox—now Debbie Bultan—states that "[a]s you know, this training is part of the DLC's larger goal to arm the next generation of New Democratic elected leaders, particularly at the state and local levels, with New Democratic ideas. The training program ... will be small, intensive and interactive. The aim is to help New Democrats: articulate their political philosophy, apply that philosophy to state and local public policy problems; and effectively deliver New Democrat messages through a variety of mediums."  (Bultan Dep. p. 31; Ex. 49.).

44.     The agenda for a June 1998 workshop included the following sessions (Bultan Dep. pp. 33-34; Ex. 50):

Examining DLC Values, Beliefs, Principles / How they match our own; and

16

Exploring what makes us New Democrats:  How our values are different from Republicans and traditional liberals.

45.     The goals of the training go on to include assisting the participants to: "Identify the public policy issues of most importance to them, how the DLC might add value to their efforts to address those issues, and how they and the DLC can  work most productively together;"

Identify the next steps they can take to work at home on behalf of the DLC, and specify at least one event or project through which they can stay involved.

(Bultan Dep. Ex 49.)

46.     In 1998 and 1999, the DLC conducted Leadership Workshops in Washington, D.C.,  Florida, Colorado, Arizona, Utah, Wisconsin, Pennsylvania, and Kansas.  (Ex. 57.)

47.      More than 105 state and local Democratic elected officials took part. (Ex. 57.)      The record indicates that all were Democrats.  (Taylor Declar. Ex. 1 at ¶¶ 32-33; Alston Dep. 191-195, 205-206, 219-220; Ex. 57.)

48.     DLC's Field Director Bultan testified that the workshops were designed to assist the DLC to identify potential elected officials who shared the New Democrat philosophy.  She said:

Q.     How did the training sessions work to assist the DLC to identify potential New Democrats?

17

A.     What that means is through the course of the one day, or two

day at that time, workshops, we would have a sense to observe elected

officials, and by spending time with them understand better who

shared our philosophy and who might be partners later in helping us

promote specific ideas beyond the workshops.

Q.     So is it fair to say that these workshops helped identify what

might be called true believers of the DLC's point of view?

A.     Yeah. Or I would call it, I would rather call it something along

the lines of like minded thinkers. People who shared our philosophy.

(Bultan Dep. at 48-49.)  In clarifying her testimony regarding the term "true

believers," Bultan again stated that the elected officials who attended the

workshops "were people who generally shared our philosophy and might be good

partners in the future."  (Bultan dep. at 49.)

49.     From testified about the participants at the workshop in Florida (From

Dep. p. 57):

> Yes.  I mean, the point that has to be very clear is the elected officials
> who participated who were invited were Democrats.  But they were
> people who we thought would be willing and would be skillful when
> trained to promote a Third-Way New Democrat agenda and
> philosophy.  And so, you know, again, it is not surprising that at a time
> when the country was extraordinarily polarized that, you know,
> Republicans weren't jumping on the bandwagon, at least a lot of them
> weren't.  Most of them weren't.  And so we went to the most likely base
> of our support.  But at the same time, as I am sure we will get into
> before this afternoon or morning is over, we were also doing events
> with -- you know, we did an event with Rudy Guiliani and did other
> stuff with the Heritage Foundation and others.

18

50.    The DLC published *The Idea Book: A Reference Manual for New Democrats* in 1998, as it had in earlier years, to bring together many of its ideas in one place.[5]  (Marshall Dep. p. 113; Ex. 13.)

51.    The book is a compendium of talking points on a host of policy issue and includes From's April 1998 speech to the Democratic Nucleus Club in Phoenix, Arizona.  It starts with a one-page "New Democrat Credo."  This list refers to what "we" Democrats and New Democrats believe.  The Credo is followed by a letter from Senator and DLC Chairman Lieberman and DLC President From welcoming readers to the book of ideas that is addressed "Dear Democratic Leader."  (Marshall Dep. p. 113; Ex. 13.)

52.    The DLC, along with its related think tank the Public Policy Institute, held a short orientation in February 1999 for the "freshman class" of newly elected members of the House of Representatives.  (From Dep. p. 11.)

53.    Only Democrat members were invited.  (From Dep. p. 11.)

54.    From testifies about the orientation (From Dep. p. 11 .)

Q    No newly elected freshman Republicans were invited to this particular briefing?

A    That's right.

Q    What would be the purpose of a briefing of newly elected freshman Democrats?

---

[5]  *The DLC Update* issued on April 2, 1996, listed products, including *The Idea Book*, available for "turning ideas into action."  The list was prefaced with the claim that "The DLC is proud of its role as the primary idea generator in the Democratic Party."

19

A   Well, again, to try to encourage them to support our point of view. As we have discussed over and over again, you know, on a major issues of ours, which was trade, we had just lost a major vote in the House. We were trying to build support for the New Democrat philosophy among the most likely audience.

The Republicans at this point were trying to impeach a Democratic president.  They probably weren't particularly eager to, you know, hear or to join in on ideas that reflected a philosophy that he also embraces. But, you know, we were trying to build support.  I mean, again, just to make it very clear, the purpose of the DLC is to promote a new progressive agenda.  Republicans aren't likely to support that.  The agents for promoting it are elected officials who are Democrats.  Now, sometimes Republicans also support the ideas.  And when they do, we work with them.

But we were building -- we were trying to encourage more people in the Democratic party to go against the party orthodoxy and support our ideas.

55.   From wrote in a memorandum in July 1998 to the DLC's Trustees (Ex.

107 p. 3):

Realistically, New Democrats will never match organized labor and other traditional interest groups in the ability to raise funds or organize troops for campaigns.  So what we have to do is to make our brand—our message and ideas—so valuable that candidates will find it advantageous to run on them, even candidates who get labor money and organizational help.  Since we can't top labor's money, we need to make it work for us.

In other words, we need to increase the value of our brand—so that being labeled a New Democrat candidate is as valuable as receiving interest group money.

20

56.    The DLC released "Talking Points" of From's post-1998 election DLC

press conference.  (MSJ Ex 9.)  The last point is titled "The successful Democratic

elections yesterday foreshadows a formula for success for Democrats in the Year

2000."


Dated: July 17 2006

                                    Respectfully Submitted,


                                    /s/ Pat S. Genis
                                    PAT S. GENIS, #446244
                                    DAVID A. HUBBERT
                                    Trial Attorneys, Tax Division
                                    U.S. Department of Justice
                                    P.O. Box 227
                                    Washington, DC 20044
                                    Phone/Fax: (202) 307-6390/514-6866
                                    Email: pat.genis@usdoj.gov




OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing STATEMENT OF FACTS IN SUPPORT

OF UNITED STATES MOTION FOR SUMMARY JUDGMENT DEADLINE was

caused to be served upon plaintiff's counsel on the 17th day of July, 2006, in

accordance with the Court's ECF procedures, and by depositing a copy thereof in

the United States mail, postage prepaid, addressed as follows:

> ROBERT F. BAUER, ESQUIRE
> MARC E. ELIAS, ESQUIRE
> EZRA W. REESE, ESQUIRE
> Perkins Coie
> 607 Fourteenth Street, NW,
> Suite 800
> Washington, DC  20005-2011.
> rbauer@perkinscoie.com

> /s/ Pat S. Genis
> PAT S. GENIS