IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:05-cv-1067 (JGP) |
| UNITED STATES, | ) ) ) | |
| Defendant. | ) | |

**(PROPOSED) ORDER GRANTING
UNITED STATES MOTION FOR SUMMARY JUDGMENT**

    Having considered the United States Motion for Summary Judgment, the undisputed facts in the record, and the arguments of the parties, it is

    ORDERED that the United States Motion for Summary Judgment is granted; and,

    ORDERED that the complaint shall be dismissed with prejudice.

The Clerk shall enter judgment accordingly.

    Dated this _____ day of _____, 2006.


_____
JOHN GARRET PENN
United States District Judge

CERTIFICATE OF SERVICE

    IT IS CERTIFIED that the foregoing (Proposed) Order Granting United States Motion for Summary Judgment was caused to be served upon plaintiff's counsel on the 17th day of July, 2006, in accordance with the Court's ECF procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

    ROBERT F. BAUER, ESQUIRE
    MARC E. ELIAS, ESQUIRE
    EZRA W. REESE, ESQUIRE
    Perkins Coie
    607 Fourteenth Street, NW,
    Suite 800
    Washington, DC  20005-2011.
    rbauer@perkinscoie.com


    /s/ Pat S. Genis
    PAT S. GENIS