IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05-cv-1067 (JGP) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF TAYLOR LINCOLN**

TAYLOR LINCOLN deposes and states as follows:

1.     I am research director at the Congress Watch division of Public Citizen, a

non-profit consumer advocacy group. I was the primary author of a report

published in September 2004, The New Stealth PACS: Tracking 501(c)

Non-Profit Groups Active in Elections, that chronicled the efforts of 30

organizations registered under Section 501(c)(4), Section 501(c)(5),  or

Section 501(c)(6) of the Internal Revenue Code to influence elections.

2.     In the most recent years prior to my service at Public Citizen, I was a

newspaper reporter at the Montgomery Journal, in Montgomery County,

Maryland, the Potomac Tech Journal, in Arlington, Virginia, and the

Federal Paper, in Washington, D.C. I have a master's degree in

journalism from the University of Maryland and a bachelor's degree in

English from the University of Michigan.

3.      I was retained by the Tax Division of the U.S. Department of Justice to review over 12,000 pages produced to the U.S. Department of Justice by the Democratic Leadership Council in discovery in this case and to prepare a summary of the activities of the DLC for the years 1997, 1998, and 1999.

4.      The summary of the activities of the DLC for the years 1997, 1998, and 1999 is contained in Exhibit 1 attached hereto, and the accompanying appendix, Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746(2).

Date: July 17, 2006.

_/s Taylor Lincoln_____
TAYLOR LINCOLN

1816383.1

# Summary of Activity of the Democratic Leadership Council 1997-1998-1999

# Exhibit 1

1816383.1

# Table of Contents

**INTRODUCTION**.............................................................................................. 3

**SECTION I: INCORPORATION AND IRS DOCUMENTS**.............................. 4

**SECTION II: DLC PRINCIPALS, PARTICIPANTS AND ATTENDEES** ......... 5

**Principals Listed in the DLC's Founding Documents** ............................................. 5
Figure 1: DLC Directors at Founding........................................................................ 5
Figure 2: Task Force on National Defense Strategy................................................. 6
Figure 3: Task Force on Economic Growth and Competitiveness ............................ 6

**The DLC's Elected Official Leaders During the Years Studied**............................. 7
Figure 4: DLC Chairmen, 1997 to 1999 ................................................................... 7

**Participants and Attendees of Annual Conferences** ............................................. 7
Figure 5: Elected Official RSVPs for 1997 Annual Conference ............................... 8
Figure 6: Speakers, Moderators and Panelists at 1997 Annual Conference ............. 9
Figure 7: Elected Official RSVPs for 1998 Annual Conference or Leadership Dinner........... 10
Figure 8: Elected Official Invitees Not Listed as Attendees of 1998 Leadership Dinner ........ 11
Figure 9: Speakers, Moderators and Panelists at 1998 Annual Conference ............. 12
Figure 10: Elected Official RSVPs for 1999 Annual Conference, Leadership Dinner or Reception ...................................................................................................... 13
Figure 11: Speakers, Moderators and Panelists at 1999 Annual Conference ........... 15

**Participants and Attendees of Other DLC Events**.................................................. 16
Figure 12: Elected Official Presenters and Participants at 1997 Spring Retreat ....... 16
Figure 13: Elected Official Presenters and Participants at 1999 Spring Retreat ....... 17
Figure 14: Elected Official Attendees of DLC Welfare-to-Work Forum.................... 17
Figure 15: Elected Official RSVPs for DLC Leadership Workshop in Washington, D.C....... 18
Figure 16: Elected Official RSVPs for Leadership Workshop in St. Petersburg, Fla. ............. 19

**SECTION III: THE DLC'S ACTIVITIES**........................................................... 20

**Printing and Disseminating Publications and other Written Materials**................ 22

**Conducting Polls** ....................................................................................................... 26

**Conducting Outreach to the Hill and Other Politicians**......................................... 28

**Conducting Lobbying Efforts** ................................................................................... 33

1816383.1

**SECTION IV: THE DLC'S RELATIONSHIP WITH DEMOCRATS** ................................. 37

**SECTION V: THE DLC'S INTEREST IN ELECTIONS** ................................................ 41

**Policy of Sanctioning Work that Could Indirectly Influence Campaigns** ........................... 41

**Use of Election Years as Benchmarks** ........................................................................ 41

**References to the Goal of Democratic Electoral Successes** ....................................... 42
    Figure 17: DLC Direct Mail Piece ............................................................................ 47

**SECTION VI. THE DLC'S RELATIONSHIP WITH ITS AFFILIATES** ........................... 48

**The History of the DLC's Affiliates** ......................................................................... 48

**Implications of the Transfer of the PPI from the DLC** ............................................ 49

1816383.1

# Introduction

1. I am Taylor Lincoln, research director at the Congress Watch division of Public Citizen, a non-profit, consumer advocacy group. I was the primary author of a report published in September 2004, *The New Stealth PACs: Tracking 501(c) Non-Profit Groups Active in Elections,* that chronicled the electioneering efforts of 30 organizations registered under Section 501(c)(4), Section 501(c)(5) or Section 501(c)(6) of the tax code.

2. In the most recent years prior to my service at Public Citizen, I was a newspaper reporter at the *Montgomery Journal*, in Montgomery County, Md., the *Potomac Tech Journal*, in Arlington, Va., and the *Federal Paper*, in Washington, D.C. I have a master's degree in journalism from the University of Maryland and a bachelor's degree in English from the University of Michigan.

3. I was retained by the Department of Justice to review over 12,000 documents that were furnished during the discovery phase of this case and to prepare a summary of the activities of the DLC for the years 1997-1998-1999. The summary is contained in this exhibit and in the accompanying appendix, Exhibit 2.

## Section I: Incorporation and IRS Documents

4. On March 4, 1985, the Democratic Leadership Council submitted articles of incorporation to the District of Columbia. Under "Article 3. Purposes" the document stated: "This corporation is organized primarily for the purpose of bringing about civil betterments and social improvements. The activities of this corporation shall not include direct or indirect participation or intervention in political campaigns on behalf of or in opposition to any candidate for public office."[1]

5. On November 8, 1985, DLC President and Executive Director Al From signed IRS Form 1024, the group's application to the IRS for tax exempt status. In its application, the DLC sought 501(c)(4) status, the category reserved for civic leagues and social welfare organizations.[2]

6. The DLC's Form 1024 asserted that the "primary thrust" of the group's activities would be "to address policy issues of overriding contemporary concern and to propose appropriate alternatives in the formulation of policy." The DLC said it would "bring these activities to general public attention" and that it would work "toward this end by holding events and programs throughout the country which are open to the public and by accomplishing the widest possible distribution of its publications and materials."[3]

7. In a footnote to that statement, the application acknowledged the group's ties to politicians who were members of the Democratic Party, but claimed that the DLC would not serve to benefit the party: "Although the DLC was organized by and operates under the leadership of certain Democratic elected officials, the activities it conducts are intended for the benefit of the general public without regard to party affiliation." The footnote said that a DLC publication, *Winning in the World Economy*, "was made available without charge to all Members of the House and Senate, Democratic and Republican." Further, the footnote said, "DLC events typically include among the participants and attendees both Democrats and Republicans."[4]

8. The DLC has made further representations of its purpose in its annual tax forms filed with the IRS. The group's Form 990 tax returns for 1997 and 1998, two of the three years covered in this summary, contain identical representations of its primary tax exempt purpose: "To promote public debate within the Democratic Party and among the general public about national economic, social, and political issues. To introduce innovative approaches to public policy and stimulate debate about key national and international issues."[5] (The statement containing the group's reason for exempt status in 1999 was not in the included in the Form 990 provided in the discovery phase of this case.)

# Section II: DLC Principals, Participants and Attendees

9. In its application for tax-exempt status, the DLC acknowledged that the organization was organized and led by Democratic elected officials, but said the group's activities were intended for the benefit of the general public without regard to party affiliation. "DLC events typically include among the participants and attendees both Democrats and Republicans," the DLC said.[6]

10. Documents provided by the DLC in the discovery phase of this case substantiate the claim that the DLC was led by Democratic elected officials.

11. The DLC's directors at founding, each of the members of two task forces the group formed in its initial year and its chairmen for the years 1997 to 1999 were all elected Democrats. Analysis of DLC events in the years 1997 to 1999 reveals that the elected officials who attended and participated in the DLC's events were overwhelmingly Democrats.

## Principals Listed in the DLC's Founding Documents

Articles of Incorporation

12. The DLC's articles of incorporation, submitted March 4, 1986, designated three directors. Each was a Democrat.[7] [See Figure 1]

**Figure 1: DLC Directors at Founding**

| Director | Political Position |
|---|---|
| Charles S. Robb | Gov. (D-Va.) |
| Sam Nunn | U.S. Sen. (D-Ga.) |
| Richard Gephardt | U.S. Rep. (D-Mo.) |

*Source: DLC 19556*

Application to IRS

13. The DLC's application to the IRS for tax exempt status, signed Nov. 8, 1985, enumerated two task forces the organization had created, a Task Force on National Defense Strategy and a Task Force on Economic Growth and Competitiveness. Between them, the two task forces included 28 elected officials. Each was a Democrat.[8] [See Figures 2 and 3]

**Figure 2: Task Force on National Defense Strategy**

| Co-Chairmen | Political Position |
| --- | --- |
| Sam Nunn | U.S. Sen. (D-Ga.) |
| Bruce Babbitt | Gov. (D-Ariz.) |
| Les Aspin | U.S. Rep. (D-Wis.) |
| **Members** | |
| Dennis DeConcini | U.S. Sen. (D-Ariz.) |
| Jeff Bingaman | U.S. Sen. (D-N.M.) |
| Ed Zorinsky | U.S. Sen. (D-Neb.) |
| Beverly Byron | U.S. Rep. (D-Md.) |
| Dan Glickman | U.S. Rep. (D-Kansas) |
| Ike Skelton | U.S. Rep. (D-Mo.) |
| Norm Dicks | U.S. Rep. (D-Wash.) |
| Tim Wirth | U.S. Rep. (D-Colo.) |

*Source: USA 1197*

**Figure 3: Task Force on Economic Growth and Competitiveness**

| Co-Chairmen | Political Position |
| --- | --- |
| Lloyd Bentsen | U.S. Sen. (D-Texas) |
| Jim Blanchard | Gov. (D-Mich.) |
| Leon Panetta | U.S. Rep. (D-Calif.) |
| **Members** | **Political Position** |
| Max Baucus | U.S. Sen. (D-Mont.) |
| Jim Sasser | U.S. Sen. (D-Tenn.) |
| James Exon | U.S. Sen. (D-Neb.) |
| Bill Clinton | Gov. (D-Ark.) |
| George Nigh | Gov. (D-Okla.) |
| Richard Lamm | Gov. (D-Colo.) |
| Ronnie Flippo | U.S. Rep. (D-Ala.) |
| Dick Durbin | U.S. Rep. (D-Ill.) |
| Phil Sharp | U.S. Rep. (D-Ind.) |
| Jim Wright | U.S. Rep. (D-Texas) |
| Lindsay Thomas | U.S. Rep. (D-Ga.) |
| Dan Mica | U.S. Rep. (D-Fla.) |
| Bill Gray | U.S. Rep. (D-Pa.) |
| Buddy MacKay | U.S. Rep. (D-Fla.) |

*Source: USA 1197*

## The DLC's Elected Official Leaders During the Years Studied

14. The chairman of the DLC for each of the years studied was an elected Democrat, Sen. Joe Lieberman (D-Conn.)[9]

**Figure 4: DLC Chairmen, 1997 to 1999**

| Year | DLC Chairman | Political Position |
|------|--------------|--------------------|
| 1997 | Joe Lieberman | U.S. Sen. (D-Conn.) |
| 1998 | Joe Lieberman | U.S. Sen. (D-Conn.) |
| 1999 | Joe Lieberman | U.S. Sen. (D-Conn.) |

Sources: DLC 06798, DLC 04209 and DLC 07416

## Participants and Attendees of Annual Conferences

15. The DLC viewed its Annual Conferences as among its "three big" annual events, along with its Spring Retreats and its National Conversations.[10] The Annual Conferences typically consisted of three facets: a leadership dinner, a conference and a reception.

16. Documents provided by the DLC in the discovery phase of this case indicate that 141 elected officials said they would attend at least one facet of the Annual Conference festivities in the years studied. Of these, at least 138 were Democrats. The political affiliations of three could not be determined.[11]

17. Agendas for the three years' events indicate that 27 elected officials or staff members for elected officials were slated to serve as speakers, moderators or panelists for the Annual Conferences from 1997 to 1999. Each of these was a Democrat or worked for an elected Democrat.

18. The documents provided by the DLC in discovery also included a list of the invitees to the 1998 leadership dinner. All 48 elected official invitees who were not listed as indicating they would attend the leadership dinner were Democrats.

19. President Clinton and Vice President Gore participated in aspects of the conference festivities in each year from 1997 to 1999. In 1997, Clinton served as the luncheon keynote speaker during the conference.[12] In 1998, Clinton was the honored guest of the leadership dinner.[13] In 1999, Clinton was the honored guest of the leadership dinner.[14] Vice President Al Gore was the "Guest of Honor" at the 1997 leadership dinner, provided the keynote address at the 1998 conference and provided the closing address at the 1999 conference.[15]

<u>1997 Annual Conference</u>

20. An Oct. 24, 1997 document listed 35 elected officials who had confirmed their intent to attend the 1997 DLC Annual Conference. Each was a Democrat.[16] [See Figure 5]

**Figure 5: Elected Official RSVPs for 1997 Annual Conference**

| Official | Political Position and Party Affiliation |
|---|---|
| Gary Ackerman | U.S. Rep. (D-N.Y.) |
| Thomas Allen | U.S. Rep. (D-Maine) |
| Ken Bentsen | U.S. Rep. (D-Texas) |
| Marion Berry | U.S. Rep. (D-Ark.) |
| Sanford Bishop Jr. | U.S. Rep. (D-Ga.) |
| Leonard Boswell | U.S. Rep. (D-Iowa) |
| James E. Clyburn | U.S. Rep. (D-S.C.) |
| Elijah Cummings | U.S. Rep. (D-Md.) |
| Tom Daschle | U.S. Sen. (D-S.D.) |
| Jim Davis | U.S. Rep. (D-Fla.) |
| Diana DeGette | U.S. Rep. (D-Colo.) |
| John Dingell | U.S. Rep. (D-Mich.) |
| Anna Eshoo | U.S. Rep. (D-Calif.) |
| Bob Etheridge | U.S. Rep. (D-N.C.) |
| Bob Filner | U.S. Rep. (D-Calif.) |
| Virgil Goode Jr. | U.S. Rep. (D-Va.)* |
| Darleen Hooley | U.S. Rep. (D-Ore.) |
| Steny Hoyer | U.S. Rep. (D-Md.) |
| William Jefferson | U.S. Rep. (D-La.) |
| Ron Kind | U.S. Rep. (D-Wis.) |
| Dennis J. Kucinich | U.S. Rep. (D-Ohio) |
| Mary Landrieu | U.S. Sen. (D-La.) |
| Joe Lieberman | U.S. Sen. (D-Conn.) |
| William P. Luther | U.S. Rep. (D-Minn.) |
| John Joseph Moakley | U.S. Rep. (D-Mass.) |
| Jim Moran | U.S. Rep. (D-Va.) |
| Salomon Ortiz | U.S. Rep. (D-Texas) |
| Earl Pomeroy | U.S. Rep. (D-N.D.) |
| Silvestre Reyes | U.S. Rep. (D-Texas) |
| Chuck Robb | U.S. Sen. (D-Va.) |
| Brad Sherman | U.S. Rep. (D-Calif.) |
| Gene Taylor | U.S. Rep. (D-Miss.) |
| Bennie G. Thompson | U.S. Rep. (D-Miss.) |
| Jim Turner | U.S. Rep. (D-Texas) |
| Bob Weygand | U.S. Rep. (D-R.I.) |

