IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:05-cv-1067 (JGP) |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

**Declaration of David A. Hubbert**

I, David A. Hubbert, declare as follows:

1. I am an attorney in the Department of Justice's Tax Division, and have been assigned to assist in representing the United States.

2. I have access to the Tax Division's files in this case, as well as the discovery reponses the DLC provided during this case.

3. In order to compile the documents that support the United States' motion for summary judgment, I have taken the actions described below.

4. I copied the following exhibits that were attached to the deposition transcripts that are in the Tax Division's files for this case and put them in the following Appendices in the pdf file:

- Appendix 1, Part 1: Plft Ex. 2 (taxpayer identification number and insurance information redacted, and a page number header added) and Exhibit 13 (first five pages only);

1815722.2

2

- Appendix 1, Part 2:  49; 50; 57; 65 (the attachment entitled "Winning in the World Economy" only); 66; 67; 80; 81;
- Appendix 1, Part 3:  107; 111; 112; 113; 114; 115; and,
- Appendix 1, Part 4:  116; 117; and, 118.

These Exhibits are attached to this Declaration in Appendix 1.

5. The United States served a requests for production of documents for all documents reflecting press releases by the DLC reflecting its activities during 1997 through 1999 (No. 10); any documents reflecting the DLC's Annual Conference and Gala during 1997 through 1999 (No. 17); as well as, any documents that the DLC relied on in answering interrogatories (No. 23).  In responding, the DLC produced electronic copies of documents.  Those documents were loaded into a Summation database.  I printed the following two documents from that database:

- Remarks of Senator Joe Lieberman, Chairman, Democratic Leadership Council, At the 1996 Policy Forum and Gala, Wednesday, December 11.  Gov't MSJ Exhibit 7.
- "Election 98, Talking Points.  Al From at a DLC Press Conference, November 4, 1998.  Gov't MSJ Exhibit 9.

These documents are attached to this Declaration as part of Appendix 2.

6. On July 14 and 16, 2006, I went to the website at www.dlc.org, located, and printed the documtents listed in this paragraph.  The internet addresses on the lower right hand of each page have the internet address for each document.

1815722.2

3

- New Democrats Rally For New Economy, New Social Compact, Gov't MSJ Exhibit 1;
- Here to Stay, Gov't MSJ Exhibit 2;
- The New Democrat Decade, Gov't MSJ Exhibit 3;
- 1999 State of the Union Address, Gov't MSJ Exhibit 4;
- William Hague Goes to Texas, Gov't MSJ Exhibit 5;
- Who Owns the Third Way?, Gov't MSJ Exhibit 6; and,
- The Balanced Budget Deal, Gov't MSJ Exhibit 8.

This document is attached to this Declaration as part of Appendix 2.

7.   Where the United States' motion for summary judgment has cited deposition testimony, I have copied the pages cited in each deposition transcript, as well as the cover page through the oath.  These pages are attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Dated July 17, 2006.

　　　　　　　　　　　　　　　　　*/s/ David A. Hubbert*
　　　　　　　　　　　　　　　　　David A. Hubbert

1815722.2

4

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing DECLARATION OF DAVID A. HUBBERT was caused to be served upon plaintiff's counsel on the 17th day of July, 2006, in accordance with the Court's ECF procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>ROBERT F. BAUER, ESQUIRE
>MARC E. ELIAS, ESQUIRE
>EZRA W. REESE, ESQUIRE
>Perkins Coie
>607 Fourteenth Street, NW,
>Suite 800
>Washington, DC  20005-2011.
>rbauer@perkinscoie.com


>/s/ Pat S. Genis
>PAT S. GENIS