DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:05-cv-1067 (JGP) |
| UNITED STATES, | ) ) | |
| Defendant. | ) | |

**Declaration of David A. Hubbert**: Appendix 1

EXHIBIT

Plaintiff's 2

3·30·06    JFW

PENGAD 800-631-6989

2023

[¶ 506]    210 8-84    [Form 1024]

Form **1024**
(Rev. April 1984)
Department of the Treasury
Internal Revenue Service

## Application for Recognition of Exemption
### Under Section 501(a)
### or for Determination Under Section 120

OMB No. 1545-0057

Every organization must furnish the information specified. If any organization does not submit the information and financial data required, this application will not be considered on its merits, the organization will be notified accordingly, and the application may be returned. If you need more space for any item, you may attach additional statements. Show your name and employer identification number on all attachments.

Except as shown below, applicants must complete Parts I through IV. In addition, an organization must complete the schedule indicated below that relates to the Code section under which it is applying. If a part or a line item does not apply enter "N/A."

Central organizations applying for a group exemption letter—See Rev. Proc. 80-27, 1980-1 C.B. 677, or later revisions; or get Publication 557, Tax Exempt Status for Your Organization, available free at most Internal Revenue Service offices.

This application, if approved, will be open to public inspection. (See General Instructions.)

You must have an organizing instrument. If you do not have an organizing instrument, do not file this application.

Check the appropriate box below to indicate the section under which you are applying.

- [ ] Section 501(c)(2)—Title holding corporations (Schedule A, page 6)
- [X] Section 501(c)(4)—Civic leagues, social welfare organizations (including certain war veterans' organizations), or local associations of employees (Schedule B, page 6)
- [ ] Section 501(c)(5)—Labor, agricultural, or horticultural organizations (Schedule C, page 7)
- [ ] Section 501(c)(6)—Business leagues, chambers of commerce, etc. (Schedule C, page 7)
- [ ] Section 501(c)(7)—Social clubs (Schedule D, pages 7 and 8)
- [ ] Section 501(c)(8)—Fraternal beneficiary societies, etc., providing life, sick, accident or other benefits to members (Schedule E, page 8)
- [ ] Section 501(c)(9)—Voluntary employees' beneficiary associations (Schedule F, page 9)
- [ ] Section 501(c)(10)—Domestic fraternal societies, orders, etc., not providing life, sick, accident or other benefits (Schedule E, page 8)
- [ ] Section 501(c)(12)—Benevolent life insurance associations, mutual ditch or irrigation companies, mutual or cooperative telephone companies, or like organizations (Schedule G, pages 9 and 10)
- [ ] Section 501(c)(13)—Cemeteries, crematoria, and like corporations (Schedule H, page 10)
- [ ] Section 501(c)(15)—Mutal insurance companies or associations, other than life or marine (No Schedule required)
- [ ] Section 501(c)(17)—Trusts providing for the payment of supplemental unemployment compensation benefits (Schedule I, page 11)
- [ ] Section 501(c)(19)—A post, organization, auxiliary unit, etc. of past or present members of the Armed Forces of the United States (Schedule J, page 12)
- [ ] Section 501(c)(20)—Trust/organization for pre-paid group legal services (Parts I, II, and Schedule M, page 13)
- [ ] Section 120—Qualified group legal services plans (Parts I, II, and Schedule L, page 13)

**Part I.—Identification (See Instructions)**

| 1(a) Full name of organization | 1(b) Employer identification number (if none, see specific instructions) |
|---|---|
| Democratic Leadership Council | 52- |

**2(a) Address (number and street)**
499 S. Capitol Street, S.W. - Suite 402

| 2(b) City or town, county, State, and ZIP code | 3 Name and telephone number (including area code) of person to be contacted during business hours if more information is needed |
|---|---|
| Washington, D.C.    20003 | Robert F. Bauer    (202) 887-9030 |

| 4 Month the annual accounting period ends | 5 Date incorporated or formed | 6 Activity codes (see back cover) |
|---|---|---|
| December | March 1, 1985 | 125    514    559 |

7 Has the organization filed Federal income tax returns or exempt organization information returns? . . . . [ ] Yes [X] No

If "Yes," state the form number(s), years filed, and Internal Revenue office where filed ...........................................

**Part II.—Type of Entity and Organizational Documents (See Instructions)**

Check the applicable entity box and attach a conformed copy of the organization's organizing document and bylaws.
[X] Corporation—Articles of incorporation and bylaws.    [ ] Trust—Trust indenture.    [ ] Other—Constitution or articles of association and bylaws.

Under the penalties of perjury, I declare that I am authorized to sign this application on behalf of the above organization and I have examined this application, including the accompanying statements, and to the best of my knowledge and belief it is true, correct and complete. (See General Instructions.)

_(Signature)_    President/Executive Director    November 8, 1985
    _(Title or authority of signer)_    _(Date)_

For Paperwork Reduction Act Notice, see page 1 of the instructions.

PLTF Ex. 2 p. 2

[Form 1024]                                                    210  8-84

124 (Rev. 4-84)                                                 Page 2

III.—Activities and Operational Information

you the outgrowth or continuation of any form of predecessor(s)? . . . . . . . . . . . . . . □ Yes X☒ No
"Yes," state the name of each predecessor, the period during which it was in existence, and the reasons for
termination. Submit copies of all papers by which any transfer of assets was effected.

e you now or do you plan to be connected in any way with any other organization? . . . . . . . . □ Yes X☒ No
"Yes," describe the organization and explain the relationship.

he a detailed narrative description of the organization's past, present, and proposed future activities, and the purposes for
hich it was formed. The narrative should identify the specific benefits, services, or products the organization has provided or
ill provide. If the organization is not fully operational, explain what stage of development its activities have reached, what
urther steps remain for it to become fully operational, and when such further steps will take place. (Do not state the purposes
nd activities of the organization in general terms or repeat the language of the organizational documents.) If you are engaged
n any business or fund raising activity, describe in detail the nature and the scope of the activity. Attach copies of any agree-
ments with other parties related to conducting the business or fund raising activity. State how each business activity engaged
in contributed importantly to your exempt purposes.

See Attachment.

4  What are or will be the organization's sources of financial support? List in the order of size beginning with the largest source.

Private contributions (see Attachment).

PLTF Ex. 2 p. 3

210  8-84                          [Form 1024]                          2025

Form 1024 (Rev. 4-84)                                                    Page 3

**Part III.—Activities and Operational Information (Continued)**

**5** List the names, titles and addresses of the officers, directors and trustees of your organization for the current year.

See Attachment.

**6** Do you have capital stock issued and outstanding? . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No
If "Yes," state (1) class or classes of the stock, (2) number and par value of the shares, (3) consideration for which they were issued, and (4) whether any dividends have been paid or whether your creating instrument authorizes dividend payments on any class of capital stock.

**7** State the qualifications necessary for membership in the organization, the classes of membership (with the number of members in each class) and the voting rights and privileges received. If any group or class of persons is required to join, describe the requirement and explain the relationship between those members and members who join voluntarily. Submit copies of any membership solicitation material. Posts or organizations applying under section 501(c)(19) and completing Schedule J, Item 1(d), enter N/A here. Attach sample copies of all types of membership certificates issued.

See Attachments to Questions 4 and 7.

**8** Explain how your assets will be distributed on dissolution. (If State statutes, court decisions, organizing instruments, etc., determine the manner of distribution, state this and identify the statute, court decision, etc.) Posts or organizations applying under section 501(c)(19) and completing Schedule J, Item 3(b), enter N/A here.

The Board will distribute assets to a 501(c)(4) or a 501(c)(3) organization with similar goals.

**9** Have you made or do you plan to make any distribution of your property or surplus funds to shareholders or members? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No
If "Yes," state the full details, including (1) amounts or value, (2) source of funds or property distributed or to be distributed, and (3) basis of and authority for distribution or planned distribution.

PLTF Ex. 2 p. 4

| )26 | [Form 1024] | 210  8-84 |

m 1024 (Rev. 4–84)                                                                Page **4**

rt III.—Activities and Operational Information  (Continued)

Does, or will, any part of your receipts represent payments for services performed or to be performed? . .  ☐ Yes  ☒ No
If "Yes," state in detail the amount received and the character of the services performed or to be performed.

