DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC LEADERSHIP<br>COUNCIL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05-cv-1067 (JGP) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## Declaration of David A. Hubbert: Appendix 1

Part 2



**FACSIMILE**
**COVERSHEE**
**T**_____

TO:                Participants in DLC Training

FROM:              Debbie Cox, DLC Field Director

DATE:              June 11, 1998

RE:                Details for June 19 & 20

We are thrilled that you will be participating in our first training session in Washington, DC, Friday and Saturday, June 19 and 20.

As you know, this training is part of the DLC's larger goal to arm the next generation of New Democrat elected leaders, particularly at the state and local levels, with New Democrat ideas. The training sessions, which we will conduct regionally beginning later this summer, will be small, intensive and interactive. The aim is to help New Democrats: articulate their political philosophy; apply that philosophy to state and local public policy problems; and effectively deliver New Democrat messages through a variety of mediums. We are looking forward to your feedback about the effectiveness of the training before we proceed nationally.

Attached is a one page information sheet about the two days. Attire for both days is casual.

We will be sending a more detailed agenda early next week. However, please note that by agreeing to come to this event, you are agreeing to fully participate in all sessions.

If you have questions, or need additional information, please let me know. You can reach me at (202) 608-1257, or you can call John Hasselmann, DLC State Coordinator, at (202) 608-1218.

Thank you, and we look forward to seeing you next week.



EXHIBIT 49
Gov't
Feb. 10, 2006

**DLC 09537**

# DLC Training:  June 19 & 20
## Logistical Information

### ▸DLC HEADQUARTERS
Friday and Saturday's sessions will be held at the DLC Headquarters:

>   518 C Street, NE, Washington, DC
>   DLC Phone:    (202) 546-0007 or (800) 546-0027
>   DLC Fax:      (202) 544-5002

### ▸SCHEDULE
**DLC Training—Day I**

|              |                                       |
|--------------|---------------------------------------|
| Date:        | Friday, June 19th                     |
| Time:        | 8:00 a.m., Continental Breakfast      |
|              | 8:30 a.m., Session Begins             |
|              | 12:00 p.m., Lunch                     |
|              | 5:30 p.m., Session Adjourns           |
| Place:       | DLC Headquarters                      |

**Dinner**

|               |                                                  |
|---------------|--------------------------------------------------|
| Date:         | Friday, June 19th                                |
| Time:         | 6:00 p.m. - 8:00 p.m.                            |
| Place:        | La Colline Restaurant                            |
|               | 400 N. Capitol Street, NW (one block from hotel) |
| Special Guest | Congressman Jim Davis (FL), Invited              |

**DLC Training—Day II**

|              |                                       |
|--------------|---------------------------------------|
| Date:        | Saturday, June 20th                   |
| Time:        | 8:00 a.m., Continental Breakfast      |
|              | 8:30 a.m., Session Begins             |
|              | 12:00 p.m., Lunch                     |
|              | 1:00 p.m., Session Ends               |
| Place:       | DLC Headquarters                      |

### ▸HOTEL ACCOMMODATIONS
We have made reservations for participants at the Phoenix Park Hotel, located about 5 blocks from DLC headquarters, one block from La Colline (see above), and across the street from Union Station.  As

DLC 09538

discussed, the DLC will pay for your room Thursday and Friday evenings. Participants will pay for any incidentals. Please let us know immediately if you plan to arrange for alternate lodging.

Phoenix Park Hotel
520 N. Capitol Street, NW
Phone: (202) 638-6900, (800) 824-5419
Fax:    (202) 393-3236

DLC 09539

| Page: 2 | *Legislative Training Participants* | 6/16/1998 |

Honorable Evan Jenkins
State Delegate
West Virginia House of Delegates
125 Ridgewood Road
Huntington, WV 25701
Work Phone: (304) 697-4656
Fax Phone: (304) 525-5158

Honorable Jeff Plale
State Representative
State of Wisconsin
1404 18th Avenue
South Milwaukee, WI 53172
Work Phone: (608) 266-0610
Fax Phone: (608) 282-3621

Honorable Cheryl Kagan
State Delegate
State of Maryland
726 College Parkway
Rockville, MD 20850
Work Phone: (301) 424-9650
Fax Phone: (301) 858-3850

Honorable Antonio R. Riley
State Representative
Wisconsin State Legislature
P.O. Box 8953
Madison, WI 53708
Work Phone: (608) 266-0645
Fax Phone: (608) 282-3618

Mr. Ed Kilgore
Political Director
Democratic Leadership Council
518 C Street, NE
Washington, DC 20002
Work Phone: (202) 547-0001
Fax Phone: (202) 544-5014

Honorable Carroll G. Robinson
Councilman
City of Houston
900 Bagby
Suite #100
Houston, TX 77002
Work Phone: (713) 247-2012
Fax Phone: (713) 247-1424

Mr. Will Marshall
President
Progressive Policy Institute
617 N. Lincoln Street
Arlington, VA 22201
Work Phone: (202) 547-0001
Fax Phone: (202) 544-5014

Honorable Samuel I. Rosenberg
State Delegate
Maryland House of Delegates
6615 Reisterstown Road
Suite 301
Baltimore, MD 21215
Work Phone: (410) 358-2712
Fax Phone: (410) 764-3631

DLC 09540

CA0199

Page: 1          *Legislative Training Participants*          6/16/1998

Honorable Robert Bacon
State Representative
State of Colorado
1706 Hinry Street
Fort Collins, CO 80526
Work Phone: (970) 221-4552
Fax Phone: (970) 482-2198

Honorable Bob Buckhorn
City Councilman
City of Tampa
315 East Kennedy Boulevard
Tampa, FL 33601
Work Phone: (813) 274-8133
Fax Phone: (813) 274-7076

Honorable Nancy I. Chard
State Senator
Vermont State Senate
11 Chestnut Hill
Brattleboro, VT 05301
Work Phone: (802) 885-5183
Fax Phone: (802) 885-3101

Honorable Ken Cheuvront
State Representative
House Wing, State Capitol
1700 West Washington
Phoenix, AZ 85007
Work Phone: (602) 542-5895
Fax Phone: (602) 542-0140

Honorable Lisa Ferrell
State Representative
Arkansas House of Representatives
702 N Van Buren Street
Little Rock, AR 72205
Work Phone: (501) 663-8424
Fax Phone: (501) 663-9350

Mr. Al From
President
Democratic Leadership Council
6213 Swords Way
Bethesda, MD 20817
Work Phone: (202) 546-0007
Fax Phone:

Honorable Lars A. Hafner
State Representative
Florida House of Representatives
P.O. Box 47189
Saint Petersburg, FL 33743
Work Phone: (813) 381-0053
Fax Phone: (813) 893-2410

Honorable Scott N. Howell
Minority Leader
Utah State Senate
319 State Capitol
Salt Lake City, UT 84114
Work Phone: (801) 538-1406
Fax Phone: (801) 538-1449

DLC 09541

CA0200



# FACSIMILE

## COVERSHEET

TO:        Participants in Leadership Training

FROM:      Debbie Cox

DATE:      June 17, 1998

RE:        Updated Agenda/Map

We're looking forward to seeing you on Friday morning. As discussed, we have made reservations at the Phoenix Park Hotel, 520 N. Capitol Street, NW in Washington DC under your name. The hotel phone number is (202) 638-6900.

I have attached an updated agenda for your review. As you can see, Friday's breakfast will begin at 8:00, and we will begin the morning session promptly at 8:30am.

Also attached is a map to help you find the DLC Headquarters on Friday morning. If you are walking from the hotel, our offices are about 6 blocks southeast on Massachusetts Avenue. The DLC office number is (202) 546-0007.

If you have any questions, or need additional information, please call Jeff Valenzuela at (202) 608-1258.

Thanks, and see you Friday!

DLC
518 C Street, NE
Washington, DC 20002
202/546-0007
Fax 202/544-5002
dcox@dlcppi.org
www.dlcppi.org



EXHIBIT 50
Gov't
Feb. 10, 2006

DLC 09542

CA0204

# DLC Leadership Training
## Friday & Saturday, June 19 & 20, 1998
## Washington, DC

## Agenda

### Friday, June 19

### DLC Headquarters

| | |
|---|---|
| 8:00am | Continental Breakfast |
| 8:30am | Welcome to the DLC Forum |
| 9:00am | Examining DLC Values, Beliefs, Principles/How they match our own |
| | |
| 12 noon | Lunch |
| | Special Guest, Morley Winograd, Senior Policy Advisor to the VP |
| | |
| 1:00pm | Exploring what makes us New Democrats: |
| | How our values are different from Republicans and traditional liberals |
| | The mission of our state governments: the context for developing policy |
| 3:00pm | Developing value based public policy |
| 5:30pm | Session Adjourns |
| | |
| 6:00pm | Dinner—La Colline Restaurant |
| | Special Guest, Congressman Jim Moran (D-VA), Invited |

### Saturday, June 20

### DLC Headquarters

| | |
|---|---|
| 8:00am | Continental Breakfast |
| 8:30am | Developing your message |
| 10:15am | Presenting your message: Group Workshop |
| 10:45am | Simultaneous sessions: |
| | Small Group Workshops, Message Delivery |
| | Small Group Workshops, Issue Discussions |
| | (Note: Lunch available beginning 11:45 am) |
| 12:30pm | Evaluations and Closing |
| 1:00pm | Session Adjourns |

DLC 09543

CA0205



Map 2 - Capitol Hill Historic District

DLC 09544

# Goals of Forum

As the result of the Forum, participants will:

1. develop a thorough understanding of the DLC's governing philosophy and underlying principles.

