DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:05-cv-1067 (JGP) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**Declaration of David A. Hubbert: Appendix 1**

Part 3

Memorandum to the Trustees

From: Al From
Subject: DLC-PPI Strategy
Date: July 21, 1998

As the millennium nears and the Clinton presidency approaches its final two years, the New Democrat movement is entering a critical, new phase in which we must secure the enormous gains we have made and assure that they continue into the new century.

For that reason, at the DLC and PPI we are embarking on an ambitious new strategy -- a strategy with a mission more focused and purposeful than any we've pursued since 1992. This is a long-term strategy aimed at building our movement, not a plan for winning the 1998 or the 2000 elections -- though obviously the more New Democrats who are successful, the better off we are.

This new strategy will be the principal topic at our July 28 Trustees meeting -- and this memorandum can serve as the jumping-off point for that discussion.

***Our New Phase***

Though it has been less than a decade and a half since the founding of the DLC (and less than 10 years since the establishment of the PPI), the New Democrat movement has achieved stunning successes, profoundly changing the course of American -- and even world -- politics.

Most dramatic, of course, is the election and re-election of President Clinton, running-on and governing-by a New Democrat agenda, much of which was shaped during his chairmanship of the DLC.

Perhaps less dramatically, but just as profoundly, our themes and ideas have reshaped American politics. Our themes -- opportunity, responsibility, and community -- are now part of the political lexicon. New Democrat ideas like fiscal discipline, expanded trade, the expanded earned income tax credit, welfare reform, community policing, charter schools, market incentives for environmental protection, national service, re-inventing government, and so many more -- ideas that many Democrats once viewed as heretical -- are redefining what the Democratic Party stands for.

Our ideas have spread to leaders in other countries -- most notably Britain's Tony Blair -- who have been heavily influenced by the New Democrat philosophy, themes, and ideas. It is fair to say that the DLC and PPI have been intellectual driving forces behind the Third Way politics with which Clinton and Blair identify and toward which leaders of center-left parties in many other countries are now moving.

EXHIBIT 107
2-23-06

By any measure, that is spectacular progress for a political effort that a number of prominent political pundits predicted would not survive past its first year.

But this is no time to rest on our laurels. Though our movement preceded him and we have occasionally differed with him, much of our success has been tied to President Clinton. For more than eight years -- over half of our existence -- he has been the principal voice of the New Democrat movement. His campaigns and Presidency have put our philosophy and ideas on center stage. We would not be where we are without him. But in January 2001, President Clinton will leave the White House.

*Facing that reality, our New Democrat movement has moved into a new phase -- preparing for the post-Clinton era. Our challenge during this new phase is to secure the enormous progress we have achieved and to continue that progress after the President leaves office. We need to assure that as Third Way politics gains increasing support throughout the democratic world, it continues to grow and prosper in the country in which it began.*

***The Mission***

*The mission for this new phase of our New Democrat movement is simple, focused, and purposeful. It is to assure that New Democrat, Third Way politics outlasts the Clinton Presidency. All of the energy and activity of the DLC and the PPI will be devoted to pursuing that goal. Succeeding in this mission will not only secure the future of our movement, but the President's legacy as well.*

***The Strategy***

In pursuit of our mission, we are following a strategy with three main components:

* Increasing the value of the New Democrat brand.

* Shaping and promoting the next generation of New Democrat ideas.

* Identifying and engaging the next generation of New Democrat leaders.

*a) Increasing the Value of the New Democrat Brand.*

Despite all the progress we have made, the battle for the direction of the Democratic Party continues. The battle is increasingly between the financial and organizational strength of the party's traditional interest groups and the ideas and message of the New Democrats.

Realistically, New Democrats will never match organized labor and other traditional interest groups in the ability to raise funds or organize troops for campaigns. So what we have to do is to make our brand -- our message and ideas -- so valuable that candidates will find it advantageous to run on them, even candidates who get labor money and organizational help. Since we can't top labor's money, we need to make it work for us.

In other words, we need to increase the value of our brand -- so that being labeled as a New Democrat candidate is as valuable as receiving interest group money.

Our brand is New Democrat -- and to try to increase its value we are pursuing two courses:

First, we have contracted with a consultant who is an expert in branding for private sector corporations. Her responsibility is to interview consumers of our ideas, New Democrat supporters and others, and to give us a report this fall that highlights the salient characteristics of the New Democrat brand and ways to strengthen it. This consultant has never worked in politics before, but successful companies spend millions of dollars building their brand -- and I thought a small investment in branding could possibly pay big dividends.

Second, we will continue to be involved in efforts -- some including the President and First Lady and others by ourselves -- to work with Tony Blair and other European leaders and intellectuals to promote Third Way politics. In a sense our generic politics is the Third Way -- the American brand is New Democrat and the British brand is New Labour. We hope to be engaged in a number of conferences over the next several months that will discuss Third Way politics. In my view, these efforts can only enhance the stature of our brand by underscoring that our politics is an international movement, not just a tactical approach to winning parts of the American electorate.

*b) The Next Generation of New Democrat Ideas.*

Nothing is more critical to the long-term success of our movement than shaping and promoting the next generation of New Democrat ideas.

The first set of New Democrat ideas put this movement on the map -- and have helped us become a credible force in American politics. If you have any doubt about that you ought to read the President's speech at the DLC's National Conversation on June 4. In it he discusses -- in great detail -- the astonishing impact New Democrat ideas, developed at the DLC and PPI, have had on national policy.

Now we need a new set of ideas to carry our movement forward into the 21st Century. Simply put, new ideas keep our movement dynamic -- and if we purport to be an idea-based movement that practices idea politics, we can never stop developing and offering new ideas.

In many ways, the idea development challenge in this new phase of our movement is greater than it has ever been before. In our movement's earlier stages, when its intellectual focus was to develop ideas on which a New Democrat could run for President, we needed only to produce a relatively small number of very good ideas. But in this phase -- in which we must engage hundreds of leaders all over the country with our ideas -- we will need many more ideas and to work with many partners to develop and shape them.

To produce and promote the next generation of New Democrat ideas we have undertaken two very large efforts:

First, at PPI, we have launched a number of important projects -- projects on technology, innovation, and the new economy; globalization and trade; the second generation of environmental protection; health care priorities; and, national defense. These projects together with PPI's ongoing work on education, social and urban policy, and other areas constitute the core of our in-house intellectual effort to develop new ideas. In each case the project director or the scholar in charge of a particular issue area is charged with the responsibility not only to do his or her own work, but to find like minded scholars who can help expand the reach and the production of our idea effort.

Second, in September the DLC will launch a new publication called: **Blueprint**–*Ideas for a New Century.* Over the next year and a half, this magazine/journal will address the major challenges facing our country as we head toward the year 2000. Our goal is to publish eight to ten editions, each focusing on a single challenge. In producing these volumes, we will reach out to thinkers all over the country in addition to utilizing the work of our in-house scholars, where appropriate. Our intention with **Blueprint** is to break as much new ground as possible. Early in the year 2000 the individual issues of **Blueprint** will be bound together to produce a New Democrat agenda for candidates seeking the Presidency in that year. **Blueprint** is the most important project we have undertaken in years, and we have recruited top flight talent to produce it.

*C) The Next Generation of New Democrat Leaders.*

No movement can succeed without a constant infusion of vibrant, dynamic, new leadership. This is certainly true of the New Democrat movement.

The reality is that President Clinton's success and high approval ratings have obscured the Democratic Party's increasing weakness at the state and local level. In the course of this decade we have seen the number of statehouses occupied by Democrats shrink from 28 to 17 and the number of state legislative chambers controlled by Democrats diminish from 71 to 49. Those numbers show that our pool of future leaders on the farm needs to be increased.

For that reason, we have made identifying emerging New Democrat leaders all over the country and engaging them in DLC and PPI activities among our highest priorities. The DLC's National Conversation in June brought more than 100 state and local elected officials to Washington from around the country for a two-day strategy session that included a keynote speech by the President and a major address by Maryland Lieutenant Governor Kathleen Kennedy Townsend.

We are working on a number of fronts to develop the next generation of leaders:

1. At the Congressional level, we work closely with members of the New Democrat Coalition in the House, who increasingly look to us for ideas and guidance on major issues. The emergence of the NDC is a major political development in Washington and our ability to arm it with good ideas has made it all the more formidable. NDC members are engaged in a number of the PPI projects and work particularly closely with the PPI scholars. Through the DLC Congressional outreach effort, we are making a concerted effort to engage promising young NDC members in our efforts.

2. At the state legislative level, we have formed a Legislative Advisory Board, made up of New Democrat state legislators from across the country. The Legislative Advisory Board is helping us to identify, recruit, and engage promising state legislators.

3. We are organizing DLC/New Democrat Caucuses in a number of state legislatures. Our DLC Caucus in California has already had some notable successes -- and we have a goal of establishing Caucuses in 10 to 15 states by the end of this year.

