DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:05-cv-1067 (JGP) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) |

**Declaration of David A. Hubbert: Appendix 1**

Part 4

181249.1

DLC | Speech | January 13, 1999
# Politics of the 21st Century
Democratic Party Legislative Ball, Salt Lake City, Utah

By Al From

I want to talk tonight about the next politics--the politics of the 21st Century--and about where it's headed and how we can shape it.

Fourteen years ago, in the wake of the 1984 Presidential election debacle, a small band of New Democrats--including a young Governor from Arkansas and a freshman Senator from Tennessee--formed the Democratic Leadership Council to reverse our party's flagging fortunes in national politics.

Today, the DLC is at the intellectual and political center of the New Democrat movement. We develop and promote policy ideas--and we shape political strategies. We have a small affiliated think tank, a bi-monthly magazine, a new policy journal, a national training program for up and coming leaders, and a network of thousands of supporters across the country.

In 1999, the DLC has a very clear mission: to ensure that the New Democrat politics that has dominated our party for the last six years, continues to be the defining politics for the Democratic Party and for our country after President Clinton leaves office in 2001.

We need--and we are determined to build--a modern, centrist, progressive Democratic Party that tackles America's most difficult challenges with bold and innovative ideas. That is the key, not only to holding onto the White House in the year 2000, but to rebuilding our party at the congressional and gubenatorial levels, as well.

New Democrats have come a very long way. When we launched the DLC in 1985, most political observers believed that no Democrat would be elected President again in this century. We proved the experts wrong. New Democrat Bill Clinton was not only elected in 1992, but became the first Democrat to be re-elected to a second term since Franklin Roosevelt 60 years before.

Today, Third Way-New Democrat ideas define the center of American politics.

But we cannot dwell on our past successes, as much as we may savor them. I want to talk instead about the next politics.

I want to make four simple points:

- First, the next politics--the politics of the 21st century--will be very different than the politics of the 20th century.

- Second, the dominant politics of the next century will be the Third Way--the politics shaped first here in this country by Bill Clinton and the New Democrats and later by our friend Tony Blair and New Labor in Great Britain.

- Third, the next politics will follow a very different set of political rules--rules that began to be obvious in last year's congressional elections.

- And finally, I want to talk about how the Democratic Leadership Council can and will play a defining role in shaping that new politics.

The first point: demographic change will provide a 21st century electorate that will render the political approaches and political philosophies of the 20th century increasingly irrelevant.

The electorate of the 21st century will be more educated, more affluent, more diverse, more suburban, more independent, less unionized, and less urban than the electorate in the 20th century.

Those changes are big, and, they are rapid. In the 1998 election, 49 percent of the electorate made over $50,000 a year, up 11 percent from 38 percent just four years earlier, the last off-year election. In 1994, twice as many voters, by 32 percent to 16 percent, made under $30,000 a year as over $75,000 a year. In 1998, just four years later, those categories were nearly even. Twenty-six percent made under $30,000 a year; 24 percent made over $75,000 a year.

The educational level changes are just as dramatic. Just in this decade, from 1992 to 1998, the percentage of the electorate that graduated college, at least, many of whom have post graduate degrees, increased from 39 percent to 46 percent.

And, the electorate in the next politics will be much more diverse. In 50 years, a quarter of the electorate will be Hispanic, another 13 percent or 14 percent will be African American, 8 percent Asian. And only 52 percent will be white.

The composition of the electorate is changing too. Because of technology and the new economy, there is a new category in the electorate, first identified by the Institute for the New California, which we call wired workers. It's made up of people who not only work with computers, but work in different arrangements, in self-directed teams, not top down arrangements. Today, nationally they're about a fifth of the electorate--twice the number of African Americans in the electorate, and about the same as organized labor. Wired workers will grow in numbers--and quickly.

The second big demographic shift is generational change. To be sure the country is getting older and the electorate is getting older. But we're also going through generational change. In the year 2000, New Deal generation voters -- those who cast their first votes for President, for Franklin Roosevelt or Harry Truman -- will be less than 10 percent of the electorate, probably around 8 percent. The dominant generations in the electorate will be the baby boomer generation and Generation X.

Now why is that important? It is important because the New Deal generation is the one generation in American politics that believed in the power of centralized government. They saw the national government save us from the depression and win World War II to preserve our freedom from fascism and Nazism. Compare that with the experiences of the skeptical generations that followed -- Vietnam, Watergate, political assassinations. Double digit inflation was their defining economic experience. Baby boomers and Generation Xers have a very different attitude about government.

For those reasons, both the political approaches and the political philosophies that govern the old politics will be very different in the next politics.

Let's just talk about political approaches for one minute. In the 1980's the Republicans went to the bank on wedge politics--racial and ethnic wedge politics. No one practiced that kind of politics more than Governor Pete Wilson of California. He used immigration and affirmative action to play white identity politics. You can't do that anymore. In a diverse electorate you can't play white identity politics, because there's not a big enough pool of white voters to build your majority.

That's why, to me, one of the most significant things that happened last year in California, was not just that Gray Davis won by running as a centrist, New Democrat. It was that in the gubenatorial primary, when there was a proposition against bilingual education on the ballot that was popular enough to win--so it was not an unpopular initiative--not only did all three Democratic candidates come out against it, but so did the Republican candidate Dan Lungren. Why did he do it? Because he didn't want to be labeled as anti-immigrant with these changing demographics.

