DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:05-cv-1067 (JGP) |
| UNITED STATES, | ) ) | |
| Defendant. | ) | |

**Declaration of David A. Hubbert**; Appendix 2

181249.1

DLC | DLC Update | October 30, 1997

## New Democrats Rally for New Economy, New Social Compact

President Clinton tells DLC, 'Our vision has become America's vision'

The DLC's 1997 annual conference -- demonstrating strong support among Democrats for President Clinton's request for"fast track" trade negotiating authority -- may prove a turning point in the struggle against the protectionist forces on the party's left who are determined to rebuff the President.

Addressing a packed hall of DLC supporters and a national C-SPAN audience, President Bill Clinton cited his Administration's economic record as a signal New Democratic achievement, and embraced the DLC's call for a "new social compact" to help all Americans benefit from the new economy and expanded world trade.

In his most comprehensive speech yet on the New Economy, the President linked fiscal discipline, expanded trade, and investment in education and skills training as critical strategies in managing rapid economic change, maintaining U.S. global leadership, and spreading economic opportunity to all Americans. Crediting the DLC with a key role in developing this strategy, the President said:

> Our philosophy of opportunity, responsibility, and community -- guideposts embraced by the DLC before 1993 -- are now America's guidepost to the 21st century. Our vision has, in large measure, become America's vision. And because of that, America is stronger than it has been in a long time.

Numerous conference speakers echoed the President's argument that he needs restored "fast track" trade negotiating authority from Congress to open up new markets for U.S. businesses and workers, as well as his blunt criticism of the traditional Democratic interest groups who are pouring millions of dollars into an all-or-nothing campaign against fast track.

DLC Chair Sen.Joe Lieberman opened the conference by noting its immediate purpose and broader significance:

> This DLC annual meeting, unlike many that have preceded it, has an immediate legislative goal: to convince my colleagues in Congress to give the President fast track authority so that he can negotiate the kind of trade agreements that will continue our nation's prosperity -- with better jobs and better lives for the American people. But in a broader sense, we are also here to celebrate the historical fact that so many of the ideas which motivated the DLC's founding 12 years ago have been on their own fast track to realization.

DLC President Al From called the fast track debate "a pivotal moment" for the New Democrat movement:

> For our country, the big question is whether America will shape the new global economy or retreat into protectionism and economic isolation. For our party, the question is whether Democrats are going to be a force for economic progress -- under President



Clinton's leadership -- or will instead heed his opponents and become a bulwark of economic reaction and defeatism.

After the President's remarks, State Rep. Antonio Riley (D-WI), chairman of the DLC's new State Legislative Advisory Board, presented him with a framed copy of the DLC's Appeal to Congress in support of fast track legislation. The Appeal has been endorsed by 56 state representatives, 28 state senators, 28 mayors, and eight governors.

During a discussion of fast track legislation, Commerce Secy. William Daley called fast track authority critical to U.S. international economic leadership. Rep. Jane Harmon (D-CA) cited the same factor as convincing her to support fast track even though she opposed the North American Free Trade Agreement (NAFTA) in 1993. Gov. Tom Carper (D-DE) spoke for the many Democratic state and local officials who view presidential efforts to expand trade as critical to their own efforts to create jobs and promote economic development.

Education Secretary Richard Riley strongly reinforced the DLC's message that public school reform and lifelong learning for workers is essential to "expand the winner's circle" of Americans who are prepared to benefit from the New Economy and expanded trade. Following Secretary Riley, pioneering Los Angeles charter school principal Yvonne Chan roused the audience with a spirited account of how reducing bureaucracy had turned around her inner city public school. Training expert Tim Barnicle made the case for radical reform of job training programs as a central element of an agenda to empower workers threatened by economic change. And Business Week's Michael Mandel painted a vivid picture of the workplaces of the future and the resources workers would need to manage risk and take advantage of new opportunities.

Sen. John Breaux led the concluding panel, a discussion of "governing in the vital center" that included a presentation by presidential pollster Mark Penn on the changing nature of the Democratic electorate, and panel discussion by Rep. Jim Moran of Virgina, Rep. Jim Davis of Florida, and Rep. Ellen Tauscher of California, as well as Rep. Riley.

Vice President Al Gore spoke at the DLC Leadership Dinner after the conference, thanking the DLC for making it possible for Democrats to reconnect with the middle class.

DLC | Political Memo | January 1, 1998
# Here to Stay
New Democrats Are Winning the Battle for Their Party's Soul

EXHIBIT

MSJ 2

PENGAD 800-631-6989

By Al From

Democrats, long unhappy with President Clintons New Democrat ideas, are escalating their efforts to reverse the party's direction. And the Republicans, who would rather run against liberals than New Democrats any day, are cheering them on.

I've got bad news for the President's opponents in both parties: New Democrats are winning the battle for their party's soul. New Democrats, not liberals, will be the party's dominant force in the 21st century.

