DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:05-cv-1067 (JGP) |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

**Declaration of David A. Hubbert**; Appendix 3

181249.1

.

Alvin From

February 23, 2006

Washington, DC

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - X

DEMOCRATIC LEADERSHIP          :

COUNCIL, INC.,                 :

     Plaintiff,               :

     v.                       :  No. 1:05-cv-1067

UNITED STATES,                 :  (JGP)

     Defendant.               :

- - - - - - - - - - - - - - - - X

Washington, D.C.

Thursday, February 23, 2006

Deposition of ALVIN FROM, called for

examination by counsel for the Defendant in the

above-entitled matter, pursuant to notice, the witness

being duly sworn by CARLA L. ANDREWS, a Notary Public

in and for the District of Columbia, taken at the

offices of Perkins, Coie, LLP, 607 Fourteenth Street,

N.W., Suite 800, Washington, D.C., at 10:06 a.m.,

Thursday, February 23, 2006, and the proceedings being

taken down by Stenotype by CARLA L. ANDREWS and

transcribed under her direction.

Alvin From                                    February 23, 2006
                        Washington, DC

```
                                                    Page 2
 1    APPEARANCES:
 2    On behalf of the Plaintiff:
 3          ROBERT F. BAUER, ESQ.
 4          EDWARD W. REESE, ESQ.
 5          Perkins, Coie, LLP
 6          607 Fourteenth Street, N.W.
 7          Washington, D.C. 20005-2011
 8          (202) 434-1602
 9
10    On behalf of the Defendant:
11          MICHAEL J. MARTINEAU, ESQ.
12          U.S. Department of Justice
13          Tax Division
14          P.O. Box 227
15          Washington, D.C. 20044
16          (202) 307-6483
17
18
19
20
21
22
23
24
25
```

Alvin From                                     February 23, 2006
                        Washington, DC

Page 3

1                        C-O-N-T-E-N-T-S

2    WITNESS                  EXAMINATION BY COUNSEL FOR

3    ALVIN FROM                       DEFENDANT

4    By Mr. Martineau                  4, 187

5                             EXAMINATION BY COUNSEL FOR

6                                    PLAINTIFF

7    By Mr. Bauer                 170, 189

8

9                        E-X-H-I-B-I-T-S

10       NO.                            IDENT.

11   Exhibits 64 through 120 marked prior to deposition

12   Exhibit Nos. 121 through 122........................ 60

13   Exhibit No. 123..................................... 86

14   Exhibit No. 124..................................... 88

15   Exhibit No. 125.................................... 169

16   Exhibit No. 126.................................... 173

17

18

19

20

21

22

23

24

25

b92784e0-2633-4fd8-9b34-6c023738f332

Alvin From                                    February 23, 2006
                    Washington, DC

1   director of the Joint Economic Committee of the

2   Congress.  And I think the Joint Economic Committee is

3   actually the payroll of the Senate.  So I think I went

4   over to Senate payroll.  But the person who was going

5   to be elected chairman was Representative Gillis Long

6   of Louisiana.  And I was going to be a staff director.

7           And two days before he was going to be

8   elected chairman, he died of a heart attack.  And so I

9   wasn't staff director.

10      Q    Very good.  And then did you take employment

11  after that position?

12      A    Then I went to the DHC.  We started DHC in

13  March of '91 -- 1985.

14      Q    And that would have been March after

15  President Reagan's re-election victory in 1984,

16  correct?

17      A    That's right.

18      Q    And then that was the -- in that election,

19  President Reagan won, I believe, 49 out of 50 states of

20  electoral college votes, right?

21      A    He did very well.

22      Q    We are going to obviously talk today about

23  the DLC a little bit more.  Let me ask you this.  How

24  was it -- let's talk now about your initial work with

25  the DLC when it was established March of 1985.  How did

Alderson Reporting Company
1111 14th Street, NW Suite 400 1-800-FOR-DEPO        Washington, DC 20005

b92784e0-2633-4fd8-9b34-6c023738f332

Alvin From                              February 23, 2006
                    Washington, DC

1    you become involved in the DLC?

2         A    Well, I had a group of friends mostly in the

3    Congress who were dissatisfied with the direction of

4    the country under the conservative leadership of

5    President Reagan and who also weren't exactly enamored

6    with the direction of the Democrat, the liberals.  The

7    agenda of the Democratic Party was interested in

8    pushing a different kind of an agenda, sort of like a

9    third way, which was progressive.  And so, you know, we

10   put together a social action entity to push that

11   agenda.

12        Q    Okay.  And who were the friends that you are

13   referring to that were dissatisfied with the direction

14   of the Democratic party?

15        A    Well, they were people like Sam Nunn;

16   Governor Chuck Robb of Virginia; Governor Bruce

17   Babbitt; Congressman Richard Gephardt; Jim Jones, who

18   was the chairman of the House Budget Committee; and

19   then Rodney Childs of Florida.

20        Q    And so those individuals were all Democrats,

21   right?

22        A    Yes.

23        Q    Were there any Republican-elected officials

24   who were part of the initial group that established the

25   had DLC?

Alvin From                                    February 23, 2006
                    Washington, DC

Page 13

1      A    No.

2      Q    Okay.  Now, after the DLC -- were you

3  approached by these individuals to become involved in

4  the DLC?  Is that how it happened?

5      A    Well, we had just -- you know, in the House

6  Caucus, we had actually put together a group of members

7  of the House who were interested in putting together a

8  modern progressive agenda.  So we talked about that.

9  And then I talked to -- I had old acquaintances with

10  Sam Nunn.  And they were interested in the same kind of

11  things.  So we sort of got together and talked about

12  how we could do this.

13      Q    Okay.  Now, you referred to the DLC at the

14  initial stage as a social action entity, correct?

15      A    Right.

16      Q    What do you mean by a social action entity?

17      A    Well, our mission very clearly was to push --

18  because we would change the course of the country.  To

19  push the progressive agenda and be sort of the agents

20  to push it in the political world because we live in

21  Washington.  We were the Democratic-elected officials.

22  And our goal -- we what we did is we promoted a bunch

23  of ideas.  And I would argue that we achieved our

24  mission.

25          We just talked before we started this about

Alvin From                                February 23, 2006
                    Washington, DC

1   narrow interests.  And we thought the country needed an

2   alternative.  And that's what we set out to do.  I

3   think that's what we did.  It's called the Third-Way

4   Internationally.  It is a progressive agenda.  And the

5   brand here is New Democrat.

6        Q    Now, I was going to ask you.  That term New

7   Democrat has been used in this case.  What is a New

8   Democrat?

9        A    A New Democrat is a philosophy that is a

10  progressive philosophy for the country.  It is grounded

11  in what we call traditional American values and new

12  ways of doing things.  There are five principles that I

13  use to define it.  The first is growing the economy.

14  Actually, it is the idea of opportunity for all.  And

15  the way we achieve that is by growing the economy and

16  making sure everybody has a chance to further that

17  growth.

18        The second is that our ideas have to be

19  grounded in values that most Americans believe in --

20  work, family, responsibility, faith, freedom,

21  tolerance, inclusion.

22        The third is we believe the new social

23  compact should be grounded in fiscal -- I'm sorry.

24  Mutual responsibility.  The idea that government has an

25  obligation to its citizens to create organized public

Alderson Reporting Company

b92784e0-2633-4fd8-9b34-6c023738f332

Alvin From                                February 23, 2006
                    Washington, DC

Page 42

1    testified to that.

2              MR. BAUER:  So I don't want him to be

3    speculating about how it --

4              THE WITNESS:  The truth is I don't exactly

5    know.  I mean, in Mr. Alston's case, he was the

6    executive director of both.  So he split his time.

7              BY MR. MARTINEAU:

8         Q    And you were -- you had A position in '97,

9    '98, and '99 with both organizations, correct?

10        A    Yes.

11        Q    And just for the record what was your

12   position?

13        A    I believe I was chairman of the foundation.

14        Q    And you were also president and CEO?

15        A    Of the DLC.

16        Q    Of the DLC.  During that time period,

17   Mr. From, when you wrote a political memo for the New

18   Democrat Magazine, when you wrote that, were you

19   writing that as an employee of the PPI or as an

20   employee of the DLC?

