UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., <br><br>             Plaintiff, <br><br>   v. <br><br> UNITED STATES, <br><br>             Defendant. | No. 1:05-cv-1067 (JGP) |

**PROPOSED ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

      This cases comes before the Court on cross-motions for summary judgment. For the reasons set forth in the accompanying Memorandum Opinion, it is this ___ day of _____, 2006, hereby

      ORDERED that Plaintiff's Motion for Summary Judgment (#___) is GRANTED; and it is further

      ORDERED that Defendant's Motion for Summary Judgment (#___) is DENIED; and it is further

      ORDERED that Defendant repay to Plaintiff the $20,082.91 it paid in taxes to the Internal Revenue Service for the years 1997, 1988, and 1999, plus interest and costs, including reasonable litigation costs incurred in this proceeding under I.R.C. § 7430.

      SO ORDERED.

 

_____
JOHN GARRETT PENN
United States District Judge