# Exhibit

# A

EXHIBIT
Plaintiff's 2
3-30-06    JFW

[¶ 506]    210  8-84    [Form 1024]    2023

Form **1024**
(Rev. April 1984)
Department of the Treasury
Internal Revenue Service

## Application for Recognition of Exemption
### Under Section 501(a)
### or for Determination Under Section 120

OMB No. 1545-0057

Every organization must furnish the information specified. If any organization does not submit the information and financial data required, this application will not be considered on its merits, the organization will be notified accordingly, and the application may be returned. If you need more space for any item, you may attach additional statements. Show your name and employer identification number on all attachments.

Except as shown below, applicants must complete Parts I through IV. In addition, an organization must complete the schedule indicated below that relates to the Code section under which it is applying. If a part or a line item does not apply enter "N/A".

Central organizations applying for a group exemption letter—See Rev. Proc. 80–27, 1980–1 C.B. 677, or later revisions; or get Publication 557, Tax Exempt Status for Your Organization, available free at most Internal Revenue Service offices.

This application, if approved, will be open to public inspection. (See General Instructions.)

You must have an organizing instrument. If you do not have an organizing instrument, do not file this application.

Check the appropriate box below to indicate the section under which you are applying.

- [ ] Section 501(c)(2)—Title holding corporations (Schedule A, page 6)
- [X] Section 501(c)(4)—Civic leagues, social welfare organizations (including certain war veterans' organizations), or local associations of employees (Schedule B, page 6)
- [ ] Section 501(c)(5)—Labor, agricultural, or horticultural organizations (Schedule C, page 7)
- [ ] Section 501(c)(6)—Business leagues, chambers of commerce, etc. (Schedule C, page 7)
- [ ] Section 501(c)(7)—Social clubs (Schedule D, pages 7 and 8)
- [ ] Section 501(c)(8)—Fraternal beneficiary societies, etc., providing life, sick, accident or other benefits to members (Schedule E, page 8)
- [ ] Section 501(c)(9)—Voluntary employees' beneficiary associations (Schedule F, page 9)
- [ ] Section 501(c)(10)—Domestic fraternal societies, orders, etc., not providing life, sick, accident or other benefits (Schedule E, page 8)
- [ ] Section 501(c)(12)—Benevolent life insurance associations, mutual ditch or irrigation companies, mutual or cooperative telephone companies, or like organizations (Schedule G, pages 9 and 10)
- [ ] Section 501(c)(13)—Cemeteries, crematoria, and like corporations (Schedule H, page 10)
- [ ] Section 501(c)(15)—Mutual insurance companies or associations, other than life or marine (No Schedule required)
- [ ] Section 501(c)(17)—Trusts providing for the payment of supplemental unemployment compensation benefits (Schedule I, page 11)
- [ ] Section 501(c)(19)—A post, organization, auxiliary unit, etc. of past or present members of the Armed Forces of the United States (Schedule J, page 12)
- [ ] Section 501(c)(20)—Trust/organization for pre-paid group legal services (Parts I, II, and Schedule M, page 13)
- [ ] Section 120—Qualified group legal services plans (Parts I, II, and Schedule L, page 13)

### Part I.—Identification (See Instructions)

**1(a)** Full name of organization
Democratic Leadership Council

**1(b)** Employer identification number (If none, see specific instructions)
52-1384530

**2(a)** Address (number and street)
499 S. Capitol Street, S.W. - Suite 402

**2(b)** City or town, county, State, and ZIP code
Washington, D.C.  20003

**3** Name and telephone number (including area code) of person to be contacted during business hours if more information is needed
Robert F. Bauer    (202) 887-9030

**4** Month the annual accounting period ends
December

**5** Date incorporated or formed
March 1, 1985

**6** Activity codes (see back cover)
125    514    559

**7** Has the organization filed Federal income tax returns or exempt organization information returns? . . . . [ ] Yes [X] No

If "Yes," state the form number(s), years filed, and Internal Revenue office where filed _____

### Part II.—Type of Entity and Organizational Documents (See Instructions)

Check the applicable entity box and attach a conformed copy of the organization's organizing document and bylaws.

- [X] Corporation—Articles of incorporation and bylaws.
- [ ] Trust—Trust indenture.
- [ ] Other—Constitution or articles of association and bylaws.

Under the penalties of perjury, I declare that I am authorized to sign this application on behalf of the above organization and I have examined this application, including the accompanying statements, and to the best of my knowledge and belief it is true, correct and complete. (See General Instructions.)

(Signature) _____

President/Executive Director  (Title or authority of signer)    November 8, 1985  (Date)

For Paperwork Reduction Act Notice, see page 1 of the instructions.

[¶ 506]

[Form 1024]

210  8-84

1024 (Rev. 4–84)

Page **2**

24

t III.—Activities and Operational Information

ire you the outgrowth or continuation of any form of predecessor(s)? . . . . . . . . . . □ Yes X☒ No
f "Yes," state the name of each predecessor, the period during which it was in existence, and the reasons for
ts termination. Submit copies of all papers by which any transfer of assets was effected.

Are you now or do you plan to be connected in any way with any other organization? . . . . . . . . □ Yes X☒ No
If "Yes," describe the organization and explain the relationship.

Give a detailed narrative description of the organization's past, present, and proposed future activities, and the purposes for
which it was formed. The narrative should identify the specific benefits, services, or products the organization has provided or
will provide. If the organization is not fully operational, explain what stage of development its activities have reached, what
further steps remain for it to become fully operational, and when such further steps will take place. (Do not state the purposes
and activities of the organization in general terms or repeat the language of the organizational documents.) If you are engaged
in any business or fund raising activity, describe in detail the nature and the scope of the activity. Attach copies of any agree-
ments with other parties related to conducting the business or fund raising activity. State how each business activity engaged
in contributed importantly to your exempt purposes.

See Attachment.

4  What are or will be the organization's sources of financial support? List in the order of size beginning with the largest source.

Private contributions (see Attachment).

**[Form 1024]**

2025
Page 3

210 8-84

Form 1024 (Rev. 4-84)

## Part III.—Activities and Operational Information (Continued)

**5** List the names, titles and addresses of the officers, directors and trustees of your organization for the current year.

See Attachment.

**6** Do you have capital stock issued and outstanding? . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
If "Yes," state (1) class or classes of the stock, (2) number and par value of the shares, (3) consideration for which they were issued, and (4) whether any dividends have been paid or whether your creating instrument authorizes dividend payments on any class of capital stock.

**7** State the qualifications necessary for membership in the organization, the classes of membership (with the number of members in each class) and the voting rights and privileges received. If any group or class of persons is required to join, describe the requirement and explain the relationship between those members and members who join voluntarily. Submit copies of any membership solicitation material. Posts or organizations applying under section 501(c)(19) and completing Schedule J, Item 1(d), enter N/A here. Attach sample copies of all types of membership certificates issued.

See Attachments to Questions 4 and 7.

**8** Explain how your assets will be distributed on dissolution. (If State statutes, court decisions, organizing instruments, etc., determine the manner of distribution, state this and identify the statute, court decision, etc.) Posts or organizations applying under section 501(c)(19) and completing Schedule J, Item 3(b), enter N/A here.

The Board will distribute assets to a 501(c)(4) or a 501(c)(3) organization with similar goals.

**9** Have you made or do you plan to make any distribution of your property or surplus funds to shareholders or members? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
If "Yes," state the full details, including (1) amounts or value, (2) source of funds or property distributed or to be distributed, and (3) basis of and authority for distribution or planned distribution.

[¶ 506]

2026

**[Form 1024]**

210  8-84

Form 1024 (Rev. 4—84)

Page **4**

**Part III.—Activities and Operational Information (Continued)**

10 Does, or will, any part of your receipts represent payments for services performed or to be performed? .  .  ☐ Yes  ☒☒ No
   If "Yes," state in detail the amount received and the character of the services performed or to be performed.

