# Exhibit B

```
                                                                    Page 1
 1            IN THE UNITED STATES DISTRICT COURT FOR THE
 2                        DISTRICT OF COLUMBIA
 3
 4   - - - - - - - - - - - - - - - - X
 5   DEMOCRATIC LEADERSHIP           :
 6   COUNCIL, INC.,                  :
 7          Plaintiff,               :
 8          v.                       :   No. 1:05-cv-1067
 9   UNITED STATES,                  :      (JGP)
10          Defendant.               :
11   - - - - - - - - - - - - - - - - X
12                           Washington, D.C.
13                           Thursday, February 23, 2006
14
15           Deposition of ALVIN FROM, called for
16   examination by counsel for the Defendant in the
17   above-entitled matter, pursuant to notice, the witness
18   being duly sworn by CARLA L. ANDREWS, a Notary Public
19   in and for the District of Columbia, taken at the
20   offices of Perkins, Coie, LLP, 607 Fourteenth Street,
21   N.W., Suite 800, Washington, D.C., at 10:06 a.m.,
22   Thursday, February 23, 2006, and the proceedings being
23   taken down by Stenotype by CARLA L. ANDREWS and
24   transcribed under her direction.
25
```

## Page 2

1  APPEARANCES:
2  On behalf of the Plaintiff:
3      ROBERT F. BAUER, ESQ.
4      EDWARD W. REESE, ESQ.
5      Perkins, Coie, LLP
6      607 Fourteenth Street, N.W.
7      Washington, D.C. 20005-2011
8      (202) 434-1602
9
10 On behalf of the Defendant:
11     MICHAEL J. MARTINEAU, ESQ.
12     U.S. Department of Justice
13     Tax Division
14     P.O. Box 227
15     Washington, D.C. 20044
16     (202) 307-6483

## Page 3

```
             C-O-N-T-E-N-T-S
WITNESS              EXAMINATION BY COUNSEL FOR
ALVIN FROM                   DEFENDANT
By Mr. Martineau           4, 187
             EXAMINATION BY COUNSEL FOR
                     PLAINTIFF
By Mr. Bauer               170, 189

             E-X-H-I-B-I-T-S
NO.                    IDENT.
Exhibits 64 through 120 marked prior to deposition
Exhibit Nos. 121 through 122......................... 60
Exhibit No. 123..................................... 86
Exhibit No. 124..................................... 88
Exhibit No. 125..................................... 169
Exhibit No. 126..................................... 173
```

## Page 4

P-R-O-C-E-E-D-I-N-G-S
    Thereupon,
        ALVIN FROM
was called as a witness and, after being duly sworn by
the notary, was examined and testified as follows:
    EXAMINATION BY COUNSEL FOR THE DEFENDANT
        BY MR. MARTINEAU:
    Q  Good morning, Mr. From.
    A  Good morning.
    Q  Mr. From, I am Mike Martineau with the
Department of Justice here in Washington representing
the United States in this suit.
        Have you ever had your deposition taken
before, sir?
    A  No. But I have appeared, I believe, in U.S.
District Court in Louisiana in 19 -- I think it was
'87 -- when I was sued by David Duke.
    Q  All right.
    A  And I am sure this will be more pleasant,
because I was cross-examined by David Duke and his
red-neck buddy Ralph Forbes.
    Q  Well, I won't characterize your
characterization of those gentlemen. But today the
deposition goes -- the way it works is I will ask you a
question, and then you provide the answer. We have to

## Page 5

make sure that we don't talk over each other so the
court reporter can take it down. So let me finish my
question, and then I will let you finish your answer
and we will proceed.
    I am from the North. I think you are from
the South. I talk fast; you probably slow.
    A  No, I am actually from South Bend.
    Q  You are from South Bend. That's right, you
are from South Bend. Be that as it may, I will try to
talk to slow.
        Just for the record, your name and your
current business address for us, sir?
    A  My name is Alvin, A-l-v-i-n, From, F-r-o-m.
I am founder and chief executive officer of the
Democratic Leadership Council. And our address is
Suite 400, 600 Pennsylvania Avenue, Southeast 20003.
    Q  Mr. From, you are represented by counsel
today, correct?
    A  Yes, I am.
    Q  And did you receive -- and I will refer you
to Exhibit 64, an exhibit that has been premarked
Exhibit 64. Will you look at that for me. Can you
just identify that document that for me? Just for the
record, what is that document?
    A  I guess it is the subpoena asking me to be

Page 6

1  deposed.
2  Q  And then attached to the subpoena is a list
3  of documents to be produced. If you will reference
4  that. Do you see that list of documents to be
5  produced?
6  A  Yes.
7  Q  Do you have any documents to produce to me
8  today in response to that subpoena.
9      (Witness provides documents.)
10     BY MR. MARTINEAU:
11 Q  All right. These are all the documents that
12 are responsive to the subpoena that I served on you,
13 correct?
14 A  As far as I can tell. And I have had my
15 staff working on this for a very long time.
16 Q  Okay. And I am going to -- we will have
17 these marked during a break. And we will have the
18 court reporter mark them during the break.
19     Now, Mr. From, what is your educational
20 background, sir?
21 A  My educational background is I went to public
22 schools in South Bend, Indiana. I have got a
23 bachelor's degree in Journalism from Northwestern
24 University, Edmondson, Illinois and a master's degree
25 in journalism from Northwestern University, Edmondson,

Page 7

1  Illinois.
2  Q  Okay. And after you graduated from
3  Northwestern, were you employed?
4  A  Believe it or not, yes.
5  Q  And what was the nature of your employment,
6  sir?
7  A  I was employed as an inspector in the Office
8  of Economic Opportunity here in Washington. It was the
9  old war on poverty. And my job was to go around the
10 country. I was actually assigned the six southern
11 states and look at anti-poverty programs and write long
12 reports for the director Sergeant Striver for part of
13 that time and then others on what was going on. So I
14 was sort of an evaluator.
15 Q  And then what was the time frame of your
16 employment at the OEO?
17 A  I was at OEO from June of 1966 until February
18 of 1989.
19 Q  And that would have been during the Johnson
20 Administration; is that correct?
21 A  Yes.
22 Q  And then after you left that position in
23 February of 1989, what was your next employment?
24 A  I was counsel to the Senate District of
25 Columbia Committee.

