Page 134

1  website.
2      Q   Fair enough. So some people like elected
3  officials, state legislators, they might be a quote,
4  member of the DLC but others may be self-identified as
5  a New Democrat; is that fair?
6      A   That's a fair assessment.
7      Q   And some of these here presumably because
8  they are listed here may have been or became actual
9  members of the DLC. Some of the elected officials
10 reflected here?
11     A   Yeah.
12     Q   Is that a fair statement?
13     A   I think what they became were part of what we
14 call our mainstream movement, which are people who gave
15 $50 -- fill out a form on our website and sent in $50
16 and essentially got our magazine and a couple of other
17 mailings.
18         MR. BAUER: I only wanted to ask the question
19 because I want to make sure I understood. You asked
20 the question who are the people who did, what, were
21 members of the New Democrat self-identified? I wasn't
22 quite clear.
23         BY MR. MARTINEAU:
24     Q   I was asking if members, the way you have
25 described them, are people who, first of all, paid the

Page 135

1  $50 and became a quote, member of the DLC. There were
2  other people like state and local officials, who might
3  self-identify themselves as new Democrats who aren't
4  necessarily members, per se, of the DLC; is that
5  correct?
6      A   Yeah. The $50 membership was a fund-raising
7  deal but not one we put a lot of effort into because if
8  you do, you wind up spending more than you get in
9  return.
10     Q   Now, let's talk about members, per se. The
11 next three exhibits are exhibits that were supplied to
12 me by your counsel. Exhibit 71 -- I am going to
13 represent this to you -- is, it appears, to be a list
14 of members for 1997 of the DLC. Those are the people
15 that gave the $50. And I added them up and there is
16 1,821 for 1997. Is that the size of what we were
17 talking about as far as the members of the DLC as an
18 organization?
19     A   I would guess that's about right. But to be
20 honest with you, I don't know.
21     Q   Well, I will represent to you that there are
22 1,821 names here on this particular document.
23     A   Yeah.
24         MR. BAUER: What you don't know, just tell
25 him you don't know.

Page 136

1          THE WITNESS: I just don't know.
2          BY MR. MARTINEAU:
3      Q   Number 72. Just to let you know, that was
4  the membership list for 1998 that was provided to me by
5  your attorney. There were 1,678 such members.
6      A   Yeah.
7      Q   Is that approximately the universe of members
8  that we are talking about?
9      A   Yeah. I mean, that's the number of direct
10 mail web-based members we probably had. Some of these
11 may be people who have given us more money but also
12 signed up that way.
13     Q   And then same with 73. For 1999, 1,845 what
14 you call web-based members of the DLC?
15     A   Yeah, I believe -- yeah, again, I believe
16 the -- I mean, this may be a total list of people who
17 have given us money. But I don't know.
18     Q   Okay. If you don't know, you don't know.
19 All right. Go to Exhibit 74. And I will ask you if
20 you can identify Exhibit 74. Can you identify this
21 document and tell me what the genesis of this document
22 is?
23     A   It looks like, you know, as I testified this
24 morning, we were in the process of trying to close down
25 chapters. And it looked like -- this looks like a

Page 137

1  document that we sent out to tell people they had to
2  comply with C-4 status and that we didn't want them to
3  do anything that wasn't allowed for us to do.
4      Q   And is the document designed to close out or
5  to establish chapters in the states?
6      A   I think what it is, is a document -- I think
7  the answer is it was not a document to establish
8  chapters. What it was is we were in the process of
9  trying to close them down. But for those that were
10 still existing or were still doing activities, we
11 wanted to have a clear license agreement about what
12 they could and could not do.
13     Q   Why were you in the process -- I don't
14 understand -- of closing down state chapters?
15     A   The reason as -- I think I testified to this,
16 this morning. The reason that we were in the process
17 of closing down state chapters is because we were a
18 very small operation. And it is hard to control what
19 people do in your name if you don't have direct
20 supervision over them. And so we decided we didn't
21 want to do that because -- and the reality was that
22 with the web we could put everything that we did on the
23 web. It was easier to communicate directly with people
24 from Washington than when we started. And so we
25 decided that the state chapters were probably more of a

Page 138

1  hindrance than they were an asset to us.
2     Q  Okay. Fair enough. I want to show you
3  another document that has been previously marked in
4  this case. And it is document number 40. I am going
5  to show it to you.
6     A  Which one?
7     Q  Number 40. This is in another deposition.
8  Number 40. Before we get too far along, we talked a
9  little bit about the relationship that you just
10 established between the PPI and the Progressive
11 Foundation. This is a memo, dated May 16, 97, Exhibit
12 40, from Mr. Alston to yourself and Mr. Marshall,
13 correct?
14    A  Uh-huh.
15    Q  Do you see that?
16    A  Yes.
17    Q  Have you seen this document before?
18    A  You know, I am sure I did, but I don't
19 remember it specifically.
20    Q  Well, take a second to review it, and I have
21 a question to ask about one part of it.
22    A  Okay.
23    Q  I just want to show you one reference here.
24 This document relates to, as you testified, about the
25 transfer of the PPI to the Progressive Foundation. And

Page 139

1  in that context under implementation and on the
2  recommendation that is being made here by Mr. Alston is
3  number two. It states, quote, The DLC can and may want
4  to contract with PPI to produce certain policy work.
5  PPI would henceforth bill the DLC for this work,
6  unquote. Do you see that?
7     A  Uh-huh.
8     Q  Did the DLC contract with PPI to produce
9  certain policy work?
10    A  I don't know. I just don't know. I mean, I
11 don't do the day-to-day administration. And Chuck
12 Alston was the -- was the executive director of both.
13 You know, whether there were actual contracts, you
14 know, I don't know. It is entirely possible but I just
15 don't know.
16    Q  Do you recall talking or discussing with
17 Mr. Alston the recommendations he made in this
18 particular memorandum back in 1997?
19    A  I don't really recall that. But, you know, I
20 have no doubt that that memo would exist. I just don't
21 know. I don't remember it.
22    Q  You don't remember having a discussion with
23 Mr. Alston about the --
24    A  Well, you know, just generally that we were
25 going to transfer or that we were going to make PPI

Page 140

1  part of the Progressive Foundation. As I think this
2  memo indicates, one of the reasons that we did that is
3  because the work that PPI does was consistent with the
4  filing of the C-3. And at that point, we thought we
5  could sustain it financially.
6     Q  Fair enough.
7        MR. BAUER: If I may, the question you have
8  asked, Counsel, was do you remember having a
9  conversation about the document with Chuck Alston. And
10 your answer to that is?
11       THE WITNESS: Is I don't remember. But I
12 don't know.
13       BY MR. MARTINEAU:
14    Q  And I want to have you refer to Exhibit 75.
15 Strike that. Can we go off the record now?
16       (Discussion was held off the record.)
17       BY MR. MARTINEAU:
18    Q  We are back on the record. Let me refer you
19 to Government's Exhibit 75. Can you identify that
20 document?
21    A  That looks like the Legislative Advisory
22 Board as of 1998.
23    Q  And the chair was State Rep Antonio Riley
24 from Wisconsin, right?
25    A  Yes, sir.

