# Exhibit C

JUL-21-2003 15:31        DLC                                          202 544 5002  P.04/07

Internal Revenue Service                    Department of the Treasury
District Director                           Employer Identification Number:
                                               52-1384530
Date: FEB. 7, 1986                          Contact Person:
                                               G. WHELTLE
DEMOCRATIC LEADERSHIP COUNCIL INC           Contact Telephone Number:
499 S CAPITAL STREET SW SUITE 402              301-962-4787
WASHINGTON, DC  20003

                                            Internal Revenue Code
                                               Section 501(c)(4)

                                            Accounting Period Ending:
                                               December 31

                                            Form 990 Required: yes

Dear Applicant:

   Based on information supplied, and assuming your operations will be as
stated in your application for recognition of exemption, we have determined
you are exempt from Federal income tax under the provisions of the Internal
Revenue Code section indicated above.

   Unless specifically excepted, you are liable for taxes under the Federal
Insurance Contributions Act (social security taxes) for each employee to whom
you pay $100 or more during a calendar year. And, unless excepted, you are
also liable for tax under the Federal Unemployment Tax Act for each employee
to whom you pay $50 or more during a calendar quarter if, during the current
or preceding calendar year, you had one or more employees at any time in each
of 20 calendar weeks or you paid wages of $1,500 or more in any calendar
quarter. If you have any question about excise, employment or other Federal
taxes, please address them to this office.

   If your purposes, character, or method of operation change, please let us
know so we can consider the effect of the change on your exempt status. Also,
you should inform us of all changes in your name and address.

   The block checked at the top of this letter shows whether you must file
Form 990, Return of Organization Exempt from Income Tax. If the Yes box is
checked, you are only required to file Form 990 if your gross receipts each
year are normally more than $25,000. If a return is required, it must be
filed by the 15th day of the fifth month after the end of your annual
accounting period. The law provides for a penalty of $10 a day, up to a
maximum of $5,000, when a return is filed late, unless there is reasonable
cause for the delay. This penalty may also be charged if a return is not
complete, so please make sure your return is complete before you file it.

   You are not required to file Federal income tax returns unless you are
subject to the tax on unrelated business income under section 511 of the

                                                         Letter 948(CG)



USA1842

DEMOCRATIC LEADERSHIP COUNCIL INC

Internal Revenue Code. If you are subject to this tax, you must file an income tax return on Form 990-T, Exempt Organization Business Income Tax Return. In this letter we are not determining whether any of your present or proposed activities are unrelated trade or business as defined in section 513.

You need an employer identification number even if you have no employees. If an employer identification number was not entered on your application, a number will be assigned to you and you will be advised of it. Please use that number on all returns you file and in all correspondence with the Internal Revenue Service.

Because this letter could help resolve any questions about your exempt status, you should keep it in your permanent records.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter.

Because you are not an organization described in section 170(c) of the Code, donors may not deduct contributions to you. You should advise your contributors to that effect.

Sincerely yours,

Teddy R. Kern
District Director

cc  Robert F. Bauer
    Perkins Coie
    1110 Vermont Ave., N.W. Suite 1200
    Washington, D.C. 20005

Letter 948(CG)

USA1843