# Additional Exhibits