# Exhibit

# F

William Marshall                                                    February 8, 2006

                              Washington, DC

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF COLUMBIA

 3       - - - - - - - - - - - - - - - - x

 4   DEMOCRATIC LEADERSHIP COUNCIL,   :

 5   INC.,                            :

 6               Plaintiff,      : No.1:05-cv-1067

 7         vs.                   : (JGP)

 8   UNITED STATES,                   :

 9               Defendant.      : PAGES 1 - 170

10       - - - - - - - - - - - - - - - - x

11                    February 8, 2006

12                    Washington, D.C.

13        Deposition of WILL MARSHALL, held at the

14   offices of Perkins Coie, 607 14th Street, N.W.,

15   Suite 800, Washington, D.C., commencing at 9:41

16   a.m., Wednesday, February 8, 2006, before Elizabeth

17   Mingione, Notary Public.

18

19

20

21

22

23

24

25
```

---

**Page 2**

APPEARANCES OF COUNSEL:

ON BEHALF OF THE UNITED STATES:

MICHAEL J. MARTINEAU, ESQUIRE
U.S. DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6483

ON BEHALF OF THE DEMOCRATIC LEADERSHIP COUNCIL INC.:

ROBERT F. BAUER, ESQUIRE
EZRA W. REESE, ESQUIRE
Perkins Coie
607 Fourteenth Street, N.W., Suite 800
Washington, D.C. 20005-2011
(202) 628-6600

---

**Page 4**

EXHIBITS(continued)

8   Memo Dated May 16, 1997, DLC ........ 77
    10286-10290
9   PPI Document, DLC 09549 and DLC ..... 94
    02306
10  The New Democrat, September/October . 97
    1998
11  The New Democrat, January/February . 106
    1999
12  Bluprint Magazine, Winter 1998 ...... 110
13  The Idea Book, 1998, Pages DLC ..... 114
    05219, 05220 and 05222-05258
14  The DLC Update, Friday, January 9, . 118
    1998
15  The DLC Briefing, May 8, 1997 ....... 119
16  DLC Talking Points, May 14, 1997 .... 119
17  The DLC Fax, Wednesday, April 19, .. 121
    1995
18  Idea of the Week:  Physicians ...... 121
    Profile, Dated June 12, 1998
19  DLC Monthly State Leadership ....... 122
    Update, May 1995

---

**Page 3**

C O N T E N T S

WITNESS:  WILL MARSHALL

EXAMINATION BY:                    PAGE
    Mr. Martineau ............................. 6
    Mr. Bauer ................................ 139
    Mr. Martineau ........................... 159

DEPOSITION EXHIBITS
WILL MARSHALL
NUMBER      DESCRIPTION          PAGE
1   Notice of Deposition .................. 7
2   Document Dated May 22, 1989, DLC .... 59
    00077-00080
3   Letter Dated June 8, 1989 to Lucy ... 60
    Howerton of the IRS
4   Letter Dated June 8, 1989 from B. ... 67
    Holly Schadler to the IRS
5   Bylaws of the Progressive Policy .... 70
    Institute
6   Document Dated November 14, 1991, ... 71
    DLC 00026-00054
7   Meeting of the Board of Directors, .. 75
    March 18, 1997

---

**Page 5**

EXHIBIT(continued)

20  DLC News Release, November 2, 1999 .. 123
21  PPI Policy Briefing, February 1998 .. 126
22  PPI Backgrounder, February 1999 ..... 127
23  Democratic Leadership Council ...... 128
    Progressive Policy Institute 1999
    Policy Ideas, DLC 04392-04395
24  PPI Executive Summary by Robert .... 131
    Atkinson and Randolph Court
25  Insight, The San Diego Union ....... 132
    Tribune, Sunday, January 19, 1997,
    DLC 10407 and 10408
26  Memorandum Regarding Talking Points  133
    on State Activities/DLC Efforts
27  Document Dated June 1, 1998, PPI ... 136
    Overview
28  Form 990 for Progressive Foundation .. 9
    for 1997
29  Form 990 for Progressive Foundation .. 9
    for 1998
30  Form 990 for The Third Way .......... 9
    Foundation, Inc., for 1999

---

William Marshall                                           February 8, 2006

Washington, DC

---

Page 6

1              P R O C E E D I N G S
2    Whereupon,
3              WILL MARSHALL,
4         having been first duly sworn by
5         Elizabeth Mingione, a Notary Public
6         within and for the District of Columbia,
7         was examined and testified as follows:
8                  - - -
9         DIRECT EXAMINATION CONDUCTED
10   BY MR. MARTINEAU:
11   Q.   Good morning, Mr. Marshall.
12   A.   Good morning.
13   Q.   Could you just state your name for the
14   record to get us started here this morning.
15   A.   It's William Marshall.
16   Q.   And, Mr. Marshall, I am Mike Martineau
17   with the Department of Justice. And I represent the
18   United States in the suit brought by the Democratic
19   Leadership Council to challenging the services
20   revocation of its tax exempt status.
21        Have you ever had your deposition taken
22   before, sir?
23   A.   No, I haven't.
24   Q.   Okay. I'm going to ask you some
25   questions. You provide me the answers. The court

Page 7

1    reporter has to take it down. I'll try not to
2    interrupt you and vice versa.
3         If I talk too fast, which I do often,
4    slow me down. If you don't understand my questions,
5    by all means ask and I'll clarify it. You are
6    represented by counsel here today; correct?
7    A.   I am.
8    Q.   Mr. Bauer is your attorney?
9    A.   (The witness nods.)
10   Q.   Just also for the ease of our
11   communication, I may refer to the Democratic
12   Leadership Council at some point in time as the DLC.
13   A.   Right.
14   Q.   And, similarly, I may refer to the
15   Progressive Policy Institute as the PPI; understood?
16   A.   Right.
17   Q.   Very good. Can I just reference you to
18   Exhibit 1 in your exhibit book that you have before
19   you.
20             - - -
21        (A document was marked as Deposition
22   Exhibit Number 1)
23             - - -
24   BY MR. MARTINEAU:
25   Q.   That is the notice of deposition in the

Page 8

1    subpoena that was served on you in this particular
2    case?
3    A.   Yes.
4    Q.   Okay. You have to, just to let you know,
5    you have to say "yes" or "no".
6    A.   Right, for the recorder.
7    Q.   And let me refer you to the deposition
8    subpoena that's attached as part of Exhibit 1. Do
9    you have that in front of you?
10   A.   Yes, I do.
11   Q.   And in the last page of that it says list
12   of documents to be produced. Do you have that, sir?
13   A.   Yes.
14   Q.   And it asks that you produce witness
15   subpoena for today's deposition, the forms 990 of
16   the PPI for the years 1997, 1998 and 1999?
17   A.   Correct.
18   Q.   Do you have those?
19   A.   I do. Yes.
20   Q.   What we'll do is have these, I'll just
21   have you identify each one. And we'll mark these as
22   part of the record starting at number 28, I believe.
23   Can you just identify for the court reporter --
24   A.   That is the Form 990 for The Progressive
25   Foundation in 1997.

Page 9

1              - - -
2         (A document was marked as Deposition
3    Exhibit Number 28)
4              - - -
5         BY MR. MARTINEAU:
6    Q.   And I'm showing you a document that we'll
7    have marked as --
8    A.   The 990 for Progressive Foundation 1998.
9    Q.   Mr. Marshall, I'm going to show you
10   another document that we'll have marked as Exhibit
11   Number 30. Is that correct?
12   A.   It's the 990 for 1999.
13             - - -
14        (The documents were marked as Deposition
15   Exhibit Numbers 29 and 30)
16             - - -
17        BY MR. MARTINEAU:
18   Q.   Thank you. Mr. Marshall, just some
19   background, are you familiar with the lawsuit that
20   is the subject of your deposition today?
21   A.   Yes.
22   Q.   And have you seen the complaint in this
23   particular case?
24   A.   I have not.
25   Q.   Okay. What is your understanding of what

3 (Pages 6 to 9)

William Marshall
February 8, 2006

Washington, DC

## Page 10

1  the suit is about?
2      A.  Well, I don't know that I have a perfect
3  understanding, but I gather the DLC's tax status has
4  been challenged by the IRS.  And to be honest, I'm
5  not entirely sure what the reasons for that.
6      Q.   What is the tax status of DLC as you
7  know?
8      A.  It's a 501(c)(4).
9      Q.   What is your understanding of what a
10  501(c)(4) organization is?
11      A.  Well, I'm not an expert on this but my
12  understanding is that these are organizations put
13  together to serve social welfare functions under
14  that provision of the IRS Code.
15      Q.  Okay.  Now, have you discussed -- other
16  than with your counsel, of course, this particular
17  deposition that you are taking here today?
18      A.  No.
19      Q.  Have you spoke to Mr. From about it or
20  no?
21      A.  Only to say that it was happening,
22  nothing beyond that.
23      Q.  And just for the record, who is Mr. From?
24      A.  Al From is the President of the
25  Democratic Leadership Council.

## Page 11

1      Q.  And how long have you known Mr. From?
2      A.  Oh, lord.
3      Q.  I'm sorry.  We can strike this from the
4  public record, if you want.
5      A.  1981, excuse me, since 1982.
6      Q.  And how do you know Mr. From since 1982,
7  sir?
8      A.  Well, we were colleagues on the Hill
9  working for a congressman named Gillis Long in
10  Louisiana.
11      Q.  And what is the party's affiliation of
12  Gillis Long?
13      A.  Gillis Long was a democrat.
14      Q.  All right.  And just so I understand what
15  -- let's talk at your background first.  Just
16  briefly what is your educational background, sir?
17      A.  Well, I graduated from the University of
18  Virginia in 1975.
19      Q.  And what was your degree in?
20      A.  English and History.
21      Q.  Okay.  And then after you graduated from
22  UVA in 1975, what did you do, sir?
23      A.  I was a newspaper reporter for about four
24  years for a couple of newspapers, including the
25  Richmond Times Dispatch.

## Page 12

1      Q.  And what kind of beat did you cover for
2  the Richmond Times Dispatch.
3      A.  You know, everything and then courts,
4  well, I did everything for the Times Dispatch.  I
5  was a state bureau head, and so I covered a region
6  of the state and reported on everything.
7      Q.  Did you cover politics?
8      A.  Yes, I did.
9      Q.  Okay.  And then after you were with the
10  Richmond Times Dispatch, what was your next
11  employment, sir?
12      A.  I got a job on Capitol Hill for Senator
13  Harry Byrd, an independent of Virginia.
14      Q.  Okay.
15      A.  The press secretary.
16      Q.  And then how long did you stay in that
17  position with Senator Byrd?
18      A.  About a year and a half, I think.
19      Q.  And then where did you work after that?
