# Exhibit

# G

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF COLUMBIA

3       - - - - - - - - - - - - - - -X

4    DEMOCRATIC LEADERSHIP COUNCIL, :

5              Plaintiff,              :

6       V.                            :  No. 1:05-CV-1067

7    UNITED STATES,                   :

8              Defendant.             :

9       - - - - - - - - - - - - - - -X

10                       Washington, D.C.

11                       Thursday, March 9, 2006

12              Deposition of CAL DOOLEY, a witness

13   herein, called for examination by counsel for the

14   Defendant in the above-entitled matter, pursuant to

15   notice, the witness being duly sworn by PENNY M.

16   DEAN, a Notary Public in and for the District of

17   Columbia, taken at the offices of Food Products

18   Association, 1350 I Street, NW, Washington, D.C., at

19   2:00 p.m., Thursday, March 9, 2006, and the

20   proceedings being taken down by Stenotype by PENNY M.

21   DEAN, RPR, and transcribed under her direction.

22

23

24

25

Cal Dooley                                                                    March 9, 2006

Washington, DC

---

Page 2

```
1   APPEARANCES:
2
3       On behalf of the Plaintiff:
4           ROBERT F. BAUER, ESQ.
5           EZRA W. REESE, ESQ.
6           Perkins Coie, LLP
7           607 Fourteenth Street, NW
8           Washington, D.C. 20005-2011
9           (202) 434-1616
10
11      On behalf of the Defendant:
12          MICHAEL J. MARTINEAU, ESQ.
13          U.S. Department of Justice
14          P.O. Box 227
15          Ben Franklin Station
16          Washington, D.C. 20044
17          (202) 307-6483
18
19
20
21
22
23
24
25
```

Page 3

```
1            C O N T E N T S
2   WITNESS         EXAMINATION BY COUNSEL FOR
3   CAL DOOLEY      PLAINTIFF    DEFENDANT
4   By Mr. Martineau              4
5   By Mr. Bauer         48
6
7            E X H I B I T S
8   EXHIBIT NO.              PAGE NO.
9    127  Notice of deposition and subpoena     5
10   128  DLC update dated March 11th, 1997    15
11   129  DLC State Legislative Tool Kit from   24
12        Dooley
13   130  Memorandum to Dooley, Moran, and     28
14        Roemer from DLC
15   131  Invitation from DLC              35
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1
2   Whereupon,
3            CAL DOOLEY,
4   business address at Food Products Association, 1350 I
5   Street, NW, Washington, D.C., was called as a witness
6   by counsel for Defendant, and having been duly sworn
7   by the Notary Public, was examined and testified as
8   follows:
9       EXAMINATION BY COUNSEL FOR DEFENDANT
10          BY MR. MARTINEAU:
11      Q.   Good afternoon, Congressman.  By way of
12  background, first can you just state your name and
13  your current position for the record to get us
14  started?
15      A.   Sure, Cal Dooley, president and CEO of the
16  Food Products Association.
17      Q.   And you were formally a member of
18  Congress, you represented the 20th Congressional
19  District in California, correct?
20      A.   That is correct.
21      Q.   I will refer to you as Congressman Dooley
22  for purposes of the deposition, if you don't mind.
23      A.   That is fine.
24      Q.   Congressman Dooley, have you ever had your
25  deposition taken before?
```

Page 5

```
1       A.   No.
2       Q.   The procedure is I will ask you questions,
3   you will answer them, the court reporter will take
4   them down.  I will try not to interrupt you in your
5   answers and we have to make sure that we are clear so
6   that our reporter can take your testimony down.
7           First, you are here today pursuant to the
8   notice of deposition and subpoena that I served on
9   you which I will have the court reporter mark as
10  Exhibit 127, I believe that's what we're up to.
11          (Exhibit No. 127 was marked for
12              identification.)
13          BY MR. MARTINEAU:
14      Q.   Congressman Dooley, are you represented by
15  counsel today?
16      A.   No.
17      Q.   Now, are you familiar at all with the
18  lawsuit that we're here for, the Democratic
19  Leadership Council versus the United States?
20      A.   Very limited.
21      Q.   Yes.  We talked on the phone when we set
22  the deposition up, correct?
23      A.   Correct.
24      Q.   Have you talked to Mr. Bauer or Mr. Reese
25  about the substance of the lawsuit?
```

2 (Pages 2 to 5)

Cal Dooley

March 9, 2006

Washington, DC

---

**Page 6**

1     A.   I've talked to Mr. Bauer.
2     Q.   And when did you talk to Mr. Bauer?
3     A.   I talked to him on the phone I guess last
4  week and then prior to this meeting.
5     Q.   Okay.  When he talked to you on the phone,
6  what did he say about the lawsuit?
7     A.   He was basically giving me a little bit of
8  background in terms of what the lawsuit was about and
9  just giving me a brief overview.
10    Q.   And what did he say the lawsuit was about?
11    A.   Basically that it's a suit that DLC has
12 filed against the U.S. government, that deals with
13 their status and whether or not they are serving a
14 purpose that is consistent with their tax status, and
15 whether they were serving -- a disagreement over
16 whether they were serving the public versus private
17 interest.
18    Q.   Very good.  And when you spoke to him here
19 today before the deposition, what did he indicate at
20 that time?
21    A.   Really we didn't get into much of the
22 details at all on -- you know, prior to this meeting.
23    Q.   Very good.  Have you spoken to Mr. From,
24 Mr. Al From, concerning this particular lawsuit?
25    A.   No.

---

**Page 7**

1     Q.   And Mr. From is whom just for the record?
2     A.   I think he is titled as president of the
3  DLC.
4     Q.   How long have you known Mr. From,
5  Congressman?
6     A.   Oh, probably since '92, '93, '94, probably
7  '92.  '92.
8     Q.   By way of background, we're going to go
9  back to that period of '92.  What is your current
10 position, sir?
11    A.   I'm president and CEO of the Food Products
12 Association.
13    Q.   When did you assume that position?
14    A.   January of 2005.
15    Q.   And before you assumed the position of
16 president of the Food Products Association, what
17 employment did you have, sir?
18    A.   I was a member of Congress.
19    Q.   And I believe you were elected -- when
20 were you first elected to Congress?
21    A.   In 1990.
22    Q.   1990, okay.  And you served how many terms
23 in the Congress?
24    A.   Seven.
25    Q.   Seven terms.  So were -- your last year in

---

**Page 8**

1  Congress was prior to the 2004 election; is that
2  correct, or 2002 elections?
3     A.   No, I retired from Congress, it would have
4  been December 31 of 2004.
5     Q.   So this is the first bi-annual session of
6  the Congress that you're not a member of, correct?
7     A.   Correct.
8     Q.   Okay, good.  Now, you said you met
9  Mr. From back around 1992, which is I believe you
10 said when you were first elected to Congress,
11 correct?
12    A.   It would have been probably in my second
13 term.
14    Q.   In your second term, okay.  In your first
15 term, your first campaign was 1990, correct?
16    A.   Yes.
17    Q.   Okay.  Did the DLC -- were you -- did you
18 have any involvement with the DLC when you first ran
19 for Congress in 1990?
20    A.   No.
21    Q.   So you first became aware of the DLC and
22 Mr. From in your second term of Congress 1992?
23    A.   I might have been aware of him in my first
24 term.
25    Q.   Okay, but as far as you being

