# Exhibit H

Date: 10/14/99

                                              Form:
                                                 990
                                              Tax Year(s) Ended:
                                                 DECEMBER 31, 1997
DEMOCRATIC LEADERSHIP COUNCIL,INC            Person to Contact/ID Number:
518 C STREET, N.E.                              George T. Smith   52-08209
WASHINGTON, DC  20002                        Contact Telephone Number:
                                                 202-874-0173 Ext: 0173


Dear Sir or Madam:

     We plan to examine the form indicated above, but have been unable to
contact you by telephone.  We would therefore appreciate your calling our
office as soon as possible to schedule an appointment.

     To help make the examination as brief as possible, the following
records should be available at the start of the examination:

     o Governing instruments (articles of incorporation, bylaws, etc.)

     o Minutes of meetings

     o All books and records of your assets, liabilities, receipts and
       disbursements

     o Check register, cancelled checks, and bank statements

     o Auditor's report

     o Copies of prior and subsequent year returns

     o Copies of any other Federal tax returns filed

     o Pamphlets, brochures, and other literature printed

     o Correspondence files

     We realize some organizations may be concerned about an examination
of their returns.  We hope we can relieve any concerns you may have by
briefly explaining why we examine exempt organization returns and what
your appeal rights are if you do not agree with the results.

     We examine returns to verify the correctness of income or gross
receipts, deductions, and credits and to determine that the organization
is operating in the manner stated and for the purpose set forth in its
application for recognition of exemption.  An examination of a return does
not suggest suspicion of any wrongdoing.  In many cases, the return is
closed without change.


500 N. Capitol St N.W
Washington, DC  20221                         Letter 1398(DO)(Rev. 9-84)

When the examination is completed, I will explain any proposed recommendation and how it affects your exempt status or tax liability, such as excise taxes or unrelated business income tax. You should understand fully any recommended change, so please do not hesitate to ask questions about anything not clear to you.

If changes are recommended involving your tax liability and you agree with them, you will be asked to sign an agreement form. By signing, you will indicate your agreement to the amount shown on the form as a refund due you or additional tax you owe, and this will simplify closing your case.

You do not have to agree with the recommendations made. You may ask for a conference at a higher level, as explained in the copy of appeal procedures that you will receive if a change in your tax liability or exempt status is proposed.

It will not be necessary for someone to be present throughout the examination, unless that is your wish. I would, however, appreciate your having an officer or your representative available at the beginning of the examination to give me a brief orientation of the operations of the organization and again at the end for a discussion of the results of the examination.

If the examination is conducted with your representative, a power of attorney or tax information authorization must be filed before your representative can receive or inspect confidential information. Form 2848, Power of Attorney and Declaration of Representative, or Form 2848-D, Tax Information Authorization and Declaration of Representative, as appropriate (or any other properly written power of attorney or authorization), may be used for this purpose. You can get copies of these forms from any Internal Revenue Service office.

To schedule an appointment, please contact me at the telephone number shown in the heading of this letter. I will also be glad to answer any questions you may have.

Thank you for your cooperation.

Sincerely,

George T. Smith
Revenue Agent

Enclosure(s)
   Publication 1

500 N. Capitol St N.W
Washington, DC 20221

Letter 1398(DO)(Rev. 9-84)
TOTAL P.03