Explanation of Adjustments
Schedule 1-A

**Democratic Leadership Council, Inc.**                    52-1384530

to the office of President and Vice President. The DLC works with New Democrat elected officials to create an ideological message (or political platform) for use by New Democrats involved in the DLC and to identify New Democrats with this message. This message developed by DLC for Democratic elected officials affiliated with DLC is characterized by DLC as an alternative to the traditional left-right debate between liberal Democrats and conservative Republicans.

The DLC primarily benefits a select group of individuals in their professional capacity. This select group primarily consists of New Democrat office holders affiliated with the DLC. The DLC benefits affiliated New Democrat office holders by helping them to continue to win elections and, thereby, to continue their political careers. The electoral prospects of affiliated New Democrats are strengthened because of direct benefit services received themselves, and indirect benefits from DLC disseminating information tailored to furthering their political careers to the public.

The affiliated politicians benefit when the DLC helps them to develop an ideological message, to generate public support for their positions and themselves, and to move the Democratic Party toward their moderate position. Sharing resources, discussing among themselves, and disseminating information to the public allowed the affiliated politicians to develop an ideological message through the DLC and to generate public support for their positions and themselves. Developing ideological messages and generating this support directly enhances their reelection chances and their possible advancement to higher office, all furthering the professional political careers of office holders affiliated with the DLC. Public dissemination of this message by the DLC and the combined political clout of these politicians helped move the Democratic Party toward the moderate position of the New Democrats affiliated with the DLC.

The DLC has secondarily benefited the Democratic Party by working with New Democrat elected officials to craft an ideological message that helped New Democrats affiliated with the DLC to recapture the White House and succeed in office. The word "Democrat" in the name of the DLC also indicates the focus of the organization on the Democratic Party. The DLC has changed over

time from an organization seeking to move the Democratic Party

19

USA0931

Explanation of Adjustments
Schedule 1-A

**Democratic Leadership Council, Inc.**                    52-1384530

toward a more moderate position to an organization that expresses the dominant position of the Democratic Party. DLC officers and members have become the top elected officials and candidates of the Democratic Party. The United States President Bill Clinton and Vice President Al Gore from 1992 until 2000 were associated with the DLC and the Democratic Presidential Candidate Al Gore and Vice Presidential Candidate Joe Lieberman in the 2000 election were from the DLC. Bill Clinton was formerly DLC Chairman when he was Governor of Arkansas and was involved in the founding of the DLC. Joe Lieberman was DLC Chairman. Al Gore was an active member of the DLC.

The DLC works with New Democrat elected officials to create an ideological message (also a political platform) for New Democrats and to identify New Democrats with this message. This focus permeates the DLC's activities. The DLC's material identifies the DLC with New Democrats and the Democratic Party, indicates that it is working to improve the Democratic Party, portrays Democrats as its target audience, and favorably portrays New Democrats, especially, during the years at issue, President Clinton, a DLC founder and former Chairman. The DLC credits its message with the electoral successes of New Democrats and the Democratic Party.

Perhaps there is no better example of how the DLC benefits Democrats, or New Democrats, than the DLC Leadership Workshops. As stated, these workshops were designed to teach State and local officials "the essentials of the New Democratic governing philosophy and how to turn it into effective political messages and policy proposals relevant to local issues." Participants in the workshops learn the essentials of the New Democratic governing philosophy, discuss the policy challenges facing their State, and develop tools to communicate their positions on issues. According to DLC, the workshops identify and foster the next generation of New Democrat leaders.

These workshops are similar to the school in American Campaign Academy v. Commissioner, 92 T.C. 1053 (1989). In American Campaign Academy, an organization ran a school to train campaign professionals. However, the Tax Court determined that because the school conferred a substantial benefit to the Republican Party, the school primarily benefited a private group.

Although these workshops are only a part of DLC's activities,

20

USA0932

Explanation of Adjustments
Schedule 1-A

**Democratic Leadership Council, Inc.**                52-1384530

elected Democratic officials, especially those identified as New Democrats, are the primary focus of this activity. This is a clear indication of the private benefit provided to the Democratic Party and New Democrats by the DLC.

