# Exhibit L

Empower America  
1776 I Street, N.W.  
8th Floor  
Washington, D.C. 20224

Michael Seto

(202) 622-6477

CP:E:EO:T:3

Internal Revenue Code: 501(c)(4)  
Employer Identification Number: 52-1894185  
Key District: Southeast (Baltimore, MD)  
Accounting Period Ending: December 31  
Form 990 Required: Yes

NOV 21 1997

Dear Applicant:

This is in reference to your application for recognition of exemption under section 501(c)(4) of the Internal Revenue Code.

In our letter dated February 21, 1997, we concluded, based on the information in the administrative record, that you were not operated primarily to promote social welfare because you were a partisan issues-oriented organization. In addition, we concluded that your activities also substantially benefitted the Republican Party and politicians affiliated with the Republican Party. Consequently, we ruled that you did not qualify for recognition of exemption under section 501(c)(4) of the Internal Revenue Code.

In our September 12, 1997 conference and in a letter dated October 3, 1997, you provided supplemental information that described your past and current activities and operation. They indicate clearly that you have engaged and are engaging in nonpartisan activities and are a nonpartisan issue advocacy organization. They also indicate clearly that you have not engaged and are not engaging in activities that benefit selected parties or individuals. Your board of directors has been expanded to include individuals unaffiliated with particular political parties or candidates.

In addition, you represent you maintain or will implement certain procedures that will ensure your activities and operation continue to be nonpartisan. These representations include: You do not solicit or knowingly receive support from political parties or affiliated groups. Your purchase of mailing lists from political parties and affiliated organizations, if they are offered for purchase through third-party list brokers at market rates, would not constitute such support. A particular advantage would be conferred if such assets were offered to you on an exclusive basis or for less than fair market value. You will

USA 3053

Empower America

- 2 -

continue to be funded through grass-roots contributions. You select and will continue to select issues and topics for advocacy in the following manner: (1) the board of directors meets quarterly and discusses current issues and topics and then decides which issues are to be addressed, and (2) selection of issues is based on their importance to the nation and is made independently from and not in coordination with any other organization. You will require any co-director to take an immediate leave of absence and to disassociate from you if he or she becomes a candidate for political office. In addition, you will take appropriate measures to assure that your assets will not be used to benefit any co-director who may be contemplating seeking an elective position. You will not operate to further the private interests of any political party, candidate, or prospective candidate.

Based on the supplemental information and representations, and assuming your operations will be as stated we have determined that you are exempt from federal income tax under section 501(a) of the Internal Revenue Code as an organization described in the section 501(c)(4) of the Code. Our prior ruling letter of February 21, 1997, is hereby revoked.

Unless specifically excepted, you are liable for taxes under the Federal Insurance Contributions Act (social security taxes) for each employee to whom you pay $100 or more during the calendar year. Unless excepted, you are also liable for tax under the Federal Unemployment Tax Act for each employee to whom you pay $50 or more during a calendar quarter if, during the current or preceding calendar year, you had one or more employees at any time in each of 20 calendar weeks or you paid wages of $1,500 or more in any calendar quarter. If you have any questions about excise, employment, or other federal taxes, please contact your key district office.

If your sources of support, or your purposes, character, or method of operation change, please let your key district office know so that office can consider the effect of the change on your exempt status. In the case of an amendment to your organizational document or bylaws, please send a copy of the amended document or bylaws to your key district. Also, you should inform your key district office of all changes in your name or address.

In the heading of this letter we have indicated whether you must file Form 990, Return of Organization Exempt from Income Tax. If "Yes" is indicated, you are required to file Form 990 only if your gross receipts each year are normally more than $25,000. If your gross receipts each year are not normally more than $25,000, we ask that you establish that you are not required

023-0026

- 3 -

Empower America

to file Form 990 by completing Part I of that Form for your first year. Thereafter, you will not be required to file a return until your gross receipts exceed the $25,000 minimum. For guidance in determining if your gross receipts are "normally" not more than the $25,000 limit, see the instructions for the Form 990. If a return is required, it must be filed by the 15th day of the fifth month after the end of your annual accounting period. A penalty of $20 a day is charged when a return is filed late, unless there is reasonable cause for the delay. The maximum penalty charged cannot exceed $10,000 or 5 percent of your gross receipts for the year, whichever is less. For organizations with gross receipts exceeding $1,000,000 in any year, the penalty is $100 per day per return, unless there is reasonable cause for the delay. The maximum penalty for an organization with gross receipts exceeding $1,000,000 shall not exceed $50,000. This penalty may also be charged if a return is not complete, so please be sure your return is complete before you file it.

You are required to make your annual return available for public inspection for three years after the return is due. You are also required to make available a copy of your exemption application, any supporting documents, and this exemption letter. Failure to make these documents available for public inspection may subject you to a penalty of $20 per day for each day there is a failure to comply (up to a maximum of $10,000 in the case of an annual return). See Internal Revenue Service Notice 88-120, 1988-2 C.B. 454, as modified by P.L. 104-168, 110 Stat. 1452, for additional information.

You are not required to file federal income tax returns unless you are subject to the tax on unrelated business income under section 511 of the Code. If you are subject to this tax, you must file an income tax return on Form 990-T, Exempt Organization Business Income Tax Return. In this letter we are not determining whether any of your present or proposed activities are unrelated trade or business as defined in section 513 of the Code.

Contributions to your organization are not deductible by donors under section 170(c)(2) of the Code. Under section 6113, any fund-raising solicitation (including a solicitation for membership dues payment) you make must include an express statement (in a conspicuous and easily recognizable format) that contributions and gifts are not deductible as charitable contributions for federal income tax purposes. Section 6113 does not apply, however, if your annual gross receipts are normally $100,000 or less, or if your solicitations are made to no more than ten persons during a calendar year. The law provides



USA 3055

- 4 -

Empower America

penalties for failure to comply with this requirement, unless the failure is due to reasonable cause. See Internal Revenue Service Notice 88-120, 1988-2 C.B. 454, for additional information.

Please use the employer identification number indicated in the heading of this letter on all returns you file and in all correspondence with the Internal Revenue Service.

We are informing your key district office of this ruling. Because this letter could help resolve any questions about your exempt status, you should keep it in your permanent records.

If you have any immediate questions about this ruling, please contact the person whose name and telephone number are shown in the heading of this letter. For other matters, including questions concerning reporting requirements, please contact your key district office.

Sincerely,

"Signed - Edward K. Karcher"

Edward K. Karcher
Chief, Exempt Organizations
Technical Branch 3

cc: DD, Southeast (Baltimore, MD)
    Attn: Chief, EP/EO Division

cc: Donald Alexander, Esq.
    Edwin P. Geils, Esq.
    Michael T. Lempres, Esq.
    Akin, Gump, Strauss, Hauer & Feld, L.L.P.
    1333 New Hampshire Avenue, NW
    Suite 400
    Washington, D.C. 20005

CP:E:EO:T:3       CP:E:EO:T:4       CP:E:EO:R
Seto              Cower             [signature]/Cower
11/20/97           11/24/97          11/24/97

USA 3056