*Sources: DLC 07387- DLC 07389*
* Goode became a Republican in or about 2001

21. As of Oct. 23, 1997, the agenda for the DLC's Oct. 27, 1997 Annual Conference listed 18 individuals who were slated to participate as speakers, moderators or panelists. Of these, nine were elected officials. Each of the elected officials was a Democrat. Three others worked in the administration of Democratic President Bill Clinton. The others included the contracted pollster of President Clinton, the president of the DLC and the president of the Progressive Policy Institute, the DLC's affiliated think tank.[17] [See Figure 6]

1816383.1

**Figure 6: Speakers, Moderators and Panelists at 1997 Annual Conference**

| Speaker | Brief Description of Position at Time of Conference | Participant Was An Elected Official | Political Affiliation of Elected Official or Affiliation of Elected Official by whom Individual Was Appointed |
|---|---|---|---|
| Tim Barnicle | National Center on Education and the Economy | No | Not applicable |
| John Breaux | U.S. Sen. (D-La.) | Yes | Democrat |
| Tom Carper | Gov. (D-Del.) | Yes | Democrat |
| Yvonne Chan | Principal of a charter school in Los Angeles | No | Not applicable |
| William Daley | Secretary, U.S. Department of Commerce | No | Democrat |
| Bill Clinton | President of the United States (D) | Yes | Democrat |
| Jim Davis | U.S. Rep. (D-Fla.) | Yes | Democrat |
| Al From | President, Democratic Leadership Council | No | Not applicable |
| Jane Harman | U.S. Rep. (D-Calif.) | Yes | Democrat |
| John Hilley | Senior adviser to President Clinton (D) and White House director of legislative affairs | No | Democrat |
| Joe Lieberman | U.S. Sen. (D-Conn.) | Yes | Democrat |
| Michael Mandel | Senior editor, *Business Week* | No | Not applicable |
| Will Marshall | President, Progressive Policy Institute | No | Not applicable |
| Jim Moran | U.S. Rep. (D-Va.) | Yes | Democrat |
| Mark Penn | Pollster | No | Not applicable |
| Antonio Riley | State Rep. (D-Wis.) | Yes | Democrat |
| Richard Riley | Secretary, U.S. Department of Energy | No | Democrat |
| Ellen Tauscher | U.S. Rep. (D-Calif.) | Yes | Democrat |

*Sources: DLC 1110-DLC 1113*

1998 Annual Conference

22. Two documents enumerate the elected officials who attended the 1998 DLC Annual Conference and its related events. A Nov. 24, 1998 document furnished a list of those elected officials who had indicated they would attend the Annual Conference, which was scheduled for Dec. 2; a Nov. 30, 1998 memo furnished a list of those elected officials who had indicated they would attend the state leaders dinner, which was scheduled for Dec. 1.[18] At least 34 of the 37

officials who said they would attend one or both of the events were Democrats. The political affiliation of three elected officials could not be determined. [See Figure 7]

**Figure 7: Elected Official RSVPs for 1998 Annual Conference or Leadership Dinner**

| Official | Political Position and Party Affiliation |
|---|---|
| Michael Albano | Mayor (N/A-Springfield, Mass.) |
| Viola Baskerville | State Del. (D-Va.) |
| Richard Bryan | U.S. Sen. (D-Nev.) |
| Bob Buckhorn | Council Member (D-Tampa, Fla.) |
| Ken Cheuvront | State Rep. (D-Ariz.) |
| Jeffrey W. Coy | State Rep. (D-Pa.) |
| Donald T. Cunningham | Mayor (D-Bethlehem, Pa.) |
| Jim Davis | U.S. Rep. (D-Fla.) |
| Dana Lee Dembrow | State Rep. (D-Md.) |
| Alan A. Diamonstein | State Del. (D-Va.) |
| Doug Duncan | County Executive (D-Montgomery County, Md.) |
| Richard Durbin | U.S. Sen. (D-Ill.) |
| Ted W. Farnen | State Rep. (D-Mo.) |
| Lisa Ferrell | State Rep. (D-Ark.) |
| Carelton S. Finkbeiner | Mayor (N/A -Toledo, Ohio) |
| Kenneth K. Fisher | Council Member (D-New York City) |
| Curtis Hertel | State Rep. (D-Mich.) |
| Scott N. Howell | State Sen. (D-Utah) |
| William V. Irons | State Sen. (D-R.I.) |
| Sheila Jackson-Lee | U.S. Rep. (D-Texas) |
| Tim Johnson | U.S. Sen. (D-S.D.) |
| William R. Lloyd Jr. | State Rep. (D-Pa.) |
| Scott Maddox | Mayor (D-Tallahassee, Fla.) |
| Louis Magazzu | County Freeholder (D-N.J.) |
| Dannel P. Malloy | Mayor (D-Stamford, Ct.) |
| Ruth Ann Minner | Lt. Governor (D-Del.) |
| Marc R. Pacheco | State Sen. (D-Mass.) |
| Jeff Plale | State Rep. (D-Wis.) |
| Joseph Rice | Mayor (N/A-Glendale, Colo.) |
| Elaine Richardson | State Sen. (D-Ariz.) |
| Antonio R. Riley | State Rep. (D-Wis.) |
| T.J. Rooney | State Rep. (D-Pa.) |
| Samuel I. Rosenberg | State Del. (D-Md.) |
| Allyson Schwartz | State Sen. (D-Pa.) |
| Stephen H. Stetler | State Rep. (D-Pa.) |
| Robert Weygand | U.S. Rep. (D-R.I.) |
| J.D. Williams | State Controller (D-Idaho) |

*Sources: DLC 03754-DLC 03761 and DLC 01841-DLC 01842*

23. Aside from the 37 attendees of the 1998 leadership dinner, the DLC invited 48 other elected officials to the event.[19] Each was a Democrat. [See Figure 8]

1816383.1

**Figure 8: Elected Official Invitees Not Listed as Attendees of 1998 Leadership Dinner**

| Official | Political Position and Party Affiliation |
|---|---|
| D. Edgar Allen | State Sen. (D-Utah) |
| Deirdre Alpert | State Sen. (D-Calif.) |
| Peter Altman | Mayor (D-New Port Richey, Fla.) |
| Robert Bacon | State Rep. (D-Colo.) |
| Bill Boucher | State Rep. (D-Mo.) |
| Robert Brink | State Del. (D-Va.) |
| Shirley Brown | State Rep. (D-Fla.) |
| David Cain | State Sen. (D-Texas) |
| Thomas W. Campbell | State Del. (D-W.V.) |
| Samuel J. Cann | State Del. (D-W.V.) |
| Nancy I. Chard | State Sen. (D-Vt.) |
| Richard J. Codey | State Sen. (D-N.J.) |
| R. Creigh Deeds | State Del. (D-Va.) |
| Lori Dale Edwards | State Rep. (D-Fla.) |
| Lauren Beth Gash | State Rep. (D-Ill.) |
| Helen Giddings | State Rep. (D-Texas) |
| Ken Gordon | State Rep. (D-Colo.) |
| Daniel Grossman | State Rep. (D-Colo.) |
| Lars A. Hafner | State Rep. (D-Fla.) |
| Karen Hale | State Sen. (D-Utah) |
| Calvin Harris | County Commissioner (D-Pinellas County, Fla.) |
| Herschella Horton | State Rep. (D-Ariz.) |
| Evan Jenkins | State Del. (D-W.V.) |
| James Johnson Jr. | County Commissioner (D-Eagle County, Colo.) |
| Paula F. Julander | State Sen. (D-Utah.) |
| Cheryl Kagan | State Del. (D-Md.) |
| Ron Klein | State Sen. (D-Fla.) |
| Jay Lasita | City Council Member (D-St. Petersburg, Fla.) |
| Warren Lasell | County Assessor (D-Weld County, Colo.) |
| Ted Lempert | State Rep. (D-Calif.) |
| Joe Lieberman | U.S. Sen. (D-Conn.) |
| Anne Mackenzie | State Rep. (D-Fla.) |
| Ed Mayne | State Sen. (D-Utah) |
| Bill Nelson | Treasurer and Insurance Commissioner (D-Fla.) |
| Michael A. Oliverio II | State Sen. (D-W.V.) |
| Terry Phillips | State Sen. (D-Colo.) |
| Kenneth Plum | State Del. (D-Va.) |
| Donald L. Plusquellic | Mayor (D-Akron, Ohio) |
| Peggy Reeves | State Sen. (D-Colo.) |
| Ember Reighgott Junge | State Sen. (D-Minn.) |
| Carroll G. Robinson | Council Member (D-Houston) |
| Ron Thompson | State Del. (D-W.V) |
| Kathleen Kennedy Townsend | Lt. Gov. (D-Md.) |
| Marjorie Turnbull | State Rep. (D-Fla.) |

1816383.1

| Official | Political Position and Party Affiliation |
|---|---|
| Frank Weddig | State Sen. (D-Colo.) |
| Doug Wiles | State Rep. (D-Fla.) |
| Suzanne Williams | State Rep. (D-Colo.) |
| Brent Yonts | State Rep. (D-Ky.) |

Sources: DLC 03762- DLC 03777

24. A schedule for the 1998 Annual Conference, listed 17 individuals who were slated to participate as speakers, moderators or panelists. Of these, 15 were elected officials. Each of the elected officials was a Democrat. The two others were the contracted pollster for President Clinton and the president of the Democratic Leadership Council.[20] [See Figure 9]

**Figure 9: Speakers, Moderators and Panelists at 1998 Annual Conference**

| Speaker | Brief Description of Position at Time of Conference | Person Was An Elected Official | Political Affiliation of Elected Official or Affiliation of Elected Official by whom Individual Was Appointed |
|---|---|---|---|
| Evan Bayh | Sen.-elect (D-Ind.) | Yes | Democrat |
| John Breaux | U.S. Sen. (D-La.) | Yes | Democrat |
| Tom Carper | Gov. (D-Del.) | Yes | Democrat |
| Jim Davis | U.S. Rep. (D-Fla.) | Yes | Democrat |
| Harold Ford | U.S. Rep. (D-Tenn.) | Yes | Democrat |
| Al From | President, Democratic Leadership Council | No | Not applicable |
| Dick Gephardt | U.S. Rep. (D-Mo.) | Yes | Democrat |
| Al Gore | Vice President of the United States (D) | Yes | Democrat |
| Bob Kerrey | U.S. Sen. (D-Neb.) | Yes | Democrat |
| John Kerry | U.S. Sen. (D-Mass.) | Yes | Democrat |
| Joe Lieberman | U.S. Sen. (D-Conn.) | Yes | Democrat |
| Mark Penn | Pollster | No | Not applicable |
| Roy Romer | Gov. (D-Colo.) | Yes | Democrat |
| Ellen Tauscher | U.S. Rep. (D-Calif.) | Yes | Democrat |
| Mike Thurmond | Labor Commissioner-elect (D-Ga.) | Yes | Democrat |
| Kathleen Kennedy Townsend | Lt. Gov. (D-Md.) | Yes | Democrat |
| Tony Williams | Mayor-elect (D-Washington, D.C.) | Yes | Democrat |

Source: DLC 04225

1999 Annual Conference

25. An Oct. 12, 1999 DLC document listed 92 elected officials who had confirmed their intent to attend at least one event among the reception, dinner and conference during the festivities surrounding the 1999 DLC Annual Conference. Each was a Democrat.[21] [See Figure 10]

**Figure 10: Elected Official RSVPs for 1999 Annual Conference, Leadership Dinner or Reception**

| Official | Political Position and Party Affiliation |
|---|---|
| Gary Ackerman | U.S. Rep. (D-N.Y.) |
| Brian Baird | U.S. Rep. (D-Wash.) |
| John Baldacci | U.S. Rep. (D-Maine) |
| Viola Baskerville | State Del. (D-Va.) |
| Shelley Berkley | U.S. Rep. (D-Nev.) |
| Marion Berry | U.S. Rep. (D-Ark.) |
| Earl Blumenauer | U.S. Rep. (D-Ore.) |
| Allen Boyd | U.S. Rep. (D-Fla.) |
| John Breaux | U.S. Sen. (D-La.) |
| Robert Brink | State Del. (D-Va.) |
| Richard Bryan | U.S. Sen. (D-Nev.) |
| Paul Carlson | State Del. (D-Md.) |
| Eva Clayton | U.S. Rep. (D-N.C.) |
| Bob Clement | U.S. Rep. (D-Tenn.) |
| James Cyburn | U.S. Rep. (D-S.C.) |
| Joseph Crowley | U.S. Rep. (D-N.Y.) |
| Elijah Cummings | U.S. Rep. (D-Md.) |
| Don Cunningham | Mayor (D-Bethlehem, Pa.) |
| Dana Dembow | State Del. (D-Md.) |
| Peter Deutsch | U.S. Rep. (D-Fla.) |
| Norm Dicks | U.S. Rep. (D-Wash.) |
| Mike Doyle | U.S. Rep. (D-Pa.) |
| John Edwards | U.S. Sen. (D-N.C.) |
| Dianne Feinstein | U.S. Sen. (D-Calif.) |
| Lisa Ferrell | State Rep. (D-Ark.) |
| Mike Forbes | U.S. Rep. (D-N.Y.)* |
| Harold Ford | U.S. Rep. (D-Tenn.) |
| Joe Ganim | Mayor (D-Bridgeport, Conn.) |
| Charlie Gonzalez | U.S. Rep. (D-Texas) |
| Baron Hill | U.S. Rep. (D-Ind.) |
| Sheila Hixon | State Del. (D-Md.) |
| Joe Hoeffel | U.S. Rep. (D-Pa.) |
| Rush Holt | U.S. Rep. (D-N.J.) |
| Steny Hoyer | U.S. Rep. (D-Md.) |
| Sam Hoyt | State Rep. (D-N.Y.) |
| John Hurson | State Rep. (D-Md.) |
| Les Ihara | State Rep. (D-Hawaii) |
| Daniel Inouye | U.S. Sen. (D-Hawaii) |

| Official | Political Position and Party Affiliation |
|---|---|
| Sheila Jackson-Lee | U.S. Rep. (D-Texas) |
| Bill Jefferson | U.S. Rep. (D-La.) |
| Eddie Bernice Johnson | U.S. Rep. (D-Texas) |
| Carolyn Cheeks Kilpatrick | U.S. Rep. (D-Mich.) |
| Ron Kind | U.S. Rep. (D-Wis.) |
| John LaFalce | U.S. Rep. (D-N.Y.) |
| John Larson | U.S. Rep. (D-Conn.) |
| Glenn Lewis | State Rep. (D-Texas) |
| Blanche Lincoln | U.S. Sen. (D-Ark.) |
| Zoe Lofgren | U.S. Rep. (D-Calif.) |
| Nita Lowey | U.S. Rep. (D-N.Y.) |
| Ken Lucas | U.S. Rep. (D-Ky.) |
| Bill Luther | U.S. Rep. (D-Minn.) |
| Louis N.Magazzu | County Freeholder (D-N.J.) |
| Carolyn Maloney | U.S. Rep. (D-N.Y.) |
| Jim Maloney | U.S. Rep. (D-Conn) |
| Jennifer Mann | State Rep. (D-Pa.) |
| Jack Markell | State Treasurer (D-Del.) |
| Ed Markey | U.S. Rep. (D-Mass.) |
| Matt Martinzez | U.S. Rep. (Calif.)** |
| Carolyn McCarthy | U.S. Rep. (D-N.Y.) |
| Karen McCarthy | U.S. Rep.(D-Mo.) |
| Mike McIntyre | U.S. Rep. (D-N.C.) |
| Gregory Meeks | U.S. Rep. (D-N.Y.) |
| Juanita Millender-McDonald | U.S. Rep. (D-Calif.) |
| David Minge | U.S. Rep. (D-Minn.) |
| Ruth Ann Minner | Lt. Governor (D-Del.) |
| Dennis Moore | U.S. Rep. (D-Kansas) |
| Richard Neal | U.S. Rep. (D-Mass.) |
| Solomon Ortiz | U.S. Rep. (D-Texas) |
| Marc Pacheco | State Rep. (D-Mass.) |
| Bill Pascrell | U.S. Rep. (D-N.J.) |
| Ed Pastor | U.S. Rep. (D-Ariz.) |
| Donald Payne | U.S. Rep. (D-N.J.) |
| Kenneth Plum | State Del. (D-Va.) |
| Antonio Riley | State Rep. (D-Wis.) |
| Chuck Robb | U.S. Sen. (D-Va.) |
| T.J. Rooney | State Rep. (D-Pa.) |
| Sandy Rosenberg | State Del. (D-Md.) |
| Lucille Roybal-Allard | U.S. Rep. (D-Calif.) |
| Allyson Schwartz | State Rep. (D-Pa.) |
| Jim Scott | State Del. (D-Va.) |
| Vic Snyder | U.S. Rep. (D-Ark.) |
| Charlie Stenholm | U.S. Rep. (D-Texas) |
| Ted Strickland | U.S. Rep. (D-Ohio) |

| Official | Political Position and Party Affiliation |
|---|---|
| Bart Stupak | U.S. Rep. (D-Mich.) |
| Paul Tavares | State Treasurer (D-R.I.) |
| Mike Thompson | U.S. Rep. (D-Calif.) |
| Karen Thurman | U.S. Rep. (D-Fla.) |
| Jim Turner | U.S. Rep. (D-Texas) |
| Robert Underwood | U.S. Rep. (D-Guam) |
| John Unger | State Sen. (D-W.V.) |
| Bob Weygand | U.S. Rep. (D-R.I.) |
| Brent Yonts | State Rep. (D-Ky.) |

Sources: DLC 07455-DLC 07461
*Forbes became a Democrat in 1999
** Martinez became a Republican in 2000.