. Have you made, or do you plan to make, any payments to members or shareholders for services performed
or to be performed? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No
If "Yes," state in detail the amount paid, the character of the services, and to whom the payments have been,
or will be, made.

2. State the purpose(s), other than payment for services performed or supplies furnished, for which your funds are, or will be,
spent.

See Attachment.

3 Does, or will, any part of your net income inure to the benefit of any private shareholder or individual? .  . ☐ Yes  ☒ No
If "Yes," explain in detail.

4 Do you have any arrangement to provide insurance for members, their dependents, or others (in-
cluding provisions for the payment of sick or death benefits and pensions and annuities)? . . . . . ☒ Yes  ☐ No
If "Yes," describe and explain the arrangement's eligibility rules and attach a sample copy of each plan
document and each type of policy issued.

Insurance is provided to full-time employees of the organization
(See Attachment).

15 Are you under the supervisory jurisdiction of any public regulatory body, such as: Social Welfare Agency,
etc.? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No
If "Yes," submit copies of all administrative opinions or court decisions regarding this supervision as well
as copies of applications or requests for the opinions or decisions.

16 Are you now or do you plan to be the lessee of any property, or the lessor of property in which you own an
interest? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No
If "Yes," explain in detail. Include the amount of rent, a description of the property, and any relationship
between your organization and the other party. Also, attach a copy of any rental or lease agreement.

17 Have you spent or do you plan to spend any money attempting to influence the selection, nomination, elec-
tion or appointment of any person to any Federal, State, or local public office or to an office in a political
organization? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No
If "Yes," explain in detail and list the amounts spent or to be spent in each case.

PLTF Ex. 2 p. 5

210  8-84                          [Form 1024]                        2027

Form 1024 (Rev. 4—84)                                                Page **5**

**Part IV.—Financial Data (See instructions)**

Note: *Complete separate financial statements for the current year and for each of the three years immediately before it. If in existence less than four years, complete the statements for each year in existence. If in existence less than one year, also provide proposed budgets for the two years following the current year.*

Statement of Support, Revenue, and Expenses for the period beginning March 1 , 19 85, and ending August 31 , 19 85.

(If you prepare a statement of support, revenue, and expenses which is more descriptive and detailed than the statement below, you may submit that statement in place of this one.)          See Attachment.

| | **Support and Revenue** | | |
|---|---|---|---|
| 1 | Gross dues and assessments of members | 1 | |
| 2 | Gross contributions, gifts, etc. | 2 | |
| 3 | (a) Gross amounts derived from activities related to the organization's exempt purpose (attach schedule) | | |
| | (b) Minus cost of sales (attach schedule) | 3c | |
| 4 | (a) Gross amounts from unrelated business activities (attach schedule) | | |
| | (b) Minus cost of sales (attach schedule) | 4c | |
| 5 | (a) Gross amount received from sale of assets, excluding inventory items (attach schedule) | | |
| | (b) Minus cost or other basis and sales expense of assets sold (attach schedule) | 5c | |
| 6 | Investment income (see instructions) | 6 | |
| 7 | Other revenue (attach schedule) | 7 | |
| 8 | Total support and revenue | 8 | |
| | **Expenses** | | |
| 9 | Contributions, gifts, grants, and similar amounts paid (attach schedule) | 9 | |
| 10 | Disbursements to or for the benefit of members (attach schedule) | 10 | |
| 11 | Compensation of officers, directors, and trustees (attach schedule) | 11 | |
| 12 | Other salaries and wages | 12 | |
| 13 | Interest | 13 | |
| 14 | Rent | 14 | |
| 15 | Depreciation and depletion | 15 | |
| 16 | Other expenses (attach schedule) | 16 | |
| 17 | Total expenses | 17 | |
| 18 | Excess of support and revenue over expenses (line 8 minus line 17) | 18 | |

| | **Balance Sheet** (at the end of the period shown above) | Enter date ▶ | Ending date |
|---|---|---|---|
| | **Assets** | | |
| 19 | Cash (a) Interest bearing accounts | 19a | |
| | (b) Other | 19b | |
| 20 | Accounts receivable, net | 20 | |
| 21 | Inventories | 21 | |
| 22 | Bonds and notes (attach schedule) | 22 | |
| 23 | Corporate stocks (attach schedule) | 23 | |
| 24 | Mortgage loans (attach schedule) | 24 | |
| 25 | Other investments (attach schedule) | 25 | |
| 26 | Depreciable and depletable assets (attach schedule) | 26 | |
| 27 | Land | 27 | |
| 28 | Other assets (attach schedule) | 28 | |
| 29 | Total assets | 29 | |
| | **Liabilities** | | |
| 30 | Accounts payable | 30 | |
| 31 | Contributions, gifts, grants, etc., payable | 31 | |
| 32 | Mortgages and notes payable (attach schedule) | 32 | |
| 33 | Other liabilities (attach schedule) | 33 | |
| 34 | Total liabilities | 34 | |
| | **Fund Balances or Net Worth** | | |
| 35 | Total fund balances or net worth | 35 | |
| 36 | Total liabilities and fund balances or net worth (line 34 plus line 35) | 36 | |

If there has been any substantial change in any aspect of your financial activities since the period shown above ended, check the box and attach a detailed explanation . . . . . . . . . . . . . . . . . □

(8-505)

PLTF Ex. 2 p. 6

28           [Form 1024]          210 8-84

1024 (Rev. 4-84)                                                                         Page 6

**Schedule A**    Organizations described in section 501(c)(2) (Title holding corporations)

State below the complete name, address and employer identification number of each organization for which title to property is held and the number and class(es) of shares of your stock held by each organization.

If within the past five years shares of stock in your organization have been held by persons other than organizations listed in 1 above, list below the names and addresses of these persons. Also, show the number and class(es) of shares of capital stock held by each person, the years held, the dividends payable in each year and the dates paid.

State whether the net annual income is or will be turned over to the organization for which title to property is held and if not, the purpose for which the income is or will be held.

State the purpose(s) of each organization for which title to property is held as shown in its governing instrument and the Code section(s) under which each is classified as exempt from Federal income tax.

**Schedule B**    Organizations described in section 501(c)(4) (Civic leagues, social welfare organizations (including posts, councils, etc. of veterans' organizations not qualifying or applying for exemption under section 501(c)(19)) or local associations of employees.)

1 Have you engaged in or do you plan to engage in any activities on behalf of or in opposition to any candidate for public office? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes ☒ No
    If "Yes," describe in detail the nature and extent of the activities.

2 Has the Service previously issued a ruling or determination letter recognizing you (or any predecessor organization listed in item 1 of Part III) to be exempt under section 501(c)(3) and later revoked that recognition of exemption on the basis that you (or your predecessor) were carrying on propaganda or otherwise attempting to influence legislation? . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes ☒ No
    If "Yes," indicate the earliest tax year for which recognition of exemption under section 501(c)(3) was revoked and the IRS District office that issued the revocation.

3 Do you perform or do you plan to perform (for members, shareholders, or others) particular services, such as maintaining the common areas of a condominium, buying food or other items on a cooperative basis, providing recreational facilities or transportation services, job placement, or other similar undertakings? . . . . □ Yes ☒ No
    If "Yes," explain the activities in detail, including income realized and expenses incurred. Also, explain in detail the nature of the benefits to the general public from these activities. (If the answer to this question is explained in Part III (pages 2, 3, and 4), enter the page and item number here.)

PLTF Ex. 2 p. 7

210  8-84                              **[Form 1024]**                              2029

Form 1024 (Rev. 4-84)                                                          Page **7**

4  If you are claiming exemption as a local association of employees, state the name and address of each employer whose employees are eligible for membership in the association. If employees of more than one plant or office of the same employer are eligible for membership, give the address of each plant or office.