2. increase the clarity and persuasiveness with which they articulate their own political philosophy—the prism through which they judge and discuss public policy issues.

3. acquire new skills for applying this philosophy to issues they face at home at the state and local level.

4. identify the public policy issues of most importance to them, how the DLC might add value to their efforts to address those issues, and how they and the DLC can work most productively together.

5. identify the next steps they can take to work at home on behalf of the DLC, and specify at least one event or project through which they can stay involved.

6. improve their skills for delivering messages through a variety of mediums.

**DLC 09545**

CA0207



## DLC Leadership Training
### Friday & Saturday, June 19 & 20, 1998
### Washington, DC

## List of Participants

Colorado State Representative Bob Bacon
Virginia Delegate Viola Baskerville
Tampa City Councilman Bob Buckhorn
Vermont State Senator Nancy Chard
Arizona State Representative Ken Cheuvront
DLC Field Director Debbie Cox (CA)
Arkansas State Representative Lisa Ferrell
Florida State Representative Lars Hafner
DLC State Coordinator John Hasselmann (VA)
Utah Senate Minority Leader Scott Howell
West Virginia Delegate Evan Jenkins
Maryland Delegate Cheryl Kagan
DLC Political Director Ed Kilgore (GA)
DLC Strategic Development Director Holly Page (CA)
Wisconsin State Respresentative Jeff Plale
Wisconsin State Representative Antonio Riley
Houston City Councilman Carroll Robinson
Maryland Delegate Sandy Rosenberg
DLC Congressional Coordinator Anne Rung (PA)

518 C Street, NE • Washington, DC 20002 • 202-546-0007 • Fax: 202-544-5002 • E-mail: info@dlcppi.org • WWW: http://www.dlcppi.org

DLC 09547

CA0208



**Democratic Leadership Council**
518 C Street, NE
Washington, DC 20002
Telephone: 202-546-0007
Fax: 202-544-5002

Al From, President
Chuck Alston, Executive Director

**Field Department:**
Debbie Cox, Field Director
Anne Rung, Congressional Coordinator
John Hasselman, State Coordinator
Jeff Valenzuela, Membership Coordinator
Laurence Reszetar, Membership Assistant

Ed Kilgore, Political Director

**Communication Department:**
Jerry Irvine, Press Secretary
Debbie Boylan, Senior Communications Manager
Jenn Merolla, Communications Assistant
Robin Swanson, Communications Assistant

Tom Mirga, Editor, *The New Democrat*

**Development Department:**
Helen Milby, Development Director
Holly Page, Director of Strategic Development
Jacquie Ballas Bloom, Deputy Director of Development
Emily Fleschner, Senior Development Associate
Allison Baker, Development Associate
Jenifer Callahan, Manager, Scheduling & Events
Josh Beard, Development Assistant

**Administration Department:**
Julie Kizer Ball, Administrative Director
Joan Fitzpatrick, Comptroller
Beth Siniawsky, Executive Secretary
Tiffany Shackelford, Administrative Coordinator
C. Serina Lee, Receptionist/Staff Assistant

**Information Systems:**
Eliza Culberston, Production Manager/ System Administrator
Anthony Johnson, Manager, Information Systems

DLC 09548

CA0209



**Progressive Policy Institute**
518 C Street, NE
Washington, DC 20002
Telephone: 202-547-0001
Fax: 202-544-5014

Will Marshall, President

**Economic Policy:**
Director, Vacant

**Environmental Policy:**
Debra Knopman, Director, Center for Innovation and the Environment
Megan Susman, Environmental Policy Analyst

**Domestic Policy:**
Marland Buckner, Social Policy Analyst*

**Health Care:**
David Kendall, Director, Health Priorities Project
Joni Hong, Health Policy Analyst

**Trade:**
Edith R. Wilson, Senior Fellow & Director, Trade in the New Economy Project
Jenny Bates, Trade Policy Analyst*

**Foreign Policy/Defense:**
Steven Nider, Executive Director, Defense Working Group

**Education:**
Stephanie Soler, Education Policy Analyst

**Technology Project:**
Rob Atkinson, Director, Technology, Innovation and the New Economy Project
Randolph Court, Technology Policy Analyst*

Martina Childress, Executive Secretary
Amy McAndrews, Administrative Assistant
Anne Saunders, Project & Administrative Coordinator

*Begin work after July 6

DLC 09549

CA0210

# BUILDING THE NEW DEMOCRAT MOVEMENT
# AT THE STATE AND LOCAL LEVELS

### DLC MISSION

Our mission is to ensure that New Democrat politics continue to grow and prosper into the next century. Our means of pursuing that mission is to develop the next generation of New Democrat ideas and work with the next generation of leaders.

### DLC LEGISLATIVE ADVISORY BOARD

To that end, the DLC's legislative advisory board, a 16 person group is working to build and empower a network of legislators to turn New Democrat ideas into action. The board, chaired by Wisconsin State Representative Antonio Riley, has committed to:

1) identify and recruit the next generation of elected leaders at the state and local levels
2) arm those leaders with the New Democrat governing philosophy
3) and help them develop and promote New Democrat policies in their state/city

To find out more information about the legislative advisory board, call John Hasselmann, DLC State Coordinator, at (202) 546-0007.

### DLC State Legislative Caucuses

One of the board's goals for 1998 is to launch 10 to 15 caucuses in state legislatures around the country. These groups, which vary in size and composition, work to develop and push for New Democrat solutions to problems facing their state.

To date, there are active caucuses in about half a dozen states. Colorado and Wisconsin are the newest states to begin to organize.

If you are interested in finding out more about how to organize a state caucus, call John and ask for a copy of the DLC Tool Kit.

### DLC Leadership Training

With the help of the legislative advisory board, we will be launching leadership training for state and local elected officials this summer, beginning with a session for our legislative advisory board and others in Washington DC on June 19 & 20.

The training is small and interactive, and is designed to help New Democrat elected leaders articulate their governing philosophy and apply that philosophy to state and local public policy problems.

We will keep you updated on future training dates and locations. For more information, call Debbie Cox, DLC Field Director, at (202) 546-0007.

DLC 09550

CA0211



Memorandum to:   Tom Sugar
From:            Anne Rung, DLC
Date:            September 2, 1999

Re:   DLC Leadership Workshop

Tom  Outlined below is the core of our day and a half training program  We are in the process of trying to develop a few alternative models, including shorter versions, but this is the model we've used to date  I've also included the NYTimes article, a letter of invite to one of our state electeds, and an agenda for our Harrisburg workshop

## Background

The DLC in 1998 designed and tested a program to teach elected officials and other rising political leaders how to develop and articulate a New Democrat governing agenda  The program relies on the proven technique of experiential learning widely used in corporate training programs  The two day workshops are designed to teach the participants the essentials of the New Democrat governing philosophy and how to turn it into effective political messages and policy proposals relevant to their local issues  The DLC rolled out the program last summer in Washington, DC and has since visited eight states and worked with 105 elected officials.

Our goal for 1999 is to do eight workshops in key states around the country  We have already completed seven· Arizona, Utah, Florida, Wisconsin, Pennsylvania and Colorado  Our other target areas are Kansas, California, and South Carolina.

## DLC Leadership Workshop Design

The primary vehicle for the DLC's training effort is an intimate, intensive two-day workshop for key leaders, chiefly elected officials, at the state and local level  Led by professional facilitators, workshop participants will experience a series of interactive group exercises designed to help them understand the values that underpin the New Democrat philosophy  They learn to identify and articulate their own values, and to develop those core values from the perspective of their local constituencies



DLC 00083

EXHIBIT 57
Goule
Fes. 10, 2006
PENGAD 800-631-6989

CA0249

## Workshop Goals

The workshops are a critical component of the DLC's strategy for ensuring that New Democrat ideas continue to shape American politics in the Information Age after President Clinton leaves office. Part of that strategy includes developing and promoting the next generation of New Democrat ideas while identifying and engaging the next generation of New Democrat leaders to take these ideas and apply them to public policy problems

The workshop teaches participants to

- ✓ Develop a thorough understanding of the New Democrat governing philosophy and principles
- ✓ Increase the clarity and persuasiveness with which they articulate their own political philosophy—the prism through which they judge and discuss particular public policy issues
- ✓ Acquire new skills for applying this philosophy more effectively to issues they face at home at the state and local level
- ✓ Identify the public policy issues of most importance to them, and develop policies and messages about those issues rooted in their values and reflective of the policy goals they hope to achieve
- ✓ Identify the steps they can take to work at home on behalf of the DLC, and specify at least one event or project through which they can stay involved
- ✓ Leave the workshop with the knowledge that there is a community of like-minded elected officials in their state (and around the country), and commit to finding ways to continue to work together