4. We have launched a DLC training project for future leaders. For that project, we have employed professional trainers. We began in June by bringing members of the Legislative Advisory Board and a few others to Washington for training on how to develop and articulate policies grounded in New Democrat values. We will now begin taking that training across the country, beginning this weekend in Florida and next month in Colorado. Our goal is modest -- to have trained 200 to 300 New Democrat leaders over the next two years. We believe the importance of having such a cadre of leaders will be invaluable.

5. We are continuously upgrading our products to better engage and arm new leaders:

* We continue to upgrade our flagship magazine, *The New Democrat.*

* We have launched a weekly fax and e-mail that includes our new "idea of the week" feature as well as pithy commentary on issues of the day.

* We have just launched the DLC "idea exchange" on our web page in the hopes of creating an internet marketplace for New Democrat ideas.

* Working with the Legislative Advisory Board, we are preparing a tool kit for state legislators and a state agenda that applies New Democrat ideas to the state level.

* The DLC and PPI continue to simplify and improve our basic products like the DLC Idea Book, fax briefings and issue backgrounders.

The bottom line is this: we have made it a top priority in my travels and in all DLC and PPI activities to seek out promising new leaders and to engage them in our efforts.

***New Partners***

We cannot carry out and fund this strategy using only the staff resources at the DLC and PPI. For that reason, we are actively seeking partners to help us undertake both operations and development. We have enlisted major new partners in the **Blueprint** project, our Gilman White Oak Symposia program, and a number of the PPI projects. And, we will continue to look for partners wherever we can find them.

***Conclusion***

Our movement has achieved results we can all be proud of. Now our challenge is to ensure that the progress we have made continues beyond the Clinton presidency and well into the next century. This strategy is aimed at achieving that.

MEMORANDUM

TO Al From
FROM Ed Kilgore
DATE October 5, 1999
SUBJECT Areas of disagreement with GWB

Here's what I could find in the way of areas of disagreement

1) Budget/Taxes–supported GOP $792 billion tax cut

2) Education–supports vouchers, opposes national standards

3) Health Care–supports Medical Savings Accounts (only proposal to expand access to care), has failed to take full advantage of available federal funds to provide health insurance to children

4) Environment–opposes Kyoto Global Warming protocol, lousy environmental record in Texas

5) Defense–supports deployment (not simply R&D) of national missile defense system

6) Guns–signed bill legalizing concealed weapons

7) Abortion–favors ban on abortions except in cases of rape, incest, or threat to life of mother

8) Corporate welfare–supports ethanol subsidy, seems to share GOP belief that killing off corporate tax subsidies is "tax increase"

9) Labor law–supports "paycheck protection"

Important DLC/PPI priorities where he is silent

1) Says nothing about training, lifelong learning, portable benefits

2) No clear strategy for combatting poverty other than through tax credits for charities

3) No position on national service

4) No plan for achieving universal health care access

Areas of agreement

1) Revamping federal role in education (except as noted above) around new bargain that includes accountability for results with flexibility as to means

2) Remaking Head Start into education program

3) Social Security Reform (two-tier system)

4) Medicare Reform (Breaux-Thomas)

5) HMO Regulation

6) Most tech issues (including R&D credit, Y2K liability, high-skills visas, securities litigation reform, encryption export control reform)

7) Most trade issues (including China MFN, fast-track, NAFTA expansion, China WTO)

8) EITC as budget priority

9) Devolution of social service delivery to include private non-profits on competitive basis

10) Principle of market-driven solutions to environmental problems

11) Emphasis on technology-based "revolution in military affairs"

**Statement by DLC President Al From**
**At the 1996 Policy Forum and Gala**

**Wednesday, December 11**

1996 was a very good year for the DLC--and 1997 promises to be an even better one.

We meet today at a time of great triumph, great challenge, and great opportunity for the new Democrat movement.

Our triumph is President Clinton's historic re-election victory, the culmination of an effort we have waged together for more than a decade to pick the Republican lock on the electoral college and to put and to keep a new Democrat in the White House. We will celebrate that triumph with the President later today.

Our challenge is to provide intellectual leadership for meeting our country's next great challenge--to move beyond the stale left-right debate to offer progressive ideas and innovative ways for modernizing our political and governing institutions for the information age and the 21st century.

Our opportunity is to help build a new progressive majority in the vital center of American politics--to end the polarization of the past 15 years and to put America on a progressive-centrist course.

This morning I will talk briefly about all three.

In 1985, a small, but hearty band of new Democrats formed the Democratic Leadership Council--in the grandiose words of our first brochure--to change the face of American politics. Not one of us then could have ever imagined how much the face of American politics would change in the next 12 years--and how much the new Democrat movement would contribute to that change.

Our road wound through Williamsburg, Philadelphia, New Orleans, and Cleveland. And President Clinton stood with us, leading the way, at every stop along that journey.

Remember when we started. Republicans dominated Presidential politics; their lock on the electoral college was so secure that many believed that no Democrat would win the White House again in this century. The Democrats had lost touch with the very middle class our New Deal policies helped to build. More importantly, Republicans controlled the political center. While Democrats flailed on the political fringes, Republicans defined the issues that drove national elections--growth, crime, welfare, and national security. And with their so-called wedge issues, they were gaining political advantage by driving America apart.

We set out to change that--with progressive ideas, grounded in mainstream values carried out by innovative, non-bureaucratic governance--ideas powerful enough to change our party, and more importantly, to change our country.

Our formula was to talk the talk and to walk the walk--to deliver a new progressive political message and to govern as we spoke.

We believed we could win the support of the American people, including the middle class, if we reconnected the Democratic Party with its real tradition, the tradition of Roosevelt, Truman and Kennedy: a tradition of economic growth and opportunity, not redistribution; a tradition of personal and

 EXHIBIT 11 2-23-06 e

civic responsibility, not "something for nothing"; a tradition of preventing crime and punishing criminals, not explaining away their behavior; a tradition of equal opportunity, not equal outcomes; a tradition of promoting work, not welfare; a tradition of innovative, empowering government, not bureaucracy; and a tradition of energetic internationalism, not neo-isolationism. In short, we believed that Democrats should stand for opportunity, responsibility, community and empowering government, and we were confident that the voters would respond to that message.

And, most importantly, we were confident that if we governed as we believed, our policies would work--and the voters would reward us for that success.

On both counts, we did--and they did. That pure and simple is the story of the Presidential elections of 1992 and 1996.

In 1992, President Clinton promised the American people that he would grow the economy and create jobs, reduce crime, end welfare as we know it, and bring our country together. President Clinton delivered on all of those promises. And five weeks ago, the American people hired him for another four years as our leader.

In 1997, we must apply that formula of progressive ideas and practical governance to meeting a new challenge.

President Clinton's historic destiny is to prepare America for the 21st century, to modernize our political and governing institutions, designed for the industrial age so they can deal with the new challenges of the information age. This President can play the historic role in our time that Theodore Roosevelt and Woodrow Wilson played in theirs, when they redesigned public institutions, shaped for an agrarian society so they could deal with the challenges of an industrial society.

To meet his destiny, President Clinton has promised to build a bridge to the 21st century.

The mission of the DLC and PPI during the next four years must be to help him build that bridge--to move the national debate beyond the old orthodoxies of the left and the right and to offer progressive, innovative ideas for getting that job done. Just as we provided the intellectual leadership for reversing our party's decline in Presidential elections, we must now to provide the intellectual leadership for modernizing our public systems for the information age. That is our challenge.

Senator Lieberman has already described some of the ideas in PPI's new book, Building the Bridge--ideas we believe can be the pillars of that bridge. So I won't dwell on them here, except to make one point.

Modernizing big public systems for the 21st century is an enormous job--and completing it will require broad support from all across the political spectrum. That is why we need to build the center-out, bipartisan coalition the President will talk about later today.

The President is right to define a new vital center--and to challenge the Republican leaders of Congress to work with him to build it. And Majority Leader Lott and Speaker Gingrich are to be commended for the bi-partisan tone of their post election comments.

We can and must rebuild that vital center of American politics.

I am convinced that we have the best chance in nearly two decades to do just that. The voters have set

the political predicate for it and the challenges ahead of us demand it.

The voters have made it crystal clear in the last three elections that they want balance, not unrestrained one party rule. In 1993 and 1994 when the Democrats tried to govern alone, the voters threw us out. In 1995 and early 1996, when the Republicans said Democrats were irrelevant, voters threatened to throw them out, as well.

When in the past few months the two parties finally got together and reformed welfare, passed health care reform, the minimum wage, and immigration reform, the voters rewarded the Democratic President and the Republican Congress with re-election--and the voters' feelings about the country's direction turned decidedly positive. The voters are clear: they want partisanship set aside and the President and Congress to rebuild the vital center and to work together to tackle national problems.

Moreover, the challenges we face us demand bi-partisan, centrist solutions. Neither party alone can reform entitlements, revamp the education system, or finish welfare reform. Those awesome challenges demand broader political support than either party can offer by itself.

So the stage is set for rebuilding the vital center in American politics. And, it is in the political interest of Democrats to take the lead in rebuilding it. We need to build a new vital center on our terms, on a foundation of progressive ideas, mainstream values, and innovative, non-bureaucratic approaches to governing. If we do, we will also build the foundation for a new progressive majority in American politics.