But Democrats need to learn something too. This new, more educated, more affluent, more independent electorate is not going to respond to interest group politics. We're going to have to talk to them directly with our ideas because these voters aren't going to be told by intermediaries how they should vote.

**DLC 11652**

Finally, the old argument, over the role of government, the left-right argument of centralized government, or no government, is going to be made increasingly irrelevant by the new realities of the new economy, technological change, and this new electorate. What Americans need as we approach the millennium, is neither a government that tries to do things that it can't deliver nor a government that abandons them. Rather, they need an empowering government--a government that equips them with the tools to solve their own problems.

That brings me to my second point, that the dominant politics in the 21st century is going to be our Third Way -- New Democrat politics. New Democrats are the modernizers of the progressive tradition in American politics. We believe in furthering traditional Democratic Party values with modern means.

Here are our core beliefs.

First, we believe in opportunity for all, special privileges for none. That has been the animating principle of the Democratic party since the days of Andrew Jackson. But we understand that in the 21st Century economic growth, generated in the private sector, will be the key to opportunity.

Second, we stand for mainstream values, the values that most Americans believe in: work, family, responsibility, individual liberty, faith, tolerance, and inclusion.

Third, we believe in an ethic of mutual responsibility. We reject Ronald Reagan's ethic of every man for himself, and if you don't make it so be it. But we also reject the ethic of the old left that said "Don't worry if you don't make it, the government will do it for you." We believe the new social compact -- the social compact for the 21st Century should be built on an ethic of mutual responsibility. Very simply, government has an obligation to organize public resources in a way that creates opportunities for ordinary citizens. But ordinary citizens have obligations, too. First to themselves and their families to take advantage of those opportunities and second to their country and their community, to give something back to the commonwealth.

Fourth, we believe the United States ought to be the leader in the worldwide movement toward Democracy and market economics. That's why we're going to continue to fight in the New Democrat movement for expanding trade. Because that's a key to opportunity in this new global economy.

And finally, because we're Democrats we believe in activist government. But we believe as Franklin Roosevelt did, that "new conditions impose new requirements on government and those who conduct government"--that we must constantly modernize government. In the 21st century, the best government is going to be decentralized and nonbureacratic. It's going to be a government that equips people with the tools to solve their own problems in their own communities.

Lest people say that that approach gets away from Democratic tradition, may I remind you that two of the most successful Democratic initiatives in the 20th century, the G.I. Bill and FHA housing, would be viewed today as New Democrat programs. The G.I. Bill was a voucher program. We didn't go out and build a bunch of public colleges and tell you that you had to go to this one and you had to go to that one. The G.I. Bill embodied the ethic of mutual responsibility. It said, to those of you who saved freedom in the world, your country is going to offer you an opportunity to go to college--here's a voucher, take it to the college of your choice, and get your education. That simple idea built generations of American prosperity.

FHA housing wasn't a centralized program that built big high-rises. When we did that is when our housing policies got in trouble. FHA housing was a market manipulation. We changed the rules so middle-class families, ordinary families, could afford the down payment to buy a house. Innovation not bureaucracy always has been--and always must be--the cornerstone of our politics.

To sum up: Opportunity, Responsibility, Community. That is our mantra. Those are the principles that will define the next politics.

Now to my third point: there are going to be different rules for this next politics. Here are five of

**DLC 11653**

them.

First, ideas matter. The Republicans learned that the hard way in the 1998 election. While they wanted to talk about investigations, the American people wanted to talk about ideas. Increasingly with an upscale, more educated electorate, we're going to have to connect with our voters by what we stand for and not just by the organizations we stand with.

Second, we need to remember the fundamentals. For Democrats that means we have to be credible on fiscal discipline, crime, and welfare. When we are, the voters will be more than willing to listen to us on education, the environment, health care, and all the issues we like to talk about and where we have big electoral advantages. It was because President Clinton solidified us on those fundamental, threshold issues that our other candidates were able to make so much progress last fall on the issues that they wanted to talk about. That is why the old Republican battle cry of "liberal, liberal, liberal," didn't work last year--because it was no longer true.

The Republicans have the opposite problem. They have to remember the fundamentals too. Their problem is that voters don't believe they don't have the compassion for ordinary people. Voters don't doubt their toughness to govern, but they do question their compassion to care. That's why you see Republican candidates, and particularly governors, trying to run as compassionate conservatives. Whatever that means.

Third, we're going to have to reach beyond our base. We need to build a coalition of those in the middle class and struggling to stay there and those who are aspiring to get there, the voters in our traditional base. To be successful, Democrats increasingly have to continue to win support up the income ladder because America is becoming more affluent. Let me give you an example of how that worked in the recent election. In the state of California, 55 percent of the electorate made over $50,000 a year. That was an enormous increase over the 1994 gubenatorial election. More than half of Gray Davis' vote--53 percent--came from voters with incomes of over $50,000 a year. We can't win anywhere any more by just talking to our base, because our base is declining. The base of both parties is declining. So we have to reach beyond our base.