There are many reasons why this is so. For one, as presidential pollster **Mark Penn's** article in this issue so clearly shows, most voters and most Democrats are attuned to New Democrats, not liberals. For another, there's the matter of attitude. New Democrats are optimistic about the prospect of building on President Clinton's achievements; liberals seem to be hoping for an economic downturn, which they believe will return them to political favor. That's hardly a formula for building a lasting political base. But the chief reason why New Democrats will be the party's dominant force in coming years is that our philosophy offers the best way to further our party's most fundamental values and highest ideals. And that is our trump card.

## The New Democrat Difference

Democrats believe in equal opportunity for all and special privilege for none -- our animating principle since the days of Andrew Jackson. We are the party of upward mobility. We believe that social and economic progress are built on the talents and efforts of all Americans, not just the privileged few.

But New Democrats also understand that the private sector, not government, is the primary engine of economic growth. Government's proper role is to foster growth and to equip Americans to succeed in the private sector, not to pick winners and losers and redistribute wealth among them.

Democrats believe in tolerance and inclusion. We are proud of our heritage as the party that helped tens of millions of immigrants (including my father) work their way into the social and economic mainstream. We are the party of civil rights and equal rights.

But New Democrats also understand that tolerance and inclusion in an era of rapid change can best be advanced by a common civic culture grounded in the values most Americans share: work, family, responsibility, individual liberty, and faith.

Democrats believe in community -- that we are all in this together and can achieve our individual destinies only if we share a commitment to our national destiny.

But New Democrats also understand that living in a community is a two-way street. We reject the

Here to Stay by Al From (printable version)

conservative ethic of "every man for himself" and the liberal ethic of "something for nothing." We believe in an ethic of mutual responsibility that government should create opportunities for ordinary citizens and that citizens should give something back to the commonwealth.

Democrats believe America has a special responsibility to lead the world towards greater political and economic freedom.

But New Democrats also understand that our principal challenge on the world stage today is to maintain and expand our leadership in the global economy. America must show the world that freedom can benefit all nations and that peaceful competition can lift standards of living worldwide.

Democrats believe that government can and should play a positive role in national life. We recognize that government is not an alien institution, but the agent of our collective will and our instrument for helping Americans to help themselves and one another.

But New Democrats also understand that government must be constantly modernized to cope with the fast-paced Information Age. We believe as Franklin D. Roosevelt did that "new conditions impose new requirements on government and those who conduct government."

In sum, the best way for Democrats to further our enduring values in the Information Age is to New Democrat ideas and govern as New Democrats.

That's why New Democrats, not liberals, will dominate the party in the 21st century. New Democrats are the true heirs to the legacy of Jefferson, Jackson, Roosevelt, Truman, and Kennedy. The best way to be a true Democrat is to be a New Democrat. That's the bottom line.


*Al From is president, Democratic Leadership Council*



DLC | The New Democrat | November 1, 1999
# The New Democrat Decade

By Al From

Each of the last five decades of the 20th century had defining political features. McCarthyism and conformity shaped the 1950s, Vietnam and social upheaval the 1960s, Watergate and double-digit inflation the 1970s, and conservatism the 1980s.

But the 1990s were the New Democrat decade.

We began the decade hoping to end the Democratic Party's losing streak in presidential politics. We end it with a New Democrat president finishing his second successful term and with our sights set on returning a transformed Democratic Party to its rightful place as the majority party in American politics.

As the millennium approaches, the New Democrat movement is vibrant, determined, and growing. Think how far we've come.

In 1990, when then-Gov. Bill Clinton of Arkansas became chairman of the Democratic Leadership Council, there was no New Democrat movement, no New Labour in Great Britain, no New Middle in Germany, no Third Way philosophy sweeping progressive politics the world over. The Democrats were out of ideas, out of confidence, and out of power.

America was out of synch. Unemployment and inflation were high. The deficit was up and incomes were down. Crime was exploding and so was welfare. The federal government was bigger than it had ever been and still growing.

Today, America is on a roll. Our economy is the best it has been in our lifetimes. Employment is at an all-time high and unemployment at a three-decade low. Inflation is low and under control. Incomes and wages are rising and child poverty is falling. The welfare rolls have been cut nearly in half. The violent crime rate is at its lowest point in a quarter-century. The federal government hasn't been this small since the Kennedy administration.

And for the first time in six decades, a Democratic president -- a New Democrat -- has been elected and re-elected to the White House.

## Hard Work

That incredible record didn't just happen. It's due to New Democrats' hard work, under President Clinton's leadership, to modernize our party. We developed bold innovations that expanded the economy, ended welfare, reduced crime, and streamlined government. We challenged the status quo in our country and old orthodoxies in our party. America is strong today because President Clinton had the vision and the courage to put so many New Democrat ideas into action -- ideas that are making this a better, safer, and more prosperous country.