21        A    Again, I assume I was writing that as an

22   employee of the DLC.  It was a DLC publication.

23        Q    Fair enough.  All right.  Now, you indicated

24   that a large part of your work during the '97, '98, '99

25   time frame was fund-raising, correct?

Alvin From                                    February 23, 2006
                        Washington, DC

Page 57

1    August 1, 1998, in St. Petersburg, Florida, correct?

2         A     Yeah.  I remember that.  We were in a fire

3    trap.

4         Q     That where's it was held in a fire trap?

5         A     Yeah, an old hotel that was wood with no

6    electrical outlets.

7         Q     I understand.  And --

8         A     That would indicate we had a web base because

9    I was complaining about it.

10        Q     And this document reflects that the

11   individuals received invitations for the training,

12   correct?

13        A     Yes.

14        Q     And also it indicates the individuals who

15   actually participated and showed up?

16        A     Yes.

17        Q     For the individuals who were invited to the

18   training, how was it determined who was invited to the

19   training?

20        A     Well, again, you know, I don't know exactly.

21   But I would assume that the people who are our leaders

22   down there were Lawrence Hefner and John Mills, who is

23   the former speaker of the legislature and a couple of

24   other people, you know, said here are the most people

25   who are most likely to be advocates and opponents of

Alvin From                                    February 23, 2006
                        Washington, DC

Page 58

1    DLC ideas.  And so they were invited.

2        Q    And those people would be elected officials

3    in Florida?

4        A    Yeah.

5        Q    And those individuals would be

6    Democratic-elected officials in Florida, correct?

7        A    Yeah.

8        Q    And as far as the individuals who actually

9    attended --

10       A    My guess is they are all Democrats even

11   though, again, what I can't tell you is whether any of

12   them have changed parties.

13       Q    But at the time the document, DLC 09628, the

14   individuals who actually participated were

15   all Democratic-elected officials?

16       A    Yes.

17       Q    In the State of Florida?

18       A    Well, John Mills was the former speaker.  And

19   he was chair of the party.  And I don't even know who

20   this was, but he is probably a professor who helped.

21       Q    Very good.  But as far as you know, these

22   individuals at the time, they were all Democrats,

23   correct?

24       A    Correct.

25       Q    Very good.

Alvin From                                    February 23, 2006
                    Washington, DC

Page 59

1          MR. BAUER:  Can we take a five-minute break?

2          THE WITNESS:  Let me just make --

3          MR. BAUER:  Is this in response to

4   Mr. Martineau's last question?

5          THE WITNESS:  Yes.  I mean, the point that

6   has to be very clear is the elected officials who

7   participated who were invited were Democrats.  But they

8   were people who we thought would be willing and would

9   be skillful when trained to promote a Third-Way New

10  Democrat agenda and philosophy.

11         And so, you know, again, it is not surprising

12  that at a time when the country was extraordinarily

13  polarized that, you know, Republicans weren't jumping

14  on the bandwagon, at least a lot of them weren't.  Most

15  of them weren't.  And so we went to the most likely

16  base of our support.  But at the same time, as I am

17  sure we will get into before this afternoon or morning

18  is over, we were also doing events with -- you know, we

19  did an event with Rudy Guiliani and did other stuff

20  with the Heritage Foundation and others.

21         MR. MARTINEAU:  Okay.  Fair enough.  Let's

22  take a break.

23         (A recess was held.)

24         BY MR. MARTINEAU:

25  Q    Mr. From, we have been talking about

Alvin From                                    February 23, 2006
                        Washington, DC

Page 108

1    they did not; is that correct?

2         A    Yeah.

3         Q    I will get to that.  Let's just go to number

4    95, please.  Can you identify Exhibit No. 95?

5         A    That looks like -- it looks like a list of

6    people who supported our ideas in the Senate.

7         Q    And these are the New Democrat Senators,

8    correct?

9         A    Yeah.

10        Q    And who was the most active member of the New

11   Democrat amongst the senators during '97 '98 and '99?

12        A    Well, Joe Lieberman was chair of the DLC.

13   John Brow was a former chair.  They were both very

14   active.  And, as I said, they also had another group

15   that they were engaged in, which was a bipartisan group

16   that was trying to promote a lot of the ideas that we

17   supported as well.

18        Q    Did the DLC have a role in setting up just

19   the New Democrat Senators Group?

20        A    You know, I don't really remember.  I think

21   that the driving force behind this was Brow, who wanted

22   to build this center in the Senate.  And, you know, he

23   had a long history of working with people on both

24   parties.  And I think he wanted to get the most likely

25   Democrats who would be willing to work with Republicans

Alvin From                                        February 23, 2006
                        Washington, DC

Page 152

1    Democrats.

2              THE WITNESS:  Yeah.  These are all Democrats.

3              BY MR. MARTINEAU:

4        Q    Very good.  Let's move on the 106.

5        A    Uh-huh.

6        Q    I have just got a series of documents here.

7    And I wondering if you can identify 106.  Have you ever

8    seen that document before?

9        A    I have not seen it.

10       Q    For the record, it is --

11       A    John Hasselmann worked in our field.

12       Q    And this is a memo, dated October 7, 1998?

13       A    Yes.

14       Q    And who is it addressed to?

15       A    It looks like a state representative.  I

16   don't know who she is or who he is.  This also -- this

17   says you can't use our name on a campaign brochure,

18   too.  And we were very clear about.

19       Q    And it relates to, I guess, a picture that

20   Mr. Hasselmann came across of that state rep with

21   President Clinton?

22       A    Yeah.

23       Q    Now, 107.  Let me have you identify 107.

24       A    This looks like a memorandum that I wrote to

25   sort of the main supporters to trustees at DLC PPI.

Alvin From                                          February 23, 2006
                        Washington, DC

1        Q     And what was the purpose of the memorandum?

2        A     To say that we thought we had been very

3    successful in getting a lot of our ideas and our themes

4    put into the political lexicon.  But it was time to,

5    one, come up with a new generation of ideas; and,

6    secondly, to try to build a new generation of leaders

7    to amplify those ideas and to carry agents who would

8    support it.

9        Q     And what steps were you recommended to take

10   to build that next generation of new Democratic

11   leaders?

12       A     Well, the strategy -- it says, Increasing the

13   value of the New Democrat brand, which was to promote

14   our -- part of that is to just to promote our

15   successes.  Secondly, to shape and promote the next

16   generation of the new Democratic ideas.  I think that's

17   pretty obvious and identifying and engaging the next

18   generation of leaders who are the agents for carrying

19   those ideas.

20       Q     And I just want to refer you to on that point

21   8669?

22       A     Yes, sir.

23       Q     Under the next generation of New Democratic

24   Leaders.  Okay.  It says here at the bottom of the

25   page, In the course of this decade, we have seen a

Alderson Reporting Company
1111 14th Street, NW Suite 400 1-800-FOR-DEPO      Washington, DC 20005
b92784e0-2633-4fd8-9b34-6c023738f332

Alvin From                                    February 23, 2006
                        Washington, DC

                                                      Page 161

1        A      113 looks like the speech I made to the DLC

2    Annual Conference on December 2, 1998.

3        Q      And 114.  Can you identify that?

4        A      That's a speech I made to a group in Phoenix,

5    I guess, at the Nucleus Club.  I don't know exactly

6    what it is.  I guess it is some Democratic activists.

7        Q      I was going to ask you was the Democratic

8    Nucleus Club a group of Democratic activists in

9    Phoenix?

10       A      Yeah, I think that's right.

11       Q      Now, I want to ask you about a statement you

12   made in the second paragraph of that speech.  You said

13   quote, In 1985 a small band of New Democrats, including

14   a young governor from Arkansas and a freshman senator

15   from Tennessee formed the Democratic Leadership Council

16   to redefine our party.  We believe that was essential

17   to reversing our party's fortunes in presidential

18   elections and building a New Democratic majority in

19   national politics, unquote.

20              Do you see that?

21       A      Yes, sir.

22       Q      The young governor from Arkansas you are

23   referring to is President Clinton?