11 Have you made, or do you plan to make, any payments to members or shareholders for services performed
   or to be performed? .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ☐ Yes  ☒☒ No
   If "Yes," state in detail the amount paid, the character of the services, and to whom the payments have been,
   or will be, made.

12 State the purpose(s), other than payment for services performed or supplies furnished, for which your funds are, or will be,
   spent.

   See Attachment.

13 Does, or will, any part of your net income inure to the benefit of any private shareholder or individual? .  .  ☐ Yes  ☒☒ No
   If "Yes," explain in detail.

14 Do you have any arrangement to provide insurance for members, their dependents, or others (in-
   cluding provisions for the payment of sick or death benefits and pensions and annuities)? .  .  .  .  .  ☒☒ Yes  ☐ No
   If "Yes," describe and explain the arrangement's eligibility rules and attach a sample copy of each plan
   document and each type of policy issued.

   Insurance is provided to full-time employees of the organization
   (See Attachment).

15 Are you under the supervisory jurisdiction of any public regulatory body, such as: Social Welfare Agency,
   etc.? .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ☐ Yes  ☒☒ No
   If "Yes," submit copies of all administrative opinions or court decisions regarding this supervision as well
   as copies of applications or requests for the opinions or decisions.

16 Are you now or do you plan to be the lessee of any property, or the lessor of property in which you own an
   interest? .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ☐ Yes  ☒☒ No
   If "Yes," explain in detail. Include the amount of rent, a description of the property, and any relationship
   between your organization and the other party. Also, attach a copy of any rental or lease agreement.

17 Have you spent or do you plan to spend any money attempting to influence the selection, nomination, elec-
   tion or appointment of any person to any Federal, State, or local public office or to an office in a political
   organization? .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ☐ Yes  ☒☒ No
   If "Yes," explain in detail and list the amounts spent or to be spent in each case.

210  8-84                      [Form 1024]                            2027

Form 1024 (Rev. 4—84)                                               Page **5**

## Part IV.—Financial Data (See instructions)

Note: Complete separate financial statements for the current year and for each of the three years immediately before it. If in existence less than four years, complete the statements for each year in existence. If in existence less than one year, also provide proposed budgets for the two years following the current year.

Statement of Support, Revenue, and Expenses for the period beginning <u>March 1</u>, 19<u>85</u>, and ending <u>August 31</u>, 19.85

(If you prepare a statement of support, revenue, and expenses which is more descriptive and detailed than the statement below, you may submit that statement in place of this one.) **See Attachment.**

### Support and Revenue

| | | |
|---|---|---|
| 1 | Gross dues and assessments of members . . . . . . . . . | 1 |
| 2 | Gross contributions, gifts, etc. . . . . . . . . . . . . | 2 |
| 3 | (a) Gross amounts derived from activities related to the organization's exempt purpose (attach schedule) . . . . . . . . . . . . | |
| | (b) Minus cost of sales (attach schedule) . . . . . . . . | 3c |
| 4 | (a) Gross amounts from unrelated business activities (attach schedule) . . | |
| | (b) Minus cost of sales (attach schedule) . . . . . . . . | 4c |
| 5 | (a) Gross amount received from sale of assets, excluding inventory items (attach schedule) . . . . . . . . . . . . . . . | |
| | (b) Minus cost or other basis and sales expense of assets sold (attach schedule) | 5c |
| 6 | Investment income (see instructions) . . . . . . . . . . | 6 |
| 7 | Other revenue (attach schedule) . . . . . . . . . . . . | 7 |
| 8 | Total support and revenue . . . . . . . . . . . | 8 |

### Expenses

| | | |
|---|---|---|
| 9 | Contributions, gifts, grants, and similar amounts paid (attach schedule) . . . | 9 |
| 10 | Disbursements to or for the benefit of members (attach schedule) . . . . . | 10 |
| 11 | Compensation of officers, directors, and trustees (attach schedule) . . . . | 11 |
| 12 | Other salaries and wages . . . . . . . . . . . . . | 12 |
| 13 | Interest . . . . . . . . . . . . . . . . . . | 13 |
| 14 | Rent . . . . . . . . . . . . . . . . . . . | 14 |
| 15 | Depreciation and depletion . . . . . . . . . . . . . | 15 |
| 16 | Other expenses (attach schedule) . . . . . . . . . . . | 16 |
| 17 | Total expenses . . . . . . . . . . . . . . | 17 |
| 18 | Excess of support and revenue over expenses (line 8 minus line 17) . . . . | 18 |

### Balance Sheet
(at the end of the period shown above)                    Enter date ▶                    Ending date

### Assets

| | | |
|---|---|---|
| 19 | Cash (a) Interest bearing accounts . . . . . . . . . | 19a |
| | (b) Other . . . . . . . . . . . . . . | 19b |
| 20 | Accounts receivable, net . . . . . . . . . . . . . | 20 |
| 21 | Inventories . . . . . . . . . . . . . . . . | 21 |
| 22 | Bonds and notes (attach schedule) . . . . . . . . . . | 22 |
| 23 | Corporate stocks (attach schedule) . . . . . . . . . . | 23 |
| 24 | Mortgage loans (attach schedule) , . . . . . . . . . . | 24 |
| 25 | Other investments (attach schedule) . . . . . . . . . . | 25 |
| 26 | Depreciable and depletable assets (attach schedule) . . . . . . | 26 |
| 27 | Land . . . . . . . . . . . . . . . . . . | 27 |
| 28 | Other assets (attach schedule) . . . . . . . . . . . | 28 |
| 29 | Total assets . . . . . . . . . . . . . . | 29 |

### Liabilities

| | | |
|---|---|---|
| 30 | Accounts payable . . . . . . . . . . . . . . . | 30 |
| 31 | Contributions, gifts, grants, etc., payable . . . . . . . . | 31 |
| 32 | Mortgages and notes payable (attach schedule) . . . . . . . | 32 |
| 33 | Other liabilities (attach schedule) . . . . . . . . . . | 33 |
| 34 | Total liabilities . . . . . . . . . . . . . | 34 |

### Fund Balances or Net Worth

| | | |
|---|---|---|
| 35 | Total fund balances or net worth . . . . . . . . . . | 35 |
| 36 | Total liabilities and fund balances or net worth (line 34 plus line 35) . . . . | 36 |

If there has been any substantial change in any aspect of your financial activities since the period shown above ended, check the box and attach a detailed explanation . . . . . . . . . . . . . . . . . . ☐

[Form 1024]

210   8-84

Page 6

028

rm 1024 (Rev. 4-84)

## Schedule A    Organizations described in section 501(c)(2) (Title holding corporations)

State below the complete name, address and employer identification number of each organization for which title to property is held and the number and class(es) of shares of your stock held by each organization.

2 If within the past five years shares of stock in your organization have been held by persons other than organizations listed in 1 above, list below the names and addresses of these persons. Also, show the number and class(es) of shares of capital stock held by each person, the years held, the dividends payable in each year and the dates paid.

3 State whether the net annual income is or will be turned over to the organization for which title to property is held and if not, the purpose for which the income is or will be held.

4 State the purpose(s) of each organization for which title to property is held as shown in its governing instrument and the Code section(s) under which each is classified as exempt from Federal income tax.

## Schedule B    Organizations described in section 501(c)(4) (Civic leagues, social welfare organizations (including posts, councils, etc. of veterans' organizations not qualifying or applying for exemption under section 501(c) (19)) or local associations of employees.)

1 Have you engaged in or do you plan to engage in any activities on behalf of or in opposition to any candidate for public office? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
If "Yes," describe in detail the nature and extent of the activities.