Page 8

1  Q  And who was the chairman of that committee?
2  A  At the time Senator Joe Tidings of Maryland.
3  Q  He was a Democrat, right?
4  A  Yes.
5  Q  And what was the time frame of your working
6  with Senator Tidings?
7  A  I was there from, I think, February 1, 1989.
8  I think until -- Tidings actually got beat in 1970.
9  But I continued on in the committee, I think, until the
10 spring, maybe -- March or April of 1971.
11 Q  Now. So June of '66 until 1971, is that when
12 you worked for Sergeant Striver?
13 A  No. I worked from June of '66 till February
14 '69. I am sorry. Did I say '89?
15 Q  You said '89.
16 A  I apologize. '69. And from '69 to the
17 spring of '71 -. I can't remember exactly -- but March
18 or April with the Senate District Committee.
19 Q  That was for Senator Tidings?
20 A  Well, he --
21 Q  He lost in 1970?
22 A  He lost and then I think temporarily Tom
23 Eagleton -- Senator Eagleton was the chair.
24 Q  Tom Eagleton is a Democrat as well?
25 A  Yeah. The truth is that the Democrats

Page 9

1  controlled the Congress. So the chairs of the
2  committees were Democrats.
3  Q  I understand. And then after you left that
4  particular position, where did you go at that point?
5  A  I went to the Senate Subcommittee on
6  Intergovernmental Relations with Senator Ed Muskee.
7  Q  Democrat from Maine?
8  A  Democrat from Maine. And that was -- that,
9  again, was a unique committee because I was there from
10 1971 through the beginning of 1979. But that was an
11 interesting committee because Senator Muskee coming
12 from a state that was very Republican had an interest
13 in rule. And that was the -- we never could put in a
14 major bill without a Republican as the chief
15 cosponsor.
16     And so I worked very closely in those years
17 with Bill Brock, who was on committee, still a friend
18 of mine. And then the two Republicans eventually who
19 were ranking were Ed Gurney of Florida and Bill Roth of
20 Delaware.
21 Q  Okay. Very good. After you worked in that
22 position, what was your next employment?
23 A  My next employment was -- I was deputy
24 advisor to President Carter on inflation.
25 Q  Okay. And what was the time frame that you

### Page 10

1  worked for President Carter?
2  A  I was in the White House from -- I think it
3  was either -- it was January or February of 1979. And
4  I think the -- since I was a Scheduled C appointment,
5  it ended at noon or January 20 of 1981.
6  Q  That was upon the swearing in of President
7  Reagan as president, correct?
8  A  Right.
9  Q  During the period after President Reagan was
10 sworn in, what was your employment at that point in
11 time, sir?
12 A  I was the staff director of the House
13 Democratic Caucus.
14 Q  All right. And just briefly, what is the
15 House Democratic Caucus?
16 A  The House Democratic Caucus is the
17 organization of all of the members of the Congress
18 organized with the Democrats. And what the Caucus does
19 is it organizes, sets the rules of the House. And
20 there is a Republican counterpart.
21 Q  Okay. And then how long did you stay as the
22 staff director of the House Democratic Caucus?
23 A  I was there until, I guess, really December
24 of '84 or January of '85. And I had a brief period.
25 And I don't even -- well, I was going to be staff

### Page 11

1  director of the Joint Economic Committee of the
2  Congress. And I think the Joint Economic Committee is
3  actually the payroll of the Senate. So I think I went
4  over to Senate payroll. But the person who was going
5  to be elected chairman was Representative Gillis Long
6  of Louisiana. And I was going to be a staff director.
7      And two days before he was going to be
8  elected chairman, he died of a heart attack. And so I
9  wasn't staff director.
10 Q  Very good. And then did you take employment
11 after that position?
12 A  Then I went to the DHC. We started DHC in
13 March of '91 -- 1985.
14 Q  And that would have been March after
15 President Reagan's re-election victory in 1984,
16 correct?
17 A  That's right.
18 Q  And then that was the -- in that election,
19 President Reagan won, I believe, 49 out of 50 states of
20 electoral college votes, right?
21 A  He did very well.
22 Q  We are going to obviously talk today about
23 the DLC a little bit more. Let me ask you this. How
24 was it -- let's talk now about your initial work with
25 the DLC when it was established March of 1985. How did

### Page 12

1  you become involved in the DLC?
2  A  Well, I had a group of friends mostly in the
3  Congress who were dissatisfied with the direction of
4  the country under the conservative leadership of
5  President Reagan and who also weren't exactly enamored
6  with the direction of the Democrat, the liberals. The
7  agenda of the Democratic Party was interested in
8  pushing a different kind of an agenda, sort of like a
9  third way, which was progressive. And so, you know, we
10 put together a social action entity to push that
11 agenda.
12 Q  Okay. And who were the friends that you are
13 referring to that were dissatisfied with the direction
14 of the Democratic party?
15 A  Well, they were people like Sam Nunn;
16 Governor Chuck Robb of Virginia; Governor Bruce
17 Babbitt; Congressman Richard Gephardt; Jim Jones, who
18 was the chairman of the House Budget Committee; and
19 then Rodney Childs of Florida.
20 Q  And so those individuals were all Democrats,
21 right?
22 A  Yes.
23 Q  Were there any Republican-elected officials
24 who were part of the initial group that established the
25 had DLC?

### Page 13

1  A  No.
2  Q  Okay. Now, after the DLC -- were you
3  approached by these individuals to become involved in
4  the DLC? Is that how it happened?
5  A  Well, we had just -- you know, in the House
6  Caucus, we had actually put together a group of members
7  of the House who were interested in putting together a
8  modern progressive agenda. So we talked about that.
9  And then I talked to -- I had old acquaintances with
10 Sam Nunn. And they were interested in the same kind of
11 things. So we sort of got together and talked about
12 how we could do this.
13 Q  Okay. Now, you referred to the DLC at the
14 initial stage as a social action entity, correct?
15 A  Right.
16 Q  What do you mean by a social action entity?
17 A  Well, our mission very clearly was to push --
18 because we would change the course of the country. To
19 push the progressive agenda and be sort of the agents
20 to push it in the political world because we live in
21 Washington. We were the Democratic-elected officials.
22 And our goal -- we what we did is we promoted a bunch
23 of ideas. And I would argue that we achieved our
24 mission.
25     We just talked before we started this about

Page 14

1  national service. The Americorp program, which put
2  hundreds of thousands of young people in service to
3  their fellow citizens had, you know, earned the support
4  of almost every Republican governor. And, in fact, the
5  effort to expand it is being led by Evan Bye and John
6  McCane, a bipartisan deal.
7       We pushed the idea of reforming the welfare
8  system. And when that was finally enacted into law,
9  the irony was I think there was about two and a half
10 times as many Republicans who voted for it as
11 Democrats. We were advocates of expanding trade. And
12 we helped -- our policies on trade were supported at
13 the end by many more Republicans than Democrats.
14      We pushed an idea called charter schools,
15 which we found from a professor in Minnesota. And
16 during the years we are talking about, there were 34
17 states that had charter school laws; 18 of them had
18 Republican governors. I mean, the point is what we
19 wanted to do was really change the course of public
20 policy in the country.
21      And we set out to do that. And the elected
22 officials were sort of the amplifiers, the megaphones
23 for doing that. And along the way whereever we could,
24 we worked with Republicans to do that.
25    Q  Now, if that is the case, why were there no

Page 15

1  Republican-elected officials who were among the
2  founders of the DLS?
3     A  Well, because the reality is the Republicans
4  were in control of the government. Ronald Reagan, who
5  sort of defined the conservatism in America, was
6  president. They were all tied to the conservative
7  agenda that we wanted to change. I mean, the people
8  who were -- it was unlikely that we were going to get
9  Republicans who were going to try to change the Reagan
10 Republican agenda. So the likely people were
11 Democrats.
12    Q  So if I understand what you are saying, just
13 to make sure, that you -- that the DLC is what you call
14 a social action agency -- a social action entity; is
15 that correct?
16    A  Yes. And social action foundation. Social
17 welfare foundation. I am sorry. But we are -- you
18 know, we try to be an action agency, too. We are not
19 just around to write a bunch of reports. We are around
20 to change things.
21    Q  Well, earlier you described the DLC as a
22 social action entity?
23    A  Right.
24    Q  And I think you just indicated now you
25 referred to it as social welfare foundation?