Page 141

1     Q  Is he still the chair of that organization?
2     A  No.
3     Q  Who is the chair of it right now?
4     A  State Rep Jennifer Mann of Pennsylvania.
5     Q  And I believe you testified earlier that the
6  DLC State Legislative Advisory Board is made up of
7  elected Democrats from the state; is that right?
8     A  That is right.
9     Q  Now, let's go to No. 76. There is a document
10 that -- I want to know if you could identify this
11 document for me?
12    A  This looks like a document to
13 me identifying -- done by my Field Department
14 identifying people who we considered rising stars
15 around the country.
16    Q  Okay. And this would be state and local --
17    A  It looks like part of my brief for a Sperling
18 Breakfast that I probably.
19    Q  What's a Sperling Breakfast just for the
20 record?
21    A  That's just a meeting with reporters. It
22 used to be hosted by Godfrey Sperling, who is retired
23 head of the Washington Bureau, I think, of Christian
24 Science Monitor.
25    Q  And so this list is a list of, as it says,

36 (Pages 138 to 141)

Page 142

1  the New Democrat Rising Stars, state and local
2  officials around the country?
3      A   Yes.
4      Q   Very good. Let's go to No. 77. Can you
5  identify that document for me? What is No. 77? I
6  believe it is titled DLC Interview Sample?
7      A   You know, I mean, I can look at it.
8      Q   Have you seen this document before today?
9      A   I don't think so.
10     Q   Do you know who prepared the document?
11     A   No, I don't.
12     Q   Do you know what purpose the document would
13 be for?
14     A   Well, I assume it is for looking at targets
15 for either fund-raising or political supporters. But I
16 just don's know because I haven't seen it. I certainly
17 don't remember seeing it. I will never say for sure I
18 didn't see it, but I don't remember it.
19     Q   Okay. These officials, I take it, appears to
20 be state and local officials, Democrats, possibly
21 converts for the New Democrats that you were trying to
22 recruit?
23         MR. BAUER: He didn't say that.
24         MR. MARTINEAU: I am asking him if he said --
25         MR. BAUER: He didn't say anything about

Page 143

1  recruiting anybody.
2          THE WITNESS: What it looks like to me is
3  there are more --
4          MR. BAUER: If I may, I just have to express
5  a concern about going over a document repeatedly that
6  he has testified he hasn't seen before and doesn't know
7  anything about. I am worried you are going to start
8  filling in the blanks here, and we are not going to
9  have evidence. We are going to have what he believes
10 to be the supposition you are asking him about. And I
11 don't think you are asking him to suppose anything.
12 You are asking him to testify to what he knows.
13         MR. MARTINEAU: That's right. And I want you
14 to --
15         THE WITNESS: These look to be more donors
16 than anything else on this.
17         BY MR. MARTINEAU:
18     Q   Okay. Fair enough. Go to No. 78. Can you
19 identify this document for me, Mr. From?
20     A   It looks like a memorandum from Debbie Cox,
21 who was my field director. And obviously, you know, it
22 looks like she is -- I mean, it looks like she was
23 proposing that we do a strategy session of elected
24 officials. As far as I know, we never did. She had
25 calls for me to make. I don't know whether I made them

Page 144

1  or not. But I don't think we ever did that.
2      Q   And when she is talking about an elected
3  official strategy session, what type of strategy is she
4  referring to?
5      A   It would be a strategy promoting New Democrat
6  ideas and New Democrat philosophy.
7      Q   Okay. The next three documents I want -- I
8  would just like you to identify for me. You have
9  testified today earlier this morning about the annual
10 conference --
11     A   Yes.
12     Q   -- of the DLC. And could you just identify
13 No. 79 for me -- 79, 80, and 81?
14     A   It looks like the -- it looks like the
15 program for the annual conference which is, as I
16 testified before, was -- this one was focused on trade
17 and expanding the winner's circle.
18     Q   This is the 1997 annual conference?
19     A   1997.
20     Q   And this is the agenda for the 1997 annual
21 conference?
22     A   Yes.
23     Q   Let's go to number --
24     A   Eighty.
25     Q   Let me just go to page 10311. And it says,

Page 145

1  1997 DLC leadership attendees. How was it determined
2  who was invited to participate in the leadership
3  dinners, Mr. From?
4      A   I am sure that the way this is -- you know,
5  that people who give us a certain amount of money or
6  who were involved with us politically were invited.
7  But the leadership dinner is primarily, you know, a
8  dinner for people who give us more money.
9      Q   I think you testified it is a fund-raising
10 type event; is that right?
11     A   Yeah. Now, there are, you know, also
12 political leaders that we have that come to this. But
13 the main purpose of the annual dinner is to award
14 people who have given us money.
15     Q   And the political leaders I believe you
16 testified to are Democratic political leaders; is that
17 fair enough? Is that your testimony?
18     A   Yes, sir.
19     Q   Okay. Good. Now, the same would be true
20 for -- strike that. Let's go to Exhibit 80. That is
21 the '98 DLC annual conference agency, correct?
22     A   Yes, sir.
23     Q   And this lists -- the keynote address to that
24 conference was given by Vice President Gore, correct?
25     A   Yes, sir.

## Page 146

1  Q  And is the purpose of this event in '98 the
2  same as the purpose you just testified to with respect
3  to 1997?
4  A  Yes. And, you know, what we do is a big
5  policy conference for the people who give us money and
6  help us.
7  Q  And the invitees, again, in terms of like
8  officials would be Democratic-elected officials,
9  correct?
10  A  Yeah, primarily.
11  Q  81. That is the agenda for the 1999 DLC
12  annual conference, correct?
13  A  Yes, sir.
14  Q  And the subject was the new politics of
15  globalization?
16  A  Yes, sir.
17  Q  And the purpose of this annual conference is
18  the same as the 97 and 98 that you just testified to?
19  A  Yes.
20  Q  And the attendees as far as the elected
21  officials would be Democratic-elected officials similar
22  as the other two years?
23  A  Yes.
24  Q  I have one more document, and then I want to
25  take a break.

## Page 147

1  A  Okay.
2  Q  Eighty-two.
3  A  Okay.
4  Q  Let me refer you to 82. This document was
5  entitled '97 DLC PPI Spring Retreat in Charleston?
6  A  Yes, sir.
7  Q  What was the DLC PPI Spring Retreat?
8  A  It was a retreat that we do somewhere in the
9  country essentially for our corporate donors in
10  Washington.
11  Q  And who is invited to participate in this
12  spring retreat?
13  A  I think people who have given us over the
14  last year a certain amount at least $10,000
15  corporate -- but this is mostly -- spring retreats tend
16  to be corporate money.
17  Q  And do the participants, do they pay to
18  participate in this retreat or is this something that
19  the DLC puts on for them as donating in the past?
20  A  The DLC puts on for them as donating in the
21  past. There are some people who will, you know, join
22  the DLC to come to these retreats. But the -- and I
23  believe the way it works is that they pay expenses.
24  Q  They pay expenses?
25  A  Yeah.

## Page 148

1  Q  And are elected officials, did they
2  participate in the Spring Retreat as well?
3  A  Yes, sir.
4  Q  There is a list of -- is it fair to say that
5  the elected officials that participate are
6  Democratic-elected officials?
7  A  I think it is probably fair to say that.
8  Q  And is the Spring Retreat something that
9  happens each and every year? This was '97. Did it
10  happen in '98 and '99 as well?
11  A  I believe so.
12  Q  And the elected officials that would attend
13  those were Democratic-elected officials as well?
14  A  Yes, I would assume.
15  Q  Let's go to No. 83. And we will take a
16  break. Eighty-three, if I understand -- you tell me
17  what 83 is.
18  A  It looks like a registration form for a
19  Member of Congress.
20  Q  And it looked like that was Congressman
21  Etheridge who had participated?
22  A  And his wife.
23  Q  Yes. And you and your wife went to dinner
24  with him, I take it, during the Spring Retreat,
25  according to the May 8, '98 letter that you sent him.