20      A.  I went to work at a political campaign,
21  Dick Davis' run for the Senate in 1982 in Virginia.
22      Q.  Okay.  And was he a democrat or
23  republican or independent?
24      A.  He was a democrat.
25      Q.  Did he win the election?

## Page 13

1      A.  He did not.
2      Q.  Okay.  Who defeated him?
3      A.  Despite James Carville.  He was defeated
4  by Paul Trible.
5      Q.  Paul Trible.  Okay.  Very good.  And you
6  said Mr. Carville worked on the campaign with you?
7      A.  Yeah.
8      Q.  And then you said in 1982, subsequently
9  you went to work for Congressman Long.  Is that
10  right?
11      A.  Yeah.  I mean after that campaign I got a
12  job with Gillis Long.
13      Q.  And that's where you first met Mr. From?
14      A.  Right.
15      Q.  And then how long did you work for
16  Congressman Long?
17      A.  That would have been about, when was it,
18  I don't know, about a year-and-a-half ago, roughly
19  speaking.  I don't have the dates.  And then I went
20  in about July of '84 to North Carolina to work for
21  Jim Hunt who was running for Senate.  And, no, we
22  didn't win that one either.
23      Q.  That was former Governor Hunt, and he
24  lost to Jesse Helms in that race?
25      A.  Jesse Helms.  Uh-huh.

4  (Pages 10 to 13)

William Marshall                                              February 8, 2006

Washington, DC

Page 14

1    Q.   And, subsequently, where did you work
2  after that?
3    A.   Well, then Al and I really started the
4  Democratic Leadership Council with a whole bunch of
5  other folks.
6    Q.   Let's start with there, and let me ask
7  you about the Democratic Leadership Council.  And
8  then I want to ask you of course about the
9  Progressive Policy Institute.  When was the DLC
10 established, sir?
11   A.   My recollection is writing the press
12 release in 1985, February, late February,
13   Q.   Okay.
14   A.   That sort of formally announced its
15 existence.
16   Q.   And who were the principals involved in
17 establishing the DLC in 1985?
18   A.   Really it was Al and I and a lot of
19 elected officials who believed in what we were
20 trying to do.
21   Q.   Who were the principal elected
22 officials that were involved in the creation of the
23 DLC?
24   A.   Well, let's see.  There was Chuck Robb, I
25 guess then Governor of Virginia, Dick Gephardt, Sam

Page 15

1  Nunn, Lawton Childes, Jim Jones, a lot of others.
2  Do you want me to -- how many others do you want?
3    Q.   Okay.
4    A.   About 30 or so folks.
5    Q.   Of the ones that you've mentioned, were
6  they all Democrats or Republicans or some of each?
7    A.   They were Democrats.
8    Q.   Were there any republican elected
9  officials that participated --
10   A.   No.
11   Q.   -- in the founding -- just let me finish.
12   A.   Sorry.
13   Q.   Were there any republican elected
14 officials who were founders of the DLC?
15   A.   No.  I don't think so.
16   Q.   And what was the purpose of the -- strike
17 that.  Why was the DLC founded?
18   A.   Well, I think the short answer is that it
19 was founded to try to bring about an intellectual
20 renewal of progressive politics.
21   Q.   Okay.  And when you say an intellectual
22 renewal of progressive politics, what exactly do you
23 mean by that, sir?
24   A.   Well, we thought that the long record of
25 Democratic defeats in presidential elections had its

Page 16

1  roots in a kind of intellectual failure to develop
2  ideas that commanded much wider support in the
3  country.
4    Q.   Now, if we put ourselves back in that
5  time frame, 1985, that was right after the 1984
6  election; correct?
7    A.   Yes.
8    Q.   And in that election I think we can agree
9  that President Reagan was re-elected; correct?
10   A.   Yes.
11   Q.   And I believe he had 49 states that he
12 won in electoral college.  Is that correct?
13   A.   That's right.
14   Q.   And subsequently the individuals you
15 indicated decided to establish this organization to
16 try to reverse that trend, if I understand.  Is that
17 correct?
18   A.   Yes.
19   Q.   Do you recall at that time the concept of
20 a republican electoral lock?
21   A.   Yes.
22   Q.   Do you remember that?
23   A.   Yes.
24   Q.   What was that, just for the record?
25   A.   Well, the idea was that in the Electoral

Page 17

1  College, Republicans just had more states and an
2  easier path to a majority in presidential elections.
3    Q.   And was part of the rationale for
4  establishing the DLC to attempt to reverse that
5  particular republican electoral lot?
6    A.   It was really to broaden the appeal of
7  the progressive government agenda.
8    Q.   And how did you intend to go about
9  broadening the appeal of the agenda?
10   A.   In a couple ways.  In the short, to sort
11 of analyze what we thought was faulty or missing in
12 the discourse and to begin to develop alternative
13 ideas and governing themes and really philosophy
14 that would help attract more support to these sorts
15 of ideas.
16   Q.   And where in the political spectrum, you
17 know, left, center, right, was the DLC positioned
18 back in 1985?
19   A.   Well, center left, I guess.
20   Q.   Okay.  And was it your view of the
21 founders that the, well, strike that.  What was your
22 view of the position of the Democratic party back at
23 that point in time?
24   A.   My view of the party.
25   Q.   Yes, sir.  In terms of where it was in

5 (Pages 14 to 17)

William Marshall

Washington, DC

February 8, 2006

**Page 18**

1  the political spectrum?
2      A.   Well, I mean, the Democrats are generally
3  on the progressive end of the spectrum, which I
4  guess means on the left.
5      Q.   Okay. Did the DLC founders believe that
6  the democrat party was too far to the left and
7  that's why they weren't winning these presidential
8  elections?
9      A.   Some said that. You know it's -- it was
10 a shorthand for some.
11     Q.   Did you personally agree with that?
12     A.   Well, again, it's a shorthand for a more
13 complicated set of factors for me.
14     Q.   What, just enumerate what those factors
15 are so I understand?
16     A.   Well, that the party had become
17 identified with ideas and particularly a lot of
18 special interests advanced ideas that -- ideas that
19 championed advocacy in a lot of pressure groups that
20 we thought were diminishing the appeal of the
21 progressive message.
22     Q.   And give me an idea of just enumerate
23 some of those special interest groups that you are
24 referring to in your answer?
25     A.   Well, we thought that labor tended to

**Page 19**

1  push toward protectionist policies which we thought
2  were not the right policies.
3      Q.   Give me another one that's organized
4  labor, like AFL CIO?
5      A.   Well, we thought that the educational
6  establishment, sometimes teachers' unions tended to
7  erect obstacles to the kinds of reforms we thought
8  that public schools needed.
9      Q.   And what about economic or trade type
10 issues, was that another area?
11     A.   Yeah, trade, that's really the argument
12 with our friends in labor was about trade, most
13 likely.
14     Q.   Was what about social issues? Was that a
15 concern to the founders?
16     A.   Yeah. I mean it really spanned the gamut
17 of issues.
18     Q.   All right. Would abortion be one of the
19 social issues that you were concerned with?
20     A.   We didn't honestly spend much time on
21 abortion.
22     Q.   All right. Now, when the DLC was
23 established in 1985, did it apply for tax exempt
24 status with the Internal Revenue Service?
25     A.   It did.

**Page 20**

1      Q.   And did the service grant such status?
2      A.   Yes.
3      Q.   And what was the status? Was it a C(3)
4  organization, a C(4) organization?
5      A.   That was C(4).
6      Q.   And what is your understanding of what a
7  C(4) organization is?
8      A.   Well, as I mentioned earlier, it's an
9  organization that promotes social welfare and tries
10 to affect a climate of opinion and ideas in the
11 country.
12     Q.   Very good. Now, once the service granted
13 the C(4) status, what were the activities that the
14 DLC undertook to advance the mission that you have
15 described here today?
16     A.   Well, let's see. You know, trying to
17 attract prominent political figures was important.
18 Trying to focus on the reasons for the political
19 setbacks and the reasons for conservative gains over
20 time. Traveling around the country trying to buck
21 up demoralized folks, some of whom were defecting to
22 the republican side.
23     Q.   Good. Now, as far as the first activity
24 you identified, attracting the political figures,
25 how did you go about trying to attract political

**Page 21**

1  figures, sir?
2      A.   Well, you know, there were lots of folks
3  we had been talking to down the years about the need
4  for, you know, to try to change the direction of the
5  political debate. And so we already knew a bunch of
6  folks who sort of saw things in a similar light.
7  And we went to them and just tried to sign them up.
8          And then we sort of did public meetings
9  organized around them. And often we would do that
10 and travel around the country.
11     Q.   Were these political figures Democrats,
12 Republicans or both?
13     A.   Democrats.
14     Q.   They were Democrats. Okay. And you also
15 said you -- there was some demoralized folks around
16 the country at that particular point; correct?
17     A.   Yes.
18     Q.   Who were you referring to as demoralized
19 folks?
20     A.   Voters. I mean, you know, people who
21 perhaps once voted Democratic who were attempting
22 now to switch allegiance.
23     Q.   And so they were Democrats who were
24 attempting to switch allegiance to --
25     A.   They were Democrats, Independents, modern

6 (Pages 18 to 21)

William Marshall                                                    February 8, 2006

Washington, DC

---

**Page 22**

1  Republicans, anybody who had voted, you know, I
2  mean, you know, were just trying to get -- trying to
3  widen the coalition. And so anybody who was a
4  potential target for that was who we would be
5  talking to.
6      Q.   Would so-called Reagan Democrats be one
7  of the groups that you were targeting?
8      A.   Well, that was again a label for part of
9  that subgroup of, you know, target audience.
10     Q.   Very good. And you said another activity