---

**Page 9**

1  substantively involved with them or having any
2  relationship with him as a Congressman, that would
3  have been probably in your second term of office?
4     A.   I would have had some limited involvement
5  with them in probably my second term.
6     Q.   Okay.  Let's just discuss first what kind
7  of contact you had with the DLC just as a member of
8  Congress representing the 20th Congressional
9  District.  What was the relationship that you had as
10 a member of Congress with the DLC starting in your
11 second term of Congress?
12    A.   The DLC would at times sponsor policy
13 seminars and forums that I would attend.  They on
14 occasion would have what I would refer to as a
15 conference where they would, again, bring in people
16 that had expertise in a particular subject matter
17 where we would -- a broad group of people would
18 engage in a discussion in terms of, you know, that
19 subject matter.
20    Q.   Any other kind of activities that you as a
21 member of Congress were involved with the DLC back
22 starting in 1992?
23    A.   No, not that I know of.
24    Q.   Okay.  Other than those two events that
25 you testified to here, is there any other support

---

Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400 1-800-FOR-DEPO Washington, DC  20005

Cal Dooley

March 9, 2006

Washington, DC

Page 10

1  that the DLC provided you or your staff while you
2  were a member of Congress?
3      A.   It would not be uncommon for me or my
4  staff to discuss issues of policy with the -- with
5  some of the staff at the DLC and the Progressive
6  Policy Institute.
7      Q.   Okay.  Now, would those discussions result
8  from you as a Congressman or your staff contacting
9  DLC or the DLC contacting you about a particular
10 policy issue?
11     A.   It would generally be me or my staff
12 contacting them.
13     Q.   Okay.  And who did you contact when you
14 were contacting the DLC?
15     A.   Well, it would depend on what the subject
16 matter was.
17     Q.   If there was an issue like trade, who
18 would you contact at that point?
19     A.   On trade, it would depend in some respects
20 in terms of what subject, you know, area it was
21 dealing with.  If it was technology, it could be Ron
22 Atkinson, if it was more global, it could be Will
23 Marshall, you know.  And Al From actually, you know,
24 participated in some of the bigger policy issues that
25 I'd sometimes discuss it with him.

Page 11

1      Q.   Okay.  Now you mentioned -- we've been
2  talking about the DLC.  What is your understanding,
3  what is the DLC?
4      A.   You know, the DLC from my perspective is a
5  -- really is a form of a think tank that does work on
6  public policy issues.
7      Q.   And now you've mentioned the Progressive
8  Policy Institute.  What is the Progressive Policy
9  Institute from your perspective?
10     A.   I would say that it is even -- it is more
11 close -- more -- their mission would be more focused
12 just strictly on the public policy issues.
13     Q.   More strictly focused on public policy
14 issues than the DLC then?
15     A.   They -- yeah, I guess I would say that,
16 yeah.
17     Q.   In this --
18     A.   That --
19     Q.   Go ahead.
20     A.   I would -- it's hard for me to actually
21 separate them, but the DLC would be the group that I
22 would see would be spending more time in terms of
23 trying to advance to a broader public forum, some of
24 the work that they've done on particular issues.
25     Q.   And how did the DLC advance to a broader

Page 12

1  public forum on those issues?
2      A.   Well, they would host -- you know, it was
3  not uncommon for them to host seminars and forums
4  where they would invite -- you know, they are
5  generally open to the public -- where they would
6  invite participation.  Those forums would provide a
7  platform for people that had an expertise on that
8  subject matter to, you know, make presentations.
9  They also have a publication, a blueprint that is,
10 you know, that has a wide distribution that basically
11 communicates a lot of their policy proposals.
12     Q.   And how did the PPI's activities differ
13 from the DLC's activities that you've just described?
14     A.   I can't answer that.
15     Q.   It's been represented to me in
16 depositions, it's been described that the PPI was the
17 affiliated think tank of the DLC; is that a fair
18 representation of their role as you understood it?
19     A.   I could accept that definition.
20     Q.   Very good.  Now, at a certain point in
21 time, Congressman, was there a group in the House of
22 Representatives formed called the New Democrat
23 Coalition?
24     A.   Yes.
25     Q.   What is the New Democrat Coalition?

Page 13

1      A.   I was one of the cofounders of it and our
2  objective was to bring together a group of Democrats
3  that were committed to maximizing economic
4  opportunities domestically as well as
5  internationally.
6      Q.   Okay.  And did the DLC have a role in the
7  establishment of the New Democrat Coalition in the
8  United States House of Representatives?
9      A.   No, not -- I would say, no.
10     Q.   Did -- prior to the establishment of the
11 New Democrat Coalition in the United States House of
12 Representatives, did you as one of the cofounders
13 have any discussions with the DLC concerning
14 establishing such a coalition?
15     A.   I may have.  There was -- prior to the New
16 Democrat Coalition, there was a the Main Street Forum
17 that basically went dormant.  And so it was basically
18 into that vacuum that we created the New Democrat
19 Coalition.  And I -- and, you know, I can't recall
20 specifically, but I think I probably had discussions
21 with a lot of folks that were interested in the
22 policy agenda that we were building the coalition
23 around.
24     Q.   Just for the record, when you talk about a
25 coalition in Congress, what do you mean by that?

4 (Pages 10 to 13)

Page 14

1     A.   Basically it is a loosely defined
2  coalition that had members that would join
3  voluntarily.  We precluded no one from being a part
4  of it.  So it was basically a coalition that anyone
5  could join and choose to be identified with.
6     Q.   And is coalition or a caucus in Congress
7  the same kind of thing?
8     A.   I don't -- some people could interpret
9  them -- you know, some of the caucuses are, you know,
10  I guess are more closely tied with a specific issue
11  or even an outside group, our group really was very,
12  very loosely organized.
13     Q.   Okay.  Now, the DLC has said that they
14  were promoting a New Democrat agenda, correct?
15  That's what your understanding was?
16     A.   Um-hum, yes, um-hum.
17     Q.   Is the New Democrat Coalition also
18  involved in promoting the New Democratic movement or
19  a New Democratic philosophy on issues?
20     A.   Well, I think that to the extent that
21  there is a, you know, definition of what a New
22  Democrat movement is -- I mean, as I stated, is that
23  we were, you know, organized to advance the, you
24  know, pro-growth economic agenda.  To the extent that
25  that is consistent with a New Democrat agenda, yes.