The DLC activities also include newsletters, magazines, annual conferences, lunch series, commissioning surveys, and maintaining a web site. The web site makes available information such as DLC newsletters, copies of the DLC magazine, selected newspaper articles, survey information, speeches of New Democrat office holders, book notes, PPI (DLL's affiliated section 501(c)(3) organization) documents, documents from state DLCs, and other information on the DLC and PPI.

The DLC magazine "The New Democrat" has articles on various topics. These are written by DLC and PPI staff and by some who were not employees. These non-employee authors include: an essay from then President Bill Clinton; Democratic State Representative Cal Dooley of California, Senator and DLC Chairman Joseph Lieberman (D-CT), and New Democrat and former Democratic Congressman Timothy J. Penny.

In addition, authors of articles in the "Blueprint" magazine introduced in 1998, include William Galston former Deputy Assistant for Domestic Policy for President Clinton and Mark Penn, pollster for President Clinton and Vice President Gore under President Clinton.

The DLC newsletters identify the DLC with the Democratic Party, support President Clinton, and report on New Democrat activity. DLC statements also reflect support for Democratic Presidential Candidate, Al Gore. However, the "DLC Updates" are critical of Republicans and especially then Governor George W. Bush who, in 1999, was the clear Republican presidential candidate. Some of these comments are:

> All those empty seats, folded arms, and smirking, scowling faces on the Republican side of the House during the President's (Clinton) address spoke volumes about how interested the GOP really is in debating and conducting the business of the American people. If the empty and rather tired anti-government rhetoric in the official Republican responses by Reps. Steve Largent (R-OK) and Jennifer Dunn (R-WA) are any indication,

21

USA 0933

Explanation of Adjustments
Schedule 1-A

**Democratic Leadership Council, Inc.**                    52-1384530

> maybe they don't really have anything to say.
> (January 22, 1999)
>
> Governor (George) Bush is certainly a skilled politician, and perhaps some day he will develop "compassionate conservatism" into a fully articulated philosophy of governance. But for now, as Texans would say "it's more sizzle than steak-all hat and no cattle." (February 12, 1999)
>
> At some point, Republicans need to stop pulling old quotes out of context from Earth in the Balance and come to grips with what Al Gore is actually doing on environmental issues here and now. (May 10, 1999)
>
> We are happy to report that Vice President Al Gore is promoting the "smaller is better" message on schools. (May 31, 1999)
>
> Republicans cannot make up their minds what federal policies and programs are worth spending taxpayer dollars to support. It's called *governing*. You have to wonder if the overwhelming support among House Republicans for the presidential candidacy of Governor George W. Bush is yet another example of their longing for a leader who will paper over their policy differences and make governing unnecessary. (emphasis in original) (June 14, 1999)
>
> Press coverage of the event naturally focused on a couple of clever shots the President (Clinton) took at the incoherence of the "compassionate conservative" message of Texas Governor George W. Bush, who was literally across the street doing what he does best: raising money with a smile. (July 19, 1999)
>
> It will be interesting to see how Republican Governors respond to this cry for help from Washington -- especially the Republican Governor of Texas, whose presidential campaign has been endorsed by a majority of the House Republicans who are looking up at him beseechingly with empty begging bowls. (August 2, 1999)
>
> In some of his domestic policy proposals as a

22

USA 0934

Explanation of Adjustments
Schedule 1-A

Democratic Leadership Council, Inc.                52-1384530

> candidate, Gov. (George) Bush has taken fairly sensible ideas and then dressed them up with bells and whistles for the conservative "base" of his party. Not this time. Bad tax policy is at the center of his plan, and the sensible stuff is on the margins. It's not warm and cuddly conservatism. It's big, and it's bad. (December 6, 1999)

Also, the articles in the "The New Democrat" magazine were also critical of then Governor George Bush, while supportive of then Vice President Al Gore. Examples of these statements from the "New Democrat" are:

> In the November/December 1999 edition of "The New Democrat," an article called "It's Curious, George Bush's Treatment of the Working Poor in Texas has been less than Passionate."