26. The agenda for the 1999 Annual Conference listed 14 individuals who were slated to participate as speakers, moderators or panelists. Of these, eight were elected officials. Each of the elected officials was a Democrat. The six others included a cabinet official in the administration of President Clinton, Clinton's pollster, the president of the DLC and the president of the DLC's affiliated think tank, the Progressive Policy Institute.[22] [See Figure 11]

**Figure 11: Speakers, Moderators and Panelists at 1999 Annual Conference**

| Speaker | Brief Description of Position at Time of Conference | Person Was An Elected Official | Political Affiliation of Elected Official or Affiliation of Elected Official by whom Individual Was Appointed |
|---|---|---|---|
| Evan Bayh | U.S. Sen. (D-Ind.) | Yes | Democrat |
| Cal Dooley | U.S. Rep. (D-Calif.) | Yes | Democrat |
| Al From | President, Democratic Leadership Council | No | Not applicable |
| Mary Landrieu | U.S. Sen. (D-La.) | Yes | Democrat |
| Joe Lieberman | U.S. Sen. (D-Conn.) | Yes | Democrat |
| Bob Litan | Director of Economic Studies, Brookings Institution | No | Not applicable |
| Will Marshall | President, Progressive Policy Institute | No | Not applicable |
| Patty Murray | U.S. Sen. (D-Wash.) | Yes | Democrat |
| Mark Penn | Pollster | No | Not applicable |
| Antonio Riley | State Rep. (D-Wis.) | Yes | Democrat |
| Adam Smith | U.S. Rep. (D-Wash.) | Yes | Democrat |
| David Smith | Director of Public Policy, AFL-CIO | No | Not applicable |

| Speaker | Brief Description of Position at Time of Conference | Person Was An Elected Official | Political Affiliation of Elected Official or Affiliation of Elected Official by whom Individual Was Appointed |
|---|---|---|---|
| Lawrence H. Summers | Secretary, U.S Department of the Treasury | No | Democrat |
| Ellen Tauscher | U.S. Rep. (D-Calif.) | Yes | Democrat |

Source: DLC 07415

## Participants and Attendees of Other DLC Events

27. The DLC also convened several other events in which elected officials participated. They included, but were not limited to:

- Spring Retreats held in the spring of each year from 1997 to 1999;
- A Welfare-to-Work Forum held in Philadelphia in August 1997;
- A Leadership Training Workshop held in Washington, D.C., in June 1998; and
- A Leadership Training Workshop in St. Petersburg, Fla., in July 1998.

28. A total of at least 64 elected officials attended or participated in the events outlined in this summary. All 64 were Democrats.[23]

Spring Retreats

29. From May 1, 1997 to May 4, 1997, the DLC held a Spring Retreat in Charleston, S.C. The agenda for the event listed seven elected officials who were scheduled to give speeches or participate in discussions during the retreat. Each was a Democrat.[24] [See Figure 12]

**Figure 12: Elected Official Presenters and Participants at 1997 Spring Retreat**

| Participant | Political Position and Party Affiliation |
|---|---|
| Cal Dooley | U.S. Rep. (D-Calif.) |
| Joe Lieberman | U.S. Sen. (D-Conn.) |
| Jim Moran | U.S. Rep. (D-Va.) |
| Silvestre Reyes | U.S. Rep. (D-Texas) |
| Don Siegelman | Lt. Gov. (D-Ala.) |
| David Price | U.S. Rep. (D-N.C.) |
| Ellen Tauscher | U.S. Rep. (D-Calif.) |

Sources: DLC 10279-DLC 10285

30. From April 30 to May 3, 1999, the DLC held a Spring Retreat in New Orleans. The agenda for the event indicated that 13 elected officials were slated to participate. Each was a Democrat.[25] [See Figure 13]

**Figure 13: Elected Official Presenters and Participants at 1999 Spring Retreat**

| Participant | Political Position and Party Affiliation |
|---|---|
| Evan Bayh | U.S. Sen. (D-Ind.) |
| Earl Blumenauer | U.S. Rep. (D-Ore.) |
| John Breaux | U.S. Sen. (D-La.) |
| Cruz Bustamente | Lt. Gov. (D-Calif.) |
| Tom Carper | Gov. (D-Del.) |
| Cal Dooley | U.S. Rep. (D-Calif.) |
| Steny Hoyer | U.S. Rep. (D-Md.) |
| Joe Lieberman | U.S. Sen. (D-Conn.) |
| Mary Landrieu | U.S. Sen. (D-La.) |
| Jim Moran | U.S. Rep. (D-Va.) |
| Antonio Riley | U.S. Rep. (D-Wis.) |
| Adam Smith | U.S. Rep. (D-Wash.) |
| Charlie Stenholm | U.S. Rep. (D-Texas) |

*Sources: DLC 09229-DLC 09232*

Welfare-to-Work Forum

31. On Aug. 7, 1997, the DLC held a "Welfare-to-Work" forum. Subsequently, the DLC distributed a document listing the 28 elected officials who had attended the event. Each was a Democrat.[26] [See Figure 14]

**Figure 14: Elected Official Attendees of DLC Welfare-to-Work Forum**

| Official | Political Position and Party Affiliation |
|---|---|
| Nancy Beals | State Rep. (D-Conn.) |
| Eduardo Bhatia | Sen. (D-P.R.) |
| Rose Bogardus | State Rep. (D-Mich.) |
| Samuel Britton | State Rep. (D-Ohio) |
| Judy Ann Buffmire | State Rep. (D-Utah) |
| Deborah Cherry | State Rep. (D-Mich.) |
| Frank Chopp | State Rep. (D-Wash.) |
| Barbara M. Clark | State Assembly Woman (D-N.Y.) |
| Gilda Cobb-Hunter | State Rep. (D-S.C.) |
| Garnet F. Coleman | State Rep. (D-Texas) |
| Robert E. Dvorsky | State Sen. (D-Iowa) |
| Mary Hartley | State Sen. (D-Ariz.) |
| Verla Insko | State Rep. (D-N.C.) |
| Evan Jenkins | State Del. (D-W.V.) |
| Johnnie Maier | State Rep. (D-Ohio) |
| Mark L. Mallory | State Rep. (D-Ohio) |
| Lynne Martinez | State Rep. (D-Mich.) |
| Richard Myers | State Rep. (D-Iowa) |
| Elliott Naishtat | State Rep. (D-Texas) |
| Pat Piper | State Sen. (D-Minn.) |

| Official | Political Position and Party Affiliation |
|---|---|
| Peggy Reeves | State Sen. (D-Colo.) |
| Antonio Riley | State Rep. (D-Wis.) |
| Martha G. Scott | State Rep. (D-Mich.) |
| Rob Smith | State Sen. (D-Miss.) |
| Charleta B. Tavares | State Rep. (D-Ohio) |
| Ron Thompson | State Del. (D-W.V.) |
| Royce West | State Sen. (D-Texas) |
| Philip Wise | State Rep. (D-Iowa) |

Sources: DLC 08756-DLC 08759

Washington., D.C., Leadership Training Workshop

32. On June 18, 1998 and June 19, 1998, the DLC held its first Leadership Training Workshop. Of the 13 attendees, each was a Democrat.[27] [See Figure 15]

**Figure 15: Elected Official RSVPs for DLC Leadership Workshop in Washington, D.C.**

| Official | Political Position and Party Affiliation |
|---|---|
| Evan Jenkins | State Del. (D-W.V.) |
| Cheryl Kagan | State Del. (D-Md.) |
| Jeff Plale | State Rep. (D-Wis.) |
| Antonio Riley | State Rep. (D-Wis.) |
| Carroll G. Robinson | Council Member (D-Houston) |
| Samuel I. Rosenberg | State Del. (D-Md.) |
| Robert Bacon | State Rep. (D-Colo.) |
| Bob Buckhorn | Council Member (D-Tampa, Fla.) |
| Nancy I. Chard | State Sen. (D-Vt.) |
| Ken Cheuvront | State Rep. (D-Ariz.) |
| Lisa Ferrell | State Rep. (D-Ark.) |
| Lars A. Hafner | State Rep. (D-Fla.) |
| Scott Howell | State Sen. (D-Utah) |

Sources: DLC 09540-DLC 09541

St. Petersburg, Fla., Leadership Training Workshop

33. On July 31, 1998 and Aug. 1, 1998, the DLC held a Leadership Training Workshop in St. Petersburg, Fla. The event was slated to include 11 elected officials. Each of the 11 was a Democrat.[28] [See Figure 16]

**Figure 16: Elected Official RSVPs for Leadership Workshop in St. Petersburg, Fla.**

| Official | Political Position and Party Affiliation |
|---|---|
| Peter Altman | Mayor (D-New Port Richey, Fla.) |
| Shirley Brown | State Rep. (D-Fla.) |
| Bob Buckhorn | Council Member (D-Tampa, Fla.) |
| Lori Dale Edwards | State Rep. (D-Fla.) |
| Lars A. Hafner | State Rep. (D-Fla.) |
| Calvin Harris | County Commissioner (D-Pinellas County, Fla.) |
| Jay Lasita | Council Member (D-St. Petersburg, Fla.) |
| Anne Mackenzie | State Rep. (D-Fla.) |
| Scott Maddox | Mayor (D-Tallahassee, Fla.) |
| Marjorie Turnbull | State Rep. (D-Fla.) |
| Doug Wiles | State Rep. (D-Fla.) |

Source: DLC 09628

## Section III: The DLC's Activities

34. The DLC's activities from 1997 to 1999 ranged from concrete endeavors – such as printing and disseminating publications, coordinating meetings conferences and conducting polls – to more abstract endeavors, such as conducting outreach to the Hill. The DLC also engaged in attempts to influence public officials' views on specific legislative matters, a practice known as lobbying.

### Coordinating Meetings and Conferences

35. The DLC coordinated several conferences between 1997 and 1999. The DLC viewed three as its "three big" annual events: the group's Annual Conferences, Spring Retreats and National Conversations.[29]

Annual Conferences

36. The DLC held Annual Conferences in the autumn of each year from 1997 to 1999.

37. The conferences were attended by elected officials, employees of the DLC and the PPI, members of the media, major donors to the organization and guests. The events typically included a reception, a leadership dinner and a policy forum. Hundreds of people attended. For example, an Oct. 23, 1997 memo said that more than 250 people were registered for the reception, 500 for the leadership dinner and 800 for the policy forum.[30]

38. The agenda for the conferences consisted of speeches and moderated panels. For example, the 1998 program included speeches by Sens. John Kerry (D-Mass.), John Breaux (D-La.) and Bob Kerrey (D-Neb.). The conference also included a panel discussion, "The New Center in American Politics," that was moderated by Gov. Roy Romer (D-Colo.) and included Lt. Gov. Kathleen Kennedy Townsend (D-Md.), Labor Commissioner-elect Mike Thurmond (D-Ga.) and Mayor-elect Tony Williams (D-D.C.).[31]

39. Documents provided by the DLC in discovery included several memos from the DLC staff to participants in the 1998 conference. The memos describe the message that conference organizers were trying to achieve for the event as a whole and the message that organizers aimed to convey for given panels. The memos also included sections that outlined the "role" for the participants in their panels, providing suggestions about what they might say.

40. One memo said the 1998 conference "is intended to refocus national debate on the big challenges facing the country between now and 2000 (and beyond), with key Democratic elected officials addressing such issues as entitlement reform, education reform, and tax reform."[32]

41. A memo from DLC Policy Director Ed Kilgore to Lt. Gov. Kathleen Kennedy Townsend (D-Md.), concerning the panel on which Townsend was slated to participate, said "the overall message we are attempting to send with this panel is that the 1998 elections represented

something more than a combination of excellent GOTV [get out the vote] and Republican mistakes; that Democrats benefited from a positive, centrist message of economic growth, educational opportunity, and above all, a willingness to use public resources to help solve big challenges."[33]

42. That memo continued by suggesting a role for Townsend: "In essence, we are asking you to present a condensed (10-15 minutes) and election-relevant version of the same case you made at last summer's DLC National Conversation: Democrats can create a new coalition with a message that addresses all the concerns of voters, not just on 'Democratic issues,' like education or health care, but on 'Republican issues' like crime and personal responsibility … the most important point, which you do as well as anyone in the country, is to drive home that all elements of the successful Democratic voting coalition – the 'base,' swing voters, inner-city residents, suburbanites, women, men, and various ethnic groups – share a basic set of values and expect government to achieve results in addressing a set of common problems."[34]

43. The Annual Conference figured in the DLC's solicitations of membership renewals, with donors at different levels receiving varying numbers of credentials to the events surrounding the Annual Conferences. For the 1997 conference, for example, Benefactors, who gave $50,000, received four credentials each to the reception and leadership dinner, and six credentials to the policy conference. Patrons, who gave $20,000, received two credentials each to the reception and leadership dinner, and six credentials to the policy conference.[35] Sponsors, who gave $10,000, received two credentials for the leadership dinner and four credentials to the policy conference.[36] Friends, who gave $5,000, received one credential to the leadership dinner and two credentials to the policy conference.[37] Sustaining members, who gave $1,000, received one credential to the leadership dinner and one credential to the policy conference.[38]

Spring Retreats

44. The DLC held annual Spring Retreats from 1997 to 1999. The 1997 event was held in Charleston, S.C.[39] The 1998 and 1999 events were held in New Orleans.[40]

45. Attendees of the events included elected officials, representatives of the Clinton administration, and financial supporters of the DLC. For example, the 1999 event was slated to include four senators, 22 members of Congress, two governors, a lieutenant governor, 11 representatives of the Clinton administration and "several hundred of the DLC's strongest supporters."[41]

46. A form letter that was prepared to be sent to elected official-invitees of 1998 event suggests that the DLC picked up all costs for elected officials. "Your formal invitation from the DLC will be arriving shortly. All expenses will be covered, and a charter will be departing from National Airport after the last vote on Thursday afternoon."[42]

47. The DLC provided in discovery the agenda for the 1999 event. Day one included a session for a PPI policy scholar to pair with elected officials for short discussions on the PPI scholar's issue area. These sessions were followed by a panel on the "politics of the surplus," moderated by PPI president Will Marshall; a panel on "national security and the use of force," moderated by

Sen. Joe Lieberman (D-Conn.); and a panel on "new politics for the global economy," moderated by Rep. Cal Dooley (D-Calif.). The second day included a panel on "livable communities and the debate over sprawl" and a New Democrat strategy session. The strategy session was slated to include discussions on what New Democrat governors were doing to prepare for the 2000 elections; the direction of the Latino vote; and the prospects for the Democrats to retake control of Congress in the upcoming election.[43]

DLC National Conversations

48. The DLC held an annual National Conversation event in each year from 1997 to 1999.[44] Attendees of the events included DLC and PPI staff members, donors, and elected officials.[45] The 1999 DLC National Conversation, held in Baltimore on July 14 and July 15, was scheduled to include 350 attendees, including over 160 elected officials, according to an undated memo sent to Lieberman in anticipation of the event. The purpose of that event was to "provide a critical forum for continuing the discussion on how New Democrats can position themselves to dominate the party into the next century," according to the memo. "The two-day program reflects a balance of elements to further the DLC's enduring mission: to reinforce the transformation that has taken place in our country and our party under President Clinton's leadership by building a governing agenda for the 21st century, and to identify and nurture the next generation of Democratic leaders to further that agenda." [46]

## Printing and Disseminating Publications and other Written Materials

49. The DLC printed and disseminated several publications and other written materials from 1997 to 1999. These included two print magazines, several publications that appeared to be faxes or newsletters and a short book.