<br>

## Not Applicable.

| **Schedule C** | Organizations described in sections 501(c)(5) (Labor, agricultural, including fishermen's organizations, or horticultural organizations) and 501(c)(6) (Business leagues, chambers of commerce, etc.) |
|---|---|

1  Describe any services you perform or plan to perform for members or others. These services may include furnishing credit reports, collecting accounts, inspecting products, conducting advertising, buying or selling merchandise or other similar undertakings. (If the description of the services is contained in Part III (pages 2, 3, and 4), enter the page and item number here.)

<br>

2  Submit representative copies of any publications (newsletters, trade journals, yearbooks, membership directories, etc.) distributed to members or other interested parties.

3  Fishermen's organizations only.—What kinds of aquatic resources (not including mineral) are cultivated or harvested by those eligible for membership in your organization? (Fishermen's organizations are eligible only for tax years ending after December 31, 1975.)

<br>

4  Labor organizations only.—If you are organized under the terms of a collective bargaining agreement, attach a copy of the latest agreement.

| **Schedule D** | Organizations described in section 501(c)(7) (Social clubs) |
|---|---|

1  Have you entered or do you plan to enter into any contract or agreement for the management or operation of your property and/or activities, such as restaurants, pro shops, lodges, etc.?  . . . . . . . . . . . . ☐ **Yes** ☐ **No**
If "Yes," attach a copy of the contract or agreement. If one has not yet been drawn up, please explain your plans below.

<br>

2  Do you seek or plan to seek public patronage of your facilities by advertisement or otherwise? . . . . . . ☐ **Yes** ☐ **No**
If "Yes," attach sample copies of the advertisements or other requests. If you have none as yet, please explain your plans below.

~2029-2          [Form 1024]         210 8-84

Form 1024 (Rev. 4-84)             Page **8**

**Schedule D**   (Continued)

3(a) Are nonmembers other than guests of members permitted or will they be permitted to use the club facilities or participate in or attend any functions or activities conducted by the organization? . . . . . □ Yes □ No

If "Yes," describe the functions or activities in which there has been or will be nonmember participation or admittance. (Submit a copy of your house rules, if any.)

(b) State the amount of nonmember income included in Part IV, lines 3 and 4 . . . . . . . . . _____

(c) Enter the percent of gross receipts from nonmembers for the use of club facilities\* . . . . . . . _____ %

(d) Enter the percent of gross receipts received from investment income and nonmember use of the club's facilities\* . . . . . . . . . . . . . . . . . . . . . . . . . . _____ %

\* Gross receipts, for the purposes of this part of question 3, includes all income other than initiation fees, contributions to capital, and amounts received from unusual transactions, such as from the sale of club owned real estate.

4(a) Does your charter, bylaws, other governing instrument, or any written policy statement of your organization contain any provision which provides for discrimination against any person on the basis of race, color, or religion? . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes □ No

(b) If "Yes," state whether or not this provision will be kept.

(c) If you have such a provision which will be repealed, deleted, or otherwise stricken from your requirements, state when this will be done . . . . . . . . . . . . . . . . . . . . . _____

(d) If you formerly had such a requirement and it no longer applies, give the date it ceased to apply . . . . _____

(e) If the organization restricts its membership to members of a particular religion check here and attach the explanation specified in the instructions . . . . . . . . . . . . . . . . . . . . □

**Schedule E**   Organizations described in sections 501(c)(8) or 501(c)(10) (Fraternal societies, orders, or associations)

1 Are you a college fraternity or sorority or chapter of a college fraternity or sorority? . . . . . . . . □ Yes □ No

If "Yes," read the instructions for Schedule E before completing any more of this Schedule.

2 Does (or will) your organization operate under the lodge system? . . . . . . . . . . . . . . □ Yes □ No

If "No," does (or will) it operate for the exclusive benefit of the members of an organization operating under the lodge system? . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes □ No

3 In the case of a subordinate or local lodge, etc., attach a certificate signed by the secretary of the parent organization, under the seal of the organization, certifying that the subordinate lodge is a duly constituted body operating under the jurisdiction of the parent body.

4 In the case of a parent or grand lodge, attach a schedule for each subordinate lodge in active operation showing: (a) its name and address, (b) the number of members in it, and (c) how often it holds periodic meetings.

PLTF Ex. 2 p. 9

210  8-84

{Form 1024}

2029-3

Form 1024 (Rev. 4—84)

Page **9**

**Schedule F**   Organizations described in section 501(c)(9) (Voluntary employees' beneficiary associations)

**1** Describe below the benefits available to members.

**2** Are any employees or classes of employees entitled to benefits to which other employees or classes of employees are not entitled? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**
If "Yes," explain.

**3** State the total number of persons entitled to receive benefits (do not include dependents of employees) . . ▶

**4** State the number of persons, if any, other than employees and their dependents (for example, the proprietor of a business whose employees are members of the association) who are entitled to receive benefits . . . ▶

**Schedule G**   Organizations described in section 501(c)(12) (Benevolent life insurance associations, mutual ditch or irrigation companies, mutual or cooperative telephone companies, or like organizations)

**1** For each annual accounting period that you are claiming exemption attach a schedule listing:
   **(a)** The total amount of gross income received from members or shareholders.
   **(b)** The total amounts of gross income received from other sources, by source. (Do not net amounts due to or paid to other sources against amounts due from or received from them.) Mutual or cooperative electric companies should show separately the gross amount of income received from "qualified pole rentals." Mutual or cooperative telephone companies should show separately the gross amount of income received from nonmember telephone companies for performing service that involves their members, income received from the sale of display advertising in a directory furnished to their members, and income received from "qualified pole rentals."

**2** If you are claiming exemption as a local benevolent insurance association, state:
   **(a)** The counties from which members are accepted or will be accepted.

   **(b)** Whether stipulated premiums are or will be charged in advance or whether losses are or will be paid solely through assessments.

**3** If you are claiming exemption as a "like organization," explain how you are similar to a mutual ditch or irrigation company or a mutual or cooperative telephone company.

PLTF Ex. 2 p. 10

029-4                          [Form 1024]                        210  8-84
rm 1024 (Rev. 4-84)                                                Page 10

## Schedule G    (Continued)

Are the rights and interests of members in your annual savings determined in proportion to their business
with you? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes   ☐ No
If "Yes," do you keep the records necessary to determine at any time each member's rights and interests in
such savings, including assets acquired with the savings? . . . . . . . . . . . . . . . . . . . . .  ☐ Yes   ☐ No

i If you are a mutual or cooperative telephone company and have contracts with other systems for long-distance telephone
services, attach copies of the contracts.

## Schedule H    Organizations described in section 501(c)(13) (Cemeteries, crematoria, and like corporations)

I Attach the following documents:

(a) Complete copy of sales contracts or other documents, including any "debt" certificates, involved in acquiring cemetery
or crematorium property.

(b) Complete copy of any contract you have that designates an agent to sell your cemetery lots.

(c) A copy of the appraisal (obtained from a disinterested and qualified party) of the cemetery property as of the date acquired.

2 Do you have or do you plan to have a perpetual care fund? . . . . . . . . . . . . . . . . . . . .  ☐ Yes   ☐ No
If "Yes," attach a copy of the fund agreement and explain the nature of the fund (cash, securities, unsold
land, etc.).

3 If you are claiming exemption as a perpetual care fund for an organization described in section 501(c)
(13), has the cemetery organization for which funds are held established exemption under that section? . .  ☐ Yes   ☐ No
If "No," explain.

PLTF Ex. 2 p. 11

210 8-84 [Form 1024] 2029-5

Form 1024 (Rev. 4—84) Page **11**

**Schedule I** Organizations described in section 501(c)(17) (Trusts providing for the payment of supplemental unemployment compensation benefits)

1 Are benefits provided for individual proprietors, partners, or self-employed persons under the plan? . . . ☐ Yes ☐ No

If "Yes," explain in detail below.

2 Does the plan provide other benefits in addition to the supplemental unemployment compensation benefits? . ☐ Yes ☐ No

If "Yes," explain in detail below, and state whether the other benefits are subordinate to the unemployment benefits.