## Workshop Content

The DLC Leadership Workshop relies primarily on experiential learning, that is, participants learn by doing. They are led through a series of sequenced set of interactive group exercises that provides participants with a new way of looking at public policy

The session includes the following steps

- ▸ A group of discussion of participants' values and beliefs, and how they align with the DLC's values and principles

- ▸ A comparison of New Democrat values as opposed to those advanced by the traditional right and left. A key technique is to analyze the content of speeches by major political figures

- ▸ Small group exercises to force participants to focus on the ends of a public policy rather than the means used to achieve it. A key technique is a metaphorical device called a policy tree, in which the values underlying a policy are represented by the roots, the policy goal by the trunk and finally, the programs by the branches. The tree teaches participants to understand the importance of designing policies that reflect values and achieve goals rather than getting

·DLC 00084

CA0250

ahead to specific programs, which often becomes fossils   The exercise also teaches participants how to design effective policy initiatives from scratch

► Small group exercises where participants craft and deliver speeches about the policies they have developed

► Each session concludes with participants discussing New Democrat ideas and initiatives they have used, how they might be employed by others, and what the DLC might do to further promote this exchange

► Each session results in several "products " a set of values that is ratified by the entire group, a policy tree for several areas of public policy in which participants identify policy goals and create policies to achieve those goals; a two-minute speech about those policies, and the ideas that participants share

DLC 00085

CA0251

*Democratic Leadership Council*

# WINNING IN THE WORLD ECONOMY

### The Economic Competition Index

◇　◇　◇

Building a New Foundation for Economic Strength

October, 1985

499 South Capitol Street, Suite 402, Washington, DC 20003



EXHIBIT

Ex 65
excerpt

# Democratic Leadership Council

**Founding Directors**

**Rep. Richard A. Gephardt,**
Missouri, Chairman
**Sen. Sam Nunn,** Georgia
**Gov. Charles S. Robb,** Virginia

**Co-Chairmen**

**Gov. Bruce Babbitt,** Arizona
**Sen. Lawton Chiles,** Florida
**Rep. James R. Jones,** Oklahoma

## Task Force on Economic Growth & Competitiveness

**Co-Chairmen:**

**Sen. Lloyd Bentsen,** Texas
**Gov. Jim Blanchard,** Michigan
**Rep. Leon Panetta,** California

### Members

**Sen. Max Baucus,** Montana
**Sen. Lawton Chiles,** Florida
**Gov. William Clinton,** Arkansas
**Rep. Richard J. Durbin,** Illinois
**Sen. J. James Exon,** Nebraska
**Rep. Ronnie Flippo,** Alabama
**Rep. William H. Gray,** Pennsylvania
**Gov. Richard Lamm,** Colorado
**Rep. Buddy MacKay,** Florida
**Rep. Dan Mica,** Florida
**Gov. George Nigh,** Oklahoma
**Sen. Jim Sasser,** Tennessee
**Rep. Philip R. Sharp,** Indiana
**Rep. Robert Lindsay Thomas,** Georgia
**Rep. Jim Wright,** Texas

### DLC Staff

**Alvin From,** Executive Director
**Will Marshall,** Policy Director
**Melissa Moss,** Director of Field Operations
**Jody Brockelman,** Executive Assistant

ncil

**Democratic Leadership Council**

Arizona
lorida
Oklahoma

**PREFACE**

Early in 1985, elected Democrats around the country joined to create what has become a new force in American politics — the Democratic Leadership Council. The Council is an unprecedented collaboration of elected Democrats at all levels: governors, senators, representatives, state legislators and mayors.

Conceived as a catalyst for change — both within the Democratic Party and the nation — the DLC's fundamental aim is to explore new ways to advance our party's traditional commitment to growth and opportunity, national strength and social justice. Our basic premise is that elected leaders — whose ideas and convictions have been tested at the polls — must work in concert to articulate a new Democratic vision for tackling the challenges of the 1980s and 1990s.

Throughout the year, DLC members have traveled widely to listen to what Americans outside of Washington think about these challenges and to solicit ideas for a new party agenda. Everywhere we have found growing public anxiety over America's deteriorating trade performance. American communities — from rural Texas to the high-tech mecca of Silicon Valley in California — are reeling under the onslaught of imports as growing numbers of U.S. workers and farmers find their livelihood threatened. In short, America is paying a stiff price for losing in international competition.

**The DLC believes that continued inaction in the face of ballooning budget and trade deficits ultimately will put America's standard of living at risk. We need a new strategy to promote our nation's economic strength — a blueprint for winning in trade against tough competitors in markets at home and abroad. This booklet, entitled "Winning in the World Economy," presents our plan of action.**

It also makes an innovative contribution to the growing national debate on U.S. competitiveness: the Economic Competition Index. Constructed by Wharton Econometric Forecasting Associates at our request, the Index provides, for the first time, a comprehensive picture of recent U.S. trade performance and readiness to compete successfully in international markets. And by diagnosing and ranking the causes of our competitive slide, the Index points the way to realistic remedies.

Because America's domestic economy is no longer isolated from the rest of the world, the old standards for judging our economic success no longer apply. We need a new yardstick, one that takes into account our increasing integration into a rapidly changing global economy. The Economic Competition Index is that measure — a clarifying tool which policymakers can use to make informed and strategic decisions instead of simply responding to the political pressures of the moment. And, by tracking key economic trends, it can provide early warning signs of the harmful effects of unsound economic policies.

The Index shows a dramatic decline in U.S. trade performance — a 48 percent drop since 1980. And it reveals that U.S. industries are substantially less ready to win in competition today than at any time in the past two decades.

ions

Winning In
The World
Economy

By identifying the overvalued dollar and high interest rates as major reasons for our competitive decline, the index points strongly to the conclusion that current Republican "borrow and spend" policies are undermining America's economic strength.

Written by the DLC's Task Force on Economic Growth and Competitiveness, "Winning in The World Economy" offers a compelling alternative to the prevailing policy of inaction and drift. Our nation is in the economic fight of its life—a fight we can and must win to ensure our national strength in the years ahead. While Democrats need not embrace every detail, we believe that the DLC's prescriptions, taken together, form a coherent strategy for putting America back on the offensive in international competition.

We view this report not as our final word, but as a promising beginning. It is designed to focus America's strengths—our ingenuity, enterprising spirit, optimism and willingness to work hard—on the overriding goal of winning in global competition. We are confident that, with decisive leadership, the American people will rise to and conquer the competitive challenge.

Rep. Richard A. Gephardt, Chairman
Democratic Leadership Council
October, 1985

interest rates as
he Index points
can "borrow and
mic strength.
.wth and Competi-
:ompelling alterna-
ur nation is in the
win to ensure our
need not embrace
ken together, form
offensive in interna-

a promising begin-
ur ingenuity, enter-
—on the overriding
ent that, with deci-
conquer the com-

### America's Competitive Challenge

Others have long marveled at the industry and enterpris-
ing spirit of the American people — attributes that have
made our nation the most dynamic and prosperous in the
world.

But U.S. economic supremacy today faces an unpre-
cedented challenge from abroad. America is beset by a
worsening trade crisis that threatens not only the further loss
of jobs and national wealth today, but also the steady
decay of our economy's underlying strength.

In both domestic and foreign markets, our products and
the people who make them face stiffer competition than
ever before. Since 1980, the U.S. merchandise trade deficit
has increased fivefold and nearly two million workers have
lost their jobs in a flood of imports. Nor is the problem
confined to basic manufacturing: U.S. service and high
technology industries are also losing world market share.

The foreign challenge to our economic strength has ad-
vanced in stages. Hit first were such labor-intensive U.S.
industries as shoes, textiles and apparel. Next came a tough
and continuing challenge to basic manufacturing: autos,
steel and chemicals. More recently, our high technology
sector—computers, consumer electronics, machine
tools—has slipped behind. Today, the fight is over the
nascent industries of the future: biotechnology, advanced
medicines, telecommunications.

**The abrupt and dramatic decline in our trade per-
formance poses a grave threat to our national
strength. America is in the economic fight of its life. It
is a fight we can — and must — win if we are to main-
tain our position of world leadership.**

At stake is America's future strength and prosperity; the
ability to generate rising living standards, to pay for steady,
sustained growth in our national defense and to assure
opportunity and upward mobility for all citizens.

There is no mystery about what we must do to improve
our collective ability to win in global competition. We must
increase U.S. productivity, maintain our technological
leadership and counter the threat which foreign protec-
tionism poses to our ability to sell more abroad. And we
must cut budget deficits to free capital for productive in-
vestment, reduce interest rates and thereby lower the cost

1

USA 1221

**Winning In
The World
Economy**

of U.S. goods by bringing the dollar back in balance with other currencies.

In short, we must reverse current Republican policies which are handicapping U.S. producers, farmers and workers in world trade.

---

The erosion in our competitive position in markets here and abroad has sharply accelerated since 1980, when the U.S. ran a merchandise trade deficit of about $25 billion. Last year, the U.S. trade deficit reached nearly $125 billion — an enormous drain of American wealth and jobs overseas. This year's trade deficit may climb as high as $150 billion.