If Democrats are going to truly be the party of opportunity, we must by equip every citizen with the tools necessary to get ahead and prosper in information age by radically reforming our public education and our training systems. We will need the help of Republicans, in the Congress, and the Statehouses to do that.

If Democrats are to keep our commitment to elderly Americans and to take new steps toward universal health care coverage, we will have to revamp our entitlement programs in line with the demographic and resource realities of the next century. We will need the cooperation of both parties to do that.

If Democrats are going to honor our historic commitment to disadvantaged citizens, we will need to complete the job of welfare reform by building a new work first system that moves the poor into the economic and social mainstream. We will need the help of members of Congress and governors in both parties to do that.

And, if Democrats are to foster a new ethic and personal and civic responsibility and truly rebuild our national community, we will need to enlist Americans of all parties and all ideologies in that effort.

In short, to honor our party's progressive tradition--the tradition of Roosevelt, Truman and Kennedy--and to achieve the full promise of the new Democrat agenda grounded in opportunity, responsibility, community, and empowering government that the President first outlined at the DLC Conference in Cleveland five and a half years ago, we must rebuild the vital center in American politics. We must do it not just for the political gain of the Democratic Party, but to ready America for the challenges of the 21st century.

---

**If you would like to comment on this page, other DLC-PPI publications, or this Web site, please send an e-mail to webmaster@dlcppi.org.**

1996 DLC Annual Forum: Statement by Al From Page 4 of 4

Home Page| About DLC-PPI| Library| Join/Order| The New Democrat
Commentary| Talking Points| Speeches| Additional Resources| Stay Connected
The *DLCUpdate*| Top of Page

file://E:\Web site 1997\96DLCSP.HTM 1/24/2006

**Remarks of DLC President Al From**
**At the 1997 DLC Annual Conference**

**Monday, October 27**
**Washington, DC**

I want to report to you this morning on the state of the New Democrat movement.

Looking back over more than 12 years of hard work and struggle, we can be justly proud of what we have accomplished together. We have been instrumental to the success of our nation's first two-term Democratic President since Franklin Roosevelt. We have become the prime source of intellectual leadership and innovation for a party that once seemed hopelessly wedded to the status quo. And we've begun to reclaim the Democratic Party from the hard left and move it back into the vital center of American politics.

But we meet today at a pivotal moment for our movement. We are in the midst of a crucial battle to determine America's economic future. Make no mistake about it, what is at stake in the fast track debate is much greater than procedures for negotiating trade agreements.

For our country, the big question is whether America will shape the new global economy or retreat into protectionism and economic isolation. For our party, the question is whether Democrats are going to be a force for economic progress--under President Clinton's leadership--or whether the party will heed his opponents and become a bulwark of economic reaction and defeatism.

Now is the time for New Democrats to stand up and be counted. Our choice is really very simple:

Will we stand with President Clinton, who by governing successfully, by getting results on the nation's biggest problems, has shown the way for Democrats to build a new progressive majority in the vital center of American life?

Or will we stand with powerful interests and their congressional allies, who are determined to reverse the President's successful economic policies and build a bridge not to the future but back to the politics of the 1970s and 1980s?

New Democrats should stand squarely with President Clinton. His fight is our fight.

Now I know that Democrats in Congress who want to support the President are being subjected to an unprecedented campaign of political intimidation from organized interests. The DLC can't match their dollars, but we can fight back with ideas.

In fact, today's battle over trade and America's role in the new economy illuminates the very reasons why the Democratic Leadership Council was founded in 1985--and why the DLC remains indispensable in 1997. Think about it.

At a time when narrow interests and activists dominated the party's agenda, the DLC was formed to refocus the party on our national interests.

At a time when redistributing wealth preoccupied our party, the DLC was formed to promote economic growth and expand opportunity for all Americans.

EXHIBIT 112
2-23-06 er

At a time when protectionism seemed to be gaining sway in our party, the DLC was formed to reaffirm the Democratic Party's long and venerable tradition of support for free and reciprocal trade.

And, at a time when our party seemed to be little more than a collection of liberal causes, the DLC was formed to remind people that the Democratic Party is itself a great cause. Where others have tried to hijack our party to make it the instrument of their selfish and narrow purposes, we've built the New Democrat agenda on our party's basic principles and values.

As Democrats, we believe in equal opportunity for all and special privilege for none. That has been the animating principle of our party since the days of Andrew Jackson. We are the party of upward mobility. We believe that social and economic progress are built on the talents and efforts of all Americans, not just the wealthy elites.

As New Democrats, we understand that the private sector, not government, is the primary engine for economic growth. Government's proper role is to foster private sector growth and to equip Americans with the opportunities and skills to succeed in the private sector economy, not to pick "winners" and "losers" and redistribute wealth among them.

As Democrats, we believe in tolerance and inclusion. We are proud of our heritage as the Party that helped tens of millions of immigrants--including my father--work their way into the social and economic mainstream. We are the party of civil rights and equal rights.

As New Democrats, we understand that tolerance and inclusion in an era of rapid change can best be preserved by a common civic culture grounded in the values most Americans believe in--work, family, responsibility, individual liberty, faith, and tolerance.

As Democrats, we believe in community--that we are all in this together, and that we can only achieve our individual destinies if we share a common commitment to our national destiny.

As New Democrats, we understand that living in a community is a two-way street. We reject the right's ethic of every man for himself and the left's ethic of something for nothing. We believe in an ethic of mutual responsibility--that government should create opportunities for ordinary citizens and citizens should give something back to the commonwealth.

As Democrats, we believe that America has a special responsibility to lead the world by example and by diplomacy towards political and economic freedom.

As New Democrats, we understand that the most important challenge to our role in the world today is to continue and strengthen America's leadership in the global economy, showing the world that freedom can work to our mutual benefit-- and that peaceful competition can lift the standard of living in every corner of the globe.

As Democrats, we believe in activist government, that government can and should play a positive role in national life. We recognize that government is no alien institution--it is the agent of our collective will, and our instrument for helping Americans help themselves and each other.

As New Democrats, we understand that government today must be modernized constantly to deal with the fast changing circumstances of the Information Age. We believe as Franklin Roosevelt did that "new conditions impose new requirements on government and those who conduct government."

In sum, in the Information Age, the best way to further the enduring values of the Democratic Party is by promoting New Democrat ideas and governing as New Democrats.

Governing as New Democrats not only furthers our party's most cherished values, but it works. As President Clinton and Vice President Gore have shown, it works for our country, and it works for the Democratic Party.

Just look at their record: the best economy in generations; the first balanced budget in three decades; crime down across our country and in almost every major city; an end to the destructive welfare system with more than three million Americans moved off the welfare rolls toward gainful work; and so much more.

Nowhere is the success of the New Democrat governing philosophy more obvious, and more important, than in the challenge of mastering the New Economy.

For years, we have championed an economic policy based on three key elements: reducing the budget deficit by cutting expenditures that do not contribute to long-term growth--increasing public investments that do contribute to growth, especially technology, public education, worker training, and infrastructure--and creating opportunities for our workers and entrepreneurs by expanding overseas markets. You can sum it all up in one phrase: cut and invest and trade.

President Clinton has consistently followed this three-part strategy--reducing and finally eliminating chronic budget deficits--making education and training, and research and development top priorities of his second term--and re-establishing America's leadership in the new global economy.

Look at the results. America is enjoying the longest period of low-inflation, low- unemployment growth since the 1960s. Real incomes are rising for the first time in 20 years. Our economy is the most competitive in the world. Even Alan Greenspan seems to believe that it is now possible to maintain full employment without lurching from boom to bust. New Democrat economic policies have worked for America.

The President's New Democrat economic strategy has also worked politically for the Democratic Party. After too many years of relying on a shrinking base of narrow interest and identity groups united around defense of government benefits and privileges, Democrats are now beginning to capture middle-class suburban voters, younger voters, and knowledge workers--voters who want leaders to govern in the national interest and who want a President they can trust to manage the national economy.

Just as importantly, the President's New Democrat message has stopped the momentum--and perhaps even broken the spirit--of the once high and mighty conservative movement. Less than three years ago a new Republican Congressional majority swaggered into Washington full of revolutionary talk and convinced of their manifest destiny to rule the country for a generation.

Today's Republicans resemble the Democrats when we started the DLC. They still control Congress and a lot of governorships, but they are deeply divided, without clear leadership, full of anger and frustration, and uncertain about where to go next. And they are absolutely spooked by President Clinton.

With the President's economic and political success, you'd think Democrats would line up behind him. And, in fact, rank-and-file Democrats are doing just that. As Mark Penn will tell you this afternoon, this is not your father's Democratic Party. The more Bill Clinton and other Democrats govern as New Democrats, the more popular they are not just with swing voters or independents, but with the

Democratic base. The longstanding DLC dream of building a majority coalition that unites Americans struggling to stay in the middle class with those struggling to get there is now within reach. And every day President Clinton's successful economic strategy brings Democrats closer to that goal.