Fourth, we have to talk to the electorate as it will be and not as it was. That's why the old messages don't work anymore. You can't communicate with wired workers by talking the talk of the 1950's or 1960's. And, we have to reach into the suburbs. One of the big differences between President Clinton and the congressional Democrats has been the Presidents' ability to win the suburbs. Out of 159 suburban congressional districts--that's the largest block of congressional districts--the President won 104 of those in 1996. Unfortunately, the Republicans won 92 of them for Congress. That's where we have to make our gains because that's where the electorate is going.

Finally, and the most important rule of the new politics, is that the best government is the best politics. Don't believe me. Ask President Clinton and his sky high approval ratings.

Now what is the DLC doing to shape the next politics? It's very simple. First, we're going to concentrate the work of our think tank and our new policy journal on developing and promoting the next generation of New Democrat ideas -- ideas that are going to tackle the big challenges facing the country.

Second, we're going to work hard to help to identify, nurture, and train the next generation of New Democrat leaders around the country. In the Congress, we're working closely with the New Democratic Coalition in the House, a group of emerging leaders who armed with New Democrat ideas can help to carry our party into the 21st century.

In state legislatures we're developing DLC caucuses. Most important, we have launched a nationwide program to train new leaders, young leaders in our party, on how to practice the kind of ideas-based, values-based politics that is going to be the next politics in America.

But I want to conclude tonight by re-emphasizing that final rule of the new politics that the best government is really the best politics. Just think about what this Democratic party has already accomplished, in the last six years, by following that rule.

For two decades that the American people refused to elect Democrats for President because they didn't think we could manage the national economy. But under a New Democrat President, we now have the best economy in most of our lifetimes.

For most of the 1980's we had to live with Ronald Reagan's label of tax and spend. But a New Democrat President, devoted to the principle of fiscal discipline, gave us the first balanced budget in three decades. We are no longer the party of tax and spend.

In the 1970's and 1980's we lived with the label of the party that took money from people who worked to give it to people who didn't work. A New Democrat President ended the welfare system, but more importantly replaced it with a work system that has seen over the last six years, more than five million Americans move from the welfare roles to the work roles becoming part of American society, the American mainstream.

We were a party that was often accused--and sometimes rightly accused--of being soft on crime. I remember in the 1980 Democratic platform that we devoted more attention to the issue of police brutality than of public safety. But with sensible, anti-crime measures, like community policing--which we first talked about in the DLC in1990 and 1991--and sensible gun control, we have seen crime go down now for seven straight years and the Democratic party no is no longer viewed as soft on crime. Now crime is often our issue.

We were the party that was so devoted to big government that many people said we never saw a program we didn't embrace. But under the leadership of Vice President Gore and his reinventing government effort, we now have the smallest federal government since the days of John Kennedy. And, the federal workforce as a percentage of the whole workforce is the smallest its been since before Franklin Roosevelt.

By adhering to that rule, we've made tremendous strides, for our nation, and for our party. Indeed those successes have shaped the politics of America in the 1990's.

Now our challenge is to carry our successes forward with the next generation of New Democrat ideas put into action by the next generation of New Democrat leaders.

I believe we can meet that challenge. By pursuing our New Democrat political philosophy, by building a modern, centrist, progressive Democratic Party for the 21st Century, we can shape the next politics and make the Democratic Party our nation's dominate political party again.

*Al From is president, Democratic Leadership Council.*

DLC | Speech | June 13, 1999

# Al From's Remarks at the 1999 Jefferson-Jackson Dinner
Boise, Idaho

By Al From

I come to you tonight with a message of hope. I know the last four years have not been the best four years in the history of the Idaho Democratic Party. But my message to you tonight is: don't get discouraged, don't give up. You can turn this around--and you will turn this around.

I know something about turning parties around.

In 1984, the party of Franklin Roosevelt, and Harry Truman, and John Kennedy; the party that led America to most of its economic and social progress in the 20th century; the party that dominated American politics for nearly five decades, lost 49 states. There are a lot of people who thought if the election had been a day or two later, we would have lost all 50. We hit bedrock. Indeed, in 1980s, in each of those three presidential elections, we lost at least 40 states. By 1992, we had lost five of the last six presidential elections, and most political experts said we would not win the presidency again in this century.

But we did not give up. With a young governor from Arkansas and a freshman senator from Tennessee, we formed the Democratic Leadership Council. We believed that if we held firmly to the first principles of the Democratic Party, but furthered those principles with fresh ideas and modern means; if we built a modern, centrist, progressive Democratic Party that tackles America's most difficult challenges with bold and innovative ideas, the American people would once again turn to us for national leadership.

That is what we did, and that is what they did. We built the New Democrat movement, and the American people responded.

We proved the experts wrong. In 1992, we elected Bill Clinton, former chair of the Democratic Leadership Council and leader of our movement, President of the United States. In 1996, for first time in six decades, we re-elected a Democratic President.

Last year, in California with Gray Davis, running as a New Democrat, with the support of the traditional constituencies in our party, we won back the governorship of our nation's largest state for the first time in 16 years. And, we won statehouses in places like Alabama, Georgia, and South Carolina--places that the experts had long ago ceded to the Republicans.

We did it by redefining and reclaiming the political center--by combining the strong support of traditional Democratic constituencies with the support of voters who have not voted for a Democrat for a very long time.

With that formula, in the year 2000, we are going to hold onto the White House, elect Al Gore, President of the United States, and win back the United States Congress.