New Democrat ideas shaped by the DLC and our affiliated think tank, the Progressive Policy Institute, have transformed the Democratic Party. These ideas have become the foundation for the Third Way political philosophy that has propelled the resurgence of center-left parties throughout the democratic world. The return to power of progressive parties in the United States, Great Britain, and Germany is without a doubt the biggest international political story of the decade. As President Clinton has said, DLC ideas are sweeping the world.

We succeeded because we offered new and innovative ways to further our party's cherished values and highest ideals. We did not run away from our party. Rather, we modernized it. We brought it into the Information Age. We reconnected it with its first principles and grandest traditions.

Opportunity for all, special privilege for none has been our party's first principle since the days of Andrew Jackson. Under New Democrat leadership, we became the party of opportunity again by restoring fiscal discipline to government and delivering sustained, non-inflationary, private sector economic growth.

We reunited our party's policies with the values most Americans share -- work, family, responsibility, individual liberty, faith, tolerance, and inclusion -- by passing welfare reform and the Medical and Family Leave Act, by expanding the earned income tax credit, and by reducing crime with bold ideas like community policing and sensible gun control.

We reconnected our party with John Kennedy's civic ethic of mutual responsibility by creating AmeriCorps and by asking citizens to give something back to their country.

We are restoring our party's historic global outlook by promoting democratic and humanitarian values throughout the world and expanding trade to foster prosperity and upward mobility at home.

Finally, we have reconnected our party with Franklin Roosevelt's legacy of innovation by modernizing government, diminishing bureaucracy, and giving people the tools they need to solve their own problems in their own communities.

In short, New Democrats have created a modern, progressive political philosophy for the Information Age. To paraphrase British Prime Minister Tony Blair, our philosophy is not a compromise between liberalism and conservatism. Rather, it is a modernization of progressivism. It is progressivism distinguishing itself from the status quo of both the left and the right.

As a result, after decades in the political wilderness, President Clinton and the New Democrats now define and occupy the vital center of American politics, where presidential elections are won and lost.

So it's not surprising that both parties' leading presidential candidates seem to be eager to continue President Clinton's course. And it is not surprising that Texas Gov. George W. Bush, the leading Republican candidate, already having tried to steal New Democrat rhetoric, is now in a headlong dash away from his party's leadership in Congress. He knows he cannot win if he runs on its agenda.

But we should not equate Bush's attempt to separate himself from the Republican right wing with President Clinton's transformation of the Democratic Party this decade. There's a big difference

between the hard work of modernizing a party and reconnecting it with its first principles and traditions and the easier task of fashioning a slogan or a speech that expediently pushes off a party's unpopular leadership.

New Democrats understand the difference very well. We undertook that hard work during pivotal DLC conferences in New Orleans and Cleveland. We challenged party orthodoxies and took on the tough debates and the hard fights. We even got a few scars along the way.

Because of our effort, the vital center of American politics starts here with the New Democrats -- in the DLC, in the transformed Democratic Party. It is a progressive center. We defined it. We developed the ideas that shaped it. New Democrats put those ideas into action. And we intend to carry those ideas to fruition to transform America in the 21st century.

So to our compassionate conservative imitators, we say: We're flattered that you want to imitate our rhetoric, but after all we went through to modernize our party, we will not sit idly by and let you claim the vital center on the cheap.

The challenge to our turf is real. New Democrats cannot become complacent. We need to keep challenging the status quo, to keep the mantle of progressive reform firmly in our grasp. We need to continue to modernize our party. We must resist any temptation to retreat. Our candidates for president need to understand that there's one proven formula for winning the White House and governing effectively. It's the New Democrat formula. There's no other way.

If we want to hold on to the vital center of American politics, and that is the key to our holding on to the White House, New Democrats must continue to push our party to modernize for the Information Age.

We must keep our movement politically strong by building the next generation of New Democrat leaders -- not just in Congress, but at the state and local level as well. In an era of decentralized economic and political power, the impetus for political reform and innovation will come increasingly from states and localities. State and local New Democrats will increasingly be the face of our movement that most Americans see.

We also must continue to tackle new policy challenges with bold ideas and innovative approaches. In the Information Age, voters increasingly will judge us by the quality of our ideas. To succeed, we must keep our movement intellectually dynamic, continuously pressing for progressive reforms. We can never unthinkingly accept the status quo.

At the dawn of the new century, New Democrats should remember that for all we have accomplished, our movement is still young, and our best days are still ahead of us.

In the 1990s, the New Democrats reversed our party's fortunes in presidential elections. Now we must set our sights on making a modernized Democratic Party the majority party in America once again.

We made the 1990s the New Democrat decade. Let's make the 21st century the New Democrat century. We can do that if we keep our sights set on the future. We know that if we let our memories outweigh our hopes, then we will become old. That will not happen, because we will not allow it to

happen. It is the destiny of this New Democrat movement to remain forever young. The vital center starts here.