24       A      Yes, sir.

25       Q      And the freshman senator would be Vice

Alderson Reporting Company
b92784e0-2633-4fd8-9b34-6c023738f332

Chuck Alston                                               February 10, 2006
                          Washington, DC

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLUMBIA

3       - - - - - - - - - - - - - - - - - x

4    DEMOCRATIC LEADERSHIP COUNCIL,    :

5    INC.,                             :

6                   Plaintiff,        : No.1:05-cv-1067

7          vs.                         : (JGP)

8    UNITED STATES,                    :

9                   Defendant.         :

10      - - - - - - - - - - - - - - - - - x

11

12                          February 10, 2006

13                          Washington, D.C.

14

15       Deposition of CHUCK ALSTON, held at the

16   offices of Perkins Coie, 607 14th Street, N.W.,

17   Suite 800, Washington, D.C., commencing at 9:57

18   a.m., Friday, February 10, 2006, before Elizabeth

19   Mingione, Notary Public.

20

21

22

23

24

25                                          CERTIFIED COPY

Chuck Alston                                                February 10, 2006

Washington, DC

```
 1    A P P E A R A N C E S   O F   C O U N S E L:

 2    ON BEHALF OF THE UNITED STATES:

 3              MICHAEL J. MARTINEAU, ESQUIRE

 4              U.S. DEPARTMENT OF JUSTICE

 5              P.O. Box 227

 6              Ben Franklin Station

 7              Washington, D.C. 20044

 8              (202) 307-6483

 9

10    ON BEHALF OF THE DEMOCRATIC LEADERSHIP COUNCIL,

11    INC.:

12              ROBERT F. BAUER, ESQUIRE

13              EZRA W. REESE, ESQUIRE

14              Perkins Coie

15              607 Fourteenth Street, N.W., Suite 800

16              Washington, D.C. 20005-2011

17              (202) 628-6600

18

19

20

21

22

23

24

25
```

Chuck Alston                                                    February 10, 2006
                              Washington, DC

```
                                                          Page 3
  1                    C  O  N  T  E  N  T  S

  2    WITNESS:  CHUCK ALSTON

  3    EXAMINATION BY:                                    PAGE

  4         Mr. Martineau ............................. 7

  5         Mr. Reese ............................... 223

  6

  7

  8

  9

 10

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

Chuck Alston                                                                February 10, 2006
Washington, DC

Page 7

```
 1                  P R O C E E D I N G S
 2      Whereupon,
 3                      CHUCK ALSTON,
 4              having been first duly sworn by
 5              Elizabeth Mingione, a Notary Public
 6              within and for the District of Columbia,
 7              was examined and testified as follows:
 8                       -  -  -
 9              DIRECT EXAMINATION CONDUCTED
10              BY MR. MARTINEAU:
11      Q.    Good morning, Mr. Alston.
12      A.    Good morning.
13      Q.    Could you just state your name and spell
14  it for us, for the record, to get us started.
15      A.    Charles, conventional spelling, middle
16  initial, C as in Clark, last name A-L-S-T-O-N.
17      Q.    Very good.  Mr. Alston, I'm Mike
18  Martineau for the Department of Justice.  I
19  represent the United States in this suit brought by
20  the DLC.  First, have you ever had your deposition
21  taken before, sir?
22      A.    Yes.
23      Q.    So you know what the drill is?
24      A.    Yeah.
25      Q.    I'll try not to speak too fast.  I'll
```

Chuck Alston                                                February 10, 2006
                            Washington, DC

                                                           Page 182

    1        A.    I did.

    2        Q.    Very good.  Let's go to Exhibit 46.

    3                      -   -   -

    4              (A document was marked as Government

    5    Exhibit Number 46)

    6                      -   -   -

    7              BY MR. MARTINEAU:

    8        Q.    Could you identify this document for me?

    9        A.    It's a memorandum from John Hasselmann

   10    who was on the DLC staff to someone named Peter

   11    Altman.  I don't know who he is.

   12        Q.    To the honorable Peter Altman.  So he may

   13    have been an elected official; right?

   14        A.    Probably.

   15        Q.    And this refers to the Florida

   16    invitations for training dated 7/20/98; correct?

   17        A.    Okay.

   18        Q.    That's what the document says.

   19        A.    It does.

   20        Q.    And this refers to your earlier testimony

   21    about the DLC leadership workshop at the --

   22    involving the Florida DLC; correct?

   23        A.    Yes.  When was this?

   24        Q.    It's dated July 20, 1998.

   25        A.    Okay.

Page 183

```
 1          Q.    And I think you testified that these

 2    leadership workshops occurred in 1998 and 1999?

 3          A.    Yes.

 4          Q.    We are focusing now on 1998.  The

 5    invitations list here, I would like to have you

 6    review it and ask me if you recognize any

 7    Republican-elected officials, just based on your

 8    knowledge being in politics all those years, that

 9    were listed on this particular document?

10          A.    I do not.

11          Q.    To the best of your recollection, is each

12    individual, elected official on this list a

13    Democrat?

14          A.    To the best of my knowledge, yes.

15          Q.    Go to 47.

16                        -  -  -

17                (A document was marked as Government

18    Exhibit Number 47)

19                        -  -  -

20                BY MR. MARTINEAU:

21          Q.    Can you just identify this particular

22    document for me?

23          A.    Yeah.  It appears to be, I don't know who

24    wrote it, it appears to be somebody's kind of

25    run-a-show for what a day would look like for a
```

Chuck Alston                                                    February 10, 2006
                            Washington, DC

                                                            Page 191

1        A.    Okay.

2        Q.    Training program at the DLC headquarters.

3    Do you see that on the second page?

4        A.    Okay.

5        Q.    And I just want to reference you to the

6    first or second paragraph on the first page, 9537.

7    And it says, "As you know, this training is part of

8    DLC's larger goal to arm the next generation of New

9    Democrat elected leaders, particularly at the state

10   and local levels, with New Democrat ideas."

11             Do you see that?

12       A.    Yes, sir.

13       Q.    Is that what you understand one of the

14   goals of the training program is to arm that next

15   generation of New Democrat leaders so that they

16   can --

17       A.    Advance ideas.  Yes, sir.

18       Q.    Is that a --

19       A.    Yes, sir.

20       Q.    And then I want to reference you to the

21   list of participants of legislative training

22   participants on 9540 and 9541?

23       A.    Okay.

24       Q.    I believe you have identified these

25   individuals in another context.  But do you know if

Chuck Alston                                                                    February 10, 2006
                                        Washington, DC

1      any of these individuals are Republicans?

2             A.    They are not.

3             Q.    So as far as you know, these are all the

4      Democrats?

5             A.    Yes, sir.

6             Q.    Reference Number 50, Government's Exhibit

7      50.

8             A.    Yes, sir.

9                              -   -   -

10                  (A document was marked as Government

11     Exhibit Number 50)

12                             -   -   -

13                  BY MR. MARTINEAU:

14            Q.    And that document, can you identify that

15     document for me?

16            A.    Yes.  It appears to be a memorandum from

17     Debbie Cox to participants in the DLC training

18     program.

19            Q.    And it sets forth a lot of the mechanics

20     of the training part, or the map, the agenda and so

21     forth; right?

22            A.    Yes, sir.

23            Q.    Okay.  There is a, on page 9547, there is

24     a list of participants.

25            A.    Yes, sir.

Chuck Alston                                                    February 10, 2006
                              Washington, DC

```
                                                        Page 193
   1        Q.    Do you see that?  Can you tell me if each

   2   of those elected officials, state and elected

   3   officials are Democrats or Republicans?

   4        A.    I believe they are Democrats.

   5        Q.    Okay.  Do you recognize any of these

   6   participants as being Republicans?

   7        A.    I do not.

   8        Q.    Okay.  Go to number 51, I believe.

   9                      -   -   -

  10             (A document was marked as Government

  11   Exhibit Number 51)

  12                      -   -   -

  13        A.    Yes, sir.

  14        Q.    Can you identify 51?

  15        A.    I don't know what this is.

  16        Q.    Let me refer you to a couple things that

  17   might refresh your recollection.