2 Has the Service previously issued a ruling or determination letter recognizing you (or any predecessor organization listed in item 1 of Part III) to be exempt under section 501(c)(3) and later revoked that recognition of exemption on the basis that you (or your predecessor) were carrying on propaganda or otherwise attempting to influence legislation? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
If "Yes," indicate the earliest tax year for which recognition of exemption under section 501(c)(3) was revoked and the IRS District office that issued the revocation.

3 Do you perform or do you plan to perform (for members, shareholders, or others) particular services, such as maintaining the common areas of a condominium, buying food or other items on a cooperative basis, providing recreational facilities or transportation services, job placement, or other similar undertakings? . . . . ☐ Yes ☒ No
If "Yes," explain the activities in detail, including income realized and expenses incurred. Also, explain in detail the nature of the benefits to the general public from these activities. (If the answer to this question is explained in Part III (pages 2, 3, and 4), enter the page and item number here.)

210  8-84                          [Form 1024]                          2029
                                                                        Page 7
Form 1024 (Rev. 4—84)

4  If you are claiming exemption as a local association of employees, state the name and address of each employer whose
   employees are eligible for membership in the association. If employees of more than one plant or office of the same employer
   are eligible for membership, give the address of each plant or office.

              Not Applicable.

---

**Schedule C**    Organizations described in sections 501(c)(5) (Labor, agricultural, including fishermen's organizations,
                  or horticultural organizations) and 501(c)(6) (Business leagues, chambers of commerce, etc.)

1  Describe any services you perform or plan to perform for members or others. These services may include furnishing credit re-
   ports, collecting accounts, inspecting products, conducting advertising, buying or selling merchandise or other similar under-
   takings. (If the description of the services is contained in Part III (pages 2, 3, and 4), enter the page and item number here.)

2  Submit representative copies of any publications (newsletters, trade journals, yearbooks, membership directories, etc.) distrib-
   uted to members or other interested parties.

3  Fishermen's organizations only.—What kinds of aquatic resources (not including mineral) are cultivated or harvested by those
   eligible for membership in your organization? (Fishermen's organizations are eligible only for tax years ending after Decem-
   ber 31, 1975.)

4  Labor organizations only.—If you are organized under the terms of a collective bargaining agreement, attach a copy of the
   latest agreement.

---

**Schedule D**    Organizations described in section 501(c)(7) (Social clubs)

1  Have you entered or do you plan to enter into any contract or agreement for the management or operation of
   your property and/or activities, such as restaurants, pro shops, lodges, etc.?  . . . . . . . . . . .   ☐ Yes   ☐ No
   If "Yes," attach a copy of the contract or agreement. If one has not yet been drawn up, please explain your
   plans below.

2  Do you seek or plan to seek public patronage of your facilities by advertisement or otherwise? . . . . . .   ☐ Yes   ☐ No
   If "Yes," attach sample copies of the advertisements or other requests. If you have none as yet, please explain
   your plans below.

2029-2                              [Form 1024]                         210 8-84

· Form 1024 (Rev. 4—84)                                                    Page 8

**Schedule D** (Continued)

3(a) Are nonmembers other than guests of members permitted or will they be permitted to use the club facili-
ties or participate in or attend any functions or activities conducted by the organization? . . . . . . ☐ **Yes** ☐ **No**

If "Yes," describe the functions or activities in which there has been or will be nonmember participation or
admittance. (Submit a copy of your house rules, if any.)

(b) State the amount of nonmember income included in Part IV, lines 3 and 4 . . . . . . . . . |_____|

(c) Enter the percent of gross receipts from nonmembers for the use of club facilities* . . . . . . . . |_____| %

(d) Enter the percent of gross receipts received from investment income and nonmember use of the club's
facilities* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |_____| %

* Gross receipts, for the purposes of this part of question 3, includes all income other than initiation fees, contributions to capital, and amounts
received from unusual transactions, such as from the sale of club owned real estate.

4(a) Does your charter, bylaws, other governing instrument, or any written policy statement of your organi-
zation contain any provision which provides for discrimination against any person on the basis of race,
color, or religion? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

(b) If "Yes," state whether or not this provision will be kept.

(c) If you have such a provision which will be repealed, deleted, or otherwise stricken from your requirements,
state when this will be done . . . . . . . . . . . . . . . . . . . . . . |_____|

(d) If you formerly had such a requirement and it no longer applies, give the date it ceased to apply . . . . |_____|

(e) If the organization restricts its membership to members of a particular religion check here and attach
the explanation specified in the instructions . . . . . . . . . . . . . . . . . . . ☐

**Schedule E**   Organizations described in sections 501(c)(8) or 501(c)(10) (Fraternal societies, orders, or associations)

1 Are you a college fraternity or sorority or chapter of a college fraternity or sorority? . . . . . . . . . ☐ **Yes** ☐ **No**
If "Yes," read the instructions for Schedule E before completing any more of this Schedule.

2 Does (or will) your organization operate under the lodge system? . . . . . . . . . . . . . ☐ **Yes** ☐ **No**
If "No," does (or will) it operate for the exclusive benefit of the members of an organization operating under
the lodge system? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

3 In the case of a subordinate or local lodge, etc., attach a certificate signed by the secretary of the parent organization, under
the seal of the organization, certifying that the subordinate lodge is a duly constituted body operating under the jurisdiction of
the parent body.

4 In the case of a parent or grand lodge, attach a schedule for each subordinate lodge in active operation showing: (a) its name
and address, (b) the number of members in it, and (c) how often it holds periodic meetings.

210 8-84        **[Form 1024]**        2029-3
                                                                           Page **9**

Form 1024 (Rev. 4–84)

**Schedule F**  Organizations described in section 501(c)(9) (Voluntary employees' beneficiary associations)

**1** Describe below the benefits available to members.

**2** Are any employees or classes of employees entitled to benefits to which other employees or classes of employees are not entitled? . . . . . . . . . . . . . . . . . . . . . . . : . . . □ Yes □ No
If "Yes," explain.

**3** State the total number of persons entitled to receive benefits (do not include dependents of employees) . . ▶

**4** State the number of persons, if any, other than employees and their dependents (for example, the proprietor of a business whose employees are members of the association) who are entitled to receive benefits . . . ▶

**Schedule G**  Organizations described in section 501(c)(12) (Benevolent life insurance associations, mutual ditch or irrigation companies, mutual or cooperative telephone companies, or like organizations)

**1** For each annual accounting period that you are claiming exemption attach a schedule listing:
    **(a)** The total amount of gross income received from members or shareholders.
    **(b)** The total amounts of gross income received from other sources, by source. (Do not net amounts due to or paid to other sources against amounts due from or received from them.) Mutual or cooperative electric companies should show separately the gross amount of income received from "qualified pole rentals." Mutual or cooperative telephone companies should show separately the gross amount of income received from nonmember telephone companies for performing service that involves their members, income received from the sale of display advertising in a directory furnished to their members, and income received from "qualified pole rentals."

**2** If you are claiming exemption as a local benevolent insurance association, state:
    **(a)** The counties from which members are accepted or will be accepted.

    **(b)** Whether stipulated premiums are or will be charged in advance or whether losses are or will be paid solely through assessments.

**3** If you are claiming exemption as a "like organization," explain how you are similar to a mutual ditch or irrigation company or a mutual or cooperative telephone company.

2029-4

Form 1024 (Rev. 4—84)

210  8-84

Page **10**

---

**Schedule G**  (Continued)

4 Are the rights and interests of members in your annual savings determined in proportion to their business with you? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

If "Yes," do you keep the records necessary to determine at any time each member's rights and interests in such savings, including assets acquired with the savings? . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

5 If you are a mutual or cooperative telephone company and have contracts with other systems for long-distance telephone services, attach copies of the contracts.