Page 16

1     A  Well, I mean, I am not a lawyer. I just --
2     Q  I am asking you what is the DLC?
3     A  Well, I mean, we are an entity that develops
4  policy and tries to get those policies enacted into law
5  and pushes hard for it.
6     Q  Now, so you are a social action entity slash
7  social welfare entity is what you are saying?
8     A  Yeah.
9     Q  That's what you are. And your mission is to
10 what?
11    A  To develop a progressive agenda for the
12 country and get that agenda enacted into law. We
13 really wanted to change the course of the country.
14    Q  Now, to get an agenda enacted into law, how
15 did you intend to go about doing that?
16    A  Well, the way we intended to go about doing
17 that is exactly what we did, which is we developed
18 ideas. Sometimes we developed them on our own.
19 Sometimes we took ideas that we found around the
20 country. And what we tried to do was push them in the
21 public debate. And the agents who were pushing them in
22 the public debate were our elected officials.
23    Q  And those elected officials were
24 Democrat-elected officials?
25    A  That's exactly right.

Page 17

1     Q  Now, why did the organization choose the name
2  the DLC Leadership Council?
3     A  Because the people who were interested in
4  changing the course of the country at the beginning
5  were Democrats.
6     Q  And now I think you indicated, if I
7  understood you, that you felt -- the founders felt that
8  the Democratic Party's positions were too far to the
9  left. Do I understand?
10    A  Yes, absolutely.
11    Q  And explain what you mean by that, and what
12 were you trying to do as the DLC to change that?
13    A  Well, let me just tell you what we -- let me
14 tell you exactly what we were trying to do.
15      We thought that the economic agenda of the
16 Democratic Party was grounded in redistribution and not
17 growing the economy. We believe that you had to grow
18 the economy. But we also differed from the
19 conservatives. They were concerned only about growing
20 the economy and not about helping ordinary people
21 benefit from that growth.
22      And so we developed a set of policies
23 grounded in fiscal discipline, investing in people, in
24 technologies, and expanding trade that I believe had a
25 great impact when they were actually put into place.

Page 18

1  Some by President Clinton, but some by President
2  Clinton with the help of fewer Republicans than
3  Democrats had an enormous impact on the country. And,
4  you know, let's just take that for one example, okay.
5       The leading interest group in the Democratic
6  Party is organized labor. They were against our
7  agenda. And I think a lot of documents that we sent
8  you will show that on trade. They certainly were
9  against any kind of fiscal discipline. And they were
10 against -- and they were against modernizing a lot of
11 the investment programs because the truth is under
12 Republican administrations and Democratic
13 administrations, they controlled most of what was
14 coming out of the Labor Department.
15      They had enormous influence on it, and they
16 didn't want to see it change. We were a change engine.
17 We have always been a change engine. What we wanted to
18 do, in our view, was to re-instill in national politics
19 a sense of national purpose. And we didn't think that
20 the conservatives were doing a very good job of it.
21 And we thought the liberal side that was mostly in the
22 Democratic Party, because evidently most of them were
23 all in the Democratic Party, was too much concerned
24 with narrow interests.
25      And, you know, both sides sort of had their

Page 19

1  narrow interests. And we thought the country needed an
2  alternative. And that's what we set out to do. I
3  think that's what we did. It's called the Third-Way
4  Internationally. It is a progressive agenda. And the
5  brand here is New Democrat.
6    Q  Now, I was going to ask you. That term New
7  Democrat has been used in this case. What is a New
8  Democrat?
9    A  A New Democrat is a philosophy that is a
10 progressive philosophy for the country. It is grounded
11 in what we call traditional American values and new
12 ways of doing things. There are five principles that I
13 use to define it. The first is growing the economy.
14 Actually, it is the idea of opportunity for all. And
15 the way we achieve that is by growing the economy and
16 making sure everybody has a chance to further that
17 growth.
18      The second is that our ideas have to be
19 grounded in values that most Americans believe in --
20 work, family, responsibility, faith, freedom,
21 tolerance, inclusion.
22      The third is we believe the new social
23 compact should be grounded in fiscal -- I'm sorry.
24 Mutual responsibility. The idea that government has an
25 obligation to its citizens to create organized public

Page 20

1  resources in a way that creates opportunity for them.
2  But the citizens have an obligation to give something
3  back to the country.
4       The fourth is internationalist. We believe
5  the United States ought to lead the way in the
6  worldwide struggle for a democracy with prosperity.
7  And, finally, unlike the conservatives, we believe in
8  an activist government. Unlike the liberals, we
9  believe that the government doesn't have to be big and
10 bureaucratic. And we believe that government ought to
11 in today's world equip people with the tools that they
12 need to solve their own problems in their own
13 communities.
14      And just to give you a couple of examples.
15 We talked about the Americorp program. Well, that
16 program embodies the idea of mutual responsibility.
17 One of the government reforms we talked about was a
18 program called Community Policing. And community
19 policing, we actually discovered in Charleston, South
20 Carolina. An African-American Jewish Priest Chief
21 named Rubin Greenberg -- I think he is a Democrat, but
22 he very well may be a Republican; he is certainly more
23 conservative than I am -- had decided in the 1970's
24 and '80's that all the high-tech means of police work,
25 9/11, all of that were great, except the crime rate

Page 21

1  kept going up. So he had this simple idea to put
2  police back on the beat.
3       We picked up that idea community policing.
4  Mayors all of the country, including Rudy Guiliani
5  picked it up. And when that idea was put into place,
6  crime went down in every major city, I believe, maybe
7  one or two exceptions, in the country.
8       I mean, the point is, you know, this agenda
9  that we call New Democratic, this philosophy is a
10 philosophy for modernizing the government in the United
11 States.
12   Q  Now, is one of the goals of the DLC to at
13 least assist or be an agent for individuals who call
14 themselves New Democrats to get elected into public
15 office so they could impact and implement these
16 policies?
17   A  Well, you know, the goal of the DLC was to
18 build a cadre of people. And we picked elected
19 officials, rather than candidates, so we wouldn't get
20 to that issue. The goal was to build a cadre of
21 political leader elected officials who would carry
22 those ideas. You know, and the -- we were very
23 explicit that we weren't going to get into campaigns.
24 I mean, you asked me my history.
25      The thing you have to understand about my