## Page 149

1  Do you see that?
2  A  Yeah. "It was terrific to get a chance to
3  visit with the two of you at the Cafe de Mond." We
4  were probably down there and shared a table with them
5  at Benya's and Cafe Olay.
6  Q  And Congressman --
7  A  We would not have done a dinner at Cafe De
8  Mond.
9  Q  Congress Etheridge is a Democrat
10  representative from North Carolina; is that correct?
11  A  Yeah, and former education commissioner at
12  the state.
13  Q  Okay. Very good.
14     MR. MARTINEAU: Let's take a break.
15     (A recess was held.)
16     BY MR. MARTINEAU:
17  Q  Let's go back on the record. Mr. From, I
18  would like to refer you to what's been marked as
19  Government's Exhibit 84?
20  A  Uh-huh.
21  Q  Do you have that document in front of you?
22  A  Yes.
23  Q  Can you identify that document?
24  A  It looks like the briefing memo that my
25  development director did for the Vice President for his

38 (Pages 146 to 149)

### Page 150

1  appearance at, I guess, the 1997 National Conversation.
2     Q  Very good. And Vice President Gore did speak
3  at that particular --
4     A  Yes, he did. I think it was on C-Span.
5     Q  And under talking points, DLC 00136, number
6  two, it says, The fruit of this effort are now quite
7  visible with your 1996 re-election. Voters embrace the
8  platform that reflects New Democrat values, beliefs,
9  and policies, end quote.
10    A  Yes.
11    Q  It's fair to say that the Clinton/Gore '96
12 re-election platform did contain some of the policies
13 and values the DLC was promoting; is that correct?
14    A  Absolutely.
15    Q  And I take it, you are proud of that point?
16    A  Well, we said we were going to change the
17 national agenda. That was our goal. And, as I said,
18 by '96 we had had our national service plan enacted,
19 which was first proposed in 1986 before -- long before
20 the Clinton presidency. We had welfare reform,
21 community policing with 100,000 cops. We had NAFTA.
22 We had a budget plan. I mean, I think there may have
23 been charter school reform.
24       I mean, the point is we set out to change the
25 agenda. And the way you change the agenda is by

### Page 151

1  getting your stuff enacted. And as I pointed out over
2  and over again this morning, often those things were
3  enacted with as many, if not more, Republican votes
4  than Democratic votes.
5     Q  Let's go to No. 85.
6     A  Yes, sir.
7     Q  Eighty-five is a list, is it not, of elected
8  officials confirmed to participate in the 1999?
9     A  Yes.
10    Q  Each of those elected officials at the state
11 level are Democrats; is that correct?
12    A  Yes, sir.
13    Q  And there's no Republicans listed here?
14    A  I don't think so.
15    Q  Fair enough.
16       MR. BAUER: If I may interrupt, Mr. From
17 briefly testified that in some of these cases he can't
18 track the years, and these individuals may not all be
19 Republicans. Some of them may be. He hasn't had a
20 chance -- he needs to look at each and every name. And
21 then also frankly in some cases, some of them may have
22 changed party affiliations. And I think he has
23 testified to that.
24       MR. MARTINEAU: That's correct. For the
25 purposes of 1999, he believes that these are all

### Page 152

1  Democrats.
2       THE WITNESS: Yeah. These are all Democrats.
3       BY MR. MARTINEAU:
4     Q  Very good. Let's move on the 106.
5     A  Uh-huh.
6     Q  I have just got a series of documents here.
7  And I wondering if you can identify 106. Have you ever
8  seen that document before?
9     A  I have not seen it.
10    Q  For the record, it is --
11    A  John Hasselmann worked in our field.
12    Q  And this is a memo, dated October 7, 1998?
13    A  Yes.
14    Q  And who is it addressed to?
15    A  It looks like a state representative. I
16 don't know who she is or who he is. This also -- this
17 says you can't use our name on a campaign brochure,
18 too. And we were very clear about.
19    Q  And it relates to, I guess, a picture that
20 Mr. Hasselmann came across of that state rep with
21 President Clinton?
22    A  Yeah.
23    Q  Now, 107. Let me have you identify 107.
24    A  This looks like a memorandum that I wrote to
25 sort of the main supporters to trustees at DLC PPI.

### Page 153

1     Q  And what was the purpose of the memorandum?
2     A  To say that we thought we had been very
3  successful in getting a lot of our ideas and our themes
4  put into the political lexicon. But it was time to,
5  one, come up with a new generation of ideas; and,
6  secondly, to try to build a new generation of leaders
7  to amplify those ideas and to carry agents who would
8  support it.
9     Q  And what steps were you recommended to take
10 to build that next generation of new Democratic
11 leaders?
12    A  Well, the strategy -- it says, Increasing the
13 value of the New Democrat brand, which was to promote
14 our -- part of that is to just to promote our
15 successes. Secondly, to shape and promote the next
16 generation of the new Democratic ideas. I think that's
17 pretty obvious and identifying and engaging the next
18 generation of leaders who are the agents for carrying
19 those ideas.
20    Q  And I just want to refer you to on that point
21 8669?
22    A  Yes, sir.
23    Q  Under the next generation of New Democratic
24 Leaders. Okay. It says here at the bottom of the
25 page, In the course of this decade, we have seen a

Page 154

1  number of state houses occupied by Democrats shrink
2  from 28 to 17 and a number of state legislative
3  chambers controlled by Democrats diminish from 71 to
4  49. Those numbers show that our pool of future leaders
5  on the farm needs to be increased. Do you see that?
6     A  Yes, sir.
7     Q  How did the DLC -- how did you recommend that
8  the number of future leaders on the farm be increased?
9     A  Well, the -- you know, first of all, what I
10 stated were just facts. You know, we were looking for
11 the most attractive people who were -- you know, who
12 were interested in promoting our ideas. And I was just
13 looking at the next page. One of the ways we did it is
14 we started to have this gathering of our elected
15 officials who supported our ideas of the National
16 Conversation, which I will point out, just for the
17 record, that every bit of it is open to public.
18    Q  I understand. Now, when you are saying
19 identify the most attractive people, what do you mean
20 by that?
21    A  Well, what I mean are people who would
22 support our ideas who would be good salespeople.
23    Q  And by good salespeople, what do you mean by
24 that?
25    A  What do I mean by good salespeople?

Page 155

1     Q  Yes, sir.
2     A  They are articulate in expressing our ideas.
3  People look at them as important political leaders.
4     Q  And those people would be people that would,
5  if they weren't already elected officials, would be
6  people that may run for office on this New
7  Democratic --
8     A  In this case, they were all already elected
9  officials.
10    Q  So they would presumably continue to run
11 and/or run for another office; is that right?
12    A  If they run for another office, I assume, or
13 run for election, I assume they would run on the
14 Democrat ideas.
15    Q  What about attractive people who may not yet
16 be elected officials. Was part of your strategy
17 recommendation to encourage those people to run on your
18 ideas -- let me finish the question -- as New
19 Democrats?
20    A  As I testified this morning, we do not
21 recruit candidates. We don't even get engaged in
22 campaigns. Our ideas are made available to anybody
23 that wants to get them. And they can be Republicans or
24 Democrats. Do I personally hope that people if they
25 run for office will run on our ideas? Of course I do.