11 was to try to, if I understood you, reverse the
12 conservative trend ideologically in the country. Is
13 that what I understood?
14     A.   Well, you know, we were much inspired by
15 the whole array of conservative think tanks and
16 organizations that cropped up in the '60s and '70s
17 to try to bring about an intellectual revival of
18 conservative, the conservative governing philosophy.
19 And in many respects we were trying to emulate the
20 kind of success they seemed to have had.
21     Q.   So you were trying to emulate and also to
22 offset the gains that they had made in promoting
23 their agenda. Is that right?
24     A.   Yes.
25     Q.   And in the initial stages of the DLC,

**Page 23**

1  were all -- were the people that you focused on all
2  Democrats? Is that correct?
3      A.   I'm trying to think that there were
4  certainly supporters who were not Democrats, who
5  were independents and in some cases I think probably
6  Republicans. But the elected officials were mostly
7  Democrats.
8      Q.   Very good. Now, how at this early stages
9  of the DLC, how did an individual become a member of
10 the DLC?
11     A.   I think he just signed up. It was your,
12 you know, you were invited or you just decided you
13 wanted to sign up.
14     Q.   And if you became a member, were you
15 required to make a financial contribution to the
16 DLC?
17     A.   In the early years we asked, I think we
18 asked more than required financial contributions.
19 We didn't have much money, and we were asking people
20 to help.
21     Q.   Okay. And in those early years, again,
22 how was the DLC financed?
23     A.   It was financed by people signing up and
24 by private contributions from a wide array of folks.
25     Q.   Okay. Were the private contributions

**Page 24**

1  from individuals, corporate entities or both?
2      A.   Mostly individuals in the early years.
3  As we went along, got more support from the
4  corporate community.
5      Q.   And did the DLC engage in active
6  fundraising at that point in time?
7      A.   We just were beginning to. Yes.
8      Q.   And what kind of fundraising activities
9  did the DLC engage in, sir?
10     A.   Well, mostly it's relationship. You
11 know, you go and you talk to folks and try to get
12 them to support what you are doing. You know I'm
13 sure we did dinners, you know, with prominent
14 figures but my memory's hazy on that.
15     Q.   And did the DLC have a place of business,
16 an office in the early years?
17     A.   Yes.
18     Q.   Where was that?
19     A.   The first office was in the Fairchild
20 building. I'm sorry I can't remember the address.
21     Q.   Here in Washington, D.C. then?
22     A.   Um-hmm. (The witness nods.)
23     Q.   And now, you had indicated that you and
24 Mr. From were amongst the primary founders of the
25 DLC; correct?

**Page 25**

1      A.   Right.
2      Q.   Did you have a staff at that point in
3  time early on?
4      A.   Well, we started to put one together in
5  '85.
6      Q.   Was that a paid staff or were they
7  volunteers or interns?
8      A.   We all started as volunteers. As time
9  went on, we began to be paid.
10     Q.   Okay. Good. And did you have a
11 particular office in the -- or a title with respect
12 to the DLC?
13     A.   Policy Director was my title.
14     Q.   And what was Mr. From's position with the
15 DLC?
16     A.   President.
17     Q.   Okay. Good. All right. And you said
18 eventually you were compensated for your work as a
19 policy director?
20     A.   Yes.
21     Q.   And do you recall what your initial
22 salary was?
23     A.   I don't, boy I'm sorry to say, I'd have
24 to go back and look. I can't recall.
25     Q.   If you don't recall, that's all right.

1111 14th Street, NW Suite 400     Alderson Reporting Company     Washington, DC 20005
1-800-FOR-DEPO

William Marshall                                                    February 8, 2006

Washington, DC

| Page 26 | Page 28 |
|---|---|

**Page 26**

1    A.   Yeah, I don't remember.
2    Q.   It's not a test. How about Mr. From? Do
3  you recall what he was paid as president?
4    A.   No. No.
5    Q.   Okay. So did the DLC have a board of
6  directors back at that time?
7    A.   Yes. It did.
8    Q.   Okay. And do you recall who was on the
9  board of directors?
10    A.   Well, you know I recall some of the
11  members. Lenny Boggs was at one point a member.
12  Barbara Kenellen, Jim Jones, I believe Sam Nunn, I
13  believe Chuck Robb at some point was. There was
14  some other folks, Lloyd Hackler I believe was a
15  member. But I can't recall the initial board
16  members but these were people who I think were -- I
17  am pretty certain were on the board at some point in
18  those early years.
19    Q.   And of those people that were elected
20  officials, I think you indicated earlier they were
21  all Democrats. Is that correct?
22    A.   Yes.
23    Q.   Now did the DLC have at that time state
24  chapters?
25    A.   It was an early attempt to organize some

**Page 27**

1  state chapters. It didn't really succeed.
2    Q.   Okay. And what was the DLC attempting to
3  do in establishing those state chapters?
4    A.   Trying to organize some of the leaders,
5  prominent political leaders in states who we thought
6  were sympathetic to the mission.
7    Q.   And were those elected state leaders,
8  were they Democrats, Republicans or Independents?
9    A.   They were mostly Democrats.
10    Q.   And we are talking about state
11  legislators I take it then?
12    A.   Right.
13    Q.   And governors as well?
14    A.   Yes.
15    Q.   Good. Now, it's been referenced in a lot
16  of the documents that the government has obtained in
17  discovery of the term New Democrats. Are you
18  familiar with that term?
19    A.   Yes.
20    Q.   What do you understand New Democrats to
21  be?
22    A.   Well, I've always understood it to be a
23  reform-oriented Democrat, one interested in
24  modernizing the progress agenda.
25    Q.   And in the early years of the DLC, were

**Page 28**

1  you using the terminology New Democrat at that point
2  in time?
3    A.   No, actually, we weren't.
4    Q.   Okay. When did the DLC begin using the
5  term New Democrat?
6    A.   Good question. I'm not going to be able
7  to recall precisely but it would have been
8  probably -- probably been the early '90s. And I
9  can't recall the exact point.
10    Q.   Okay. Now if you recall in the 1992
11  presidential elections, President Clinton ran as a
12  so-called New Democrat. Do you recall that?
13    A.   Different kind of Democrat I heard him
14  say, more than new.
15    Q.   And was President Clinton, and you
16  mentioned him earlier, was he a member of the DLC?
17    A.   Yes.
18    Q.   At the time he ran for president?
19    A.   (The witness nods.)
20    Q.   Now vice president elect -- strike that.
21  Senator Gore was the President Clinton's running
22  mate in 1992; correct?
23    A.   Yes.
24    Q.   Was he a member of the DLC?
25    A.   Yes.

**Page 29**

1    Q.   Was he one of the founding members of the
2  DLC?
3    A.   I believe he was. I believe both of them
4  were on the extended list of people who lent their
5  names early on.
6    Q.   Okay. Now did the DLC support the
7  Clinton-Gore ticket in the 1992 presidential
8  election?
9    A.   The DLC can't endorse candidates or get
10  engaged in electoral politics.
11    Q.   Did you, without formally -- strike that.
12  What do you understand the term endorsement means in
13  the context of individuals running for office?
14    A.   It means a public declaration that you
15  support them and want them to win.
16    Q.   Okay. Did the DLC in the 1992 elections
17  make any public statements in getting its support
18  for the Clinton-Gore ticket?
19    A.   Not that I'm aware of, nothing that would
20  qualify in my mind as a formal endorsement.
21    Q.   Okay. Now, in the early years, let's say
22  between '85 and '92, did the DLC have a relationship
23  with the Democratic National Committee?
24    A.   No.
25    Q.   Did the DLC have any communications with

8 (Pages 26 to 29)

William Marshall                                                    February 8, 2006
Washington, DC

---

Page 30

1    anyone on the Democratic National Committee?
2         A.   Well, I'm sure some of us sometimes
3    talked to people over there. I wouldn't say there
4    was any kind of institutional communication.
5         Q.   Okay. What about with the Democratic
6    Senatorial Campaign Committee, DLC have a
7    relationship with the Democratic Senatorial Campaign
8    --
9         A.   No.
10        Q.   How about the Democratic Congressional
11   Campaign Committee?
12        A.   No.
13        Q.   How about on the Republican side, like
14   the Republican National Committee?
15        A.   No.
16        Q.   How about with respect to the Republican
17   Senatorial Committee?
18        A.   No.
19        Q.   How about with respect to the Republican
20   Congressional Campaign Committee?
21        A.   No.
22        Q.   During the early years of the DLC, say
23   between '95 and '92, did the DLC have any joint
24   activities with other like entities that are similar
25   to the DLC?

---

Page 31

1         MR. BAUER: By the way, you meant between
2    '85 and '92.
3         MR. MARTINEAU: Eighty-five and
4    ninety-two?
5         MR. BAUER: You said '95 and '92.
6         MR. MARTINEAU: I apologize. I just want
7    to make sure.
8         MR. BAUER: No problem.
9         BY MR. MARTINEAU:
10        Q.   We are talking about the early stages of
11   the DLC and its development.
12        A.   Yes.
13        Q.   With whom did the DLC have these joint
14   activities?
15        A.   Well, let's see, with a lot of folks. In
16   '91, I recall a famous meeting that I staged with
17   PPI and which was the project of DLC and the
18   Heritage Foundation, Stuart Butler. And we put on a
19   sort of left and right conference, beyond left and
20   right was the idea. And, you know, there were all
21   kinds of public events. And I don't -- can you be
22   more, I mean --
23        Q.   So you recall specifically the Heritage
24   Foundation?
25        A.   Yeah. I mean --

---

Page 32

1         Q.   Just tell me about that one, so I
2    understand.
3         A.   Yeah.
4         Q.   Where did it take place and what was the
5    event?
6         A.   It happened at Heritage. It was a