Page 15

1     Q.   Okay.  And is a coalition like the New
2  Democrat Coalition, this would be a coalition of --
3  is it fair to say like-minded members of Congress on
4  a certain issue or issues?
5     A.   Well, if you looked at our membership list
6  at any particular time, there was probably -- I think
7  at one time we had 75 to 80 members and it would be,
8  if you did an analysis of the voting records, it
9  would be difficult to determine that this was a
10  like-minded group.
11     Q.   Okay.  I am going to show you a document
12  that we will have marked as -- this is Government
13  Exhibit 128.  Can you take a look and identify it for
14  me, Congressman Dooley, Government's Exhibit 128?
15     A.   Um-hum.
16          (Exhibit No. 128 was marked for
17          identification.)
18  BY MR. MARTINEAU:
19     Q.   Can you just describe this for the record
20  for us, sir?
21     A.   It appears to be a DLC publication, an
22  update that talks about the New Democrat Coalition
23  being formed.
24     Q.   Okay.  And this is the DLC publication?
25     A.   It appears so, yes.

Page 16

1     Q.   And the date of this DLC update is March
2  the 11th of 1997?
3     A.   Correct.
4     Q.   And it says in paragraph 2, Congressman,
5  that the New Democrat Coalition, and correct me if
6  I'm wrong, would consist of 32 members of the U.S.
7  House of Representatives?
8     A.   Upon it's formation, yes.
9     Q.   And the document states that three DLC
10  stalwarts, yourself, Congressman Moran from Virginia
11  and Congressman Roemer from Indiana were the original
12  co-chairmen of the New Democrat Coalition in
13  Congress, correct?
14     A.   Um-hum, that's correct.
15     Q.   And that was March 1997 that the coalition
16  was established, correct?
17     A.   Correct.
18     Q.   Now, in the fourth paragraph there's a --
19  it says in the last sentence "in the caucus," and I
20  believe that references the House Democratic caucus
21  as a whole in the earlier sentence, "in a caucus
22  still dominated by members of safe districts, the NDC
23  forcefully represents the interest of Democrats who
24  have no choice but to compete for swing voters and to
25  respond to public opinion."  Do you see that?

Page 17

1     A.   Um-hum.
2     Q.   Is that a fair statement of one of the
3  reasons why the NDC was formed?
4     A.   I would not have defined that as one of
5  our missions.
6     Q.   Okay.  And what -- for the record, what
7  was the mission of the New Democratic caucus?
8     A.   It -- I think my quote there says it,
9  advancing a moderate pro-growth agenda and embraces
10  new approaches, both economic and social for our
11  future.
12     Q.   Okay.  Congressman, how did you and the
13  other two co-chairman, Congressmen Moran and Roemer
14  go about recruiting members of the House to become
15  members of the New Democrat Coalition?
16     A.   I think in the early stages it was
17  basically communicating personally with their
18  colleagues.
19     Q.   Okay.  And did the DLC or Mr. From or any
20  other person from the DLC participate in that effort
21  to contact prospective members of the New Democrat
22  Coalition?
23     A.   Not to my knowledge.
24     Q.   Did you communicate with Mr. From your
25  intention to go out and recruit members to be part of

5 (Pages 14 to 17)

Cal Dooley

Washington, DC

March 9, 2006

Page 18

1  the New Democrat Coalition?
2     A.   I can't recall, but I would imagine I
3  probably did, yeah.
4     Q.   Okay, good.  Now, in the next sentence of
5  this DLC update, the next paragraph, Congressman, it
6  states that, "NDC members have taken to heart the
7  analysis of Presidential pollster Mark Penn that
8  Congressional Democrats suffer from the perception
9  that they have not followed Bill Clinton in replacing
10 the old tax-and-spend, big government thinking of
11 traditional liberalism with a new approach based on a
12 new governing philosophy."  Do you see that?
13    A.   Um-hum, um-hum.
14    Q.   Did the DLC provide an in -- any kind of
15 briefing or analysis of Mark Penn's polling to the
16 NDC during this particular time period?
17    A.   I cannot recall.  I mean, Mark Penn would
18 make presentations at the entire Democratic caucus
19 and Democratic caucus retreats, and I really can't
20 recall if he did one specifically for our group.
21    Q.   Okay, okay, very good.  Do you recall if
22 at any time when you were a member of the New
23 Democratic caucus that the DLC set up briefings with
24 Mark Penn, specifically to the NDC as far as his
25 polling analysis?

Page 19

1     A.   I can't recall, but I would not be, you
2  know, I wouldn't be surprised.  I mean, that could
3  well have happened.
4     Q.   Okay, very good.  A little bit further
5  down in the next to last paragraph, Congressman, it
6  says that "NDC members are also actively engaged in
7  the House/Senate study group recently formed by DLC
8  chair Senator Joe Lieberman, Democrat from
9  Connecticut, to develop a coordinated New Democrat
10 message in this Congress."  Do you see that?
11    A.   Where's that at again?
12    Q.   It's the next to last paragraph in that
13 last sentence there.
14    A.   I can't recall that exercise.
15    Q.   So you don't recall whether you
16 participated in that House/Senate study group then?
17    A.   I can't recall it.  I mean -- but I can't
18 imagine that they did have one, if it was real, that
19 I wasn't participating.
20    Q.   For the record, what do you mean by, "if
21 it was real?"
22    A.   Sometimes these things are talked about
23 and are launched and nothing substantive happens.
24    Q.   I understand.  And just on the last page,
25 if you could turn to the last page of this DLC

Page 20

1  update, there's a list there of charter members of
2  the New Democrat -- correct?
3     A.   Um-hum.
4     Q.   Does that fairly represent the individuals
5  who were charter members of the New Democrat
6  Coalition?
7     A.   Yeah, yes.
8     Q.   I believe there were 32 in all according
9  to this document, correct?
10    A.   Probably at this point in time.
11    Q.   At this point in time, which was in 1997?
12    A.   Um-hum.
13    Q.   Okay, good.  Let me show you another
14 exhibit which has previously marked as number 94 in
15 this case.  Can you identify this document for me?
16    A.   Yes, this would be a list of people who
17 chose to be identified as New Democrat Coalition
18 members.
19    Q.   Okay.  In the lower left-hand corner there
20 is a reference to 1998; do you see that?
21    A.   Correct.
22    Q.   Okay.  Now, this indicates this list has
23 41 members in 1998, correct?
24    A.   Right.
25    Q.   And do you -- and the original charter

Page 21

1  members of the NDC had 32 members, correct?
2     A.   Um-hum.
3     Q.   Do you recall how those additional members
4  became -- were recruited to be members of the NDC in
5  1998?
6     A.   It was by and large personal solicitation.
7     Q.   Okay.  And personal solicitation by whom?
8     A.   By me.
9     Q.   Okay.  Did --
10    A.   And the other co-chairs.
11    Q.   And the other co-chairs.  Did the DLC or
12 Al From participate in that solicitation of new
13 members to join the NDC?
14    A.   Not to my knowledge, no.
15    Q.   Do you recall if you discussed with
16 Mr. From or anyone from the DLC efforts to expand and
17 increase the NDC in the United States House of
18 Representatives?
19    A.   Not to my knowledge.
20    Q.   I have another document I want to show
21 you -- well, before we go on, just while we're
22 talking about the membership of the NDC, do you
23 recall if the DLC provided any resources or services
24 to any -- to the NDC during the years '97, '98 and
25 '99 other than what you've testified to here today?