> The outstanding question our editorial raises is whether Bush's compassionate conservatism is a purely tactical ploy or a legitimate effort to modernize the Republican Party. We conclude that it is a wink and a nod to the conservative movement that dodges the conservative movement that dodges the central issue of a party modernization... (November/December 1999)

> For all of his talk about compassion, Bush is indistinguishable from old-fashioned, uncompassionate conservatives on many issues. (November/December 1999)

> The best way for Vice President Gore to reverse his standing in the early polls is to hammer away with the New Democratic message. As he does, he will enjoy broad support nationally and in the swing states that are likely to decide the election. (July/August 1999)

> So, what exactly has Bush done since Washington handed his state broad authority to help poor Texans find and keep a job? The answer is, not much. (November/December 1999)

Second, the voters elected Bill Clinton to be

23

Explanation of Adjustments
Schedule 1-A

**Democratic Leadership Council, Inc.**                    52-1384530

>   President, not Al Gore. They almost certainly will have
>   the chance to vote Gore into the White House in 2000,
>   and I hope they do.   (January/February 1999)

   The DLC also had a weekly newsletter called "The DLC
Briefing, A New Democrat Perspective on the Issues from the
Democratic Leadership Council" that were "aimed at providing New
Democrat language and political analysis on a variety of issues."
These DLC Briefings issued in 1999, are identified as "a service
providing a concise New Democrat perspective on national issues
that are of immediate interest to policymakers."

   Each DLC briefing has the following sections: "What's
Happening," "New Democrat Principles," "The Politics," and
"Talking Points."  Some of the statements in these DLC Briefings
include:

>   New Democrats should oppose narrow interest-group
>   influence on public policy, particularly when it
>   conflicts directly with the national interest in
>   economic and social progress.  (May 11, 1999)

>   Opposing A.B. 842 in its current form is a must for New
>   Democrats who understand that real education reform
>   must give administrators, teachers, and parents the
>   flexibility to ensure students meet high performance
>   standards.  Simply stated, it is impossible to both say
>   you support charter schools and support this bill in
>   its current form. (May 1999)

   The 1999 DLC conferences gave New Democrat elected
officials, many of whom are DLC officers and members, an
opportunity to develop and publicize the New Democrat ideological
message.  The web site publishes some of the speeches of DLC
officers and members who are elected Democratic officeholders.
There are several examples of speeches that clearly identify the
DLC with the Democratic Party.  Some of these were:

24

Explanation of Adjustments
Schedule 1-A

**Democratic Leadership Council, Inc.**                    52-1384530

> So I would say to you, I'm proud of where we are, I'm proud of where the Democrats are, I'm proud of where our party has gone. And I still believe that when it comes to defining the future, the American public will be the new Democratic Party instead of the right wing of the Republican Party that is driving their agenda. (President Clinton keynote speaker at the 1999 Leadership Dinner).
>
> But tonight I ask you not to think about our differences with Republicans, but to think about the one remaining issue on which we have not forged a consensus within our party. (President Clinton keynote speaker at the 1999 DLC Leadership Dinner)
>
> We're Democrats; we've got to make sure this deal works for ordinary people. (President Clinton keynote speaker at the 1999 Leadership Dinner).
>
> They've (Republicans) g : a lot more work to do in their party than we do in ours, as I explained at the outset. We have worked through where we are on budget discipline, on economic management, on foreign policy, on environmental policy, on crime policy, on education policy, and on health care policy. There has been an enormous modernization of the thinking and direction of the Democratic Party, and we can be proud of it. (President Clinton keynote speaker at the 1999 DLC Leadership Dinner).
>
> This effort that we are engaged in here today in this conference I think is critical to our country's future, to our party's future and to our candidate's future. (Senator Joseph Lieberman speaker at the 1999 DLC Annual Conference)

Vice President and Presidential Candidate Al Gore was the keynote speaker at the 1999 DLC Annual Conference and used the address to associate himself and Presidential candidacy with the DLC. Some of Vice President's Gore's comments were:

> And I appreciate the DLC being a part of the Democratic Party's strong consensus on that issue (civil rights).

25

Explanation of Adjustments
Schedule 1-A

**Democratic Leadership Council, Inc.**                              52-1384530

And if you want Jerry Falwell and Pat Robertson vetting the next three justices, that's essentially the message coming out of the private meetings that the Republican candidates, including their front runner, are having with the right-wing extreme groups there.