*The New Democrat*

50. *The New Democrat* was the flagship publication of the DLC during the years studied. The publication included in-depth articles on the DLC's policy proposals, commentaries on political trends, editorials, book reviews, a short roundup of items relevant to the DLC, and columns by DLC President Al From. The magazine was published six times per year, according to its masthead.[47]

51. The publication included articles by members of the DLC staff, by subject-matter experts from various disciplines and by elected officials.

52. The cover of the September-October 1998 issue was titled "The GOP: Not Ready for Prime Time." The issue included an editorial by the same name. "If the soon-to-be-completed 105th Congress is any indication, the GOP has failed to turn its political strength into a genuine governing majority. On the brink of unparalleled power, Republicans either don't know or cannot agree on how to use that authority," the editorial stated.[48]

53. Other articles in the edition included:

1816383.1

54.   - "Holier Than Thou: The GOP Alliance With the Christian Right – and the Democratic Response," by Ed Kilgore, policy director of the DLC.[49]

55.   - "The Three Republican Primaries: Why Conservatives Will Decide Who Heads the GOP Ticket in 2000," by Kilgore.[50]

56.   - "The Democrats' Y2K Problem: Why the Republicans Might Still Win it All," by Chuck Alston, editor-in-chief of *The New Democrat* and executive director of the DLC.[51]

57.   - "Reluctant Revolutionaries: Barriers on the Path to Military Innovation," by William A. Owens, a U.S. Navy veteran who was vice chairman of the joint chiefs of staff from 1994 to 1996.[52]

58.   - "Class Act: Good Teachers Are the Key to Restoring Americans' Faith in Public Education," by Sen. John Kerry.[53]

59.   - "None of the Above: A Re-examination of How the American Public Really Feels About Trade," by Ed Sarpolus, vice president of EPIC/MRA, a polling firm based in Lansing, Mich.[54]

60.   - "Understanding the Third Way: A Primer on the New Politics for the Information Age," From's political memo.[55]

61. From's memo summarized his view of the "Third Way," the abiding view of the DLC. "The Third Way marks a decisive break from the liberal and conservative approaches to governing that dominated politics for the past half century," From wrote.[56]

62. His column concluded: "To earn the nation's trust with national leadership – and to stem the Republican tide in Congress and at the state and local levels – Democrats have no choice but to embrace the Third Way. For as President Clinton and [British] Prime Minister [Tony] Blair are demonstrating, the Third Way is the way of the future."[57]

*Blueprint: Ideas for a New Century*

63. *Blueprint* was a magazine first published in September 1998.

64. An advertisement for the publication described its purpose. "This September, a new policy journal began to chart the way to the year 2000. *Blueprint* advances the big ideas that will carry American politics into the 21st Century. Ideas that address the challenges of the new economy and the Information Age. Ideas that draw on the Democratic Leadership Council's pioneering efforts to replace the orthodoxies of the left and the right with solutions fit for the future."[58]

65. The cover of the 64-page Winter 1998 edition said "Winning in the New Economy: An Agenda for Growth/Globalization/Lifelong Learning."[59]

Articles in the Winter 1998 edition included:

66.   -  "Meeting the Challenge of the New Economy," by Michael J. Mandel, economics editor at *Business Week*.[60]

67.   -  "Stabilizing the Global Economy," by Robert Hormats and Laura D'Andrea Tyson. Hormats was vice president at Goldman, Sachs (International), a former assistant secretary of state for economic and business affairs, and a former deputy U.S. trade representative. Tyson was dean of the Haas School of Business at the University of California at Berkeley. She had previously served as chair of the Council of Economic Advisers and National Economic Advisor in President Clinton's first term.[61]

68.   -  "Innovation: The New Pump of Growth," by Paul Romer, a professor in the graduate school of business at Stanford University.[62]

69.   -  "Expanding the Winners' Circle: A Guide for Increasing Upward Mobility," by Robert E. Litan, director of the economic studies program and Cabot Family Chair at the Brookings Institution. Litan had served as deputy attorney general and as associate director in the Office of Management and Budget in President Clinton's first term.[63]

70.   -  "Choosing the New Economy," by Mark J. Penn, president of Penn, Schoen & Bertland Associates Inc., and pollster for President Clinton.[64]

71.   -  "Back to the Future with New Labor," by Fred Siegel and Joel Kotkin. Siegel was a professor at Cooper Union. Kotkin was a professor of public policy at Pepperdine University.[65]

72.   -  "Towards a More Democratic Capitalism," by Jeff Gates, president of the Shared Capitalism Institute, in Atlanta.[66]

73.   -  "Making the New Economy Work," by Claude Fontheim, chief executive office of Fontheim International LLC.[67]

## *DLC Update*

74. In the years 1997 to 1999, the DLC issued a fax publication called the *DLC Update*. The publication, according to a tagline in its footer, was "broadcast to thousands of public officials, citizen activists, and supporters in the DLC network nationwide."[68]

75. The publication, which was typically two pages in length, was often headlined by an "Idea of the Week." Ideas covered in issues disseminated in the first four months of 1998 included:

76.   -  Health plan report cards[69]
77.   -  Emissions trading[70]
78.   -  "Soft second" mortgages[71]
79.   -  Modernizing Social Security[72]
80.   -  Housing vouchers for welfare recipients[73]

*DLC Briefing*

81. During at least 1997 and 1998, the DLC published the *DLC Briefing*, a publication that appears to have been distributed as a fax. The group billed it as a "service providing a concise New Democrat perspective on national issues that are of immediate interest to policymakers."[74]

82. The publication typically was devoted to a public policy issue that was relevant to current events, summarized recent events pertinent to that policy issue, summarized the "New Democrat principles" relevant to the issue and analyzed the political factors influencing the issue.

83. Topics included:

84.    - "The Balance Budget Deal: Good for the Economy, Good for Democrats"[75]
85.    - "Renewing China MFN"[76]
86.    - "Welfare-to-Work"[77]
87.    - "Budget Agreement Conference Issues"[78]
88.    - "Securities Litigation Reform"[79]

*DLC Talking Points*

89. In at least 1997, the DLC distributed a publication called *DLC Talking Points*. The publication included a section for "Background," which gave a synopsis of a policy issue in the news and the political developments surrounding the issue, a section called "Bottom Line," in which the DLC offered its analysis on the merits of the issue at hand, and a section called "Talking Points," in which the DLC offered ways to present its point of view.

90. Topics of *DLC Talking Points* included:

91.    - "Talking About Comp Time"[80]
92.    - "The Budget: Finishing the Job on Welfare"[81]
93.    - "The Goodling Amendment: Will Congress Flunk First Test on National Education Standards?"[82]

*Fact Sheet*

94. During at least July 1997, the DLC issued a publication called *Fact Sheet*. These brief papers retailed the DLC's views by offering facts that were intended to counter popular conceptions.

95. *Fact Sheet* topics included:

96.    - "Fast Track: Myths and Realities"[83]
97.    - "Key Facts about NAFTA"[84]

_DLC Idea Book_

98. In at least 1998, the group published _The Idea Book_, a brief publication that provided a condensed summary of the DLC's beliefs that was evidently intended for an audience of Democratic elected officials and policy makers.[85]

99. The 1998 edition included a letter titled "Dear Democratic Leader."[86]

100. "We're happy for this opportunity to provide you with additional information about the New Democrat philosophy and ideas, and we hope that you will reach for your _Idea Book_ regularly as a guide to the issues facing America during this transformative time."[87]

101. The book began with a feature called "Talking Points: New Democrat Credo." The credo provided a series of contrasting statements between what it says Democrats, in general, believe, and what New Democrats, specifically, believe.[88]

102. For example, the first contrast was as follows:

103. - "As Democrats, we believe in equal opportunity and upward mobility. We believe that economic and social progress are built on the talents and efforts of all Americans, not just a privileged few.[89]

104. - "As New Democrats, we understand that the private sector, not government, is the primary engine of economic growth, and that government's role is to promote growth and equip Americans to succeed in the private sector."[90]

105. Later, the book included an elaboration on the credo at the beginning titled "What We Believe: A Credo for New Democrats." The elaboration included 14 bullet points. The first three are presented here:[91]

106. - As New Democrats, we are the modernizers of the progressive tradition in American politics.
107. - We believe in the traditional values that have always propelled the Democratic Party. But we believe that the best way to further those values in a new era is to modernize our policies and programs so they keep up with the changing times.
108. - We believe in equal opportunity for [all] and special privileges for none.

**Conducting Polls**

109. Polling was a facet of the DLC's operation in the years 1997 to 1999. A July 1997 poll included 226 questions. A June 1998 DLC memo pegged the usual costs of DLC polls at $50,000 apiece.[92]

110. In the years studied, the polls were typically, if not always, conducted by Penn, Schoen & Berland Associates Inc. The president of the polling firm was Mark Penn, who served as

President Clinton's pollster and political adviser in his 1996 re-election campaign and served as Clinton's pollster throughout his second term.[93]

111. The DLC commissioned at least five polls from 1997 to 1999. These included:

112.  -  July 23, 1997-July 27, 1997: "The New Democratic Electorate"[94]
113.  -  June 3, 1998: "National Conversation Poll"[95]
114.  -  Feb. 2, 1999-Feb. 14, 1999: "Community Consensus"[96]
115.  -  Sept. 28, 1999-Sept. 29, 1999: "America's Views Toward Foreign Policy and National Security"[97]
116.  -  "Transportation Poll"[98] [no date available]

117. Additionally, the DLC performed a "Post-Election" poll in late 1996, the results of which correlated with many of the policy positions the DLC took from 1997 to 1999.[99]

Content of the polls

118. A question from the July 1997 poll asked: "Do you think that Social Security will soon face a crisis requiring us to undertake serious reform, or do you think these programs are basically sound and should not be tampered with or altered?"[100]

119. Another asked: "If a Democrat represented you and he or she voted for the balanced budget deal, who would you vote for in Congress next year, the Democrat or a Republican?"[101]

120. The DLC's 1999 "Community Consensus" poll asked subjects whether they felt they had responsibilities as American citizens, if they felt they had an obligation to report a crime that they witnessed, or felt that it was an obligation that a citizen owes to the country to be able to speak and understand English.[102]

121. The "Post-Election" poll asked subjects to choose "the most important thing to you about the candidate you chose" and asked respondents who voted for Clinton to assess the importance of several factors in their decision. The factors included Clinton's presiding over a 60 percent decrease in the deficit, his presiding over the creation of 10 million new jobs, his signing of the Family and Medical Leave Act, his increased funding for breast cancer research, his prioritization on cleaning up toxic wastes and his increasing safeguards for meat and poultry.[103]

122. The following analyses were made of DLC-sponsored polls:

123.  -  A report published by Penn analyzing the results of the 1996 "Post Election" poll concluded that "Clinton won the election because on every issue that the Republicans needed to dominate – balancing the budget, welfare, crime, immigration, and taxes – Clinton staked out a strong centrist position early on."[104] The report concluded that congressional Democrats were less successful in 1996 because "they failed to join Clinton in the center" and "they failed to ride the wave of good economic news available to them in 1996."[105]

124. - The DLC continued to make use of the 1996 poll more than a year later. In February 1998, the DLC's Anne Rung sent a memo to Penn in anticipation of his scheduled speaking engagement before the chiefs of staff of the New Democrats in the House and Senate. Rung suggests to Penn: "You may want to draw on your 1996 poll which showed that Clinton won re-election because voters viewed him as a new, different kind of Democrat and Congressional Democrats failed to win back control of the House because voters viewed them as more traditional liberals."[106]

125. - The executive summary of the DLC's 1997 "New Democrat Electorate" poll reached the conclusion that voters' interests were "coalescing" around five basic objectives: the "need for a limited role of government that creates opportunity," the "need for increased access to global markets," the "need to protect and nurture traditional family values," the "belief … that entitlement reform is an important priority" and that "educational reform at the K through 12 level is strongly supported."[107]

126. On Aug. 6, 1997, the DLC issued a press release referring the to New Democrat Electorate poll that continued to stress the theme of Democratic voters adopting the DLC's general philosophy: "DLC Poll Shows Democrats Marching to the 'Vital Center,'" said the press release's headline. It continued: "The Democratic rank and file voters are following President Clinton into the vital center of the national debate, according to a new survey of voters for the Democratic Leadership Council."[108]

127. Two days later, the DLC issued a press release touting one of the poll's findings. Its headline said "Two-thirds of Democrats want fast track authority for Clinton."[109]

## Conducting Outreach to the Hill and Other Politicians

128. The DLC engaged in extensive efforts from 1997 to 1999 to court Democratic members of Congress and Democrats throughout the country. This was partially conducted through the New Democrat Coalition, a congressional caucus of members who subscribed to New Democrat principles, but also involved events with Democrats who were not members of the NDC.

<u>Relationship with the New Democrat Coalition</u>

129. The DLC evidently played a role in the establishment in the New Democrat Coalition. This finding was reflected in comments by Rep. Jane Harman (D-Calif.) during the 1997 DLC Annual Conference.

130. "I also want to salute the leadership of my colleague, Jim Moran in the House, who is chair of the New Democrats Coalition [sic], which is a DLC off-shoot – I'm sure you all know that – and a very productive new group in the House.[110]

131. The DLC's objective of working closely with members of the New Democrat Coalition was reflected in a statement by From.

132. In a July 21, 1998 memorandum to the DLC's trustees, From cited among the DLC's efforts to develop the next generation of leaders, the organization's efforts to "work closely with members of the New Democrat Coalition in the House, who increasingly look to us for ideas and guidance on major issues," From wrote. "…NDC members are engaged in a number of the PPI projects and work particularly closely with the PPI scholars. Through the DLC Congressional outreach effort, we are making a concerted effort to engage promising young NDC members in our efforts."[111]

133. The DLC worked closely with members of the NDC by coordinating events with them, such as:

134. - Briefings with New Democrat chiefs of staff from the House and Senate:

135.    In a February 1998 memo to Mark Penn, the DLC's Anne Rung made reference to an upcoming briefing of the New Democrat chiefs of staff, which she said would be "part of a monthly lunch series."[112]

136.    Rung added that, during the briefing, From would "underscore the importance and urgency of working together as New Democrats to forge a new political network that will produce ground-breaking and innovative ideas for governing in the future."[113]

137. - Hosting the staff of Sen. Joe Lieberman (D-Conn.):

138.    On Feb. 2, 1998, Lieberman sent a letter to From, thanking From for hosting his staff at the Progressive Policy Institute. "Thanks again for hosting my staff at PPI," Lieberman wrote. "I hope that this kind of interchange will encourage an even closer working relationship between my office and the folks over at the DLC/PPI during the coming year."[114]

139. - Holding a dinner in recognition of certain freshmen NDC members:

140.    The DLC planned a dinner in September 1999 in recognition of members of the freshman House class who had joined the New Democrat Coalition and voted in favor of the NDC's position on key legislative issues 100 percent of the time.