3 At any time after December 31, 1959, did the trust engage in any of the transactions listed below with any of the following: the creator of the trust or a contributor to the trust; a brother or sister (whole or half blood), a spouse, an ancestor, or a lineal descendant of such a creator or contributor; or a corporation controlled directly or indirectly by such a creator or contributor?

Note: If you know that you will be, or are considering being, a party to any of the transactions (or activities) listed below, check "Planned" box. Give a detailed explanation of any "Yes," or "Planned," answer in the space below.

| | | | | |
|---|---|---|---|---|
| (a) Borrow any part of your income or corpus? . . . . . . . . . | ☐ Yes | ☐ No | ☐ Planned |
| (b) Receive any compensation for personal services? . . . . . . | ☐ Yes | ☐ No | ☐ Planned |
| (c) Obtain any part of your services? . . . . . . . . . | ☐ Yes | ☐ No | ☐ Planned |
| (d) Purchase any securities or other properties from you? . . . . | ☐ Yes | ☐ No | ☐ Planned |
| (e) Sell any securities or other property to you? . . . . . . | ☐ Yes | ☐ No | ☐ Planned |
| (f) Receive any of your income or corpus in any other transaction? . . . . | ☐ Yes | ☐ No | ☐ Planned |

4 Attach a copy of the Supplemental Unemployment Benefit Plan and related agreements.

[¶ 506]

PLTF Ex. 2 p. 12

**)29-6**                              **{Form 1024}**                       210  8-84

m 1024 (Rev. 4-84)                                                          Page **12**

**Schedule J** Organizations described in section 501(c)(19)—a post or organization of past or present members of the Armed Forces of the United States, auxiliary units or societies for such a post or organization, and trusts or foundations formed for the benefit of such posts or organizations.

Are you a post or organization of past or present members of the Armed Forces of the United States? . . ☐ Yes   ☐ No

If "Yes," complete (a) through (d) and check "No," for lines 2 and 3.

(a) Enter the total membership of your post or organization . . . . . . . . . . .

(b) Enter the number of your members who are former members of U.S. Armed Forces or present members of the U.S. Armed Forces . . . . . . . . . . . . . . . . .

(c) Enter the number of members who are cadets (include students in college or university ROTC programs or at armed services academies only), or spouses, widows, or widowers, of members of U.S. Armed Forces . . . . . . . .

(d) Do you have a membership category other than the ones set out above? . . . . . . . . ☐ Yes   ☐ No

If so, please explain in full. Enter number of members in this category . . . . . . .

2 Are you an auxiliary unit or society of a post or organization of past or present members of the Armed Forces of the United States? . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

If "Yes," complete (a) through (d) and check "No," for lines 1 and 3.

(a) Are you affiliated with and organized according to the bylaws and regulations formulated by such an exempt post or organization? . . . . . . . . . . . . . . . ☐ Yes   ☐ No
If so, submit a copy of such bylaws or regulations.

(b) How many members do you have? . . . . . . . . . . .

(c) How many are past or present members of the Armed Forces of the United States themselves, their spouses, or persons related to them within two degrees of blood relationship? (Grandparents, brothers, sisters, and grandchildren are the most distant relationships allowable.) . . . . . . . . .

(d) Are all of the members themselves members of a post or organization, past or present members of the Armed Forces of the United States, or spouses of members of such a post or organization, or are related to members of such a post or organization within two degrees of blood relationship? . . ☐ Yes   ☐ No

3 Are you a trust or foundation organized for the benefit of an exempt post or organization of past or present members of the Armed Forces of the United States? . . . . . . . . . . . . . . . ☐ Yes   ☐ No
If "Yes," complete (a) and (b) and check "No," for lines 1 and 2.

(a) Will the corpus or income be used solely for the funding of such an exempt organization (including necessary related expenses)? . . . . . . . . . . . . . . . . ☐ Yes   ☐ No
If not, please explain.

(b) If the trust or foundation is formed for charitable purposes, does the organization document contain a dissolution provision as described in section 1.501(c)(3)–1(b)(4) of the Income Tax Regulations? . . ☐ Yes   ☐ No

PLTF Ex. 2 p. 13

**[Form 1024]**

226  5-85

2029-7

Form 1024 (Rev. 4—84)

Page **13**

## Schedule L   Qualified Group Legal Services Plans (Section 120)

1 (a) Name of plan ▶ _____

  (b) Plan number (see instructions) . . . . . . . . . . . . . . . . . . . . . . _____

  (c) Date the plan year ends . . . . . . . . . . . . . . . . . . . . . . . . . _____

2 A qualification determination or ruling is requested for:

  (a) ☐ Initial qualification—date the plan was adopted . . . . . . . . . . . . . _____

  (b) ☐ Amendment—date adopted . . . . . . . . . . . . . . . . . . . . . _____

If you check (a), submit a copy of the documents establishing the plan, including a copy of the plan and any related trust instrument. If the plan was subject to collective bargaining, include a copy of the collective bargaining agreement pertaining to it. If you check (b), submit a copy of the amendment. Note: Once a plan has qualified you need not file a new Form 1024 with each amendment. However, you must notify the Service of any subsequent amendments.

3 Describe the legal services covered by the plan, if they are not described in the plan or collective bargaining agreement.

4 Give the following information as of the first day of the first plan year for which you are filing this application and enter that date here ▶ _____

  (a) Total number of employees covered by the plan who are shareholders, officers, self-employed persons, or highly compensated . . . . . . . . . . . . . . . . . . . . . . . . _____

  (b) Number of other employees covered by the plan . . . . . . . . . . . . . . _____

  (c) Number of employees not covered by the plan . . . . . . . . . . . . . . . _____

  (d) Total number employed* . . . . . . . . . . . . . . . . . . . . . . . . _____

  *Should equal the total of (a), (b), and (c)—If not, explain. Describe the eligibility requirements that prevent those employees not covered by the plan from participating.

5 Are all eligible employees entitled to the same benefits? . . . . . . . . . . . . . ☐ Yes    ☐ No

If not, explain the differences.

6 Manner of funding the plan (Check the appropriate box(es))

  (a) ☐ Payments to insurance companies

  (b) ☐ Payments to organizations described in section 501(c)(20)

  (c) ☐ Payments to organizations described in section 501(c), which are to pay or credit your payments to other organizations described in section 501(c)(20)

  (d) ☐ Prepayments to providers of legal services

## Schedule M   Trust or organization set up under section 501(c)(20)

1 (a) Was this trust or organization created or organized in the United States? . . . . . . . . . ☐ Yes    ☐ No

  (b) If so, was it created or organized to form part of a group legal services plan or plans qualified under section 120? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

    If "Yes," enter plan name.

  (c) If (b) is "Yes," has the plan (or plans) qualified under section 120? . . . . . . . . . . . ☐ Yes    ☐ No

  (d) If (c) is "Yes," submit a copy of the ruling or determination letter(s). If "No," attach explanation.

2 If the trust or organization provides legal services or indemnification against the cost of legal services unassociated with a qualified group legal services plan, describe the nature and extent of these services.

3 Attach copies of all plan documents.

[¶ 506]

PLTF Ex. 2 p. 14

29-8                     [Form 1024]                     226  5-85

## Activity Code Numbers of Exempt Organizations. (Select up to three codes which best describe or most accurately identify your purposes, activities, operations or type of organizations and enter in Part I, line 6, page 1 of the application. Enter first the code which most accurately identifies you.)