Massive budget and trade deficits also have triggered a sudden turnabout in America's financial investments abroad. In 1982, the U.S. enjoyed an international investment surplus of $150 billion. Owing to an enormous inflow of foreign capital — largely to finance our federal budget deficits — that surplus has evaporated and America has become a debtor nation for the first time since 1914. By the end of this year, the U.S. is expected to owe about $100 billion to foreigners, earning the dubious distinction of being the world's most indebted nation.

As more of our national income goes to repay foreign lenders, less will go into productive investments in America's future strength and prosperity. **This raises a crucial question: Is our ballooning trade deficit a passing phenomenon — a predictable byproduct of economic expansion — or does it signify a permanent loss of U.S. economic strength relative to that of our competitors?**

**The
Economic
Competition
Index**

To answer this question, the Democratic Leadership Council sought a new yardstick to gauge U.S. competitive prowess. The DLC commissioned economists at Wharton Econometric Forecasting Associates to investigate the recent history of U.S. competitiveness and to develop a reliable barometer of our overall competitive standing.

The result is the **Economic Competition Index** (ECI). Drawn from extensive U.S. and international databases maintained on Wharton's computer system, the Index provides — for the first time — a comprehensive and dynamic measure of U.S. competitiveness which, by tracking key

USA1222

Democratic Leadership Council

k in balance with

oublican policies
armers and work-

n in markets here
e 1980, when the
bout $25 billion.
early $125 billion
th and jobs over-
as high as $150

o have triggered a
cial investments
ternational invest-
enormous inflow
- federal budget
America has
since 1914. By the
owe about $100
ous distinction of

s to repay foreign
e investments in
**This raises a cru-
deficit a passing
luct of economic
rmanent loss of
that of our com-**

ocratic Leadership
e U.S. competitive
omists at Wharton
investigate the re-
d to develop a reli-
e standing.
**ition Index** (ECI),
national databases
em, the Index pro-
nsive and dynamic
h, by tracking key

economic trends, can predict our future trade perfor-
mance.

It has two components. **The Trade Performance Index,**
which measures actual trade flows, tracks the recent record
of U.S. industry in international markets. **The Readiness
Index,** by gauging a variety of factors which affect the price
of U.S. products, measures the readiness of U.S. firms to
compete successfully in markets at home and abroad.

**The ECI provides striking evidence of a steep de-
cline in U.S. competitiveness since 1980. Between
1965 and 1980, America's competitive performance
fluctuated within a relatively narrow range. Between
1980 and 1984, however, the Trade Performance
Index fell by 43 percent — a sharp break with the
recent historical pattern.** Moreover, the Index projects a
further drop, reaching 48 percent by the end of this year.
During the same period, the Readiness Index fell by 24
percent and is projected to continue dropping through
1985. (See Appendix).



**ECI: TRADE PERFORMANCE
INDEX**

SOURCE: WHARTON ECONOMETRICS, PHILADELPHIA, PA.

The Wharton analysis points strongly to the overvalued
dollar as the major cause of our competitive slide; it ac-
counts for 61 percent of the decline since 1980. Other
contributory causes include lagging productivity growth

3

USA 1223

## Winning In The World Economy

(17 percent of the decline), rising real interest rates (12 percent), a falling U.S. saving rate (9 percent) and lagging research and development spending (1 percent). All except the saving rate measure reflect comparisons between the U.S. and our chief foreign competitors.

Only one economic factor measured — relative U.S. wage growth — added to our competitive standing. This discovery refutes the myth that rapidly accelerating wage demands by U.S. workers are handicapping America in international trade. In fact, hourly compensation in the U.S. has been rising slower than elsewhere, enhancing our competitive position.

While the Trade Performance Index, by definition, illustrates the combined effects of **all** economic interactions on trade, the Readiness Index does not specifically measure the impact of trade laws, practices and international agreements. For example, changes in tariff and non-tariff barriers play an important role in determining trade flows between nations. Wharton estimates that the factors measured by the Readiness Index explain most but not all of the precipitous decline in our competitive standing since 1965.

**Whatever the causes, we believe the ECI's overall economic measurements amply justify our conclusion that America, under a Republican Administration, is being routed in world trade. In fact, America's industries are substantially less ready to compete today than at any time in the past two decades.**

### Behind Our Competitive Decline

Our deteriorating foreign trade picture stems from a complex convergence of factors, many of which have been unfolding gradually over the last 20 years. Looking beyond the immediate impact of high interest rates and the overvalued dollar, we must consider how the emergence of a global economy and growing economic interdependence have irrevocably changed the realities of international commerce.

Growing market economies, spurred by the easy migration of capital and technology, have transformed yesterday's developing nations into today's fierce competitors. Mature U.S. firms grown complacent from long industrial dominance are now beset by dynamic new rivals with more modern plant and equipment. Often, they face higher

**Democratic Leadership Council**

erest rates (12
it) and lagging
rcent). All ex-
sons between

– relative U.S.
standing. This
:lerating wage
g America in
on in the U.S.
nhancing our

efinition, illus-
iteractions on
cally measure
international
ind non-tariff
g trade flows
factors mea-
: not all of the
r ce 1965.
L. **overall**
**conclusion**
istration, is
rica's indus-
pete today**

ems from a
h have been
king beyond
id the over-
rgence of a
lependence
nternational

easy migra-
ned yester-
ompetitors.
g industrial
rivals with
face higher

capital and labor costs. The main arena of competition has also shifted. The U.S. does more trade with Pacific Rim countries than with all of Europe. Aided by low wages and government-supported trade strategies, many of our Pacific rivals are overtaking us in key manufacturing and high technology sectors.

Many of these developments are inevitable and even welcome: where free and fair trade prevails, robust econ- omies abroad offer expanding markets for U.S. goods and services. Moreover, our economy remains the world's strongest despite the sweeping changes of the last two decades. **The fundamental question is where are pre- sent economic trends taking us? Is America ready today to meet the challenge of heightened global competition?**



It is time for our political leaders to heed the warning signs of a potentially radical change in our country's eco- nomic health:

- Low relative productivity growth over the last two decades.
- Stagnant real wage growth since 1973.
- Slow growth in America's standard of living.
- Slumping returns on investment in manufacturing as- sets.
- Rapid expansion of the trade deficit.
- Massive and enduring budget deficits.

5

USA 1225

## Winning In The World Economy

**The Republican Record**

In addition to structural change in the world economy, public policies have a profound impact on our collective ability to compete. The ECI shows a dramatic plunge in America's competitive performance since 1980 — a descent far below the normal range of fluctuation of the previous 15 years. In other words, cyclical factors can not explain our enormous trade imbalance. We believe Republican economic policies of the past five years — featuring massive budget deficits and high interest rates — are largely to blame.

Republican "borrow and spend" policies have saddled our economy with mounting debts and soaring interest payments. So far, the Republicans have managed to avoid paying the political price of their monumental fiscal mismanagement. Yet while the effects of colossal budget deficits are diffuse and difficult to grasp, Americans everywhere — in the aging cities of our industrial heartland, on the high-tech frontier of Silicon Valley and on family farms throughout the midwest — are seeing and suffering the consequences of declining competitiveness.

In the DLC's view, the U.S. competitive dilemma is the Achilles Heel of the Reagan economic program. Specifically, the Administration has failed to:

• **Bring record-shattering federal budget deficits under control.** Despite its direct responsibility for bloated deficits in the $200 billion range, the Administration is in headlong retreat from serious efforts to reduce them. Having agreed to take defense spending, pension benefits and taxes off the table in negotiations with Congress over the 1986 federal budget, the White House is abdicating leadership in the critical fight to restore fiscal balance.

Budget and trade deficits are linked. Heavy government borrowing keeps interest rates high. Attracted by high rates, foreign investors bid up the dollar's value, which has risen 40 percent in real terms against foreign currencies since 1980. The musclebound dollar acts as a hidden penalty making U.S. goods more expensive and as an unseen subsidy for foreign imports. It puts America at a distinct disadvantage in markets at home and abroad, overwhelming

6

USA 1226

Democratic Leadership Council

rld economy,
our collective
itic plunge in
980 — a des-
n of the previ-
s can not ex-
lieve Republi-
rs — featuring
s —are largely

licies have
debts and
tepublicans
cal price of
'e' hile the
se and
e — in the
on the high-
amily farms
nd suffering
reness.
dilemma is
nic program.
to:

udget deficits
ility for bloated
ninistration is in
uce them. Hav-
on benefits and
ngress over the
dicating leader-
ce.
avy government
d by high rates,
which has risen
urrencies since
hidden penalty
an unseen sub-
distinct disad-
rwhelming

productivity gains made by U.S. firms seeking a competitive edge.

The inflated dollar also has worsened the debt problem facing many developing countries because they must service their debts in costly dollars and at high rates of interest. This pressure reduces their ability to buy U.S. goods and spurs them to increase their exports to our country.

Another damaging consequence of our budget and trade deficits is mounting external U.S. debt. As more foreign capital flows into the U.S., more of our nation's wealth flows overseas to pay returns on foreign investment. To continue piling up annual trade deficits at the present rate is to make our economy increasingly — and intolerably —vulnerable to the actions of foreign lenders.

● **Make strategic investments in growth and productivity: in literacy and education, research and innovation, job training and the public facilities that undergird our commerce.** Instead, the Reagan Administration has slashed public investments that help educate our people, equip our workers to compete in international trade and keep America on the cutting edge of technological change.