That's why it is so astonishing to me that organized interest groups who dominated the Democratic Party during our many years in the political wilderness have chosen this moment to launch a high-profile, lavishly financed effort to derail a Democratic President's successful economic strategy. Don't get me wrong--every Democrat and every interest group has the right to take positions in opposition to the President.

But why would any Democrat fight to deny a Democratic President the trade negotiating authority that Democratic Congresses gave Gerald Ford, Ronald Reagan, and George Bush?

Why would any Democrat work to undermine the economic strategy of the Democratic President who has re-established public trust in the competency of the Democratic Party to manage the national economy--after the loss of that trust kept us out of the White House for a dozen years?

Why would any Democrat want to see the Democratic Party go back to the kind of interest group politics that so plagued us throughout the 1980s?

The forces opposing the President on fast track really do want to go back. They really do want to stop change in our party. That is the real answer to my questions. That's why the DLC is fighting with the President to keep our party on the right track.

The point is that we're not all New Democrats now. The struggle for the soul of the Democratic Party goes on. And it is not likely to be resolved by one vote in Congress on fast track. If we win the fight, the forces that oppose the President, led by the AFL-CIO, will not give up overnight, any more than they gave up when they were defeated on NAFTA, GATT, welfare reform, or the balanced budget. And if they win, it will not stop the forces of global, social, and economic change that have brought about new progressive movements all over the world, most notably Tony Blair's New Labor in Great Britain.

I am entirely confident that we will win in the end. We have rank-and-file Democrats on our side. We have the President's record of leadership on our side. And while we may not be able to match the money and muscle of the old interest groups, we have what they do not have: new ideas for applying our common Democratic values to the challenges of the Information Age.

Wherever possible, we should try to find common ground with the old Democrats, even as we vigorously challenge their efforts to recapture the Party. In particular, we should follow up a victory on fast track by asking the labor movement to work with us to create a system of lifelong training for workers that will "expand the winner's circle" of Americans prepared to benefit from America's leadership in global trade. Even in the heat of battle, we should never for a moment forget that this country always has needed, and always will need, a progressive labor movement that fights for the interests of working families, whether they are union members or not.

But we should also never forget that the Democratic Party's true constituency cannot be found in any interest group: it is the tens of millions of American families who have always relied on our party to help them realize their share of the American Dream.

Our conference subtheme is "Expanding the Winner's Circle," which refers to our longstanding efforts to equip Americans with the tools they need to succeed. But it also refers to our central mission as New

Democrats: building a new politics that transcends class warfare, narrow interests, and identity politics; that unites the majority of the American people around an activist agenda that reflects their values and promotes their economic, moral, and spiritual well-being; and, that challenges all of us to live up to our remarkable heritage as a free people who freely choose to work together towards a common destiny.

Under President Clinton, we have made enormous progress toward that end. Our challenge is to continue that progress for generations to come.

# # #

**If you would like to comment on this Web site, please send an e-mail to webmaster@dlcppi.org.**

***The Democratic Leadership Council***
518 C Street, NE
Washington, D.C. 20002
202-546-0007 | 202-544-5002 (fax)

**DLC Home Page| PPI Home Page| About DLC| About PPI| Library| Join/Order|
The New Democrat| Additional Resources| Stay Connected|
*DLC Update*| DLC *Talking Points*| The *DLC Briefing*| Top of Page**

# The Next Politics

**Remarks of Al From**
**President, Democratic Leadership Council**
**1998 DLC Annual Conference**
**Washington, D.C.**
**December 2, 1998**

---

Thank you very much, Senator Lieberman. This is just so great. This is the Democratic Party of the future--bold ideas, great leaders, tackling the big challenges facing our country--that's the kind of party we have to be.

This is the thirteenth Annual Conference of the DLC. Last night I was talking to Alan Diamonstein of Virginia, who helped raise the money for the first one back in Williamsburg in 1986. I think probably we could have gotten the number of people who were there into one corner of this room. We've come a long way.

We gather this morning at a time of great triumph, of great opportunity, and of great challenge for the New Democrat Movement.

Our triumph is that New Democrats, led by President Clinton and Vice President Gore, have redefined the center of American politics and in doing so we've also redefined our party.

That triumph is our opportunity--for we now have the chance to make the Democratic Party once again the dominant party in American politics. But our challenge is to turn that opportunity into a reality--to resist the temptation to return to old, discredited ways of the 1980s--and to build a modern, centrist, progressive party for the 21st century.

With this conference, we, in the Democratic Leadership Council, accept that challenge.

Let me be very clear about why we're here and what the DLC is about. Our mission is to ensure that the New Democrat politics that has dominated our party for the last six years continues to be the defining politics for the Democratic Party and for our country after President Clinton leaves office in 2001. We need a Democratic Party that tackles America's most difficult challenges with the kind of bold and innovative ideas that we are hearing about today. That is the key, not only to holding onto the White House in the year 2000, but to rebuilding our party at the congressional and gubernatorial levels, as well.

Together, we've come a very long way. This effort, which began less than a decade and a half ago, has not only reshaped politics in this country, but has spawned the Third Way political movement that has produced New Labor in Great Britain and reformed center-left governments throughout much of Europe.

Today, our Third Way-New Democrat message defines the center of American politics. And it has revitalized our party. The lesson of this election is abundantly clear: Where Democrats followed the President's lead and seized the political center, they did

EXHIBIT 113
2-23-06 ey

DLC: The Next Politics Page 2 of 7

unexpectedly well, winning in states which the political experts had long ago ceded to the Republicans.

Even some Republicans seem to have gotten that message. There's a certain Governor of Texas who ran on our themes. I call him New Democrat Lite. Imitation may be the greatest form of flattery, but later today when we hear from the Vice President and the President, we'll see there is a clear difference between the imposter and the real thing.

But this conference is not about dwelling on our past successes, as much as we may savor them. It is about the next politics. And that is what I want to talk about for a few minutes.

I want to make four simple points:

- First, the next politics--the politics of the 21st century--will be very different than the politics of the 20th century.
- Second, the dominant politics of the next century will be the Third Way--the politics shaped first here in this country by Bill Clinton and the New Democrats and later by our friend Tony Blair and New Labor in Great Britain.
- Third, the next politics will follow a very different set of political rules--rules that began to be obvious in this year's congressional elections.
- And finally, I want to talk about how we in the Democratic Leadership Council and Progressive Policy Institute, can and will play a defining role in shaping that new politics.

The first point: Demographic change will create a 21st century electorate that will render the political approaches and political philosophies of the 20th century increasingly irrelevant.

The electorate of the 21st century will be more educated, more affluent, more diverse, more suburban, more independent, less unionized, and less urban than the electorate of the 20th century.

Those changes are big, and, they are rapid. In this year's election, 49 percent of the electorate made over $50,000 a year. That's an increase of 11 percent from 38 percent just four years ago, the last off-year election. In 1994, twice as many voters (by 32 percent to 16 percent), made under $30,000 a year as over $75,000 a year. In 1998, just four years later, those categories were nearly even. Twenty-six percent made under $30,000 a year; 24 percent made over $75,000 a year.

The educational level changes are just as dramatic. Just in this decade, from 1992 to 1998, the percentage of the electorate that graduated college, at least, many of whom have post graduate degrees, increased from 39 percent to 46 percent.

And, this electorate is also becoming much more diverse. In 50 years, a quarter of the electorate will be Hispanic, another 13 percent or 14 percent will be African American, 8 percent Asian, and only 52 percent will be white. The composition of the electorate is

changing, too. Because of technology and the New Economy, there is a new category in the electorate--first identified by the Institute for the New California--which we call wired workers. It's made up of people who not only work with computers, but work in different arrangements, in self-directed teams, and not top-down arrangements. Nationally wired workers comprise about one-fifth of today's electorate--twice as big a block as African Americans in the electorate, and about the size of organized labor. That's only going to grow, and quickly.

The second big demographic shift is generational change. To be sure, the country is getting older and the electorate is getting older. But we're also going through generational change. In the year 2000, for the first time, the New Deal generation voters -- those who cast their first votes for President for Franklin Roosevelt or Harry Truman -- will be less than 10 percent of the electorate, probably around 8 percent maybe even less than that. And the dominant generations in the electorate will be the baby boomer generation and Generation X.

Now, why is that important? It is important because the New Deal generation is the one generation in American politics that believed in the power of centralized government. They saw the national government save us from the depression and win World War II to preserve our freedom from fascism and Nazism. Compare that with the experiences of the skeptical generations that followed--Vietnam, Watergate, political assassinations. Double-digit inflation was their defining economic experience. All of those people have a very different attitude about government.

For those reasons, both the political approaches and the political philosophies that govern the old politics will be very different in the next politics.

Let's just talk about political approaches for one minute. In the 1980's, the Republicans went to the bank on wedge politics--racial and ethnic wedge politics. No one practiced that kind of politics more than Governor Pete Wilson of California. He used immigration and affirmative action to play white identity politics. You can't do that anymore. In a diverse electorate, you can't play white identity politics, because there's not a big enough pool of white voters to build your majority.