And with that formula, we can restore and rebuild our party in the Mountain West, including here in Idaho--a state, after all, with proud Democratic tradition, a tradition of Frank Church, Cecil Andrus, and John Evans, a tradition that allowed us to hold the governor's chair for 24 straight years. We can and will restore that tradition in Idaho and put a Democrat back where he or she belongs-- in the Governor's chair just a few blocks from here.

Tonight, I want to talk a little about the keys to our national comeback, the keys that can become the keys to our comeback here in Idaho. I want to talk about how the Democratic Party can dominate the next politics, just as we have dominated the last politics.

EXHIBIT 117
2-23-06 CL

I want to make four points:

First, our country has changed, and our politics has changed with it. The next politics will be very different from the last politics.

Second, the dominant politics of the next politics will be the Third Way-- the politics first shaped here in this country by Bill Clinton and the New Democrats and later in Great Britain by our close friend Tony Blair and New Labor. It is an approach to governing grounded in traditional Democratic values-- values that go back to Jefferson and Jackson-- that respond to the hopes and aspirations of voters today.

Third, the next politics will follow a very different set of rules than those which governed politics for most of the 20th century.

Fourth, the challenge we face, as we look ahead, is to apply that New Democrat approach and those new rules to the great challenges we face--nationally and here in Idaho--at the dawn of a new century.

What I am telling you is for those of you who came to hear a red-meat, Republican- bashing speech your not going to get it. But what you are going to get is a formula for making the Idaho Democratic Party, a majority party again.

I will never forget a trip I took to California with Bill Clinton, when he was Governor Bill Clinton. We were out in Hollywood in 1991, and someone said, "Governor, why don't you give one of those Republican bashing speeches that some of the other Presidential candidates are giving?"

And he said, "I could get red in the face and I could call the Republicans names, but unless I give the voters a compelling reason to vote Democratic, they are not going to vote Democratic."

So what I hope I'll do tonight is to try to tell you how to give the voters a compelling reason to vote Democratic.

My first point: demographic and economic change will provide a 21st century electorate that will render the political approaches and political philosophies of the 20th century increasingly irrelevant.

The electorate of the 21st century will be more educated, more affluent, more diverse, more suburban, more independent, less unionized--unless we can turn that around--and less urban than the electorate in the 20th century.

The increasing affluence of the electorate is illustrative of what I am talking about. In last year's election, 49 percent of American's earned over $50,000 a year; that's up 11 percent from just four years earlier. Even more striking, in 1994, just four years ago, the last off-year election, twice as many voters earned under $30,000 a year as over $75,000 a year, by 32 percent to 16 percent. In 1998, twenty-six percent of the voters earned under $30,000 a year; 24 percent earned over $75,000 a year. By 2000, or 2002, there will be more voters who earn over $75,000 than who earn under $30,000 a year. Here in Idaho, the numbers are not as stark but the trends are exactly the same. So we have a different electorate.

What about diversity? In 50 years, a quarter of the electorate will be Hispanic, another 13 percent or 14 percent African American, 8 percent Asian. And only 52 percent will be white. Now obviously, Idaho has a different make-up, but that's what it's going to be nationally. And it means there's going to be a different politics in America.

Now that's not all, and this is something that does apply here. Because of technology and the New Economy, there is a new category in the electorate. We call it "wired workers." It was first identified by the Institute for the New California. "Wired workers" are not only people who work with computers, but they work in different arrangements, in teams that are self-directed, not top down arrangements. Nationally, they're already 20 percent of the electorate. In California, a bell-weather state, they are already close to half the electorate. Now think what 20 percent of the electorate is. That's twice as big a percentage of the electorate as African Americans are today, and just about as big as organized labor. "Wired workers" are only going to grow--they're just going to explode--and quickly in the decades ahead.

Finally, there's generational change. Now, everybody knows people are living longer and voters are getting older, but that disguises something that is happening, as well. That is that we are

undergoing a generational change in the electorate. By the year 2000, the percentage of voters who are part of the New Deal era-- who cast their first votes for President, for either Franklin Roosevelt or Harry Truman--will be less than 10 percent of the electorate, probably for the first time since the 1930s. They will be about 8 percent. The dominant generations in politics are going to be the baby boomers and the Generation X'ers.

Now why is that important? It is important because the New Deal generation is an anomaly in American history. It is the one generation in American history that believed in the power of the centralized federal government. Thank about it. They saw the national government save us from the depression and win World War II. Those were their defining political experiences. Compare that with the experiences of the skeptical generations that followed-- Vietnam, Watergate, political assassinations. Double digit inflation was their defining economic experience. Baby boomers and Generation X'ers have very different views and very different attitudes toward government.

For those reasons, both the political approaches and the political philosophies that governed the old politics will be very different in the next politics.

That brings me to my second point. The dominant politics in the 21st century is going to be our Third Way-New Democrat politics. That politics is built on a foundation of the most basic and fundamental principles and beliefs of the Democratic Party, furthered by innovative ideas and modern ways.

New Democrats are the modernizers of progressive tradition in American politics.

As Democrats, we believe in equal opportunity for all and special privilege for none. That has been the animating principle of our party since the days of Andrew Jackson. We are the party of upward mobility. We believe that social and economic progress in America are built on the talents and efforts of all Americans, not just the wealthy elites.