*Al From is president of the Democratic Leadership Council.*

DLC | DLC Update | January 22, 1999
# 1999 State of the Union Address



Some stayed away. Others sat on their hands, motionless but for the scowls and smirks. Speaker Dennis Hastert could not escape his seat behind the President, and performed the time-honored calisthenics of standing or applauding only when politics or ideology so dictated. But it must have been painfully obvious to every House Republican that this State of the Union address displaced the carefully contrived atmosphere of impeachment crisis in their chamber with a massive dose of objective reality. The President placed the nation's agenda front and center in Washington, if only for an evening, and demonstrated once again why the nation does not want him removed from office. Though the speech ranged over a large array of issues and proposals, what held it together is what has held his Administration together as an important moment in American history: an effort to modernize the public sector to meet the challenges of the Information Age.

In our view, the most important part of the address was the President's proposal to make most federal K-12 education assistance contingent on the willingness of states and school districts to embrace a systematic commitment to public school reform -- ending social promotion (with additional federal resources for after-care and summer school), adopting tough standards enforced by testing, promoting public school choice, enforcing discipline, and holding teachers and administrators accountable for results. On the eve of Congressional action to reauthorize the Elementary and Secondary Education Act, the President is moving decisively to end the longstanding practice of shoveling federal money out to schools while begging them to voluntarily use it wisely. His proposal provides the sharpest possible contrast with Republican efforts to eliminate all conditions on use of federal education dollars: "block grant" funds, after all, subsidize failure as well as success, and represent an explicit indifference to how well schools actually function. But the President is also repudiating the traditional liberal practice of micromanaging how states and localities use federal education dollars while ignoring educational outcomes. Both block grants and categorical grants treat federal aid as a virtual entitlement, regardless of the results. The President's proposal properly makes results the whole point of federal assistance.

This "third way" in structuring federal aid to education -- keying assistance to how well schools perform in achieving the broad national purposes that justify federal involvement, while allowing them maximum flexibility in the means they adopt to pursue these purposes -- has implications that go far beyond the education area. Replacing bureaucratic categorical grants and pointless block grants with such "performance partnerships" could revolutionize federal-state-local relations in this country, and provide a major impetus to reinventing government at every level.

The part of the address that drew the most immediate attention -- the President's proposal to "save Social Security now" -- is harder to assess. Its significance ultimately depends on whether it begins a real debate on how to reform Social Security, or ends the debate entirely. All the elements of genuine Social Security reform were in the President's proposal: a recommitment to the "safety net" for the elderly; the creation of individually controlled and publicly matched private savings account; a fiscally responsible plan for keeping the system solvent while paying down the national debt; and an openness to reforms in the benefit structure that could make Social Security fairer and less ruinously expensive. The pieces of the puzzle are definitely there to move toward the "grand bargain" on Social Security that Progressive Policy Institute President Will Marshall outlined in the Jan./Feb. issue of *The*

*New Democrat:* a two-tier system that would strengthen the safety net features of Social Security while carving out a portion of the payroll tax to create individual retirement accounts. If the debate moves in this direction, the President's remarks on Social Security in the State of the Union address will be recognized as a critical table-setter. He should especially be praised for getting onto the table the concept of individual accounts that are matched by the federal government according to need, which could help make them wealth-creating assets for the poor.

But if Congress actually adopts the President's proposal, which adds individual accounts to the existing Social Security system (a temptingly painless "solution"), it will "save" Social Security only by devoting trillions of dollars of future budget surpluses to a program that already consumes a huge proportion of our national wealth, at the expense of potential investments.

It is more likely, however, that congressional Republicans will counter the President's proposal by pushing for a direct link between individual accounts and the Social Security payroll tax, if only to hold down the cost and keep alive their hope of using future surpluses for tax cuts -- the only domestic initiative the GOP's warring tribes can agree on.

Aside from education and Social Security, the President's Address included a number of very impressive proposals, mostly initiatives that will advanced through his Fiscal Year 2000 budget:

- A proposal to build on the President's successful initiative to hire 100,000 new community policemen by expanding this program, but also by launching a "community prosecution" initiative (assigning prosecutors to work in specific neighborhoods in conjunction with community police) and helping states create "coerced abstinence" programs for testing prisoners, probationers, and parolees for drug use. Both community prosecution and coerced abstinence are longstanding DLC/PPI proposals (see the May 22, 1998 DLC Update).

- Funds for welfare-to-work initiatives designed to move another 200,000 welfare recipients into permanent private sector jobs, in effect reinvesting savings from welfare casework reductions into efforts to reduce them still further.

- An endorsement of the Vice President's "livable communities" initiative to help metropolitan areas cope with "sprawl."

- A proposal to reserve a big chunk of future federal budget surpluses to close the looming shortfall in funding for Medicare. While doing nothing to restrain Medicare's soaring costs, this proposal may give the bipartisan Medicare commission more breathing room to come up with a fundamental reform proposal that provides quality health care for retirees at affordable costs.