  18        A.    Okay.

  19        Q.    The document is dated 6/18/98.

  20        A.    Uh-huh.

  21        Q.    And it's to DLC.MAIN, DCOX.  Do you see

  22   that?

  23        A.    That would be to Debbie Cox.

  24        Q.    And it was from the Bennett and Beard

  25   Media Consulting Firm.  Do you see that?
```

Page 194

1          A.     Yes.

2          Q.     Is that Anita Gottlieb's firm?

3          A.     No, I don't think so.  That's what I'm

4      puzzling over.  I don't know who that is.

5          Q.     And it references to Debbie, here are the

6      revised questions.  Do you see that, in the very

7      first paragraph?

8          A.     Yes.

9          Q.     And then it sets forth under the heading

10     Revised Memo, DLC Training Questions 6/18/98.  Do

11     you see that?

12         A.     Yeah.

13         Q.     Okay.  Have you seen this document

14     before?

15         A.     No.

16         Q.     Do you recall having been a participant

17     in the DLC leadership training program, whether

18     these particular questions were addressed in that

19     program?

20         A.     I tell you, I -- I don't know what we

21     would have been doing with this, to tell you the

22     truth.  I have no idea.

23         Q.     Okay.  Well, is -- are you familiar with

24     the Bennett and Beard Media Consulting Firm?

25         A.     I am not.

Chuck Alston                                                February 10, 2006
                          Washington, DC

                                                              Page 195

    1        Q.     This is the first time you have seen

    2     this?

    3        A.     It is.

    4        Q.     Let's move to Exhibit 52.

    5                        -  -  -

    6               (A document was marked as Government

    7     Exhibit Number 52)

    8                        -  -  -

    9               BY MR. MARTINEAU:

   10        Q.     Can you identify that document?

   11        A.     I have no earthly idea.

   12        Q.     Okay.

   13        A.      It appears to be a document about a

   14     training workshop we did June 19 and 20, but I -- as

   15     the earlier guest list indicated, I wasn't in this

   16     one.

   17        Q.     Okay.  But the cover sheet says, DLC

   18     Leadership Workshop, just for identification?

   19        A.     Yes, it does, says DLC Leadership

   20     Workshop, June 19-20, 1998.

   21        Q.     And there's a list here of participants

   22     in this particular workshop.  Can you just look at

   23     that list and tell me if the individuals on this

   24     list are Democrats or Republicans?

   25        A.      Interesting.  Democrats.

Chuck Alston                                                        February 10, 2006
                                Washington, DC

                                                                   Page 196

```
 1        Q.    These are all Democrats?

 2        A.    Yes, sir.

 3        Q.    You don't recognize any Republican state

 4   elected officials on that list?

 5        A.    No, sir.

 6        Q.    Okay.  Now let's go to Exhibit 53.

 7        A.    Okay.

 8                     -   -   -

 9              (A document was marked as Government

10   Exhibit Number 53)

11                     -   -   -

12              BY MR. MARTINEAU:

13        Q.    I just want you to identify 53 and 54 are

14   like documents, I'll represent that to you.  Can you

15   identify that document?

16        A.    This appears to be a document for the

17   same training session which we asked participants to

18   give their feedback.

19        Q.    And so these are the, if I may say, the

20   actual feedback -- the documents where the

21   participants indicated their feedback in regarding

22   the legislative training, the leadership training

23   workshop; correct?

24        A.    Yes.  But I have to just tell you I'm

25   puzzled.  This is not in the same format as the ones
```

Page 205

1         A.    Will must have told you that.  Didn't you

2    say earlier that Will testified?

3         Q.    Will had testified, but he didn't tell me

4    that one.

5         A.    Oh really?

6              MR BAUER:  You got that one on your own?

7              MR. MARTINEAU:  I got that one on my own.

8              THE WITNESS:  Well, unfortunately, that

9    means it's too easy to find.

10             MR. MARTINEAU:  Well, let's go to

11   Government's Exhibit 57, if you will?

12                       -   -   -

13             (A document was marked as Government

14   Exhibit Number 57)

15                       -   -   -

16             BY MR. MARTINEAU:

17        Q.    And can you identify that document for

18   me?

19        A.    This appears to be a memorandum to Tom

20   Sugar from Anne Rung who was the congressional

21   coordinator for the DLC.

22        Q.    Who is Tom Sugar?

23        A.    At the time, he was Evan Bayh's Chief of

24   Staff, Senator Evan Bayh of Indiana.

25        Q.    Senator Bayh is commonly considered to be

Chuck Alston                                                    February 10, 2006
                          Washington, DC

Page 206

1        a New Democrat.  Is that right?

2              A.    Yes, sir.

3              Q.    Now, under background, strike that.  This

4        document is dated September 2, 1999.  Do you see

5        that?

6              A.    Yes, sir.

7              Q.    And under "Background" the first sentence

8        says"The DLC in 1998 designed and tested a program

9        to teach elected officials and other rising

10       political leaders how to develop and articulate a

11       New Democrat governing agenda."  Do you see that?

12             A.    Yes, sir.

13             Q.    And so this is a continuation of the DLC

14       leadership workshop in 1999 from what happened --

15       what took place in 1998; correct?

16             A.    Yes.

17             Q.    Okay.  And it says, "The two-day

18       workshops are designed to teach the participants the

19       essentials of the New Democrat governing philosophy

20       and how to turn it into elective political --

21             A.    Effective.

22             Q.    -- Effective political messages and

23       policy --

24             A.    That was a Freudian slip.

25             Q.    Effective political messages and policy

Page 218

```
 1          Q.    Very good.   And then a couple more

 2     documents.   Number 61, can you just identify that

 3     document?

 4                           -   -   -

 5               (A document was marked as Government

 6     Exhibit Number 61)

 7                           -   -   -

 8          A.    Yes.   This appears to be the kind of

 9     fundraising literature for our annual conference and

10     dinner.

11          Q.    And this is 1997?

12          A.    Yes, sir.

13          Q.    And if you look on page 10308, if you

14     wanted to participate, as I understand from your

15     earlier testimony, DLC was raising funds from these

16     various organizations based on 10,000, 20,000,

17     50,000 --

18          A.    Yes.   What you had to do, this entitled

19     you to a whole year's membership.   This is not

20     $50,000 to come to the event.   But it would, as this

21     indicates, if you joined at that level, these are

22     the privileges it gave you for that specific event.

23               Then you would also be invited to a

24     series of programming for the next year.

25          Q.    Okay.
```

Chuck Alston                                          February 10, 2006
                        Washington, DC

Page 219

1      A.    We just didn't find single-event

2    fundraising to be effective.  Plus that would have

3    been an expensive stake.

4      Q.    Right.  10311, there's a leadership

5    dinner attendees.  Do you see that?

6      A.    Yes, sir.

7      Q.    And are these individuals all members of

8    the DLC?

9      A.    Boy, this would have been, well, let me

10   look.  Hang on.

11     Q.    Take your time.

12     A.    Yes.  This appears to be contributors and

13   other guests, Members of Congress, administration

14   officials.  I see, you know, government affairs

15   guys, so clearly it was, you know, donors.  So, yes.

16   This would have --

17     Q.    With regard to elected officials, did any

18   Republican-elected officials attend the leadership

19   dinner and conference?

20     A.    To my knowledge, no, sir.

21     Q.    Would that be true here in 1997 and 1998

22   and 1999?

23     A.    Elected officials?

24     Q.    Yes, sir.

25     A.    To my knowledge, no, sir.

Chuck Alston                                                    February 10, 2006
                          Washington, DC

Page 220

1          Q.    For all three years?

2          A.    Yes, sir.

3          Q.    Let's go to Number 62.  Now, can you just

4     identify this document for me?

5                          -  -  -

6                (A document was marked as Government

7     Exhibit Number 62)

8                          -  -  -

9          A.    It looks like a -- looks like we are

10    asking -- this is this is the response form to see

11    if they are coming to the DLC retreat.

12         Q.    This is the retreat in New Orleans that

13    we referenced earlier in your testimony?

14         A.    Yes, sir.

15         Q.    And there's a reference here to a DLC

16    charter plane.  Do you see that?

17         A.    Yes, sir.

18         Q.    Did the DLC provide a charter for people

19    in Washington to go down to New Orleans to

20    participate?

21         A.    Exactly.

22         Q.    Did elected officials take that charter

23    to get down there?

24         A.    Many did.  Yes, sir.

25         Q.    Were there any Republican-elected

William Marshall
Washington, DC
February 8, 2006