---

**Schedule H**    Organizations described in section 501(c)(13) (Cemeteries, crematoria, and like corporations)

1 Attach the following documents:
  (a) Complete copy of sales contracts or other documents, including any "debt" certificates, involved in acquiring cemetery or crematorium property.
  (b) Complete copy of any contract you have that designates an agent to sell your cemetery lots.
  (c) A copy of the appraisal (obtained from a disinterested and qualified party) of the cemetery property as of the date acquired.

2 Do you have or do you plan to have a perpetual care fund? . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

If "Yes," attach a copy of the fund agreement and explain the nature of the fund (cash, securities, unsold land, etc.).

---

3 If you are claiming exemption as a perpetual care fund for an organization described in section 501(c)(13), has the cemetery organization for which funds are held established exemption under that section? . . ☐ Yes  ☐ No

If "No," explain.

---

210  8-84

Form 1024 (Rev. 4—84)

| **Schedule I** | Organizations described in section 501(c)(17) (Trusts providing for the payment of supplemental unemployment compensation benefits) |

**1** Are benefits provided for individual proprietors, partners, or self-employed persons under the plan? . . . ☐ Yes  ☐ No

If "Yes," explain in detail below.

**2** Does the plan provide other benefits in addition to the supplemental unemployment compensation benefits? . ☐ Yes  ☐ No

If "Yes," explain in detail below, and state whether the other benefits are subordinate to the unemployment benefits.

**3** At any time after December 31, 1959, did the trust engage in any of the transactions listed below with any of the following: the creator of the trust or a contributor to the trust; a brother or sister (whole or half blood), a spouse, an ancestor, or a lineal descendant of such a creator or contributor; or a corporation controlled directly or indirectly by such a creator or contributor?

**Note:** If you know that you will be, or are considering being, a party to any of the transactions (or activities) listed below, check "Planned" box. Give a detailed explanation of any "Yes," or "Planned," answer in the space below.

| | | |
|---|---|---|
| (a) Borrow any part of your income or corpus? | ☐ Yes  ☐ No  ☐ Planned |
| (b) Receive any compensation for personal services? | ☐ Yes  ☐ No  ☐ Planned |
| (c) Obtain any part of your services? | ☐ Yes  ☐ No  ☐ Planned |
| (d) Purchase any securities or other properties from you? | ☐ Yes  ☐ No  ☐ Planned |
| (e) Sell any securities or other property to you? | ☐ Yes  ☐ No  ☐ Planned |
| (f) Receive any of your income or corpus in any other transaction? | ☐ Yes  ☐ No  ☐ Planned |

**4** Attach a copy of the Supplemental Unemployment Benefit Plan and related agreements.

[¶ 506]

2029-6                              [Form 1024]                    210  8-84

rm 1024 (Rev. 4–84)                                                Page 12

**Schedule J**   Organizations described in section 501(c)(19)—a post or organization of past or present members of
the Armed Forces of the United States, auxiliary units or societies for such a post or organization, and
trusts or foundations formed for the benefit of such posts or organizations.

---

1  Are you a post or organization of past or present members of the Armed Forces of the United States?  . . ☐ Yes      ☐ No

   If "Yes," complete (a) through (d) and check "No," for lines 2 and 3.

   (a) Enter the total membership of your post or organization . . . . . . . . . . . . . _____

   (b) Enter the number of your members who are former members of U.S. Armed Forces or present mem-
       bers of the U.S. Armed Forces . . . . . . . . . . . . . . . . . . . _____

   (c) Enter the number of members who are cadets (include students in college or university ROTC pro-
       grams or at armed services academies only), or spouses, widows, or widowers, of members of U.S.
       Armed Forces  . . . . . . . . . . . . . . . . . . . . . . . _____

   (d) Do you have a membership category other than the ones set out above? . . . . . . . . ☐ Yes      ☐ No

       If so, please explain in full. Enter number of members in this category . . . . . . . _____

---

2  Are you an auxiliary unit or society of a post or organization of past or present members of the Armed
   Forces of the United States? . . . . . . . . . . . . . . . . . . . . ☐ Yes      ☐ No

   If "Yes," complete (a) through (d) and check "No," for lines 1 and 3.

   (a) Are you affiliated with and organized according to the bylaws and regulations formulated by such an
       exempt post or organization? . . . . . . . . . . . . . . . . . . . ☐ Yes      ☐ No
       If so, submit a copy of such bylaws or regulations.

   (b) How many members do you have? . . . . . . . . . . . . . . . . _____

   (c) How many are past or present members of the Armed Forces of the United States themselves, their
       spouses, or persons related to them within two degrees of blood relationship? (Grandparents, brothers,
       sisters, and grandchildren are the most distant relationships allowable.) . . . . . . . . . _____

   (d) Are all of the members themselves members of a post or organization, past or present members of
       the Armed Forces of the United States, or spouses of members of such a post or organization, or
       are related to members of such a post or organization within two degrees of blood relationship? . . ☐ Yes      ☐ No

---

3  Are you a trust or foundation organized for the benefit of an exempt post or organization of past or present
   members of the Armed Forces of the United States? . . . . . . . . . . . . . . ☐ Yes      ☐ No
   If "Yes," complete (a) and (b) and check "No," for lines 1 and 2.

   (a) Will the corpus or income be used solely for the funding of such an exempt organization (including
       necessary related expenses)? . . . . . . . . . . . . . . . . . . . ☐ Yes      ☐ No
       If not, please explain.

   (b) If the trust or foundation is formed for charitable purposes, does the organization document contain a
       dissolution provision as described in section 1.501(c)(3)–1(b)(4) of the Income Tax Regulations? . . ☐ Yes      ☐ No

226  5-85

**[Form 1024]**

2029-7

Form 1024 (Rev. 4—84)

Page **13**

| **Schedule L** | Qualified Group Legal Services Plans (Section 120) |
| --- | --- |

1 (a) Name of plan ▶ _____

  (b) Plan number (see instructions) . . . . . . . . . . . . . . . . . . _____

  (c) Date the plan year ends . . . . . . . . . . . . . . . . . . . _____

2 A qualification determination or ruling is requested for:

  (a) ☐ Initial qualification—date the plan was adopted . . . . . . . . . _____

  (b) ☐ Amendment—date adopted . . . . . . . . . . . . . . . _____

    If you check (a), submit a copy of the documents establishing the plan, including a copy of the plan and any related trust instrument. If the plan was subject to collective bargaining, include a copy of the collective bargaining agreement pertaining to it. If you check (b), submit a copy of the amendment. Note: Once a plan has qualified you need not file a new Form 1024 with each amendment. However, you must notify the Service of any subsequent amendments.

3 Describe the legal services covered by the plan, if they are not described in the plan or collective bargaining agreement.

4 Give the following information as of the first day of the first plan year for which you are filing this application and enter that date here . . . . . . . . . . . . . . . . _____

  (a) Total number of employees covered by the plan who are shareholders, officers, self-employed persons, or highly compensated . . . . . . . . . . . . . . . _____

  (b) Number of other employees covered by the plan . . . . . . . . . . _____

  (c) Number of employees not covered by the plan . . . . . . . . . . _____

  (d) Total number employed* . . . . . . . . . . . . . . . . _____

  *Should equal the total of (a), (b), and (c)—if not, explain. Describe the eligibility requirements that prevent those employees not covered by the plan from participating.

5 Are all eligible employees entitled to the same benefits? . . . . . . . . ☐ Yes   ☐ No

  If not, explain the differences.

6 Manner of funding the plan (Check the appropriate box(es))

  (a) ☐ Payments to insurance companies

  (b) ☐ Payments to organizations described in section 501(c)(20)

  (c) ☐ Payments to organizations described in section 501(c), which are to pay or credit your payments to other organizations described in section 501(c)(20)

  (d) ☐ Prepayments to providers of legal services

| **Schedule M** | Trust or organization set up under section 501(c)(20) |
| --- | --- |

1 (a) Was this trust or organization created or organized in the United States? . . . . . . . ☐ Yes   ☐ No

  (b) If so, was it created or organized to form part of a group legal services plan or plans qualified under section 120? . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

    If "Yes," enter plan name.