6 (Pages 18 to 21)

Page 22

1  history, even though it was with all Democrats, not one
2  of those jobs did I ever work in a campaign. My history
3  was all in the area of public policy. And, for
4  example, on the Government Operations Committee of the
5  Senate where I worked as staff director of the
6  Intergovernmental Relations Subcommittee, there were
7  four people for a long time that ran that committee.
8  It was sort of second committee for all the senators.
9  And Senator Irvin was chairman. Chuck Percy,
10 Republican of Illinois was the ranking Republican. And
11 then Ed Muskee and Jake Gaverts were both on that
12 committee. And they were sort of senior Democrat
13 Republican. And the four of the representatives of
14 those four senators almost always agreed on the course
15 of the committee.
16     Just a couple of examples that you will
17 remember in public policy. We did the Budget Reform
18 Act. And that Budget Reform Act was the -- the form of
19 it actually came from a proposal that was done by
20 Senators Muskee and Bill Brock in 1973. It was a
21 bipartisan effort in the committee.
22     In fact, when there was a split in the
23 committee that was in party lines, we decided not to
24 take a bill to the floor until we could get a
25 bipartisan agreement because we didn't think we could

Page 23

1  pass until we had members of the Senate on both sides
2  of aisle supporting it. You know, we pushed the Sunset
3  Bill. The primary cosponsors were Muskee and Brock
4  initially and Muskee and Bill Roth. The idea -- you
5  know, so the thing that I think is important to
6  understand about me, you know, I am a Democrat. I will
7  never deny that. And I am identified as one. I can't
8  change that. I do what I do for my party, you know, on
9  my own time. You know, I can't change the fact that I
10 am identified at the DLC and, in some sense, that's a
11 24/7 deal. But what I have always been about in my
12 public life is about changing policy and about ideas.
13 Because I think -- you know, I just think -- you know,
14 I just think that we are losing that in politics. We
15 are losing a sense of national purpose in politics and
16 I want to change that.
17     Q  I understand. Now, getting back to the DLC,
18 per se. The mission of the DLC, as you said, was to
19 build a cadre of elected officials to help get these --
20     A  No. The mission of the DLC, I said, was to
21 -- I am sorry. I didn't mean to interrupt you. The
22 mission of the DLC, I said, was to drive a new
23 progressive agenda and that the agents who were driving
24 that were elected officials.
25     Q  And to facilitate gaining those ideas

Page 24

1  becoming part of the government policy, you wanted to
2  build a DLC with a cadre of elected officials?
3     A  We wanted to do -- we wanted to get elected
4  officials who would support our ideas. And we tried to
5  do it -- we worked to, you know, build it with elected
6  officials.
7     Q  How did you go about working to build this
8  cadre of elected officials?
9     A  Well, the first thing you have to do is you
10 have to have the ideas because if you don't have the
11 ideas, you are not going to build support. You have
12 got to have the ideas. And once you have the ideas,
13 then people express interest and you try to work with
14 them. You try to talk to them about how they can best
15 articulate those ideas. You know, often throughout the
16 history of the DLC, part of that was to find partners
17 on the other side of the aisle, too.
18     Q  Now, we are talking now about building a
19 cadre of elected officials. Did part of the DLC's
20 efforts to build -- to generate people, say, at the
21 state and local level to become new Democrats to get
22 involved with politics and to help put these particular
23 ideas into law?
24     A  Well, I would hope that when we articulate
25 ideas like national service or welfare reform that you

Page 25

1  would encourage people to get involved. But the answer
2  to your question is, no, we did not go out and try to
3  get people involved in politics. We do work with state
4  and local officials. But we work with state and local
5  officials who are already elected.
6        Again, we have been very explicit in the
7  DLC. We are not an organization that gets involved in
8  campaigns. We don't recruit candidates. And, you
9  know, we don't support candidates. But what we do do
10 is develop ideas. And we work with elected officials
11 to get them to be the best possible agents for
12 promoting our ideas.
13    Q  Fair enough. Now, what was the relationship,
14 say, back in 1985 when the DLC was established? What
15 was the relationship of DLC with the Democratic Party,
16 if you will?
17    A  They hated us.
18    Q  Why did they hate you?
19    A  They hated us because -- that's a little
20 strong. Our relationships, I would say, were always
21 very shaky. One, we never -- we never did anything
22 with the Democratic Party. Secondly, you know, our
23 ideas were attractive to some very attractive elected
24 officials. And, you know, we paid no -- we gave -- we
25 did not pay any attention to the interest groups who

## Page 26

1  supported the Democratic Party. And I think if there
2  was an attitude that the Democratic Party had toward
3  us, the official Democratic Party, was cease and
4  desist.
5     Q   But many of these or all of these
6  Democratic-elected officials that were part of the DLC,
7  they were members of the Democratic Party, correct? By
8  definition, they were members of the Democratic Party.
9  Sam Nunn and Dick Gephardt, they are all Democrats?
10    A   They all were identified as Democrats and ran
11 as Democrats. No question about it. But the -- no
12 question about that. But if you asked, you know, some
13 of them would have different answers to this. But if
14 you would ask most of them, certainly if you asked Sam
15 Nunn whether he, you know, had any ties to the official
16 entities of the Democratic Party, he would say, I
17 organize as a Democrat in the Senate. You know, but he
18 had no relationship with the Democratic National
19 Committee or no formal one.
20    I mean, political parties are just -- this
21 isn't like a European party where there is membership
22 in a party. But these guys all identify as Democrats
23 and organized in the Congress as Democrats and ran for
24 election under the Democratic banner even though if we
25 had organized in 1999 or 2000 or 2002, a lot of people

## Page 27

1  would have the same ideas organized as Republicans.
2     Q   Now, is it a fair statement that back in '85
3  what the DLC was focusing on was essentially through
4  the idea a development of establishing or promoting a
5  different kind or a different type of Democrat? Is
6  that what you were all about?
7     A   Well, we were interested in developing a
8  different kind of agenda for our country that Democrats
9  would support. So you can interpret whether they were
10 a different kind of Democrat.
11    Q   Well, I am asking you if that's what the
12 focus was?
13    A   Look, we wanted to create -- we were unhappy
14 with the conservative agenda of the Reagan
15 Administration. We were probably more unhappy
16 sometimes with the direction we saw the Democratic
17 Party going as an interest group party. And so what we
18 really wanted to do was offer a third way for the
19 country. And, you know, I would rather have the
20 Democratic Party identified with that; no question
21 about it.
22    Q   And let's talk about what you mean by the
23 third way. My understanding from your testimony, you
24 have what you call the conservative -- the Republicans
25 on the right who were in office in the Reagan