Page 156

1  That's why we do the ideas so we can -- we want to
2  change the debate. And the more you have elected
3  officials putting our ideas before the public, the
4  better chance you have of getting them enacted.
5     Q  And when you talk about the pool of future
6  leader on the farm that needs to be increased, what did
7  you mean by that -- on the farm?
8     A  In the country.
9     Q  Okay. Very good. All right. Let's look at
10 some of these people that perhaps are the attractive
11 people that you are interested in. Number 108. Can
12 you identify that document for me?
13    A  It looks like a letter to me or a note to me
14 from somebody named Susan Garrett who I don't really --
15 I mean, I don't even know who she is -- but who was
16 running for state legislature.
17    Q  And she was running in the 59th District in
18 Illinois?
19    A  Yeah.
20    Q  Did you meet with Susan Garrett? Why is she
21 writing you this particular letter?
22    A  A lot of people write me letters. I get
23 fund-raising letters all the time. I get inquiries for
24 support. And I tell them all the same thing. You
25 know, our ideas are on our website. We can't get

Page 157

1  involved in campaigns. You know, I don't want to say
2  absolutely that I did not meet with her. I don't
3  remember it. But, you know, it is conceivable that I
4  did a trip to Chicago and she came to an event and then
5  wrote me this note.
6     Q  And she says here in her handwriting, Thanks
7  in advance for any support the DLC can provide. Do you
8  see that?
9     A  Yes, sir.
10    Q  Did the DLC provide her any support in her
11 campaign?
12    A  Not that I know about it. And the answer is
13 no. You know, again, she, like any other private
14 citizen, can go to our website and look at any of our
15 ideas, including something we have called the State and
16 Local Play Book. But did we provide her any help? The
17 answer is no.
18    Q  What was the State and Local Play Book?
19    A  It is just a document of the best ideas that
20 we have seen around the country.
21    Q  And is that intended to be sent to state and
22 local elected officials?
23    A  What it does is it -- you know, state
24 legislators have small staffs. And if there is a good
25 idea that is done in one state, often people in other

40 (Pages 154 to 157)

### Page 158

1  states don't know about it. So part of our goal is to
2  take the best ideas and make information about them as
3  widely available as possible. And I think what you
4  would see if you went through that document is that a
5  lot of the resources probably aren't Democrats -- a lot
6  of the resources behind those ideas. Because a lot of
7  them have been done in states with Republican governors
8  or Republican legislators.
9      Q  Let's go to No. 110, if you will.
10     A  Yes, sir.
11     Q  Now, can you recognize this document? Can
12 you identify it for us?
13     A  It looks like a thank you note I did to the
14 President.
15     Q  That would be President Clinton, dated
16 November 9, 1999?
17     A  Yeah.
18     Q  And you say in the first sentence, Thank you
19 very much.
20     A  Oh, I know what it is.
21     Q  Go ahead.
22     A  No, go ahead.
23     Q  "Thank you very much for participating in our
24 online town meeting last night. We made some more
25 history." Do you see that?

### Page 159

1      A  Yes, sir.
2      Q  What was the online town meeting?
3      A  That's what I was going to tell you. The
4  online town meeting was a deal that we did with a
5  company that now doesn't exist called Excite.com where
6  President Clinton and I were at George Washington
7  University. And we had some Democratic-elected
8  officials around the country and also a guy named Mark
9  Angreasi, who was the founder of Nescape. I don't know
10 whether he is Democratic or Republican, to be honest
11 with you.
12        And we did a video world town meeting because
13 it was worldwide on the Internet for about 90 minutes.
14 And President Clinton and these other participants took
15 questions on it. It was part -- you know, again, I
16 think we had something like 50,000 participants on
17 which -- it may not have been that many, but I think
18 that was the limit. And we had questions from all over
19 the world.
20     Q  Very good. And you said here we made some
21 more history. What exactly do you mean by that?
22     A  Well, as far as I know, that was the first
23 ever video Internet town meeting.
24     Q  And you also made reference to the fact here
25 that -- I don't want to put words in your mouth. But

### Page 160

1  you were able to communicate by rendering more directly
2  with people and written less through the press core, I
3  think, as you were suggesting?
4      A  Yeah, correct.
5      Q  You consider that to be a good thing?
6      A  I will let you answer that.
7      Q  Very good.
8         MR. MARTINEAU: Let's go off the record for a
9  second.
10        (Discussion was held off the record.)
11        BY MR. MARTINEAU:
12     Q  Let me refer you to Exhibit No. 111,
13 Mr. From. Can you identify that document? I believe
14 this morning you already identified it and I quoted a
15 statement you made from it. But go ahead and identify
16 that for me.
17     A  This looks like the speech I made to the DLC
18 annual conference in 1996 December 1996.
19     Q  December 11, 1996?
20     A  Yes.
21     Q  Number 12. Can you identify number 12 for
22 me?
23     A  It looks like the speech I made to the
24 Democratic Annual Conference on October 27, 1997.
25     Q  Okay. And then No. 113?

### Page 161

1      A  113 looks like the speech I made to the DLC
2  Annual Conference on December 2, 1998.
3      Q  And 114. Can you identify that?
4      A  That's a speech I made to a group in Phoenix,
5  I guess, at the Nucleus Club. I don't know exactly
6  what it is. I guess it is some Democratic activists.
7      Q  I was going to ask you was the Democratic
8  Nucleus Club a group of Democratic activists in
9  Phoenix?
10     A  Yeah, I think that's right.
11     Q  Now, I want to ask you about a statement you
12 made in the second paragraph of that speech. You said
13 quote, In 1985 a small band of New Democrats, including
14 a young governor from Arkansas and a freshman senator
15 from Tennessee formed the Democratic Leadership Council
16 to redefine our party. We believe that was essential
17 to reversing our party's fortunes in presidential
18 elections and building a New Democratic majority in
19 national politics, unquote.
20        Do you see that?
21     A  Yes, sir.
22     Q  The young governor from Arkansas you are
23 referring to is President Clinton?
24     A  Yes, sir.
25     Q  And the freshman senator would be Vice

Page 162

1  President Gore?
2     A   Yes, sir.
3     Q   How did you reconcile that statement with the
4  statement made in Exhibit 68 when you say that the
5  activities that the DLC conducts are intended for the
6  benefit of the general public without regard to party
7  affiliation?
8     A   Well, look, that's a speech I made to a
9  Democratic group. And what I say in the next paragraph
10 is the Democratic -- Today, the Democratic Leadership
11 Council is at the intellectual and political center of
12 the New Democratic movement. We develop, we promote
13 policy ideas, we shape the political strategies for
14 using them. We have a small affiliated think tank, a
15 magazine, and a network of elected Democrats, party and
16 civics leaders, and policy entrepreneurs.
17       And what we do in the DLC is we promote ideas
18 that, as I have told you in my testimony this morning,
19 were aimed at changing the country. They were ideas
20 that were different than the conservative agenda that
21 was then in power and the traditional Democratic
22 agenda. And I think if you will look here -- I mean,
23 so the point being that this sort of political
24 shorthand is short to say our ideas were a political
25 success. That's all.