7    full-day conference. It got a lot of attention
8    because it was a strange bedfellows gathering. And
9    it was an attempt to underscore converging interests
10   among reform-minded people across the political
11   spectrum on some new policy ideas in education and
12   social welfare and things like that.
13        Q.   And who attended this conference, this
14   one-day conference?
15        A.   A lot of, boy, you know, it was a packed
16   room is what I recall. I'm embarrassed that I can't
17   remember offhand, you know, who all our panelists
18   were. I would have to go back and look at the
19   agenda.
20        Q.   Okay. Very good. Now, in the early
21   years between '85 and 1992, did the DLC under the
22   DLC heading publish any documents, any newsletters,
23   any magazines of a similar type?
24        A.   Well, it published documents. There was
25   a Defending America, which was a defense policy

---

Page 33

1    statement. There was a winning in the world economy
2    which was a competitiveness strategy, you know,
3    economic competitiveness paper.
4         I wrote a book, a pamphlet on citizenship
5    and national service which outlined the national
6    service idea. We did other things, we analyzed sort
7    of the Super Tuesday movement and, you know, tried
8    to tease out implications of what that -- how that
9    might be seen as an opportunity.
10        Q.   Okay.
11        A.   We opined on campaign finance reform,
12   free media and other things.
13        Q.   Okay. Now, at this particular point in
14   time was the Progressive Policy Institute in
15   existence at that point in time?
16        A.   Well, that was started in '89.
17        Q.   Okay. And who were the founders of the
18   Progressive Policy Institute?
19        A.   It was me and Al, Michael Steinhardt, and
20   a group of other supporters.
21        Q.   And why did you start the Progressive
22   Policy Institute?
23        A.   We felt that we needed to put more effort
24   into the development of -- into the intellectual
25   development of alternative governing ideas.

1111 14th Street, NW Suite 400        Alderson Reporting Company        Washington, DC 20005
                                      1-800-FOR-DEPO

William Marshall

February 8, 2006

Washington, DC

Page 34

1    Q.    And were there any elected officials
2  involved in the establishment, creation of the
3  Progressive Policy Institute?
4    A.    Well, there were folks who encouraged us
5  to do it and were helpful to us as we were trying to
6  get support for it.
7    Q.    And --
8    A.    Sam Nunn was prominent in that group.
9    Q.    All right.  Any other elected officials
10 that you can recall?
11    A.    Well, I would say that the DLC leaders
12 were generally sympathetic to this idea, so they
13 were not formally involved.
14    Q.    Okay.  And so did the PPI seek tax exempt
15 status at that point in time?
16    A.    Yes.
17    Q.    And what status did you seek from the
18 service?
19    A.    501(c)(3).
20    Q.    And did the service grant to 501(c)(3)
21 status?
22    A.    It did.
23    Q.    And what is your understanding again of
24 what are activities that are allowed to be conducted
25 by a 501(c)(3)?

Page 35

1    A.    My understanding is that these are
2  entities dedicated to educating the public on
3  important public topics.
4    Q.    Okay.  And so it's more of an educational
5  function then.  Is that correct?
6    A.    Yes.
7    Q.    Okay.  All right.  Now, did the
8  Progressive Policy Institute when it was initially
9  founded, did it have a board of directors?
10    A.    It had a -- it had a board of trustees.
11    Q.    All right.  And who were the members of
12 the board of trustees?
13    A.    Let's see.  There was I think Al From,
14 Michael Steinhardt, Jim Kiss, Barry Wigmore, Bob
15 Kogod, Champ Mitchell probably and a couple of
16 others.
17    Q.    Okay.  And what was your position with
18 the PPI?
19    A.    President.
20    Q.    You were president.  Okay.  And you
21 remain president to this day.  Is that correct?
22    A.    Yes.
23    Q.    Okay.  All right.  And what specific
24 activities did the PPI undertake once it was
25 established in 1989?

Page 36

1    A.    Well, policy research, political and
2  policy research and development.
3    Q.    All right.  And you have indicated that
4  you actually published some of your findings of your
5  research?
6    A.    Right.
7    Q.    Is that correct?
8    A.    Yes.
9    Q.    Okay.  Did you have a specific newsletter
10 or a magazine that you published on a regular basis?
11    A.    Not PPI.  We had policy reports and
12 studies.
13    Q.    Okay.
14    A.    That were published on an irregular
15 basis.
16    Q.    Now, did the PPI initially have employees
17 associated with it that worked for them?
18    A.    Yes.
19    Q.    And how many employees did you have?
20    A.    Well, I mean, it started with me and an
21 assistant.  Then we grew gradually.
22    Q.    And what types of employees did you have?
23    A.    I had researchers, and then I hired an
24 economist.
25    Q.    Okay.  And the researcher --

Page 37

1    A.    And support staff.
2    Q.    Of course.  And the researcher's job I
3  take it was to engage in some of the policy research
4  that you indicated here; correct?
5    A.    Yes.
6    Q.    Go ahead.
7    A.    No, that's it.
8    Q.    And then it was published.  Is that
9  correct?
10    A.    Yes.
11    Q.    Okay.  All right.  And then what was the
12 role of the economist in the organization early on?
13    A.    Well, to analyze economic issues and
14 critique existing policies and help us frame
15 alternatives.
16    Q.    Okay.  And where was the PPI housed at
17 that particular point in time?
18    A.    Well, at first we were over in a little
19 building under the Labor Department over there.  And
20 I can't remember that address either.  I'm sorry.
21 But we weren't there terribly long.
22        And then we moved over to, what was it,
23 Pennsylvania Avenue.  It was 400 Pennsylvania
24 Avenue.
25    Q.    Is that where the PPI is located today?

10 (Pages 34 to 37)

William Marshall                                              February 8, 2006

Washington, DC

**Page 38**

1    A.  No.  We moved several times.
2    Q.  You moved several times.  Now, what was
3  the relationship back in 1989 between the PPI and
4  the DLC?
5    A.  Well, they were obviously two separately
6  organized institutions dedicated to a similar
7  mission.  And we were the 501(c)(3) and they were
8  501(c)(4).  And we operated, you know, as according
9  to those what you are supposed to do under those tax
10 things.
11   Q.  And how was the PPI financed?  How was
12 its operations financed?
13   A.  Well, we raised money from private
14 individuals.
15   Q.  Okay.  And how did you go about doing
16 that?  Did you have fundraising events?  Did you do
17 direct mail?  How did you do that?
18   A.  Mostly it was through just contacting
19 these individuals, talking about what we were doing
20 and asking them to support us.
21   Q.  Okay.
22   A.  It may have been fundraising events as
23 well.
24   Q.  Were these private citizens that you were
25 contacting?

**Page 39**

1    A.  Yes.
2    Q.  How about corporations, did you seek
3  corporate support as well?
4    A.  We did.  Yes.
5    Q.  Now, you said Mr. From was I believe,
6  what, he was the chairman of board of trustees of
7  the PPI, is that correct, when it was first
8  established?
9    A.  Yes.  I think that is correct.
10   Q.  And he was also the president of the DLC.
11 Is that correct?
12   A.  Right.
13   Q.  At the same time?
14   A.  Um-hmm.
15   Q.  Now how about Mr. Chuck Alston, are you
16 familiar with him?
17   A.  Yes.
18   Q.  Did he have a role with first the DLC at
19 that point in time?
20   A.  Not then.  No.  Chuck joined us in
21 sometime in the mid '90s.
22   Q.  Okay.  So Mr. Alston was not involved in
23 either the DLC or the PPI until the mid 1990s.  Is
24 that correct?
25   A.  I think that's right.  Don't hold me

**Page 40**

1  exact to that.  I can't remember what day he came
2  in.
3    Q.  All right.  All right.  Now did, early
4  on, once PPI was established, did PPI and DLC share
5  expenses at all in their operations?
6    A.  I'm trying to remember.  Not at first.
7  But then after about -- after a couple years PPI
8  became a project of DLC.  And, yes, we did at that
9  juncture.
10   Q.  Okay.  When you say it became -- PPI
11 became a project of DLC, what exactly do you mean b
12 that?
13   A.  Well, it had been organized under the
14 Progressive Foundation.  And we decided for ease of
15 operation and, you know, for financial support
16 reasons that it made sense to make PPI a project of
17 DLC.  And so that's what happened in about '91, if
18 I'm not mistaken.
19   Q.  So is it my understanding that when PPI
20 was first established, it was independent, if you
21 will of the DLC?
22   A.  Well, we were physically separated,
23 although then we did share the space.  Again I
24 cannot recall exactly when we moved into the new
25 digs.  But in any case, it was always clear that PPI

**Page 41**

1  was the think tank policy arm of DLC.
2    Q.  Okay.  And then if that is the case, then
3  what was the DLC's mission?
4    A.  Well, it was what it always was.
5    Q.  Which was what?
6    A.  To, you know, to develop -- to analyze
7  the political scene and realities and politics and
8  to develop different alternative ideas and a
9  governing view that would expand support for
10 progressive politics.
11   Q.  Now, once the PPI became a project of the
12 DLC, do I understand, Mr. Marshall, that you shared
13 common offices.  Is that correct?
14   A.  Yes.
15   Q.  And sometime in the early '90s is when
16 that happened as I understand it.  Is that correct?
17   A.  Yes.
18   Q.  Just to give me a time frame?
19   A.  I think that's right.
20   Q.  Did you have common employees once that
21 situation occurred?
22   A.  Yes.  I think some people worked on --
23 with both entities.
24   Q.  And they were all located in the same
25 physical office then.  Is that correct?

William Marshall

February 8, 2006

Washington, DC

Page 42

1    A.    Yes.
2    Q.    And how about the salaries of those
3    individuals?  How were they -- who paid those
4    salaries of those individuals who worked for both
5    entities?
6    A.    Well, it was a time allotment deal where