6 (Pages 18 to 21)

Cal Dooley

March 9, 2006

Washington, DC

Page 22

1    MR. BAUER: Can you elaborate, Counsel,
2 what you mean by services?
3    MR. MARTINEAU: Well, I'm asking the
4 Congressman to tell me if they provided any resources
5 to you or any services or any support of any kind.
6    THE WITNESS: Not that I can recall or
7 none that would not have been available to any other
8 member of Congress.
9    MR. MARTINEAU: Okay.
10    BY MR. MARTINEAU:
11    Q.   Do you know if individual members --
12 you've testified about yourself, do you know if
13 individual members sought assistance from the DLC on
14 matters that were of concern to them when --
15    A.   What do you mean by assistance?
16    Q.   Well, did they ask the DLC for any kind of
17 support on issues or to provide speakers or to
18 provide them any other kind of support to carry out
19 their duties in Congress?
20    A.   Hmm. Well, you know, I'm mean, you know,
21 I personally would ask, you know, staff at DLC for
22 help on policy issues and background material. And I
23 wouldn't be surprised if a number of the other
24 members would have done the same, although I don't
25 have personal knowledge.

Page 23

1    Q.   In your -- when you focus on yourself, say
2 you're running for reelection and issues come up on
3 the campaign trail, you want to be fully briefed on
4 those issues, did you go to the DLC and ask them to
5 provide you information about those issues that were
6 arising during the actual campaign?
7    A.   I -- not during it -- not for the purposes
8 of a campaign, no.
9    Q.   Okay. Do you know if any other members
10 contacted DLC during the course of running their
11 campaigns --
12    A.   I can't -- you know, I don't have
13 knowledge of that.
14    Q.   It's possible that there was a campaign
15 going on and some people think that it is a permanent
16 campaign and you've asked for help on issues that the
17 DLC can provide you?
18    MR. REESE: Objection, lack of personal
19 knowledge.
20    BY MR. MARTINEAU:
21    Q.   You can answer the question.
22    A.   You know, I have, you know, no -- no
23 personal knowledge of that.
24    Q.   Okay, good.
25    Let's go to another exhibit, sir, this

Page 24

1 will be marked as 129.
2    (Exhibit No. 129 was marked for
3    identification.)
4    BY MR. MARTINEAU:
5    Q.   Congressman Dooley, you have before you a
6 document that's been marked as Exhibit 129. Can you
7 identify this document for me, please?
8    A.   This is a letter that I prepared that
9 looks like it was part of a DLC State Legislative
10 Tool Kit.
11    Q.   Okay. Now, the date at least according to
12 the -- there's a number up top, 7/27/98, correct?
13    A.   Um-hum.
14    Q.   And it's a letter from you and it says,
15 DLC State Legislative Tool Kit.
16    A.   Um-hum.
17    Q.   And I believe it starts out,
18 "congratulations on your decision to start a New
19 Democrat caucus in your state," correct?
20    A.   Um-hum.
21    Q.   To whom was this letter directed?
22    A.   I can't recall.
23    Q.   This letter is not addressed to anyone in
24 particular?
25    A.   Um-um.

Page 25

1    Q.   It appears to be a generic type letter.
2    A.   Um-hum.
3    Q.   This appears to be a generic type letter
4 that you drafted up to a -- that appears to be a
5 state official who was -- had decided to start a New
6 Democratic caucus in their state?
7    A.   That was considering starting the new
8 caucus, yeah.
9    Q.   Okay. And why was -- why were you writing
10 this letter concerning the DLC State Legislative Tool
11 Kit?
12    A.   If I can recall, it's that our interest as
13 part of the New Democrat Coalition was to build an
14 organization that had basically state coalitions that
15 would be embracing a similar mission in terms of the
16 policy agenda that we -- that the New Democrats in
17 Congress -- that the coalition was supporting.
18    Q.   I understand that. Why did you call this
19 the DLC State Legislative Tool Kit? Why was it
20 written in that fashion and not from the NDC directly
21 to the state officials?
22    A.   It's that I think this was -- I didn't --
23 I didn't address this, I don't believe, to the DLC,
24 you know. I addressed this to individuals that were
25 interested in starting a New Democrat caucus. It was

7 (Pages 22 to 25)

Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400 1-800-FOR-DEPO Washington, DC 20005

Cal Dooley

March 9, 2006

Washington, DC

---

Page 26

1  part -- it looks like it was part of material that
2  was included in a DLC Legislative Tool Kit.
3      Q.   Okay.  What was the DLC State Legislative
4  Tool Kit?
5      A.   I cannot recall.
6      Q.   So from your testimony I understand the
7  DLC was sending a state legislative tool kit and this
8  letter was part of the tool kit being sent to state
9  elected officials?
10     A.   I don't -- I cannot say that for certain.
11     Q.   Okay, okay.  Are you certain that you
12 drafted this particular letter, sir?
13     A.   Oh, yeah, I'm sure that either I or my --
14 you know, my chief of staff drafted it.
15     Q.   All right.  Let's look at the second page,
16 08522, next to the last paragraph; do you see it?
17     A.   Um-hum.
18     Q.   The last sentence there, Congressman, it
19 states, "As the DLC works to organize and arm the
20 next generation of New Democrat elected leaders with
21 New Democrat ideas in part through development of
22 state legislative caucuses, I hope you know that you
23 are joining a broader movement."  Do you see that?
24     A.   Um-hum, um-hum.
25     Q.   Does that refresh your recollection as to

---

Page 27

1  why you were writing this particular letter to the
2  state legislative leaders?
3      A.   As I stated earlier, it's that we were
4  interested in seeing a development of similar
5  caucuses at the state level that would embrace a
6  similar mission that we had with the New Democrat
7  Coalition.
8      Q.   Okay.  And after this letter was sent, did
9  the NDC take any subsequent action following up to
10 try to encourage the formation of state New
11 Democratic caucuses?
12     A.   There might have been very limited
13 activity.
14     Q.   Do you know if the DLC took any actions to
15 carry out the mission that's described here in this
16 particular cite?
17     A.   Not that I can recall.
18     Q.   Did you participate yourself in any
19 conferences or were you asked to be a speaker to
20 state legislative leaders during the time you were
21 co-chairman of the DLC?
22     A.   The DLC on occasion would have a state and
23 local leaders conference that I would -- I know I
24 attended and participated on occasion.
25     Q.   At the request of the DLC?

---

Page 28

1      A.   At the invitation.
2      Q.   Of the DLC?
3      A.   Um-hum.
4      Q.   Very good.  Congressman Dooley, let me
5  show you another document that we'll have marked as
6  Government's Exhibit 130.
7          (Exhibit No. 130 was marked for
8           identification.)
9          BY MR. MARTINEAU:
10     Q.   Can you identify this document, sir?
11     A.   It appears to be a memorandum to me,
12 Congressman Moran, Congressman Roemer from the DLC
13 about their spring retreat program.
14     Q.   Do you recall participating in the DLC's
15 spring retreat program?
16     A.   This must be one of their -- yes.
17     Q.   And what is the DLC spring retreat
18 program?
19     A.   It was an annual forum that they did, this
20 one appears that it was held in New Orleans, that
21 would be attended by supporters of the DLC and some
22 members of Congress.
23     Q.   Okay.  Do you recall when -- and you
24 attended this down in New Orleans?
25     A.   Um-hum.