I just announced a couple of weeks ago that that's going to be the way I run this campaign for President, the same day I announced that I was moving the headquarters to Tennessee and challenged Bill Bradley to have a series of debates. Incidentally, I think that we can honor our democracy and help our party if we pick a different issue every single week and had a debate once a week on all of the important issues facing our country. I think that would draw people toward our party and toward our democracy.

And I felt then, as I feel today, that it is crucially important that we take the historic values of the Democratic Party and pursue them in ways that are true to the heart of the American people and accomplish them in ways that make sense to the American people in the context of our country.

And part of our challenge in this election is to make sure that we keep prosperity going by making sure that we handle this surplus correctly. And, or course, the Republicans are wrong to suggest we ought to take that surplus and just blow it on this risky tax scheme...

Now, to the Republicans, the absence of a heart may not seem like an emergency, but to us it is an emergency. And that's again why we need the health care patient's bill of rights.

But as President, with your help, I will also insist on the authority to enforce workers' rights, human rights and environmental protections in those agreements. And I am delighted that labor representatives are part of today's DLC conference, and applaud you for helping to bring our party together on these issues.

26

USA 0938

Explanation of Adjustments
Schedule 1-A

Democratic Leadership Council, Inc.                    52-1384530

> I'm very proud that I have stood with the DLC and with
> so many of you during the toughest battles we have
> faced: reforming welfare, balancing the budget, opening
> markets, and leading in the global economy and in the
> global civilization...
>
> And frankly, the role of the DLC within the Democratic
> Party has so frequently been to generate new ideas and
> fresh perspectives within the party that is, in turn,
> looked to by the American people as the source for new
> solutions for problems that evolve and emerge in the
> changing world we live in.
>
> And those of you who have supported the Democratic
> Party and have supported the DLC have been committed to
> the long haul. I am honored to be there with you and to
> be a part of you.

**2) creates the organization**

The DLC Articles of Incorporation identify the DLC directors as Charles Robb, Senator Sam Nunn, and Congressman Richard Gephardt. Arkansas Governor Bill Clinton was also a DLC founder. The DLC=s Form 1024 stated that the DLC was founded by Federal and State elected officials of the Democratic Party who were concerned with the direction of their party. These facts clearly indicate that DLC was founded by prominent Democratic elected officials.

**3) makes up the primary membership of the organization**

Although the DLC does not keep record of the political affiliations of its members, it interesting to note speakers at the DLC's conferences in 1999 were prominent Democratic elected officials including President Clinton, Vice President Al Gore, and Senator Joseph Liberman.

27

USA 0939

Explanation of Adjustments
Schedule 1-A

Democratic Leadership Council, Inc.                    52-1384530

### 4) controls the organization

In 1999, Senator Joe Lieberman (D-CT) was the DLC Chairman and Governor Roy Romer (D-CO) was Vice Chairman. In 1998, Roy Romer was also Chairman of the Democratic National Committee (DNC). With a Chairman who was a prominent New Democratic elected official soon to be the Democratic Vice Presidential candidate in 2000 and a Vice Chairman who was a prominent New Democratic elected official and Chairman of the DNC, the primary organization of the national Democratic Party, there is little doubt that the DLC was controlled by New Democratic office holders in 1999.

The 1997 Survey commissioned by the DLC entitled AThe New Democratic Electorate@ reported that prior to the 1997 DLC chair Sen. Joseph Lieberman, Apast chairs include former U.S. Rep. Dave McCurdy of Oklahoma, Sen. John Breaux of Louisiana, President Bill Clinton, Sen. Sam Nunn of Georgia, Sen. Charles Robb of Virginia, and House Minority Leader Richard Gephardt of Missouri." All of whom were elected as Democratic Party candidates.

### 5) provides the primary resources for the organization

In 1999, the DLC received contributions from corporations and individuals, and also received fees from those who attended its conferences. Corporate donors and some individual donors made contributions of thousands of dollars that were arguably intended to support the policies and/or professional careers of New Democrat elected officials closely associated with or running the DLC. Most DLC contributions in these years were over $5,000 each and these contributions were mostly from corporations. The contributions of several donors were in the tens of thousands each, while some others made contributions of a hundred thousand dollars or more in 1999.