141.    "You are part of a select group of freshman who have demonstrated extraordinary unity within the NDC by voting as a bloc on key New Democrat issues 100 percent of the time," From wrote to Rep. Charles Gonzalez (D-Texas) on Sept. 10, 1999. "We would like to congratulate you for your terrific work throughout the year, and in particular your dedication to fostering New Democrat principles and policies through your strong voting record."[115]

142. - Happy hours for New Dem Press Secretaries

143.    In conjunction with the National Beer Wholesalers Association, the DLC planned a happy hour event for New Democrat press secretaries, in September 1999.[116]

144.    "Why No. 1," the invitation said, "meet other New Dem press people."

145.    "Why No. 2: "All you can drink Cap City micro brews and soda."

Coordination of events with other congressional Democrats

146. The group also made efforts to develop relationships with Democrats who were not necessarily subscribers to the New Democrat philosophy:

147. -  On Feb. 10, 1999, From, Progressive Policy Institute President Will Marshall, pollster Mark Penn and Rep. Cal Dooley (D-Calif.) planned to meet with the freshmen Democratic members of Congress, according to a Feb. 9 memo from DLC Congressional Director Anne Rung to Penn.[117]

148.    "The goal of the briefing is to educate new Members about our ideas and message, and convey an attitude that we want to help them and serve as a resource," Rung wrote.[118]

149.    All Democratic freshmen were invited, according to the memo, regardless of their relationship with the DLC or membership in the New Democrat Coalition. In fact, Rung said that only "a few of the members may be familiar with our organization" and even they "are not likely to know about our work over the past year and plans for the future."[119]

150. -  On March 18, 1999, Lieberman was slated, at the DLC's request, to hold a lunch with the four freshmen Democratic senators: John Edwards (D-N.C.), Blanche Lincoln (D-Ark.), Evan Bayh (D-Ind.) and Chuck Schumer (D-N.Y.).

151.    These senators, according to a DLC memo, did not necessarily appear to have a particular affinity for the DLC. A memo from Anne (presumably Rung) to Al and Will (presumably From and Marshall) reads: "While you've both worked with Senators Lincoln, Schumer and Bayh in their previous lives, Senator Edwards and his agenda are less known to the DLC and PPI (other than that he's a former trial attorney.) At the very least, this lunch is a good opportunity both of you to re-connect with the Senators and to show them we want to serve as a political and policy resource for them."[120]

Offers to "serve" congressional Democrats

152. The DLC offered to "serve" members. The Feb. 10, 1999 and March 18, 1999 meetings cited above were such examples. Others are reflected below:

153. -  In a May 18, 1999 memo anticipating a meeting between From and Rep. Brian Baird (D-Wash.), a DLC staffer (presumably Anne Rung) noted three purposes of the meeting. The first purpose listed was for From to articulate "we are a resource … this is an opportunity to let the Congressman know we are a resource for him, both as a center for new ideas and a political network of state and national elected-officials."[121]

154. - In a May 20, 1999 letter to Baird, From thanked Baird for his candor in the meeting the two had held the day before. "I really want to engage you in more of our activities and benefit from your thoughts and ideas," From wrote. "In the meantime, I hope you will use the DLC and its affiliated think-tank, PPI, as a resource for you and your staff."[122]

155. - In a July 15, 1998 letter from From to Rep. Vic Snyder (D-Ark.), From thanked Snyder for stopping by the DLC's offices. "The Democratic Leadership Council (DLC) and its affiliated think-tank, the Progressive Policy Institute (PPI), are here to serve as a resource for you and your staff," From wrote in the letter.[123]

156. In July 1998, From wrote a memo to the DLC's trustees that outlined a strategy for a "new phase" for the New Democrat movement, "to assure that New Democrat, Third Way politics outlasts the Clinton presidency. All of the energy and activity of the DLC and the PPI will be devoted to pursuing that goal. Succeeding in this mission will not only secure the future of our movement, but the President's legacy as well."[124]

157. In 1998 and 1999, the DLC initiated or continued several programs to aimed at fulfilling From's goal of ensuring the longevity of the DLC movement, as discussed below.

<u>Launching a Leadership Training Workshop program to train New Democrat leaders</u>

158. In 1998, the DLC initiated a Leadership Training Workshop program that the group viewed as part of its "larger goal to arm the next generation of New Democrat elected leaders, particularly at the state and local levels, with New Democrat ideas."[125] Beyond imbuing its adherents with ideas, the training workshops aimed to provide strategies for them to "articulate a New Democrat governing agenda."[126]

159. "The workshops are a critical component of the DLC's strategy for ensuring that New Democrat ideas continue to shape American politics in the Information Age after President Clinton leaves office," a DLC fact sheet said.[127]

160. In August 1999, the *New York Times* wrote an article on the workshops. "Every few months, small groups of local Democratic officials journey to special seminars to learn how to combat a party vulnerability: doubts among voters that the Democrats embrace mainstream family values."[128]

161. The article quoted Ed Kilgore, the policy director at the DLC. "It's a revolutionary exercise for a lot of Democrats. It's important to make it clear that your policy positions reflect values the public shares and that you are not proposing programs as an end in itself."[129]

162. On August 31, 1999, DLC Political Director Doug Wilson sent a memo to Executive Director Chuck Alston. "The values-based training program has been successful on a number of fronts, and – as a result of the recent *New York Times* article – is attracting new and positive attention."[130]

163. The two day workshops, according to a DLC memo, were aimed at teaching participants "the essentials of the New Democrat governing philosophy and how to turn it into effective political messages and policy proposals relevant to their local issues."[131] By September 1999, the DLC had conducted the Leadership Training Workshops in eight states plus Washington, D.C., and had worked with 105 elected officials.[132]

164. The initial workshop was held on June 19, 1998 and June 20, 1998 in Washington, D.C. A packet prepared for that workshop suggests that it was intended familiarize participants with "DLC/New Democrat Values" and to provide participants with messages they could use to sell those principles to their constituents.[133]

165. For example, the packet included sections for health care, education and technology. Within health care, the DLC said that costs had "spiraled out of control" and that health care had become "unavailable to too many" The group suggested that officials propose as solutions "working with employers, insurance companies, and patients to guarantee that cost is not a barrier to keeping" their state's "children healthy."[134]

166. The section on education focused on insufficient standards in the schools. "To assure the success of our students, we will hold parents, teachers and students accountable for their performance," the DLC's message read. "We will end social promotion and hold teachers and students to the highest standards."[135]

Establishment of a Legislative Advisory Board, made up of New Democrat state legislators

167. The DLC formed a "Legislative Advisory Board," made up of New Democrat state legislators from across the country to help it "identify, recruit, and engage promising state legislators."[136]

Organizing DLC caucuses in state legislatures

168. Among the DLC's goals for 1998 was "to launch 10 to 15 caucuses in state legislatures around the country."[137] A DLC document provided during discovery enumerated 10 states in which the DLC had successfully formed some sort of legislative group. For example, of Pennsylvania, the document said: "the New Democrat message has finally hit home in PA. After two successful visits to Harrisburg, we have established a core group of electeds that will form our caucus in the legislature."[138]

An initiative to enhance the value of the New Democrat Brand

169. In 1998, the DLC engaged a consultant in the goal of figuring out how to enhance the value of the brand "New Democrat" such that "being labeled as a New Democrat candidate is as valuable as receiving interest group money."[139]

Attempting to recruit elected officials to the DLC

170. One aspect of the DLC's activities in the years 1997 to 1999 was the group's attempt to recruit new members. This goal was reflected in two documents, in particular:

171. - On June 19, 1998, the DLC's John Deeken sent a memo to DLC Field Director Debbie Cox, "Re: Plan for the DLC to do state-based polling in-house." The second paragraph of the memo began "If we are to succeed in establishing a major presence at the state level, winning over converts from among current political and elected leaders, and exposing state and local press, political consultants, and opinion leaders to our message, we will need polling information on their state to gain entrée and legitimacy with these new audiences."[140]

172. - Also included in the documents provided in discovery was a chart. The left column of the chart set out four categories of individuals: Members of Congress and U.S. officials, State Legislators, Donors, and DLC Helpers. Across the top were four categories of statuses: Solid New Democrats, Recent Converts, Wanted Converts, Donors and Influences.[141]

173. Along the Members of Congress and U.S. Officials line of the chart, the memo outlined those who had become Solid New Democrats (Bill Andresen, Calvin Dooley, Joe Lieberman, Bruce Reed and Ellen Tauscher); those who were recent converts (Adam Smith); and those who were wanted converts (Dianne Feinstein and Karen McCarthy).[142]

## Conducting Lobbying Efforts

174. In the period of 1997 to 1999, the DLC on occasion engaged in activities intended to influence the positions of legislators on specific legislative proposals, a practice generally known as lobbying. These efforts were distinct from the DLC's objectives to attract elected officials to the group's political philosophy because they related to specific policy issues under the consideration of Congress.

175. The DLC engaged in both direct lobbying, the practice of contacting legislators in an effort to influence their positions, and in grassroots lobbying, the attempt to influence the general public's position on legislative matters.

176. The DLC's lobbied on at least two issues during the period covered, "fast track" trade authority and Medicare reform issues.

"Fast Track" trade authority

177. - Direct Lobbying:

178. DLC documents indicate that the group became directly involved in lobbying members of Congress to vote its way on fast track. An Oct. 30, 1997 memo from Edie Wilson (title unidentified) to DLC Congressional Director Anne Rung, DLC Executive Director

Chuck Alston and others, said "DLC activities on behalf of fast track from now through the votes."[143]

179.    The memo proceeded to enumerate such activities as "Al will write a confidential strategy memo to Democratic members" … "Set up member visits and calls – for next week. Staff to review list of undecided members and divide up according to relationships, home state, etc." … "Put together a call list for Al to members next week."[144]

180.    These activities suggest that From and other DLC staffers were engaged in contacting members of Congress to influence them, the definition of direct lobbying.

181. -   Grassroots lobbying:

182.    In October 1997, the DLC announced a nationwide television advertising campaign "to demonstrate that there is significant Democratic support for President Clinton's request for fast track trade negotiating authority." In its announcement, the DLC said the fast track ads represented the first time in the group's 12-year history that it had run television ads. The ads were slated to run nationally on *The Larry King Show*, to select Cable News Network audiences, and on news programs in the Washington, D.C., area.[145] The DLC also produced a full-page print advertisement headlined "An Appeal to Congress from the States: Give President Clinton the Authority To Negotiate Tough, Fair Trade Agreements" that was signed by more than 100 state and local Democratic officials.[146]

Medicare reform issues

183. In May 1999, From received a fax from the office of Sen. John Breaux (D-La.) that included a draft of a letter that was addressed to Speaker of the House Dennis Hastert (R-Ill.) and Rep. Dick Gephardt (D-Mo.), the House minority leader. The letter called for proposals in the "Breaux-Thomas" report to "be incorporated into a legislative package that would allow us to support and work for real Medicare reform in this Congress."[147]

184. The follow-up page to the draft letter included five "confirmed signators" of the letter and 11 "still working" names.[148] The cover letter to the fax, which was evidently sent by a staffer in Breux's office, said "the list of people for you to call is also attached."

# Summary of Activity of the Democratic Leadership Council 1997-1998-1999

# Exhibit 1

1816383.1

# Section IV: The DLC's Relationship with Democrats

185. The DLC billed itself as a the purveyor of the Third Way. While the group indicated in its application for tax exempt status that "the activities it conducts are intended for the benefit of the general public without regard to party affiliation," documents provided in the discovery phase of this case indicate that the group's attention was focused on the Democratic Party.[149]

Representations to the IRS

186. In its application for tax-exempt status, the DLC included a copy of *Winning in the World Economy*, a publication the group had produced. The DLC cited its distribution of the publication to all members of Congress as evidence that it harbored no predilection toward the Democratic Party.[150]

187. Included in the text of the document was this sentence: "Conceived as a catalyst for change – both within the Democratic Party and the nation – the DLC's fundamental aim is to explore new ways to advance our party's traditional commitment to growth and opportunity, national strength and social justice."[151]

188. The document continued, later: "While Democrats may differ on some specific recommendations, our members agree on the need for purposeful action – public and private – to build and sustain our economic strength," the document states. "We offer the following action agenda as an alternative to Republican inaction."[152]

189. The document's concluding paragraph said: "Devoid of vision and intent on inaction, the Republican Party offers no coherent response to the greatest domestic challenge facing America during the rest of this century. The Democratic Party – traditionally the agent of change and progress in America – must fill the leadership vacuum and illuminate the way ahead."[153]

190. The DLC acknowledged a focus on the Democratic Party in its declarations on its Form 990 tax returns for 1997 and 1998, two of the three years covered in this summary. (The statement containing the group's reason for tax-exempt status in 1999 was not included in the Form 990 provided in discovery for that year.) The group's articulation of its exempt purpose for 1997 and 1998 was precisely the same: "To promote public debate within the Democratic Party and among the general public about national economic, social, and political issues. To introduce innovative approaches to public policy and stimulate debate about key national and international issues."[154]

Internal Memos

191. - In November 1998, the DLC Political Director Doug Wilson sent a memo to DLC Vice President of Strategy Holly Page discussing his thoughts on the DLC's political strategy and outreach program. In the memo, Wilson recommends that the DLC's political outreach be designed in such a way that it is "a credible addition to, not a substitute for, party political programs." Later in the memo, Wilson writes "Al [From] should deal at the highest level of politics and the media to keep the DLC as a major factor in party development and national policy debate and to mobilize party leaders on our behalf."[155]

192. - In the agenda for a Leadership Workshop in Harrisburg, Pa., the 1 p.m. event is titled "What makes us New Democrats: How are our values different from Republicans."[156]

Publications

193. In June 1998, the DLC distributed a publication titled *The Idea Book: A Reference Manual for New Democrats*. The preamble to the publication is titled the "New Democrat Credo." The section includes several "DLC Talking Points":

194. - "As Democrats, we believe in equal opportunity and upward mobility," the first paragraph begins.

195. "As New Democrats, we understand that the private sector, not government, is the primary engine of economic growth," the second – bold, italicized – paragraph begins.

196. - "As Democrats, we believe in tolerance and inclusion," the third paragraph beings.

197. "As New Democrats, we understand that tolerance and inclusion are best promoted within the context of a common civic culture grounded in the values most Americans share: work, family, personal responsibility, individual liberty, and faith," the fourth – bold, italicized – paragraph reads.[157]

Speeches

198. Documents provided in discovery included several speeches by From.

199. - This passage was drawn from the 1997 DLC National Conversation:

200. "The central point I want to make today is that the way to further the most fundamental values and highest ideals of the Democratic Party in the 21st century is to campaign and govern as New Democrats," he said. "First, why are we Democrats – what are the values that we, as Democrats, have always believed in – and that animate our politics today?"[158]

201. Here, From speaks first of the goals of furthering the "values and highest ideals" of the Democratic Party. Only when he addresses the specifics of the 21st century does From discuss the need to "campaign and govern" as "New Democrats."

202. - The following passage is drawn from a speech by From in Boise, Idaho, on June 13, 1999.