**Code**

**Religious Activities**
001  Church, synagogue, etc.
002  Association or convention of churches
003  Religious order
004  Church auxiliary
005  ...
006  Missionary activities
007  Evangelism
008  Religious publishing activities
---  Boys home (use 918)
---  Genealogical activities (use 094)
029  Other religious activities

**Schools, Colleges and Related Activities**
030  School, college, trade school, etc.
031  Special school for the blind, handicapped, etc.
032  Nursery school
---  Day care center (use 574)
033  Faculty group
034  Alumni association or group
035  Parent or parent-teachers association
036  Fraternity or sorority
---  Key club (use 323)
037  Other student society or group
038  School or college athletic association
039  Scholarships for children of employees
040  Scholarships (other)
041  Student housing activities
043  Other student aid
044  Student exchange with foreign country
045  Student operated business
---  Financial support of schools, colleges, etc. (use 602)
---  Achievement prizes or awards (use 914)
---  Student book store (use 918)
---  Student travel (use 299)
---  Scientific research (use Scientific Research Activities)
059  Other school related activities

**Cultural, Historical or Other Educational Activities**
060  Museum, zoo, planetarium, etc.
061  Library
062  Historical site, records or reenactment
063  Monument
064  Commemorative event (centennial, festival, pageant, etc.)
065  Fair
066  Community theatrical group
067  Singing society or group
068  Cultural performances
094  Art exhibit
092  Literary activities
093  Cultural exchanges with foreign country
---  Genealogical activities
---  Achievement prizes or awards (use 914)
---  Gifts or grants to individuals (use 561)
---  Financial support of cultural organizations (use 602)
119  Other cultural or historical activities

**Other Instruction and Training Activities**
120  Publishing activities
121  Radio or television broadcasting
122  Producing films
123  Discussion groups, forums, panels, lectures, etc.
124  Study and research (non-scientific)
125  Giving information or opinion (see Advocacy)
126  Apprentice training
129  Travel tours (use 299)
---  Other instruction and training

**Health Services and Related Activities**
150  Hospital
151  Hospital auxiliary
152  Nursing or convalescent home
153  Care and housing for the aged (see 382)
154  Health clinic
155  Rural medical facility
156  Blood bank
157  Cooperative hospital service organization
158  Rescue and emergency service
159  Nurses register or bureau
160  Aid to the handicapped (see also 031)
161  Scientific research (diseases)
162  Other medical research
163  Health insurance (medical, dental, etc.)
164  Prepaid group health plan
165  Community health planning
166  Mental health care
167  Group medical practice association
168  In-faculty group practice association
169  Hospital pharmacy, parking facility, food services, etc.

**Code**
179  Other health services

**Scientific Research Activities**
180  Contract or sponsored scientific research for industry
181  Scientific research for government
---  Scientific research (diseases) (use 161)
189  Other scientific research activities

**Business and Professional Organizations**
200  Business promotion (chamber of commerce, business league, etc.)
201  Real estate association
202  Board of trade
203  Regulating business
204  Better Business Bureau
205  Professional association
206  Professional association auxiliary
207  Industry trade shows
208  Convention displays
---  Testing products for public safety (use 905)
210  Research, development and testing
---  Professional athletic league
---  Attracting new industry (use 403)
---  Publishing activities (use 120)
---  Insurance or other benefits for members (see Employee or Member-ship Benefit Organizations)
211  Underwriting municipal insurance
212  Assigned risk insurance activities
213  Tourist bureau
---  Other business or professional group

**Farming and Related Activities**
220  Farming
221  Farm Bureau
222  Agricultural group
223  Horticultural group
225  Farmers' cooperative marketing or purchasing
226  Financing crop operations
---  FFA, FHA, 4-H club, etc. (use 322)
---  Fair (use 065)
236  Dairy herd improvement association
237  Breeders association
249  Other farming and related activities

**Mutual Organizations**
250  Mutual ditch, irrigation, telephone, electric company or like organization
251  Credit Union
252  Reserve funds of insurance for domestic building and loan association, cooperative bank, or mutual savings bank
253  Mutual insurance company
254  Corporations organized under an Act of Congress (see also 904)
---  Farmers' cooperative marketing or purchasing (use 225)
---  Cooperative hospital service organization (use 157)
252  Other mutual organization

**Employee or Membership Benefit Organizations**
260  Fraternal beneficiary society, order, or association
261  Improvement of conditions of workers
262  Association of municipal employees
263  Association of employees
264  Employee or member welfare association
265  Sick, accident, death, or similar benefits
266  Strike benefits
267  Unemployment benefits
268  Pension or retirement benefits
269  Vacation benefits
270  Group Legal Services Plans
279  Other services or benefits to members or employees

**Sports, Athletic, Recreational and Social Activities**
280  Country club
281  Hobby club
282  Dinner club
283  Variety club
284  Dog club
285  Women's club
286  Garden club (use 356)
290  Hunting or fishing club
291  Swimming or tennis club
292  Other sports club
---  Boys Club, Little League, etc. (use 321)
294  Community center
297  Community recreational facilities (park, playground, etc.)
296  Training in sports
298  Travel tours
300  Amateur athletic association
---  School or college athletic association (use 038)

**Code**
301  Fund raising athletic or sports event
317  Other sports or athletic activities
318  Other recreational activities
319  Other social activities

**Youth Activities**
320  Boy Scouts, Girl Scouts, etc.
321  Boys Club, Little League, etc.
322  FFA, FHA, 4-H club, etc.
323  Key club
324  YMCA, YWCA, YMHA, etc.
325  Camp
326  Care and housing of children (orphanage, etc.)
327  Prevention of cruelty to children
348  Combat juvenile delinquency
349  Other youth organization or activities

**Conservation, Environmental and Beautification Activities**
350  Preservation of natural resources (conservation)
351  Combating or preventing pollution (air, water, etc.)
352  Land acquisition for preservation
353  Soil or water conservation
354  Preservation of scenic beauty
---  Litigation (see Litigation and Legal Aid Activities)
355  Combat community deterioration
356  Garden club
379  Other conservation, environmental or beautification activities

**Housing Activities**
380  Low-income housing
381  Low and moderate income housing
382  Housing for the aged (see also 153)
---  Nursing or convalescent home (use 152)
---  Student housing (use 041)
398  Instruction and guidance on housing
399  Other housing activities

**Inner City or Community Activities**
400  Area development, redevelopment or renewal
---  Housing (see Housing Activities)
401  Homeowners association (use ...)
402  Other activity aimed at combating community deterioration
403  Attracting new industry or retaining industry in an area
404  Community promotion
405  Community recreational facility (use 297)
---  Community center (use 294)
406  Loans or grants for minority businesses
---  Job training, counseling, or assistance (see 566)
---  Day care center (use 574)
---  Referral service (social agencies) (use 569)

**Civil Rights Activities**
430  Defense of human and civil rights
431  Elimination of prejudice and discrimination (race, religion, sex, national origin, etc.)
432  Lessen neighborhood tensions
433  Other civil rights activities

**Litigation and Legal Aid Activities**
460  Public interest litigation activities
461  Other litigation or support of litigation
462  Legal aid to indigents
463  Providing bail
465  Plan under IRC section 120

**Legislative and Political Activities**
480  Propose, support, or oppose legislation
481  Voter information on issues or candidates
482  Voter education (mechanics of registering, voting, etc.)
483  Support, oppose, or rate political candidates
509  Other legislative and political activities

**Advocacy**
510  Attempt to influence public opinion concerning ...
510  Firearms control

**Code**
511  Selective Service System
512  National defense policy
513  Weapons systems
514  Government spending
515  Taxes or tax revenues
516  Separation of church and state
517  Government aid to parochial schools
518  U.S. foreign policy
519  U.S. military involvement
520  Pacifism and peace
521  Economic-political system of U.S.
522  Anti-communism
523  Right to work
524  Zoning or rezoning
525  Location of highway or transportation system
526  Rights of criminal defendants
527  Capital punishment
528  Stricter law enforcement
529  Ecology or conservation
530  Protection of consumer interests
531  Medical care system
532  Welfare system
533  Urban renewal
534  Busing students to achieve racial balance
535  Racial integration
536  Use of intoxicating beverage
537  Use of drugs or narcotics
538  Use of tobacco
539  Prohibition of erotica
540  Sex education in public schools
541  Population control
542  Birth control methods
543  Legalized abortion
549  Other matters

**Activities Directed to Individuals**
560  Supporting money, goods or services to the poor
561  Gifts or grants to individuals (other than scholarships)
---  Scholarships for children of employees (use 039)
---  Scholarships (other) (use 040)
---  Student loans (use 041)
---  Other loans to individuals
563  Marriage counseling
564  Family planning
565  Credit counseling and assistance
566  Job training, counseling, or assistance
567  Draft counseling
568  Vocational counseling
569  Referral service (social agencies)
572  Rehabilitating convicts or ex-convicts
573  Rehabilitating alcoholics, drug abusers, compulsive gamblers, etc.
574  Day care center
575  Services for the aged (see also 153 and 382)
---  Training of or aid to the handicapped (see 031 and 160)