● **Make winning in trade a national priority.** Meeting the worldwide competitive challenge requires national leadership, yet the Reagan Administration has failed to alert the public to either the costs of continued failure or the potential benefits of success. Nor has it sought to coordinate the welter of public policies — trade and antitrust laws, fiscal, monetary and regulatory actions — which, directly and indirectly, affect U.S. competitiveness.

Americans increasingly are competing less against each other and more against foreign rivals. Our increased exposure to international competition — 70 percent of all U.S. goods are in competition — demands a new spirit of cooperation among the chief actors in our economy, yet the Administration has issued no calls to close ranks. The historic antagonism between U.S. workers and management is fast becoming untenable as our trade rivals make deeper inroads into U.S. markets, yet the Republican response is to

7

USA 1227

**Winning In
The World
Economy**

continue business as usual. They espouse a divisive and
obsolete anti-government ideology just when the need for
a new partnership for productivity and growth between
labor, business, government and the academic community
is greatest.

● **Launch an offensive against foreign protec-
tionism.** While extolling the virtues of free trade at home,
the Administration has failed to persuade many of our
competitors to play by the same rules. In fact, the U.S. is
ceding world trade leadership to Japan, whose neo-
mercantilist policies now provide the model for many de-
veloping nations.

After five years in power, the Administration still lacks a
coherent strategy for assuring that U.S. products have unin-
hibited access to overseas markets. Unresponsive to foreign
export strategies, the Administration has failed to move
coherently and consistently against trading practices which
undermine our economic security. Using neither our trade
laws nor our immense market power effectively, the Re-
publicans have responded feebly to systematic violations
of free and fair trade by our trade rivals.

> In sum, Republican fiscal and trade policies are
> turning America's winners — from basic industries to
> high tech enterprises, from farmers to manufacturing
> workers — into losers. Instead of rallying the nation to
> meet the global competitive challenge, they fuel the
> clamor for bailouts and protection.

If we cannot sell more at home, we must sell more
abroad — yet the swollen dollar is pricing U.S. goods out of
competition around the world. And if we continue to im-
port more and export less, our domestic economy will stop
growing: the sharp drop in GNP during the first two quarters
of 1985 — despite strong demand — is a forceful warning.
Moreover, by borrowing heavily from foreigners to finance
our colossal budget deficits, we load a crushing burden of
debt on our children. In effect, we are mortgaging the next
generation's standard of living to pay for a consumption
binge today.

8

USA1228

**Democratic Leadership Council**

divisive and
the need for
vth between
c community

gn protec-
ide at home,
many of our
t, the U.S. is
whose neo-
for many de-

n still lacks a
ts have unin-
ive to foreign
ed to move
~ies which
ur trade
vely; the Re-
tic violations

olicies are
dustries to
ufacturing
nation to
ry fuel the

ist sell more
goods out of
ntinue to im-
omy will stop
two quarters
eful warning.
ers to finance
ng burden of
ising the next
consumption

**A Democratic Competitive Strategy**

The DLC firmly believes that America's competitive decline is reversible. America's elected leaders must act now — and act decisively — to restore government's fiscal integrity, put our producers and workers on a competitive footing with their foreign rivals and lay a firm foundation for sustained, non-inflationary growth.

We propose a broad, three-point strategy for honing America's competitive edge:

- Creating an environment for enterprise and competition.
- Investing in innovation and productivity.
- Expanding free and fair trade.

While Democrats may differ on some specific recommendations, our members agree on the need for purposeful action — public and private — to build and sustain our economic strength. We offer the following action agenda as an alternative to Republican inaction and a point of departure for a vigorous national debate on competitiveness:

**Creating an Environment for Enterprise and Competition**

**A concerted drive to sharply reduce federal budget deficits.** There is wide agreement that colossal deficits and their companion ills — high interest rates, an overvalued dollar — account for much of our swollen trade deficit. Serious budget deficit reduction therefore must be the first step toward renewed economic vigor and competitiveness.

- We propose a program of shared sacrifice to balance the federal budget by 1990, one that calls on the beneficiaries of federal spending and tax breaks to demand less today so that all Americans will reap the benefits of sustained growth and success in trade tomorrow. While presidential leadership is essential to achieve substantial deficit reduction, we are willing to apply stringent tests to government spending on defense, subsidies and entitlements. We also back wider use of sunset provisions which require spending programs to be justified periodically.

**A comprehensive tax overhaul.** To fully marshal society's resources to meet the competitive challenge, we need a more fair, simple and efficient tax system.

9

USA1229

**Winning In
The World
Economy**

- We support tax reform along the lines of the Bradley-Gephardt Fair Tax bill, which lowers rates for most taxpayers. A revised tax code should aim at increasing the supply and lowering the cost of capital by steering it to the most efficient uses. It should broaden the tax base by closing unwarranted loopholes, reduce the bias in favor of consumption and against investment and reduce variations in effective tax rates on different industries stemming from varying credits and allowances. And it should offer incentives — for example, for investments in productivity and innovation — which help U.S. businesses in international competition.

**A stable monetary policy.** Together with spending restraint and a tax code that favors productive investment, a stable monetary policy will lower capital costs by reducing inflation premiums caused by excessive money growth and risk premiums caused by sudden policy swings.

- We encourage the Federal Reserve Board to continue on a steady, moderate path of monetary growth as progress toward serious deficit reduction and tax reform resumes.

**A coordinated microeconomic policy.** Apart from the macroeconomic initiatives described above, government should tailor its more narrowly targeted economic policies — such as regulatory and antitrust actions — to the goal of enhanced U.S. competitiveness.

- We propose, for example, that U.S. antitrust law be revised to reflect the new global markets within which America firms compete. Mergers and joint ventures — particularly in trade-sensitive sectors — can help restore our competitive edge in international markets. When considering mergers and other business combinations, we must determine whether their pro-competitive effects on a global scale outweigh possible anti-competitive effects at home.

**Investing in Innovation and Productivity**

**Research and development.** America's strongest competitive advantage today rests on a solid foundation of scientific and technological knowledge. But we could lose our technological edge if U.S. civilian R&D spending as a percentage of GNP (1.8) continues to trail that of such keen

10

USA1230

**Democratic Leadership Council**

of the
or most
sing the
it to the
ase by
favor of
ariations
ng from
r incen-
ity and
national

ding re-
tment, a
educing
wth and

inue
ess
mes.

from the
ernment
policies
goal of

t law be
n which
s — par-
tore our
consider-
we must
ts on a
effects at

trongest
dation of
ould lose
ding as a
uch keen

competitors as Japan (2.5) and West Germany (2.4). Moreover, while we lead in basic scientific research, the U.S. lags in the commercial application of promising new discoveries. And our failure to adequately protect intellectual property rights also jeopardizes our technological lead. We propose:

• Committing a national investment of three percent of GNP in R&D each year. We must help our universities and federally-supported research and development centers improve and modernize their laboratories and instruments.

• Relaxing antitrust laws that deter U.S. firms from conducting joint R&D ventures on a scale comparable to that of our largest foreign competitors.

• Retaining the 25 percent R&D tax credit.

• Extending the tax credit to expenses incurred in moving from prototype development to volume production. This emphasis on **process** innovation, in addition to **product** innovation, can help U.S. manufacturers respond more rapidly to new technologies and emerging markets.

• Considering phased R&D tax credits for small firms, which are disproportionately responsible for innovation. The credit allowed would rise with the percentage of pretax revenues committed to R&D, rewarding firms which make a serious investment in innovation.

• Strengthening intellectual property rights by making trafficking in counterfeit trademarks a criminal offense, supporting international efforts to implement an anticounterfeiting code, passing legislation to restore patent life lost during government review and approval, and assuring the confidentiality of information about potential commercial applications that private firms are required to disclose to the government.

**Human Resources.** Information is the basic resource of the emerging global economy. Knowledge and brainpower confer a decided competitive advantage on nations wise enough to invest in the quality of their work force — their human resources. With the easy mobility of capital and technology around the world, a country's labor force is the main factor of production confined by national boundaries.

11

USA1231

**Winning In
The World
Economy**

To secure and keep a comparative advantage in inter-
national trade, America must nurture a skilled, moti-
vated and versatile work force. Education and training
are the key tools for improving the quality of our
human capital.

Around the country, the states are leading a dramatic
improvement in American public education. Through such
initiatives as higher teacher salaries, stricter academic stan-
dards and more rigorous testing of pupils and teachers, the
states are fostering a new spirit of excellence in public
schools. Still, there are gaps and especially knotty problems
we must confront if we are to equip our children and
workers to meet the challenge of international competition.
They include:

- The dropout dilemma and adult illiteracy. Twenty-six
percent of students enrolled in school drop out — swelling
the job market each year with more than one million un-
equipped entrants. We need imaginative public-private
partnerships to keep students in school by rewarding per-
serverance with jobs and opportunities for advancement.
Likewise, we must launch a national attack on adult illiter-
acy, which handicaps millions of Americans in the quest for
continuing education and better jobs.