That's why, to me, one of the most significant things that happened this year in California was not just that Gray Davis won by moving to the political center and running as a New Democrat. But, almost more importantly, in the gubernatorial primary, when there was a proposition against bilingual education on the ballot that was popular enough to win--so it was not an unpopular initiative--not only did all three Democratic candidates come out against it, but so did the Republican candidate Dan Lundgren. Why did he do it? Because he didn't want to be labeled as anti-immigrant in this changing population.

But Democrats need to learn something, too. This new, more educated, more affluent, more independent electorate is not going to respond to our old interest group politics. We're going to have to practice idea politics because these voters aren't going to be told by intermediaries how they should vote.

Finally, the old argument over the role of government--the left-right argument of centralized government, or no government--is going to be made increasingly irrelevant

by the new realities of the new economy, technological change, and this new electorate. What Americans need as we approach the millennium is neither a government that tries to do things that it can't deliver, nor a government that abandons them. Rather, they need what we call an empowering government--a government that equips them with the tools to solve their own problems.

That brings me to my second point, that the dominant politics in the 21st century is going to be our Third Way-New Democrat politics. We are the modernizers of the progressive tradition in American politics. Now, you all have heard me do this before, but I never will miss an opportunity to tell you the principles that must define our politics. They're the principles that have made us a great Democratic party throughout the 20th century, and now we have to apply new means in order to further them in the 21st century.

First, we're going to be the party of opportunity for all. That has been the animating principle of the Democratic party since the days of Andrew Jackson. But in the 21st century, we're going to be a party of opportunity by understanding that economic growth generated in the private sector is the key to opportunity.

Second, we're going to be a party of mainstream values. The values that most Americans believe in: work, family, responsibility, individual liberty, faith, and tolerance.

Third, we're going to be a party with an ethic of mutual responsibility. We reject Ronald Reagan's ethic of every man for himself, and if you don't make it, so be it. But we also reject the ethic of the old left that said "Don't worry if you don't make it, the government will do it for you." We believe the new social compact, the social compact for the 21st century, ought to be built on an ethic of mutual responsibility. Very simply, government has an obligation to organize public resources in a way that creates opportunities for ordinary citizens. But ordinary citizens have obligations, too. First to themselves and their families to take advantage of those opportunities, and second, to their country and their community, to give something back to the commonwealth.

Fourth, we're going to be an internationalist party. The United States ought to be the leader in the worldwide movement toward democracy and market economics. That's why we're going to continue to fight in the New Democrat movement for expanding trade. Because that's a key to opportunity in this country as well.

And finally, because we're Democrats we're going to be a party that believes in activist government. But we believe as Franklin Roosevelt did, that "new conditions impose new requirements on government and those who conduct government"--that we must constantly modernize government. In the 21st century, the best government is going to be decentralized and nonbureaucratic. It's going to be a government that equips people with the tools to solve their own problems in their own communities.

Lest people say that that approach gets away from Democratic tradition, may I remind you that two of the most successful Democratic initiatives in the 20th century, the G.I. Bill and FHA housing, were really New Democrat programs. The G.I. Bill was a voucher program. We didn't go out and build a bunch of public colleges and tell you that you had to go to this one and you had to go to that one. The G.I. Bill embodied the ethic of mutual responsibility. It said, to those of you who saved freedom in the world, your

country is going to offer you an opportunity to go to college--here's a voucher, take it to the college of your choice, and get your education. That built generations of American prosperity.

FHA housing wasn't a centralized program that built big high-rises. When we did that is when our housing policies got in trouble. What FHA housing was, was a market manipulation. We changed the rules so middle-class families, ordinary families, could afford the down payment to buy a house. Those are the kind of ideas we have to come up with again as we look ahead.

You know President Clinton has often summarized this formula as Opportunity, Responsibility, Community. That's our mantra. Those are the principles that will define the next politics.

Now to my third point: There are going to be different rules for this politics. Here are five of them.

First, ideas matter. The Republicans learned that the hard way in this election. While they wanted to talk about investigations, the American people wanted to talk about ideas. Increasingly with an upscale, more educated electorate, we're going to have to communicate with our voters about what we stand for and not just by the organizations we stand with.

Second, we need to remember the fundamentals. For Democrats, that means we have to be credible on fiscal discipline, crime, and welfare. When we are, the voters will be more than willing to listen to us on education, the environment, health care, and all the issues we like to talk about and where we have big electoral advantages. It was because President Clinton solidified us on those fundamental, threshold issues that our other candidates were able to make so much progress this fall on the issues that they wanted to talk about. That is also the reason, incidentally, that when the Republicans went into their normal battle cry of "liberal, liberal, liberal," it didn't work in most cases--because it was no longer true.

The Republicans have the opposite problem. They have to remember the fundamentals, too. Their problem is that voters don't believe they have compassion. People don't doubt their toughness to govern, but they do doubt their compassion to care. That's why you see Republican candidates, and particularly governors, trying to run as compassionate conservatives. Whatever that means.

Third, we're going to have to reach beyond our base. We've often said in this New Democrat movement that our goal is to build a coalition of those in the middle class and struggling to stay there and those who are aspiring to get there. Democrats have to continue to win support up the income ladder because America is becoming affluent. Let me give you an example of how that worked in this election. In the state of California, 55 percent of the electorate made over $50,000 a year. That was an enormous increase--a 12 percent increase over the 1994 gubernatorial election. And Gray Davis won that election because he did very well among those voters. Fifty-three percent of his vote came from voters with incomes of over $50,000 a year. We can't just talk to our base, because our base is declining. The base of both parties is declining. So we have to reach beyond our base.

Fourth, we have to talk to the electorate as it will be and not as it was. That's why the old messages don't work anymore. You can't communicate with wired workers by talking the talk of the 1950's or 1960's. And, we have to reach into the suburbs. One of the big differences between President Clinton and the congressional Democrats has been the President's ability to win the suburbs. Out of 159 suburban congressional districts--that's the largest block of congressional districts--the President won 104 in 1996. Unfortunately, the Republicans won 92 of them for Congress. That's where we have to make our gains because that's where the electorate is going.

Finally, and the most important rule of the new politics, is that the best government is the best politics. And if you don't believe me, ask President Clinton and his 68 percent approval ratings.

Now, what are we going to do? How are we going to drive this in the DLC? It's very simple. First, we're going to concentrate, as we have today, and we will continue in the work of PPI and our new publication, Blueprint, to develop and promote the next generation of New Democrat ideas--ideas that are going to tackle the big challenges facing the country.

Second, we're going to work hard to help to identify, nurture, and train the next generation of New Democrat leaders around the country. I see Congressman Jim Moran out there. He is a leader, with Cal Dooley and Tim Roemer, of the New Democrat Coalition in the House. That's a group of emerging leaders of our party that we hope to arm with our ideas as we try to develop new leadership to carry this party well into the 21st century.

In state legislatures, we're developing DLC caucuses. Most important over this next year, we are developing and putting into action a nationwide program to train new leaders, young leaders in our party, on how to do the kind of ideas-based, values-based politics that is going to be the next politics in America.

But I want to conclude today by re-emphasizing that final rule of the new politics, that the best government is really the best politics. Just think about what this Democratic Party over the last six years has already accomplished by following that rule.

For two decades the American people refused to elect Democrats for President because they didn't think we could manage the national economy. But under a New Democrat President, we now have the best economy in most of our lifetimes.

For most of the 1980's, we had to live with Ronald Reagan's label of tax and spend. But a New Democrat President, devoted to the principle of fiscal discipline, gave us the first balanced budget in three decades. We are no longer the party of tax and spend.

In the 1970's and 1980's, we lived with the label of the party that took money from people who worked to give it to people who didn't work. A New Democrat President ended the welfare system, but more importantly replaced it with a work system that has seen over the last six years more than five million Americans move from the welfare roles to the work roles; becoming part of American society, the American mainstream.

We were a party that was often accused--and sometimes rightly accused--of being soft

on crime. I remember in the 1980 Democratic platform that we devoted more attention to the issue of police brutality than public safety. But with sensible, anti-crime measures like community policing--which we first talked about at this conference in 1990 and 1991--and sensible gun control, we have seen crime go down now for six straight years and the Democratic party no is no longer viewed as soft on crime. Now crime is often our issue.

We were the party that was so devoted to big government that many people said we never saw a program we didn't embrace. But under the leadership of Vice President Gore and the reinventing government effort, we now have the smallest federal government since the days of John Kennedy. And, the federal workforce as a percentage of the whole workforce is the smallest its been since before Franklin Roosevelt.

By adhering to that rule, we've made tremendous strides for our nation and for our party. Indeed, our successes have shaped the politics of America in the 1990's.

Now our challenge is to carry our successes forward with the next generation of New Democrat ideas put into action by the next generation of New Democrat leaders. If we meet that challenge, we can both shape the next politics in our country and make the Democratic Party our nation's dominate political party again. That is our hope, that is our goal, and that is the end toward which we will work relentlessly in the Democratic Leadership Council and the Progressive Policy Institute. And, we're going to accomplish it.