But we're New Democrats because we understand that the private sector, not government, is the primary engine for economic growth. Government's proper role is to foster private sector growth and to equip every American with the opportunities and skills that he or she needs to succeed in the private economy, not to pick "winners" and "losers," and not just to redistribute wealth.

As Democrats, we believe in tolerance and inclusion. We are proud of our heritage as the Party that helped tens of millions of immigrants--including my father--work their way into the economic and social mainstream. We are the party of civil rights and equal rights and human rights.

But we're New Democrats because we understand that tolerance and inclusion in an era of rapid change can best be preserved by a common civic culture grounded in the values most Americans believe in--work, family, responsibility, individual liberty, and faith.

As Democrats, we believe in community--that we are all in this together, and that we can only achieve our individual destinies if we share a common commitment to our national destiny.

But we're New Democrats because we understand that living in a community is a two-way street. We reject the Right's ethic of every man for himself, and if you don't make it so be it. But we also reject the Left's ethic of something for nothing. We believe in an ethic of mutual responsibility --that government has a responsibility to its citizens to create opportunities and citizens have an obligation to their country to give something back to the commonwealth.

As Democrats, we believe that America has a special responsibility to lead the world by example and by diplomacy towards political and economic freedom.

But we're New Democrats because we understand that the most important challenge to our role in the world today is to continue and strengthen America's leadership in the global economy, showing the world that freedom can work to our mutual benefit--and that peaceful competition can lift the standard of living in every part of the globe.

DLC 11658

As Democrats, we believe in activist government, that government can and should play a positive role in our national life. Unlike the Republicans, we don't believe government is an alien institution. It is the agent of our collective will and our instrument for helping Americans help themselves and each other.

But we're New Democrats because we understand that government today must be modernized constantly to deal with the fast changing circumstances of the Information Age. We believe as Franklin Roosevelt did that "new conditions impose new requirements on government and those who conduct government." That's why we must consistently modernize government to make sure it equips people with the tools they need to get ahead.

In sum, we stand for traditional Democratic values and modern means. Our enduring purpose is equal opportunity for all, special privilege for none. Our public ethic is mutual responsibility. Our core value is community. And, our modern means is an empowering government that equips people with the tools they need to get ahead. Our mantra, as you've heard President Clinton say so many times, is opportunity, responsibility, community, and empowering government.

Now to my third point: there are going to be different rules for this next politics. I'm going to give you five of them.

First, ideas matter. The Republicans learned that the hard way in this last election. They wanted to talk about investigations; the American people wanted to talk about ideas. And, with an increasingly upscale, more educated electorate, we're going to have to connect with our voters by what we stand for and by the ideas that we talk about.

Second, we need to remember the fundamentals. For Democrats that means we have to be credible on fiscal discipline, crime, and welfare. And when we are, the voters will be more than willing to listen to us on education, the environment, health care--all the issues we like to talk about and where we have big electoral advantages. It was because President Clinton solidified us on the fundamental issues, those threshold issues, that the old Republican battle cry of "liberal, liberal, liberal," didn't work very well last year--because it was no longer true.

Third, and this is not a lesson you have to learn in Idaho. We're going to have to reach beyond our base. We need to build a coalition of those in the middle class struggling to stay there and those who are aspiring to get there, a coalition of our traditional voters and voters we need to build a majority. To be successful, Democrats increasingly have to continue to win support up the income ladder because America is becoming more affluent. We need our base vote, but we can't win anywhere any more by just talking to our base vote, because it is not big enough any longer. The base of both parties is declining. So to build a majority we have to reach out beyond our base.

Fourth, we have to talk to the electorate as it will be and not as it was. Politicians are like generals; they like to fight the last war. But the old messages just don't work anymore. You can't communicate with "wired workers" by talking the talk of the 1950s or 1960s. And, you have to reach into the suburbs. There is a reason President Clinton is in the White House and the Republicans still control Congress. There are now 160 suburban districts, more suburban Congressional districts then any other type of district. President Clinton in 1996 won 105 of those. But in those 160 districts, the Republicans won 92 of them for Congress. In the largest twenty-eight suburban counties, he won twenty-four of them. Seventeen had never gone Democratic before Bill Clinton came along. We have to win in the suburbs. We have to make our gains there.

Finally, and the most important rule of the new politics, is that the best government is the best politics. Think about, how following that rule has changed the perception of our party over the last six years.

For two decades, the American people refused to vote for a Democrat for President because they didn't think we could manage the national economy. But with a New Democrat President, we now have the best economy, that any of us have seen in our lifetimes.

DLC 11659

*For most of the 1980s, and I think even in the 1990s here in Idaho, we had to live with Ronald Reagan's label of tax and spend.* But it took a New Democrat President, devoted to the principle of fiscal discipline, to give us the first balanced budget in three decades. We are no longer the party of tax and spend.

In the 1970s and 1980s we lived with the label of the party that took money from people who worked to give it to people who didn't work. It took a New Democrat President not only to end the welfare system, but much more importantly to replace it with a work system, a system that, believe it or not, over the last six years, has seen almost six million Americans move from the welfare roles to the work role. Those Americans are becoming part of the mainstream of American society.

We were a party that was often accused--and sometimes rightly accused--of being soft on crime. In our 1980 platform, we devoted more space to police brutality then to public safety. But most Americans don't feel that way. With sensible, anti-crime measures, like community policing, we have now seen crime go down now for seven straight years, and the Democratic party no longer is viewed as soft on crime. In fact in most public opinion polls today crime is our issue.