- A renewed pledge for bipartisan cooperation on a Patients' Bill of Rights, featuring a conspicuous, and we hope significant, omission of last year's Democratic battle cry of making an unconditional right to sue managed care plans the central thrust.

- A reversal in the decade-long decline in defense spending to improve our readiness posture while we cope with the urgent need for a post-Cold War defense strategy and force structure. The President also proposed more resources for dealing with the disposal of weapons of mass destruction in the former Soviet Union, an especially critical initiative given the economic meltdown in Russia.

• A ringing recommitment of the Administration to a policy of trade expansion, including a call for a new "round" of multilateral trade expansion talks, linked to another push for "fast-track" trade negotiating authority.

• An expansion of the AmeriCorps national service program, the signature New Democrat initiative embodying the ethic of mutual obligation.

There was much more in the hour-plus speech, but complaints from critics that it was a "laundry list" of spending initiatives miss the point. Thanks in large part to last year's do-nothing Congress, and to the underlying incoherence of Republican policy thinking these days, there is a sizeable backlog of important challenges facing the country that have been ignored or obscured by the investigation-mania gripping Washington. And thanks to the balanced budget achievement and the Clinton-Gore Administration's embrace of non-bureaucratic methods of activist government, it is possible to meet these challenges while maintaining fiscal discipline and economic growth.

It will be most unfortunate if congressional Republicans treat the State of the Union address as an annoying interruption of their self-appointed task of impeaching and trying the President. Most Americans think it's the other way around. All those empty seats, folded arms, and smirking, scowling faces on the Republican side of the House during the President's address spoke volumes about how interested the GOP really is in debating and conducting the business of the American people. If the empty and rather tired anti-government rhetoric in the official Republican responses by Reps. Steve Largent (R-OK) and Jennifer Dunn (R-WA) are any indication, maybe they don't really have anything to say.

DLC | DLC Update | February 12, 1999
# William Hague Goes To Texas

This week British Conservative Party leader William Hague has been in this country to learn from
Republicans how to counter the "third way" politics of Prime Minister Tony Blair and the British Labour
Party. Pundits on both sides of the Atlantic have had a field day with this field trip, with predictable
jokes about visiting the crew of the *Titantic* for lessons in seamanship. But to his credit, Mr. Hague did
not hang around Washington to drink deeply of the wisdom of Tom DeLay, Henry Hyde, or Trent Lott.
His main mission was to Texas, where Governor George W. Bush has allegedly found the antidote to
the "third way" politics of New Democrats with his formula of "compassionate conservatism."

We find it amusing, and even important, that after two years of denouncing Tony Blair's New Labour
as little more than a marketing slogan, Mr. Hague has gone to Texas in search of -- a marketing
slogan. Governor Bush is certainly a skillful politician, and perhaps some day he will develop
"compassionate conservatism" into a fully articulated philosophy of governance. But for now, as
Texans would say, "it's more sizzle than steak -- all hat and no cattle." Mr. Hague's trip is a splendid, if
back-handed, compliment to the international prominence of "third way" politics, and the international
befuddlement of conservatives in dealing with it.



EXHIBIT

MSJ 5

DLC | The New Democrat | May 1, 1999
# Who Owns the Third Way?



By Al From

Opportunity. Responsibility. Community. Those New Democrat themes rang out over and over at an extraordinary, historic forum entitled "The Third Way: Progressive Governance for the 21st Century," hosted by the Democratic Leadership Council on April 25 in Washington after the close of the NATO summit.

The participants were President Clinton, British Prime Minister Tony Blair, Netherlands Prime Minister Wim Kok, German Chancellor Gerhard Schroeder, and Italian Prime Minister Massimo D'Alema -- the leading figures of the global Third Way movement.

Progressive political leaders created this movement to deal with new social and political questions posed by economic change and globalization. It seeks to strike a new balance between the imperatives of economic dynamism and social justice.

This politics goes by different names in different countries. It's New Democrat in America, New Labour in Great Britain, and the New Middle in Germany. Whatever its national label, Third Way values, ideas, and approaches to governing are modernizing center-left politics around the globe. The Third Way uses innovative ideas and modern means to advance fundamental progressive principles.

The Third Way philosophy's first principle and enduring purpose is equal opportunity for all, special privilege for none. Its public ethic is mutual responsibility. Its core value is community. Its outlook is global. And its modern means are fostering both private sector economic growth today's prerequisite for opportunity for all and an empowering government that equips citizens with the tools they need to get ahead.

## How Far We've Come

Coincidentally, April 25 was almost 10 years to the day that I journeyed to Little Rock, Ark., to recruit then-Gov. Clinton to become chairman of the Democratic Leadership Council. Many of the New Democrat themes and ideas developed during his chairmanship have defined the Third Way in America. As President, Clinton put those themes and ideas into action.

Shortly after the 1992 presidential election, Tony Blair, who was then the British shadow home secretary and just beginning his efforts to modernize the Labour Party, paid his first call on us. Today, as **Robert Philpot** notes, Prime Minister Blair enjoys approval ratings not seen in Britain since the days of Winston Churchill.