```
                                                    Page 1

 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3    - - - - - - - - - - - - - - - x

 4    DEMOCRATIC LEADERSHIP COUNCIL,  :

 5    INC.,                          :

 6                 Plaintiff,        : No.1:05-cv-1067

 7          vs.                      : (JGP)

 8    UNITED STATES,                 :

 9                 Defendant.        :   PAGES 1 - 170

10    - - - - - - - - - - - - - - - x

11                        February 8, 2006

12                        Washington, D.C.

13        Deposition of WILL MARSHALL, held at the

14    offices of Perkins Coie, 607 14th Street, N.W.,

15    Suite 800, Washington, D.C., commencing at 9:41

16    a.m., Wednesday, February 8, 2006, before Elizabeth

17    Mingione, Notary Public.

18

19

20

21

22

23

24

25
```

William Marshall                                              February 8, 2006
                         Washington, DC

Page 2

```
 1    A P P E A R A N C E S   O F   C O U N S E L:

 2    ON BEHALF OF THE UNITED STATES:

 3              MICHAEL J. MARTINEAU, ESQUIRE

 4              U.S. DEPARTMENT OF JUSTICE

 5              P.O. Box 227

 6              Ben Franklin Station

 7              Washington, D.C. 20044

 8              (202) 307-6483

 9

10    ON BEHALF OF THE DEMOCRATIC LEADERSHIP COUNCIL,

11    INC.:

12              ROBERT F. BAUER, ESQUIRE

13              EZRA W. REESE, ESQUIRE

14              Perkins Coie

15              607 Fourteenth Street, N.W., Suite 800

16              Washington, D.C. 20005-2011

17              (202) 628-6600

18

19

20

21

22

23

24

25
```

William Marshall                                                    February 8, 2006
                          Washington, DC

                                                              Page 6

1                  P R O C E E D I N G S

2       Whereupon,

3                          WILL MARSHALL,

4                          having been first duly sworn by

5                          Elizabeth Mingione, a Notary Public

6                          within and for the District of Columbia,

7                          was examined and testified as follows:

8                              -  -  -

9                      DIRECT EXAMINATION CONDUCTED

10                     BY MR. MARTINEAU:

11          Q.    Good morning, Mr. Marshall.

12          A.    Good morning.

13          Q.    Could you just state your name for the

14      record to get us started here this morning.

15          A.    It's William Marshall.

16          Q.    And, Mr. Marshall, I am Mike Martineau

17      with the Department of Justice.  And I represent the

18      United States in the suit brought by the Democratic

19      Leadership Council to challenging the services

20      revocation of its tax exempt status.

21              Have you ever had your deposition taken

22      before, sir?

23          A.    No, I haven't.

24          Q.    Okay.  I'm going to ask you some

25      questions.  You provide me the answers.  The court

William Marshall                                                                February 8, 2006
Washington, DC

Page 20

1        Q.    And did the service grant such status?

2        A.    Yes.

3        Q.    And what was the status?  Was it a C(3)

4    organization, a C(4) organization?

5        A.    That was C(4).

6        Q.    And what is your understanding of what a

7    C(4) organization is?

8        A.    Well, as I mentioned earlier, it's an

9    organization that promotes social welfare and tries

10   to affect a climate of opinion and ideas in the

11   country.

12       Q.    Very good.  Now, once the service granted

13   the C(4) status, what were the activities that the

14   DLC undertook to advance the mission that you have

15   described here today?

16       A.    Well, let's see.  You know, trying to

17   attract prominent political figures was important.

18   Trying to focus on the reasons for the political

19   setbacks and the reasons for conservative gains over

20   time.  Traveling around the country trying to buck

21   up demoralized folks, some of whom were defecting to

22   the republican side.

23       Q.    Good.  Now, as far as the first activity

24   you identified, attracting the political figures,

25   how did you go about trying to attract political

William Marshall                                                February 8, 2006
Washington, DC

Page 21

1    figures, sir?

2        A.    Well, you know, there were lots of folks

3    we had been talking to down the years about the need

4    for, you know, to try to change the direction of the

5    political debate.  And so we already knew a bunch of

6    folks who sort of saw things in a similar light.

7    And we went to them and just tried to sign them up.

8             And then we sort of did public meetings

9    organized around them.  And often we would do that

10   and travel around the country.

11       Q.    Were these political figures Democrats,

12   Republicans or both?

13       A.    Democrats.

14       Q.    They were Democrats.  Okay.  And you also

15   said you -- there was some demoralized folks around

16   the country at that particular point; correct?

17       A.    Yes.

18       Q.    Who were you referring to as demoralized

19   folks?

20       A.    Voters.  I mean, you know, people who

21   perhaps once voted Democratic who were attempting

22   now to switch allegiance.

23       Q.    And so they were Democrats who were

24   attempting to switch allegiance to --

25       A.    They were Democrats, Independents, modern

William Marshall                                    February 8, 2006

Washington, DC

Page 114

1       Q.    So you don't know?

2       A.    I can't recall.

3       Q.    Good.  Let's go to Exhibit 13.

4                    -  -  -

5             (A document was marked as Deposition

6       Exhibit Number 13)

7                    -  -  -

8             BY MR. MARTINEAU:

9       Q.    You have before you what's been marked as

10      Exhibit 13.  Can you --

11      A.    It's called The Idea Book, A Reference

12      Manual for New Democrats, DLC 1998.

13      Q.    What is The Idea Book?

14      A.    Well, this is a DLC product that in this

15      case obviously contains -- I'll have to look at this

16      because I don't remember.

17      Q.    Take your time.

18      A.    Do you want me to tell you what's in this

19      one?

20      Q.    Yes.

21      A.    What's in this one is a credo.

22      Q.    For New Democrats?

23      A.    Yes.

24      Q.    That's on page 5223.

25      A.    A New Democratic featuring remarks of the

William Marshall                                                February 8, 2006

Washington, DC

Page 115

1    DLC president, Al From, which is a speech.

2         Q.    Take your time.  That's on 5225.

3         A.    Right.  And then a series of talking

4    points on various issues.

5         Q.    Okay.  Mr. Marshall, what was the source

6    of the content of The Idea Book, the reference

7    manual for New Democrat?

8         A.    Well, a lot of these ideas we developed

9    at PPI and at DLC.  I can't say all of them because

10   I haven't read all this.

11        Q.    But some of the content of The Idea Book

12   was generated by and produced by the PPI.  Is that

13   correct?

14        A.    Yes.

15        Q.    Now, when Mr. From is referenced in here,

16   it gives a speech, let's reference his remarks to

17   the Democratic Nucleus Club on April 20, 1998, in

18   Phoenix.  Do you see that?

19        A.    Yes.

20        Q.    Does Mr. From, to your knowledge, did he

21   write his own speeches or did someone write his

22   speeches for him or in conjunction with him?

23        A.    All of the above.  He wrote some.

24   Sometimes he had a speech writer provide help.  And

25   in the end I think Al mostly does his own speech

1              IN THE UNITED STATES DISTRICT COURT FOR THE

2                        DISTRICT OF COLUMBIA

3

4   DEMOCRATIC LEADERSHIP          )
    COUNCIL, INC.,                 )
5                                  )
                 PLAINTIFF,        )
6                                  )
        VS.                        )      NO. 1:05-CV-1067 (JGP)
7                                  )
    UNITED STATES,                 )
8                                  )
                 DEFENDANT.        )
9   _____)

10

11

12              THE DEPOSITION OF DEBBIE COX BULTAN, TAKEN ON

13      BEHALF OF THE DEFENDANT, AT 1620 26TH STREET, SIXTH

14      FLOOR, SANTA MONICA, CALIFORNIA, AT 10:07 A.M.,

15      WEDNESDAY, MARCH 22, 2006, BEFORE SHERYL WILLIAMS,

16      CERTIFIED SHORTHAND REPORTER NO. 7453, PURSUANT TO

17      NOTICE.

18

19

20

21

22

23

24

25

1

```
 1    APPEARANCES:

 2    FOR PLAINTIFF:

 3    PERKINS COIE LLP
      BY:  ROBERT BAUER, ESQ.
 4    607 14TH STREET NW
      SUITE 800
 5    WASHINGTON, D.C. 20005
      (202) 434-1602
 6
      FOR DEFENDANT:
 7
      U.S. DEPARTMENT OF JUSTICE
 8    BY:   MARTIN J. MARTINEAU, ESQ.
      555 4TH STREET NW
 9    ROOM 6122
      WASHINGTON, D.C. 20001
10    (202) 307-6483

11

12
      ALSO PRESENT:  DUDLEY FETZER, VIDEOGRAPHER
13

14

15

16

17

18

19

20

21

22

23

24

25
```

2

SEIJAS COURT REPORTERS

```
 1          SANTA MONICA, CALIFORNIA, WEDNESDAY, MARCH 22, 2006

 2                          10:07 A.M.