  (c) If (b) is "Yes," has the plan (or plans) qualified under section 120? . . . . . . . ☐ Yes   ☐ No

  (d) If (c) is "Yes," submit a copy of the ruling or determination letter(s). If "No," attach explanation.

2 If the trust or organization provides legal services or indemnification against the cost of legal services unassociated with a qualified group legal services plan, describe the nature and extent of these services.

3 Attach copies of all plan documents.

[¶ 506]

2029-8

[Form 1024]

226  5-85

## Activity Code Numbers of Exempt Organizations. (Select up to three codes which best describe or most accurately identify your purposes, activities, operations or type of organizations and enter in Part I, line 6, page 1 of the application. Enter first the code which most accurately identifies you.)

**Code**

**Religious Activities**
001 Church, synagogue, etc.
002 Association or convention of churches
003 Religious order
004 Church auxiliary
005 Mission
006 Missionary activities
007 Evangelism
008 Religious publishing activities
     Book store (use 918)
     Genealogical activities (use 094)
029 Other religious activities

**Schools, Colleges and Related Activities**
030 School, college, trade school, etc.
031 Special school for the blind, handicapped, etc.
032 Nursery school
     Day care center (use 574)
033 Faculty group
034 Alumni association or group
035 Parent or parent-teachers association
036 Fraternity or sorority
     Key club (use 323)
037 Other student society or group
038 School or college athletic association
039 Scholarships for children of employees
040 Scholarships (other)
041 Student loans
042 Student housing activities
043 Other student aid
044 Student exchange with foreign country
045 Student operated business
     Financial support of schools, colleges, etc. (use 602)
     Achievement prizes or awards (use 914)
     Student book store (use 918)
     Student travel (use 299)
     Scientific research (use Scientific Research Activities)
059 Other school related activities

**Cultural, Historical or Other Educational Activities**
060 Museum, zoo, planetarium, etc.
061 Library
062 Historical site, records or reenactment
063 Monument
064 Commemorative event (centennial, festival, pageant, etc.)
065 Fair
066 Community theatrical group
067 Singing society or group
068 Cultural performances
069 Art exhibit
070 Literary activities
071 Cultural exchanges with foreign country
094 Genealogical activities
     Achievement prizes or awards (use 914)
     Gifts or grants to individuals (use 561)
     Financial support of cultural organizations (use 602)
119 Other cultural or historical activities

**Other Instruction and Training Activities**
120 Publishing activities
121 Radio or television broadcasting
122 Producing films
123 Discussion groups, forums, panels, lectures, etc.
124 Study and research (non-scientific)
125 Giving information or opinion (see also Advocacy)
     Apprentice training
     Travel tours (use 299)
149 Other instruction and training

**Health Services and Related Activities**
150 Hospital
151 Hospital auxiliary
152 Nursing or convalescent home
153 Care and housing for the aged (see also 382)
154 Health clinic
155 Rural medical facility
156 Blood bank
157 Cooperative hospital service organization
158 Rescue and emergency service
159 Nurses' register or bureau
160 Aid to the handicapped (see also 031)
     Scientific research (diseases)
161 Other medical research
163 Health insurance (medical, dental, optical, etc.)
164 Prepaid group health plan
165 Community health planning
166 Mental health care
167 Group medical practice association
168 In-faculty group practice association
169 Hospital pharmacy, parking facility, food services, etc.

[¶ 506]

**Code**
179 Other health services

**Scientific Research Activities**
180 Contract or sponsored scientific research for industry
181 Scientific research for government
182 Scientific research (diseases) (use 161)
199 Other scientific research activities

**Business and Professional Organizations**
200 Business promotion (chamber of commerce, business league, etc.)
201 Real-estate association
202 Board of trade
203 Regulating business
204 Better Business Bureau
205 Professional association
206 Professional association auxiliary
207 Industry trade shows
208 Convention displays
     Testing products for public safety (use 905)
209 Research, development and testing
210 Professional athletic league
     Attracting new industry (use 403)
     Publishing activities (use 120)
     Insurance or other benefits for members (see Employee or Membership Benefit Organizations)
211 Underwriting municipal insurance
212 Assigned risk insurance activities
213 Tourist bureau
229 Other business or professional group

**Farming and Related Activities**
230 Farming
231 Farm bureau
232 Agricultural group
233 Horticultural group
234 Farmers' cooperative marketing or purchasing
235 Financing crop operations
     FFA, FHA, 4-H club, etc. (use 322)
     Fair (use 065)
236 Dairy herd improvement association
237 Breeders association
249 Other farming and related activities

**Mutual Organizations**
250 Mutual ditch, irrigation, telephone, electric company or like organization
251 Credit Union
252 Reserve funds or insurance for domestic building and loan association, cooperative bank, or mutual savings bank
253 Mutual insurance company
254 Corporations organized under an Act of Congress (see also 904)
     Farmers' cooperative marketing or purchasing (use 234)
     Cooperative hospital service organization (use 157)
258 Other mutual organization

**Employee or Membership Benefit Organizations**
260 Fraternal beneficiary society, order, or association
261 Improvement of conditions of workers
262 Association of municipal employees
263 Association of employees
264 Employee or member welfare association
265 Sick, accident, death, or similar benefits
266 Strike benefits
267 Unemployment benefits
268 Pension or retirement benefits
269 Vacation benefits
270 Group Legal Services Plans
279 Other services or benefits to members or employees

**Sports, Athletic, Recreational and Social Activities**
280 Country club
281 Hobby club
282 Dinner club
283 Variety club
284 Dog club
285 Women's club
     Garden club (use 356)
286 Hunting or fishing club
287 Swimming or tennis club
288 Other sports club
     Boys Club, Little League, etc. (use 321)
289 Community center
290 Community recreational facilities (park, playground, etc.)
298 Training in sports
299 Travel tours
300 Amateur athletic association
     School or college athletic association (use 038)

**Code**
301 Fund raising athletic or sports event
317 Other sports or athletic activities
318 Other recreational activities
319 Other social activities

**Youth Activities**
320 Boy Scouts, Girl Scouts, etc.
321 Boys Club, Little League, etc.
322 FFA, FHA, 4-H club, etc.
323 Key club
324 YMCA, YWCA, YMHA, etc.
325 Camp
326 Care and housing of children (orphanage, etc.)
327 Prevention of cruelty to children
328 Combat juvenile delinquency
329 Other youth organization or activities

**Conservation, Environmental and Beautification Activities**
350 Preservation of natural resources (conservation)
351 Combating or preventing pollution (air, water, etc.)
352 Land preservation for preservation
353 Soil or water conservation
354 Preservation of scenic beauty
     Litigation (use Litigation and Legal Aid Activities)
     Combat community deterioration (use 402)
355 Wildlife sanctuary or refuge
356 Garden club
379 Other conservation, environmental or beautification activities

**Housing Activities**
380 Low-income housing
381 Low and moderate income housing
382 Housing for the aged (see also 153)
     Nursing or convalescent home (use 152)
383 Student housing (use 042)
     Instruction and guidance on housing (use 382)
399 Other housing activities

**Inner City or Community Activities**
400 Area development, re-development or renewal
     Housing (see Housing Activities)
401 Homeowners association
402 Other activity aimed at combating community deterioration
403 Attracting new industry or retaining industry in an area
404 Community promotion
     Community recreational facility (use 297)
405 Community center (use 296)
     Job training, counseling, or assistance (use 566)
     Day care center (use 574)
     Referral service (social agencies) (use 569)
406 Legal aid to indigents (use 462)
407 Crime prevention
408 Volunteer firemen's organization or auxiliary
     Rescue squad (use 158)
409 Community service organization
429 Other inner city or community benefit activities