## Page 28

1  Administration?
2     A   Right.
3     Q   And then you had the more traditional liberal
4  Democratic Party with the interest group liberalism
5  that you did not like?
6     A   Right.
7     Q   So if I understand, the DLC was positioning
8  itself in the center, a third way between those two
9  wings -- those two plays on a political spectrum; is
10 that correct?
11    A   Well, yeah. I mean, I guess in the popular
12 vernacular that's correct. I always thought that we
13 were actually creating a different kind of philosophy
14 that sort of transcended the old debate.
15    Q   In terms of what is commonly referred to as
16 the political spectrum, the DLC positioned itself in
17 the center of that spectrum, correct?
18    A   Well, yes, I guess that's right. I would say
19 the progressive center.
20    Q   I understand. And the DLC was trying to
21 bring in traditional Democrats to that position and to
22 adopt those ideas and then help enact those ideas into
23 public policy. Isn't that what the DLC's position was?
24    A   Well, the DLC was -- you know, we tried to
25 put together this third way progressive -- we called it

## Page 29

1  New Democrat -- agenda, philosophy. We tried to
2  encourage elected officials to support it. I would not
3  say we made a big effort to go to people who were
4  identified as liberal Democrats. We were called all
5  sorts of names by others in the Democratic Party. And,
6  you know, often there were ideas that we might have
7  supported. Sometimes they were ideas that were
8  actually proposed by Republicans. Sometimes they
9  were -- and often are ideas, as I told you before, more
10 Republican support when they were put to the test than
11 Democratic support.
12    But, you know, our goal was to change the
13 course of the country. And I just will repeat that
14 over and over and over again. We were serious about
15 it. And we did try to put together a cadre of
16 Democratic-elected officials who would do that because
17 they were the ones that were likely to take this
18 course. And where we could get bipartisan support, we
19 worked with the Heritage Foundation and others to do
20 it.
21    Q   Now, just finishing this thought about where
22 the DLC is in the political spectrum. You said there
23 were some names that were sometimes -- the DLC was
24 called. Give me an example of some of those names that
25 would help flush out where you were?

### Page 30

1  A  Republicrats. You know, mostly we weren't
2  real Democrats. I think the current chairman of the
3  DLC once called us the Republican wing of the
4  Democratic Party; we weren't really Democrats. I mean,
5  you know, there is -- we were just, you know, the cadre
6  of people who supported DLC ideas, particularly at the
7  beginning before we changed a lot of national policy.
8     We are viewed as outside the orthodoxies and
9  the orthodox parameters of the Democratic Party.
10  Q  Now, the DLC was formed, as you said in March
11 of '85, after President Reagan was reelected --
12 49-state electoral victory. Isn't that true that the
13 impetus, to a large extent, for the formation of DLC
14 was to pick the Republican lock on the electoral
15 college that at that time was considered to be the
16 reality of presidential politics?
17  A  Well, the Republicans did have a lock on the
18 electoral college.
19  Q  And explain for the record what was meant
20 by -- what do you mean the concept of having a lock on
21 the electoral college?
22  A  Well, it was just that the Republicans in the
23 five or six elections before -- through 1984 starting
24 in 1968 had won the presidency in all but one election.
25 And the normal vote -- actually, this is historical.

### Page 31

1  You can go back even farther than that. In the normal
2  vote, the Republicans would wind up with the majority
3  of electoral college.
4     Q  Basically, the theory was that the
5  Republicans before the election even started had, by
6  virtue of strength, they had in certain states. They
7  had a big advantage on the Democrats in terms of the
8  electoral college?
9     A  Yeah.
10    Q  If the Democrats were to win, they had to win
11 all of those for those states and there is no margin
12 for error? Is that what electoral lock is considered?
13 You are in politics. You know that's what it was
14 about.
15    A  I can't remember the name of the -- was it
16 Horace Busby?
17    Q  The political scientist?
18    A  Yeah, I think he was who called it a
19 Republican lock. I think that's right.
20    Q  Okay.
21    A  You know, and, look, our goal was to change
22 the course of the country. The way we wanted to do it
23 from day one was to set out a new agenda for the
24 party. You know, was that going to be helpful for
25 Democrats in an indirect way? Probably. Was it in the

### Page 32

1  sense of, you know, if they ran on those ideas because
2  they wanted to go up the ladder, that was fine. But
3  our goal -- but the other thing we did is we did
4  everything publicly. So if a Republican like Rudy
5  Guiliani wanted to take our ideas, he could run on
6  them, too.
7     Q  And for the elected officials, as you
8  indicated, some of them do go up the ladder. They go
9  from the House to the Senate and the Senate to the
10 presidency, correct?
11    A  Well, they haven't gone from the Senate to
12 the presidency.
13    Q  Well, not yet.
14       MR. BAUER: I just want to interrupt on one
15 thing just so that we don't have any clutter in the
16 record. When you asked the question the second time
17 around, you said to him, you know what this means, you
18 are in politics. I think his testimony today has been
19 consistently he is involved in policy. And, in fact,
20 he specifically testified that there are policies
21 understood as partisan political activity. And
22 partisan political organization is not, in fact, in any
23 way reflected in his biography, nor one of his concerns
24 at the DLC. And I want to mention that because since
25 he has answered the largest part of your question, he

### Page 33

1  may not have picked on that clause.
2     BY MR. MARTINEAU:
3     Q  The DLC operates in the political world?
4     A  We do, you know, in the broad sense of the
5  political world. That's what this city is about.
6     Q  Okay. And so just to finish that one point
7  as well that elected officials do run for higher
8  offices and you, the DLC, is obviously not opposed or
9  upset with that if someone went from one office to
10 another on the Democratic principles.
11    A  No, we are not opposed to that. It is
12 probably a good thing for the country if they support
13 our ideas. But there is a difference between
14 supporting our ideas and the DLC being engaged in their
15 campaigns.
16    Q  I understand. An example of that perhaps
17 would be Governor Clinton of Arkansas who ran as a new
18 Democrat and was elected president twice in 1992 and
19 1996. Is that a fair statement?
20    A  Yes. He was chairman of the DLC and had a
21 big role in helping us shape our agenda. And, you
22 know, when he decided to run for President, he gave up
23 his chairmanship with the DLC.
24    Q  And just to finish this one thought about the
25 Republican lock on the elections, can you turn to

## Page 34

1  Exhibit 111, Mr. From. Can you identify the document
2  for me?
3    A   It looks like a speech I gave at a 1996 DLC
4  Convention -- annual conference.
5    Q   That was December 11, 1996?
6    A   Correct.
7    Q   And in third paragraph, you say -- and I am
8  just going to say it for the record. You say, quote,
9  Our triumph is President Clinton's historic re-election
10 victory, the culmination of an effort we have waged
11 together for more than a decade to pick the Republican
12 lock on the electoral college and to put and to keep a
13 new Democrat in the White House. We will celebrate
14 that triumph with the President later today, unquote.
15       Do you see that?
16   A   Yes.
17   Q   You just stated that at that particular point
18 in time and today you still stand by that statement?
19   A   Sure. You know, President Clinton was an
20 advocate of New Democrat ideas. His victory was a
21 triumph of New Democrat ideas.
22   Q   Fair enough. Okay. Let's take a look at
23 the -- just so I understand the structure now of the
24 DLC. DLC is affiliated with, is it not, the
25 Progressive Policy Institute?