Page 163

1     Q   Let's go to number 115.
2     A   Yes, sir.
3     Q   That is a speech that you gave on October 14,
4  1999, DLC Annual Conference?
5     A   Yes, sir.
6     Q   Now, here again, you say in the second
7  paragraph, We begin this decade hoping to end the
8  Democrat Party's losing streak in presidential
9  politics. We ended it with "a new Democratic president
10 finishing his second successful term with our sights
11 set on returning a transforming Democratic Party to
12 it's right place and the majority in the American
13 politics." Do you see that?
14    A   Yes.
15    Q   I ask you again. How does that -- how do you
16 reconcile that statement with your statement here in
17 Exhibit 68 that the activities that the DLC conducts
18 are intended for the benefit of the general public
19 without regard to party affiliation?
20    A   Well, again, this is a speech to an audience
21 that was largely Democratic. And the point I have
22 tried to make -- and if you go through these speeches,
23 you will find they are all about ideas. Our means of
24 trying to change the political dialogue in the country
25 also had important political effects. And this is one

Page 164

1  of the political effects. But the challenge for us was
2  to change the political -- it was to change the
3  political agenda for the country. And we thought, you
4  know, the truth is that there are more Democrats that
5  support our approach than Republicans.
6     Q   Fair enough. Let's go to 116. Do you have
7  the speech, dated January 1, 1999?
8     A   Yes, sir.
9     Q   Politics of the 21st Century.
10    A   Yeah.
11    Q   It was given to the Democratic Party
12 Legislative Ball in Salt Lake City. What is the
13 Democratic Legislative Ball, first of all?
14    A   That is -- I mean, this is a speech that I do
15 on my own. But this is a speech -- the Legislative
16 Ball is -- you know, it is basically a political dinner
17 for the Utah Democratic Party, such as it is.
18    Q   It is a political what?
19    A   Dinner for the Utah Democratic Party.
20    Q   So these are --
21    A   Some of these are political speeches.
22    Q   And what do you mean by political speeches?
23    A   Well, it means that these aren't part of the
24 formal activity of the DLC but as a private citizen
25 that I go out and make speeches sometimes.

Page 165

1     Q   And does it say in this speech that you are
2  speaking as a private citizen and not on behalf of the
3  DLC?
4     A   No, it doesn't. I am sure it doesn't.
5     Q   Okay. Very good. Let's go to 117. Will you
6  identify 117 for me?
7     A   Yeah, it's a speech I did at the
8  Jefferson-Jackson dinner in Boise, Idaho.
9     Q   And what is the Jefferson-Jackson Dinner?
10    A   It is a Democratic Party dinner.
11    Q   And various states have Jefferson-Jackson
12 dinners?
13    A   That's right.
14    Q   They are political-type dinners?
15    A   Yeah.
16    Q   That will have what I call your true
17 believers at that those dinners?
18    A   Right.
19    Q   And you were asked to speak and you gave a
20 speech there, correct?
21    A   Yes.
22    Q   And I just want to ask you about one more
23 quote from one of your speeches that says -- about
24 halfway down the page you say, We proved the expert
25 wrong. In 1992 we elected Bill Clinton, former chair

Page 166

1  of the Democratic Leadership Council and leader of our
2  movement, President of the United States. In 1996 for
3  the first time in six decades, we re-elected a
4  Democratic President.
5      You recall saying that?
6  A  Yeah.
7  Q  A little bit later on, you say, "With that
8  formula, in the year 2000 we are going to hold on to
9  the White House, elect Al Gore, president of the United
10 States and win back the United States Congress"?
11 A  Yeah, it is -- I mean, one, it is probably a
12 little bit of hyperbole, but the second thing is this
13 is a political dinner. And the fact that I make
14 political speeches doesn't mean that the activities of
15 the DLC are political.
16 Q  Fair enough. 118. I just want you to
17 identify that document there?
18 A  This looks like a -- it's probably remarks I
19 made to the National Conversation in 1999.
20 Q  July 14, 1999?
21 A  Yeah.
22 Q  And then 119. Could you identify that?
23 A  That looks like a statement that was at
24 least -- I don't know if this was ever released. But
25 it looks like a press release on a -- there is a draft

Page 167

1  of it on a speech I made to the National Conversation.
2  But to be honest with you, it probably doesn't have
3  anything to do with what I said. I don't think I -- I
4  just can't remember for sure. But it looks like
5  somebody tried to do excerpts of something I said. But
6  this is -- this is clearly not a word-for-word
7  transcript.
8  Q  Okay. Very good. Let me refer you to
9  document number or Exhibit No. 120. And can you
10 identify that document for me?
11 A  It looks like a letter to me from Kevin Mack,
12 who is the executive director of the Democratic
13 Legislative Campaign Committee, which is the
14 organization of the Democratic State Legislative.
15 Q  And that committee's purpose is what?
16 A  You know, to be honest with you, I am not
17 absolutely sure. But I am sure it helps legislators
18 get elected, but it does a lot of work on
19 redistricting.
20 Q  And how does it help legislators get elected
21 or --
22 A  I don't know. I have never -- other than
23 meeting with Kevin Mack, I have never had nothing to do
24 with it.
25 Q  What was the purpose of your meeting with

Page 168

1  Kevin Mack?
2  A  You know, I don't remember for sure. But I
3  assume it had something to do with what was happening
4  at redistricting and his assessment of where the
5  legislatures were going.
6  Q  And it says, again, in the last paragraph- -
7  this is Kevin Mack to you Mr. From. "Again, thank you
8  for meeting with me to discuss the path necessary to
9  rebuild the Democratic Party."
10     What path was necessary to rebuild the
11 Democratic Party?
12 A  Following the New Democratic philosophy.
13 Q  And is the Democratic Legislative Campaign
14 Committee, is that affiliated with the Democratic
15 National Committee?
16 A  I don't know. I think -- you know, I just
17 don't know. I think it may be, but I don't know.
18 Q  Do you remember having a meeting with Kevin
19 Mack that is the subject of this particular letter?
20 A  I am sure I did. You know, I mean, you are
21 asking me for meetings eight years ago. The answer is
22 I am sure I did. And if I look at the address of the
23 Democratic -- DLCC, I would say it probably had some
24 affiliation with the DNC because I think the DNC is in
25 that building.

Page 169

1  Q  That's right. That's the 49 South Capital
2  Street building?
3  A  Yes.
4  Q  Let me just mark one more document here,
5  which I think is -- what are we at?
6     THE REPORTER: 125.
7     (Exhibit No. 125, marked for identification.)
8     BY MR. MARTINEAU:
9  Q  I just want to show you a document that was
10 presented to me today that we marked as Government
11 Exhibit 125. I just ask if you can identify that for
12 me?
13 A  Yes, sir. It talks -- it is like a memo to
14 Joe Lieberman when he was talking to the Press Club.
15 Q  So this is a memo that was prepared with
16 respect to a speech he was going to give to the Press
17 Club?
18 A  Yes, sir.
19 Q  Did he ask you to prepare that memo?
20 A  Well, he was chairman of the DLC. But, you
21 know, I do a lot of this. You know, I talk to people
22 like Lieberman all the time. He is a personal friend
23 of mind. So I don't even -- let me look at it. And he
24 was having -- he was doing a speech. So I just -- I
25 guess I put together some thoughts about what he could