7    you, you know, you reported how much time you had
8    spent working on a PPI activity or how much time you
9    spent working on DLC, and you were paid accordingly.
10    Q.    So to the extent an employee would work
11    for PPI, that time would be charged to PPI and paid
12    salary accordingly.  Is that correct?
13    A.    Yes.  There are over time, you know, the
14    DLC has provided some subsidy to PPI, which it's
15    permitted to do, and so that also happens.
16    Q.    Okay.  Let's focus in on that subsidy.
17    Approximately when did DLC begin supplying a subsidy
18    to the PPI?
19    A.    Well, you know, I don't really know.  I
20    would have to go back and look at every year's
21    financials, which I haven't done.  And it didn't
22    always happen.  That is some years, many years PPI's
23    fundraising was such that it didn't need one.  Some
24    years we came up a little short and DLC could
25    provide a subsidy.

Page 43

1    Q.    And so then how was it that you -- what
2    PPI would then go to DLC in a certain year and say
3    we need money; can you help us out?  Is that how
4    that worked?
5    A.    Well, we would just look at the books and
6    determine that we weren't going to, you know, have a
7    balanced budget, we would say.  This is a shortfall.
8    Q.    Okay.
9    A.    They would mean it.
10    Q.    Did DLC always meet the shortfall that
11    you asked them for?
12    A.    Yes.  Again, it didn't happen always but
13    when it happened --
14    Q.    And how much money, say in a given year,
15    do you recall a specific --
16    A.    Sorry, I don't know.
17    Q.    You don't remember.  Okay.  Okay.  Good.
18    Now, how was it determined, well, strike that.
19          What was the criteria that was used with
20    respect to the employees as to when they would work
21    for PPI and when they would work for the DLC?
22    A.    I am not sure I follow what you mean.
23    Q.    Well, let's take a particular employee.
24    Let's say when Mr. Alston came on board, you said in
25    the mid 1990s, okay.  He came on board as an

Page 44

1    employee of the PPI or an employee of the DLC?
2    A.    I believe Chuck came on -- Chuck came on
3    as a DLC employee.
4    Q.    Okay.
5    A.    And he was charged with magazines.  He
6    was I think trying to put together particularly
7    there were -- strengthen the magazine at the DLC.
8    So I believe he started at DLC.
9    Q.    And then did he do some work for the PPI?
10    A.    Yes.  I mean, he did.
11    Q.    And now how was it determined when he
12    would work for the PPI and when for the DLC?
13    A.    Well, just as necessary.
14    Q.    Okay.  Who determined that?
15    A.    Well, it was collectively determined, I
16    guess.  I think Chuck saw it as his job or part of
17    his job to figure out, you know, how to make -- how
18    to improve communications and coordination, you
19    know, of various activities.
20    Q.    Okay.  Now, did you yourself perform some
21    work, Mr. Marshall, for the DLC while you were
22    president of the PPI?
23    A.    Yes.
24    Q.    Okay.  And then what type of work did you
25    perform?

Page 45

1    A.    Well, all kinds of things.  I helped with
2    the magazines, serving editor for -- there had been
3    two magazines over there.  I did that, writing
4    articles.  Sometimes called in, helped strategize on
5    meetings and conferences and events and public, you
6    know, public -- appearing in public fora and events.
7    Q.    Okay.  Now, what were the two magazines
8    that you served as editor on?
9    A.    Well, I mean, I was one of the editors.
10    Q.    Right.
11    A.    There's the New Democrat, which is
12    defunct now and then Blueprint Magazine.
13    Q.    Okay.  All right.  So when you performed
14    services as an editor of those magazines, you were
15    wearing your PPI hat.  Is that what I understand?
16    A.    Well, I was -- I don't know.  I guess so.
17    I mean, I was just asked to help in the editing and
18    also contribute articles.  And I did.
19    Q.    Okay.  Now, when you performed the work
20    as editors for those two magazines of the DLC, were
21    you paid out of funds from the PPI or were you paid
22    out of funds from the DLC?
23    A.    Well, the time would be allotted.  A time
24    would be allotted and they would pay accordingly.
25    Q.    So is it fair to say that your time would

12 (Pages 42 to 45)

William Marshall                                              February 8, 2006

Washington, DC

---

Page 46

1   be allocated as between the two entities for salary
2   purposes?
3       A.   Um-hmm.
4       Q.   Is that correct?
5       A.   Yes.
6       Q.   Okay.  Were there guidelines in place to
7   determine how your time and subsequently your salary
8   would be allocated?
9       A.   No, not formal guidelines.
10      Q.   All right.  And how did the
11  organizations determine how much you would be paid
12  from each budget for the work that you did for each
13  entity?
14      A.   Well, it was essentially a matter of, you
15  know, of being the foundation board would approve my
16  salary.  And the the -- then we would just allocate
17  the time, you know, accordingly as to how it was
18  spent on, you know, working through which
19  institution.
20      Q.   Did you maintain time sheets in order
21  to --
22      A.   Yes.
23      Q.   -- determine how much -- you did.  Okay.
24  And then what did you do with the time sheets?  You
25  turned them into somebody, administrative people?

---

Page 47

1       A.   Um-hmm.  (The witness nods.)
2       Q.   All right.
3           MR. BAUER:  Answer for the record.
4       A.   I'm sorry.  Yes.
5       Q.   Okay.  Now, did the DLC and the PPI, did
6   they have -- did they conduct fundraisers during
7   this time period or raise funds for these
8   organizations?
9       A.   Yes.
10      Q.   Were they joint fundraisers or were they
11  individual fundraisers; how did they work?
12      A.   Well we, yes, we did joint fundraising
13  activities.  And so, you know, we would generally
14  try to raise money for both entities.
15      Q.   Okay.  Now, let's say you had a joint
16  fundraising activity that was set up to try to raise
17  funds.  Were the donors who would give money, were
18  they aware as to which particular entity their
19  donations would be attributed to?
20      A.   Yes.  It was always their decision.
21      Q.   Okay.  All right.  Do you recall what
22  type of fundraisers that you had during that time?
23      A.   Well, I mean, typically there would be
24  dinners and -- but a lot of it, again, was personal
25  and individual fundraising.  But we have a lot of

---

Page 48

1   dinners.
2           When we go to a town, some friend will
3   put together people who are interested and want to
4   hear about what we are doing.  And we'll have a
5   dinner with them to talk about it.
6       Q.   Okay.  And then the individual donor can
7   designate where, to which entity it wanted to
8   contribute.  Is that correct?
9       A.   Um-hmm.
10      Q.   Yes?
11      A.   Yes.  I'm sorry.  I keep forgetting.
12  Yes.
13      Q.   Okay.  Now just fill me in a little bit
14  about what currently -- strike that.  In the years
15  1997, 1998 and 1999 you were still president, and
16  you are today, of the PPI?
17      A.   Yes.
18      Q.   What are your duties and responsibilities
19  as president of the PPI?
20      A.   To oversee the policy research analysis
21  and production at PPI, to represent the organization
22  in a public forum and at events.
23      Q.   Okay.  Now, during those years, '97, 98,
24  '99, what was the relationship between the PPI and
25  the DLC?

---

Page 49

1       A.   Ninety-seven, ninety-eight, ninety-nine?
2       Q.   Ninety-seven, ninety-eight, ninety-nine.
3       A.   Well, it was I'd say I believe in, I
4   believe it was '97 when PPI became a project of the
5   Progressive Foundation, whose name later changed.
6   But essentially we continued to operate, you know,
7   the same general ways.
8       Q.   That you have described here today?
9       A.   Um-hmm.
10      Q.   Just for you understand, '97, '98 and '99
11  are the years at issue in this particular suit,
12  which is why I'm focusing the questions there.  Do
13  you understand?
14      A.   Yes.
15      Q.   Now, in those three years, was Mr. From
16  still on the board of PPI as well as being president
17  of the DLC?
18      A.   Board of the foundation.
19      Q.   Okay.  Now, how about Mr. Alston?  Was he
20  affiliated with both organizations?
21      A.   He was, yes.
22      Q.   And what was his position first with the
23  DLC at that point in time?
24      A.   I believe he took on the title of
25  Executive Director, but I can't recall exactly when.

William Marshall                                                    February 8, 2006
Washington, DC

---

Page 50

1    Q.  Okay.  And then did he have a position, a
2  formal position with the PPI?
3    A.  Well, yes.  He essentially was performing
4  the same function for both entities.
5    Q.  Both entities.
6    A.  Yes.
7    Q.  When you say same function, what were his
8  duties and responsibilities first as Executive
9  Director of the DLC?
10   A.  Well, I really couldn't speak to them as
11  much because he did that with DLC.  I can speak more
12  to working with us.
13   Q.  Well, then tell me what his duties and
14  responsibilities were as Executive Director of PPI
15  then?
16   A.  Well, I mean, we worked together to make
17  sure that products were coming out on time, that
18  staff issues were dealt with; we were hiring people
19  and letting them go as proved necessary, and that we
20  were meeting deadlines for, you know, projects and
21  work and raising the money we needed to keep the
22  organization going.
23   Q.  Approximately how much of Mr. Alston's
24  time was spent on PPI matters in those particular
25  years?

Page 51

1    A.  I don't know precisely but substantial
2  amounts of time.
3    Q.  More than half or less than half?
4    A.  Probably less than half but I, again,
5  it's hard for me to exactly quantify it.
6    Q.  Now, with respect to Mr. From during
7  these particular three years, approximately how much
8  of his time did he spend on PPI matters as opposed
9  to DLC matters, from what you recall?
10   A.  I, you know, it's hard again to give you