---

Page 29

1      Q.   Do you recall did the -- who was -- how
2  did you finance that particular trip when you went to
3  like a DLC spring retreat in New Orleans out of town,
4  who paid for that, sir?
5      A.   The DLC would pay for it.
6      Q.   How much did they pay for that, do you
7  know?
8      A.   I can't remember.
9      Q.   How did you get there in terms of
10 transportation, sir?
11     A.   They had a charter generally.
12     Q.   And so the DLC then paid for the charter
13 then, correct?
14     A.   Um-hum.
15     Q.   No funds from the Congress would be used
16 to pay for the charter; is that correct?
17     A.   That's correct.
18     Q.   What about your accommodations down in New
19 Orleans during this, who paid for this?
20     A.   I would assume the DLC paid for it.
21     Q.   And that would be true, as far as you
22 know, for all the members of Congress who would be
23 flown down and housed during the spring retreat in
24 New Orleans?
25     A.   I -- to my knowledge, yes.

---

8 (Pages 26 to 29)

Page 30

1    Q.   Now, in the second sentence here,
2  Congressman, it says -- this is Anne Rung from the
3  DLC writing to you and Congressman Moran and
4  Congressman Roemer saying, "thanks to your
5  extraordinary recruitment efforts, we're expecting 16
6  House members and four Senators to attend this year,
7  a number that has far surpassed our previous
8  attendance." Do you see that?
9    A.   Yep.
10   Q.   Is it fair to say that you recruited, as
11  Ms. Rung said, you made extraordinary efforts to
12  recruit members of Congress to attend the DLC spring
13  retreat in New Orleans?
14   A.   Um-hum.
15   Q.   And how did you go about recruiting them?
16   A.   Personal solicitation.
17   Q.   Very good. Button holding as we would
18  say, correct?
19   A.   Correct.
20   Q.   Okay, very good. And I just want to make
21  reference to the last page here, Congressman Dooley,
22  there's a statement here that Ms. Rung is saying,
23  after she informs you and the other members you are
24  going to be giving a little talk about a subject
25  area, it says, "We would like each of you, with

Page 31

1  Congressman Dooley going first, to call on your NDC
2  colleagues in the audience to join the discussion and
3  offer their views and opinion on the New Democrat
4  movement." Do you see that?
5    A.   Um-hum.
6    Q.   Do you recall making a such a speech or
7  statement to the DLC at the DLC spring retreat?
8    A.   Yes.
9    Q.   Very good. Do you remember what the
10  substance of your comments were about?
11   A.   No.
12   Q.   Okay. One of the things she asked you to
13  speak on specifically is what the future holds for
14  the NDC?
15   A.   Yeah. Generally -- I mean, I did a number
16  of these type of programs and generally we would be
17  talking about a host of policy issues.
18   Q.   Let me give you another document that's
19  been previously marked as 98. Take a look at that
20  and describe that for me, Congressman.
21   A.   Um-hum.
22   Q.   This is a document, a memo, if you will,
23  dated February 9th, 1999, to Mr. From. He's already
24  identified this?
25   A.   Um-hum.

Page 32

1    Q.   Indicating that there's going to -- that
2  the DLC and the PPI are hosting an orientation
3  briefing for the Democratic freshman class for the
4  106th Congress?
5    A.   Right.
6    Q.   And you were one of the guests that was
7  invited to speak?
8    A.   Um-hum.
9    Q.   I asked you earlier if you addressed DLC
10  type events and this would be one of the instances
11  where you did?
12   A.   Right.
13   Q.   And this particular event was focused on
14  the Democratic freshman class of the 106th Congress,
15  correct?
16   A.   Right.
17   Q.   Under program it says, "The purpose of the
18  briefing is to educate new members about our ideas
19  and message and to convey an attitude that we want to
20  help them and serve as a resource." Do you see that?
21   A.   Yes, uh-hum.
22   Q.   What did you understand the DLC means when
23  they say they want to help these Democrat freshman
24  members of Congress to help them serve as a resource
25  for them?

Page 33

1    A.   That they -- it's a group that has
2  extensive expertise on a host of policy issues that
3  could be of value to members in their -- in their
4  carrying out their duties as a member of Congress.
5    Q.   Very good. And one of the areas that is
6  mentioned here in the bottom of that last paragraph
7  under program, Congressmen, there is a reference to
8  Mark Penn's recent polls. What would be the DLC's
9  purpose in briefing members of Congress about Mark
10  Penn's recent polls?
11   A.   Generally, whether it is Mark Penn's or
12  anyone else's polls, it is to get a snapshot of
13  public sentiment.
14   Q.   Okay. And how does that relate to the
15  DLC's mission, as you said, to provide information on
16  public policy?
17   A.   Generally could have been done to
18  demonstrate that there's a support among, you know,
19  among the broader public for a particular policy.
20   Q.   All right. Now, there's another reference
21  here under program to the DLC message and strategy
22  post Clinton; do you see that? Right at the bottom
23  of program, that was one of the subject matters of
24  the particular program that's referenced here.
25   A.   Oh, Post Clinton, um-hum.

9 (Pages 30 to 33)

| Page 34 | Page 36 |
|---|---|
| 1    Q.   Do you see that? | 1   on those key issues, Congressman, in helping to |
| 2    A.   Um-hum. | 2   secure 100 percent unity on those votes on those key |
| 3    Q.   What would be the purpose of the DLC | 3   issues? |
| 4   briefing the Democrat freshman class about the | 4    A.   Not to my knowledge. |
| 5   message and strategy of post Clinton? | 5    Q.   Did the DLC, like Mr. From, did he make |
| 6    A.   In that the political environment had | 6   phone calls to members of Congress saying when there |
| 7   changed markedly and it would require perhaps a | 7   was a trade bill on the floor -- |
| 8   different strategy than it did when you had President | 8    A.   Yeah, no, I would imagine that he did, but |
| 9   Clinton in office. | 9   I -- I would imagine he did. |
| 10    Q.   Okay. And when you say that the political | 10    Q.   Do you recall if he called you during the |
| 11   environment had changed strategy, what did you mean | 11   time, let's say that there was a trade bill, let's |
| 12   by that, sir? | 12   say the Fast Track Bill was on the floor, did |
| 13    A.   When you had a Republican that was elected | 13   Mr. From contact you and say, we're going to work |
| 14   to the White House. | 14   with you, the NDC, to try to get as many NDC members |
| 15    Q.   And what kind of strategy are you | 15   to vote for that particular piece of -- |
| 16   referencing when you're saying that a new strategy | 16    A.   I don't know if he personally called me |
| 17   post Clinton, what strategy are you referencing, sir? | 17   about, you know, doing that. But the DLC would often |
| 18    A.   I guess I wouldn't necessarily define -- | 18   times put out a, you know, policy position on a trade |
| 19   you know, the strategy is that when you have a -- | 19   bill or a lot of other initiatives. |
| 20   when you don't have, you know, a Democrat in the | 20    Q.   Mr. From has already testified that he did |
| 21   White House, and you have a Republican in the White | 21   in fact make phone calls to members of Congress. |
| 22   House, and you're in the minority as Democrats, it | 22    A.   Yes. |
| 23   requires a different approach to advance a policy | 23    Q.   That doesn't surprise you that he would do |
| 24   agenda. | 24   that? |
| 25    Q.   Very good. Let's look at another document | 25    A.   No. |