USA 0940

Explanation of Adjustments
Schedule 1-A

**Democratic Leadership Council, Inc.**                52-1384530

Moreover, it is unclear whether fundraising contract lists were originally derived from New Democratic elected officials affiliated with the DLC. While the DLC reported that it did not obtain donor lists from elected officials in 1999, it is not clear that the DLC did not receive donor lists from these sources in earlier years. The Form 1024 (exemption application) provided that active member elected officials pay $1,000 and Board of Advisors members contribute $10,000 per year or assist the DLC in raising these funds. The Form 1024, however, also noted that 40% of the officeholders enlisting as members did not pay the $1,000 a year in dues. The Form 1024 provided that the dues of $1,000 a year were mainly intended to recruit public officials into DLC activities.

In addition, during 1999, elected officials of the Democratic Party, or previous members of their staff, contributed articles to DLC's magazines or edited these magazines, including: President Clinton, New Democrat and former Congressman Timothy J. Penny, Senator John Breaux (D-LA), William Galston former Deputy Assistant for Domestic Policy for President Clinton, Elaine Kamarck, former Senior Policy Advisor for Vice President Gore, and Mark Penn, pollster for President Clinton and Vice President Gore.

**Conclusion:**

Applying the factors derived from the cases analyzed, we conclude that the DLC primarily benefits affiliated New Democrat elected officials (and secondarily the Democratic Party) rather than the community as a whole. Although the DLC provides some benefit to the community by disseminating information and encouraging public debate, this benefit is outweighed by the primary benefit provided to New Democrat elected officials. Consequently, the DLC is not described in section 501(c)(4) because it is not operated exclusively to promote social welfare.

The benefit to affiliated New Democrat elected officials (developing ideological message, moving the Democratic party toward their position, and generating public support for their positions and themselves, using the name of a specific political party (Democrat) in the organization=s name); formation, control

29

Explanation of Adjustments
Schedule 1-A

Democratic Leadership Council, Inc.                      52-1384530

and membership by affiliated elected officials; and the source of resources indicate that the primary activity of the DLC is benefiting related New Democrat elected officials.

We finally note that the fact that elected officials from one named political party were dominant in the creation, control and policies of the DLC are the key factors in our conclusion that DLC is not described in section 501(c)(4). In contrast, organizations involved in public policy debate and legislative activities that are not created or controlled by elected officials of a named political party are often described in section 501(c)(4), even when their considerations are focused on issues also considered in the political arena. Also, the involvement of elected officials in the creation or activities of an organization does not preclude that organization from being described in section 501(c)(4) where the organization is primarily promoting the common good and general welfare of the people of the community rather than the professional interests of the elected officials and their political party.

Therefore, since DLC did not operate exclusively to promote social welfare, and was not an organization described in section 501(c)(4), DLC should have filed Form 1120 for its 1999 taxable year and reported the tax liability reflected on the Form 4549-A enclosed.

30

USA 0942

| Form 4089 | Department of the Treasury - Internal Revenue Service<br>**Notice of Deficiency - Waiver** | Symbols<br>TEGE:MR:DW |
|---|---|---|

Name, SSN or EIN, and Address of Taxpayer(s): Democratic Leadership Council, Inc. 52-1384530
600 Pennsylvania Avenue, SE Suite 400 Washington, DC 20003

| Kind of Tax<br>Income | [X] Copy to Authorized Representative | |
|---|---|---|
| Tax Year Ended | Deficiency | |
| 12/31/1999 | Increase in Tax<br>$5,595.00 | |

See the attached explanation for the above deficiencies

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law.

Your signature ▶ _____ Date Signed

Spouse's Signature, If A Joint Return Was Filed ▶ _____ Date Signed

Taxpayer's Representative Sign Here ▶ _____ Date Signed

Corporate Name _____

Corporate Officers Sign Here ▶ _____ Date Signed

▶ _____ Date Signed

**Note:**

If you consent to the assessment of the amounts shown in this waiver, please sign and return it in order to limit the accumulation of interest and expedite our bill to you. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are entitled to a refund. It will not prevent us from later determining, if necessary, that you owe additional tax; nor will it extend the time provided by law for either action.