203.    "In 1984, the party of Franklin Roosevelt and Harry Truman, and John Kennedy; the party that led America to most of its economic and social progress in the 20th century, the party that dominated American politics for nearly five decades, lost 49 states," From said. "There are a lot of people who thought that if the election had been a day or two later, we would have lost all 50. We hit bedrock. Indeed in [the] 1980s, in each of those three presidential elections, we lost at least 40 states. By 1992, we had lost five of the last six presidential elections, and most of the experts said we would not win the presidency again in this century."[159]

204.    In his observations that "we" lost 49 states and that "we hit bedrock" in the 1980s, From inarguably is referring to the Democratic Party.

DLC statements about Republicans who adopted its messages

205. The DLC espoused myriad policy positions – including those concerning Social Security reform, welfare reform, Medicare reform, advocating for a balanced budget, promoting trade agreements, and ending social promotion in schools, to name a few.

206. From at times accused Republicans who adopted DLC ideas of co-opting the DLC's message. In the late 1990s, in examples listed below, he reserved special suspicion of "a certain governor of Texas," who happened to be a Republican and would soon become president of the United States.

207. - At the 1998 DLC Annual Conference, From suggested that Bush had run for office on themes put forth by the New Democrats, but From did not declare victory in winning a new convert. "Even some Republicans seem to have gotten that message. There's a certain governor of Texas who ran on our themes. I call him New Democrat Lite. Imitation might be the greatest form of flattery but later today when we hear from the vice president and the president, we'll see there is a clear difference between the imposter and the real thing."[160]

208. - At the DLC's 1999 National Conversation, in July 1999, From accused the Republican Party of trying to "parrot" the DLC's politics. "The New Democrat agenda has been pretty successful," From said. "In fact, it has been so successful that the Republicans are trying to parrot our politics. They're trying to pilfer our New Democrat themes of opportunity, responsibility and community. Now, I really don't know what a compassionate conservative stands for. But I've got a message for our Republican imitators. Transforming a political party, hammering out a political philosophy and crafting a governing agenda that works is accomplished through hard work, spirited debate and even a few tough fights, not just with a clever slogan or by inheritance."[161]

209.  -  At the DLC Annual Conference in October 1999, From again appeared to refer to Bush. "So it is no wonder that the leading candidates for president in both political parties seem to be running to be elected to President Clinton's third term. And it is not surprising that the leading candidate in the other party, having already tried to steal our rhetoric, is now in a headlong dash to run away from his party's leadership in Congress."[162]

# Section V: The DLC's Interest in Elections

210. Several DLC statements in the years 1997 to 1999 indicated that the group was interested in the outcomes of elections.

## Policy of Sanctioning Work that Could Indirectly Influence Campaigns

211. While the DLC's by-laws forbade involvement in activities defined as "political" by the IRS, they permitted instruction to promote "better campaign activities." The DLC's by-laws, as presented to its Florida partner, DLC Florida Inc., read: "Activities such as workshops, publications, and seminars to encourage greater participation in government and politics or better campaign practices are permissible activities so long as they are not conducted to support a particular candidate."[163]

## Use of Election Years as Benchmarks

212. - In a memo to the DLC/PPI staff in April 1998, From discussed the group's mission to ensure that the New Democrat movement continued "to grow and prosper in the post-Clinton era." He cast his goals in the context of upcoming elections: "Simply put, we need to develop the New Democrat agenda for the 2000 election and beyond," From wrote.[164]

213. - An overview document for the 1998 DLC conference states: "The 1998 DLC Annual Conference is … the first major national political event following the November 1998 elections. The conference theme is 'The Next Politics.' It is intended to refocus the national debate on the big challenges facing the country between now and 2000 (and beyond)."[165] The next national elections were scheduled for the year 2000.

214. - When the DLC decided to launch a new publication *Blueprint for the New Century*, it was done with the "Year 2000 presidential campaign" in mind: "The project will produce the next wave of big, centrist, new progressive ideas and solutions to the nation's pressing challenges, strategically chosen to dominate the national political debate going into the Year 2000 presidential campaign."[166]

215. - The agenda for the group's 1999 Spring Retreat included a "New Democrat Strategy Session." In a memo to Gov. Tom Carper (D-Del.), DLC Policy Director Ed Kilgore and DLC Congressional Coordinator Anne Rung asked Carper to frame his remarks in the context of "2000," which they said other speakers would do as well. The memo made three explicit references to "2000":

216. "We hope as chairman of the National Governors' Association, you will talk about what New Democrat Governors are doing to prepare for 2000. Former Colorado Governor (and DLC Vice Chairman) Roy Romer will offer a national perspective as General Chairman of the Democratic National Committee. California Lt. Gov. Cruz Bustamante will discuss the direction of the rapidly expanding Latino vote, a major two-party

battleground for 2000. Rep. Steny Hoyer, Chairman of the Democratic Congressional Campaign Committee, will address prospects for retaking control of Congress in the next election. New Democratic Network Executive Director Simon Rosenberg will talk about the expansion of New Democratic candidacies in federal and state elections moving toward 2000."[167]

## References to the Goal of Democratic Electoral Successes

217. On occasion, the text of From's speeches and the contents of DLC documents expressed a desire for the Democrats to win the 2000 presidential election, and to improve their success in congressional and gubernatorial elections.

218. - During his address at the 1998 DLC Annual Conference From said "We need a Democratic Party that tackles America's most difficult challenges with the kind of bold and innovative ideas that we are hearing about today. That is the key, not only to holding onto the White House in the year 2000, but to rebuilding our party at the congressional and gubernatorial levels as well."[168]

219. - During his address at the 1999 DLC Annual Conference, From celebrated the Democrats' success in the two previous presidential elections and issued a clarion call for future Democratic victories.

220. "As we gather for this, the last DLC conference of the 1990s, we are reminded of how far we've come since our first conference in this decade, but we are well aware that our job is still not finished," he said. "We began this decade hoping to end the Democratic Party's losing streak in presidential politics. We end it with a New Democrat president finishing his second successful term, and with our sights set on returning a transformed Democratic Party to its rightful place as the majority party in American politics."[169]

221. - In an undated speech at a "Black Mayors' Event," From spoke of reversing the gains Republicans made in Congress in 1994: "We're in a common quest for new ideas and innovative approaches to governing – for new ways to tackle tough challenges with practical, workable solutions. And, we have a common interest in forging a new progressive political coalition strong enough to reverse the Republican gains of 1994."[170]

222. From continued: "At the state level, the next two elections are even more important. Today, there are 26 states in which a change of six seats would change control of a legislative chamber. These states will control apportionment of 301 congressional districts after the census of 2000."[171]

223. - In a June 1998 memo from DLC Congressional Coordinator Jeff Bjornstat, chief of staff to Rep. Adam Smith (D-Wash.), Rung focused on comments she hoped Smith would make in his remarks during the DLC's 1998 National Conversation. The memo makes reference to making the "our party" the majority party to providing keys to "securing enduring political gains."

224.    "We hope that Congressman Smith will lead with a discussion of the ideas and messages that will successfully transform our party into a lasting governing majority. During his recent visit to the DLC, Congressman Smith articulated many of the New Democrat principles that we believe are critical to securing enduring political gains and we would love for him to reiterate some of those themes. In particular … campaigning and governing as a fiscally responsible Democrat."[172]

225.  - During the DLC's 1998 Annual Conference, From and pollster Mark Penn were scheduled to participate in a panel called "The Next Politics," according to a memo prepared for the discussion.

226.    "DLC President Al From will review the 1998 election results and identify keys to building an enduring progressive coalition. He will argue that Democrats can build on the successes of 1996 and 1998 if and only if they continue the New Democrat legacy of the Clinton-Gore Administration and seek 'third way' policy solutions to a new generation of challenges. Presidential pollster Mark Penn will demonstrate the links between the 1996 presidential victory and the 1998 results and [suggest] that the party is moving towards a unified New Democrat message that can produce an enduring majority coalition."[173]

227.  - Also during the 1998 conference, Gov. Roy Romer (D-Colo.) was slated to speak during a panel titled "The New Center in American Politics," according to a DLC memo.

228.    "As general chairman of the DNC and vice chairman of the DLC, Gov. Roy Romer will provide a national overview of the '98 elections and the keys to building a new national majority for the Democratic Party."[174]

229.  - From said during his 1999 Annual Conference speech:

230.    "If we want to hold on to the vital center of American politics, and that is the key to our holding onto the White House, New Democrats must continue to drive our party politically and intellectually. That's just what we intend to do at the DLC and PPI."[175]

231.  - From said in his memo to the trustees in the summer of 1998: "Realistically, New Democrats will never match organized labor and other traditional interest groups in the ability to raise funds or organize troops for campaigns," From wrote the trustees. "So what we have to do is to make our brand – our message and ideas – so valuable that candidates will find it advantageous to run on them, even candidates who get labor money and organizational help. Since we can't top labor's money, we need to make it work for us … In other words, we need to increase the value of our brand – so that being labeled as a New Democrat candidate is as valuable as receiving interest group money."[176]

232.  - In November 1998, memo, the DLC's Doug Wilson sent a memo to the DLC's Holly Page:

233. "We have no real bench, no farm team. The kinds of men and women who would be ideal candidates to carry the New Democrat message and help us to build and strengthen the party are reluctant to run – the political environment is negative and the support system appears to be nil."[177]

234. Wilson continued, under "Goals":

235. "Identifying, encouraging men and women who are respected and influential members of their community to run for state and national legislative and administrative offices as Democrats carrying the New Democrat messages."[178]

236. Among the goals Wilson outlined in the memo were "Developing measurable standards of achievement at agreed-upon stages. In 2000, 2002 and 2004, x number recruited, y number elected, z percentage increase in the Democratic vote in a particular district as a result of the DLC themes and messages conveyed."[179]

237. - In July 1999, From was scheduled to participate in a fundraiser for Allyson Schwartz, a Democrat who was running for the U.S. Senate in Pennsylvania. The memo outlining From's itinerary suggests the From would serve as a draw to the fundraiser.

238. "You are scheduled to travel to Philadelphia on Wednesday, primarily to appear at an issues forum with current and prospective donors and other supporters of Pennsylvania State Sen. Allyson Schwartz," Wilson wrote From on July 26, 1999. "Earlier this year, she'd asked you to attend a fundraiser on her behalf. We spoke at length with her staff re the appropriate format and framework for you, and – after much discussion – agreed on an issues forum focusing on New Democrat strategies for winning and governing.[180]

239. "The Schwartz forum will be the final – and centerpiece – event of the day, following your ed board and Rendell meetings. Between 40 and 50 people – primarily Allyson's maxed-out donors and potential new donors whom she thinks will be encouraged by your New Democrat message of support – are expected to attend the forum."[181]

240. The memo continued: "Since Allyson and her team understand the reasons why you won't be able to make an out-an-out endorsement declaration, using her accomplishments as examples of applying New Democrat principles to effective governing will give her what she's looking for: your (and New Democrat) approval."[182]

241. - In about March of 1998, From met with Kevin Mack, executive director of the Democratic Legislative Campaign Committee. Mack sent From a thank you letter.

242. "Thank you for meeting with me to discuss the Democratic Legislative Campaign Committee (DLCC). As you know, 1998 and 2000 are crucial years for the Democratic Party. I look forward to working with you to build and maintain strong majorities in state legislative chambers across the country," Mack wrote From on March 13, 1998.[183]

243.  "I am available to give state legislative or redistricting presentations to your legislative conferences. Please let me know the dates and other pertinent information concerning these conferences so that I may be of service. Again, thank you for meeting with me to discuss the path necessary to rebuild the Democratic Party. I look forward to working with you and your members this year," Mack continued.[184]

244.  The DLC appeared to regard the election of Clinton as president as its signature accomplishment.

245.  - The November 1998 memo Wilson sent to Page gave the DLC credit both for the electoral successes of President Clinton and the Democrats' success at the polls in the 1998 midterm congressional elections.

246.  "The Democratic Leadership Council has provided the policy messages and content upon which this Administration has built its program and electoral successes" Wilson wrote. "Midterm election results validate key DLC messages and principles."[185]

247.  - In an undated speech titled the "Black Mayors' Event," From spoke of providing the formula that allowed Clinton to capture the White House in 1992. "We helped shape President Clinton's 1992 campaign message, the last two Democratic National Convention platforms, and many of the Clinton-Gore Administration's signature policy initiatives. And, not insignificantly, [this] is also the political formula that broke what looked like a permanent Republican monopoly on the White House prior to 1992."[186]

248.  - From struck a similar tone in a June 1999 speech at the Jefferson-Jackson dinner in Boise, Idaho. "We proved the experts wrong. In 1992, we elected Bill Clinton, former chair of the Democratic Leadership Council and leader of our movement, president of the United States. In 1996, for the first time in six decades, we re-elected a Democratic president."[187]

249.  "And, we won statehouses in places like Alabama, Georgia, and South Carolina – places that the experts had long ago ceded to the Republicans. We did it by redefining and reclaiming the political center – by combining strong support of traditional Democratic constituencies with the support of voters who have not voted for a Democrat in a very long time," From continued. "With that formula, in the year 2000, we are going to hold onto the White House, elect Al Gore president of the United States, and win back the United States Congress."[188]

250.  - A DLC document provided in discovery, which appears to have been a direct mail piece to recruit members, articulates the DLC's ambition, from its inception, to further the prospects of Democrats at the ballot box.[189]

251.  "More than forty American leaders, including Bill Clinton and Al Gore, formed the Democratic Leadership Council in 1985 to write a new agenda for reform on which a mainstream Democrat could be elected president …. Like Franklin Roosevelt's

1816383.1

pathfinding leadership fifty years before, the council aimed to reclaim for Democrats the mantle of progressive change based on mainstream values."[190] [See Figure 17]

**Figure 17: DLC Direct Mail Piece**

## OUR HISTORY

# The DLC Was Born to Reclaim for Democrats Our Historic Role of Championing the Middle Class and Those Who Aspire to Join It.

More than forty American leaders, including Bill Clinton and Al Gore, formed the Democratic Leadership Council in 1985 to write a new agenda for reform on which a mainstream Democrat could be elected President.



With the conviction that "ideas matter," the early DLC members forged a new politics for a nation of people increasingly disconnected from their government. Like Franklin Roosevelt's pathfinding leadership fifty years before, the council aimed to reclaim for Democrats the mantle of progressive change based on mainstream values.

Under the leadership of successive chairmen, including Senators Charles Robb, Sam Nunn, Representative Richard Gephardt, then-Governor Bill Clinton, Senator John Breaux, and Representative Dave McCurdy, the DLC record for creative policy

thinking soon won admiration and support throughout America.



Soon more than 700 elected officials, and many more private citizens, working through state and local DLC chapters, joined the effort to apply old values to new realities.

In 1992, cornerstone DLC policies — national service, charter schools, welfare and health care reform, reinventing government, fiscal responsibility, rewarding work — helped redefine what Americans expect from Democrats. Many of those 1992 ideas have become today's realities.

The new mission is to go beyond what candidate Clinton called the "brain dead" politics of both political parties to lead America on a new course.

The fundamental philosophy driving the DLC agenda is America at its best: progressive ideas, mainstream values, and innovative, non-bureaucratic, fiscally responsible approaches to governing.

Photos by Elisa Komins.

DLC 01470

# Section VI. The DLC's Relationship with its Affiliates

252. The broad enterprise of the Democratic Leadership Council, in the years studied, operated as three separate entities under two affiliated corporations. The Democratic Leadership Council, a 501(c)(4) corporation, and its affiliated Progressive Foundation, a 501(c)(3) corporation, accounted for the two corporations. A third entity, the Progressive Policy Institute (PPI), began 1997 as a division of the Democratic Leadership Council and was apparently transferred in the course of that year to the Progressive Foundation.