**Activities Directed to Other Organizations**
600  Community Chest, United Fund, etc.
601  Booster club
602  Gifts, grants, or loans to other organizations
603  Non-financial services or facilities to other organizations

**Other Purposes and Activities**
900  Cemetery or burial activities
901  Perpetual care fund (cemetery, columbarium, etc.)
902  Emergency or disaster aid fund
903  Community trust or component
904  Government instrumentality or agency (see also 254)
905  Testing products for public safety
906  Consumer interest group
907  Veterans activities
908  Patriotic activities
909  (947(a)(1) trust)
910  Domestic organization with activities outside U.S.
911  Foreign organization
912  Title holding corporation
913  Prevention of cruelty to animals
914  Achievement prizes or awards
915  Erection or maintenance of public building or works
916  Cafeteria, restaurant, snack bar, food services, etc.
918  Thrift shop, retail outlet, etc.
919  Book, gift or supply store
920  Advertising
921  Loans or credit reporting
922  Endowment fund or financial services
925  Indians (tribes, cultures, etc.)
926  Traffic or tariff bureau
927  Fund raising
928  (947(a)(2) trust)
930  Prepaid legal services plan exempt under IRC section 501(c)(20)

[¶ 506]

Attachment to Form 1024, Part II

Democratic Leadership Council
499 S. Capitol Street, S.W.
Suite 402
Washington, D.C.  20003

Employer Identification
No. 52—

ARTICLES OF INCORPORATION AND BYLAWS

November 8, 1985

PLTF Ex. 2 p. 16

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

Business Regulation Administration
Corporations Division
614 H Street, N.W.
Washington, D.C. 20001-2782



## C E R T I F I C A T E

THIS IS TO CERTIFY THAT ALL PROVISIONS OF THE DISTRICT OF COLUMBIA NON-PROFIT CORPORATION ACT

HAVE BEEN COMPLIED WITH AND ACCORDINGLY THIS CERTIFICATE OF ___Incorporation___

_____

IS HEREBY ISSUED TO THE ___DEMOCRATIC LEADERSHIP COUNCIL, INC.___

_____

AS OF THE DATE HEREINAFTER MENTIONED.

DATE    March 4, 1985

CAROL B. THOMPSON
Director

Miriam Hellen Jones
Superintendent of Corporations

GOVERNMENT OF THE DISTRICT OF COLUMBIA
MARION BARRY, JR., MAYOR
REV. JANUARY 1985

PLTF Ex. 2 p. 17

ARTICLES OF INCORPORATION

OF

DEMOCRATIC LEADERSHIP COUNCIL, INC.

———————————————

We, the undersigned natural persons of the age of
twenty-one years or more, acting as incorporators of a
corporation under the NON-PROFIT CORPORATION ACT (D.C. Code,
1981 edition, Title 29, Chapter 5), adopt the following
Articles of Incorporation:

## ARTICLE 1.  NAME

The name of this corporation is Democratic Leadership
Council, Inc.

## ARTICLE 2.  DURATION

The period of duration for this corporation shall be
perpetual until such time as the Board of Directors shall adopt
a resolution recommending the corporation be dissolved and any
assets of the corporation shall be distributed.

## ARTICLE 3.  PURPOSES.

This corporation is organized exclusively for the promotion
of social welfare within the meaning of Section 501(c)(4) of
the Internal Revenue Code of 1954 (or the corresponding
provision of any future United States Internal Revenue Law).

This corporation is not organized for profit, and no part
of the net earnings of this corporation shall inure to the
benefit of any member of the Board of Directors or individual,
except that this corporation may make payments of reasonable
compensation for services rendered.

This corporation is organized primarily for the purpose of
bringing about civil betterments and social improvements. The
activities of this corporation shall not include direct or
indirect participation or intervention in political campaigns
on behalf of or in opposition to any candidate for public

FILED

MAR 4  1985

office. Nor is the primary activity of this corporation the operation of a social club for the benefit, pleasure or recreation of its members. This corporation shall not carry on business with the general public in a manner similar to organizations which are operated for profit.

Notwithstanding any other provision of these Articles of Incorporation, this corporation shall not carry on any other activities not permitted to be carried on by an organization exempt from federal income under Section 501(c)(4) of the Internal Revenue Code of 1954 (or the corresponding provision of any future United States Internal Revenue Law).

## ARTICLE 4. MEMBERS

This corporation shall have no members.

## ARTICLE 5. STOCK

This corporation shall not have authority to issue capital stock.

## ARTICLE 6. REGISTERED OFFICE AND AGENT

The address of the initial registered office of this corporation is Suite 1200, 1110 Vermont Avenue, N.W., Washington, D.C. 20005, and the name of its initial registered agent at such address is Robert F. Bauer.

## ARTICLE 7. AMENDMENTS TO ARTICLES OF INCORPORATION

This corporation reserves the right to amend or repeal, by the affirmative vote of a majority of the members of its Board of Directors, any of the provisions contained in these Articles of Incorporation.

## ARTICLE 8. FUNDS AND ASSETS

This corporation shall use its funds only to accomplish the purposes stated in these Articles of Incorporation. Upon the

- 2 -

winding up and dissolution of this corporation, after paying or adequately providing for the debts and obligations of the organization, the remaining assets shall be distributed as determined by the Board of Directors.

## ARTICLE 9.  DIRECTORS

The names and mailing addresses of the persons who are to serve as Directors until their successors are elected and qualify are:

| | |
|---|---|
| The Honorable Charles S. Robb | State Capitol<br>Richmond, Virginia  23219 |
| The Honorable Sam Nunn | United States Senate<br>Washington, D.C.  20510 |
| The Honorable Richard A. Gephardt | U.S. House of<br>Representatives<br>Washington, D.C.  20515 |

## ARTICLE 10.  INCORPORATORS

The names and mailing addresses of the incorporators are:

| | |
|---|---|
| Robert F. Bauer | 1110 Vermont Ave., N.W.<br>Suite 1200<br>Washington, D.C.  20005 |
| Guy R. Martin | 1110 Vermont Ave., N.W.<br>Suite 1200<br>Washington, D.C.  20005 |
| Judith L. Corley | 1110 Vermont Ave., N.W.<br>Suite 1200<br>Washington, D.C.  20005 |

## ARTICLE 11.  BYLAWS

The Board of Directors shall have the power to adopt, amend or repeal the Bylaws for this corporation.  The Bylaws shall govern the operation of the corporation unless any Bylaw conflicts with these Articles of Incorporation, in which case the Articles of Incorporation shall be controlling.

We, the undersigned, being the incorporators herein before named for the purpose of forming a corporation pursuant to the General Corporation Law of the District of Columbia, do make this certificate, hereby declaring and certifying that these are our acts and deeds and the facts herein stated are true, and accordingly we have hereunto set our hands this 1st day of March, 1985.

ROBERT F. BAUER, Incorporator

GUY R. MARTIN, Incorporator

JUDITH L. CORLEY, Incorporator

Subscribed and sworn to before me this 1st day of March, 1985.

NOTARY PUBLIC

My Commission Expires on March 31, 1989.

BYLAWS
OF
DEMOCRATIC LEADERSHIP COUNCIL, INC.


## ARTICLE I.  DIRECTORS

Section 1.    The Board of Directors will consist of three
(3) directors.

## ARTICLE II.  OFFICERS

Section 1.    The Corporation will have the following
officers:  President/Executive Director; Secretary, and; Treasurer.

Section 2.    A single person will be permitted to hold more
than one office, except that no person can act as both President/
Executive Director and Secretary.

Section 3.    The President/Executive Director of the Corpor-
ation will have the power and authority to execute documents
and enter into contracts on behalf of the Corporation.

Section 4.    No Officer or Director of the Corporation will
act on behalf of the Corporation in any manner intended to affect
the nomination or election of any candidate for public office.