- Closing the engineer gap. America faces a shortage
of engineers and engineering faculty. Japan, with half our
population, graduates more engineers each year. We en-
dorse the recommendation by the President's Commission
on Industrial Competitiveness to provide stipends to en-
courage our best students to pursue graduate engineering
study.

- The displaced worker problem. New technologies
and structural economic changes have thrown hundreds of
thousands of workers in basic industries out of work. We
should improve our ability to rapidly redeploy displaced
workers through such means as job search banks, counsel-
ing, training and retraining, limited relocation assistance and
a voucher system which uses unemployment compensa-
tion as reemployment or training subsidies.

12

USA1232



**Democratic Leadership Council**

ge in inter-
lled, moti-
nd training
lity of our

g a dramatic
Through such
ademic stan-
teachers, the
ce in public
otty problems
children and
competition.

cy. Twenty-six
r" — swelling
illion un-
puolic-private
ewarding per-
advancement.
on adult illiter-
n the quest for

ces a shortage
, with half our
year. We en-
's Commission
tipends to en-
ate engineering

v technologies
vn hundreds of
ut of work. We
ploy displaced
oanks, counsel-
assistance and
ent compensa-

In addition, we propose:

—Reaffirming our national commitment that no qualified
student will be barred from attending college for lack
of ability to pay. We support development of a proper
mix of loans, grants and work-study programs to meet
that goal.

—Establishing partnerships between businesses and
schools in such areas as "team teaching" using
teachers and industry specialists; jointly-sponsored
customized job training; training of teachers and stu-
dents in the use of equipment; on-site instruction in
factories and offices, and business-sponsored recog-
nition of outstanding teachers.

—Placing greater emphasis on vocational and continuing
education so that job skills can be constantly up-
graded and workers trained and retrained.

**Productivity.** While U.S. firms excel as originators of
new products, they have been surpassed in recent years in
manufacturing efficiency and quality. Often, we have failed
to apply the technologies we pioneered — robotics, auto-
mation, statistical quality control — to manufacturing. Sim-
ply put, some of our competitors — especially the
Japanese — are making better, cheaper products and are
using more sophisticated methods to do so.

Their workers also receive lower wages, but U.S. workers
need not give up the high wages which sustain our high
standard of living for the sake of securing a competitive
advantage. America need not become poorer in order to
compete. Instead, U.S. business should invest in driving
down production costs and improving product quality.
Our firms and managers must pay more attention to process
engineering, manufacturing efficiency and flexible produc-
tion. The following suggestions would help focus American
ingenuity on **how well** products are made in the U.S.A.:

•  Establishing an advanced technology institute to fos-
ter applied research aimed at both developing new prod-
ucts and discovering cost-saving production techniques.
The institute would also help fund regional technology cen-
ters at leading universities, contribute to jointly-sponsored
government-industry projects in applied research and de-

13

USA 1233

velop curricula for programs in manufacturing engineering at universities across the country.

- Creating a factory extension service (like the highly successful agriculture extension service) to bring advanced technology and manufacturing innovations to the factory floor of U.S. industry.

**Cooperation.** To get the most from our human and capital resources, to lift the general level of education in America, and to achieve the gains in productivity and quality which can restore our industrial competitiveness, we must embark on a course of economic cooperation. We must forge a new spirit of partnership between government, business and labor, taking aim on our foreign competitors instead of each other.

- American labor and management must move boldly to establish new cooperative relationships that will maximize productivity by involving employees in decision-making in the work place. For example, we should encourage management to make use of incentives like compensation plans, Incentive Stock Options and Employee Stock Ownership Plans to link pay and performance by rewarding the efforts of employees to boost productivity.

**Expanding Free and Fair Trade**

**Promoting exports.** World trade represents a $2 trillion area of opportunity for America. U.S. exports provide five million jobs, a fivefold increase since 1970. And tremendous potential exists to expand U.S. exports, especially of services and farm products. Yet our exports rarely compete on an equal footing with those of our main trading partners. For example, Great Britain, France and Japan spend three times as much on export promotion as the U.S. A similar pattern exists for export finance: the U.S. Export-Import Bank directly finances only 6 percent of U.S. exports while Japan and Britain finance 35 percent of their exports.

For a variety of reasons — lack of market information, little financial support, bureaucratic obstacles, national security export controls — relatively few American firms export. The top 250 U.S. export firms account for 85 percent of our exports. Yet the General Accounting Office (GAO) estimates that 11,000 more U.S. firms could export. If they did

14

USA1234

**Democratic Leadership Council**

so, according to the GAO, they would generate $4 billion in sales and create 125,000 jobs.

- We must negotiate persistently to reduce government export subsidies around the world. In the interim, however, current realities dictate that our country match the trade promotion subsidies provided by other governments.

- To intensify our national trade promotion efforts, we recommend authorizing the defensive use of the Ex-Im Bank to offset the use of export subsidies and mixed credits by our trade rivals, improved collection and distribution of available market information for potential exporters and charging U.S. embassies abroad with the responsibility of identifying market opportunities and promoting U.S. sales. To boost U.S. farm exports and offset foreign agriculture subsidies, we support expansion of export credit and loan guarantee programs under the Commodity Credit Corporation.

- To further stimulate exports of U.S. goods and services, we should create a system to collect, filter and disseminate government data and information bearing on international trade. Small to mid-size firms in particular need ready access to useful and reliable information about business opportunities abroad. We suggest the Commerce Department undertake responsibility for gathering and organizing relevant market information.

**Strengthening trade laws and the multilateral trading system.** Trade policy-making authority is fragmented and dispersed throughout the federal government. Some 25 executive branch agencies and 19 congressional subcommittees oversee aspects of U.S. trade policy. Nor is our domestic trade policy responsive to the changed conditions of international commerce. Our trade laws often grant relief only after damage wrought by imports is irreversible and without any plan for industry readjustment and recovery. Shortcomings in U.S. antitrust law have already been discussed.

Treaties and agreements governing the world trading system also have failed to keep pace with economic change. While the volume of world trade has increased dramatically, the portion covered by generally accepted rules of

15

USA 1235

**Winning In
The World
Economy**

international trade has not grown correspondingly. For example, the General Agreement on Trade and Tariffs does not cover trade in services or international financial investments. It is inadequate to deal with foreign industrial policies and such non-tariff measures as antitrust exemptions, research subsidies and restrictions on foreign investment. And GATT does not cover newly-developed countries which are rapidly penetrating our markets.

- As a first step, we must coalesce fragmented trade policy-making authority and focus more explicitly on the goal of improving U.S. competitiveness. We do not support the creation of another federal department: the Commerce Department is the logical agency in which to center power over U.S. trade policy. We back legislation to improve our ability to respond quickly and decisively to restrictive foreign trade practices, including collusion between foreign firms and their governments. Such legislation should offer a forceful response to foreign industrial policies which target specific U.S. industries and to unfair trade practices generally, and should link trade relief to actions by injured U.S. firms to recoup and regain market position.

- As leader of the world's free market nations, the U.S. should prepare and press for a new round of GATT negotiations which focus on: government collaboration with industry, import safeguards, commercial counterfeiting and intellectual property rights, trade in services, trade in agriculture, direct foreign investment and other areas of mutual economic concern. And we should strive to bring developing countries into the multilateral trading regime.

**Making Effective Use of U.S. Market Power.** America cannot defend the principle of free trade with rhetoric alone. Our government must be able to respond swiftly and forcefully to the unfair trade practices of our competitors. We must stand up to the protectionist policies of foreign governments, even if that means temporarily denying access to our domestic market to persistent violators of free and fair trade.

The domestic U.S. market is the world's largest and most lucrative. It is a prize sought assiduously, and with increasing success, by our main trade rivals. Its powerful allure gives America leverage in our attempts to assure open and

16

*Democratic Leadership Council*

reciprocal trade relations with our chief partners around the world. Sparing but strategic use of our market power can help the U.S. act as a regulator of the international free trade system.

- America's markets must remain open, just as those of our trading partners must be accessible to U.S. exports. Open markets promote economic efficiency, offer consumers choice and keep prices down, foster interdependence and closer ties among nations and create the conditions for the widest possible prosperity. The chief threats to open markets come from gross trade imbalances between nations and the acts of protectionism they inspire. They stem, in some cases, from deliberate policies by foreign governments which combine aggressive export strategies with domestic protection. Those imbalances must be rectified, even if that means — in the last resort — restricting access to America's markets to trade partners who flout the rules of free trade.

. For
does
nvest-
ustrial
emp-
nvest-
coun-

trade
on the
upport
merce
power
ve our
ve
tween
should
s which
ractices
injured

the U.S.
negotia-
th indus-
and in-
a agricul-
of mutual
ig devel-

America
n rhetoric
nd swiftly
our com-
policies of
arily deny-
riolators of

t and most
increas-
l allure
open and

17

**Winning In The World Economy**

APPENDIX

**Conclusion**    There is no mystery about what Americans must do to win in world trade. We must outproduce, outsell and out-smart our trade rivals. We must invest again in the excellence and quality of our products and in the skills of the people who make them. We must begin to evaluate all economic decisions, public and private, according to whether or not they make American businesses, farmers and workers more competitive in the global economy.

And we must recognize that competitiveness is not an end in itself, but only the means to a higher national goal: assuring prosperity and the opportunity it offers to all citizens. Our nation's overriding challenge is to excel in international competition while sustaining the high living standards to which Americans aspire.