---

**If you would like to comment on this Web site, please send an e-mail to webmaster@dlcppi.org.**

DLC Homepage | About DLC | DLC Archive | The New Democrat Movement
Blueprint: Ideas for a New Century | The New Democrat

PPI Homepage | About PPI | PPI Archive | The Third Way Philosophy

The Democratic Leadership Council (DLC) & The Progressive Policy Institute (PPI)
600 Pennsylvania Ave., S.E., Suite 400, Washington DC 20003,
Phone: (202) 546-0007, Fax: (202) 544-5002

Case 1:05-cv-01067-LFO Document 17-9 Filed 07/17/2006 Page 26 of 38

# The New Democratic Future
## Remarks of Al From
## President, Democratic Leadership Council
## Democratic Nucleus Club

**April 20, 1998**
**Phoenix, Arizona**

I'd like to take a few minutes to talk to you about the New Democrat movement about who we are and what we stand for--about what we have accomplished--about the new challenges we face and what we need to do to meet them--and about why it is so important we succeed.

In 1985, a small band of New Democrats--including a young governor from Arkansas and a freshman Senator from Tennessee--formed the Democratic Leadership Council to redefine our party. We believed that was essential to reversing our party's fortunes in presidential elections and building a New Democratic majority in national politics.

Today, the Democratic Leadership Council is at the intellectual and political center of the New Democrat movement. We develop and promote policy ideas--and we shape political strategies for using them. We have a small affiliated think tank, a magazine, and a network of elected Democrats, party and civic leaders, and policy entrepreneurs across the country. Over the next two years, we will be developing policy ideas for the year 2000 and building a network of the next generation of Democratic leaders across the country. I hope you will help us shape that new agenda and build that network.

New Democrats are the modernizers of the progressive tradition in American politics. We believe in the traditional values that have always propelled the Democratic Party. But we're New Democrats because we believe that the best way to further those values in a new era is to modernize our policies and programs so they keep up with the changing times.

The core principles that animate the New Democrat movement are grounded in the most fundamental values of the Democratic Party. Here are our core beliefs:

- We believe in equal opportunity for all and special privilege for none. That has been the animating principle of the Democratic Party since the days of Andrew Jackson. We are the party of upward mobility. We believe that social and economic progress are built on the talents and efforts of all Americans, not just the wealthy elites. That's why we disagree with the Republicans.

- We believe that economic growth is the prerequisite for opportunity for all and that the private sector, not government, is the primary engine for economic growth. That's why we support policies like fiscal discipline, expanded trade, and investment in research and development and human capital--policies that foster private-sector growth.

- We believe in tolerance and inclusion. We are proud of our heritage as the Party that helped tens of millions of immigrants--including my father--work their way into the social and economic mainstream. We are the party of civil rights and equal rights.

- We believe in the values that most Americans believe in: work, family, responsibility, individual liberty, faith, and tolerance.

- We believe in community: that we are all in this together and that we can only achieve our

EXHIBIT 114
2-23-06 e

individual destinies if we share a common commitment to our national destiny.

- We believe in an ethic of mutual responsibility: that government should create opportunities for ordinary citizens and citizens should give something back to the commonwealth. We reject the right's ethic of every man for himself and the left's ethic of something for nothing. We are proudly the party of the GI Bill, the Peace Corps, and Americorps.

- We believe that America has a special responsibility to lead the world by example and by diplomacy towards political and economic freedom.

- We believe that the most important challenge to our role in the world today is to continue to strengthen America's leadership in the global economy, showing the world that freedom can work to our mutual benefit, and that peaceful competition can lift the standard of living in every corner of the globe.

- We believe in activist government: that government can and should play a positive role in national life. We recognize that government is no alien institution--it is the agent of our collective will, and our instrument for helping Americans help themselves and each other.

- We believe that government today must equip people with the tools to solve their own problems. We believe government today must be modernized constantly to deal with the fast changing circumstances of the Information Age. We believe as Franklin Roosevelt did that "new conditions impose new requirements on government and those who conduct government."

In sum, New Democrats stand for an amalgam of traditional Democratic values and modern means. Our enduring purpose is equal opportunity for all, special privilege for none. Our public ethic is mutual responsibility. Our core value is community. And our modern means is an empowering government that equips people with the tools they need to get ahead. As you've heard President Clinton say many times, our formula is opportunity, responsibility, community and empowering government.

That New Democrat philosophy has brought us a long way.

In 1985, most political observers believed that a Democrat would not be elected president in this century, but New Democrat Bill Clinton not only won the White House, he became the first Democrat to be re-elected to second term since Franklin Roosevelt 60 years before--and became the first Democrat to carry Arizona in 48 years.

That political success is no accident. It is the result of hard work in forums across the country to develop innovative ideas that earn public support--because they are all grounded in New Democratic principles and because they work.

Ideas like fiscal discipline, expanded trade, the earned income tax credit, welfare reform, community policing, charter schools, market incentives for environmental protection, national service, re-inventing government, and so many more. Ideas that many Democrats once viewed as heretical that now are at the core of what our party stands for.

As President Clinton has put those ideas into place, we are changing the perception of the Democratic Party, and by doing so, are laying the foundation for building a New Democratic majority for the 21st century.

Just think how much political turf we've regained because of New Democrat ideas--turf that throughout the past quarter century the Republicans often claimed as their own.

For more than a decade, Democrats were denied the White House, in large part, because the American people lost faith in our ability to manage the national economy. Now, under a New Democrat president, most Americans are enjoying the greatest prosperity of our lifetimes--and our party's competency to manage the national economy is no longer in question.

Throughout the 1980s, Democrats were saddled with Ronald Reagan's label of tax and spend. But a New Democrat president has delivered the first balanced budget in three decades. New Democrats stand for fiscal discipline.

In the 1980s, Democrats were on the verge of becoming a protectionist party. The debate over expanded traded is not over--the fast track debate showed that--but a New Democrat president has made America the most competitive economy in the world. A New Democrat president put into place NAFTA, GATT, most favored nation status for China, and hundreds of trade agreements around the globe.

For a quarter century, Democrats have been accused of taking money from people who work to give it to people who don't. But a New Democrat president has ended welfare as we knew it and is going about replacing it with a work system. Under Democratic leadership, nearly four million Americans have moved from welfare to work.

Ever since 1968, Democrats were accused of being soft on crime. And, indeed, in our 1980 platform, we devoted more space to police brutality than to public safety. But now with sensible, progressive ideas like community policing, under the leadership of a New Democrat president, crime has dropped in nearly every major city in our country. Now New Democrats stand for preventing crime and punishing criminals, not explaining away their behavior.

In that same 1980 platform, the word responsibility never appeared, not once. But with ideas like welfare reform and national service, a New Democrat president has made responsibility-- both personal and civic responsibility--a core principle of the New Democrat message.

As long as I can remember Democrats have been pilloried as the party of big government. We never met a program we didn't like, our critics railed. But led by the Vice President's re- inventing government efforts, a New Democrat Administration has reduced the size of the federal workforce to the smallest its been since the Kennedy Administration. And, as a percentage of all workers, the federal workforce is smaller today than at any time since before Franklin Roosevelt.

We have accomplished all that because New Democrat ideas work. But we cannot rest on our laurels. Now, with a foundation in place, it's time to get on with our next challenge: building our new majority--the second great goal the DLC set out to accomplish in 1985.

To do that, we need to meet two new challenges. First, we have to develop the next generation of New Democrat ideas--ideas for meeting the biggest challenges our country faces at the dawn of a new century. And, second, we need to lift our New Democrat effort into a new phase--a phase aimed at building a true New Democrat political movement.

I believe American faces four big national challenges.

**First**, we need to equip all Americans to succeed in the new economy. The new economy of the

Information Age requires ever-more educated and skilled workers. And, as our economy changes, we simply cannot afford to leave anyone behind. We need to expand the winner's circle. That means we need to redesign the social compact of the industrial era: We need to build a world class education system, institute a system of lifetime learning, thoroughly revamp our training system with ideas like the G.I. Bill for America's workers, and assure that benefits like health care and pensions are portable.

**Second**, we need to build a world-class public education system. We need a public education system that is safe for students and teachers. We need a system that demands high standards and enforces those standards with testing and an end to social promotions. We need a system that offers parents a choice of where to send there kids in the public system, through charter schools, not vouchers. And, we need a system that holds everyone in it-- students, teachers, and administrators--accountable for their performance.

**Third**, we need to modernize the big entitlement programs--Social Security and Medicare. We need to honor our commitment to provide retirement and health security to older Americans. But we cannot honor those commitments if we run those programs into bankruptcy--or if we spend so much on preserving Social Security and Medicare that we don't have the resources to invest in improving education and making the public investments necessary to assure a growing economy. Simply put, we need to bring Social Security and Medicare into line with the demographic and resource realities of the 21st century.

Finally, we need to break the cycle of inner city poverty. Meeting that challenge is the key to our commitment to equal opportunity and upward mobility--and it is at the moral core of what our party has always stood for. Now is a time for a new urban agenda--that builds on welfare reform, empowerment zones, and a host of other initiatives this Administration has initiated. We need to develop wealth-creating capacities in our inner cities, and we need to increase the home ownership in poor neighborhoods. A successful empowerment agenda can also become an important weapon in dealing with America's persistent racial tension.