We were the party that always seemed to ask what our government could do for us. But with ideas like AmeriCorps--the voluntary national service program that has been the cornerstone idea of the Democratic Leadership Council--we've again become the party that asks in John Kennedy's most famous words, "What we can do for our country?"

We were the party that was so devoted to big government that many people said we never saw a program we didn't like and that we couldn't embrace. But under the leadership of Vice President Gore and his reinventing government effort, we now have the smallest federal government since the days of John Kennedy. And, the federal workforce as a percentage of the national workforce is the smallest its been since before Franklin Roosevelt was sworn into office.

By adhering to that rule, we've made tremendous strides--for our nation and for our party. Indeed those successes have shaped the politics of America in the 1990s.

Now to my last point, my fourth point. As great as those successes have been nationally, and as much as we may savor them, we cannot afford to rest. We need to apply those core principles and those new rules to the substantive and political challenges that will face America and Idaho at the dawn of the new millennium.

We need innovative ideas and fresh approaches to the challenges that this state and our nation faces:

- Challenges like continuing the incredible record of economic growth and creating good, high paying jobs. Like expanding the winners' circle so every American has the chance to prosper in the new economy, so that every American has the skills he or she needs to get ahead.

- Challenges like educating our kids by building a world class public education system--a public school system that has the highest standards, offers choice and competition within the public school, including charter schools, and is accountable for it's performance. That's exactly the kind of education system Marilyn Howard is going to build in this states.

- Challenges like assuring that every American young person has the chance to go to college, that no young person, who willing to serve his or her country, will be denied the chance to go to college for the lack of their inability to pay.

- Challenges like making sure that older Americans can retire in dignity, by modernizing our great entitlement programs, Social Security and Medicare--two of the crown jewels of the Democratic party of the 20th century--so they will be secure given the economic and demographic realities of the 21st century.

I am part of what we call the "sandwich generation." A lot of you are too. We have to worry about

sending our kids to college. My daughter is a sophomore at Vassar. And I figured out it's only cost me $64,000 over the first two years in tuition and room and board alone.

We are a generation burdened with educating our kids, but we also have to take care of our parents who are getting older and living longer. So we have to fix these entitlement programs so that they will be secure, so that older people can retire in dignity, and so that we can take care of those who have contributed so much to our society.

- Challenges like assuring that no Americans are left behind. That's a moral responsibility of the Democratic Party. The Republicans sure won't take that one on. We need to make sure that every American has a chance to move into the social and economic mainstream. And we got to tackle this terrible problem, which again you probably don't have so much in Idaho, of poverty in the inner-cities. That is our moral responsibility as Democrats.

- And finally, Challenges like tackling a second generation of environmental challenges with modern, progressive, market based means that both protect our precious environment but also foster economic growth, and we can do it.

Out on the table outside this hall, there is a bunch of DLC and Progressive Policy Institute materials. The Progressive Policy Institute is our affiliated think tank. And there is a piece on "civic-environmentalism," which is a new way to deal with our environmental problems which I think could help this party and this state.

But if we are going to tackle those substantive challenges, we must also meet a great political challenge. We need to build a new majority, a New Democratic majority, because we are not going to do any of these things if we don't get elected. So we've got to elect Democrats. That means we have to attract Independents and even got to attract some Republicans who are sickened by their party's lurch to the right and by the rise of the religious right in their party.

I believe that we are on the precipice of building that majority. The beauty of our New Democrat message, as President Clinton proved in two national elections, is that it wins strong support both among our traditional supporters and among the new supporters we need to forge a majority. In fact, President Clinton won stronger support among our core constituencies in the in inner-cities than any Democrat since Franklin Roosevelt. But he also won up the income ladder, winning key middle class, upper-middle class, and suburban voters.

So we have the right message; we just have to use it.

At the Democratic Leadership Council and the Progressive Policy Institute, we are working to help you meet those challenges.

We're concentrating the work of our think tank and our new policy journal on developing and promoting the next generation of New Democrat ideas--ideas that are going to tackle the big challenges I've just discussed.

Second, we're going to work hard to help to identify, nurture, and train the next generation of New Democrat leaders around the country. In the Congress, for example, we're working closely with a group of up and coming Senators and the New Democratic Coalition, a group of emerging leaders in the House.

In state legislatures across the country, we're developing DLC caucuses. But most important, we have launched a nationwide program to train new leaders, young leaders in our party, on how to practice the kind of ideas-based, values-based politics that is going to dominate the next politics.

We're making a special effort here in the West. Of the half-a-dozen training sessions we have done nationally, three of them have already been in Denver, Phoenix, and Salt Lake City--a number of Idahoans attended in Salt Lake. Last week, we held a legislative conference in Sacramento. I've even put a full time operative in California, with the specific responsibility not only of building our support in California, which of course is the biggest state in the country, but also building our New Democrat efforts in the Mountain West.

**DLC 11661**

And, again this summer, we'll hold a National Conversation among our party's most promising new leaders to discuss ideas and plan strategies so that the next generation of Democratic leaders can both win elections and even more importantly, govern effectively.

We are making these efforts because the stakes are so high.