The President best summarized our progress in his speech to the DLC last December. "These words -- opportunity, responsibility, community -- came to identify and embody a new approach to government and politics, tying our oldest, most enduring values to the Information Age," he said. "We said we were New Democrats, and we called our approach the Third Way.

"These same ideas are reviving center-left political parties throughout the industrialized world as people everywhere struggle to put a human face on the global economy," the President continued. "And it all started with the DLC ... Today, less than 15 years after we started, the ideas pushed by the DLC are literally sweeping the world."

With that incredible track record, you'd think our ownership of Third Way politics would be undisputed. Think again. The 2000 election will likely be a battleground for possession of the Third Way.

The evidence is clear: Republicans are trying to steal our politics. They're not even being subtle about it. Two GOP groups, The Republican Main Street Partnership and the Republican Leadership Council, have sprung up explicitly to emulate the success of the DLC.

The Republican Main Street Partnership is a group of moderate House Republicans led by Rep. Amo Houghton of New York -- one of a handful of Republicans who had the courage to vote against the articles of impeachment lodged against the President. But Houghton makes no bones about what his group is up to. In a recruitment letter to DLC supporters recently, he wrote: "The Republican Main Street Partnership was created early last year to mirror much of what the DLC has done ... and we are borrowing heavily from the DLC success story."

The New York Times says the RLC "unabashedly seeks to replicate the methods and successes of the Democratic Leadership Council."

Then there's copycat GOP presidential candidate George W. Bush, the Texas governor, who is now the party's frontrunner for the 2000 nomination. All last fall during his gubernatorial re- election campaign, he traveled across the state in a bus with the words "opportunity" and "responsibility" plastered on the side. I call that New Democrat Lite.

Now Bush calls himself a "compassionate conservative." That seems to me to be the latest effort by Republicans to do for their party what New Democrats did for ours in 1992 to redefine and capture the political center.

Imitation may be the sincerest form of flattery. But for Democrats, imitation in this case poses a serious political challenge. We can't afford to take this intellectual piracy lightly.

The actions of many congressional Republicans notwithstanding, not all Republicans are fools. Republican governors in particular understand the power of the New Democrat message. They know it is a winning political formula precisely because its ideas work. And they are bound and determined to steal that formula from us.

But the would-be Republican hijackers face great obstacles. For one thing, there aren't many GOP centrists left. They've been systematically purged from their party for the past quarter century.

More importantly, opportunity for all, mutual responsibility, and fostering community aren't exactly Republican themes. Unlike New Democrats, most Republicans believe that economic and social progress is generated by the efforts of a few wealthy elites, not by the talents of all us. They tend to

embrace President Reagan's ethic of every man for himself, not President's Kennedy's ethic of asking what you can do for your country. And they tend to view government as an alien creature to be stamped out wherever possible, not the agent of our collective will and our instrument for helping Americans help themselves and each other.

Those facts give us a distinct advantage. But our continued possession of the Third Way in 2000 and beyond is not preordained. We will have to earn our ownership by keeping our politics dynamic; by lifting it to the next plateau; by tackling today's and tomorrow's problems with innovation, courage, and a dedication to New Democrat-Third Way principles. We cannot afford to rest on President Clinton's successes; we need to build on them.

If we do, the differences between the imitation and the real thing will become very obvious. And the success of the global Third Way movement -- so clear at the DLC forum on April 25 -- will be secured in the country that gave it birth.

*Al From is president of the Democratic Leadership Council.*

## Remarks of Senator Joe Lieberman
## Chairman, Democratic Leadership Council
## At the 1996 Policy Forum and Gala



### Wednesday, December 11

We are gathered here today to "celebrate a New Democratic future." That future is bright, and all of you in this room should be proud of what you have done to make the dream of the Democratic Leadership Council's founders, including Bill Clinton, real. And we have good reason to hope that the Democratic Party will continue on a path that makes it, once again, the majority party of this American democracy.

President Clinton uttered what is bound to become one of the signature lines of his administration when he said, "the era of big government is over." If that is true--and it is--then the era of the party of big government is also over. And so it is that New Democrats like the President and his allies in Congress have done so much to bring that change about.

But what comes next?

That's why we're here today. The DLC wanted to help elect a Democrat President, and we did so...twice! But we're not resting on those substantial laurels. We're looking forward to the new millennium, and we want to bring the Democratic Party around to the fact that change is inevitable, change is good, and we must change or we will lose. Ours is fast becoming the party of innovation and fresh ideas.

And so I challenge those Democrats who have not been with us in our long march to change the party and our government--it is never too late to join this journey. We, as New Democrats, have no litmus test. No loyalty oath. No rigid rules and regulations. All we ask is that you have an open mind, a willingness to look at old problems in new ways, a desire to shake up that status quo and a practical, common sense vision of how politics and government can be an agent of positive change.