 3                            -oOo-

 4      THE VIDEOGRAPHER:  GOOD MORNING.  WE'RE ON THE RECORD

 5   AT 10:07 A.M. ON WEDNESDAY, MARCH 22, 2006 FOR THE

 6   VIDEOTAPED DEPOSITION OF DEBBIE COX BULTAN.  WE'RE TAPING

 7   THIS DEPOSITION AT 1620 26TH STREET IN SANTA MONICA,

 8   CALIFORNIA ON BEHALF OF THE DEFENDANTS IN THE ACTION

 9   ENTITLED DEMOCRATIC LEADERSHIP COUNCIL, INC. VERSUS UNITED

10   STATES, CASE NO. 105 CV 1067.

11          MY NAME IS DUDLEY FETZER.  I'M THE VIDEOGRAPHER

12   FROM ON RECORD LOCATED IN LOS ANGELES, CALIFORNIA.  THIS IS

13   TAPE NO. 1 OF VOLUME I.

14          WOULD COUNSEL PLEASE IDENTIFY YOURSELVES AND

15   STATE WHOM YOU REPRESENT.

16      MR. BAUER:  I'M ROBERT BAUER WITH THE DEMOCRATIC

17   LEADERSHIP COUNCIL.

18      MR. MARTINEAU:  I AM MIKE MARTINEAU WITH THE UNITED

19   STATES DEPARTMENT OF JUSTICE, TAX DIVISION, ON BEHALF OF

20   THE DEFENDANT UNITED STATES.

21      THE VIDEOGRAPHER:  THE COURT REPORTER MAY SWEAR THE

22   WITNESS.

23      THE COURT REPORTER:  WOULD YOU PLEASE RAISE YOUR RIGHT

24   HAND.

25          YOU DO SOLEMNLY STATE THAT THE TESTIMONY YOU'RE
```

5

1    ABOUT TO GIVE IN THIS MATTER WILL BE THE TRUTH, THE WHOLE

2    TRUTH AND NOTHING BUT THE TRUTH?

3            THE WITNESS:  YES.

4                              EXAMINATION

5    BY MR. MARTINEAU:

6        Q.    GOOD MORNING, MS. COX BULTAN.

7        A.    GOOD MORNING.  MS. COX IS FINE.

8        Q.    MS. COX IS FINE.  I WAS GOING TO ASK YOU.  I AM

9    MIKE MARTINEAU FROM THE DEPARTMENT OF JUSTICE, AND I WANT

10   TO ASK YOU IF YOU'LL FIRST STATE FOR YOUR RECORD YOUR FULL

11   NAME AND YOUR PRESENT EMPLOYMENT POSITION FOR US.

12       A.    DEBORAH COX BULTAN, AND I'M WITH THE DEMOCRATIC

13   LEADERSHIP COUNCIL.

14       Q.    YOU'RE LOCATED IN CALIFORNIA?

15       A.    SANTA BARBARA, CALIFORNIA.

16       Q.    OKAY.  YOU'RE HERE TODAY PURSUANT TO THE SUBPOENA

17   THAT WAS SERVED UPON YOU BY THE UNITED STATES IN THIS CASE;

18   CORRECT?

19       A.    YES.

20       Q.    I'M GOING TO HAVE WHAT HAS BEEN PREVIOUSLY MARKED

21   AS EXHIBIT 143 GIVEN TO YOU.

22       (DEFENDANT'S EXHIBIT 143 WAS MARKED FOR

23         IDENTIFICATION AND IS ATTACHED HERETO.)

24       Q.    BY MR. MARTINEAU:  IS THIS THE NOTICE OF

25   DEPOSITION AND THE SUBPOENA THAT WAS SERVED UPON YOU IN

6

SEIJAS COURT REPORTERS

1    A.    THE EXACT SAME JOB THAT I DESCRIBED AS FIELD

2    DIRECTOR.    I WENT BACK TO BEING OUR NATIONAL OVERSEER OF

3    THAT AFTER SOME TIME OF DOING WESTERN STATES, AND THE TITLE

4    CHANGED.

5    Q.    FAIR ENOUGH.    AND YOU'RE CURRENTLY CHIEF OF STAFF

6    TO THE DLC; CORRECT?

7    A.    YES, AT THE MOMENT.

8    Q.    AND JUST EXPLAIN BRIEFLY WHAT IS THE POSITION OF

9    CHIEF OF STAFF.

10    A.    PRIMARILY TO RUN DAY-TO-DAY OPERATIONS FOR THE

11    DLC.    I SHOULD CLARIFY, HOWEVER, ON THIS POINT THAT I JUST

12    MOVED TO, BACK TO CALIFORNIA SO MY DUTIES ARE IN TRANSITION

13    BECAUSE I CAN'T DO ALL OF MY FORMER CHIEF OF STAFF DUTIES

14    FROM HERE.

15    Q.    FAIR ENOUGH.    NOW, AS PART OF THE POSITION AS

16    POLITICAL DIRECTOR, WERE YOU INVOLVED WITH THE DLC

17    LEADERSHIP WORKSHOPS?

18    A.    YES.

19    Q.    EXPLAIN TO THE COURT WHAT ARE THE DLC LEADERSHIP

20    WORKSHOPS.

21    A.    THE DLC LEADERSHIP WORKSHOPS ARE A PROJECT WE

22    STARTED IN 1998 TO HELP ELECTED OFFICIALS AND OTHERS

23    UNDERSTAND THE NEW DEMOCRAT PHILOSOPHY AND HELP THEM LEARN

24    HOW TO DEVELOP POLICIES AND IDEAS CONSISTENT WITH THAT

25    PHILOSOPHY.

20

1          Q.    NOW, WERE THESE ELECTED OFFICIALS AT THE STATE

2     AND LOCAL LEVEL?

3          A.    PRIMARILY, YES.

4          Q.    WERE THESE ELECTED OFFICIALS DEMOCRAT ELECTED

5     OFFICIALS OR REPUBLICAN ELECTED OFFICIALS?

6          A.    PRIMARILY DEMOCRATS.

7          Q.    DO YOU KNOW OF ANY INSTANCE WHEN A REPUBLICAN

8     ELECTED OFFICIAL AT THE STATE AND LOCAL LEVEL PARTICIPATED

9     IN A DLC LEADERSHIP WORKSHOP?

10         A.    NOT SPECIFICALLY THOUGH.  WE DIDN'T CHECK

11    CREDENTIALS AT THE DOOR, SO I CAN'T -- I'D HAVE TO LOOK

12    THROUGH EVERY LIST TO SAY THAT THIS IS A DEMOCRAT, THIS IS

13    A REPUBLICAN, BUT I'M SURE PRIMARILY THEY WERE DEMOCRATS.

14         Q.    VERY GOOD.  NOW, WOULD YOU JUST DESCRIBE WHAT THE

15    WORKSHOPS WERE ABOUT.  HOW DID THEY WORK?

16         A.    CAN YOU CLARIFY THE QUESTION FOR ME.  DO YOU WANT

17    ME TO SPECIFICALLY WALK YOU THROUGH WHAT A DAY WOULD LOOK

18    LIKE?

19         Q.    WALK THROUGH WHAT A DAY WOULD LOOK LIKE IN THE

20    DLC LEADERSHIP WORKSHOP.

21         A.    THEY EVOLVED OVER TIME, BUT THEY MOSTLY ENTAILED

22    A SECTION WHERE WE WOULD TALK ABOUT THE VALUES INHERENT ON

23    THE POLITICAL SPECTRUM OF LEFT, RIGHT AND CENTER, AND WE

24    WOULD DO THAT BY USING SPEECHES THAT WE FELT EXEMPLIFIED

25    THOSE THREE POSITIONS ON THE POLITICAL SPECTRUM, AND WE

21

1      A.    I BELIEVE SHE SPOKE TO ANITA GOTTLIEB, AND I

2  BELIEVE SHE MAY HAVE SPOKEN TO ED KILGORE, ANOTHER DLC

3  STAFF PERSON WHO WAS ONE OF THE FACILITATORS OCCASIONALLY.

4      Q.    OKAY.  VERY GOOD.  FAIR ENOUGH.

5            MS. COX, I WANT TO SHOW YOU ANOTHER DOCUMENT THAT

6  HAS PREVIOUSLY BEEN MARKED AS GOVERNMENT'S EXHIBIT 49.

7            MS. COX, CAN YOU IDENTIFY THIS DOCUMENT FOR ME.

8      A.    YES.  THIS IS A FAX COVER SHEET THAT WENT TO

9  PARTICIPANTS IN THE DLC'S TRAINING WORKSHOP JUNE 19TH AND

10  20TH, 1998.

11     Q.    THIS WAS THE -- AND THIS WAS A FAX THAT YOU

12  WROTE; IS THAT CORRECT?

13     A.    YES.

14     Q.    AND THIS RELATES TO THE FIRST TRAINING SESSION IN

15  WASHINGTON, D.C., JUNE 19TH AND 20TH, 1998?

16     A.    YES.

17     Q.    IT STATES IN THE SECOND PARAGRAPH, YOU WRITE,

18  QUOTE, AS YOU KNOW, THIS TRAINING IS PART OF THE DLC'S

19  LARGER GOAL TO ARM THE NEXT GENERATION OF NEW DEMOCRAT

20  ELECTED LEADERS, PARTICULARLY AT THE STATE AND LOCAL

21  LEVELS, WITH NEW DEMOCRATIC IDEAS, UNQUOTE.

22            DO YOU SEE THAT?

23     A.    YES.

24     Q.    DO YOU AGREE WITH THAT PARTICULAR STATEMENT AS TO

25  THE PURPOSE OF WHAT THE DLC'S TRAINING PROGRAM IS?

31

1          A.    YES.

2          Q.    VERY GOOD.  AND THEN YOU SUBSEQUENTLY INDICATE

3     THAT, QUOTE, THE AIM IS TO HELP NEW DEMOCRATS ARTICULATE

4     THEIR POLITICAL PHILOSOPHY, APPLY THAT PHILOSOPHY TO STATE

5     AND LOCAL PUBLIC POLICY PROBLEMS, AND EFFECTIVELY DELIVER

6     NEW DEMOCRAT MESSAGES THROUGH A VARIETY OF MEDIUMS,

7     UNQUOTE.

8                DO YOU SEE THAT?

9          A.    YES.

10         Q.    IS THAT A FAIR STATEMENT OF WHAT THE AIM OF THE

11    DLC LEADERSHIP TRAINING PROGRAM IS?

12         A.    YES.  WITH -- AFTER THIS PARTICULAR FIRST EFFORT,