**Civil Rights Activities**
430 Defense of human and civil rights
431 Elimination of prejudice and discrimination (race, religion, sex, national origin, etc.)
432 Lessen neighborhood tensions
449 Other civil rights activities

**Litigation and Legal Aid Activities**
460 Public interest litigation activities
461 Other litigation or support of litigation (use also 462)
462 Legal aid to indigents
463 Providing bail
465 Plan under IRC section 120

**Legislative and Political Activities**
480 Propose, support, or oppose legislation
481 Voter information on issues or candidates
482 Voter education (mechanics of registering, voting, etc.)
483 Support, oppose, or rate political candidates
484 Provide facilities or services for political campaign activities
509 Other legislative and political activities

**Advocacy**
Attempt to influence public opinion concerning:
510 Firearms control

**Code**
511 Selective Service System
512 National defense policy
513 Weapons systems
514 Government spending
515 Taxes or tax exemption
516 Separation of church and state
517 Government aid to parochial schools
518 U.S. foreign policy
519 U.S. military involvement
520 Pacifism and peace
521 Economic-political system of U.S.
522 Anti-communism
523 Right to work
524 Zoning or rezoning
525 Location of highway or transportation system
526 Rights of criminal defendants
527 Capital punishment
528 Stricter law enforcement
529 Ecology or conservation
530 Protection of consumer interests
531 Medical care system
532 Welfare system
533 Urban renewal
534 Busing students to achieve racial balance
535 Racial integration
536 Use of intoxicating beverage
537 Use of drugs or narcotics
538 Use of tobacco
539 Prohibition of erotica
540 Sex education in public schools
541 Population control
542 Birth control methods
543 Legalized abortion
559 Other matters

**Other Activities Directed to Individuals**
560 Supplying money, goods or services to the poor
561 Gifts or grants to individuals (other than scholarships)
     Scholarships for children of employees (use 039)
     Scholarship or student loans (use 040)
     Student loans (use 041)
562 Other loans to individuals
563 Marriage counseling
564 Family planning
565 Credit counseling and assistance
566 Job training, counseling, or assistance
567 Draft counseling
568 Vocational counseling
569 Referral service (social agencies)
572 Rehabilitating convicts or ex-convicts
573 Rehabilitating alcoholics, drug abusers, compulsive gamblers, etc.
574 Day care center
575 Services for the aged (see also 153 and 382)
     Training of or aid to the handicapped (use 031 and 160)

**Activities Directed to Other Organizations**
600 Community Chest, United Fund, etc.
601 Booster club
602 Gifts, grants, or loans to other organizations
603 Non-financial services or facilities to other organizations

**Other Purposes and Activities**
900 Cemetery or burial activities
901 Perpetual care fund (cemetery, columbarium, etc.)
902 Emergency or disaster aid fund
903 Community trust or component
904 Government instrumentality or agency (see also 254)
905 Testing products for public safety
906 Consumer interest group
907 Veterans activities
908 Patriotic activities
909 4947(a)(1) trust
910 Domestic organization with activities outside U.S.
911 Foreign organization
912 Title holding corporation
913 Prevention of cruelty to animals
914 Achievement prizes or awards
915 Erection or maintenance of public building or works
916 Cafeteria, restaurant, snack bar, food services, etc.
917 Thrift shop, retail outlet, etc.
918 Book, gift or supply store
919 Advertising
920 Association of employees
921 Loans or credit reporting
922 Endowment fund or financial services
923 Indians (tribes, cultures, etc.)
924 Traffic or tariff bureau
925 Agricultural
926 Fund raising
927 4947(a)(2) trust
928 4947(a)(2) trust
930 Prepaid legal services plan exempt under IRC section 501(c)(20)

<u>Attachment to Form 1024, Part II</u>

Democratic Leadership Council
499 S. Capitol Street, S.W.
Suite 402
Washington, D.C.  20003

Employer Identification
No. 52-1384530

<u>ARTICLES OF INCORPORATION AND BYLAWS</u>

November 8, 1985

### GOVERNMENT OF THE DISTRICT OF COLUMBIA
#### DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

Business Regulation Administration
Corporations Division
614 H Street, N.W.
Washington, D.C. 20001-2782



### C E R T I F I C A T E

THIS IS TO CERTIFY THAT ALL PROVISIONS OF THE DISTRICT OF COLUMBIA NON-PROFIT CORPORATION ACT

HAVE BEEN COMPLIED WITH AND ACCORDINGLY THIS CERTIFICATE OF ___Incorporation___

_____

_____

IS HEREBY ISSUED TO THE ___DEMOCRATIC LEADERSHIP COUNCIL, INC.___

_____

_____

AS OF THE DATE HEREINAFTER MENTIONED.

DATE  **March 4, 1985**

CAROL B. THOMPSON
Director

Miriam Hellen Jones
Superintendent of Corporations

GOVERNMENT OF THE DISTRICT OF COLUMBIA
MARION BARRY, JR., MAYOR
REV. JANUARY 1985

# ARTICLES OF INCORPORATION

## OF

## DEMOCRATIC LEADERSHIP COUNCIL, INC.

We, the undersigned natural persons of the age of twenty-one years or more, acting as incorporators of a corporation under the NON-PROFIT CORPORATION ACT (D.C. Code, 1981 edition, Title 29, Chapter 5), adopt the following Articles of Incorporation:

### ARTICLE 1.   NAME

The name of this corporation is Democratic Leadership Council, Inc.

### ARTICLE 2.   DURATION

The period of duration for this corporation shall be perpetual until such time as the Board of Directors shall adopt a resolution recommending the corporation be dissolved and any assets of the corporation shall be distributed.

### ARTICLE 3.   PURPOSES.

This corporation is organized exclusively for the promotion of social welfare within the meaning of Section 501(c)(4) of the Internal Revenue Code of 1954 (or the corresponding provision of any future United States Internal Revenue Law).

This corporation is not organized for profit, and no part of the net earnings of this corporation shall inure to the benefit of any member of the Board of Directors or individual, except that this corporation may make payments of reasonable compensation for services rendered.

This corporation is organized primarily for the purpose of bringing about civil betterments and social improvements. The activities of this corporation shall not include direct or indirect participation or intervention in political campaigns on behalf of or in opposition to any candidate for public

FILED

MAR 4 1985

office. Nor is the primary activity of this corporation the operation of a social club for the benefit, pleasure or recreation of its members. This corporation shall not carry on business with the general public in a manner similar to organizations which are operated for profit.

Notwithstanding any other provision of these Articles of Incorporation, this corporation shall not carry on any other activities not permitted to be carried on by an organization exempt from federal income under Section 501(c)(4) of the Internal Revenue Code of 1954 (or the corresponding provision of any future United States Internal Revenue Law).

### ARTICLE 4. MEMBERS

This corporation shall have no members.

### ARTICLE 5. STOCK

This corporation shall not have authority to issue capital stock.

### ARTICLE 6. REGISTERED OFFICE AND AGENT

The address of the initial registered office of this corporation is Suite 1200, 1110 Vermont Avenue, N.W., Washington, D.C. 20005, and the name of its initial registered agent at such address is Robert F. Bauer.

### ARTICLE 7. AMENDMENTS TO ARTICLES OF INCORPORATION

This corporation reserves the right to amend or repeal, by the affirmative vote of a majority of the members of its Board of Directors, any of the provisions contained in these Articles of Incorporation.

### ARTICLE 8. FUNDS AND ASSETS

This corporation shall use its funds only to accomplish the purposes stated in these Articles of Incorporation. Upon the

winding up and dissolution of this corporation, after paying or adequately providing for the debts and obligations of the organization, the remaining assets shall be distributed as determined by the Board of Directors.