## Page 35

1    A   Yes.
2    Q   What is the Progressive Policy Institute?
3    A   The Progressive Policy Institute is a think
4  tank that we organized in 1989. As we looked at the
5  DLC work over the first four years, we decided that
6  virtually anything we could do -- anything we were
7  doing in the DLC really could be done in a 501 C-3.
8       And with some of our projects, we decided to
9  create the Progressive Policy Institute. The
10 interesting thing is that for a period of time,
11 including the first half of 1987, the Progressive
12 Policy Institute was actually a project of the DLC.
13      So the PPI is a -- you know, it is now an
14 affiliated think tank of the DLC.
15   Q   And the PPI now today -- and I have some
16 documents that I think will show and I don't think it
17 is in dispute -- that PPI is, if you will, a project of
18 the Progressive Foundation, which a C-3 entity,
19 correct?
20   A   Yes.
21   Q   And as you indicated, the PPI is the
22 affiliated think tank of the DLC?
23   A   Right.
24   Q   For purposes of the years at issues in this
25 case?

## Page 36

1    A   Well, no. From January of 1997 to, I think,
2  July 1 of 1997, the PPI was a project of the DLC. And
3  then we went back over to the C-3 to the Progressive
4  Foundation.
5    Q   Fair enough. And the PPI was originally back
6  in '89, as you say, a C-3. Why did the DLC organize as
7  a C-4 when the DLC came into existence?
8    A   Well, because we were, you know -- because as
9  we looked at the laws, we thought we fit as a social, I
10 guess, as social foundation. You know, we -- you know,
11 we are very explicit in our application for the C-4.
12 You know, we weren't hiding the fact that we were
13 Democrats. We put it in our name.
14      And the idea of the DLC was, as I told you,
15 to develop an agenda. You know, and at some point
16 through this process, we decided that, gees, a lot of
17 the stuff we are doing, in fact, most of it could be
18 done in a C-3 entity. We thought it would be easier to
19 raise some money as a C-3. And so we decided to
20 form -- you know, you know, I am a government hat. So
21 I -- you know, I didn't, when I started the DLC, have
22 any idea the difference between C-4's and C-3's. As we
23 got into the business and you deal with major
24 individual donors, then you saw a reason for organizing
25 differently.

## Page 37

1       But the DLC and the PPI have a very -- always
2  have had a close relationship. I am the chairman of
3  the foundation. And Will Marshall, who is the
4  president of the foundation or the president of PPI,
5  not of the foundation -- he may be the president of
6  foundation; I am not sure -- has been my partner in
7  crime ever since we started.
8    Q   Now, when the DLC was founded, if the
9  activities of the DLC were such as you indicated that
10 could be conducted under a C-3, I don't understand why
11 the DLC itself was organized as a C-4,?
12   A   Well, in part, because -- I mean, I probably
13 have to talk to Bauer. He is the expert on this. But,
14 in part, because we knew -- I mean, our mission was, in
15 part, to get attention for our ideas. And we didn't
16 want to have any question about the legitimacy of what
17 we were doing. But as we got into it, some of the
18 policy development, some of the research, some of the
19 stuff that we were doing, much of it, in fact, from my
20 point of view almost all of it could be done in a C-3.
21 I had people who were interested in funding it. So we
22 decided to do that.
23      As it turned out, they weren't so interested
24 in funding it after all. And we were -- you know, we
25 moved it back to the -- it became a project of the DLC,

Page 38

1  I think, in 1990. And then, you know, we continued to
2  do some work on the Foundation. But then in July 1997
3  we moved it back as it got more established. I mean,
4  you know, we are a mom and pop organization. We aren't
5  Rippins or AEI with tens or hundreds of millions of
6  dollars in endowment. We have to raise our money every
7  year.
8       MR. BAUER: Can I take 30 seconds off the
9  record?
10      MR. MARTINEAU: Yes.
11      (Discussion was held off the record.)
12      THE WITNESS: I mean, the big difference, I
13 guess, between a C-4 and C-3 is the C-4 can lobby and
14 you can basically do anything to promote your ideas.
15 The C-3 is more limited than that.
16      BY MR. MARTINEAU:
17   Q   So I was going to ask you what activity or
18 activities that the DLC undertook as a C-4 that it
19 could not take as a C-3?
20   A   For one thing --
21      MR. BAUER: You are asking him for a legal
22 conclusion or his understanding?
23      MR. MARTINEAU: His understanding of what
24 those say.
25      THE WITNESS: You know, we lobby a little

Page 39

1  bit. I think I may have even registered at one point
2  on NAPTA and on a couple of trade agreements at one
3  time.
4       BY MR. MARTINEAU:
5    Q   So lobbying activities is activity that DLC
6  can conduct as a C-4 but that it could not as a C-3?
7    A   Yeah. The other thing is there is, I
8  believe -- and Bob Bauer can correct me if I am wrong
9  on this. There is a little bit more leeway on partisan
10 identification.
11   Q   In what respect?
12   A   That at least a small part of, you know, or
13 some sort of your activities can be partisan.
14   Q   As a C-4?
15   A   Yes.
16   Q   Is that your understanding?
17   A   Yeah.
18   Q   Whereas as a C-3 your understanding is that
19 that would not be the case?
20   A   Yeah. That's nonpartisan.
21   Q   Now, you indicated that there was this
22 relationship between the DLC and the PPI?
23   A   Right.
24   Q   Let's focus now on the years at issue here
25 for the purpose of this line of questions -- '97,

Page 40

1  '98, '99. Did employees of and people affiliated with
2  the DLC and the PPI, did they overlap in terms of their
3  activities that they carried out?
4    A   Well, certainly for the first half of '97,
5  the employees of PPI were employees of the DLC. After
6  that there may have been -- there probably are some who
7  have worked for both entities. And, you know, one of
8  the things we do is keep careful time sheets for those
9  purposes.
10   Q   Now, I have seen those time sheets. And I
11 have seen your name on them, for example. And they
12 reflect that you spent a certain percentage of your
13 time on DLC activities and certainly on PPI for a
14 particular month, say, post-July 1, 1997?
15   A   Yes.
16   Q   How was it determined, Mr. From, for what
17 entity work that the person would do would be carried
18 out?
19   A   Well, in my case, most of what I did is
20 fund-raising. So by raising money for the PPI, it was
21 for the foundation. It went on the Foundation's tab.
22 If I was raising money for the DLC, it went on the
23 DLC's tab. You know, again, I don't administer this.
24 People who run the place for me, you know, work closely
25 with Bob to make sure this is right -- that what we are