### Page 170

1  do in 1999 for his -- as chairman.
2  Q  Okay. Very good.
3     MR. MARTINEAU: I think, Counsel, that's all
4  I have on Direct.
5     MR. BAUER: Do you need to take a break or do
6  you want to go forward?
7     THE WITNESS: Let's take about two minutes.
8     (A recess was held.)
9  EXAMINATION BY COUNSEL FOR THE PLAINTIFF
10    BY MR. BAUER:
11 Q  We are back on the record. I would like to
12 just cover a couple of points that counsel for the
13 government raised and reviewed with you earlier simply
14 to make sure that we have some clarity on the record on
15 those points. This will not take long.
16    First of all, you testified that the
17 Democratic Leadership Council as an institution has
18 never occupied itself with political campaign
19 activity. So I simply want to break that out into it
20 component parts, if I can, so the record is absolutely
21 clear about what we mean by campaign activity and the
22 type of politics.
23    Does DLC endorse candidates?
24 A  No, sir.
25 Q  Did the Democratic Leadership Council endorse

### Page 171

1  President Clint for election in 1992?
2  A  No, sir.
3  Q  Did it endorse him for re-election in 1996?
4  A  No, sir.
5  Q  Did in endorse Vice President Al Gore or then
6  Vice President Al Gore for election to President in the
7  year 2000?
8  A  No, sir.
9  Q  Did it elect Senator John Kerry -- --
10 A  No, it did not elect.
11 Q  And did it endorse him in the year 2004?
12 A  No.
13 Q  Has the Democratic Leadership Council made
14 contributions as it might under both corporation and
15 tax laws to any state and local candidates for an
16 office in the United States?
17 A  No, sir.
18 Q  Had it endorsed any state and local
19 candidates in the United States?
20 A  No, sir.
21 Q  Has it cosponsored fund-raising events with
22 political parties?
23 A  Not to my knowledge.
24 Q  So to the extent that in your answer to a
25 question put to you by government counsel that the

### Page 172

1  adoption or the choice of C-4 status in 1985 was, in
2  part, an accommodation of some of the officials
3  involved with the DLC, that had more to do with the
4  party background of those involved in the policy
5  effort, not the partisan electoral objectives of either
6  the organization's founders or its management; is that
7  correct?
8  A  Yes, sir. We were explicit in that.
9  Q  Thank you. Now, I wanted to talk to you, if
10 I could for a second, about a series of questions that
11 you have been asked and that you have answered on the
12 function of polling by the Democratic Leadership
13 Council.
14    You have testified that Mark Penn was among
15 the pollsters who had been retained by the Democratic
16 Leadership Council to provide survey research support.
17 And Mr. Martineau took you through a series of
18 questions designed to explore the theory or the purpose
19 behind this polling activity.
20    Do I correctly characterize your testimony
21 that your purpose, so that we have as clear a record on
22 this point as possible, that your purpose in this
23 polling exercise was to test the saliency, that is to
24 say, the general acceptance or even growing awareness
25 of the New Democratic governing agenda in the

### Page 173

1  population at charge, number one; and, number two, on
2  the basis of demonstrating a growing awareness and
3  acceptance to utilize that to encourage elected
4  officials to pay closer attention to that?
5  A  That's exactly right.
6  Q  So in some sense, it is fair to say that this
7  is polling not in the partisan political sense, that is
8  to say, used to assist candidates in measuring their
9  own popularity or guiding their campaigns but really
10 more to guide the organization in its understanding of
11 where it stands, if you will, with its customer base,
12 by which I mean defined as a general public at large?
13 A  Yes, that's right.
14 Q  If I may, counsel, I want to just
15 introduce -- so we are clear, I would like to introduce
16 what will be marked as an exhibit, the following two
17 items. Here's a findings from the 2005 Taxpayer
18 Satisfaction Study produced for the Internal Revenue
19 Service. There's a copy for you. And if you could
20 mark that as your exhibit.
21    (Exhibit No. 126, marked for identification.)
22    BY MR. BAUER:
23 Q  I simply want to use this, if I could, to
24 make sure that the nature of this enterprise
25 significant to the polling activity for your

Page 174

1  organization is clearly established for the record.
2      This document is entitled Finding From the
3  2005 Taxpayer Satisfaction Study. And while I am not
4  asking you to read the entire thing, this is the
5  Internal Revenue Service's effort to use survey
6  research, as you can see on page number two, to track
7  customer satisfaction research. This is polling
8  activity, if you will, of the sample size identified
9  here to test basically customer response to the IRS'
10 electronic filing program in this instance, as I
11 understand it.
12     So we have an analogy by which this could be
13 made clear. In this sense, the Democratic Leadership
14 Council in performing these polling services or
15 contracting for these polling services is doing
16 something very similar. It is testing the policy
17 product against the customer base, for one of a better
18 term, that is defined here for our purposes as the
19 general public.
20     MR. MARTINEAU: I will only say that you have
21 testified a lot here, and it is supposed to be the
22 witness' testimony. And so I object to the form of the
23 question. But you may proceed.
24     THE WITNESS: That's right.
25     BY MR. BAUER:

Page 175

1   Q  So this is the type of polling with this
2  particular objective that you were referring to since
3  Mr. Martineau asked you a series of questions on that
4  line?
5   A  Yes, sir.
6   Q  Thank you very much. I would also like to
7  mark as an exhibit, if I could -- there is some
8  confusion here because one got marked customer
9  satisfaction and this is the taxpayer satisfaction.
10 There are two different surveys here. One is entitled
11 the 2004 Customer Satisfaction Survey and the other is
12 the 2005 Taxpayer Satisfaction Survey.
13     And I will also represent to you for purposes
14 of our discussion here that this, like the survey that
15 we previously discussed, was intended, as identified on
16 page two, to conduct customer satisfaction research.
17 Again, is this the kind of public opinions polling
18 activity that you have described that the DLC did with
19 its policy program?
20  A  Yes. They are the salients of our ideas.
21  Q  Okay. Very good. Thank you. Let's go to
22 something else. Exhibit 94. If I could redirect your
23 attention to Exhibit 94. This is a document entitled
24 New Democrat Coalition, United States House of
25 Representatives that Mr. Martineau raised with you in

Page 176

1  his examination. Do you recall that document?
2   A  Yes, sir. It is a list of the members of the
3  New Democrat Coalition.
4   Q  And if you will see immediately before that
5  document where it is titled New Democrat Coalition,
6  United States House of Representatives, there appears
7  in italics an explanatory paragraph about the
8  sponsorship of this organization and its purpose
9  beginning with the words, Founded in 1997.
10  A  Yes, sir.
11  Q  Could read that paragraph for the record,
12 please?
13  A  Yes, sir. "Founded in 1997 by
14 Representatives Cal Dooley, California; Jim Moran,
15 Virginia; Tim Roemer, Indiana, the New Democrat
16 Coalition is a group of 41 moderate, pro-growth members
17 of the House of Representatives who are working to
18 define mainstream, bipartisan solutions to our nation's
19 problems."
20  Q  So based on that paragraph, then, do you take
21 this document to indicate that those who stand behind
22 the New Democrat Coalition who organize it and run it
23 on a day-to-day basis are working to find solutions
24 that will command bipartisan support?
25  A  Yes, that's true. And there are some

Page 177

1  examples of it. Cal Dooley, as I testified this
2  afternoon, I guess, has worked on bipartisan healthcare
3  ideas. And there is -- there was a whole effort that
4  the DLC was involved on second generation environmental
5  work that included Chairman Gollard, I believe, of New
6  York and Jim Greenwood of Pennsylvania, I believe, as
7  leaders with Dooley in the House.
8   Q  And so is it fair to say, then, that the New
9  Democrat, as it appears in the coalition organization's
10 name, functions in the same way as the New Democrat
11 used it and branded it by the Democrat Leadership
12 Council, that is to say, is a brand but a brand that
13 looks to the development of bipartisan solutions?
14  A  Yes, it is brand that looks to the solutions
15 that are in the best interest of the country.
16  Q  And best interest of the country in a sense
17 therefore not partial to the interest of one political
18 party but in the best interest of the country as a
19 whole?
20  A  Yes, that's right.
21  Q  Let's also, if may, refer you to Exhibit 108.
22 This is a document here, which is a handwritten letter
23 from Susan Garrett to you, dated May 5, 1998. And I
24 don't have much to ask you about this. I just wanted
25 to clarify a couple of points. You were testifying