11  a precise number.  It's -- he spent a substantial
12  amount of his time on PPI foundation business.
13   Q.  And just so I understand it, in these
14  three years was PPI and DLC housed in the same
15  office building?
16   A.  Yes.
17   Q.  Okay.  And you shared certain -- you
18  shared office expenses.  Is that correct?
19   A.  Yes.  In some cases.
20   Q.  Well, what do you mean in some cases?
21   A.  Well, I mean, you know, I think that what
22  I mean by that is I think some employees did double
23  duty as we've already talked about, you know, media
24  people helped to promote the products of both
25  entities and development people helped fundraising

Page 52

1  for both?
2    Q.  So there was some employees who had --
3  who did duties for both entities?
4    A.  Yes.
5    Q.  And they were housed in the same
6  building?
7    A.  Yes.
8    Q.  And they were paid according to an
9  allocation as to how much they worked for PPI versus
10  DLC?
11   A.  Yes.
12   Q.  Okay.  Very good.  Let's take a break now
13  and then I want to show you some documents.  Okay?
14   A.  Okay.
15   Q.  Can we take a ten-minute break?
16              - - -
17          (Recessed at 10:30 a.m.)
18          (Reconvened at 10:43 a.m.)
19              - - -
20   BY MR. MARTINEAU:
21   Q.  Mr. Marshall, just so I understand, you
22  described the PPI as the affiliated think tank of
23  the DLC.  Is that correct?
24   A.  Yes.
25   Q.  Now, the DLC then, based on your

Page 53

1  description of their activities, may it be fairly
2  described as an advocacy organization or an action
3  organization?
4    A.  Well, action organization --
5        MR. BAUER:  That's a legal --
6    BY MR. MARTINEAU:
7    Q.  That's a legal term.  Advocacy
8  organization, is that a fair description based on
9  what you have told me the DLC does as to -- as a
10  description of the DLC?
11   A.  Well, it certainly advocates ideas.
12   Q.  Okay.  You indicated that, and I just
13  want to make sure the record is clear on this so I
14  understand, that the activities that DLC performed
15  were to try to attract public figures; correct?
16   A.  Well, that was part of what the DLC is.
17   Q.  And you also were trying to reach out to
18  disaffected Democrats who were concerned --
19   A.  Yes.
20   Q.  -- that Democrats were getting beat badly
21  in presidential elections; correct?
22   A.  Yes.
23   Q.  Now those activities you would not
24  describe as being think tank activities; would you?
25   A.  Well, what I mean is that we were trying

14 (Pages 50 to 53)

William Marshall                                                February 8, 2006
Washington, DC

Page 54

1  to, yes, in a sense because we are trying to develop
2  the ideas that can appeal to voters who are
3  otherwise -- who have either abandoned, you know,
4  have either defected to the Republican party or are
5  thinking about it.
6      Q.  What is your definition of a think tank
7  as you are using it here today?
8      A.  Well, I think a think tank traffics with
9  ideas.  It develops analyses based on research, we
10 hope, to frame arguments about what sort of policies
11 and political approaches are successful.
12     Q.  Okay.  A think thank, you would agree
13 with me, conducts research.  That's one of its main
14 functions; correct?
15     A.  Yes.
16     Q.  And then a think tank also publishes
17 policy analysis or magazines of that nature or it
18 publishes those ideas based on that research?
19     A.  Yes.
20     Q.  Now the DLC and the activities that you
21 have described earlier, the DLC was not operating as
22 a think tank in the manner that you have just
23 described, if I understood you correctly?
24     A.  No.  I didn't say that.
25     Q.  Okay.

Page 55

1      A.  I think it was.  In other words,
2  particularly, you know, before PPI, I was there
3  doing policy work, it certainly was, and afterwards,
4  because the magazines which are very important
5  vehicles for the ideas, have been run by DLC.
6      Q.  Okay.  Who supplied the content for those
7  magazines that was -- that were published by the
8  DLC?
9      A.  Well, a lot of people.  Certainly we did.
10 That is the PPI folks were often asked to
11 contribute, but a lot of outside writers were
12 recruited, and DLC people.
13     Q.  Okay.  So as far as let's look at The New
14 Democrat Magazine, just so I understand, some of the
15 content, some of the articles of the magazine came
16 from the PPI.  Is that correct?
17     A.  Yes.
18     Q.  Okay.  And some of the articles came from
19 individuals that were employees of DLC.  Is that
20 correct?
21     A.  Yes.
22     Q.  And some of the articles were contributed
23 by third parties that were not associated either
24 with the DLC or the PPI.  Is that correct?
25     A.  Yes.

Page 56

1      Q.  Now, with respect to the individuals who
2  were not associated with the DLC or the PPI, were
3  they paid when they contributed an article?
4      A.  It depends on which one you are talking
5  about.  In the early days, probably not, and
6  particularly if they contributed to the New Democrat
7  or its precursor.  But when Blueprint came along,
8  they had more budget and they began to pay writers.
9      Q.  Okay.  All right.  So is it your
10 testimony that when DLC was first established,
11 before PPI was established, that the DLC was
12 operating as a think tank to a certain extent?  Is
13 that what your testimony is?
14     A.  My testimony is that idea development and
15 analysis policy and political research development
16 and analysis were -- had been happening at DLC since
17 its inception.
18     Q.  And then when PPI was established in
19 1989, did DLC's role with respect to policy
20 development change in any way?
21     A.  Not really, except that we wanted to
22 concentrate, you know, PPI was an effort to ramp up
23 the intellectual capacities of our movement.
24     Q.  Okay.  If DLC was operating as you say
25 from 1985 until 1989 as a type of think tank, why

Page 57

1  was it necessary to establish the PPI?
2      A.  Well, we wanted to get first of all more
3  bona fide scholars in, of the type that are
4  attracted to work in think tanks.  And we wanted to
5  have an entity that competed in the world of think
6  tanks, policy centers.
7      Q.  Okay.  So when PPI came into existence,
8  then DLC continued the activities that you have
9  described here today about reaching out to
10 disaffected Democrats to try to attract people to be
11 part of the DLC.  Is that right?
12     A.  Yes.
13     Q.  Okay.  Now, you mentioned earlier a
14 reference to the Progressive Foundation; correct?
15     A.  (The witness nods.)
16     Q.  What is the Progressive Foundation, sir?
17     A.  Well, the Progressive Foundation is the
18 501(c)(3) entity created in 1989.  And that entity
19 has been continuous since then but has had different
20 names.  It's now a third waive, actually.
21     Q.  Now, who created, who were the founders
22 of the Progressive Foundation?
23     A.  We talked about this earlier, Al From,
24 myself, Michael Steinhardt and others who were named
25 as trustees.

1111 14th Street, NW Suite 400        Alderson Reporting Company        Washington, DC 20005
1-800-FOR-DEPO

William Marshall                                                    February 8, 2006
Washington, DC

Page 58

1    Q.   Okay.  Is the Progressive Foundation the
2  same entity as the Progressive Policy Institute that
3  we've been discussing?
4    A.   No.  As I said earlier, the PPI was
5  originally a project of the Progressive Foundation,
6  became a project of the DLC in '91, I believe, and
7  then went back under the foundation, what year was
8  it, I don't remember.  I'll have to check.
9    Q.   Well, I'm going to show you some
10 documents that might refresh your recollection.
11   A.   Okay.  Right.
12   Q.   I just want to get the overall picture
13 here.  So in 1991, just putting us back in the
14 place, so I understand, was there a Progressive
15 Foundation, a C(3), and a PPI C(3)?  Are we talking
16 two separate --
17   A.   No.  They were one.
18   Q.   They were one.  And then the DLC was in
19 existence of course at this time?
20   A.   Yes.
21   Q.   Okay.  Let's look at some documents to
22 help clarify this, because it's unclear.  Let's go
23 to Exhibit Number 2, if you will, in your book.
24          - - -
25          (A document was marked as Deposition

Page 59

1  Exhibit Number 2)
2          - - -
3      BY MR. MARTINEAU:
4    Q.   And I believe I have these exhibits in
5  chronological order, so we can follow it.  And I
6  want you to -- ask if you could just identify
7  Exhibit Number 2.  And I can help you here, if you
8  want, just to move the deposition along.
9      Will you go ahead and identify that?
10   A.   Well, it's a letter to the Progressive
11 Policy Institute from the IRS.
12   Q.   So this is a letter dated May 22, 1989;
13 correct?
14   A.   Yes.
15   Q.   And it's from the Internal Revenue
16 Service to the Progressive Policy Institute; right?
17   A.   Right.
18   Q.   And it has to do with the PPI's proposed
19 tax exempt status under C(3) of the code.  Is that
20 correct?
21   A.   Well, I haven't had a chance to read it,
22 but that appears to be what it's about.
23   Q.   And the service here in this letter is
24 asking for additional information so it can make a
25 determination whether to grant C(3) status to the

Page 60

1  Progressive Policy Institute?
2    A.   That appears to be the case.
3    Q.   Have you seen this letter before?
4    A.   I'm not sure, to be honest.  There were
5  some documents I reviewed, and this may have one of
6  them.
7    Q.   Okay.  Documents that you reviewed in
8  preparation for this deposition?
9    A.   Yes.
10   Q.   Okay.  Let's go the Exhibit Number 3
11 then.  Can you identify this document for me?
12          - - -
13          (A document was marked as Deposition
14 Exhibit Number 3)
15          - - -
16   A.   Well, it's a letter to the IRS from our
17 attorneys.
18   Q.   Okay.
19   A.   June 8, 1989.
20   Q.   All right.  Now this letter, does it not,
21 responds to that earlier IRS letter asking for
22 information about the activities of the Progressive
23 Policy --
24   A.   Yes.
25   Q.   Isn't that correct?

Page 61

1    A.   Yes.
2    Q.   All right.  Good.  And this letter
3  supplies information as to what those activities
4  would be; correct?
5    A.   Yes.