| Page 35 | Page 37 |
|---|---|
| 1   that -- I believe we're up to 131. | 1    Q.   Okay. Earlier you said that the New |
| 2      (Exhibit No. 131 was marked for | 2   Democrats was a loose group and you would never get |
| 3      identification.) | 3   100 percent unanimity. It appears that on certain |
| 4   BY MR. MARTINEAU: | 4   key votes that the NDC was able to get 100 percent |
| 5    Q.   Can you identify that document for me, | 5   unanimity. |
| 6   sir? | 6     MR. BAUER: To clarify for the record, |
| 7    A.   Yeah, it appears to be an invitation from | 7   that's actually not what I understood the witness to |
| 8   the DLC to join myself and Al From for dinner to | 8   understand. |
| 9   honor some of the recently -- or freshman colleagues. | 9     MR. MARTINEAU: Let the witness answer. |
| 10    Q.   Okay. And it says here that, "You are | 10     MR. BAUER: He used the phrase |
| 11   part of a select group of freshman." And the | 11   like-minded, not 100 percent unity or -- |
| 12   document from Mr. From is directed to Congressman | 12     THE WITNESS: Yeah. That what we -- what |
| 13   Gonzalez. It says, "you are part a select group of | 13   this basically represents is just that we had only |
| 14   freshman who have demonstrated extraordinary unity | 14   six members at that time -- I think our coalition |
| 15   within the NDC by voting as a block on key New | 15   probably had close to 70, and we only had six that |
| 16   Democrat issues 100 percent of the time." Do you see | 16   had 100 percent voting record -- |
| 17   that? | 17     MR. MARTINEAU: Very good. |
| 18    A.   Um-hum, um-hum. | 18     THE WITNESS: -- that were in that |
| 19    Q.   Is it fair to say that on certain issues | 19   freshman class. |
| 20   that the -- there are certain issues defined as New | 20     BY MR. MARTINEAU: |
| 21   Democrat issues where the NDC was able to get 100 | 21    Q.   Very good. There were some key votes that |
| 22   percent votes? | 22   the NDC identified as being core issues that you kept |
| 23    A.   The New Democrat Coalition would identify | 23   track on how members voted; is that fair? |
| 24   some key issues that we would then score. | 24    A.   Yes. |
| 25    Q.   Okay, very good. And was the DLC involved | 25     (Discussion off the record.) |

10 (Pages 34 to 37)

Page 38

1    BY MR. MARTINEAU:
2    Q.   Congressman Dooley, you have before you a
3    document that's previously been marked as Exhibit
4    101; do you see that?
5    A.   Um-hum, um-hum.
6    Q.   This is, is it not, a memorandum dated
7    8/26/99 from Lisa Quigley to Mr. From at the DLC,
8    correct?
9    A.   Correct.
10   Q.   Identify who Lisa Quigley is, sir.
11   A.   Lisa Quigley was my chief of staff.
12   Q.   And this memorandum here relates to key
13   votes that we have just discussed, key votes relating
14   to the New Democrat Coalition, correct?
15   A.   Correct.
16   Q.   And there's a chart attached to this
17   memorandum indicating, reflecting how various members
18   of the New Democrat Coalition voted on those key
19   votes, correct?
20   A.   Correct.
21   Q.   Now, under -- in the first page, if I may
22   reference you to that, if you want to take a look at
23   --
24   A.   No, I'm fine.
25   Q.   If I may just reference you to votes

Page 39

1    analysis chart 2, the last paragraph says -- and this
2    is Lisa Quigley, your chief of staff, talking to
3    Mr. From -- "Our members have not seen this chart,
4    they will be getting an analysis of this, not the
5    actual chart in the next two weeks. We want to sell
6    them on 'unity' without showing which particular
7    members are high and low on the chart. Cal is also
8    talking to each of the 100 percenters personally.
9    We'd appreciate it if you would not share the actual
10   chart at this point." Do you see that?
11   A.   Um-hum.
12   Q.   What exactly was your chief of staff
13   trying to achieve with this particular chart?
14   A.   Was trying to basically mitigate any
15   backlash from some of our members that would be
16   concerned about us releasing a document that might
17   not have showed them voting in the -- or representing
18   their percentages of the voting on our key issues.
19   Q.   So she wanted this to be confidential,
20   this particular chart, at this particular point in
21   time, as I understand it?
22   A.   Yes.
23   Q.   And why again -- I don't understand what
24   you mean by mitigate backlash, just explain that.
25   A.   Basically, you know, some people, you

Page 40

1    know, it would be -- wouldn't necessarily see it as
2    positive if they were associated with the New
3    Democrat Coalition and yet have a 50 percent voting
4    record on our issues that we identified.
5    Q.   Okay. Now, this document is Lisa Quigley,
6    your chief of staff, writing to Al From, the DLC
7    president, correct?
8    A.   Correct.
9    Q.   Why was Lisa Quigley communicating this
10   information to Mr. From at the DLC?
11   A.   I'm not sure, I do not know.
12   Q.   Did you direct your chief of staff to
13   communicate this information to Mr. From?
14   A.   Not that I recall.
15   Q.   Do you know if Mr. From requested
16   information from you or your staff about the voting
17   records on the key votes of the New Democrat
18   Coalition?
19   A.   Not that I can recall.
20   Q.   So is it your testimony that you don't
21   recall why Lisa Quigley wrote this particular memo,
22   at this particular point?
23   A.   No.
24   Q.   Do you recall if it was part of the
25   practice in your office for your chief of staff to

Page 41

1    contact Mr. From or the DLC -- do you recall as a
2    member of Congress whether it was part of the
3    practice of your office to contact Mr. From from the
4    DLC concerning key votes of NDC members?
5    A.   I do not recall that being a practice, no.
6    Q.   And you don't recall specifically why she
7    was writing this particular memo?
8    A.   No.
9    Q.   Do you recall having any communications
10   with Mr. From, you personally, concerning the subject
11   of this particular memo, sir?
12   A.   No.
13   Q.   I just want to refer you to page 08511 to
14   make sure I understand this. It appears to be some
15   voting percentages of members of the NDC in various
16   Congressional sections -- sessions starting with the
17   102nd session, am I correct on that?
18   A.   No, that's incorrect.
19   Q.   Tell me -- explain what this chart is as
20   best you understand, Congressman?
21   A.   I think what this is is a chart -- what is
22   this chart? I thought that this was a chart showing
23   the percentage of new elected members that joined the
24   NDC. So in the 106th Congress, we had 70 percent of
25   the Democrats that were elected chose to join the

Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400 1-800-FOR-DEPO Washington, DC 20005

Cal Dooley                                                                           March 9, 2006
Washington, DC

---

**Page 42**

1  NDC.
2      Q.   So this chart refers not to votes, but
3  rather to membership in the NDC?
4      A.   Correct.
5      Q.   And there is a dividing line between pre
6  and when the NDC was formed, okay?
7      A.   All right.
8      Q.   So for 1999, 2000 session of Congress, 70
9  percent of newly elected Democratic House members
10  were members of the NDC?
11      A.   Chose to join.
12      Q.   Chose to join, yes, sir.  And that's up
13  from the previous session of Congress where only 60
14  percent of members would join?
15      A.   I think that's right.
16      Q.   Are you comfortable with that, is that
17  your understanding?
18      A.   Yeah, that's my understanding.
19      Q.   This document has already been produced
20  and identified by Mr. From, 107.  Congressman, this
21  document, if you will, is a July 21st, 1998
22  memorandum to the trustees written by Mr. From; do
23  you see that?
24      A.   Um-hum.
25      Q.   And the subject is DLC - PPI strategy; do

---

**Page 43**

1  you see that?
2      A.   Um-hum.
3      Q.   Can you turn to page 5 of the document,
4  please.  Starting in the second paragraph, it
5  says, "We are working on a number of fronts to
6  develop the next generation of leaders."  Do you see
7  that?
8      A.   Um-hum.
9      Q.   "Number 1, at the Congressional level, we
10  work closely with members of The New Democrat
11  Coalition and the House who increasingly look to us
12  for ideas and guidance on major issues."  Do you see
13  that?
14      A.   Um-hum.
15      Q.   Do you disagree with what Mr. From said
16  there concerning the fact that the DLC worked closely
17  with members of the New Democratic Coalition and the
18  House?
19      A.   No.
20      Q.   And further in that same paragraph, it
21  says that "NDC is a major political development in
22  Washington."  What do you understand that -- would
23  you agree that the NDC was a major political
24  development in Washington when it was established?
25      A.   I think that that would be something that

---

**Page 44**

1  would be disputed by some and others would agree.
2      Q.   Okay, fair enough.  Later on Mr. From said
3  that "NDC members are engaged in a number of the PPI
4  projects and work particularly close with PPI
5  scholars."  Do you see that?
6      A.   Um-hum.
7      Q.   Is that consistent with what you earlier
8  testified here today about the work that the PPI
9  scholars did with the NDC members?
10      A.   That's correct.
11      Q.   And finally he says, "through the DLC
12  Congressional outreach effort, we are making a
13  concerted effort to engage promising young NDC
14  members in our efforts."  Do you see that?
15      A.   Um-hum.
16      Q.   Is that consistent with the efforts of
17  recruitment of new members of Congress to be NDC
18  members as well?
19      A.   I think these would be different, these
20  have different objectives actually.
21      Q.   The objective here he's referring to is
22  recruiting new members of the House of
23  Representatives to become members affiliated with the
24  DLC?
25      A.   As I would read this is that he is

---

**Page 45**

1  recruiting promising, young NDC members to, you know
2  avail themselves to the expertise and the policy, you
3  know, or the expertise that the DLC and the PPI has.
4      Q.   Okay, fair enough.  I want to show you a
5  document that's been marked as government Exhibit
6  102.  This Exhibit 102 has been identified as a
7  transcript of proceedings, partial transcript of
8  proceedings of the 1997 annual conference of the DLC.
9      A.   Um-hum.
10      Q.   Do you see that in the very first
11  sentence?
12      A.   Yeah.
13      Q.   You attended that 1997 annual conference;
14  is that correct?
15      A.   I -- you know, I don't know.
16      Q.   You're familiar that the DLC had annual
17  conferences?
18      A.   Sure.
19      Q.   Once a year and many people were invited
20  to those?
21      A.   Absolutely.
22      Q.   And yourself, I've seen your name on many
23  documents.
24      A.   Sure.
25      Q.   You don't dispute that?

---

12 (Pages 42 to 45)

Page 46

1      A.   No, no.  I've attended a lot of them, I
2  don't know about this particular one.
3      Q.   And if you look at the last page at the
4  very end, Congressman Dooley, there is a quote from
5  Representative Harman; do you see that?  At the very,
6  very end?
7      A.   Um-hum, right.
8      Q.   Representative Harman would be Jane
9  Harman, a representative from California, correct?
10     A.   Correct.
11     Q.   One of your California colleagues in the
12  House of Representatives?
13     A.   Right.
14     Q.   And she was also a member of the House New
15  Democrat Coalition, correct?
16     A.   I think so.
17     Q.   I think she's on the list, we'll just
18  identify that.
19     A.   I don't know if Jane is a member actually.
20  She doesn't show up on --
21     Q.   She's not on this list, okay, fair enough.
22  But obviously she's still a member of Congress,
23  correct?
24     A.   Correct.
25     Q.   Okay, here is what she said as quoted in

Page 47

1  this transcript, "I also want to salute the
2  leadership of my colleague, Jim Moran, in the House,
3  who is co-chair of the New Democrat Coalition, which
4  is a DLC offshoot, I'm sure you all know that, and a
5  very productive new group in the House."  Do you see
6  that?
7      A.   Um-hum.
8      Q.   Would you agree that the DLC -- that the
9  New Democrat Coalition is a DLC offshoot as
10  Congressman Harman stated?
11     A.   Absolutely not.
12     Q.   How is that, why is that?
13     A.   Because it's fact.
14     Q.   I'm sorry?
15     A.   It's a fact, I mean.
16     Q.   What is a fact?
17     A.   The New Democrat Coalition is not a DLC
18  offshoot.
19     Q.   What is your understanding of what
20  Congresswoman Harman would mean by that statement?
21     A.   Congresswoman Harman, I don't believe the
22  record showed she was a member of the New Democrat
23  Coalition, was not involved in its founding, she
24  was not in its leadership and I think she
25  unfortunately did not understand the New Democrat

Page 48

1  Coalition and its relationship with the DLC.
2      Q.   So you think that's a misstatement by her
3  is what you're saying?
4      A.   I think that's a misstatement by Ms.
5  Harman.
6      MR. MARTINEAU:  Okay, good.  I have no
7  further questions for you on direct.
8      MR. BAUER:  Very briefly and we'll get you
9  well on your way.
10     EXAMINATION BY COUNSEL FOR PLAINTIFF
11  BY MR. BAUER:
12     Q.   I just want to make sure a few things are
13  clarified on the record, and I may be referring --
14  Counsel, if you have an objection, I don't have the
15  exhibit markings in front of me, if I refer to two
16  pages I will be referring to them by their Bates
17  stamp numbers.
18     MR. MARTINEAU:  That's fine.
19  BY MR. BAUER:
20     Q.   First of all, Mr. Martineau asked you
21  whether or not you accepted the characterization of
22  PPI as an affiliated think tank of the DLC.
23     A.   Yeah.
24     Q.   And you previously testified DLC operated
25  itself as a think tank.  Are you comfortable with the