If you later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign**

If this waiver is for any year(s) for which you filed a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

If you agree, please sign one copy and return it; keep the other copy for your records.

Cat. No. 22650Y                                        Form 4089 (Rev. 1-83)

USA 0943

| Form **4089** | Department of the Treasury - Internal Revenue Service | Symbols |
|---|---|---|
| | **Notice of Deficiency - Waiver** | TEGE:MR:DW |

Name, SSN or EIN, and Address of Taxpayer(s): Democratic Leadership Council, Inc. 52-1384530
600 Pennsylvania Avenue, SE Suite 400 Washington, DC 20003

| Kind of Tax | | |
|---|---|---|
| Income | [X] Copy to Authorized Representative | |
| Tax Year Ended | | Deficiency |
| | Increase in Tax | |
| 12/31/1999 | $5,595.00 | |

See the attached explanation for the above deficiencies

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law.

Your signature ▶ _____ Date Signed

Spouse's Signature, If A Joint Return Was Filed ▶ _____ Date Signed

Taxpayer's Representative Sign Here ▶ _____ Date Signed

Corporate Name _____

Corporate Officers Sign Here ▶ _____ Date Signed

▶ _____ Date Signed

**Note:**

If you consent to the assessment of the amounts shown in this waiver, please sign and return it in order to limit the accumulation of interest and expedite our bill to you. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are entitled to a refund. It will not prevent us from later determining, if necessary, that you owe additional tax; nor will it extend the time provided by law for either action.

If you later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign**

If this waiver is for any year(s) for which you filed a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

If you agree, please sign one copy and return it; keep the other copy for your records.

Cat. No. 22650Y                                    Form 4089 (Rev. 1-83)

USA 0944

| | |
|---|---|
| **INTERNAL REVENUE SERVICE** | **DEPARTMENT OF THE TREASURY** |

**Date:** August 1, 2003

Democratic Leadership Council
600 Pennsylvania Avenue
Suite 400
Washington, DC 20003

**Taxpayer Identification Number:**
52-1384530
**Form:**
990
**Tax Year(s) Ended:**
December 31, 1999
**Person to Contact/ID Number:**
Mrs. D. Walden/ 52-07735
**Contact Numbers:**
Telephone: (410) 962-0059
Fax:       (410) 962-0132

*COPY*

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Dear Sir or Madam:

We have enclosed a copy of our examination report explaining why we believe an adjustment of your organization's exempt status is necessary.

If you do not agree with our position you may appeal your case. The enclosed Publication 3498, *The Examination Process*, explains how to appeal an Internal Revenue Service (IRS) decision. Publication 3498 also includes information on your rights as a taxpayer and the IRS collection process.

If you request a conference, we will forward your written statement of protest to the Appeals Office and they will contact you. For your convenience, an envelope is enclosed.

If you and Appeals do not agree on some or all of the issues after your Appeals conference, or if you do not request an Appeals conference, you may file suit in United States Tax Court, the United States Court of Federal Claims, or United States District Court, after satisfying procedural and jurisdictional requirements as described in Publication 3498.

USA 0945

INTERNAL REVENUE SERVICE          DEPARTMENT OF THE TREASURY

You may also request that we refer this matter to for technical advice as explained in Publication 892, *Exempt Organization Appeal Procedures for Unagreed Issues*. If a determination letter is issued to you based on technical advice, no further administrative appeal is available to you within the IRS on the issue that was the subject of the technical advice.

You have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures, such as the formal appeals process. The Taxpayer Advocate cannot reverse a legally correct tax determination, or extend the time fixed by law that you have to file a petition in the United States court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. You may call toll-free 1-877-777-4778 and ask for Taxpayer Advocate assistance. If you prefer, you may contact the Taxpayer Advocate at:

Baltimore Office
31 Hopkins Plaza
Room 1130
Baltimore, MD 21201
(410) 962-2082

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter. If you write, please provide a telephone number and the most convenient time to call if we need to contact you.

Thank you for your cooperation.

Sincerely,

R.C. Johnson
Director, EO Examinations

Enclosures:
   Pub. 892
   Pub. 3498
   Report of Examination

USA 0946