## The History of the DLC's Affiliates

253. The 501(c) charter of the Progressive Foundation was initially granted to the Progressive Policy Institute on June 23, 1989. After two years, the group's "management concluded that PPI was not financially viable as an independent entity." In 1991, the Progressive Policy Institute and its assets were transferred to the DLC. The name of the 501(c)(3) corporation was changed to the Progressive Foundation Inc.[191]

254. The Progressive Policy Institute and the Progressive Foundation continued to operate as parallel think tanks. By the mid-1990s, the Progressive Foundation was "able to achieve what the old PPI never could, a measure of financial stability," DLC Executive Director Chuck Alston summarized in a May 1997 memo. "This has created the present situation in which both the Democratic Leadership Council and the Progressive Foundation operate think tank operations with overlapping personnel on parallel missions."[192]

255. By March 1997, the DLC's management began to contemplate consolidating the operations of the Progressive Policy Institute and the Progressive Foundation.[193] Management faced a dilemma because the Progressive Policy Institute, which lacked revenue of its own, enjoyed "a brand name with some established good will in the marketplace" while the Progressive Foundation, had revenue but suffered from a "relatively unknown name." The Progressive Foundation enjoyed the more desirable 501(c)(3) tax status, which permitted it to accept tax-deductible donations.[194]

256. In April 1997, Alston distributed a memo that recommended that "the Progressive Foundation should acquire the Progressive Policy Institute from the Democratic Leadership Council and consolidate all think tank programs under the [Progressive Policy Institute] banner."[195] Thus, the unified Progressive Policy Institute and Progressive Foundation activities would operate within the Progressive Foundation corporation but use the better known Progressive Policy Institute as its brand name.

257. On or about May 16, 1997, a resolution was sent to directors of the Democratic Leadership Council calling for approval of the transfer of the Progressive Policy Institute to the Progressive Foundation Inc. on July 1, 1997.[196] Although a document definitively confirming that the transfer took place could not be found among the materials provided in the discovery phase of this case, an undated document seeking approval for transfer was included. It was signed by

From and the two people identified specifically as directors on the DLC's 1997 Form 990, Robert Healy and Lindy Boggs, suggesting that the transfer was approved.[197]

## Implications of the Transfer of the PPI from the DLC

258. The proposal of the DLC's management to transfer the Progressive Policy Institute to the Progressive Foundation, where it would continue to operate under the name Progressive Policy Institute, would merge the enterprise's redundant think tank operations into one while allowing its remaining think tank to retain a dedicated revenue stream, 501(c)(3) tax status and the better known brand name.

259. Alston wrote in an April 1997 memo describing his concerns about the merger "Witness [the PPI's] continuing joint activities with groups such as Empower America, the Hudson Institute, and the Heritage Foundation and the Republican representatives they have offered up at our joint events, plus its broad dissemination of its reports to Republicans and Democrats alike."[198]

Alston continued:

260. "Our lawyers have argued against [the transfer], contending that PPI and its bipartisan programming and general policy activities help protects [sic] the DLC from the charge that it is solely by for and about Democrats," Alston wrote in late March 1997.[199]

261. In early April, Alston submitted a recommendation to go through with the transfer. Still, he advised that, prior to seeking board approval, the group should engage in "a thorough discussion of the legal issues with counsel. Based on my previous discussions with [DLC lawyers] Holly Schadler and Bob Bauer, I believe they would advise against such a move – unless it is accompanied by vigorous steps to bolster the DLC's efforts to promote its policy ideas to a broader, bipartisan audience, in pursuit of its mission as a social welfare organization."[200]

262. Later in the same memo, Alston cautions "the shift would deprive the DLC of an adjunct organization (namely PPI) that, in the view of counsel, now helps insulate the DLC from questions about its mission as a social welfare organization."[201]

263. In the memo's next paragraph, Alston proposed a solution: "The solution here, with counsel's advice, would seem to [be to] make sure that the DLC offers its own heavy dowse [sic] of policy activities and make the publications and programming available to a broad audience beyond 'Democrats.'"[202]

264. The scope of this summary is intended to be limited to activities of the Democratic Leadership Council. But the documents that were provided in discovery were co-mingled between those that referred to DLC-sponsored activities, Progressive Foundation-sponsored activities and jointly sponsored activities. Most of the documents provided no indication as to whether they referred to activities of the DLC or Progressive Foundation.

265. An evaluator of this summary might wish to exclude from analysis activities that are shown to have been carried out by the Progressive Policy Institute/Progressive Foundation after July 1, 1997, or to attach allocation formulas to activities that are shown to have been carried out jointly by the DLC and its 501(c)(3) affiliate in that time period.

[1] Articles of Incorporation, Democratic Leadership Council Inc.," March 4, 1985. [Sources: DLC 09956-DLC 09957]

[2] Form 1024, Application for Recognition of Exemption Under Section 501(a), signed Al From, President/Executive Director, Nov. 8, 1985. [Source: USA1187]

[3] Attachment to Form 1024, Part III, Question 12, page 3. [Source: USA 1198]

[4] Attachment to Form 1024, Part III, Question 12, page 3. [Source: USA 1198]

[5] DLC Forms 990, 1997 and 1998. [Sources: USA 0033 and USA 0068]

[6] Attachment to Form 1024, Part III, Question 12, page 3. [Source: USA 1198]

[7] Articles of Incorporation, DLC Inc., March 4, 1985, p. 3. [Source: DLC 09556]

[8] Attachment to Form 1024, Part III, Question 12, page 2. [Source: USA 1197]

[9] Promotion of 1997 DLC Annual Conference. [Source: DLC 06768]; Promotion of 1998 DLC Chairman's Reception. [Source: DLC 04209]; Agenda for 1999 DLC Annual Conference. [Source: DLC 07416]

[10] "1998 Strategic Plan: DLC Field Department," p. 3. [Source: DLC 08689]

[11] The total number of elected officials enumerated in individual conferences is greater than the grand total of attendees, 1997-1999, because certain elected officials attended conference events in more than one year. Political affiliations were determined by consulting the online directory of members of Congress on a Web site maintained by the U.S. Congress (http://bioguide.congress.gov/) and by locating news reports or Web sites mentioning the elected officials. In the case of members of Congress, party affiliation determinations reflect their affiliations at the time of the events in question. In the case of state and local officials, determinations were based on more recent party affiliations.

[12] Event overview, 1997 DLC Annual Conference. [Source: DLC 08287]

[13] Advertisement for 1998 Chairman's Reception and Leadership Dinner. [Source: DLC 04209]

[14] Advertisement for 1999 Chairman's Reception and Leadership Dinner. [Source: DLC 07515]

[15] Event overview, 1997 DLC Annual Conference. [Source: DLC 08288]; Agenda for 1998 DLC Annual Conference. [Source: DLC 04225]; Advertisement for 1999 Annual Conference. [Source DLC 07516]

[16] Document enumerating "Conference RSVPs," "Type: Elected Official," Oct. 24, 1997. [Sources: DLC 07387-DLC 07389]

[17] "New Democrats, New Economy: Expanding the Winner's Circle, Agenda as of Oct. 23, 1997." [Sources: DLC 08284]

[18] Briefing Memorandum from John Hasselmann, DLC State Coordinator, to John Podesta, Kevin Moran and Sarah Latham, Nov. 30, 1998. [Sources: DLC 03752-DLC 03761]; "Conference RSVPs," "Type: Elected Official," Nov. 24, 1998. [Sources: DLC 01841-01842]

[19] "State Leaders Dinner-Dec. 1 Invitees," Nov. 29, 1998. [Sources: DLC 03762- DLC 03777]

[20] Agenda for 1998 DLC Annual Conference Program, Dec. 2, 1998. [Source: DLC 04225]

[21] Document enumerating RSVPs among elected officials for 1999 DLC Leadership Conference and Dinner. [Sources: DLC 07455-DLC 07461]

[22] "1999 DLC Annual Conference: The New Politics of Globalization," Agenda. [Source: DLC 07415]

[23] Events for which lists of attendees are included in this report were chosen because comprehensive lists of individuals were provided and determination of the political affiliations of most of the attendees was feasible. No attempt was made to choose events selectively to influence the results reflecting the ratio of Democratic versus Republican attendees and participants at DLC events.

[24] "Preliminary Schedule of Events" for 1997 DLC Spring Retreat, May 1, 1997-May 4, 1997. [Sources: DLC 10279-DLC 10285]

[25] Memo from Ed Kilgore, DLC Policy Director, and Anne Rung, DLC Congressional Coordinator, to Gov. Roy Romer (D-Colo.), April 29, 1999. [Sources: DLC 09229- DLC 09232]

[26] Form letter from Al From to State Legislator, Aug. 18, 1997. [Sources: DLC 08756-DLC 08759]

[27] Legislative Training Participants, June 16, 1998. [Sources: DLC 09540-09541]

[28] Document enumerating participants in DLC Leadership Workshop July 31, 1998-Aug. 1, 1998 in St. Petersburg, Fla. [Source: DLC 09628]

[29] "1998 Strategic Plan: DLC Field Department," p. 3. [Source: DLC 08689]

[30] Memo from Debbie Boylan to Matt Catapano, "Re: 1997 DLC Annual Policy Forum and Gala," Oct. 23, 1997. [Source: DLC 11076]

[31] 1998 Annual Conference program. [Source: DLC 04225]

[32] Overview of 1998 DLC Annual Conference and Gala, Wednesday, Dec. 2. [Source: DLC 02733]

[33] Memo from Ed Kilgore, DLC Policy Director, to Md. Lt. Gov. Kathleen Kennedy Townsend, Dec. 1, 1998, p. 2. [Source: DLC 02721]

[34] Memo from Ed Kilgore, DLC Policy Director, to Md. Lt. Gov. Kathleen Kennedy Townsend, Dec. 1, 1998, p. 2. [Source: DLC 02721]

[35] 1997 DLC Annual Conference and Leadership Dinner, Oct. 27, 1997, Membership Registration Form. [Source DLC 11161]

[36] 1997 Annual Conference and Leadership Dinner, October 1997. [Source: DLC 06642]

[37] 1997 Annual Conference and Leadership Dinner, October 1997. [Source: DLC 06392]

[38] 1997 Annual Conference and Leadership Dinner, October 1997. [Source: DLC 06392]

[39] "Preliminary Schedule of Events" for 1997 DLC Spring Retreat, May 1, 1997-May 4, 1997. [Source: DLC 10279]

[40] Boilerplate form letter from Rep. Cal Dooley (D-Calif.), March 4, 1998. [Source: DLC 0854]; Memo from DLC State Coordinator John Hasselmann to Troy Carter, April 21, 1999. [Source: DLC 09221]

[41] Memo from DLC Policy Director Ed Kilgore and DLC Congressional Coordinator Anne Rung to Gov. Roy Romer (D-Colo.), April 29, 1999. [Source: DLC 09229]

[42] Boilerplate form letter from Rep. Cal Dooley (D-Calif.), March 4, 1998. [Source: DLC 0854]

[43] Memo from DLC Policy Director Ed Kilgore and DLC Congressional Coordinator Anne Rung to Gov. Roy Romer (D-Colo.), April 29, 1999. [Source: DLC 09229-DLC 09232]

[44] Letter from Al From to Sen. Howell, Aug. 20, 1997. [Source: DLC 08763]; Memo from DLC Congressional Coordinator Anne Rung to Lisa Quigley, chief of staff to Rep. Cal Dooley (D-Calif.), June 1, 1998. [Source: DLC 02668]; Memo from Helen Milby and Debbie Boylan to Sen. Joe Lieberman (D-Conn.), undated. [Source: DLC 01137]

[45] Memo from Helen Milby, DLC Development Department, to Vice President Al Gore, July 16, 1997. [Source: DLC 01134]; Memo from Helen Milby and Debbie Boylan to Sen. Joe Lieberman (D-Conn.), undated. [Source: DLC 01137]

[46] Memo from Helen Milby and Debbie Boylan to Sen. Joe Lieberman (D-Conn.), undated. [Sources: DLC 01137-DLC 01138]

[47] *The New Democrat*, Sept.-Oct. 1998, p. 2. [Source: DLC 02005]

[48] *The New Democrat*, Sept.-Oct. 1998, Cover and p. 6. [Sources: DLC 02002 and DLC 02009]

[49] *The New Democrat*, Sept.-Oct. 1998, Cover and p. 6. [Source: DLC 02004]

[50] *The New Democrat*, Sept.-Oct. 1998, Cover and p. 6. [Source: DLC 02004]

[51] *The New Democrat*, Sept.-Oct. 1998, Cover and p. 6. [Source: DLC 02004]

[52] *The New Democrat*, Sept.-Oct. 1998, Cover and p. 6. [Source: DLC 02004]

[53] *The New Democrat*, Sept.-Oct. 1998, Cover and p. 6. [Source: DLC 02004]

[54] *The New Democrat*, Sept.-Oct. 1998, Cover and p. 6. [Source: DLC 02004]

[55] *The New Democrat*, Sept.-Oct. 1998, Cover and p. 6. [Source: DLC 02004]

[56] *The New Democrat*, Sept.-Oct. 1998, p. 28. [Source: DLC 02035]

[57] *The New Democrat*, Sept.-Oct. 1998, p. 27. [Source: DLC 02034]

[58] *Blueprint: Ideas for a New Century*, Winter 1998, Back Cover. [Source: DLC 05478]

[59] *Blueprint: Ideas for a New Century*, Winter 1998, Cover. [Source: DLC 05407]

[60] *Blueprint: Ideas for a New Century*, Winter 1998, p. 1. [Source: DLC 05408]

[61] *Blueprint: Ideas for a New Century*, Winter 1998, p. 1. [Source: DLC 05408]

[62] *Blueprint: Ideas for a New Century*, Winter 1998, p. 1. [Source: DLC 05408]

[63] *Blueprint: Ideas for a New Century*, Winter 1998, p. 1. [Source: DLC 05408]

[64] *Blueprint: Ideas for a New Century*, Winter 1998, p. 1. [Source: DLC 05408]

[65] *Blueprint: Ideas for a New Century*, Winter 1998, p. 1. [Source: DLC 05408]

[66] *Blueprint: Ideas for a New Century*, Winter 1998, p. 1. [Source: DLC 05408]

[67] *Blueprint: Ideas for a New Century*, Winter 1998, p. 1. [Source: DLC 05408]

[68] *The DLC Update*, April 3, 1998. [Source: DLC 05053]

[69] *The DLC Update*, Feb. 20, 1998. [Source: DLC 05041]

[70] *The DLC Update*, Feb. 27, 1998. [Source: DLC 05039]

[71] *The DLC Update*, March 6, 1998. [Source: DLC 05045]

[72] *The DLC Update*, March 20, 1998. [Source: DLC 05049]

[73] *The DLC Update*, April 3, 1998. [Source: DLC 05053]

[74] *The DLC Briefing*, May 8, 1997. [Source: DLC 04988]

1816383.1

[75] *The DLC Briefing*, May 8, 1997. [Source: DLC 04988]

[76] *The DLC Briefing*, May 22, 1997. [Source: DLC 04992]

[77] *The DLC Briefing*, June 20, 1997. [Source: DLC 05000]

[78] *The DLC Briefing*, June 27, 1997. [Source: DLC 05003]

[79] *The DLC Briefing*, July 11, 1997. [Source: DLC 05007]

[80] *DLC Talking Points*, May 14, 1997. [Source: DLC 04974]

[81] *DLC Talking Points*, May 14, 1997. [Source: DLC 04975]

[82] *DLC Talking Points*, Sept. 9, 1997. [Source: DLC 04977]

[83] *Fact Sheet*, July 1997. [Source: DLC 10354]

[84] *Fact Sheet*, July 1997. [Source: DLC 10366]

[85] Letter from DLC President Al From and DLC Chairman Joe Lieberman contained within pages of *DLC Idea Book*, 1998. [Source: DLC 05222]

[86] Letter from DLC President Al From and DLC Chairman Joe Lieberman contained within pages of *DLC Idea Book*, 1998. [Source: DLC 05222]