## ARTICLE III.  ACTION WITHOUT MEETING

Section 1.    Any action required or permitted to be taken
by the Board of Directors at a meeting may be taken without a

PLTF Ex. 2 p. 22

meeting if a consent in writing, setting forth the action so taken, shall be signed by all Directors.

## ARTICLE IV.   AMENDMENT OF BYLAWS

Section 1.   These Bylaws may be altered, amended, or repealed and new Bylaws may be adopted by a majority vote of the Board of Directors.

The foregoing Bylaws were adopted by the Corporation on March 7 , 1985.

ATTEST:   _Stewart Gammage_, Secretary

Attachment to Form 1024, Part III, Question 3

Democratic Leadership Council                Employer Identification
499 S. Capitol Street, S.W.                   No. 52-
Suite 402
Washington, D.C.  20003

## Democratic Leadership Council History

The Democratic Leadership Council was organized in early 1985 by certain elected officials and others who were concerned with the formulation of national policy and with the direction of policy debate within the Democratic Party.  The founders and leaders of DLC intended for the new organization to stimulate innovative debate on a wide range of contemporary domestic and foreign policy issues.

In keeping with its goals, it has never been the purpose of the DLC to finance the dissemination of personal views held by individual officeholders on particular issues.  Instead, the organization was conceived as an active forum for the development of fresh policy options and approaches which could spark and advance public debate.  As set forth elsewhere in this Application (see the Attachment to question 12), DLC has already commissioned studies and prepared publications directed toward this goal of informed and innovative policy debate.

### Current Activities

The DLC engages in a number of activities to achieve its purposes:

First, through task forces, composed of elected officials and private citizens, it has developed and is developing written policy positions on the following issues -- economic growth and competitiveness; national defense strategy; social justice, and presidential nominating procedures.

Second, it has sponsored and will continue to sponsor town meetings and issue forums for business, labor, civic, student, and other audiences across the country.  The forums it has sponsored during its first four months include -- meetings with business and civic leaders in Tampa, Fla., with students at the University of Florida in Gainesville, with state legislators in Talahassee, with business, labor and civic leaders in Austin, Houston, Dallas, San Antonio, El Paso, and Abiline, Texas; with

Democratic Leadership Council          Employer Identification
499 S. Capitol Street, S.W.            No. 52-
Suite 402
Washington, D.C.  20003


business executives in Palo Alto, California and with business,
civic, and political leaders in San Francisco and Los Angeles,
California.

     Third, it holds regular bi-monthly meetings in Washington,
D.C. to discuss policy matters.  Specifically, its meetings
have included discussions with Political Analyst William
Schneider and Harvard University Professor Robert Reich.

     Fourth, the DLC contracts for studies on specific issues.
Specifically, it has contracted with Wharton Econometrics for a
study on the competitive position of the American economy.

     Fifth, it engages in an active program of public affairs
that has included press conferences and meetings with editorial
boards in a number of cities.  In addition, it sends occasional
newsgrams and press releases to the media and other interested
parties.

     Sixth, the DLC conducts occasional fundraising receptions
and dinners to cover the cost of its operations.

     Through these activities, the DLC seeks to develop
specific policy proposals and has begun to establish a national
dialogue on key issues.

     Relationship to the Democratic Party

     The Democratic Leadership Council is so named because it
was founded by federal and state elected officials who are
Democrats and who were concerned with the direction of policy
debate within their party, as well as within the country as a
whole.  Through the establishment of DLC, these officials and
others with similar interests and goals expected to improve the
overall contribution of Democratic leaders, in the federal and
state government, to national policy debate, and to urge upon
both the party and the general public new and innovative
approaches to policy.

     DLC is not and does not function as a political party
organization.  The Articles and By-laws of the Corporation
specify clearly that the Corporation shall not intervene in
campaigns on behalf of any public candidate; and the By-laws
supplement this by further prohibiting any of DLC's officers
and Directors from acting on behalf of the Corporation in
supporting or opposing any candidates for public office.  At no
time will DLC endorse any candidate for any public office,
federal or state, nor will the organization seek to influence
voter perceptions indirectly, such as by establishing voting

- 2 -

Democratic Leadership Council                    Employer Identification
499 S. Capitol Street, S.W.                       No. 52-
Suite 402
Washington, D.C.   20003


records or other ratings of candidates.  DLC is concerned only
with the establishment of sound policy on national issues.*/

---

*/  As an example of the manner in which DLC operates
outside the political party structure, the organization has
acted as an independent witness in submitting to the Democratic
National Committee views on the formulation of political party
nominating rules and their impact on effective government.  DLC
has actively promoted the view that political parties must
structure their nominating processes to assure the selection of
candidates able to govern -- a view consistent with its general
emphasis on policy formulation, not candidate selection.  DLC's
views in this regard are consistent with bi-partisan scholarly
literature on the subject.  See generally N. Polsby,
Consequences of Party Reform (1983); N. Polsby & A. Wildavsky,
Presidential Elections:  Strategies of American Electoral
Politics (1984); B. Shepard, Rethinking Congressional Reform
(1985).

Attachment to Form 1024, Part III, Question 4


Democratic Leadership Council          Employer Identification
499 S. Capitol Street, S.W.             No. 52-
Suite 402
Washington, D.C.  20003


## Sources of Financial Support

The Democratic Leadership Council raises funds for its operations from officeholders and private contributors.  The Democratic Leadership Council relies for its funding on ongoing fundraising activity directed toward the broadest possible range of supporters and contributors around the country.

The Democratic Leadership Council's fundraising program includes the payment of $1,000 in "dues" from officeholders who agree to become active "members" for fundraising purposes in the DLC.*/  In addition, individuals seeking to join the Democratic Leadership Council Board of Advisors are asked to make a contribution of $10,000 per year, or to assist the DLC in raising funds in this amount from interested contributors.

Beyond these categories of individuals who either make direct contributions to the Democratic Leadership Council or assist with its fundraising program, the organization raises contributions from any and all private sources which are ready and able to support its purposes, in whatever amounts they can afford.

_____

*/  As stated in response to Question 7, this membership structure is primarily an effort to attract active officeholder involvement; member officeholders have no formal decision-making or voting rights in the Democratic Leadership Council, nor does the DLC enforce the payment of "dues" by Members.

P. 27

<u>Attachment to Form 1024, Part III, Question 5</u>

Democratic Leadership Council          Employer Identification
499 S. Capitol Street, S.W.                No. 52-
Suite 402
Washington, D.C.  20003

<u>Officers and Directors</u>

Mr. Alvin From - President/Executive
Director and Treasurer
499 S. Capitol Street, S.W.
Suite 402
Washington, D.C.  20003

Ms. Stewart Gammage - Secretary
444 N. Capitol Street
Suite 246
Washington, D.C.  20001

The Honorable Charles S. Robb - Director
State Capitol
Richmond, Virginia  23219

Congressman Richard Gephardt - Director
1432 Longworth House Office Building
Washington, D.C.  20515

Senator Sam Nunn - Director
303 Dirksen Senate Office Building
Washington, D.C.  20510

November 8, 1985

Attachment to Form 1024, Part III, Question 7

Democratic Leadership Council                Employer Identification
499 S. Capitol Street, S.W.                   No. 52—
Suite 402
Washington, D.C.  20003

## Membership

    The Democratic Leadership Council invites federal and
state officeholders to become "members" upon payment of "dues"
in the amount of $1,000 per year.  While there is some
fundraising benefit to DLC from dues payments, the membership
structure is primarily a tool to recruit public officials into
the activities of the Democratic Leadership Council; the
"membership" offered includes no voting rights or other formal
decision-making role in the affairs of the organization.
Moreover, a substantial number of officeholders (40%) enlisting
as "members" do not pay the $1,000 a year in dues, nor does DLC
require that they do so.  DLC's essential purposes do not allow
it to operate as a "membership" organization providing special
services to members only.  The organization seeks instead the
active involvement of members of the general public in its
activities, and it has pursued this goal, in part, by
commissioning and preparing publications and sponsoring
programs on policy issues which can attract a substantial
public audience.