Yet today our nation's trade posture is reactive, hesitant and defensive. The DLC proposes, instead, to harness American ingenuity and enterprise to a bold strategy for assuring that the U.S. remains the world's foremost economic power.

Devoid of vision and intent on inaction, the Republican Party offers no coherent response to the greatest domestic challenge facing America during the rest of this century. The Democratic Party — traditionally the agent of change and progress in America — must fill the leadership vacuum and illuminate the way ahead.

18

USA1238

**Democratic Leadership Council**

ricans must do to
e, outsell and out-
gain in the excel-
n the skills of the
te, according to
usinesses, farmers
al economy.
tiveness is not an
her national goal:
t offers to all citi-
i to excel in inter-
e high living stan-

reactive, hesitant
tead, to harness
bold strategy for
I's foremost eco-

n, the Republican
reatest domestic
is century. The
nt of change and
rship vacuum and

## APPENDIX

### THE ECONOMIC COMPETITION INDEX

| Figure 1: Trade Performance Index | | Figure 2: Readiness Index | |
|---|---|---|---|
| 1965 | 94.78 | 1965 | 95.11 |
| 1966 | 87.48 | 1966 | 94.06 |
| 1967 | 86.21 | 1967 | 95.56 |
| 1968 | 76.51 | 1968 | 91.75 |
| 1969 | 75.60 | 1969 | 92.72 |
| 1970 | 80.41 | 1970 | 92.06 |
| 1971 | 79.89 | 1971 | 96.49 |
| 1972 | 71.03 | 1972 | 100.98 |
| 1973 | 82.25 | 1973 | 109.19 |
| 1974 | 99.49 | 1974 | 109.87 |
| 1975 | 105.20 | 1975 | 100.80 |
| 1976 | 88.90 | 1976 | 95.12 |
| 1977 | 81.31 | 1977 | 97.76 |
| 1978 | 80.02 | 1978 | 101.59 |
| 1979 | 87.53 | 1979 | 99.40 |
| 1980 | 100.00 | 1980 | 100.00 |
| 1981 | 91.42 | 1981 | 88.56 |
| 1982 | 81.95 | 1982 | 81.72 |
| 1983 | 69.07 | 1983 | 77.98 |
| 1984 | 56.79 | 1984 | 75.60 |
| 1985 | 52.96* | 1985 | 73.43* |

*Wharton Econometrics estimate.

In developing the Economic Competition Index, Wharton Economet-
rics examined the economic factors its analysis demonstrated are the
most important in determining America's ability to compete. It also
weighed those factors according to their relative importance in explain-
ing our competitive decline. Wharton found that:

- 61 percent of the decline in the Readiness Index between 1980
and 1984 was due to the strong appreciation of the U.S. dollar.

- 17 percent of the decline was because U.S. productivity growth
over the period lagged behind the productivity growth of our major
trading partners.

- 12 percent of the decline stemmed from the relative rise in real
U.S. interest rates.

- 9 percent of the decline is explained by the drop in the U.S.
personal saving rate from its average level over the prior decade
(1970-79).

- 1 percent of the decline stems from faster growth in research and
development spending by our trading partners between 1980 and 1984.

Only one economic factor measured by the ECI — compensation per
hour — bucked the downward trend in U.S. competitiveness. Wharton
estimates that 10 percent of the decline in U.S. trade readiness between
1980 and 1984 was offset because hourly compensation grew less
rapidly in the U.S. than in our trading partners' economies.

19

USA1239

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

Business Regulation Administration
Corporations Division
614 H Street, N.W.
Washington, D.C. 20001-2782



### C E R T I F I C A T E

THIS IS TO CERTIFY THAT ALL PROVISIONS OF THE DISTRICT OF COLUMBIA NON-PROFIT CORPORATION ACT

HAVE BEEN COMPLIED WITH AND ACCORDINGLY THIS CERTIFICATE OF ____Incorporation____

_____

_____

IS HEREBY ISSUED TO THE_____ DEMOCRATIC LEADERSHIP COUNCIL, INC.

_____

_____

AS OF THE DATE HEREINAFTER MENTIONED.

DATE   March 4, 1985

CAROL B. THOMPSON
Director

Miriam Hellen Jones
Superintendent of Corporations

GOVERNMENT OF THE DISTRICT OF COLUMBIA
MARION BARRY, JR., MAYOR
REV. JANUARY 1985

DLC 09955

EXHIBIT 66
2-23-06 en

ARTICLES OF INCORPORATION

OF

DEMOCRATIC LEADERSHIP COUNCIL, INC.

We, the undersigned natural persons of the age of
twenty-one years or more, acting as incorporators of a
corporation under the NON-PROFIT CORPORATION ACT (D.C. Code,
1981 edition, Title 29, Chapter 5), adopt the following
Articles of Incorporation:

ARTICLE 1.  NAME

The name of this corporation is Democratic Leadership
Council, Inc.

ARTICLE 2.  DURATION

The period of duration for this corporation shall be
perpetual until such time as the Board of Directors shall adopt
a resolution recommending the corporation be dissolved and any
assets of the corporation shall be distributed.

ARTICLE 3.  PURPOSES.

This corporation is organized exclusively for the promotion
of social welfare within the meaning of Section 501(c)(4) of
the Internal Revenue Code of 1954 (or the corresponding
provision of any future United States Internal Revenue Law).

This corporation is not organized for profit, and no part
of the net earnings of this corporation shall inure to the
benefit of any member of the Board of Directors or individual,
except that this corporation may make payments of reasonable
compensation for services rendered.

This corporation is organized primarily for the purpose of
bringing about civil betterments and social improvements.  The
activities of this corporation shall not include direct or
indirect participation or intervention in political campaigns
on behalf of or in opposition to any candidate for public

FILED

MAR 4 1985

BY: _____

DLC 09956

office. Nor is the primary activity of this corporation the operation of a social club for the benefit, pleasure or recreation of its members. This corporation shall not carry on business with the general public in a manner similar to organizations which are operated for profit.

Notwithstanding any other provision of these Articles of Incorporation, this corporation shall not carry on any other activities not permitted to be carried on by an organization exempt from federal income under Section 501(c)(4) of the Internal Revenue Code of 1954 (or the corresponding provision of any future United States Internal Revenue Law).

## ARTICLE 4.  MEMBERS

This corporation shall have no members.

## ARTICLE 5.  STOCK

This corporation shall not have authority to issue capital stock.

## ARTICLE 6.  REGISTERED OFFICE AND AGENT

The address of the initial registered office of this corporation is Suite 1200, 1110 Vermont Avenue, N.W., Washington, D.C. 20005, and the name of its initial registered agent at such address is Robert F. Bauer.

## ARTICLE 7.  AMENDMENTS TO ARTICLES OF INCORPORATION

This corporation reserves the right to amend or repeal, by the affirmative vote of a majority of the members of its Board of Directors, any of the provisions contained in these Articles of Incorporation.

## ARTICLE 8.  FUNDS AND ASSETS

This corporation shall use its funds only to accomplish the purposes stated in these Articles of Incorporation. Upon the

- 2 -

DLC 09957

winding up and dissolution of this corporation, after paying or
adequately providing for the debts and obligations of the
organization, the remaining assets shall be distributed as
determined by the Board of Directors.

### ARTICLE 9.   DIRECTORS

The names and mailing addresses of the persons who are to
serve as Directors until their successors are elected and
qualify are:

| | |
|---|---|
| The Honorable Charles S. Robb | State Capitol Richmond, Virginia  23219 |
| The Honorable Sam Nunn | United States Senate Washington, D.C.   20510 |
| The Honorable Richard A. Gephardt | U.S. House of Representatives Washington, D.C.   20515 |

### ARTICLE 10.   INCORPORATORS

The names and mailing addresses of the incorporators are:

| | |
|---|---|
| Robert F. Bauer | 1110 Vermont Ave., N.W. Suite 1200 Washington, D.C.  20005 |
| Guy R. Martin | 1110 Vermont Ave., N.W. Suite 1200 Washington, D C.  20005 |
| Judith L. Corley | 1110 Vermont , ∈   N.W. Suite 1200 Washington, D.C.  20005 |

### ARTICLE 11.   BYLAWS

The Board of Directors shall have the power to adopt, amend
or repeal the Bylaws for this corporation.  The Bylaws shall
govern the operation of the corporation unless any Bylaw
conflicts with these Articles of Incorporation, in which case
the Articles of Incorporation shall be controlling.

- 3 -

DLC 09958

We, the undersigned, being the incorporators herein before named for the purpose of forming a corporation pursuant to the General Corporation Law of the District of Columbia, do make this certificate, hereby declaring and certifying that these are our acts and deeds and the facts herein stated are true, and accordingly we have hereunto set our hands this 1st day of March, 1985.

_____
ROBERT P. BAUER, Incorporator

_____
GUY R. MARTIN, Incorporator

_____
JUDITH L. CORLEY, Incorporator

Subscribed and sworn to before me this 1st day of March, 1985.

_____
NOTARY PUBLIC

My Commission Expires on March 31, 1989.