We don't have all the answers. We need your help in shaping practical solutions that work. That's why I hope many of you will become part of our network.

And, let me suggest a place we can start to work together. On June 4 and 5, in Washington, the DLC will sponsor our second national conversation. Elected Democrats and civic leaders from across America will discuss how to replicate the President's success at the congressional, state, and local levels and how to tackle the major challenges I just outlined. I hope many of you will join us.

Now a word about our second challenge: building that network of the next generation of Democratic leaders.

We have defied the odds by electing a New Democrat president. We have shown that by governing as a New Democrat, a Democratic president can be re-elected. And we've established the new reality of American politics--that New Democrats beat Republicans. The problem is that Republicans still usually beat old Democrats.

That's why we need to swell the ranks of New Democrats--so that the Democratic Party is a New Democratic Party from the courthouse to the statehouse to the White House--so when the American people go to the polls, they'll always have a New Democrat to vote for.

Not surprisingly, most rank and file Democrats already embrace the New Democrat point of view. Our

polling makes that quite clear. But too much of the party's infrastructure--including many of the organized interest groups who provide money and energy in so many campaigns--would really like us to go back to the messages that the American people consistently rejected before the New Democrats came along. We can't do that if we hope to be a majority party again. Our candidates need to be free to deliver the New Democrat message--the message that best connects with the political marketplace--without having to fear repercussions from groups whose support they need to win.

The bottom line is this: We need to build a new 21st century political infrastructure--a new information based political network, if you will--that will help, not hinder, our candidates who run on the New Democrat message.

We can do that. And, the DLC is expending considerable energy to find tomorrow's leaders in our party and to build that network. We want you to be part of that network.

Now let me conclude with why I believe it is so important that we succeed.

The stakes are enormous. Control of American politics is up for grabs as never before. Neither party has a governing majority at any level of government. And, if we want progressive government to prevail at the beginning of the next century, we need to build a New Democrat majority that can assure it.

Because it has lost control of its fanatical, extreme right wing, the Republican Party has been unable to convert its 1994 victory into a national governing majority. But they still have the momentum in the states and in Congress.

We need to be honest about the state of our party. We own the White House, but we don't control either House of Congress, and we occupy only 17 governorships and control only about half of the state legislative houses.

The next two elections will probably determine the shape of American politics well into the next century. While we need to remain optimistic, if historical trends hold, we cannot expect major changes this year. If, in the year 2000, Republicans retain control of Congress and win back the White House, then their drive to dismantle progressive government will gain new momentum--and the Democrats won't be in a position to stop them.

At the state level, the next two elections are even more important. Today, there are 26 states in which a change of six seats would change control of a legislative chamber. These states will control apportionment of 301 congressional districts after the census of 2000. And, how they are apportioned will say a lot about which party controls Congress in the first decade of the next century.

If we want to stop the Republican surge, we should take a long look at the one level of American politics in which Democrats are building a strong advantage: the presidential level, where the New Democratic philosophy is creating a new, growing coalition of Americans supporting progressive policies.

For the first time since the 1970s, the Democratic electorate in presidential elections is growing, not shrinking. We're once again the party of young people. We once again represent immigrants. We once again represent young families who don't look to government to solve their problems, but rather ask that government help them become better parents and citizens.

If we want to become a majority party at the dawn of the 21st century, we simply need to replicate our success at the presidential level at every other level of American politics.

You can help make that happen. Join with us, and together we will rebuild a Democratic Party that again unites those Americans struggling to join the middle class with those struggling to stay there--a broad-based Democratic Party united around President Clinton's core New Democrat principles of opportunity, responsibility, community, and empowering government.

Together, we can build such a party. And when we do, we will be back in our rightful places as America's majority party.

# # #

**If you would like to comment on this Web site, please send an e-mail to webmaster@dlcppi.org.**

***The Democratic Leadership Council***
518 C Street, NE
Washington, D.C. 20002
202-546-0007 | 202-544-5002 (fax)

DLC Home Page| PPI Home Page| About DLC| About PPI| Library| Join/Order|
The New Democrat| Additional Resources| Stay Connected|
*DLC Update*| DLC *Talking Points*| The *DLC Briefing*| Top of Page

# The Vital Center Starts Here

**Remarks of Al From**
**President, Democratic Leadership Council**
**1999 DLC Annual Conference**
**Washington, D.C.**
**Thursday, October 14, 1999**

---

As we gather for this, the last DLC conference of the 1990s, we are reminded of how far we've come since our first conference in this decade, but we are well aware that our job is still not finished.

We began this decade hoping to end the Democratic Party's losing streak in presidential politics. We end it with a New Democrat president finishing his second successful term, and with our sights set on returning a transformed Democratic Party to its rightful place as the majority party in American politics.

At the end of the 1990s the New Democrat movement is vibrant, determined and growing. What a decade this has been for New Democrats.

When we met in New Orleans in March, 1990, when we inaugurated a young governor from Arkansas as Chairman of the DLC, and issued that landmark document, the New Orleans Declaration, there were no New Democrats, no New Democratic movement, no New Labour in Great Britain, no New Middle in Germany, no Third Way sweeping progressive politics in the world. The Democratic Party was out of ideas, out of confidence and out of power.

And America was out of synch. Unemployment and inflation were far too high. The deficit was going up and incomes were going down. Crime was exploding and so was welfare. The federal government was the biggest it had ever been and getting bigger.

As we meet here today, America is on a roll. Our economy is the best in our lifetime, employment is at an all-time high and unemployment at a three-decade low. Inflation is low and under control. Incomes and wages are going up. Child poverty is down, and the welfare rolls have been cut nearly in half. The violent crime rate is the lowest in a quarter century. And the federal government is the smallest since the Kennedy administration.

Need I remind you, all of that has been accomplished under a New Democratic president, the first Democratic president to be elected and re-elected to the White House in six decades.

That is an incredible record, and it didn't just happen. It happened because of the hard work we undertook under President Clinton's leadership to modernize our party, to come up with bold and innovative ideas for growing the economy, ending welfare, reducing crime and streamlining government--ideas that challenged the status quo and often challenged the orthodoxies in our own party. And it happened because President Clinton had the vision and the courage to put into action so many New Democrat ideas--ideas

EXHIBIT 15
2-23-06 [illegible]

that have worked and made America a better, safer and more prosperous country.

I'm proud of what the New Democrat movement has accomplished for America, and you should be, too. And I'm proud of what we have done for our party, that New Democrat ideas have transformed our great party and that our success has become a model for the Third Way political philosophy that has propelled the resurgence of center left parties throughout the democratic world. That indeed is the biggest story in world politics in the 1990s. As President Clinton said at our conference last year, in just 15 years DLC ideas are literally sweeping the world. I'm proud of that, and I sure hope you are too.

Now, as we look to the future, we need to understand what is really at the core of our success. We reconnected our party, the oldest and greatest political party on the face of this earth, with its first principles and its grandest traditions. We modernized its programs and its policies. We brought the Democratic Party into the information age. But we did not run away from our party; we brought it back to its more cherished principles, and its highest ideals, and we offered new and innovative ways to further them.

We brought our party back to its first principle as the party of opportunity, by understanding that if you want to be a party of opportunity in the 21st Century you have to be a party of private sector growth.

We reunited our party's policies with the values that most Democrats and most Americans share, by passing welfare reform and the expanded earned income tax credit, the Medical and Family Leave Act, and by reducing crime with bold ideas like community policing and sensible gun control.

We reconnected this party with the civic ethic of John Kennedy by passing AmeriCorps and by asking citizens to give something back to their country.

We are in the process of bringing this party back to its historic place as the party of internationalism, the party that believes in expanding trade throughout the world.

Finally we reconnected this party with Franklin Roosevelt's true legacy, that of innovation, by modernizing government under the leadership of Vice President Gore, so today the federal government is smaller, but we have an activist government all over this country that is equipping people with the tools they need to solve their own problems in their own communities.

In short, we have shaped a modern, progressive political philosophy for the information age. To paraphrase our friend Tony Blair, it is an incredibly wonderful speech that he gave to the Labour Party of Great Britain about two weeks ago, our New Democrat philosophy is not a compromise between liberalism and conservatism; rather, it is a modernization of progressivism. It is progressivism distinguishing itself from the status quo forces of both the left and the right.

And, it is progressivism once again defining the vital center of American politics, the vital center where presidential elections are won and lost, the vital center that President Clinton and the New Democrats now occupy.

So it is no wonder that the leading candidates for president in both political parties seem to be running to be elected to President Clinton's third term. And it is not surprising that the leading candidate in the other party, having already tried to steal our rhetoric, is now in a headlong dash to run away from his party's leadership in Congress.

Now, I understand why any Republican who hopes to be elected president would want to identify with New Democratic principles. They're the principles that most Americans embrace. And I certainly understand why a Republican candidate for president would want to run away from the polarizing right wing of his own party. He knows he cannot be elected president on their agenda.