Our Third Way-New Democrat politics is the winning politics. We know that. Tony Blair has proven that in Great Britain. Eleven of thirteen European countries following our model and center-left parties have taken power in the last two or three years. So we know it is the winning politics. The party that owns that politics will not only win in 2000, but will dominate politics in the 21st century.

Democrats created that politics, but the Republicans are trying to steal it from us. You have heard a certain Governor of Texas talk about "compassionate conservatism". Well, I want to tell you, "compassionate conservatism", whatever that is, is nothing more then the Republicans trying to steal our Third-Way politics. I call it New Democrat lite.

So our challenge is to own the politics we created--to make the difference between the imposter and the real thing very clear to the American people.

If we meet that challenge, we will be the dominant party in America again--not just nationally or on the two coasts--but even here in the Mountain West and in Idaho.

As I said when I began, my message is one of hope and opportunity. As daunting as the task may seem, we can reverse the fortunes of our party even here in Idaho.

Twenty three years ago next week, when he announced his candidacy for President at Idaho City, Senator Frank Church said these inspiring words: "It's never too late--nor the odds ever too great--to try. In that spirit the West was won."

So my invective to you tonight is this: Let's honor the words and the legacy of Frank Church. Let's never forget that the best government is the best politics. Let's go out from this room and offer our best ideas for good government and a bright future for all of the people of Idaho. Let's be proud of our democratic values and ideals. And, if we do all of that, I'm convinced that we'll beat the odds no matter how much they seem stacked against us, and we'll build a New Democratic majority in the 21st century. Thank you very much.

*Al From is president of the Democratic Leadership Council.*

DLC | Speech | July 14, 1999

# The Third Way: Reshaping Politics throughout the World
1999 National Conversation, Baltimore, Maryland

By Al From

Welcome to this Third Annual Conversation of the National Conversation of the Democratic Leadership Council. In just three years, this conversation has grown from just a handful of people around a very funny shaped table in a hotel in Washington, to this wonderful event with 170 elected officials from every state of the union.

When we started this movement, I never would have dreamed that at a New Democrat meeting we would have had the Chairman of the National Governors Association; the Chairman of the U.S. Conference of Mayors; the Chairman of the Black Mayors; the President Pro-Tem of the County Executives, all New Democrats. And we would have had the head of the National Association of State Legislators, if the California Legislature weren't in session.

Now that's progress.

We've just heard Kathleen lay out some issues that we ought to be tackling. Later today, we're going to be honored by the presence of our friend and former Democratic Leadership Council Chairman, the President of the United States. Bill Clinton is the leader of the New Democrat movement in this country and the single person most responsible for the modernization of progressive politics all over the world. That is his legacy to our country--and to the world.

I want to make two points this morning.

First, as New Democrats, you are part of the most significant political story of the 1990s--the resurgence of center-left, progressive centrist parties all around the globe, beginning right here in the United States.

And second, it is up to you to make sure that this New Democrat movement carries forward, intellectually and politically dynamic, so that it can continue to grow and prosper as we head into the 21st Century.

My first point. No question about it. The biggest political story of the 1990s has been the resurgence of center-left parties all over the globe. Think about it. If we have been meeting here ten years ago, Ronald Reagan and George Bush dominated politics in America. Margaret Thatcher dominated politics in Great Britain. Helmut Kohl dominated politics in Germany. Conservative governments all.

Where are we today? Bill Clinton and the New Democrats lead in the United States. Tony Blair and New Labor in Great Britain. And Gerhard Schroeder and the New Middle in Germany. The common thread to the success of all of three of those parties and to center-left parties throughout the democratic world has been their development and embrace of what we call the third way political philosophy. Whether they're called New Democrats, New Labor, or the New Middle, the values, ideas and approaches of the third way are modernizing center-left governments all around the globe. They are grounded in a public philosophy that embodies fundamental progressive principles furthered by modern means and innovative ideas.

I summarize our philosophy this way. Its first principle and enduring purpose is opportunity for all, special privilege for none. Its public ethic is mutual responsibility. Its core value is community. Its outlook is global, and its modern means are fostering private sector economic growth, today's prerequisite for opportunity for all, and promoting an empowering government that equips citizens with the tools to solve their own problems in their own communities. Opportunity, responsibility, community.

Just think about how adherence to this New Democrat third way philosophy has transformed the Democratic Party in the United States, making it possible for our party to pursue its first principles and to win support of the American people because our ideas work.

EXHIBIT 18
2-23-06 CL

Let's understand why we've succeeded. Let me give you five reasons. These are how our five principles work in the modern world.

I said a minute ago our first principle and enduring purpose is opportunity for all. But what made New Democrats different is that we understood that in the 1990s in order to be the party of opportunity, you had to be the party of private sector economic growth. Now how does that manifest itself in policy?

Nineteen years ago, I worked in the Carter administration. And every economic plank in the Democratic platform in 1980, was a public jobs program. Contrast that with the policies of the Clinton administration: balancing the budget; expanding trade; investments in education and training, research and development and infrastructure, the kind of investment that make the private economy grow. And think about the trip we took last week. We didn't go with a big pot of money giving a lot of handouts to poor communities. We went with business leaders and a strategy of getting private investment, private sector growth into those communities that have been left behind in this incredible recovery.