What is in our New Democrat future? What comes after the era of big government? Well, many of those answers will be found in a book the DLC is publishing in just a few short weeks, called "Building the Bridge: 10 Big ideas to Transform America." Its authors, who include some of the best minds with the brightest vision around, define a rational way of governing that takes America's finest traditions and brings them into the Information Age of the 21st century, an age in which we and our children will spend the rest of our lives.

To build that bridge to a New Democrat Future, we must

- abandon failed programs, but not the people they were designed to help;
- make government smaller and more efficient;
- empower people, not bureaucracy;
- recreate a sense of community and citizenship based on values we hold in common: faith in God, respect for family and work, love of America, and a sense of responsibility toward each other.

When Arthur Schlesinger talked about the "vital center" back in the 1940's, he was referring to the fact that America stood at that center between the evils of fascism and communism. Today, New Democrats like Bill Clinton and all of you in this room and across the country are defining a new vital center, one which takes us away from the stale, old ideological divisions of left and right, past the rigid partisanship that has given us nothing but gridlock in Washington and has earned us nothing but enmity from the rest of the nation, to a new common ground on which we together can modernize our government and

change America.

It is from the vital center that New Democrats, joined together with like-minded Republicans, can fashion the kind of change that the American people have been yearning for, as they have swung from electing a Democratic President to a Republican Congress, all the while hoping for a productive synthesis of practical governance.

And here is what the American people can expect from this vital center of New Democrat thinking:

- A truly balanced budget, one which reflects the people's desire of a government that protects them from enemies foreign and domestic, preserves the nation's resources, and invests in our children and our future; yet does not squander their money on useless programs.

They can expect:

- Entitlement reform, so we can keep our commitments to society's oldest citizens in a way that does not rob our young families of their own economic security.

And the American people can expect:

- Radical education reform, with a proliferation of charter schools and choice, insistence on high national standards, and using the power of competition to leverage better performance and a brighter future for our children.

And from the vital center of New Democrat thinking, the American people can expect, and deserve:

- a rebirth of our crumbling cities, starting with welfare and education reform, and continuing with community policing to make the streets safer, supercharged enterprise zones to spur business investment, brownfields initiatives to make decaying blocks productive again, and better ways of housing and health care to the poorest of our neighbors.

There is much more, of course, including a closer look at America's role in the world of the next century: defending against new threats to our security, expanding democratic traditions and human rights, and engaging the global marketplace to create jobs and opportunity here at home. I will moderate a panel discussion on that issue later this afternoon.

Weaving this fabric of the New Democrat future together is a thread of creative, common sense realism.

Our ideas are not bound to ideology, and that's why they're bound to make sense to the American people.

Our plans are not partisan, and that's why we plan to make progress.

Our goals lean neither far left nor far right, and that's why we're going forward.

We're practical, but not parochial. Our New Democrat way of thinking is not designed for the next election. We're more interested in the next generation. Though tempered by a humility that acknowledges the mistakes of the past and is prepared to recognize errors we may make in the future, we are nonetheless determined to settle for nothing less than a transformation of our national party and policy, and the creation of a 21st century brand of governance that is suited for the challenges and

opportunities that the new millennium is bound to offer.

That's just four short years away, so let's get to work.

**If you would like to comment on this page, other DLC-PPI publications, or this Web site, please send an e-mail to <u>webmaster@dlcppi.org.</u>**

Home Page| About DLC-PPI| Library| Join/Order| The New Democrat
Commentary| Talking Points| Speeches| Additional Resources| Stay Connected
The *DLCUpdate*| Top of Page

DLC | DLC Update | May 6, 1997

# The Balanced Budget Deal

Critical for the Country, Crucial for Our Party



By Al From

The budget deal worked out by President Clinton and GOP leaders in Congress is an historic agreement critical for our country. Passing it in Congress with Democratic support is crucial to the future of our Party.

When Bill Clinton took office in 1993, the country had two chronic budget problems: persistent deficits and persistent underinvestment in the physical and human capital necessary for economic growth and upward mobility in our country. The deficit has been reduced by more than two-thirds on President Clinton's watch. If Democrats support him now, this budget deal will finish the job and end three decades of deficit spending. Only then can we as Democrats begin to deal with the second problem of reorganizing budget priorities to promote public investment.

As with all compromises, both sides didn't get everything they wanted. To get this agreement, Republicans agreed to significantly scale back their demands for new tax cuts, as well as their demands for deep domestic spending cuts and entitlement reductions to pay for them. The Administration agreed to reduce the level of domestic spending requested in its original budget plan, as well as agreed to a capital gains and estate tax reduction.

Fiscal discipline is a threshold credibility issue for Democrats. If we embrace it by passing this plan, then voters will give us a hearing on our ideas about investing public resources, from education and worker training to health care. But, if Democrats sabotage a balanced budget on the brink of its achievement by a Democratic President, much of the ground we have gained since 1992 achieving political parity with the Republicans will be rapidly lost as we once again get labeled as "tax and spend" liberals unfit to guard taxpayers' money.