13    WE SUBSEQUENTLY CHANGED THE AGENDA AND DID LESS OF THE LAST

14    POINT.

15         Q.    AND WHAT SPECIFICALLY WAS THE LAST POINT?

16         A.    DELIVERING NEW DEMOCRAT MESSAGES THROUGH A

17    VARIETY OF MEDIUMS.  WE DID NOT DO THAT PORTION OF THE

18    TRAINING AFTER THE FIRST INITIAL PILOT PROJECT WHICH IS

19    WHAT THIS WAS.

20         Q.    WHY DID YOU NOT DO THAT?

21         A.    IT WAS TOO LONG.

22         Q.    VERY GOOD.  AND I JUST WANT YOU TO LOOK AT THE

23    ATTACHED LIST OF PARTICIPANTS IN THE FIRST LEGISLATIVE

24    TRAINING PROGRAM.  THERE'S A LIST OF STATE AND LOCAL

25    ELECTED OFFICIALS WHO ARE PARTICIPANTS IN THE FIRST

32

SEIJAS COURT REPORTERS

1    TRAINING PROGRAM; CORRECT?

2        A.    YES.

3        Q.    CAN YOU LOOK AT THAT LIST AND INDICATE TO ME

4    WHETHER THERE ARE ANY REPUBLICAN STATE AND LOCAL ELECTED

5    OFFICIALS ON THAT PARTICULAR LIST.

6        A.    NO, THERE ARE NOT ANY REPUBLICAN ELECTED

7    OFFICIALS ON THIS LIST.

8        Q.    TO THE BEST OF YOUR KNOWLEDGE, ALL OF THE STATE

9    AND LOCAL ELECTED OFFICIALS ON THE LIST ARE DEMOCRATS?

10        A.    YES.

11        Q.    MS. COX, LET ME SHOW YOU WHAT'S -- ANOTHER

12    DOCUMENT THAT'S BEEN PREVIOUSLY MARKED AS GOVERNMENT'S

13    EXHIBIT 50 IN THIS PARTICULAR CASE.

14            CAN YOU IDENTIFY THAT DOCUMENT FOR ME.

15        A.    IT'S MANY DOCUMENTS.  DO YOU WANT ME TO IDENTIFY

16    THE TOP ONE?

17        Q.    YES, THE TOP ONE.  THE TOP ONE IS A FAX I BELIEVE

18    YOU WROTE DATED JUNE 17, 1998; CORRECT?

19        A.    YES.

20        Q.    IT'S ADDRESSED TO THE PARTICIPANTS IN THE

21    LEADERSHIP TRAINING PROGRAM; CORRECT?

22        A.    YES.

23        Q.    THAT WAS -- AGAIN THE WORD REFERENCING HERE THE

24    FIRST LEGISLATIVE TRAINING PROGRAM IN WASHINGON, D.C.?

25        A.    YES.

33

1        Q.    THIS WAS SENT BY YOU TO THE PARTICIPANTS TO GIVE

2   THEM INFORMATION ABOUT PARTICIPATION IN THE PROGRAM;

3   CORRECT?

4        A.    YES.

5        Q.    ON THE SECOND PAGE HERE IS THE AGENDA.  DO YOU

6   SEE THAT?

7        A.    UH-HUH.

8        Q.    DO YOU SEE THAT?

9        A.    UH-HUH.

10       Q.    DID YOU DRAFT UP THE AGENDA FOR THE INITIAL

11  TRAINING PROGRAM?

12       A.    I WOULD HAVE BEEN INVOLVED.  WHETHER ANITA

13  GOTTLIEB OR I DRAFTED IT, I DON'T REMEMBER.

14       Q.    VERY GOOD.  ONE OF THE ITEMS ON THE AGENDA AT

15  1:00 P.M. SAYS, "EXPLORING WHAT MAKES US NEW DEMOCRATS.

16  HOW OUR VALUES ARE DIFFERENT FROM REPUBLICANS AND

17  TRADITIONAL LIBERALS."  DO YOU SEE THAT?

18       A.    YES.

19       Q.    WHAT WAS INVOLVED IN THAT PARTICULAR AGENDA ITEM?

20       A.    THAT IS THE PORTION OF THE PROGRAM I REFERENCED

21  EARLIER WHICH IS JUST REVIEWING SPEECHES FROM ACROSS THE

22  POLITICAL SPECTRUM AND DISCUSSING THE VALUES, THE VALUES

23  FROM EACH THREE POINTS ON THE POLITICAL SPECTRUM -- LEFT,

24  RIGHT AND CENTER.

25       Q.    DO YOU RECALL WHAT, WHO WERE THE SPEECHES, SPEECH

34

1       Q.    BOTH.   THAT'S THE DEPARTMENT THAT IS REFERENCED?

2       A.    THE DEPARTMENT THAT IS REFERENCED IS THE FIELD

3   DEPARTMENT OR POLITICAL DEPARTMENT.   WE'VE CALLED IT BOTH

4   OVER THE YEARS.

5       Q.    WHO ARE THE INDIVIDUALS THAT WERE PART OF THAT

6   DEPARTMENT TO YOUR RECOLLECTION AT THAT PARTICULAR POINT IN

7   TIME?

8       A.    AT THAT TIME PROBABLY DOUG WILSON, MYSELF, JEFF

9   VALENZUELA.   THE THREE OF US PROBABLY.

10      Q.    IS MR. ALSTON CONSIDERED PART OF THE POLITICAL

11  TEAM THAT WAS REFERENCED IN THIS PARTICULAR DOCUMENT?

12      A.    NO.

13      Q.    HOW ABOUT MR. FROM?   WAS HE PART OF THE POLITICAL

14  TEAM AS REFERENCED IN THIS DOCUMENT?

15      A.    NO.

16      Q.    NOW, THE DOCUMENT STATES THAT THE SESSIONS OFFER

17  OPPORTUNITIES FOR THAT POLITICAL TEAM TO IDENTIFY POTENTIAL

18  NEW DEMOCRATS AND EXPAND OUR NATIONWIDE NETWORK.

19          DO YOU SEE THAT?

20      A.    YES.

21      Q.    HOW DID THE TRAINING SESSIONS WORK TO ASSIST THE

22  DLC TO IDENTIFY POTENTIAL NEW DEMOCRATS?

23      A.    WHAT THAT MEANS IS THROUGH THE COURSE OF THE ONE

24  DAY, OR TWO DAY AT THAT TIME, WORKSHOPS, WE WOULD HAVE A

25  SENSE TO OBSERVE ELECTED OFFICIALS, AND BY SPENDING TIME

48

SEIJAS COURT REPORTERS

1    WITH THEM UNDERSTAND BETTER WHO SHARED OUR PHILOSOPHY AND

2    WHO MIGHT BE PARTNERS LATER IN HELPING US PROMOTE SPECIFIC

3    IDEAS BEYOND THE WORKSHOPS.

4        Q.   SO IS IT FAIR TO SAY THAT THESE WORKSHOPS HELPED

5    IDENTIFY WHAT MIGHT BE CALLED TRUE BELIEVERS OF THE DLC'S

6    POINT OF VIEW?

7        A.   YEAH.  OR I WOULD CALL IT, I WOULD CALL IT, I

8    WOULD RATHER CALL IT SOMETHING ALONG THE LINES OF LIKE

9    MINDED THINKERS.  PEOPLE WHO SHARED OUR PHILOSOPHY.

10       Q.   VERY GOOD.  CAN YOU TURN TO THE NEXT PAGE.  IT

11   STATES --

12       A.   CAN I --

13       Q.   ABSOLUTELY.  TAKE YOUR TIME.

14       A.   NO.  CAN I JUST MAKE A POINT ABOUT WHAT I JUST

15   SAID.  I WANTED TO BE CLEAR BECAUSE I SAID YES, BUT CAN I

16   RESTATE.  I REALLY DIDN'T MEAN YES.  YOU SAID WOULD YOU

17   CALL THEM TRUE BELIEVERS OF THE DLC, AND I SAID YES, BUT I

18   WOULD RATHER THAT BE SAY NO BECAUSE TRUE BELIEVERS OF THE

19   DLC, SOMETIMES PEOPLE AGREE WITH US ON A SPECIFIC ISSUE BUT

20   NOT ANOTHER.  SO I DON'T WANT TO GIVE THE IMPRESSION THAT,

21   YOU KNOW, IF WE IDENTIFIED THESE PEOPLE THEY ALL OF A

22   SUDDEN, YOU KNOW, HOOK, LINE AND SINKER WERE WITH US.  THEY

23   WERE PEOPLE WHO GENERALLY SHARED OUR PHILOSOPHY AND MIGHT

24   MAKE GOOD PARTNERS IN THE FUTURE.

25       Q.   VERY GOOD.  CAN YOU LOOK AT THE NEXT PAGE 01584.

49

SEIJAS COURT REPORTERS

1    YES.

2        Q.    VERY GOOD.  I JUST WANTED TO SHOW YOU A DOCUMENT

3    THAT HAS BEEN PREVIOUSLY MARKED AS GOVERNMENT'S EXHIBIT 57.

4        DO YOU SEE THAT?

5        A.    YES.

6        Q.    THIS IS A DOCUMENT THAT IS DATED -- IT'S A

7    MEMORANDUM DATED SEPTEMBER 2, 1999 FROM ANNE RUNG TO TOM

8    SUGAR; CORRECT?

9        A.    SUGAR, YES.

10       Q.    FOR THE RECORD, WHO IS ANNE RUNG?

11       A.    ANNE RUNG WAS AT THAT TIME DLC'S CONGRESSIONAL

12   LIAISON.

13       Q.    AND WHAT WERE HER DUTIES AND RESPONSIBILITIES AS

14   CONGRESSIONAL LIAISON?

15       A.    TO WORK WITH MEMBERS OF CONGRESS AND THEIR STAFFS

16   ON BEHALF OF THE DLC.

17       Q.    AND WHO IS TOM SUGAR?

18       A.    HE WOULD HAVE BEEN CHIEF OF STAFF FOR SENATOR

19   EVAN BAYH.

20       Q.    AND UNDER THE BACKGROUND SECTION OF THE --

21       A.    I'M GOING TO READ THIS IF YOU DON'T MIND.

22       Q.    TAKE YOUR TIME.  JUST READ THE BACKGROUND

23   SECTION.

24       A.    OKAY.

25       Q.    IT SAYS IN THAT FIRST SENTENCE, MS. COX, QUOTE,

53