## ARTICLE 9.   DIRECTORS

The names and mailing addresses of the persons who are to serve as Directors until their successors are elected and qualify are:

| | |
|---|---|
| The Honorable Charles S. Robb | State Capitol Richmond, Virginia  23219 |
| The Honorable Sam Nunn | United States Senate Washington, D.C.  20510 |
| The Honorable Richard A. Gephardt | U.S. House of Representatives Washington, D.C.  20515 |

## ARTICLE 10.   INCORPORATORS

The names and mailing addresses of the incorporators are:

| | |
|---|---|
| Robert F. Bauer | 1110 Vermont Ave., N.W. Suite 1200 Washington, D.C.  20005 |
| Guy R. Martin | 1110 Vermont Ave., N.W. Suite 1200 Washington, D.C.  20005 |
| Judith L. Corley | 1110 Vermont Ave., N.W. Suite 1200 Washington, D.C.  20005 |

## ARTICLE 11.   BYLAWS

The Board of Directors shall have the power to adopt, amend or repeal the Bylaws for this corporation.  The Bylaws shall govern the operation of the corporation unless any Bylaw conflicts with these Articles of Incorporation, in which case the Articles of Incorporation shall be controlling.

We, the undersigned, being the incorporators herein before named for the purpose of forming a corporation pursuant to the General Corporation Law of the District of Columbia, do make this certificate, hereby declaring and certifying that these are our acts and deeds and the facts herein stated are true, and accordingly we have hereunto set our hands this 1st day of March, 1985.

ROBERT F. BAUER, Incorporator

GUY R. MARTIN, Incorporator

JUDITH L. CORLEY, Incorporator

Subscribed and sworn to before me this 1st day of March, 1985.

NOTARY PUBLIC

My Commission Expires on March 31, 1989.

BYLAWS
OF
DEMOCRATIC LEADERSHIP COUNCIL, INC.


## ARTICLE I.  DIRECTORS

Section 1.    The Board of Directors will consist of three
(3) directors.

## ARTICLE II.  OFFICERS

Section 1.    The Corporation will have the following
officers:  President/Executive Director; Secretary, and; Treasurer.

Section 2.    A single person will be permitted to hold more
than one office, except that no person can act as both President/
Executive Director and Secretary.

Section 3.    The President/Executive Director of the Corpor-
ation will have the power and authority to execute documents
and enter into contracts on behalf of the Corporation.

Section 4.    No Officer or Director of the Corporation will
act on behalf of the Corporation in any manner intended to affect
the nomination or election of any candidate for public office.

## ARTICLE III.  ACTION WITHOUT MEETING

Section 1.    Any action required or permitted to be taken
by the Board of Directors at a meeting may be taken without a

meeting if a consent in writing, setting forth the action so taken, shall be signed by all Directors.

## ARTICLE IV.  AMENDMENT OF BYLAWS

Section 1.    These Bylaws may be altered, amended, or repealed and new Bylaws may be adopted by a majority vote of the Board of Directors.

The foregoing Bylaws were adopted by the Corporation on March 7 , 1985.

ATTEST:    _Stewart Gammage, Secretary_

Attachment to Form 1024, Part III, Question 3

Democratic Leadership Council             Employer Identification
499 S. Capitol Street, S.W.               No. 52-1384530
Suite 402
Washington, D.C.  20003

## Democratic Leadership Council History

The Democratic Leadership Council was organized in early 1985 by certain elected officials and others who were concerned with the formulation of national policy and with the direction of policy debate within the Democratic Party.  The founders and leaders of DLC intended for the new organization to stimulate innovative debate on a wide range of contemporary domestic and foreign policy issues.

In keeping with its goals, it has never been the purpose of the DLC to finance the dissemination of personal views held by individual officeholders on particular issues.  Instead, the organization was conceived as an active forum for the development of fresh policy options and approaches which could spark and advance public debate.  As set forth elsewhere in this Application (see the Attachment to question 12), DLC has already commissioned studies and prepared publications directed toward this goal of informed and innovative policy debate.

### Current Activities

The DLC engages in a number of activities to achieve its purposes:

First, through task forces, composed of elected officials and private citizens, it has developed and is developing written policy positions on the following issues -- economic growth and competitiveness; national defense strategy; social justice, and presidential nominating procedures.

Second, it has sponsored and will continue to sponsor town meetings and issue forums for business, labor, civic, student, and other audiences across the country.  The forums it has sponsored during its first four months include -- meetings with business and civic leaders in Tampa, Fla., with students at the University of Florida in Gainesville, with state legislators in Talahassee, with business, labor and civic leaders in Austin, Houston, Dallas, San Antonio, El Paso, and Abiline, Texas; with

Democratic Leadership Council
499 S. Capitol Street, S.W.
Suite 402
Washington, D.C.  20003

Employer Identification
No. 52-1384530

business executives in Palo Alto, California and with business, civic, and political leaders in San Francisco and Los Angeles, California.

Third, it holds regular bi-monthly meetings in Washington, D.C. to discuss policy matters.  Specifically, its meetings have included discussions with Political Analyst William Schneider and Harvard University Professor Robert Reich.

Fourth, the DLC contracts for studies on specific issues. Specifically, it has contracted with Wharton Econometrics for a study on the competitive position of the American economy.

Fifth, it engages in an active program of public affairs that has included press conferences and meetings with editorial boards in a number of cities.  In addition, it sends occasional newsgrams and press releases to the media and other interested parties.

Sixth, the DLC conducts occasional fundraising receptions and dinners to cover the cost of its operations.

Through these activities, the DLC seeks to develop specific policy proposals and has begun to establish a national dialogue on key issues.

Relationship to the Democratic Party

The Democratic Leadership Council is so named because it was founded by federal and state elected officials who are Democrats and who were concerned with the direction of policy debate within their party, as well as within the country as a whole.  Through the establishment of DLC, these officials and others with similar interests and goals expected to improve the overall contribution of Democratic leaders, in the federal and state government, to national policy debate, and to urge upon both the party and the general public new and innovative approaches to policy.

DLC is not and does not function as a political party organization.  The Articles and By-laws of the Corporation specify clearly that the Corporation shall not intervene in campaigns on behalf of any public candidate; and the By-laws supplement this by further prohibiting any of DLC's officers and Directors from acting on behalf of the Corporation in supporting or opposing any candidates for public office.  At no time will DLC endorse any candidate for any public office, federal or state, nor will the organization seek to influence voter perceptions indirectly, such as by establishing voting

Democratic Leadership Council          Employer Identification
499 S. Capitol Street, S.W.                No. 52-1384530
Suite 402
Washington, D.C.  20003


records or other ratings of candidates.  DLC is concerned only
with the establishment of sound policy on national issues.*/


-------------------

&ast;/    As an example of the manner in which DLC operates
outside the political party structure, the organization has
acted as an independent witness in submitting to the Democratic
National Committee views on the formulation of political party
nominating rules and their impact on effective government.  DLC
has actively promoted the view that political parties must
structure their nominating processes to assure the selection of
candidates able to govern -- a view consistent with its general
emphasis on policy formulation, not candidate selection.  DLC's
views in this regard are consistent with bi-partisan scholarly
literature on the subject.  See generally N. Polsby,
Consequences of Party Reform (1983); N. Polsby & A. Wildavsky,
Presidential Elections:  Strategies of American Electoral
Politics (1984); B. Shepard, Rethinking Congressional Reform
(1985).

Attachment to Form 1024, Part III, Question 4

Democratic Leadership Council          Employer Identification
499 S. Capitol Street, S.W.                No. 52-1384530
Suite 402
Washington, D.C.  20003

## Sources of Financial Support

The Democratic Leadership Council raises funds for its
operations from officeholders and private contributors.  The
Democratic Leadership Council relies for its funding on ongoing
fundraising activity directed toward the broadest possible
range of supporters and contributors around the country.