Page 41

1  doing is right. But essentially what I think we do is,
2  you know, if we are doing it -- if, you know, somebody
3  in the press is flaking a PPI report, that goes to the
4  PPI or the people who do events. If it is a PPI event,
5  you know, their time is allotted to PPI. If it's a DLC
6  event, then their time is allotted to DLC.
7    Q   Okay. Now, the DLC published publications in
8  '97, '98?
9    A   Right.
10   Q   One of which was the New Democrat Magazine,
11 correct?
12   A   Right.
13   Q   If an individual, let's say, Mr. Alston was
14 going to write an article for the New Democrat in
15 post-July 1, '97, how was it determined whether he
16 would be writing that article for PPI or for the DLC?
17      MR. BAUER: I do want to make it clear. I
18 apologize for interrupting. But I do want to express
19 again, I think Mr. From's testimony is these are not
20 matters he administered. And so to the extent that he
21 answers the question, he should answer with the
22 understanding that he is not the responsible party for
23 assuring that the accounting and other relating
24 requirements are followed for these purposes.
25      MR. MARTINEAU: I understand that he

Page 42

1 testified to that.
2     MR. BAUER: So I don't want him to be
3 speculating about how it --
4     THE WITNESS: The truth is I don't exactly
5 know. I mean, in Mr. Alston's case, he was the
6 executive director of both. So he split his time.
7     BY MR. MARTINEAU:
8  Q  And you were -- you had A position in '97,
9 '98, and '99 with both organizations, correct?
10 A  Yes.
11 Q  And just for the record what was your
12 position?
13 A  I believe I was chairman of the foundation.
14 Q  And you were also president and CEO?
15 A  Of the DLC.
16 Q  Of the DLC. During that time period,
17 Mr. From, when you wrote a political memo for the New
18 Democrat Magazine, when you wrote that, were you
19 writing that as an employee of the PPI or as an
20 employee of the DLC?
21 A  Again, I assume I was writing that as an
22 employee of the DLC. It was a DLC publication.
23 Q  Fair enough. All right. Now, you indicated
24 that a large part of your work during the '97, '98, '99
25 time frame was fund-raising, correct?

Page 43

1 A  It was a good portion of my time.
2 Q  How exactly did you go about raising funds
3 for these organizations?
4 A  I went to people and, you know, made the case
5 for what we were doing and then tried to get them to
6 give money.
7 Q  So you made direct, personal contact with
8 individuals to contribute to these organizations?
9 A  Right.
10 Q  Did the DLC have fund-raising events in '97,
11 '98, and '99?
12 A  The DLC, as far as I know, has never had that
13 kind of fund-raising. It is sort of typical Washington
14 fund-raising event where it is a ticketed event. Now,
15 we have meetings that people who give money to us are
16 able to come to. But we don't -- you know, we do not
17 do ticketed fund-raisers.
18 Q  So primarily, if I understand you correctly,
19 the way the DLC raised money was when you, Al From,
20 would solicit contributions from individuals,
21 corporations, foundations. Is that what you did?
22 A  Well, we did that. You know, we also -- you
23 know, we raised a lot of money in Washington. You
24 know, and some of it I made personal, you know, efforts
25 to try to get. By 1997, people knew about us. And I

Page 44

1 am sure there is corporate funds that came so they
2 could come to our events.
3 Q  And the events that you are referring to, are
4 those the annual conferences and leadership dinners
5 that you are referring to?
6 A  Yes, the annual conferences. And then there
7 were a variety of dinners and lunches and things like
8 that.
9 Q  Now, just focusing on the annual conferences,
10 if an individual or a corporation wanted to participate
11 in those conferences, did they have to pay to
12 participate?
13 A  I wish I could tell you yes. And probably --
14 I am sure most of them did. The policy probably would
15 have been yes. But whether all of them actually did
16 was another question. I mean, I would like to tell you
17 precisely, but I just can't.
18 Q  What was the purpose of the annual meetings
19 that the DLC had in '97, '98, and '99?
20 A  The purpose of the annual meetings, in part,
21 was to encourage money to come in. I mean, they were
22 important fund-raising efforts. In part, to push for
23 our ideas. I can't remember -- one of them, I can't
24 remember whether it was '99 or '98 or one of them. We
25 had a theme of trade, and we were pushing for our trade

Page 45

1 agenda in those meetings.
2 Q  And how was it that -- strike that. Who was
3 invited to participate in the annual conference and
4 leadership dinners in '97, '98, and '99?
5 A  People who supported us.
6 Q  And when you say people who supported you,
7 what --
8 A  You know, a lot of the financial people. You
9 know, people who gave us money, some of whom were
10 Republican, some of whom were DLC Democrats, and our
11 elected officials.
12 Q  I was just going to ask you, were elected
13 invited to participate in these?
14 A  Yes.
15 Q  Were these elected officials
16 Democratic-elected officials, Republican-elected
17 officials, or both?
18 A  They were mostly Democrats. You know, I
19 think in early in 1997, we did -- PPI was still part of
20 the DLC. We did a series of things with the Heritage
21 Foundation and events like that. You know, it is
22 probably before '97, I guess. But Jack Kemp had come
23 to one of our meetings.
24 Q  One of your annual meetings? I am talking
25 about now those annual conferences that you had in '97

12 (Pages 42 to 45)

### Page 46

```
 1   '98, and '99?
 2       A   I don't think he came to one of those, no.
 3   And to be honest with you, I can't tell you whether
 4   there were any Republicans or not. I mean, some people
 5   like Jim Pinkerton, who wrote for our magazine, very
 6   well might have been invited. He was an official in
 7   the George Bush White House.
 8       Q   Okay. Focused now just on 1997 annual
 9   meeting of the DLC -- annual meeting and leadership
10   dinner and conference. Do you recall any
11   Republican-elected officials who attended that
12   particular meeting?
13       A   To be honest with you, I can't recall any
14   Democratic-elected officials. I am trying to think.
15   You know, that's nine years ago. And, you know, I am
16   sure that -- I think President Clinton probably came
17   and maybe the vice president. But, you know, I
18   don't -- I am trying to remember. I just can't
19   remember who all came. You know, you probably have the
20   list.
21       Q   I am asking you to remember, not to guess.
22           MR. BAUER: Let's be clear here, if you can't
23   remember, that's fine.
24           THE WITNESS: Yeah, I mean, look, I have done
25   probably hundreds of these meetings. And, you know,
```

### Page 47

```
 1   there were at least 25, 30 things that we sort of one
 2   way or another called an annual conference. So
 3   sometimes we get two in a year.
 4           BY MR. MARTINEAU:
 5       Q   I am focusing on the large annual meeting in
 6   1997 whether you recall whether any Republican-elected
 7   officials attended?
 8       A   I can't remember who was there.
 9       Q   How about in 1998? Can you recall whether
10   any Republican-elected official attended the '98 annual
11   meeting?
12       A   I can't recall specifically but I suspect
13   not.
14       Q   And how about the same question with respect
15   to 1999? Same answer?
16       A   Yeah. I just don't remember who came.
17       Q   Okay. Fair enough. Now --
18       A   There may have been people who were attending
19   at our annual conference who were Democrats at the time
20   but switched parties.
21       Q   Fair enough. Okay. Now, just some other
22   questions about the DLC as an organization. Did the
23   DLC have volunteers?
24       A   We have, you know, advisory boards and sort
25   of organizational structure that's made up of donors.
```