Page 178

1  that had Ms. Garrett -- but you don't recall that she
2  did and I understand your testimony.
3      "Had Ms. Garrett, as a candidate for her own
4  purposes, requested an opportunity to meet with DLC
5  officials, whether it was you or members of the staff,
6  to discuss New Democrat-governing ideas that it would
7  have been the policy of the DLC to treat her no
8  differently than any member of the general public and,
9  therefore, to meet with her as a member of the public
10 with that kind of interest but not as a candidate."
11     MR. MARTINEAU: I would, again, object to the
12 form. But you may answer.
13     THE WITNESS: The answer is that if she came
14 in, what we would tell her is that we specifically
15 could not help in her campaign, that our ideas were
16 available to her like anybody else.
17     BY MR. BAUER:
18     Q   Very good. Thank you. Exhibit 115, if I
19 could, which is a document entitled the Vital Center
20 Starts Here. As you recall, counsel focused you on
21 certain paragraphs on page, I believe, one. But I
22 would like to direct your attention to page three.
23     In the second paragraph on page three, you
24 state here or so this document indicates, "Now, I
25 understand why any Republican who hopes to be elected

Page 179

1  president would want to identify with the New
2  Democratic principles. They're the principles that
3  most Americans embrace."
4      A   Uh-huh.
5      Q   Can you identify any prominent or other
6  Republican that you are aware of that, at least in
7  whole or in part, came with the DLC's knowledge and
8  support to embrace the New Democratic principles?
9      A   I can identify one.
10     Q   Who is that?
11     A   George W. Bush, who in his campaign at one
12 point made a little statement. I think it was in
13 Greenville, Wisconsin in September of 2000 that he
14 appreciated the DLC. Essentially he was trying to make
15 the argument that he, in his own words, was closer to
16 the DLC than Al Gore.
17     And I served on the Board of Visitors at the
18 Naval Academy. And in his first year as President,
19 Bush came to do the commencement address. And he came
20 up to me and he said, I didn't realize you were on this
21 board. He said to me, You know, I love your stuff. I
22 read it all the time. You know, I steal from it
23 whenever I can. And then he turned around -- he walked
24 away and he turned around and winked and said, Some day
25 he will give me credit for what he stole from us.

Page 180

1      But the reality is that a lot of the No Child
2  Left Behind was based on work that the DLC did in the
3  late 1990's. So the answer is, yes. You know, as I
4  told you, John McCain became an avid advocate of
5  national service. The ideas like Welfare Reform are
6  part of the -- that are defining ideas for the New
7  Democrat philosophy were also part of the contract with
8  Americorp. So there are a lot of examples of that.
9      Bush had on his bus when he ran for
10 re-election for governor, Opportunity and
11 Responsibility, which are two of our themes.
12     Q   And I am going to represent to you -- I have
13 it in my hand. I will ask you to read it into the
14 record an article in the New York Times by Frank Bruni,
15 published September 29, 2000, entitled the 2000
16 Campaign: The Texas Governor; Getting Praise to
17 Clinton, Bush says Gore is Flawed.
18     And I would like to ask you, if I could,
19 where it said President Bush is supported in this
20 article, to read the second and third paragraphs of
21 Mr. Bush's statement.
22     A   Just to make it clear, this is in the Times
23 in his own words, George W. Bush talking about the
24 Democratic Leadership Council.
25     "This is an organization of more moderate

Page 181

1  Democrats who want to modernize Medicare and Social
2  Security. They want to shrink the federal work force
3  and control spending. They want to use market-oriented
4  ideas to help people in education and healthcare. I
5  don't always agree with this group, and they certainly
6  don't always agree with me, but they are leaders and
7  the kind of leaders I will work with should I become
8  President."
9      Do you want me to read the next paragraph?
10     Q   No, that's fine. Thank you. I just have two
11 more questions that I want to raise with you.
12     MR. BAUER: Off the record for a second.
13     (Discussion was held off the record.)
14     BY MR. BAUER:
15     Q   Back on the record, please. You recall that
16 Mr. Martineau reviewed with you some joint events
17 sponsored by the PPI, the Heritage Foundation and at
18 least one organization, both of which were devoted to
19 policy issues. One was with healthcare, correct?
20     A   Yes, sir.
21     Q   And I have a couple of questions to ask you
22 about that. The first is Mr. Martineau asked you
23 whether DLC was identified in those documents. And you
24 responded looking at the face of the documents, if I
25 remember your testimony correctly, that only PPI was a

46 (Pages 178 to 181)

## Page 182

1  cosponsor of the event, but the PPI at the time was a
2  project of DLC?
3      A   Yes, sir.
4      Q   Do those documents also reflect the
5  involvement in these events of Senator Lieberman?
6      A   They did.
7      Q   And was it your experience that Senator
8  Lieberman would have had included as part of his
9  introduction of these events his organizational
10 affiliations of note?
11     A   I am sure he would.
12     Q   And in your experience, to the best you
13 recall, at these events and others, would he have been
14 introduced as the chairman of the Democratic Leadership
15 Council, which you have testified he was in 1997?
16     A   Yeah, I am sure he was, especially for an
17 event like that because essentially our think tank that
18 was the project of the DLC was the cosponsor.
19     Q   Now, you cosponsored this event with the
20 Heritage Foundation?
21     A   Yes, sir.
22     Q   And I wanted to ask you one thing about your
23 involvement with the Heritage Foundation or
24 cosponsorship with the Heritage Foundation. I have
25 here in my possession -- I am going to hand this to you

## Page 183

1  to coincide as a response to a specific question I am
2  going to ask you about.
3          They are a series of newspaper articles and
4  magazine articles, periodical pieces, which discuss the
5  Heritage Foundation. And, in particular, I have here a
6  New Republic article, dated September 6, 2004, entitled
7  Freed, F-r-e-e-d, Radical by John B. Jubis. And he
8  discusses, as you will see, a variety of matters that
9  are pertinent to our discussion. But, in particular, I
10 would like you to read the first paragraph here
11 beginning with the words, This move, the first four
12 sentences, if you could?
13     A   "This move toward southern conservatism
14 opened the door to the Right Wing political and the
15 religious organizations that had previously functioned
16 outside, rather than inside the Republican Party.
17 During the Reagan years, the conservative movement was
18 dominated by the Heritage Foundation in Washington and
19 by a group of new rate political committees housed in
20 northern Virginia. These conservatives influenced the
21 administration of the Republican Party."
22     Q   That's fine. Were you aware at the time that
23 you cosponsored these events with the Heritage
24 Foundation that the Heritage Foundation was identified
25 publicly in articles like this -- and there are others