6    Q.   Okay.  And where it says paragraph 1,
7  description of activities, it says the institute is
8  organized to conduct and promote research study and
9  analysis relating to innovative approaches and
10 solutions to a broad array of domestic and
11 international policy, public policy.  Do you see
12 that?
13   A.   Yes, I do.
14   Q.   And then in the next paragraph it
15 explains how those objectives would be achieved.  Do
16 you see that?
17   A.   Yes, I do.
18   Q.   It sets forth several items, publishing
19 policy, studies, convening public forums and debates
20 are the two major activities that they describe
21 here; correct?
22   A.   Yes.
23   Q.   Is that consistent with your
24 understanding of what the PPI's activities were?
25   A.   Yes, it is.

16 (Pages 58 to 61)

William Marshall                                                    February 8, 2006

Washington, DC

---

Page 62

1    Q.   And then it says that the institute plans
2 to sponsor a quarterly journal.  Do you see that?
3    A.   I do.
4    Q.   And what was the name of that quarterly
5 journal?
6    A.   That never got off the ground.  That was
7 a plan that didn't happen.
8    Q.   Okay.  And then it says be a scholars
9 fellowship program.  Do you see that?
10   A.   Yes.
11   Q.   Did that fellowship program ever get off
12 the ground?
13   A.   Yes.
14   Q.   What was the title of that scholarship
15 program?
16   A.   Well, we have the PPI fellows, a variety
17 of affiliated scholars.
18   Q.   So are those scholars invited to
19 participate and work for the PPI?
20   A.   Yes.
21   Q.   Are they full-time scholars or do they
22 just make contributions?
23   A.   They are people we call on from time to
24 time to make contributions.
25   Q.   Okay.  Good.  And are they compensated

---

Page 63

1 for the contributions?
2    A.   Mostly not.  Sometimes, yes.
3    Q.   Okay.  Good.  All right.  And then
4 subparagraph C or part C says -- makes reference to
5 a practitioners fellowship program.  What program is
6 that?
7    A.   That apparently means -- I think the
8 thought there was to try to bring people in who were
9 doing things out on the front lines, you know,
10 running innovative products around the country.  And
11 again I think that's something that we didn't quite
12 realize.
13   Q.   And let me just reference you to another
14 page here?
15        MR. BAUER:  Can I just --
16        MR. MARTINEAU:  Absolutely.
17        MR. REESE:  Can we go off the record?
18             - - -
19        (Discussion off the Record)
20             - - -
21        BY MR. MARTINEAU:
22   Q.   The service asked for some documents
23 about C(3), and then you guys provided some
24 information, and ultimately they gave you your
25 (C)(3), and they haven't challenged it, since you

---

Page 64

1 guys are good with the service.  But as we get
2 further into this, some other nuances that it's not
3 clear what this structure -- where PPI stands
4 today.
5        MR. BAUER:  Okay.
6        BY MR. MARTINEAU:
7    Q.   Post '97.  So I am not trying to trick
8 you.
9    A.   I understand.
10   Q.   I just want to have a record.
11   A.   I'm just trying to remember.
12   Q.   I understand.  If you don't remember,
13 it's okay.  As your counsel said, I don't remember.
14 Don't guess.  It's not a test.
15        We are still back on the record,
16 referencing Number 3, Exhibit 3, page DLC 00071,
17 this is the letter that was the responsive letter
18 from the PPI to the service requesting information
19 about the proposed C(3) tax exempt status of PPI.
20 And I want you to reference that.
21   A.   Were are we?
22        MR. BAUER:  Is this a response from
23 counsel?
24        MR. MARTINEAU:  Yes.  It's Number 3.
25        THE WITNESS:  Which page.

---

Page 65

1        MR. BAUER:  Seventy-one.
2        BY MR. MARTINEAU:
3    Q.   Seventy-one.  There's a reference here to
4 the institute's staff.  The letter is describing the
5 staff.
6    A.   Yes.
7    Q.   Okay.  And it says that Alvin From was
8 going to be serving as the vice chair of the
9 institute; correct?
10   A.   Right.
11   Q.   And his duties would involve management
12 and administration of the corporation's affairs;
13 correct?
14   A.   Right.
15   Q.   And if you look at next page, it made
16 reference to what percentage of time he was
17 intending to devote to PPI activities.  Do you see
18 that?
19   A.   I do.
20   Q.   And it indicates that it would be less
21 than 50 percent of the time that he would devote to
22 the institute's activities; correct?
23   A.   No.  It says no less than.
24   Q.   No less than.  Okay.  So, and I asked you
25 earlier if you could recall approximately how much

---

17 (Pages 62 to 65)

Page 66

1  time Mr. From dedicated to PPI affairs versus DLC
2  affairs; correct?
3      A.   Right.
4      Q.   Does this refresh your recollection as to
5  how much time he devoted?
6      A.   Well, no, it just tells me what this, you
7  know, what this said. I just couldn't account for
8  his time, sir.
9      Q.   Understand. And this document indicates
10 that his salary would be $72,000?
11     A.   Yes, it does.
12     Q.   And that would be $72,000 from PPI's
13 budget; correct?
14     A.   From the foundation's.
15     Q.   From the foundation's budget; correct?
16     A.   Correct.
17     Q.   And then presumably the balance of his
18 time he would be spending on DLC affairs; correct?
19     A.   Correct.
20     Q.   And he would get paid a salary from DLC
21 for that time. Is that correct?
22     A.   Yes.
23     Q.   And that's consistent with what you
24 talked about the allocation of the salaries based on
25 the time spent working for each entity. Is that

Page 67

1  correct?
2      A.   Yes.
3      Q.   And, secondly, there's a reference to you
4  here as being president of the foundation; correct?
5      A.   Right.
6      Q.   And it said that you would spend 100
7  percent of your time as in that position for the
8  foundation; correct?
9      A.   Yes.
10     Q.   And you'd be paid a sum of $75,000;
11 correct?
12     A.   Yes.
13     Q.   Is that what your initial salary was when
14 you started at PPI?
15     A.   I think so. Yes.
16     Q.   Okay. Let's go to Number 4 here. Can
17 you identify this document for me?
18              - - -
19         (A document was marked as Deposition
20 Exhibit Number 4)
21              - - -
22     A.   This is a letter to the IRS from my
23 counsel.
24     Q.   And your counsel is, for the record, it's
25 B. Holly?

Page 68

1      A.   Schadler.
2      Q.   Schadler, correct?
3      A.   Yes.
4      Q.   And this is a letter dated June 8, 1989;
5  correct?
6      A.   Correct.
7      Q.   And this is a letter asking the service
8  to provide expeditious treatment of the institute's
9  Form 1023's application for exempt status; correct?
10     A.   Yes.
11     Q.   And one of the reasons for the request
12 for expeditious treatment is that the institute has
13 an opportunity to receive a $500,000 grant from RJR
14 Nabisco Foundation. Do you see that?
15     A.   I do.
16     Q.   Do you recall whether RJR Nabisco made
17 such a contribution?
18     A.   They made a very large contribution.
19 Yes.
20     Q.   Do you know if they made it as a
21 contribution to the DLC?
22     A.   I don't know.
23     Q.   So when I asked you earlier about the
24 sources of financing and funding for the PPI, one of
25 those sources would be foundation grants. Is that

Page 69

1  correct?
2      A.   Yes. Yes.
3      Q.   Are foundation grants one of the
4  fundraising tools that the PPI used?
5      A.   Yes.
6      Q.   To try to finance its operation?
7      A.   Yes.
8      Q.   In addition to the ones you have already
9  testified to; correct?
10     A.   Right.
11     Q.   Did the DLC go out and seek foundation
12 grants to help fund its activities?
13     A.   I don't know.
14     Q.   Okay. Now, these two documents here that
15 we've referenced indicated. Particularly Number 3.
16 That you would be spending 100 percent of your time
17 at the Progressive Policy Institute; correct?
18     A.   Correct.
19     Q.   Now, subsequently, if I understood you,
20 you in fact worked for the DLC for a certain
21 percentage of the time. Is that correct?
22     A.   Later. Yes.
23     Q.   And when you say later, what was the time
24 frame?
25     A.   Well, I can't exactly recall. You know

18 (Pages 66 to 69)

William Marshall                                                    February 8, 2006
Washington, DC

---

Page 70

1  when we started PPI, we were 100 percent trying to
2  get the thing up and rolling. And the period that I
3  talked about where I was contributing to DLC
4  documents was more in the mid -- early '90s through,
5  all through the '90s.
6      Q.  And so when you say contributed
7  documents, you mean you wrote some content?
8      A.  Yes.
9      Q.  That was ultimately published under the
10  DLC banner. Is that right?
11      A.  Right.
12      Q.  Okay. Now, I want you to reference
13  Number 5. And Number 5 is not -- and I don't think
14  this is in dispute, this is the bylaws of the
15  Progressive Policy Institute; correct?
16                    - - -
17          (A document was marked as Deposition
18  Exhibit Number 5)
19                    - - -
20      A.  Correct.
21      Q.  Now, the time frame we are talking here
22  is still back in 1989; correct?
23      A.  Yes.
24      Q.  And the C(3) entity was known as the
25  Progressive Policy Institute as it's reflected in

---

Page 71

1  the bylaws; correct?
2      A.  Well, the Progressive Policy Institute as
3  I recall was a product of the Progressive
4  Foundation.
5      Q.  It was a what?
6      A.  It was -- what I'm trying to remember is
7  whether PPI was the original C(3) name or was it
8  Progressive Foundation.
9      Q.  Well, let's look at some documents that
10  might help you refresh your recollection. Let's go
11  to Number 6.
12                    - - -
13          (A document was marked as Deposition
14  Exhibit Number 6)
15                    - - -
16          BY MR. MARTINEAU:
17      Q.  Take your time and look at -- can you
18  first identify that document for us?
19      A.  Yes. That is a memo to me from Holly
20  Schadler.
21      Q.  And it's dated November 14, 1991;
22  correct?
23      A.  Right.
24      Q.  And it references the Progressive
25  Foundation, Inc. as a tax exempt entity under

---

Page 72

1  Section 501(c)(3) of the code; correct?