Page 49

1  characterization, do you agree that both DLC and PPI,
2  perhaps in somewhat different ways, each one operated
3  as think tanks in the sense they produced public
4  policy material and analysis?
5      A.   Yes.
6      Q.   Secondly, a question, in the DLC update
7  that Mr. Martineau showed you on page DLC 1455, Mr.
8  Martineau took you through a number of paragraphs,
9  but did not choose to discuss with you this one, the
10  second from the bottom.  There is a paragraph that
11  begins, "along with the 22-member Blue Dog coalition,
12  the 17-member Main Street Coalition of moderate
13  Republicans and the bicameral renewal life of
14  empowering Republicans, the NDC helps form a critical
15  mass of members who can expect to fight the current
16  drift toward a do-nothing 105th Congress."
17     Would you say that that suggests that in
18  pursuit of its public policy objectives, NDC would
19  work alongside and encourage the support of
20  Republicans on a bipartisan basis?
21     A.   Yes.
22     Q.   In similar fashion, I'd like to direct
23  your attention to the same point in the chart that
24  was addressed by Ms. Quigley to Al From in a
25  memorandum dated August 25th, 1999, which concerns

13 (Pages 46 to 49)

## Page 50

1    the question of unity displayed by NDC.
2         And I simply wanted to ask the question
3    again when -- as Mr. Martineau reviewed with you, NDC
4    discussed votes on particular issues and discussed
5    the question of unity among NDC members on those
6    issues, I take it. But tell me if I'm wrong -- let
7    me put the question to you properly.
8         Would you say that the New Democratic
9    caucus, in order to prevail on the public policy
10   issues important to its mission, would expect and
11   encourage and recruit like-minded Republicans on
12   those issues?
13   A.   Uh-huh, yes.
14   Q.   Mr. Martineau raised with you as well the
15   question of funds provided by the Democratic
16   Leadership Council to facilitate the attendance of
17   members to DLC conferences. And he indicated that
18   expenses of the DLC -- expenses of the members would
19   be paid so that they could attend these events, and I
20   believe such expenses were raised.
21        Are there provisions of the House rules
22   that permit members who were invited to a public
23   policy conference to accept the benefits, at the
24   time, of payment of the associated expenses?
25   A.   Yes.

## Page 51

1    Q.   And is there any belief on the part of
2    members or anything in the rules that this would
3    suggest that this is in effect, on the part of a
4    private party, subsidizing government activity with
5    private funds?
6         In other words, let me put the question to
7    you again more precisely. The question I'm asking
8    is, would you infer from the acceptance of those
9    expenses within the allowances of House rules that
10   the members who travel to such conferences have some
11   sort of affiliated or service arrangement with the
12   organizations that are paying those expenses?
13   A.   No.
14   Q.   Mr. Martineau also raised questions with
15   you about campaigning and whether or not questions
16   were raised in the context of the campaign or to
17   support campaign activity of NDC members. Are you
18   familiar from personal accounts of any specific
19   support requested or provided by -- requested of or
20   provided by the DLC to members for campaign-related
21   purposes?
22   A.   No.
23   Q.   Did you ever seek any such support?
24   A.   No.
25   Q.   Mr. Martineau raised with you the question

## Page 52

1    of whether or not the DLC might be characterized as
2    functioning as a resource for members of the NDC. On
3    public policy matters, was the Democratic Leadership
4    Council the only resource of its kind available
5    through private foundations or think tanks that
6    members of the NDC might consult in their activities?
7    A.   No, I personally would use Heritage, Cato,
8    Brookings as other examples.
9    Q.   And then I think that I have just two more
10   questions and I believe we should be well along the
11   way. I want to also locate, I keep re-shuffling
12   pages -- yes, the letter from Mr. Dooley from you,
13   Congressman, DLC State Legislative Tool Kit, again
14   DLC 08521.
15   A.   Um-hum.
16   Q.   In the third full paragraph, bear with me
17   for a second -- excuse me, in the second full
18   paragraph, "I founded the New Democrat Collation."
19        In the second paragraph it states, "since
20   it's formation, the NDC has grown to a group of 40
21   members of the House of Representatives who are
22   working to find mainstream bipartisan solutions to
23   our nation's problems."
24        Do you support that characterization of
25   NDC's mission today?

## Page 53

1    A.   Yes.
2    Q.   Did you understand because this was sent
3    to the individuals who received it under the name of
4    the DLC State Legislative Tool Kit, did you
5    understand in your association with the DLC that
6    while it was associated with Democratic elected
7    officials, it hoped that the policies it promoted
8    would find "mainstream bipartisan solutions" to the
9    nation's problems?
10   A.   Yes.
11   Q.   And my last question is just a series of
12   simple organizational questions to clarify for the
13   record. Did the -- you testified that the Democratic
14   Leadership Council did not create the NDC or the NDC
15   was not an offshoot of the Democratic Leadership
16   Council; is that correct?
17   A.   That's correct.
18   Q.   When the New Democrat Coalition planned
19   meetings, did the DLC have any say in the timing of
20   those meetings -- the meetings with its members?
21   A.   No.
22   Q.   Did it define its agenda?
23   A.   No.
24   Q.   Did it receive advance copies of its
25   agenda?

14 (Pages 50 to 53)

Page 54

1      A.   No.
2      Q.   Did it in the course of the development of
3  these meetings, was it invited to NDC membership
4  meetings, did it have a representative present in
5  other words?
6      A.   Not as a standard practice.  On occasion
7  we would invite a DLC or PPI staff to make a
8  presentation on a policy issues that we -- might be a
9  subject of discussion.
10     Q.   Did you invite other -- did you have other
11 invited guests on other occasions who were not DLC to
12 do the same thing?
13     A.   Right, well, no, we would -- as a standard
14 practice, would create a forum where we would invite
15 people that have an expertise on a subject matter
16 that we were addressing.
17     Q.   So in that sense, in terms of access for
18 the discussion of policy to NDC's meetings, DLC did
19 not have a privileged status or opportunity?
20     A.   No.
21          MR. BAUER:  I have no further questions.
22          MR. MARTINEAU:  I have no other further
23 questions.  Thank you, Congressman.
24          THE WITNESS:  Thank you.
25          (Whereupon, at 3:04 p.m., the taking of

Page 55

1  the instant deposition ceased.)
2
3
4          _____
5               Signature of the Witness
6
7  SUBSCRIBED AND SWORN to before me this _____ day of
8  _____, 20_____.
9
10         _____
11               Notary Public
12
13 My Commission Expires:_____
14
15
16
17
18
19
20
21
22
23
24
25

Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400 1-800-FOR-DEPO Washington, DC 20005