[87] Letter from DLC President Al From and DLC Chairman Joe Lieberman contained within pages of *DLC Idea Book*, 1998. [Source: DLC 05222]

[88] *DLC Idea Book*, 1998. [Source: DLC 05220]

[89] *DLC Idea Book*, 1998. [Source: DLC 05220]

[90] *DLC Idea Book*, 1998. [Source: DLC 05220]

[91] *DLC Idea Book*, 1998. [Sources: DLC 05223-DLC 05224]

[92] Memo from John Deeken to Debbie Cox, "Re: Plan for the DLC to do state-based polling in house," June 19, 1998. [Source: DLC 08663]

[93] Web site of Penn, Schoen & Berland Associates Inc. (Available at www.psbresearch.com. Viewed on March. 24, 2006.) [Source: TL 3]

[94] Forward to "The New Democratic Electorate," (executive summary for poll released Aug. 6, 1997), p. 22. [Source: DLC 10128]

[95] DLC National Conversation Poll, June 3, 1998. [Source: DLC 07712]

[96] The Community Consensus Poll, conducted Feb. 12, 1999-Feb. 14, 1999, published in *Blueprint: Ideas for a New Century*, Spring 1999. [Source: DLC 01149]

[97] Penn Poll Release, "Blueprint Poll: America's Views Toward Foreign Policy and National Security," Nov. 2, 1999. [Source: DLC 01178]

[98] "DLC Transportation National" poll, undated. [Source: DLC 02963]

[99] "Post-Election Poll Democratic Leadership Council," undated. [Source: MP00184]

[100] DLC Survey, p. 40. [Source: DLC 10204]

[101] DLC Survey, p. 39. [Source: DLC 10203]

[102] The Community Consensus, Final Poll Results, p. 1-2. [Sources: DLC 01149-DLC 01150]

[103] Post Election Poll DLC, p. 6-7. [Sources: MP00186-MP00187]

[104] Mark J. Penn, "The Mandate for the Middle," undated, p. 2. [Source: MP00210]

[105] Mark J. Penn, "The Mandate for the Middle," undated, p. 4. [Source: MP00212]

[106] Memo from Anne Rung to Mark Penn, Feb. 11, 1998. [Sources: DLC 08476-DLC 08477]

[107] Executive Summary, "The New Democratic Electorate," Aug. 6, 1997, p. 2. [Source: DLC 04856]

[108] "DLC Poll Shows Democrats Marching to the 'Vital Center,'" DLC press release, Aug. 6, 1997. [Source: DLC 10228]

[109] "Two-Thirds of Democrats Want Fast Track Authority for Clinton, According to New Poll," DLC News Release, Aug. 8, 1997. [Source: DLC 10226]

[110] Transcript of Proceedings, 1997 Annual Conference. [Source: DLC 10924]

[111] Al From, Memorandum to the Trustees, July 21, 1998, p. 5. [Source: DLC 08670]

[112] Memo from Anne Rung to Mark Penn, Feb. 11, 1998. [Source: DLC 08476]

[113] Memo from Anne Rung to Mark Penn, Feb. 11, 1998. [Source: DLC 08476]

[114] Letter from Sen. Joe Lieberman (D-Conn.) to DLC President Al From, Feb. 2, 1998. [Source: DLC 02917]

[115] Letter from DLC President Al From to Rep. Charles Gonzalez (D-Texas), Sept. 10, 1999. [Source: DLC 00125]

[116] DLC advisory, "The Democratic Leadership Council Invites You to a Happy Hour for New Dem Press Secretaries." Event slated for Sept. 27, 1999. [Source: DLC 01168]

[117] Memo from Anne Rung to Mark Penn, "Re: February 10 Freshman Dem Meeting," Feb. 9, 1999. [Source: DLC 00213]

[118] Memo from Anne Rung to Mark Penn, "Re: February 10 Freshman Dem Meeting," Feb. 9, 1999. [Source: DLC 00213]

[119] Memo from Anne Rung to Mark Penn, "Re: February 10 Freshman Dem Meeting," Feb. 9, 1999. [Source: DLC 00213]

[120] Memo from Anne to Al & Will, "Re: March 18 Senate Lunch," March 17, 1999. [Source: DLC 00151]

[121] Memo from Anne to Al, "Re: Brian Baird meeting," May 18, 1999. [Source: DLC 08524]

[122] Letter from DLC President Al From to Rep. Brian Baird (D-Wash.), May 20, 1999. [Source: DLC 08505]

[123] Letter from DLC President Al From to Rep. Vic Snyder (D-Ark.), July 15, 1998. [Source: DLC 02830]

[124] Al From, Memorandum to the Trustees, July 21, 1998, p. 2. [Sources: DLC 08666-DLC 08667]

[125] Memo from Debbie Cox, DLC Field Director, to Participants in DLC Training, "Re: Details for June 19 & 20," June 11, 1998. [Source: DLC 09537]

[126] Memo from Anne Rung to Tom Sugar, Sept. 2, 1999. [Source: DLC 00083]

[127] DLC Leadership Workshop Fact Sheet, undated. [Source: DLC 02218]

[128] Alison Mitchell, "Democrats Again Face Doubts Over Party's Values," *New York Times*, Aug. 20, 1999. [Source: TL 4]

[129] Alison Mitchell, "Democrats Again Face Doubts Over Party's Values," *New York Times*, Aug. 20, 1999. [Source: TL 5]

[130] Memo from Doug Wilson to Chuck Alston, "Subj.: Values-based training," Aug. 31, 1999. [Source: DLC 1583]

[131] Memo from Anne Rung to Tom Sugar, Sept. 2, 1999. [Source: DLC 00083]

[132] Memo from Anne Rung to Tom Sugar, Sept. 2, 1999. [Source: DLC 00083]

[133] DLC Leadership Workshop, Washington, D.C., June 19-20, 1998. [Source: DLC 09633]

[134] DLC Leadership Workshop, Washington, D.C., June 19-20, 1998. [Source: DLC 09635]

[135] DLC Leadership Workshop, Washington, D.C., June 19-20, 1998. [Source: DLC 09636]

[136] Al From, Memorandum to the Trustees, July 21, 1998, p. 5. [Source: DLC 08667]

[137] "Building the New Democrat Movement at the State and Local Levels," undated. [Source: DLC 09550]

[138] "DLC State Update," undated. [Source: DLC 09106]

[139] Al From, Memorandum to the Trustees, July 21, 1998, p. 3. [Source: DLC 08668]

[140] Memo from John Deeken to Debbie Cox, "Re: Plan for the DLC to do state-based polling in house," June 19, 1998. [Source: DLC 08663]

[141] Untitled document containing chart. [Source: DLC 01368]

[142] Untitled document containing chart. [Source: DLC 01368]

[143] Memo from Edie Wilson to Anne Rung, Chuck Alston, et. al., "Subject: Fast Track Next Steps," Oct. 30, 1997. [Source: DLC 02597]

[144] Memo from Edie Wilson to Anne Rung, Chuck Alston, et. al., "Subject: Fast Track Next Steps," Oct. 30, 1997. [Source: DLC 02597]

[145] "DLC Announces Fast Track Television Ads," DLC News Release, Oct. 17, 1997. [Source: DLC 10368]

[146] Print ad, undated. [Source: DLC 10377]

[147] Fax from office of Sen. John Breaux (D-La.) to Al From, May 12, 1999, including draft letter from Rep. Cal Dooley (D-Calif.), Rep. Charlie Stenholm (D-Texas) and Rep. Adam Smith (D-Wash.) to Speaker of the House Dennis Hastert (D-Ill.) and House Minority Leader Dick Gephardt (D-Mo.), May 14, 1999. [Sources: DLC 00091-DLC 00093]

[148] List appended to draft letter from Rep. Cal Dooley (D-Calif.), Rep. Charlie Stenholm (D-Texas) and Rep. Adam Smith (D-Wash.) to Speaker of the House Dennis Hastert (D-Ill.) and House Minority Leader Dick Gephardt (D-Mo.), May 14, 1999. [Source: DLC 00091-DLC 00093]

[149] Attachment to Form 1024, Part III, Question 12, page 3. [Source: USA 1198]

[150] Attachment to Form 1024, Part III, Question 12, page 3. [Source: USA 1198]

[151] *Winning in the World Economy: The Competition Index*, Democratic Leadership Council, October 1985. [Source: USA 1219]

[152] *Winning in the World Economy: The Competition Index*, Democratic Leadership Council, October 1985. [Source: USA 1229]

[153] *Winning in the World Economy: The Competition Index*, Democratic Leadership Council, October 1985. [Source: USA 1238]

[154] DLC Forms 990, 1997 and 1998. [Sources: USA 0033 and USA 0068]

[155] Memo from Doug Wilson to Holly Page, "Subject: DLC," Nov. 4, 1998, p. 3. [Source: DLC 01595]

[156] Agenda from April 26 and April 27 DLC leadership training event. [Source: DLC 00090]

[157] *The Idea Book: A Reference Manual for New Democrats*, DLC, 1998. [Sources: DLC 05219- DLC 05221]

[158] "Statement by DLC President Al From at the 1997 DLC National Conversation," July 18, 1997. [Source: DLC 11765]

[159] Al From's Remarks at the 1999 Jefferson-Jackson Dinner, Boise, Idaho, June 13, 1999. [Source: DLC 11656]

[160] Remarks of Al From, 1998 DLC Annual Conference, Washington, D.C., Dec. 2, 1998. [Source: DLC 11672]

[161] Remarks of Al From, 1999 National Conversation, Baltimore, Md., July 14, 1999. [Sources: DLC 11663-DLC 11664]

[162] Remarks of Al From, 1999 DLC Annual Conference, Washington, D.C., Oct. 24, 1999. [Source: DLC 11668]

[163] "Exhibit A: Legal Guidelines for DLC Organizations," attached to "Licensing agreement between the DLC and Florida DLC Inc." [Source: DLC 10024]

[164] Memo from Alvin From to DLC/PPI Staff, "Subject: The New Democrat Brand," April 30, 1998. [Source: DLC 08653]

[165] Overview document, "1998 DLC Annual Conference and Gala: Wednesday, December 2." [Source: DLC 02733]

[166] "Agenda Project Proposal, Blueprints for the New Century," Dec. 8, 1997. [Source: DLC 08603]

[167] Memo from DLC Policy Director Ed Kilgore and DLC Congressional Coordinator Anne Rung to Gov. Tom Carper (D-Del.), April 27, 1999. [Sources: DLC 09226-DLC 09227]

[168] Remarks of Al From, 1998 DLC Annual Conference, Dec. 2, 1998. [Source: DLC 11672]

[169] Remarks of Al From, 1999 DLC Annual Conference, Washington, D.C., Oct. 24, 1999. [Source: DLC 11667]

[170] Remarks of Al From, speech at "Black Mayors' Event," undated. [Sources: DLC 11699-DLC 11700]

[171] Remarks of Al From, speech at "Black Mayors' Event," undated. [Source: DLC 11710]

[172] Memo from Anne Rung, DLC congressional coordinator, to Jeff Bjornstad, chief of staff to Rep. Adam Smith (D-Wash.), June 1, 1998. [Source: DLC 02673]

[173] Agenda, 1998 DLC Leadership Conference, p. 3. [Source: 02735]

[174] Agenda, 1998 DLC Leadership Conference, p. 3. [Source: 02735]

[175] Remarks of Al From, 1999 DLC Annual Conference, Washington, D.C., Oct. 24, 1999. [Source: DLC 11669]

[176] Al From, Memorandum to the Trustees, July 21, 1998, p. 3. [Source: DLC 08668]

[177] Memo from Doug Wilson to Holly Page, "Subject: DLC," Nov. 4, 1998, p. 3. [Sources: DLC 01593-DLC 01594]

[178] Memo from Doug Wilson to Holly Page, "Subject: DLC," Nov. 4, 1998, p. 3. [Source: DLC 01594]

[179] Memo from Doug Wilson to Holly Page, "Subject: DLC," Nov. 4, 1998, p. 3. [Source: DLC 01594]

[180] Memo from Doug Wilson to Al From, "Subj: Pennsylvania Trip: Allyson Schwartz Forum," July 26, 1999. [Source: DLC 01456]

[181] Memo from Doug Wilson to Al From, "Subj: Pennsylvania Trip: Allyson Schwartz Forum," July 26, 1999. [Source: DLC 01456]

[182] Memo from Doug Wilson to Al From, "Subj: Pennsylvania Trip: Allyson Schwartz Forum," July 26, 1999. [Source: DLC 01457]

[183] Memo from Kevin Mack, executive director Democratic Legislative Campaign Committee, to Al From, March 13, 1998. [Source: DLC 02874]

[184] Memo from Kevin Mack, executive director Democratic Legislative Campaign Committee, to Al From, March 13, 1998. [Source: DLC 02874]

[185] Memo from Doug Wilson to Holly Page, "Subject: DLC," Nov. 4, 1998, p. 3. [Source: DLC 01593]

[186] Remarks of Al From at "Black Mayors' Event," undated. [Sources: DLC 11696-DLC 11697]

[187] Remarks of Al From at the 1999 Jefferson-Jackson Dinner, Boise, Idaho, June 13, 1999. [Source: DLC 11656]

[188] Remarks of Al From at the 1999 Jefferson-Jackson Dinner, Boise, Idaho, June 13, 1999. [Source: DLC 11656]

[189] DLC direct mail piece, undated. [Source: DLC 1470] (The conclusion that this was a direct mail piece is supported by the fact that the final page of the four-page package included a section for an "application" headed by the text "Here's how you can make a difference," followed by choices to become a DLC member ($50), a DLC student member ($20), or to make an additional contribution.

[190] DLC direct mail piece, undated. [Source: DLC 1470] (The conclusion that this was a direct mail piece is supported by the fact that the final page of the four-page package included a section for an "application" headed by the text "Here's how you can make a difference," followed by choices to become a DLC member ($50), a DLC student member ($20), or to make an additional contribution.

[191] Memo from Chuck Alston to Officers and Directors of the Progressive Foundation and the DLC, "Re: Transfer of the Progressive Policy Institute from the DLC to the Progressive Foundation," May 8, 1997. [Source: DLC 11646]

[192] Memo from Chuck Alston to Officers and Directors of the Progressive Foundation and the DLC, "Re: Transfer of the Progressive Policy Institute from the Democratic Leadership Council to the Progressive Foundation," May 8, 1997. [Source: DLC 11647]

[193] Memo from Chuck Alston to Al, I team, March 25, 1997. [Source: DLC 08656]

[194] Memo from Chuck Alston to Al From, "Re: PF reorganization," April 2, 1997. [Source: DLC 11644]

[195] Memo from Chuck Alston to Al From, "Re: PF reorganization," April 2, 1997. [Source: DLC 11643]

[196] Memo from Chuck Alston to Al From and Will Marshall, "Re: Transfer of the Progressive Policy Institute from the Democratic Leadership Council to the Progressive Foundation," May 16, 1997. [Source: DLC 10286]

[197] "Unanimous Written Consent in Lieu of a Meeting of the Board of Trustees," document signed by Al From, Robert Healy and Lindy Boggs. (Undated, but the document indicates is to be signed in 1997. The fax on which the document is printed is dated June 9.) [Source: DLC 09985]

[198] Memo from Chuck Alston to Al From, "Re: PF reorganization," April 2, 1997. [Source: DLC 11644-DLC 11645]

[199] Memo from Chuck Alston to Al, I team, March 25, 1997. [Source: DLC 08656]

[200] Memo from Chuck Alston to Al From, "Re: PF reorganization," April 2, 1997. [Source: DLC 11643]

[201] Memo from Chuck Alston to Al From, "Re: PF reorganization," April 2, 1997. [Source: DLC 11645]

[202] Memo from Chuck Alston to Al From, "Re: PF reorganization," April 2, 1997. [Source: DLC 11645]

1816383.1