Attachment to Form 1024, Part III, Question 12

Democratic Leadership Council          Employer Identification
499 S. Capitol Street, S.W.              No. 52-
Suite 402
Washington, D.C.  20003

Spending of Funds

All funds of the Democratic Leadership Council are devoted
to its sole purpose -- the stimulation of public policy
dialogue and innovation within and outside the Democratic
Party, under the general leadership of certain elected
officials of the party.  The attachment to Question 3
identifies the typical activities which the DLC has pursued to
date, including but not limited to, the sponsorship of "issues
forums" on selected national issues such as national defense
and trade policy; the development of written positions on such
issues; commissioning of specific studies by scholarly
institutions, such as a study of trade issues by Wharton
Econometrics; and periodic meetings to which noted authorities
are invited to discuss certain of these issues with Democratic
Leadership Council supporters, members of the general public
and the press.

As specific examples of recent and representative
activities of the DLC, the following materials are attached to
this Application:

(1)  A copy of the DLC-commissioned study entitled "An
International Economic Competition Study" prepared by Wharton
Econometric Forecasting Associates (September 26, 1985).
(Attached hereto as Exhibit A); and

(2)  A publication of the DLC entitled "Winning in the
World Economy" (October 1985) which builds on the results of
the Wharton Study to propose new policy approaches to lead to
the improvement of American competitiveness in international
trade.  (Attached hereto as Exhibit B).

The DLC has also organized certain task forces devoted
entirely to the promotion of debate and policy formulation
within certain areas.  These task forces are:

- 1 -

P. 30

Democratic Leadership Council
499 S. Capitol Street, S.W.
Suite 402
Washington, D.C.  20003

Employer Identification
No. 52-

## Task Force on National Defense Strategy

Co-Chairmen:                    Senator Sam Nunn
                                Governor Bruce Babbitt
                                Congressman Les Aspin

Members:

        Senators:               Dennis DeConcini
                                Jeff Bingaman
                                Ed Zorinsky

        Congressmen &
        Congresswomen:  Beverly Byron
                                Dan Glickman
                                Ike Skelton
                                Norm Dicks
                                Tim Wirth

## Task Force on Economic Growth and Competitiveness

Co-Chairmen:                    Senator Lloyd Bentsen
                                Governor Jim Blanchard
                                Congressman Leon Panetta

Members:

        Senators:               Max Baucus
                                Jim Sasser
                                James Exon

        Governors:              Bill Clinton
                                George Nigh
                                Richard Lamm

        Congressmen:            Ronnie Flippo
                                Dick Durbin
                                Phil Sharp
                                Jim Wright
                                Lindsay Thomas
                                Dan Mica
                                Bill Gray
                                Buddy MacKay

Democratic Leadership Council                    Employer Identification
499 S. Capitol Street, S.W.                       No. 52-
Suite 402
Washington, D.C.  20003


    These activities, including publications, reflect the
primary thrust of the DLC -- to address policy issues of
overriding contemporary concern and to propose appropriate
alternatives in the formulation of policy.  The DLC seeks to
bring these activities to general public attention, and it
works toward this end by holding events and programs throughout
the country which are open to the public and by accomplishing
the widest possible distribution of its publications and
materials.*/

---

    */   Although the DLC was organized by and operates under
the leadership of certain Democratic elected officials, the
activities it conducts are intended for the benefit of the
general public without regard to party affiliation.  Thus, as
examples, the DLC publication "Winning in the World Economy"
was made available without charge to all Members of the House
and the Senate, Democratic and Republican; DLC events typically
include among the participants and attendees both Democrats and
Republicans; and DLC has co-sponsored at least one event, on
foreign policy, with a fully bi-partisan organization, the
World Affairs Council.

P.32

Attachment to Form 1024, Part III, Question 14

Democratic Leadership Council          Employer Identification
499 S. Capitol Street, S.W.            No. 52—
Suite 402
Washington, D.C.  20003

Insurance

\*/
tir

— 1 —



# The Idea Book

## A Reference Manual for New Democrats



EXHIBIT /3

Gov't

Feb. 8, 2006

**Democratic Leadership Council**
**1998**

DLC 05219

WM0194



As Democrats, we believe in equal opportunity and upward mobility. We believe that economic and social progress are built on the talents and efforts of all Americans, not just a privileged few.

*As New Democrats, we understand that the private sector, not government, is the primary engine of economic growth, and that government's role is to promote growth and equip Americans to succeed in the private sector.*

As Democrats, we believe in tolerance and inclusion. We are the party of civil rights and equal rights.

*As New Democrats, we understand that tolerance and inclusion are best promoted within the context of a common civic culture grounded in the values most Americans share: work, family, personal responsibility, individual liberty, and faith.*

As Democrats, we believe in community. We believe that we can achieve our individual destinies only if we share a commitment to our national destiny.

*As New Democrats, we understand that living in a community requires mutual responsibility. As the instrument of the community's will, government should create opportunity for citizens, but citizens should give something back to the commonwealth.*

http://www.dlcppi.org/          (202) 546-0007

DLC 05220

WM0195



June 1998

Dear Democratic Leader:

Welcome to the new, 1998 edition of *The DLC Idea Book*. We're happy for this opportunity to provide you with additional information about the New Democrat philosophy and ideas, and we hope that you will reach for your *Idea Book* regularly as a guide to the issues facing America during this transformative time.

The DLC is working to develop a new generation of ideas and leaders that can serve America in the 21st century. Ours is a "third way" philosophy of governing that adapts the best progressive traditions to the new realities of the Information Age. In this book, you will find general statements of principle—"What We Believe"—that reflect back to those traditions and at the same time look to the challenges ahead. A recent speech examines those challenges in detail and lays out a New Democratic path for meeting them. Most importantly, you'll find talking points on a variety of major issues in a form we hope is easy to use.

*The Idea Book* is only a sample of our work at the DLC. There are many more resources available. For more information about the DLC, our publications, or how to get involved with us, please call (800) 546-0027 (in the Washington, DC metro area call 202-544-6172).

Again, thank you for your interest in our work.

Sincerely,

Senator Joe Lieberman
Chairman

Al From
President

DLC 05222

518 C Street, NE • Washington, DC 20002 • 202-546-0007 • Fax 202-544-5002 • E-mail info@dlcppi.org • WWW http://www.dlcppi.org

WM0196

# *What We Believe*

## *A Credo for New Democrats*

DLC 05223

WM0197

- As New Democrats, we are the modernizers of the progressive tradition in American politics.

- We believe in the traditional values that have always propelled the Democratic Party. But we believe that the best way to further those values in a new era is to modernize our policies and programs so they keep up with the changing times.

- We believe in equal opportunity for and special privilege for none.

- We believe that social and economic progress are built on the talents and efforts of all Americans, not just the wealthy elites.

- We believe that economic growth is the prerequisite for opportunity for all and that the private sector, not government, is the primary engine for economic growth.

- We believe in tolerance and inclusion.

- We believe in the values that most Americans believe in—work, family, responsibility, individual liberty, faith, and tolerance.

- We believe in community—that we are all in this together, and that we can only achieve our individual destinies if we share a common commitment to our national destiny.

- We believe in an ethic of mutual responsibility—that government should create opportunities for ordinary citizens and citizens should give something back to the commonwealth.

- We believe that America has a special responsibility to lead the world by example and by diplomacy towards political and economic freedom.

- We believe that the most important challenge to our role in the world today is to continue and strengthen America's leadership in the global economy, showing the world that freedom can work to our mutual benefit—and that peaceful competition can lift the standard of living in every corner of the globe.

- We believe in activist government, that government can and should play a positive role in national life.

- We believe that government must equip people with the tools to solve their own problems and that government today must be modernized constantly to deal with the fast changing circumstances of the Information Age.

- In sum, we stand for traditional Democratic values and modern means. Our enduring purpose is equal opportunity for all, special privilege for none.  Our public ethic is mutual responsibility. Our core value is community. And our modern means is an empowering government that equips people with the tools they need to get ahead. Our formula is opportunity, responsibility, community, and empowering government.

DLC 05224

WM0198