- 4 -

DLC 09959

CONSENT IN LIEU OF ORGANIZATIONAL MEETING
OF
BOARD OF DIRECTORS
OF
DEMOCRATIC LEADERSHIP COUNCIL, INC.


The undersigned, being all Directors named in the Articles of Incorporation of DEMOCRATIC LEADERSHIP COUNCIL, INC., a District of Columbia corporation (the "Corporation"), by this instrument in lieu of the organizational meeting of the Directors of the Corporation, hereby consent to the adoption of the following resolutions, which resolutions will be deemed adopted when all the Directors have signed this Consent, and waive any notices required by law with respect thereto:

RESOLVED, that the bylaws in the form attached to this Consent are hereby approved and adopted as the Bylaws of the Corporation,

RESOLVED, that the following persons are elected to serve as Officers of this Corporation, each for a term expiring on his or her death, resignation or removal from office, or the election of a successor to such office:

| | |
|---|---|
| President/Executive Director | Alvin From |
| Secretary | Stewart Gammage |
| Treasurer | Alvin From |

DLC 09960

EXHIBIT 67
2-23-06CL

RESOLVED, that the resolutions set forth in the form for authorizing the establishment of an account in the form attached to this Consent is hereby adopted and the officers are authorized and directed to execute and deliver such form to the Century National Bank.

RESOLVED, that no Officer or Director of the Corporation shall be authorized to or shall act on behalf of the Corporation in any activity relating to the nomination or election of any candidate for public office.

Date Signed: _March 7, 1985_          _Charles S. Robb_
                                      Charles S. Robb

Date Signed: _7 March 85._            _Richard Gephardt_
                                      Richard A. Gephart

Date Signed: _____         _____
                                      Sam Nunn

-2-

DLC 09961

RESOLVED, that the resolutions set forth in the form for authorizing the establishment of an account in the form attached to this Consent is hereby adopted and the officers are authorized and directed to execute and deliver such form to the Century National Bank.

RESOLVED, that no Officer or Director of the Corporation shall be authorized to or shall act on behalf of the Corporation in any activity relating to the nomination or election of any candidate for public office.


Date Signed:_____        _____
                                     Charles S. Robb


Date Signed:_____        _____
                                     Richard A. Gephart

Date Signed: _3-19-85__              _____
                                     Sam Nunn



-2-

DLC 09962

BYLAWS
OF
DEMOCRATIC LEADERSHIP COUNCIL, INC.


## ARTICLE I.  DIRECTORS

Section 1.   The Board of Directors will consist of three
(3) directors.

## ARTICLE II.  OFFICERS

Section 1.   The Corporation will have the following
officers:  President/Executive Director; Secretary, and; Treasurer.

Section 2.   A single person will be permitted to hold more
than one office, except that no person can act as both President/
Executive Director and Secretary.

Section 3.   The President/Executive Director of the Corpor-
ation will have the power and authority to execute documents
and enter into contracts on behalf of the Corporation.

Section 4.   No Officer or Director of the Corporation will
act on behalf of the Corporation in any manner intended to affect
the nomination or election of any candidate for public office.

## ARTICLE III.  ACTION WITHOUT MEETING

Section 1.   Any action required or permitted to be taken
by the Board of Directors at a meeting may be taken without a

DLC 09963

meeting if a consent in writing, setting forth the action so taken, shall be signed by all Directors.

### ARTICLE IV.  AMENDMENT OF BYLAWS

Section 1.   These Bylaws may be altered, amended, or repealed and new Bylaws may be adopted by a majority vote of the Board of Directors.

The foregoing Bylaws were adopted by the Corporation on March 7 , 1985.

ATTEST:    _____
Stewart Gammage, Secretary

-2-

DLC 09964

We, the undersigned, being the incorporators herein before named for the purpose of forming a corporation pursuant to the General Corporation Law of the District of Columbia, do make this certificate, hereby declaring and certifying that these are our acts and deeds and the facts herein stated are true, and accordingly we have hereunto set our hands this 1st day of March, 1985.

_____
ROBERT F. BAUER, Incorporator

_____
GUY R. MARTIN, Incorporator

_____
JUDITH L. CORLEY, Incorporator

Subscribed and sworn to before me this 1st day of March, 1985.

_____
NOTARY PUBLIC

My Commission Expires on March 31, 1989.

- 4 -

DLC 09965

# 1998 DLC Annual Conference
## Wednesday, December 2, 1998
### Omni Shoreham Hotel



## AGENDA
### ***Schedule and times are subject to change***

| | |
|---|---|
| 7:30 a.m. | **Registration Begins** |
| 8:30 a.m. | **Opening** |
| | *Innvocation*: Rev. Dr. Floyd Flake, Allen AME Church |
| | *National Anthem*: Gloria Johnson, Peace Corps, Director of Congressional Relations |
| 8:40 a.m. | ***Opening Remarks*** |
| | Senator Joe Lieberman (CT), DLC Chairman |
| 8:50 a.m. | ***Facing the Big Challenges*** |
| | Senator John Kerry (MA) -- *Education Reform* (8:50 a.m.) |
| | Senator John Breaux (LA) -- *Medicare* (9:10 a.m.) |
| | Senator Bob Kerrey (NE) -- *Retirement Security* (9:30 a.m.) |
| 10:00 a.m | ***The Next Politics*** |
| | Al From, DLC President |
| 10:25 a.m. | ***The New Center In American Politics*** |
| | Moderator: Governor Roy Romer (CO), DLC Vice Chairman |
| | Lt. Gov. Kathleen Kennedy Townsend (MD) |
| | Labor Commissioner-elect Mike Thurmond (GA) |
| | Mayor-elect Tony Williams (DC)* |
| 11:45 a.m. | ***Consolidating Our Successes*** |
| | Senator Joe Lieberman (CT), DLC Chairman |
| 12:10 p.m. | **Luncheon** |
| 12:40 p.m. | ***The New Democrat Message: Winning in the Heartland*** |
| | Senator-elect Evan Bayh (IN) |
| 12:50 p.m. | ***Keynote Address*** |
| | **Vice President Al Gore** |
| 2:00 p.m | ***The Next Agenda*** |
| | Moderator: Representative Ellen Tauscher (CA) |
| | Representative Jim Davis (FL) |
| | Representative Harold Ford (TN) |
| | Governor Tom Carper (DE) |
| 3:00 p.m. | ***Progressive Tax Reform*** |
| | House Minority Leader Dick Gephardt (MO) |
| 3:30 p.m | **Conclusion of Program** |
| *Invited | |

**EXHIBIT** 80

2-23-06 CL

**Following the conference, check back for additional materials, transcripts, and press clips.**

| | |
|---|---|
| ☒ DLC | |
| ☒ About, Archive | |
| [ ☒ DLC Links | |
| ☒ PPI Home | |

### 1999 DLC Annual Conference
# The New Politics of Globalization
**Thursday, October 14, 1999**

## AGENDA

**10:30 a.m.**  **Conference Registration**
*Omni Shoreham Hotel, Regency Foyer*

**11:30 a.m.**  **Annual Conference Begins**
*Omni Shoreham Hotel, Regency Ballroom*
(Guests pick up lunch on way in.)

**Invocation**
Rev. Justus Reeves, Shiloh Baptist Church, Washington, DC

**National Anthem**
Dee Outlaw, Baltimore, MD

**11:35 a.m.**  **Remarks**
DLC Chairman Senator Joe Lieberman (CT)

**11:45 a.m.**  **Remarks**
DLC President Al From

**Noon**  **Putting a Human Face on the Global Economy: Seeking Common Ground on Trade**
*Moderator:* U.S. Rep. Adam Smith, Washington
*Panel:* David Smith, Director of Public Policy, AFL-CIO
Bob Litan, Director of Economic Studies, The Brookings Institution
U.S. Senator Patty Murray, Washington

**1:30 p.m.**  **The Domestic Challenge: Expanding the Winners' Circle**
*Panel:* U.S. Senator Evan Bayh, Indiana
U.S. Senator Mary Landrieu, Louisiana
U.S. Rep. Ellen Tauscher, California
PPI President Will Marshall

**3:00 p.m**  **Address: Globalization that Works for People**
Secretary Lawrence H. Summers, U.S. Department of the Treasury

**3:30 p.m.**  **Building a New Consensus on Globalization**
*Moderator:* U.S. Rep. Cal Dooley, California
*Panel:* Governor Tom Carper, Delaware

U.S. Rep. Jim Moran, Virginia
State Rep. Antonio Riley, Wisconsin
Mark Penn, Penn Schoen and Berland



EXHIBIT 81
2-23-06 Ch

**4:30 p.m.**    **Closing Address by Vice President Al Gore**

Note: Program times are approximate; information subject to change.

**If you would like to comment on this Web site, please send an e-mail to webmaster@dlcppi.org.**

DLC Homepage | About DLC | DLC Archive | The New Democrat Movement
Blueprint: Ideas for a New Century | The New Democrat

PPI Homepage | About PPI | PPI Archive | The Third Way Philosophy

The Democratic Leadership Council (DLC) & The Progressive Policy Institute (PPI)
600 Pennsylvania Ave., S.E., Suite 400, Washington DC 20003,
Phone: (202) 546-0007, Fax: (202) 544-5002