You know, as I think about that republican agenda, balancing the budget on the backs of the poor, a 13-month fiscal year and all the other nonsense that comes out of that Congress, I can't help but once again hearken back to the words of Tony Blair as he was describing the Tories under William Hague: "Weird, weird, weird."

But let us not confuse an attempt to separate from the Republican Party's right wing with what President Clinton did to transform the Democratic Party during this decade. There is a big difference between the hard work of modernizing a political philosophy to reconnect with a party's first principles and historic traditions, and fashioning a slogan or a speech that expediently pushes off a party's unpopular leadership.

Many of you know how hard the work of transforming a party really is, because you were part of it, you where there in New Orleans and Cleveland at those defining DLC conferences. Together we took on the tough debates and the hard fights. Along the way, we even picked up a few scars.

But let's be very clear: The vital center of American politics starts right here.

Let me repeat that: The vital center of American politics starts right here, in the DLC, in the modern, transformed Democratic Party. It is a progressive center. We defined it. We developed the ideas that shaped it. We put those ideas into action. And, we intend to carry those ideas to fruition to transform America in the 21st Century.

After all we went through to modernize our party, we are not about to sit idly by and let the Republicans reclaim the vital center on the cheap.

So my message to our compassionate conservative imitators is this: We're flattered that you want to imitate our rhetoric, but by November of next year the American people will know the difference between the imposter and the real thing.

But we need to understand that the challenge to our turf is real. We cannot become complacent. We need to keep challenging the status quo, to keep the mantle of progressive reform firmly in our grasp. We need to continue to modernize our party. We must resist any temptation to go back. Our candidates for president need to understand that there's just one proven progressive formula for winning the White House and governing effectively in the United States. It's the New Democrat formula. There's no other way.

If we want to hold on to the vital center of American politics, and that is the key to our

*holding onto the White House, New Democrats must continue to drive our party* politically and intellectually. That's just what we intend to do at the DLC and PPI.

That's why we're expending so much energy and resources to building our network of the next generation of New Democrat leaders in Congress and all across this country.

We all know that the most exciting and significant development in Congress in the past three years has been the establishment and the success of the New Democrat coalition under the leadership of Cal Dooley, Jim Moran and Tim Roemer. We've always been strong in the United States Senate with leaders like Joe Lieberman and Jon Breaux, and we're getting stronger. Every new Democrat elected to the Senate in 1998 was a New Democrat. We're making important progress in gubernatorial elections as well. Last year in Georgia, South Carolina, Alabama and in the big enchilada, California, we elected Democratic governors, every one of them a New Democrat. In fact, every one of the 17 democratic governors governs as a New Democrat.

But in many ways, our efforts to build our network around the country are just beginning. We saw some of the fruits of that effort in July with our fabulously successful national conversation, hosted by Lieutenant Governor Kathleen Kennedy Townsend in Baltimore, where we had 175 of America's most exciting and talented future leaders to demonstrate that the future of our movement is in good hands.

It's critical now that we continue to build that network at the state and local level. In an era of decentralization, of economic and political power, the impetus for political reform and innovation will come increasingly from the states and localities. The actions of state and local New Democrats will increasingly be the face of our movements that most Americans see in their own communities and in their everyday lives.

For that reason we've launched our DLC leadership workshop program; our effort to teach state and local leaders about the values and principles of the New Democrat movement. With your help, that program got off to a great start this year in ten states. Next year we need to bring it to scale.

And if we're going to shape politics for the information age, we need to operate in the information age. We intend to do that too. Next month, if all goes well, we hope to sponsor, in partnership with Excite.com, an Internet search engine with 38 million subscribers, the first- ever online video town meeting.

Later this year we will undertake a major expansion of our website, so that we can better serve and better connect our New Democrat community all across this country and increasingly around the globe. As important members of that community, we need your help in that undertaking. Don't put your hand on your wallet; I'm going to ask you for some ideas, not for money. In your packets you will find a survey sheet -- this one -- that has been put together by our web team. I hope you'll take a minute and fill it out and drop it into one of the boxes marked surveys, or give it to a DLC or PPI staff member. We need your input.

I said a minute ago that if we are going to hold on to the political center we have to continue to push progressive reform. And as Joe Lieberman has outlined, that's really why we are here today.

Last night we heard the President tell us that the unfinished business in the modernization of our Democratic Party is on the issue of how we respond to the new global economy. Most Democrats today have moved to the New Democrat position on managing the economy, fiscal discipline, welfare, crime, streamlining government, educational standards and so many others. But our party remains sharply divided on trade and globalization.

That division has hurt out party. It hurt our party and it hurt America in 1997 when it was the lack of Democratic support in the House of Representatives that denied a Democratic president the authority he needs to negotiate trade agreements in America's best interest, in the interest of American workers and American businesses. That was wrong.

Next month, when the WTO ministers meet on America soil in Seattle, it is incumbent upon all Democrats to help the President achieve the goals for that meeting he outlined so eloquently and passionately last night. We owe it to him, but more importantly we owe it to our country and to our party.

If we are going to be a majority party in the 21st Century, we need to be the party that leads America into the global economy, that stands for expanding trade and opening markets, that stands for expanding the winner's circle here at home, so that all Americans can reap the benefits of the new global economy.

In his speech last night, President Clinton challenged us in the DLC to help forge a new consensus on trade, so that our party can continue to move forward and not fall back. We accept that challenge, and I'm confident we can meet it. I'm confident we can meet it because I see a new willingness among those in our party that have supported expanded trade--and those who've resisted it--to seek common ground.

That's why we're delighted this afternoon to welcome Dave Smith, the Director of Public Policy for the AFL-CIO to our conference. Of course, New Democrats and the labor movement have had sharp differences over the years on trade and globalization. Everybody knows that. But I hope discussions like the one we will have today can begin to bridge those differences. But even if differences remain, as we welcome Dave Smith here today, I want to repeat what I said in the heat of our battle over Fast Track in 1997: We should never forget for one moment that this country has always needed and will always need a progressive labor movement that fights for the interest of working families, whether they are members of unions or not.

As we begin our discussions today, it is important to understand that the differences in the Democratic Party on trade are based on real concerns. Most Democrats who are worried about globalization want to make globalization a positive development for all Americans. Certainly New Democrats, who are proud to stand in the Democratic Party's historic tradition of open trade, are very concerned about making sure that every American and every community has a chance to benefit from economic growth, change and prosperity.

The main purpose of this agenda today is to explore, as Senator Lieberman said, a Third Way approach to globalization that can unite progressives and all Democrats, a Third Way that rejects both the laissez faire belief that the global economy is self-regulating

DLC: The New Politics of Globalization Case 1:05-cv-01067-LFO Document 17-9 Filed 07/17/2006 Page 37 of 38 Page 6 of 7

and the protectionist belief that America can withdraw from the global economy and maintain high living standards and economic growth.

Our Third Way philosophy on globalization is grounded in those three simple principles: expanding trade, having a new set of rules that help regulate trade in the global economy, and expanding the winner's circle here at home.

If Democrats can unite on this Third Way of rules-based internationalism and domestic empowerment, then we can help build a national consensus that links U.S. leadership abroad with growth and equity at home, just as Democrats have always done in the past.

New Democrats, who have been the strongest advocates in our party for globalization, need to lead the way to forging that new consensus.

I'm confident that we will reach this new consensus on a Third Way on trade and globalization, because in the end, as the President made so clear last night, we really have no choice. The global economy is here to stay. It won't go away simply because we resist it, or we wish it away. Globalism is not some accident that came out of the blue. It is a product of two big forces: technological change, which is breaking down traditional barriers to exchange of goods, services and information and ideas, and political change, which is creating a convergence in most parts of the world toward the principles that we hold so dear: democracy and market economics.

So let's go to work. Let's meet the President's challenge. Let's forge a new consensus on globalization. Let's make that consensus yet another example of how New Democrats are leading our party into the information age, into the 21st Century.

And let us remember that for all we have accomplished, our New Democrat movement is still young, and our best days are still ahead of us.

In the 1990s the New Democrats reversed our party's fortunes in presidential elections. Now we must set our sights on making a modernized Democratic Party the majority party in America once again. Let's make the 21st Century the New Democratic century.

We can do that if we keep our sights set on the future. We know that if we let our memories outweigh our hopes, then we will become old. That will not happen, because we will not allow it to happen. It is the destiny of this New Democrat movement to remain young forever. The vital center starts here.

Thank you very much.

---

**If you would like to comment on this Web site, please send an e-mail to webmaster@dlcppi.org.**

DLC Homepage | About DLC | DLC Archive | The New Democrat Movement
Blueprint: Ideas for a New Century | The New Democrat

PPI Homepage | About PPI | PPI Archive | The Third Way Philosophy

file://E:\DLC\DLC\1999\99conf_from.htm 2/11/2006

Case 1:05-cv-01067-LFO Document 17-9 Filed 07/17/2006 Page 38 of 38

The Democratic Leadership Council (DLC) & The Progressive Policy Institute (PPI)
600 Pennsylvania Ave., S.E., Suite 400, Washington DC 20003,
Phone: (202) 546-0007, Fax: (202) 544-5002