Second, we have reunited Democratic policies with the values that most Americans believe in, and which were the core values of our party when we were the clear majority party in this country: work, family, responsibility, individual liberty, faith, tolerance and inclusion. Now the best example of that is welfare reform. But before we had welfare reform, we had to make it clear that we believed in work, and we had to make work pay more than welfare. And that's why we enacted the earned income tax credit. Once we made work pay more than welfare, we ended that welfare system that projected values that most Americans thought were wrong because it discouraged work and destroyed families. That's why people across this country are willing to invest more in a work system than in welfare, because it reflects their values.

Third, we have reconnected our party with John Kennedy's ethic of mutual and civic responsibility. Through ideas like National Service, we not only ask what our country can do for our people, but what we can do for our country.

Fourth, we've returned to the global outlook that has been the hallmark of Democratic administrations from time immemorial. We have always been the party that believed in expanded trade. We have gotten our party past the neo-isolationism of Vietnam and the protectionism that started to develop in response to economic change. Now those trade fights aren't over. But President Clinton's steadfast support of expanded trade has been one of the keys to the economic success of our country.

And finally, we have reconnected our party with the real legacy of Franklin Roosevelt, his thirst for innovation. We are a party that believes in activist government. When President Clinton said the era of big government is over, he didn't mean the era of activist government was over. But we had to modernize our government so people would support it. We had to modernize it by changing it from a big, centralized bureaucracy to a government that equips people with the tools to solve their own problems in their own communities; ideas like community policing, like charter schools, like regional skills alliances, like life-long learning; all of those kinds of ideas that will help equip people for a better life, a more prosperous life in their own communities.

This New Democrat agenda has been pretty successful. In fact, it has been so successful that the Republicans are trying to parrot our politics. They're trying to pilfer our New Democrat themes of opportunity, responsibility and community.

Now I really don't know what a compassionate conservative stands for. But I've got a message for our Republican imitators. Transforming a political party, hammering out a political philosophy and crafting a governing agenda that works is accomplished through hard work, spirited debate and even a few tough fights, not just with a clever slogan or by inheritance.

We know that in the DLC because, under President Clinton's leadership, we undertook that hard work. We held those spirited debates. Many of you were at Cleveland, and we really took on the hard fights. That's why we transformed our party and redefined and captured the political center of American politics. After all we went through, we're not going to sit idly by and let the

Republicans reclaim the political center on the cheap.

That's why this conversation and what we do here over the next two days is so important. You are the future of the New Democrat movement.

Now to my second point. Our movement is in your hands. You need to keep it politically and intellectually dynamic. This conversation represents a fundamental shift in the DLC's political strategy, from a top down to a ground up strategy. We started with the top down strategy because we believed that Democrats needed to develop a new national agenda to regain the presidency and assume national leadership. But now the future of the New Democrat movement depends on the ability to apply New Democrat principles to the challenges of state and local governments and our ability to rebuild progressive coalitions from the ground up.

In an era of decentralization of economic and political power, the impetus for political reform and innovation has to come increasingly from the states and the localities. That means you. Your presence, your public actions will increasingly be the face of our movement that most Americans see in their own communities and in their everyday lives.

Now at the DLC, we're going to devote all of our resources to helping you deal with that challenge.

Our think tank, the Progressive Policy Institute, will continue to shape and share innovative ideas.

Our publications, **Blueprint** and **The New Democrat**, will continue to search out and write about the best new approaches that are going on anywhere in the country.

Our weekly fax will continue to communicate the idea of the week, which will increasingly come from all of you.

We will expand our DLC Leadership Workshops, our efforts to teach state and local leaders about the essentials of the New Democrat philosophy.

And building upon the success of our State Legislative Advisory Board, led by Antonio Riley, which has helped us recruit adherents and organize New Democrat caucuses in state legislatures across the country, we are launching at this conversation our New Democrat Local Officials Network that will allow better and faster communications of ideas among city and county officials.

In short, we'll do all we can to help you. But in the end, the best ideas and the most important innovations will come from you. We need your ideas. That's why we've just launched the new DLC Idea Exchange, a forum for all of you to communicate with us and with each other. And that's why later this year we will undertake a major expansion of our web and Internet capacity so we can communicate with each other in ways that we could not have even dreamed about even a year ago.

We're devoting so much energy and so many resources into the development and the communication of ideas, because ideas are the key to a growing, dynamic New Democrat movement.

The bottom line is this. The success of our movement has been built on our ideas. If we want Americans to keep supporting us, we need to keep innovating to help Americans cope with the new challenges and the new economy and the new social realities, the kind of things that Kathleen just talked about.

With the successes we've had, there's a great temptation to rest on our laurels, to stop the process of modernization that have helped us revive our party as a political force and put us on the precipice of being the majority party in America in the 21st Century. We cannot afford that.

In an era of transforming change, the surest way to let the Republicans steal our politics is for us to let our politics lose its intellectual dynamism. The Republicans may be able to raise more

money than we can, and they'll certainly be able to spend more money than we can. But we can never allow them to out-think us.

So our challenge is to keep our politics intellectually dynamic, to keep in brimming with new and innovative ideas. New ideas today arise from the efforts of state and local innovators like you as you try to solve problems in your own communities. The purpose of this national conversation is to show all of America that the best of those new ideas, the best of those innovations, the best solutions to the challenges that our country will face in the 21st Century will come from New Democrat leaders.

Thank you very much.

*Al From is president of the Democratic Leadership Council*