But already some Democrats in Congress are threatening to do just that. The ranking Democrat on the Appropriations Committee stated that "we have experience at bringing down budgets." And, calling it "a Republican bill," the ranking member of the Ways and Means Committee said, "I would be happy as a Democrat if we had this bill if the President was a Republican."

A more honest political assessment came from a freshman Member of Congress, who at the Democratic Caucus meeting on the budget deal said, "I've been here five months. I like it here. If there is no budget deal, I won't be here after 1998. And you need people like me if Democrats are ever going to be in the majority."

This Congresswoman is not alone. Pollster Mark Penn recently asked voters about the budget deal. He asked people whether they would vote to reelect a Democrat to Congress if he or she voted for a budget deal. A majority -- 52 percent to 24 percent -- said yes. Next he asked if they would reelect a Democrat who voted against the budget deal. Thirty-four percent said yes, while 41 percent said no.

Democratic leaders in Congress face a real choice: either help govern now with a chance to regain voters' trust -- and a majority -- in the future, or posture for political gain and remain in the minority into the next century.

As congressional leaders know, this budget deal is an overall framework. The details still have to be worked out over the coming months. If Democrats support the agreement, we can then shift to the stronger political and moral ground of making the investments we need to produce economic growth and upward mobility. We can win the fight to extend health care coverage to children, invest more in education, reverse the unfair treatment of legal immigrants in last year's welfare bill, and give middle-class parents an earned break on their taxes.

However, if Democrats sabotage the deal, then the public investment agenda will be subject to the tender mercies of a Republican majority in Congress as far as the eye can see.

The bipartisan deal for a balanced budget marks an important step toward building a firm foundation for economic prosperity in the 21st century. All Democrats should support the President on this agreement. For our country, and for our party, it is a simple choice of either moving ahead or going back.

*Al From is president of the Democratic Leadership Council.*

# Election '98



**EXHIBIT**

MSJ 9

**Highlights:**

- **Talking Points, by Al From**

- **DLC Update: The Center Holds**

'98 New Dems
New
Democrat
Coalition
More Info on
Election '98

## Talking Points
**Al From** at a DLC Press Conference, November 4, 1998

- **The Republican Tide Has Crested** This election showed that the Republican tide which began in 1994 has crested. For the second straight election, Republicans have lost seats in the House of Representatives. Yesterday, Democrats won the biggest prize of the day-- the Governorship of California--and won key races in states where most pundits believed the Republican tide was strongest.

- There are two big reasons for this: **First, the Republicans Have Moved Out of the Mainstream and Sharply to the Right.** Just as the Democrats in the 1980s veered off the left side of the road, the Republicans of the late 1990s have veered off the road to the right. **Second, the Democratic Party has undergone a profound change.** By embracing the President's New Democrat agenda, it has occupied the center. As a result, Republican efforts to win votes by labeling Democratic candidates as "liberals" don't work any more--because they're not true. That has been the biggest gift President Clinton and the New Democrats have given the Democratic Party.

- **The Fundamentals Matter.** Democrats benefitted because voters believe the country, under President Clinton's leadership, is headed in the right direction, because the economy is strong, crime is down, and millions of people have moved from welfare to work. Because Democrats are now credible on issues like economic growth, fiscal discipline, crime, welfare, and streamlined government, voters are willing to listen to what we have to say on issues like education, health care, the environment and social security--issues that cut for Democrats. When they're strong on the fundamentals, Democrats have a big advantage over Republicans on the issues.

- **Yesterday, Democrats took a giant step toward building the coalition New Democrats have long envisioned**--a coalition of those in the middle class and struggling to stay there and those in our traditional base who are struggling to get there. Democrats won in the middle class, a stark turnaround from 1994, and they made significant gains among the growing number of upper middle class voters, as well, and, at the same time, held onto our base voters. In 1994, Democrats lost the key category of swing voters--those with incomes of between $30,000 and $50,000 a year--by 54 to 46. Yesterday, Democrats won those middle class voters 51 to 47. And they made big gains as well among voters earning $75,000 and more. Both base voters and middle class voters will rally behind candidates espousing the New Democrat message.

**Democrats can win anywhere in the country as long as we offer candidates who articulate a New Democrat, moderate message**--including in areas where the Republicans were thought to have a lock. As Republicans veered to the right, Democrats with a moderate, New Democrat message were able to win key races in Alabama, Georgia, North and South Carolina, Arkansas, and Indiana, among others.

- **The successful Democratic elections yesterday foreshadows the formula for success for Democrats in the Year 2000.** It is to rally a broad, multi-racial coalition around New Democrat ideas and themes, to energize our core supporters to turnout, and to utilize the organizational strength of forces like organized labor. If Democrats follow that formula, in the Year 2000, they will not only hold on to the Presidency, but reclaim control of both Houses of Congress, as well.