```
 1    THE DLC IN 1998 DESIGNED AND TESTED A PROGRAM TO TEACH

 2    ELECTED OFFICIALS AND OTHER RISING POLITICAL LEADERS HOW TO

 3    DEVELOP AND ARTICULATE A NEW DEMOCRAT GOVERNING AGENDA.

 4    THE PROGRAM RELIES OF THE PROVEN TECHNIQUE OF EXPERIENTIAL

 5    LEARNING WIDELY USED IN CORPORATE TRAINING PROGRAMS.  THE

 6    TWO-DAY WORKSHOPS ARE DESIGNED TO TEACH THE PARTICIPANTS

 7    THE ESSENTIALS OF THE NEW DEMOCRAT GOVERNING PHILOSOPHY AND

 8    HOW TO TURN IT INTO EFFECTIVE POLITICAL MESSAGES AND POLICY

 9    PROPOSALS RELEVANT TO THEIR LOCAL ISSUES.

10            DO YOU AGREE -- IS THAT AN ACCURATE STATEMENT OF

11    THE DESIGN AND PURPOSE OF THE DLC TRAINING PROGRAM?

12        A.   YEAH, YEAH.  ALTHOUGH WE HAD REALLY -- WE REALLY

13    FOCUSED ON ELECTED OFFICIALS.

14        Q.   AT THAT POINT IN TIME?

15        A.   YEAH.

16        Q.   SUBSEQUENTLY IS STATES THAT THE DLC ROLLED OUT

17    THE PROGRAM LAST SUMMER IN WASHINGTON, D.C.  THAT WOULD BE

18    THE SUMMER OF 1998.  AND HAS SINCE VISITED EIGHT STATES AND

19    WORKED WITH 105 ELECTED OFFICIALS.

20            DO YOU SEE THAT?

21        A.   YES.

22        Q.   SO THE FOCUS WAS ON STATE AND LOCAL ELECTED

23    OFFICIALS?

24        A.   THAT WOULD HAVE BEEN THE BULK OF THE AUDIENCE,

25    YEAH.
```

54

SEIJAS COURT REPORTERS