The Democratic Leadership Council's fundraising program
includes the payment of $1,000 in "dues" from officeholders who
agree to become active "members" for fundraising purposes in
the DLC.*/  In addition, individuals seeking to join the
Democratic Leadership Council Board of Advisors are asked to
make a contribution of $10,000 per year, or to assist the DLC
in raising funds in this amount from interested contributors.

Beyond these categories of individuals who either make
direct contributions to the Democratic Leadership Council or
assist with its fundraising program, the organization raises
contributions from any and all private sources which are ready
and able to support its purposes, in whatever amounts they can
afford.

_____

*/   As stated in response to Question 7, this membership
structure is primarily an effort to attract active officeholder
involvement; member officeholders have no formal decision-
making or voting rights in the Democratic Leadership Council,
nor does the DLC enforce the payment of "dues" by Members.

<u>Attachment to Form 1024, Part III, Question 5</u>

Democratic Leadership Council                Employer Identification
499 S. Capitol Street, S.W.                   No. 52-1384530
Suite 402
Washington, D.C.  20003


<u>Officers and Directors</u>

Mr. Alvin From - President/Executive
Director and Treasurer
499 S. Capitol Street, S.W.
Suite 402
Washington, D.C.  20003

Ms. Stewart Gammage - Secretary
444 N. Capitol Street
Suite 246
Washington, D.C.  20001

The Honorable Charles S. Robb - Director
State Capitol
Richmond, Virginia  23219

Congressman Richard Gephardt - Director
1432 Longworth House Office Building
Washington, D.C.  20515

Senator Sam Nunn - Director
303 Dirksen Senate Office Building
Washington, D.C.  20510


- 1 -

November 8, 1985

Attachment to Form 1024, Part III, Question 7

Democratic Leadership Council          Employer Identification
499 S. Capitol Street, S.W.              No. 52-1384530
Suite 402
Washington, D.C.  20003

## Membership

     The Democratic Leadership Council invites federal and
state officeholders to become "members" upon payment of "dues"
in the amount of $1,000 per year.  While there is some
fundraising benefit to DLC from dues payments, the membership
structure is primarily a tool to recruit public officials into
the activities of the Democratic Leadership Council; the
"membership" offered includes no voting rights or other formal
decision-making role in the affairs of the organization.
Moreover, a substantial number of officeholders (40%) enlisting
as "members" do not pay the $1,000 a year in dues, nor does DLC
require that they do so.  DLC's essential purposes do not allow
it to operate as a "membership" organization providing special
services to members only.  The organization seeks instead the
active involvement of members of the general public in its
activities, and it has pursued this goal, in part, by
commissioning and preparing publications and sponsoring
programs on policy issues which can attract a substantial
public audience.

November 8, 1995

Attachment to Form 1024, Part III, Question 12

Democratic Leadership Council                Employer Identification
499 S. Capitol Street, S.W.                        No. 52-1384530
Suite 402
Washington, D.C.   20003

## Spending of Funds

All funds of the Democratic Leadership Council are devoted to its sole purpose -- the stimulation of public policy dialogue and innovation within and outside the Democratic Party, under the general leadership of certain elected officials of the party.  The attachment to Question 3 identifies the typical activities which the DLC has pursued to date, including but not limited to, the sponsorship of "issues forums" on selected national issues such as national defense and trade policy; the development of written positions on such issues; commissioning of specific studies by scholarly institutions, such as a study of trade issues by Wharton Econometrics; and periodic meetings to which noted authorities are invited to discuss certain of these issues with Democratic Leadership Council supporters, members of the general public and the press.

As specific examples of recent and representative activities of the DLC, the following materials are attached to this Application:

(1)  A copy of the DLC-commissioned study entitled "An International Economic Competition Study" prepared by Wharton Econometric Forecasting Associates (September 26, 1985). (Attached hereto as Exhibit A); and

(2)  A publication of the DLC entitled "Winning in the World Economy" (October 1985) which builds on the results of the Wharton Study to propose new policy approaches to lead to the improvement of American competitiveness in international trade.  (Attached hereto as Exhibit B).

The DLC has also organized certain task forces devoted entirely to the promotion of debate and policy formulation within certain areas.  These task forces are:

Democratic Leadership Council
499 S. Capitol Street, S.W.
Suite 402
Washington, D.C.  20003

Employer Identification
No. 52-1384530

## Task Force on National Defense Strategy

Co-Chairmen:                    Senator Sam Nunn
                                Governor Bruce Babbitt
                                Congressman Les Aspin

Members:

        Senators:               Dennis DeConcini
                                Jeff Bingaman
                                Ed Zorinsky

        Congressmen &
        Congresswomen:          Beverly Byron
                                Dan Glickman
                                Ike Skelton
                                Norm Dicks
                                Tim Wirth

## Task Force on Economic Growth and Competitiveness

Co-Chairmen:                    Senator Lloyd Bentsen
                                Governor Jim Blanchard
                                Congressman Leon Panetta

Members:

        Senators:               Max Baucus
                                Jim Sasser
                                James Exon

        Governors:              Bill Clinton
                                George Nigh
                                Richard Lamm

        Congressmen:            Ronnie Flippo
                                Dick Durbin
                                Phil Sharp
                                Jim Wright
                                Lindsay Thomas
                                Dan Mica
                                Bill Gray
                                Buddy MacKay

Democratic Leadership Council                    Employer Identification
499 S. Capitol Street, S.W.                          No. 52-1384530
Suite 402
Washington, D.C.   20003


     These activities, including publications, reflect the
primary thrust of the DLC -- to address policy issues of
overriding contemporary concern and to propose appropriate
alternatives in the formulation of policy.   The DLC seeks to
bring these activities to general public attention, and it
works toward this end by holding events and programs throughout
the country which are open to the public and by accomplishing
the widest possible distribution of its publications and
materials. */

---

     */   Although the DLC was organized by and operates under
the leadership of certain Democratic elected officials, the
activities it conducts are intended for the benefit of the
general public without regard to party affiliation.   Thus, as
examples, the DLC publication "Winning in the World Economy"
was made available without charge to all Members of the House
and the Senate, Democratic and Republican; DLC events typically
include among the participants and attendees both Democrats and
Republicans; and DLC has co-sponsored at least one event, on
foreign policy, with a fully bi-partisan organization, the
World Affairs Council.

Attachment to Form 1024, Part III, Question 14

Democratic Leadership Council          Employer Identification
499 S. Capitol Street, S.W.                  No. 52-1384530
Suite 402
Washington, D.C.  20003

Insurance

Three full-time employees of the DLC are covered under group health insurance with the Kaiser Permanente Plan. The DLC participates in this plan through membership in the Small Business Service Bureau, Inc. of Worcester, Massachusetts. Through SBSB, the DLC has also taken out life insurance policies on those three employees. (A sample copy of each plan is attached hereto as Exhibit C).

A fourth employee of the DLC joined the staff after the Kaiser plan was established and chose to remain on a Blue Cross/Blue Shield policy.*/  A copy of her policy was unavailable at the time this application was prepared for filing. However, on the basis of communications with a Blue Cross/Blue Shield representative at Membership Services, her policy includes standard hospitalization coverage covering 40 days of room & board per confinement. The balance is paid in full if she stays in a semi-private room in a participating hospital. Emergency room visits are covered if they occur within 72 hours of an accident. These benefits are paid under Blue Cross. Blue Shield covers doctors' visits in the hospital and the coverage includes surgery, x-ray, lab fees and diagnostic fees. Benefits are paid on a fee schedule which is a set dollar amount prescribed by Blue Shield. Blue Shield coverage does not begin until after the patient has been hospitalized for four days. Regular doctors' visits (outside the hospital) are covered after a $100 deductible is met.

_____

*/ Ms. Moss does not have a life insurance policy at this time.