### Page 48

```
 1   And some people have helped us -- volunteers. But it
 2   is really mostly a fund-raising structure.
 3       Q   And what about the membership of the DLC?
 4   What constitutes a member of the DLC in '97, '98, and
 5   '99?
 6       A   What constitutes a member of the DLC?
 7       Q   How many -- go ahead.
 8       A   Well, on the financial side, it is people who
 9   have contributed. I believe in those days we had a $50
10   membership. So there were people from around the
11   country who would do it. Some elected officials did;
12   some didn't. What constituted membership on the
13   elected official front was sort of self-selection
14   likemindedness.
15       Q   Fair enough. And what about state chapters.
16   In 1997, '98, and '99 did the DLC have state chapters
17   or affiliated state chapters in various states around
18   the country?
19       A   I believe in 1997, '98 and '99, we may have
20   had one or two. I believe there is a state chapter in
21   Colorado, which is the separate entity that is actually
22   organized and going. But at some point in the
23   mid-90's, we had started the idea of doing state
24   chapters. But what we really decided was that we
25   couldn't control what they were doing. And I had a
```

### Page 49

```
 1   couple of experiences, and I can't remember exactly
 2   what years these were where state chapters were doing
 3   overtly campaigns -- you know, were trying to do
 4   overtly campaign stuff and I disavow it. And so we
 5   decided, particularly given the advent of the Internet
 6   and, you know, the reality that that was a better way
 7   to communicate ideas with people, anyway, which we
 8   would not do state chapters.
 9           You know, there may have been some residue.
10   But other than Colorado and for a while in
11   California -- but even California now it is
12   nonexistent. Colorado, I think, is the same way. And
13   there may be one in South Carolina. But as far as I
14   know, I don't have -- I mean, I haven't had anything to
15   do with that in years.
16       Q   Okay. What about Florida? Did Florida have
17   a state chapter of DLC in '97, '98, and '99?
18       A   To be honest with you, I can't remember. I
19   mean, we had three or four efforts to organize in
20   Florida. I mean, what I can tell you is there were a
21   core of DLC supporters in Florida. They may have still
22   had a state chapter in '97, '98, or '99. I don't know
23   whether they do anymore.
24           But our policy was to disband those state
25   chapters for exactly the reason I said is that we
```

### Page 50

```
 1  couldn't control their activities. And the other
 2  reason was that the Internet was a better way to
 3  disseminate ideas, anyway.
 4     Q  Did the DLC have a website in 1997, 1998, and
 5  1999?
 6     A  I know -- yeah, I am sure we did.
 7     Q  Do you know what the website address was?
 8     A  Yes. It's WWW.DLC.PPP.org.
 9     Q  And how was that website maintained? Who
10  maintained that?
11     A  We had staff people who maintained it.
12     Q  That was done in House within the DLC and the
13  PPI?
14     A  Yes.
15     Q  It didn't have an outside entity or person
16  who did that?
17     A  Well, you know, I am sure we had somebody who
18  helped us set it up. But in terms of determining
19  content and all that, we do all of that.
20     Q  Fair enough. And then you mentioned the
21  Legislative Advisory Board. What is the Legislative
22  Advisory Board?
23     A  The Legislative Advisory Board -- the State
24  Legislative Advisory -- now, what I mentioned was the
25  Board of Advisors incidentally, which was a group of
```

### Page 51

```
 1  people, who I think in those days gave us 10 grand,
 2  often corporate, including some Republicans. One of
 3  the people on it incidentally was one of a former chief
 4  of staff of Ronald Reagan who was an old friend of mine
 5  because he was in my days with Bill Roth and with
 6  Muskee. He was Roth's AA. And, you know, we worked
 7  together on lot of stuff there.
 8     Q  Who was that individual?
 9     A  Dennis Thomas.
10     Q  And so --
11     A  He was with, I think, International Paper at
12  the time.
13     Q  And so the DLC had a board of advisors for
14  contributors of $10,000 or more?
15     A  Yeah, I think that's what it was. It has
16  gone up since a little bit -- you know, inflation.
17     Q  Now, getting back to the state entities, is
18  there such a thing called a Legislative Advisory Board?
19     A  Yes, there is.
20     Q  What is the Legislative Advisory Board?
21     A  The Legislative Advisory board is basically
22  two or three -- I think this is right. Two or three
23  people in the legislatures in the states who are
24  advocates of our ideas and philosophy.
25     Q  Are they elected?
```

### Page 52

```
 1     A  Yes, they are all in the legislature.
 2     Q  They are in the state legislatures, okay.
 3  How does one get to be on a state legislative advisory
 4  board?
 5     A  It is a very good question. You know,
 6  essentially it is -- it's sort of half self-selection,
 7  I mean, people who want to get it on. And it is half
 8  if we see somebody who is a really rising star, we try
 9  to get them on.
10     Q  And how do you go about trying to get them on
11  if they are perceived as a rising star?
12     A  I have got people on my staff who are in
13  contact with legislators. And they talk to them or I
14  might talk to them.
15     Q  All right. Very good. In '97, '98, and '99,
16  did the DLC run any training programs?
17     A  I believe we did. I can't remember exactly
18  when we started.
19     Q  Okay.
20     A  Yes.
21     Q  Are you familiar with the DLC leadership
22  workshops?
23     A  Absolutely.
24     Q  What are the DLC leadership workshops?
25     A  The DLC leadership workshops are efforts to
```

### Page 53

```
 1  take people who are actually already in office --
 2  elected officials who are supporters of DLC and train
 3  them on how to become more effective agents for selling
 4  our ideas. The format of those workshops is
 5  something -- and I can't remember whether it is either
 6  called the Idea Tree or the Policy Tree. It was one.
 7  And then we had to change it because somebody sued us
 8  over a copyright.
 9     But the way we worked those workshops or as
10  at least as far as I know -- and I know it was the way
11  we did it back then -- was we -- there is sort of a
12  three-part deal to it. The first was to identify their
13  values. And they had discussions about that and
14  basically set out what their values are going to be --
15  opportunity, responsibility, community, whatever they
16  were.
17     And then the second part was they had to
18  figure out what they wanted to achieve, what their
19  state purpose and national purpose was. And that was
20  the trunk of the tree. The values were the roots. And
21  then the ideas were the branches.
22     And the purpose for this training was to have
23  people explain -- I mean, we were trying to break
24  through with some ideas that went against the orthodoxy
25  of both political parties. And so what we tried to do
```