## Page 184

1  that we certainly could produce in the record, if
2  necessary -- as an organization that was conservative
3  seeking to represent a certain point of view
4  predominantly in the Republican Party and of the
5  conservative ideological nature. Were you aware of
6  that at the time?
7      A   Yes. The Heritage Foundation was viewed as
8  the -- you know, as President Reagan's think tank.
9      Q   And did you believe that -- notwithstanding
10 all of this, did you work with the Heritage Foundation
11 to believe that even though that was the policy
12 direction from which it was approaching its task, it
13 was nonetheless generating a debate that was of
14 interest to you in your attempt to formulate public
15 policies in the national interest?
16     A   Well, the answer is yes. And there were
17 issues in which the Heritage Foundation and people
18 working with either DLC or PPI had, you know, fairly
19 similar points of view. But I think one of the people
20 there was Stewart Butler, who worked with us on a lot
21 of different things.
22     Q   To your knowledge, was the Heritage
23 Foundation a 501 C-3 or 501 C-4?
24     A   501 C-3.
25     Q   And the last thing I would like to direct

## Page 185

1  your attention to, if I could, is an exhibit --
2  interestingly enough --
3          MR. MARTINEAU: Sixty-eight.
4          BY MR. BAUER:
5      Q   Exhibit 68, which is, if you turn to it, the
6  one page that has been identified for specific
7  questions. Mr. Martineau read to you from your
8  exemption application in 1985. If you can look at the
9  second page, which is marked USA 1198. If you can
10 direct your attention to the footnote at the bottom of
11 the page, it states that although the DLC was organized
12 by and operates under the leadership of certain
13 Democratic-elected officials, the activities it
14 conducts are intended for the benefit of the general
15 public without regard to party affiliation.
16         And there follows what are described as
17 examples. And I would like to take you through these
18 examples one by one. There are three of them.
19         The first is the DLC publication, Winning in
20 the World Economy was made available without charge to
21 all Members of the House and Senate.
22     A   Yes.
23     Q   The DLC subsequently published an magazine
24 entitled the New Democrat. Was it also made available
25 without charge to all Members of the House and Senate,

Page 186

1  Democrat and Republican?
2     A   Yes, sir.
3     Q   And subsequent to the New Democrat, the DLC
4  published a magazine entitled the Blueprint. Was it
5  also made available without charge to all Members of
6  the House and Senate, Democrat and Republican?
7     A   Yes, it was.
8     Q   The second example provided here is the DLC
9  events typically include among the participants and
10 attendees both Democrats and Republicans. With the
11 exception, which you have specifically explained here
12 in your testimony of leadership briefings or specific
13 discussions with new Democratic-elected officials, were
14 DLC events typically open to participants and
15 attendees, both Democrats and Republicans, for example,
16 at the DLC annual meeting?
17    A   Yes, sir.
18    Q   So where the DLC convened for policy
19 discussion, it is your testimony that as represented in
20 the original application to the IRS, as a matter of
21 policy, the DLC did not discriminate on the basis of
22 party affiliation between and among the people --
23    A   We didn't have people at the door asking for
24 party affiliation. My guess is that a lot of people
25 who had supported us over the years who come to all of

Page 187

1  our events are Republicans.
2     Q   And the third example provided here is DLC --
3  you represented to the IRS and signed as cosponsor and
4  cosponsored at least one event on foreign policy with a
5  fully bipartisan organization, the World Affairs
6  Council. Is it correct that since that time, the DLC
7  has cosponsored additional events with organizations
8  that, by virtue of their tax status, operate on a
9  bipartisan basis? For example, the Heritage
10 Foundation.
11    A   Yes, sir.
12    Q   Or the Hudson Institute?
13    A   Yes, sir.
14    Q   Therefore, is it your testimony that the DLC
15 correctly represented these intentions to seek out
16 cosponsors of a bipartisan nature to promote its
17 progressive government agenda.
18    A   Our purpose was to promote a progressive
19 government agenda.
20        MR. BAUER: Thank you. That's all I have
21    FURTHER EXAMINATION BY COUNSEL FOR THE DEFENDANT
22        BY MR. MARTINEAU:
23    Q   I just want to go back on Redirect. I show
24 you a document that has previously been marked in this
25 case. This is Exhibit No. 57. And it is a document

Page 188

1  that's dated September 2, 1999, from Anne Rung, DLC, to
2  Tom Sugert, relating to the DLC Leadership Workshop
3  September 2, 1999? Do you see that?
4     A   Yes, sir.
5     Q   Who is Tom Sugert?
6     A   He is a staff member for Evan Bott.
7     Q   Now, the DLC leadership workshops were
8  conducted, as you testified earlier in 1998. They were
9  also conducted in 1999. Am I correct on that?
10    A   Yes, I believe so.
11    Q   And, in fact, the document represents that
12 the goal for 1999 is to do eight workshops around the
13 country in the various states, correct?
14    A   Yeah. I am not sure we did them.
15    Q   And then how were the participants -- how was
16 it determined who would participate in the DLC
17 leadership workshops that were given around the
18 country?
19    A   I think I have already testified to that.
20 They were elected officials, Democrats, who were
21 interested who, we thought, either working with us to
22 promote new Democrat ideas or we thought would be
23 interested in promoting.
24    Q   And who decided to whom to extend the
25 invitations? How did you know who those people are is

Page 189

1  what I am getting at?
2     A   As I think I testified this morning, we had
3  members -- legislative members, DLC supporters in those
4  states. And they -- you know, they were either people
5  who had been working with us and we knew about or
6  people that they recommended.
7         MR. MARTINEAU: Okay. Fair enough. Thank
8  you. No further questions.
9         BY MR. BAUER: I have one question.
10    FURTHER EXAMINATION BY COUNSEL FOR THE PLAINTIFF
11        BY MR. BAUER:
12    Q   Mr. Martineau has put a great deal of
13 emphasis on who was invited to the Elected Leadership
14 workshops and trainings.
15        Let me ask you this question. Do you have a
16 rough idea, for example, of what percentage of your
17 budget is devoted to leadership workshops?
18    A   It is probably about 2 or 3 percent.
19    Q   And is it correct to say that as a matter of
20 policy, the DLC puts out for the general public and
21 therefore invites the general public -- Democrats,
22 Republicans, and Independents, whoever they may be --
23 to read or participate therefore through reading or
24 through access to all of its public policy products?
25    A   Yes. In fact, I think during these years

Page 190

1  until it got so expensive that it wasn't worth it. The
2  Blueprint Magazine was actually distributed on the
3  shuttle in New York and Boston. I guess most people --
4  or not all people who rode the shuttle were Democrats.
5     Q   Let me ask you this question -- and this is
6  admittedly sort of very rough. But if you were to try
7  to estimate the percentage of your budget that was
8  devoted to producing materials that were because they
9  were put in the public record by invitation available
10 to anybody who was interested in reading them
11 regardless of party affiliation, what percentage of
12 that budget would it be?
13    A   The percentage of our budget that went to
14 producing products that anybody could have? It would
15 be a very high percentage because everything we produce
16 is available to everybody on the website.
17    Q   So in excess of 50 percent?
18    A   Yes, sir.
19    Q   In excess of 60 percent?
20    A   I would say, you know, again, it would be
21 just about everything we did, except for the
22 fund-raising. So I would say 70 percent or so more.
23        MR. BAUER: Thank you very much. That's all
24 I have.
25        MR. MARTINEAU: I have nothing else.

Page 191

1        (At 4:04 p.m., the deposition was concluded.)
2
3
4
5
6            _____
7              Signature of the Witness
8
9
10       SUBSCRIBED AND SWORN TO before me this
11 _____ day of _____, 200__.
12
13
14           _____
15                  NOTARY PUBLIC
16
17
18 My Commission Expires _____.
19
20
21
22
23
24
25