2      A.  Correct.
3      Q.  And it's -- and attached to it is a
4  certificate of amendment to a name change?
5      A.  That's right. Okay.
6      Q.  Okay. So let's go back to 1991. Okay.
7  Just put yourself back in that time frame so I can
8  understand. You testified originally that the
9  Progressive Policy Institute was established as a
10  C(3) back in 1989; okay?
11      A.  Right.
12      Q.  And then in 1991, was there a change in
13  the name of the Progressive Policy Institute?
14      A.  Yes. Well, there was a change in the
15  name of the tax-exempt entity.
16      Q.  Okay.
17      A.  From Progressive Policy Institute to
18  Progressive Foundation.
19      Q.  Okay. All right. And why was the name
20  of the C(3) entity changed from the Progressive
21  Policy Institute to the Progressive Foundation in
22  1991?
23      A.  Because we had made -- that's when we
24  made the PPI a project of the DLC.
25      Q.  Okay. So starting in '91, PPI was a

---

Page 73

1  project of the DLC?
2      A.  Yes.
3      Q.  And when you say a project of the DLC,
4  what do you mean by that?
5      A.  I mean that it was a part of, you know,
6  an outgrowth of the entity.
7      Q.  Is it fair to say it was under the
8  umbrella of the DLC at that point in time?
9      A.  Yes.
10      Q.  But it was still a separate C(3) entity,
11  if I understand; correct? Or it was a C(3) entity?
12      A.  Well, no. The Progressive Foundation was
13  a C(3) entity.
14      Q.  Okay. Well, what was the PPI?
15      A.  It was a project of the DLC.
16      Q.  And it was not a C(3) entity?
17      A.  No. At that point, after this point it
18  would have been part of the -- it would have
19  presumably been part of the DLC.
20      Q.  Okay. Well --
21          MR. BAUER: Would it be helpful here,
22  counsel.
23          MR. MARTINEAU: Yes.
24          MR. BAUER: If we proffered --
25          MR. MARTINEAU: Yes, sir.

19 (Pages 70 to 73)

William Marshall

Washington, DC

February 8, 2006

Page 74

1    MR. BAUER: Since we are asking to get
2    into the organizational legal details.
3    MR. MARTINEAU: Yes, sir.
4    MR. BAUER: And we'd be more than happy
5    to provide you in some other context with
6    information that perhaps others with more
7    familiarity with these events could speak to more
8    clearly. Will is not an attorney, and it wasn't
9    really his responsibility to set up the
10   organizational structures by which this was done.
11   MR. MARTINEAU: Understand.
12   MR. BAUER: Here's what will help to get
13   you to your answers, is someone who can actually
14   answer the questions.
15   MR. MARTINEAU: Well, here's what we'll
16   do. I'm going to go through with him and just get
17   his understanding because there are some more
18   documents that might enlighten that. And then there
19   are other witnesses who may be able to address that
20   issue as well. And then I am going to question
21   them.
22   I just would like to know what his
23   understanding is because it's confusing and I need
24   to know that.
25   MR. BAUER: Right. My only concern is I

Page 75

1    don't want to equate his understanding with, for
2    example, the legal structure as it was set up in
3    fact. So I wouldn't want the record to suggest that
4    what you are doing is taking factual testimony about
5    how the legal structure was mapped. Is that fair?
6    MR. MARTINEAU: Yes, that's fair. And
7    that's why I said his understanding as opposed to a
8    legal conclusion on it. But I think we are in
9    agreement with that.
10   MR. BAUER: Very good. Thank you.
11   MR. MARTINEAU: Thank you.
12   BY MR. MARTINEAU:
13   Q.   Let's go to Document Number 7. And the
14   text two documents might help clarify this as to
15   your understanding. Can you look at Document Number
16   7.
17       - - -
18   (A document was marked as Deposition
19   Exhibit Number 7)
20       - - -
21   A.   Yes.
22   Q.   And can you describe what Document Number
23   7 is?
24   A.   It appears to be an agenda for the
25   meeting of the board of directors, March 18, 1997.

Page 76

1    Q.   Is this the board of directors of the DLC
2    or the PPI?
3    MR. BAUER: If you don't know, you don't
4    know.
5    A.   Yeah, I'm not sure.
6    Q.   Okay. Well, let's go to the next page.
7    The page after that there's a reference to the
8    bylaws of the Progressive Foundation, Inc., Exhibit
9    A, 3/18/97.
10   A.   Yes.
11   Q.   Have you seen that particular document
12   before?
13   A.   Yes, though I think it was a long time
14   ago.
15   MR. BAUER: Where is the date, I'm sorry,
16   that you referred to?
17   MR. MARTINEAU: It's in the left-hand
18   corner where it says bylaws, Exhibit A 3/18/97.
19   MR. BAUER: Oh, I must be on the wrong
20   page. We found it. Thank you.
21   BY MR. MARTINEAU:
22   Q.   So you don't know if this is the board of
23   directors of the DLC or of the foundation. Is that
24   correct?
25   A.   Right. Well, this is, you mean, this is

Page 77

1    the board directors of the foundation.
2    Q.   Okay.
3    A.   Obviously.
4    Q.   All right.
5    MR. BAUER: By which you mean,
6    incidentally, that the document you are now looking
7    at --
8    THE WITNESS: Is the resolution of the
9    board of directors.
10   MR. BAUER: But the question about the
11   first document, which is an agenda document, you
12   cannot identify.
13   THE WITNESS: Well, I am not sure.
14   MR. MARTINEAU: Very good. Let's go to
15   Number 8. And that might help clarify this.
16   BY MR. MARTINEAU:
17   Q.   Can you identify for me the document that
18   has been premarked as Exhibit Number 8?
19       - - -
20   (A document was marked as Deposition
21   Exhibit Number 8)
22       - - -
23   A.   It's a memorandum to me and Al From from
24   Chuck Alston dated 16 May, 1997.
25   Q.   Okay. And what's the subject matter of

20 (Pages 74 to 77)

William Marshall                                                February 8, 2006
Washington, DC

**Page 78**

1    the --
2        A.   Transfer of the Progressive Policy
3    Institute from Democratic Leadership Council to
4    Progressive Foundation.
5        Q.   And have you seen this document before?
6        A.   Yes.
7        Q.   And take your time and look at it. Does
8    this document refresh your recollection as to the
9    relationship between the Progressive Policy
10   Institute, the Democratic Leadership Council and the
11   Progressive Foundation?
12       A.   Right. Yes.
13       Q.   Okay. Now, can you just explain to me
14   the structure of and the relationship between the
15   three entities referenced in this document as of May
16   16, 1997, just explain to me in your own words what
17   you understand the relationship was?
18       MR. BAUER: Pardon me. I just want to be
19   very clear. I apologize. Are you asking him, since
20   he's already testified to what his understanding
21   was, are you asking him to affirm from his own
22   recollection what this document states or to simply
23   recapitulate for the record what this document
24   states.
25       Because the document is now one he's read

**Page 79**

1    written by somebody else.
2        MR. MARTINEAU: Yes, it is.
3        MR. BAUER: And reflects somebody else's
4    understanding of the structure.
5        MR. MARTINEAU: Right.
6        MR. BAUER: I don't want him to adopt
7    that as his own, unless it is his own independent
8    recollection.
9        BY MR. MARTINEAU:
10       Q.   I want know what your independent
11   recollection is of having read this document, what
12   the relationship between those three entities is?
13       A.   Well, my understanding is that the PPI
14   was created in '89, 501(c)(3) status, that that
15   entity was renamed Progressive Foundation in '91.
16   PPI became, as I said earlier, a project of DLC.
17   And then in -- apparently according to this
18   document, '97, PPI once again became part of the
19   Progressive Foundation.
20       Q.   Okay. Very good. And do you recall what
21   was the rationale for the structure that you just
22   described?
23       A.   Let me finish reading this.
24       MR. BAUER: Take your time.
25       MR. MARTINEAU: Take your time.

**Page 80**

1        A.   Well, yeah, the idea was to simplify the
2    organizational structure, the three entities, three
3    brands, I should say, not three entities but three
4    brands. And the idea was to simplify and
5    consolidate PPI in the 501(c)(3) which had been its
6    original designation in the hopes that it could
7    support itself, stand on its own, raise enough money
8    to do that, but that we could consolidate the
9    activities of the Progressive Foundation and PPI
10   together in one entity to avoid confusion.
11       Q.   Okay. So after this transfer that was
12   being proposed here took place, the structure would
13   be you would have the DLC was a C(4) entity you have
14   testified to; correct?
15       A.   Yes.
16       Q.   And then you'd have the Progressive
17   Foundation would be another entity, and that is a
18   C(3) entity?
19       A.   Well, that already existed as a C(3).
20       Q.   That already existed as C(3). And then
21   PPI would be another C(3) entity or a project of the
22   Progressive Foundation?
23       A.   It would become a project of the
24   Progressive Foundation.
25       Q.   Okay.

**Page 81**

1        A.   And then go into its C(3) status.
2        Q.   Okay. So it would be -- is it fair to
3    say that at this point that the Progressive
4    Foundation would almost be like a holding
5    organization for the PPI? Does that make sense to
6    you?
7        A.   Yes. It's the -- it is the legal entity
8    of which PPI is a project.
9        Q.   So the C(3) entity would be the
10   Progressive Foundation; correct?
11       A.   Correct.
12       Q.   And then the PPI would be a project of
13   that C(3) entity; correct?
14       A.   Yes.
15       Q.   Okay. And you said that the Progressive
16   Foundation later took another name. Is that
17   correct?
18       A.   Yes.
19       Q.   What was the name that it later took?
20       A.   Third Way foundation.
21       Q.   And what was the reason for the change in
22   the name from Progressive Foundation to Third Way
23   Foundation?
24       A.   Well, we had entered into a very
25   interesting dialogue with leaders of other political

21 (Pages 78 to 81)