# Exhibit M

LEXSTAT 1999 TNT 24-25

Copyright © 1999 Tax Analysts
Tax Notes Today

FEBRUARY 5, 1999 FRIDAY

**DEPARTMENT:** Official Announcements, Notices, and News Releases; Other IRS Documents

**CITE:** *1999 TNT 24-25*

**LENGTH:** 30090 words

**HEADLINE:** 1999 TNT 24-25 UNRELEASED TAM RULES FOUNDATION INVOLVED WITH GINGRICH COURSE WAS EXEMPT. (Section 501(c)(3) — Charities) (Release Date: DECEMBER 01, 1998) (Doc 1999-5081 (74 original pages))

**CODE:** *Section 501(c)(3)* — Charities

**ABSTRACT:** In a forthcoming TAM the IRS has determined that the Progress & Freedom Foundation qualified under section 501(c)(3), did not serve the private interests, was not an "action" organization, and did not allow its earnings to inure to the benefit of Newt Gingrich.

**SUMMARY:** In a forthcoming technical advice memorandum, the IRS has determined that the Progress & Freedom Foundation (PFF) qualified as a *section 501(c)(3)* organization, did not serve the private interests, was not an "action" organization, and did not allow its earnings to inure to the benefit of former Speaker of the House Newt Gingrich.

The Ethics Committee in the U.S. House of Representatives initially appointed an investigative subcommittee and special counsel to investigate then-Speaker of the House Newt Gingrich to determine whether *section 501(c)(3)* was violated by the involvement of section (c)(3) organizations like PFF with "Renewing American Civilization" (RAC), a college course that Gingrich taught. But the Ethics Committee later decided to defer to the IRS.

PFF was incorporated as a District of Columbia nonprofit corporation in April 1993 and was granted exempt status by the IRS three months later. During PFF's first taxable year it had a five-member board of directors, composed of an economics professor who had served as executive director and treasurer of GOPAC, a nuclear physicist, a history professor who was also a director and paid consultant to GOPAC, a management consultant, and an insurance executive and charter member of GOPAC.

In its exemption application, PFF said it planned to (1) develop and distribute an anthology of scholarly works on RAC; (2) develop a teleconference course to study and explore American civilization in collaboration with a state college and its foundation; (3) sponsor certain research and writing; (4) publish a magazine; (5) produce and air a weekly television talk show; (6) plan a conference; and (7) develop innovative communication tools, like brown-bag lunches, to discuss PFF's research.

After providing extensive detail on how PFF carried out these seven activities, the IRS concluded that the contents of the RAC "course and related course materials indicate that they satisfy the educational criteria set forth in section 1.501(c)(3)-1(d)(3)." The material presented in the course provided a "full and fair exposition of the pertinent facts sufficient[] to permit the public to form an independent opinion or conclusion," the IRS determined. Further, the course materials provided necessary factual bases for viewpoints expressed, did not use distorted facts or make substantial use of inflammatory and disparaging terms, and did not express conclusions on the basis of strong emotional feelings, the Service concluded. The IRS also noted that Gingrich was qualified to teach the course; he holds a Ph.D. in modern European history.

The TAM notes that the IRS key district office in Baltimore concluded that PFF provided more than an incidental private benefit to Mr. Gingrich, GOPAC, and other Republican entities; was not operated exclusively for exempt purposes; and was operated for substantially nonexempt political and private purposes.

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

After examining a large body of case law in the TAM, the Service determined that "evidence of association with outside entities should generally be considered as additional evidence of private benefit in cases where there is already evidence of private benefit in the activities of the organization at issue." Ultimately the Service found no private benefit. "The central problem in arguing that PFF provided more than incidental private benefit to Mr. Gingrich, GOPAC, and other Republican entities," the TAM explained, "was that the content of the RAC course and the course book, which were PFF's major activities in its first tax year, were educational and, within the four corners of the materials, were not biased toward any of those who were supposed to be benefited."

Comparing the facts in the PFF case with those at issue in *American Campaign Academy v. Commissioner (ACA), 92 T.C. 1053 (1989)*, on which the key district office relied, the TAM said "a careful reading of the facts . . . indicate[s] that the facts of PFF's case are clearly distinguishable from those of ACA." In ACA, the Tax Court ruled that an organization that had as its primary purpose conducting a school to train political campaign professionals benefited the Republican Party and was not described in *section 501(c)(3)*.

The request for technical advice indicated a concern over the relationship between GOPAC and PFF, because a *section 501(c)(3)* organization may not set up a *section 527* organization. In the TAM, the Service noted that GOPAC existed before PFF and that, while some of the PFF founders were associated with GOPAC, GOPAC itself did not create PFF. Also, the IRS found no evidence of coordination between PFF and GOPAC sufficient to taint PFF's activities regarding RAC.

The Service also concluded that PFF did not intervene in a political campaign on behalf of, or in opposition to, any candidate during the year at issue. Finally, concerning inurement, the IRS concluded that regardless of whether Gingrich was an insider, PFF's net earnings did not inure to his benefit.

**AUTHOR:** Internal Revenue Service

**GEOGRAPHIC:** United States

**INDEX:** exempt organizations, qualification;
exempt organizations, public charities

**REFERENCES:** Subject Area:
 Exempt organizations
Industry GRoup:
 Nonprofit Sector
Cross Reference:
 For related news coverage, see the Tax Notes Today Table of Contents for February 4, 1999.
Principal Cited Reference:
 *section 501(c)(3)*
Web Address:
 pff.org

**TEXT:**

Release Date: DECEMBER 01, 1998

     INTERNAL REVENUE SERVICE
     TECHNICAL ADVICE MEMORANDUM

       District Director

       Taxable Year Involved: 9403

      Date of Informational Meeting: August 5, 1998

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

Page 3

### ISSUES

1. Whether the Progress & Freedom Foundation ("PFF") was operated for educational purposes under *section 501(c)(3)* of the Internal Revenue Code.

2. Whether PFF served the private interests of Congressman Newt Gingrich ("Mr. Gingrich"), GOPAC, Republican entities, or other private interests, or otherwise had a substantial nonexempt purpose to benefit such private interests.

3. Whether PFF was an "action" organization by reason of political campaign intervention.

4. Whether PFF's net earnings inured to the benefit of Mr. Gingrich.

### FACTS

[1] In this technical advice, we consider whether PFF was described in *section 501(c)(3) of the Internal Revenue Code* during its first taxable year, ending March 1994 ("9403 tax year"). In order to fully consider that taxable year, we analyze (in the following order) the activities of PFF itself in that year, the context in which PFF operated, and statements that may bear on PFF's purposes. The House Committee on Standards of Official Conduct ("Ethics Committee") appointed an Investigative Subcommittee and a Special Counsel, James Cole, to investigate Mr. Gingrich and determine whether the involvement of *section 501(c)(3)* organizations such as PFF with the course "Renewing American Civilization" ("RAC") violated any *section 501(c)(3)* requirements. However, the Ethics Committee ultimately decided to defer to the IRS on these tax issues. Some witness statements directly quoted in the Ethics Committee Report and characterizations of witness statements by the Ethics Committee were included in the request for technical advice. Despite requests to the Ethics Committee, the Service has not been allowed access to the transcripts by the Ethics Committee. Therefore, we are unable to evaluate the context in which these statements were made.

[2] We base our conclusions in this memorandum upon the facts available to us. As discussed above, our factual record does not include transcripts of witness statements before the Ethics Committee. As will be discussed in detail later in this memorandum, part of our analysis of whether PFF had a substantial nonexempt purpose to serve private interests is the determination of the purposes for forming and operating PFF. In determining the purposes of PFF, evidence of the purposes and roles of PFF's officers and directors acting in their official capacities and of Mr. Gingrich acting in his capacity as teacher of the RAC course is relevant. Information was obtained from these persons under oath by the Ethics Committee's Special Counsel. It is precisely this information to which we have been denied access by the Ethics Committee. It is possible that if the Ethics Committee had rendered full cooperation with our examination, the transcripts might have affected our conclusion.

I. PFF Activities

[3] In this section of the facts, we analyze PFF's formation and its activities.

A. Formation

[4] PFF was incorporated on April 5, 1993 as a District of Columbia nonprofit corporation. PFF applied for recognition of exemption under *section 501(c)(3) of the Code* in May 1993 and was so recognized by the IRS in July 1993.

[5] From April 5 until October 1, 1993, PFF operated primarily out of the office facilities of Washington Policy Group (WPG). GOPAC provided the use of part of its office facilities to WPG (a company owned by Mr. Jeffrey A. Eisenach that provided consulting services to GOPAC) as a form of compensation to WPG. On October 1, 1993, PFF moved into another office separate from GOPAC and WPG, which PFF had used as its mailing address from its inception.

B. Board of Directors

[6] PFF's five-member board during its first taxable year comprised Mr. Eisenach, Mr. George A. "Jay" Keyworth, Mr.

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

Albert Steven Hanser, Mr. Daryl R. Conner, and Mr. R. Mark Lubbers. PFF cited Mr. Eisenach and Mr. Keyworth as its co-founders. Mr. Eisenach served as PFF's President and Executive Director. Mr. Keyworth served as Board Chairman. Mr. Eisenach, Mr. Hanser, Mr. Keyworth, and Mr. Conner, among others, also served as Senior Fellows of PFF.

[7] Mr. Eisenach has a Ph.D. in economics. He held teaching appointments at the University of Virginia, Virginia Polytechnic Institute, and George Mason University. He held scholarship positions at the American Enterprise Institute, the Heritage Foundation, and the Hudson Institute. He served as chief of staff to the OMB Director and Executive Assistant to the FTC Director. He worked on Mr. Pierre Du Pont's 1988 Presidential campaign. He served from 1988 as a "close intellectual advisor" to Mr. Gingrich. He ran his own consulting firm (WPG) from 1988 to 1993. He also served as Executive Director and Treasurer of GOPAC from June 1991 to June 1, 1993.

[8] Mr. Keyworth has a Ph.D. in nuclear physics. He was Director of the Physics Division at Los Alamos National Laboratory. He served as President Reagan's Science Advisor and the White House Director of Science and Technology Policy. He formed a consulting firm in 1986 that advises companies on growth strategies. He serves as a director of several major businesses and as a scholar with several scientific organizations.

[9] Mr. Hanser has a Ph.D. in German History. He was the History Department Chairman at West Georgia College. He served as a scholar with the National Defense University and consultant with the U.S. Army Training and Doctrine Command. He served for more than two decades as a senior advisor to Mr. Gingrich. He also served as a director and paid consultant of GOPAC during the period at issue.

[10] Mr. Conner is a management consultant. He runs his own company that studies the subject and advises business executives.

[11] Mr. Lubbers is an executive of an insurance and financial services company. Before that, he was an executive of the Hudson Institute. He previously served as an assistant to Indiana Governor Robert Orr (Republican) and Senator Richard Lugar (Republican, Indiana). In 1992, Mr. Lubbers joined GOPAC as a Charter Member.

C. Activities in General

[12] PFF stated in its exemption application that it planned to engage in seven types of activities: (1) developing and distributing an anthology of several scholars, works on RAC; (2) developing a teleconference course to study and explore American civilization in collaboration with Kennesaw State College ("KSC") and the Kennesaw State College Foundation, Inc. ("KSCF"); (3) sponsoring research and writing by Mr. Michael Vlahos of his publication entitled The Next Twenty Years; (4) publishing a magazine entitled Progress & Freedom; (5) producing and airing a weekly one-hour television talk show entitled The Progress Report; (6) planning a major conference tentatively entitled "Challenge to Progress: Visions of the 21st Century"; and (7) developing innovative communication tools such as brown bag luncheons to discuss PFF's research. PFF conducted these activities as discussed below.

1. RAC Book

[13] PFF published the book Readings in Renewing American Civilization in 1993. This book, edited by Mr. Eisenach and Mr. Hanser, consisted of the following ten chapters: (1) "Introduction to Renewing American Civilization" by Mr. Gingrich; (2) "Personal Strength in American Culture" by Mr. Stephen R. Covey & Mr. Keith A. Gulledge; (3) "America's Entrepreneurial Spirit" by Mr. George Gilder; (4) "The Spirit of Invention and Discovery and the Information Revolution" by Mr. Keyworth; (5) "The American Roots of Deming and Quality" by Ms. Barbara B. Lawton; (6) "The American Ideology" by Mr. Everett Carll Ladd; (7) "Restoring Economic Growth" by Mr. John Rutledge; (8) "The Entrepreneurial Transformation of U.S. Health Care" by Ms. Regina Herzlinger; (9) "Rebuilding American Civilization in the Inner City" by Rev. Keith A. Butler; and (10) "Twelve Steps to Cultural Renewal" by Ms. Arianna Huffington. Each of the chapters is written in a scholarly and nonpartisan manner.

[14] PFF intended that this book be the course book for the RAC course. Each chapter contained substantial overlap in substance with Mr..Gingrich's corresponding lecture on the subject but was not identical (with the exception of Mr. Gingrich's chapter).

[15] The course book was distributed through McGraw-Hill and adopted for use by several colleges and universities, including Clemson University, KSC, Reinhardt College, and the University of California at Berkeley. Approximately 5,000 copies of the book were distributed between September 1993 and March 1994, of which approximately 1,000 were distributed free of charge to members of the press, college and high school faculty, and libraries.

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

1. RAC Course

[16] In addition to preparing the course book, PFF assisted with the RAC course by managing part of the course while it was taught at KSC and assuming responsibility for the course project (i.e., the fundraising, research, production, advertising, and distribution of the course) when the course transferred to Reinhardt College ("Reinhardt").

a. Mr. Gingrich as Teacher

[17] The RAC course was primarily developed by Mr. Gingrich and co-taught by him, without compensation, at KSC and Reinhardt. Mr. Gingrich received a Ph.D. in modern European history from Tulane University in 1971. He taught history in the political science department of West Georgia College from 1971 to 1978. In 1978, he was elected to Congress as Representative of Georgia's Sixth District and has served in that position since. on or about January 10, 1994 he filed with the FEC a Statement of Candidacy for re-election to his congressional seat. He served as General Chairman of GOPAC from 1986 through the period at issue. In 1989, he was elected Republican Party Whip. In January 1995, he was elected Speaker of the House.

b. KSC and Reinhardt

[18] KSC, a 12,000-student university that was renamed Kennesaw State University in 1995, conducted the RAC course in fall of 1993 (September 18 to November 20) for both graduate and undergraduate credit. Reinhardt, a 900-student college, conducted the RAC course in its winter terms (January to March) of 1994 and 1995. Both institutions are located in Georgia; KSC is within Mr. Gingrich's congressional district.

[19] KSCF, an auxiliary of KSC, was responsible for funding the RAC course project at KSC. A June 1, 1993 prospectus for contributors entitled "Request for Funding" indicated that most of the funds were for supporting the video "uplinking" of the class and the marketing/outreach program. Sales of video and audiotapes were intended to recoup the costs of making and selling them. Mr. Gingrich was described in the proposal as having "complete editorial control" of the course, "in conjunction with" KSC.

[20] KSCF contracted with Mr. Eisenach's WPG to manage, and raise funds for, the course's development, production and distribution. The written (but unsigned by KSCF) contract between WPG and KSCF ran from June 1, 1993 to September 30, 1993. The available information indicates that PFF took over the management responsibility from WPG as of October 1, 1993, and anticipated doing so in August 1993, although no written agreement was made. An October 26, 1993 "Discussion Memo" on Reinhardt and the RAC Project (apparently drafted by PFF), which discussed PFF's role in the KSC course, listed PFF as responsible for project management, fundraising, and outreach, although its activity was "under the auspices" of KSCF. An accounting of KSCF's financial obligations for RAC, forwarded from Mr. Mescon to Mr. Gingrich indicated debts to PFF arising in October and November 1993 of $8750 per month (the same monthly fee that KSCF paid to WPG up to September 30), in addition to reimbursement of travel and other expenses. PFF had submitted invoices for these expenses during October and November 1993.

[21] By written agreement, PFF agreed to assume full responsibility from KSCF for the RAC project as of December 1, 1993, and to receive KSCF assets designated for the project (data bases, RAC printed or electronic materials, related furniture or materials, and any remaining funds or liabilities of the project). The responsibilities included: (1) taping the course lectures; (2) making video and audio tapes available by mail to cable and broadcast television companies, colleges, high schools, businesses, civic groups, and individuals, encouraging them to adopt the course, and providing supporting materials; (3) sponsoring national cable broadcasts of the course; and (4) providing research support for development of course content.

[22] According to Mr. Eisenach, there are no formal minutes of PFF's decision to expand its role in the RAC project in late 1993; he polled each board member by phone and found unanimous agreement that PFF should do so.

c. Course Structure

[23] Each RAC course taught at KSC and Reinhardt consisted of ten 2-hour class sessions taught by Mr. Gingrich (primarily lecture, with occasional short video clips and class discussion), and ten 2-hour class sessions by a co-teacher (or occasional guest lecturer). The cc-teachers were Mr. Timothy Mescon (Dean of KSCIs School of Business) at KSC and Ms. Kathleen Minnix at Reinhardt. Only Mr. Gingrich's lectures were disseminated outside of the college (by live satellite transmission or video or audio tape). When the course was taught at other colleges or universities, a professor at that institution could also co-teach the course.

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

Page 6

[24] The course was categorized in different ways by different schools. KSC offered the course in its business school. Reinhardt offered it as a history or sociology course. The course was also awarded credit in the political science and economics departments at other colleges and universities.

[25] Of the three RAC courses taught by Mr. Gingrich, we have written transcripts and audiotapes of the 1995 Reinhardt course, videotapes of the 1994 and 1995 courses, and lecture outlines, teleprompter notes, and summaries of all the courses. Our review of the materials indicates that the three courses were very similar in structure and content. We base our course summary below on the 1995 transcripts because that format is more easily studied and reviewed.

[26] The 1995 Reinhardt course consisted of 10 classes (20 hours) taught by Mr. Gingrich: an introductory class; a class on each of five "pillars" of American civilization (the historic lessons of American civilization, personal strength, entrepreneurial free enterprise, the spirit of invention and discovery, and quality as defined by Deming); and a class on application of these pillars to each of four substantive areas (the Third Wave Information Age; creating American jobs in the world market; replacing the culture of violence and poverty with a culture of productivity and safety; and citizenship and community in 21st century America). The first two courses (1993 and 1994) had a lecture on the applied area of health instead of the Third Wave Information Age; the latter subject was discussed in some of the other lectures in the first two courses.

d. Content of Classes

[27] Set forth below is a summary of the ten 1995 Reinhardt lectures by Mr. Gingrich.

1. Introductory Class

[28] There is a unique American civilization (although diverse and multi-ethnic) the principles of which must be passed on to its new citizens, whether children or immigrants. This American civilization has provided more people from more backgrounds the opportunity to pursue happiness than any other civilization. Ours is the only country sufficiently large, multiethnic, and committed to human freedom to lead the world. American civilization, however, is now in decay (due to the welfare state begun in 1965). No civilization can survive with 12-year-olds having babies, 15-year-olds killing each other, 17-year-olds dying of AIDS, and 18-year-olds getting diplomas they can't read. We must apply the traditional principles from American history to renew the civilization, and to address the other great challenges to American civilization: the Third Wave Information Revolution; the rise of the world market; and the changing nature of sovereignty. George Washington, Abraham Lincoln, Teddy Roosevelt, Woodrow Wilson, Franklin Roosevelt, Harry Truman, and Ronald Reagan are exemplars of leadership. A leader begins by listening to people discuss a problem, learning to address the problem, and helping them with the problem, which creates respect as a leader. There are four levels of leadership: an ultimate vision; strategies to achieve the vision; projects to implement the strategies; and tactics to conduct the projects.

2. Lessons of American History

[29] History is a collective memory that can be learned from and used. There is an American exceptionalism (individualism giving unprecedented weight to a person's choices, interest, and claims) which can best be understood through history. American exceptionalism includes several key values: private property, democracy and freedom from government control, advancement on one's merits, the absence of rank, and moral equality in the larger society. Although individualistic, Americans voluntarily draw together in community through idealism. This American exceptionalism includes a pervasive sense of religion (especially the religious and social tenets of Puritanism) and the belief that equal opportunity should be available to all. Equal opportunity, however, includes a belief in private property and an acceptance of substantial economic inequalities (the ability to succeed or fail).

3. Personal Strength

[30] Personal strength is vital for a free society and a free market, and essential to providing the six qualities of life inherent in a healthy, successful civilization (i.e., safety, family, work, health, learning, and spiritual meaning). Personal strength has several key aspects: integrity, courage, hard work, perseverance, and self-discipline. Exemplars of personal, strength include Max Cleland, Georgia's Secretary of State who overcame injuries in Vietnam, and Marva Collins, a renowned private school teacher in urban Chicago. The welfare state undermines personal strength by its attitude that most people are victims needing help. Consequently, the welfare state encourages people to rely on government instead of their own strength. In contrast, personal strength should be encouraged by awarding for merit (not quotas), focusing on success (not failure), giving all persons rights and responsibilities, and emphasizing continuous improvement (a little bit each

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

day). Moreover, government policies should encourage personal strength. Peter Drucker's The Effective Executive teaches that everyone is an executive. We have more resources and more life choices (both major and small, daily decisions) than ever. We can develop habits to become effective.

### 4. Entrepreneurial Free Enterprise

[31] Entrepreneurial free enterprise encompasses each person undertaking projects (whether for profit or not) and managing himself or herself. It requires personal strength — courage to take risks, and discipline to persevere. Entrepreneurial free enterprise consists of three central concepts: (1) the entrepreneur is a creative inventor who invents solutions to the problems encountered; (2) the customer or the market or the goal defines success; and (3) getting the job done is the focus. The market is more productive than the bureaucratic system because it recognizes the influence of self-interest, maximizes self-learning, and will not let persons hide from negative information. A healthy productive system, shaped by the market, is mostly private and is decentralized with many small units. Entrepreneurial free enterprise has five enemies: (1) bureaucratism (emphasizing process over achievement); (2) credentialism (emphasizing attendance over achievement and an elitist definition of useful knowledge): (3) taxation (shifting resources away from entrepreneurs into the control of bureaucrats and discouraging productivity): (4) litigation (diverting resources of entrepreneurs to a focus on legal self-protection); and (5) regulation (burdening entrepreneurs). Drucker teaches that effective entrepreneurship involves focusing outside to determine the goal; prioritizing our tasks to achieve the goal and focusing on them; spending our time on our priorities; recruiting strong assistants to help solve problems and to whom we can delegate tasks that are not priorities; and making systemic corrections where necessary rather than just solving tactical problems.

### 5. The Spirit of Invention and Discovery

[32] The spirit of invention and discovery is an approach to life that begins with a vision and requires persistent effort to achieve the vision. Inventions and discoveries often result in "discontinuities" (dramatic technological changes that improve our lives) that bureaucracies and academics do not anticipate. Rather than expecting the current state of technology to continue indefinitely, we should expect rapid and accelerating change. The spirit of invention and discovery is undermined by seven welfare state cripplers of progress: (1) credentialism; (2) bureaucratism; (3) taxation; (4) litigation; (5) centralization (decision-making by the heads of large organizations, which tend to favor the status quo and oppose new ideas); (6) an anti-progress attitude (the media often oppose or downplay new inventions and discoveries); and (7) ignorance (our students score lower in math and science than those of many other countries). Government can foster invention and discovery, so long as it funds freestanding small projects with limited and clearly defined goals (such as Kelly Johnson's "Skunk Works" at Lockheed) instead of large, permanent bureaucracies. Our society requires lifetime learning, and we must create easy access for learning by citizens, through a library model rather than a school model.

### 6. Quality as Defined by Deming

[33] Edwards Deming became a management consultant in Japan in the 1950s and is now revered in that country. The Milliken Company adopted his principles and is now the most successful textile company in the world. America can greatly improve its economy and society by learning Deming's ideas on quality (his theory of "Profound Knowledge"). His approach to quality is a way of seeing and doing things, a way of life. Deming's theory has six core principles: (1) the customer defines value (the primary goal is meeting his needs); (2) the producer invents value (real entrepreneurs invent better products than their customers can dream); (3) to improve future results, you must improve the process; (4) people have intrinsic motivation — they want to do a good job; (5) every person, process, and job is part of an interdependent larger system; and (6) continual learning is the basis for continual improvement. Improving a process requires focus on common causes of disruption (e.g., a daily traffic jam) rather than special causes (e.g., an occasional power failure). Improving a process in an organization requires that all workers understand the ultimate goal and recommend improvements in ways of doing business.

### 7. The Third Wave Information Age

[34] Alvin and Heidi Toffler assert three great waves of change in human civilization: (1) from hunting/gathering to agriculture; (2) from agriculture to industry; and (3) from industry to the Information Age. Such change affects every aspect of society: economic; social; political; military; and religious. The change to agriculture led to stable societies with larger organizations, accumulation of property, and written records. The change to industry led to: the importance of currency; specialization, synchronization, and centralization of labor; standardization of parts; enlargement of public works; and centralization of political power. We are currently undergoing the third great change. Aspects of the new age include computers, laptops, the Internet, faxes, cellular phones, 800 numbers, and overnight delivery systems. We don't

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

know exactly how the change will affect our civilization. Change offers both danger and opportunity. Old institutions — lifetime employment, pensions, traditional teacher/student relationships-are changing. Resilience and lifetime learning are needed to adapt to the changes. To seize the opportunity offered by the Third Wave, we must understand its characteristics and invent new habits and institutions. Vice-President Gore's reinventing government initiative is a step in the right direction.

### 8. Creating American Jobs in the World Market

[35] Economic growth (which creates jobs and wealth) is vital to a free society. The world market is an inescapable reality — foreigners are our economic competitors, and should be our customers as well. Foreign competition raises the quality of our industry, which is good for us as consumers. There are two models of thinking about America in the world market — the welfare state and the opportunity society. The welfare state hides from world markets with trade barriers, rather than competing and winning in them; sees change and technology as danger rather than opportunity; tends to preserve the past rather than create the future; is bureaucratic rather than entrepreneurial; is driven by rules and regulations rather than results; is oriented to big business and unions rather than small business; and focuses on numbers rather than people. The welfare state's despised low-paying job is the entrepreneur's opportunity for advancement. To increase our competitiveness and promote job creation, we must: revise our system of taxation (to encourage saving and investing, and to lower the cost of hiring new employees); reduce regulatory requirements for business; reform tort liability laws; strengthen the family (which provides most learning and start-up capital); give small business the same tax breaks as big business (e.g., make the home office deduction more available); encourage apprenticeships and summer jobs with real businesses; require retraining in return for unemployment compensation; replace welfare with a work requirement; cut the size of government to reduce taxes; promote learning of mathematics; encourage excellence in schools and work; have our government protect our economic interests abroad more vigorously and maintain balanced budgets and a stable currency; and replace bureaucratic controls at OSHA, the EPA, and the FDA with achievement-oriented systems (e.g., tax benefits for good results).

### 9. Replacing the Culture of Violence and Poverty With a Culture of Productivity and Safety

[36] The current welfare system has failed. Solutions to the culture of violence and poverty are defined by several realities: that to truly change their behavior, individuals trapped within that culture must transfer their loyalties, beliefs, and behaviors to a culture of productivity and safety; that cultural change is very hard, requires tremendous persistence, and can often be achieved only by working one-on-one; and that cultural change is best performed outside of government — aside from military boot camp, people resist being told what to do by government workers. Every American deserves a culture and system that ensures their God-given rights. The welfare state was doomed to failure according to lessons of American history (as outlined by Marvin Olasky) which teach that anonymous relief (given by persons other than friends and neighbors) is accompanied by moral loss; that intelligent withholding of charity is as important as charitable giving, because recipients will game the system to their own detriment and demoralize the working poor; that giving charity to able-bodied people without requiring work in return is morally wrong; that social workers should focus on one or two individuals and develop a personal relationship (today's government social workers have 200 cases); and that charity should emphasize God and spiritual well-being. Seven strategies are necessary to move from the welfare state to the opportunity society: (1) changing the individual in a holistic, transformational way; (2) promoting individual and community responsibility and involvement (like the Atlanta Project of Jimmy Carter, the most influential former president in modern times); (3) promoting safety and business investment in poorer neighborhoods; (4) putting children first in priority of help; (5) creating diverse communities (eliminating ghettos); (6) providing real compassion to the poor, as outlined by Olasky; and (7) limiting (but not eliminating) the role of government.

### 10. Citizenship and Community in 21st Century

[37] Citizenship and community are far broader than government and politics, and are essentially moral and spiritual. We are engaged in citizenship and community life in our work, family life, and participation in religious and civic groups. There are four aspects of American civilization: (1) culture and society; (2) civic responsibility; (3) free markets and the pursuit of happiness; and (4) limited but effective government. The core problem with our civilization is the culture and society — we need to rebuild the spiritual and moral fabric of citizenship. The genius of America is the citizens, freedom to associate and to pursue happiness in their own ways, but with freedom comes responsibility. In a free society, citizens rather than government must take the initiative to solve problems. What has killed us for the last 30 years is trying to have

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

the government solve our problems. Solving problems is difficult enough — life is hard. our government was deliberately designed to be inefficient in order to protect against abuse of power — freedom is frustrating. Government leaders tend to focus on managing their bureaucratic system and underfocus on their other roles of even greater importance: setting the agenda and communicating goals; making public appearances to convey symbolic power; and gathering resources outside their own system (e.g., volunteers, private-sector funds) to solve a problem. We owe our freedom to the sacrifices of our veterans, and we should be willing to provide volunteer service to improve our society.

e. Readings

[38] Required reading varied in the three courses Mr. Gingrich co-taught. The KSC course reading list consisted of the course book and extensive additional works focusing on historical and academic material, with several works by persons associated with the Democratic party and fewer works identified with Republicans. The reading list included: The Constitution of the United States; The Declaration of Independence; Democracy in America by Alexis de Tocqueville; The Federalist Papers by Alexander Hamilton, James Madison, and John Jay; The Effective Executive by Peter Drucker; and The Third Wave by Alvin Toffler. The works of Democratic politicians included: speeches on welfare and the inner city by Senator Bradley; selected writings on welfare and family by Senator Moynihan; "First Inaugural Address" by Franklin Roosevelt; and Profiles in Courage and "Address to Congress on the Apollo Program" by John Kennedy. Several works of persons traditionally associated more with the Democratic party included: I Have a Dream: Writings and Speeches that Changed the World by Martin Luther King; The Disuniting of America: Relections on a Multicultural Society by Arthur Schlesinger; and Lincoln: a Novel by Gore Vidal. The 1994 Reinhardt syllabus referenced only the RAC course book while the 1995 syllabus also listed most of the works mentioned above and some others.

f. Evaluations by Students and the Public

[39] The only student evaluations in the file were from Reinhardt students who took the 1995 course. These evaluations stated that the students would recommend the course to others and disagreed with the press reports regarding the course. Several evaluations specifically said that the course was not political. In the evaluations, students indicated that Mr. Gingrich was knowledgeable in the field, presented the material in an interesting manner, was willing to answer questions, was open to alternate points of view, and had an excellent general rapport with students. One student commented that Mr. Gingrich was not able to answer all questions because of the time limitations and did not think he was open to alternative points of view. Most students said that they would apply the course material to improve their own lives in such areas as family, friendships, career, and citizenship.

[40] Other students and members of the public who wrote PFF to discuss the course also were generally positive in their remarks. For instance, in a November 19, 1994 letter, a Mr. Spoerl reported that he was inspired by the course tapes to do an individual studies program at the University of Dayton on "Developing Personal Strength in a Physical Education Class, Mr. Spoerl reported using much information from the RAC course book in the study.

g. Review

[41] While Mr. Gingrich maintained that he was ultimately responsible for the intellectual aspects of the course, many prominent scholars, business executives, and politicians (both Democrats and Republicans) were asked to comment on the RAC course content. In a September 7, 1993 letter to Mr. Barry Phillips of the Georgia Board of Regents defending the course's academic integrity, Mr. Gingrich stated that Mr. Mescon was co-teaching the course, Mr. Hanser and Mr. Eisenach coordinated its" intellectual development, and that academic advisory panels were assembled to review each of the nine lecture subjects (other than the introduction), chaired as follows: American History — Mr. Everett Carll Ladd (Director of the Institute for Social Inquiry at the University of Connecticut and president of the Roper Center for Public Opinion Research); Personal Strength — Mr. James Q. Wilson (professor of Management and Policy at UCLA and past president of the American Political Science Association); Entrepreneurial Free Enterprise — Mr. Michael Mescon (president and CEO of the consulting group named the Mescon Group, former dean of the Georgia State University College of Business Administration, and father of Timothy Mescon); Spirit of Invention and Discovery — Mr. Bill Loughrey (Director of Government Affairs for Scientific Atlanta); Quality — Ms. Barbara Lawton (president of the Deming Foundation and professor at the University of Colorado); Job Creation and Economic Development — Mr. Larry Kudlow (chief economist and senior managing director of Bear, Stearns and Co., Inc.); Health — Ms. Gail Wilensky (an authority on health policy and a Senior Fellow at Project Hope); Saving the Inner City — Rev. Keith Butler (Detroit city council member and nationally-recognized scholar in the field of inner-city revitalization); and Citizenship in the 21st Century — Mr. Larry Sabato (professor of Government and Foreign Affairs at the University of Virginia). The letter indicated that, as of that

date, seven of the nine advisors had agreed to participate in a December 1993 conference to review and revise the RAC course. Mr. Gingrich also noted in the September letter that he had invited many others to submit material and review the course, including President Clinton and Secretary of Labor Robert Reich.

[42] KSC hosted a December 4, 1993 conference attended by various scholars to review the RAC course. This conference was part of a continuous effort by Mr. Gingrich to obtain comments on the course and revise it. Comments on the course were also requested at the beginning of each class from all participants at off-site locations.

h. Advertising

[43] PFF marketed the PAC course broadly. According to a November 27, 1995 memorandum by Mr. Eisenach to the IRS, PFF did not maintain comprehensive lists of mailings, but reconstructed the following information from its records and recollections. During 1994 PFF mailed information about the RAC course and materials to people and organizations on mailing lists of the following entities:

mailings

1. 767 American Council on Education (university presidents)

2. 100 home school organizations

3. 500 Fortune 500 CEOs

4. 250 National Review's "Best Colleges"

5. 150 Salvatori Fellows (Heritage Foundation's list of conservative college professors)

6. 175 Students in Free Enterprise (college-based organization of students interested in entrepreneurship)

1942 total

[44] Advertisements providing information about RAC were placed in National Review (1993 and 1994), The New Republic (1993), Chronicle of Higher Education (1993), and the Journal of the National Association of Scholars (1994) (the memorandum does not indicate whether any of these ads were placed by KSCF rather than PFF). PFF made RAC informational materials (ranging from brochures to copies of the course book and a sample videotape) available to all interested organizations at no charge. Complimentary distribution of the course materials themselves (as distinct from informational materials) was limited to donors, members of the press, cable television outlets, and academic reviewers. PFF's policy was not to distribute informational materials to persons on the membership lists of organizations identified by political party but only to the organization itself, which distributed the material at its own expense to members.

[45] In his speeches during the period at issue, Mr. Gingrich routinely mentioned the course and an "800" number by which interested persons could purchase course tapes or obtain more information about the course.

[46] A March 23, 1994 memorandum by Ms. Nancy Desmond, at that time a PFF employee, discussed the RAC distribution and advertising program. According to the memo, PFF prepared a television advertisement for the course in March 1994, and had placed an advertisement to run in the April issue of the National Association of Scholars Journal. "Recommended Activity for Next Few Months — Top 3 Priorities/Atlanta Office (discussed in staff meeting of 3-15-94)" were "college site recruitment," "site host status report," and "planning for co-teacher training." Tactics for college site recruitment included getting endorsement letters from prominent conservatives, sending information to "targeted schools/teachers" ("NAS members," "schools recognized as conservative," and "alma maters of Newt world individuals, with letter of endorsement from those individuals"). "Other Recommended Activities/Atlanta" were "recruitment of new sites," "expansion of State coordinators program" (the memorandum claimed that as of that date, PFF had recruited volunteers in 13 States to market the course to community groups, cable companies, and schools within their States), and "publications." Recruitment of new sites consisted of employee training sites; high school sites (focusing on Mr. Gingrich's congressional district); and community sites ("start by sending to national headquarters of conservative groups,

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

contact programs in Atlanta area").

[47] In an undated, anonymous document entitled "VISION: To Obtain Site Hosts for Winter 1994 Quarter" that came from PFF files (according to the Ethics Committee), five "projects" were listed:

To obtain site hosts from conservative organizations
To secure site hosts from companies
To get cable companies to broadcast course
Have more colleges offer RAC for credit
Determine the number of site hosts

[48] The tactics listed to have more colleges offer RAC for credit were:

National Review Mailing
General College Mailing
College Republicans Mailing
College Educational Television Cable Mailing

i. Distribution

[49] PFF disseminated the PAC course broadly throughout the U.S., by live satellite transmission ' to remote site hosts and by distribution of video and audiotapes. As of March 31, 1994, the, course was being shown regularly on National Empowerment Television ("NET," a national cable network reaching approximately 10 million U.S. households); was shown on Access America, a teleport reaching 8 million viewers; and was shown on two dozen local cable television systems scattered around the country, including one in Mr. Gingrich's congressional district. NET is an educational project of the Free Congress Research and Education Foundation, Inc., a *section 501(c)(3)* organization. There were over 100 site hosts other than cable systems, including colleges and universities (11 had adopted the course for credit); religious organizations; educational organizations; Republican organizations; businesses; government entities (including prisons and libraries); and homes of individuals. The course was also aired on some college radio stations. Approximately 550 sets of RAC course videotapes had been sold, and 200 distributed free of charge. Approximately 230 sets of audiotapes had been sold and 20 distributed free of charge. Over 6,000 individuals and institutions had specifically requested and received information about the course.

3. The Progress Report

[50] The Progress Report ran weekly beginning on December 7, 1993. The program aired live on NET. Mr. Gingrich and Ms. Heather Higgins (Senior PFF Fellow) were the co-hosts of 10 of the 14 programs during PFF's 9403 tax year. Mr. Eisenach, Ms. Higgins, and Mr. Vlahos were co-hosts of the other programs. Each program had a particular topic that was often related to RAC course concepts (e.g., Replacing the Welfare State, Privatizing Welfare) and usually two guests. Some of the guests were associated with PFF (e.g., Senior Fellows), but most were not. The guests included government officials, scholars, and business executives with a variety of backgrounds and points of view. In addition to conversation between the hosts and guests, the program included a call-in portion for viewers to ask questions (approximately six taken each program). The conversation on the show was not scripted except for introductions and exits around commercial breaks to ensure hosts read guest names and affiliations correctly.

4. Other Activities

[51] PFF sponsored a conference entitled "The Future of American Civilization" on January 10, 1994. Topics included "Renewing American Civilization," "The State of American Civilization," "A Future Beyond Our Dreams," "The Telecosmic Future," and "Defining Progress in 21st Century America." Mr. Gingrich delivered the RAC presentation, and several other individuals associated with PFF were panelists for the other topics. The conference was broadcast several times on C-SPAN. Transcripts were made available to the public.

[52] PFF hosted six "brown bag lunch" discussions on public policy issues. Members of the press attended each luncheon, and transcripts were made available to the public.

[53] PFF began to sponsor work on a book by Mr. Vlahos in January 1994. The work was in a start-up phase during the taxable year. The book, entitled The Big Change, pertained to the current "big change" taking place in American politics, elite society, popular values, and national spirit.

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

[54] In December 1993, PFF published the first edition of an occasional newsletter routinely distributed to about fifty people. Only one edition was published during the first taxable year. Entitled Notes on American Progress, the four-page newsletter briefly discussed PFF's goals and activities.

[55] In January 1994, PFF published its first edition of Future Insight, self-described as a series of occasional papers on "how to move beyond the worn-out, Left-Right paradigms toward building a better American future." This first edition was the transcript of a speech entitled "The Future of American Civilization," delivered by Mr. Malcolm Forbes, Jr. at the "Future of American Civilization" conference.

[56] PFF also began work on a Medical Innovation Project in January 1994. A full-time senior fellow, Mr. Brian Mannix, was hired to work on the project and began to do research. Mr. Eisenach solicited funding and participation from pharmaceutical companies for this pro3ect, and noted that Mr. Gingrich's RAC class on health discussed the need to reform the FDA.

5. Fundraising

[57] Those providing financial support for the course (both to KSCF and PFF) were foundations, business corporations, and individuals. Republican party entities (such as GOPAC or the National Republican Congressional Committee) did not make financial contributions.

[58] GOPAC contributors provided substantial support for the course but were not the sole contributors. A PFF press release indicated that 19 organizations and individuals made contributions to PFF for the RAC course in PFF's first tax year. Nine of them were GOPAC members (or their affiliated organizations), and collectively they accounted for $65,000 of the $191,400 in RAC contributions received by PFF. A March 29, 1995 letter from Mr. Eisenach on PFF stationery to Mr. Jan Baran indicated that while GOPAC contributors (or affiliated individuals or entities) accounted for roughly 50% of the calendar year 1993 funding for the RAC course, only 15 of over 100 solicitations were made to such persons. The letter also provided that as of December 31, 1994, fewer than one-third of all RAC donors were associated with GOPAC contributors, and less than one-third of all PFF funding was so associated.

[59] Mr. Gingrich generated considerable interest in the course, throug4 letters written on behalf of PFF, KSCF, and GOPAC, and through speeches. Mr. Gingrich also directed KSCF to potential donors (some of whom may have been GOPAC donors), as a July 21, 1993 letter from Mr. Eisenach to Mr. John Garland (a prospective donor) indicated. PFF was able to successfully use the donor base that was developed at KSCF with Mr. Gingrich's help, as evidenced by repeat donations by many donors. However, there is no evidence in the available materials that PFF used the mailing lists of GOPAC or FONG (Friends of Newt Gingrich, Mr. Gingrich's principal campaign committee).

6. Financial Information

[60] PFF's Form 990 for the 9403 tax year listed total revenue of $656,254, consisting of $611,247 in contributions and $45,007 in sales of video/audio tapes and publications. PFF itemized its program services expenses into the following activities:

63% $291,536 RAC book and course

21 94,712 The Progress Report

10 48,037 Future of American Civilization conference

6 26,186 other (brown bag lunches, Mr. Vlahos book project,
          Medical Innovation Project)

100% $460,471 total

7. Activities in Later Years

[61] The file contains substantial information on the activities of PFF in subsequent years. We consider this information useful in placing PFF's initial-year activities in the proper context and in determining its relationship with Mr. Gingrich and GOPAC.

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

a. Relationship with Gingrich

PFF significantly expanded its activities in its second taxable year — the RAC course and Progress Report together represented only 21% of PFF's total program service expenses. The last RAC course ended in March 1995, and The Progress Report ended in December 1995. From that point forward, it appears that Mr. Gingrich no longer was significantly involved with PFF, although PFF continued to market the RAC course tapes.

b. Projects

[62] PFF's activities expanded in 1994 into a number of substantive areas, involving the publication of books and newsletters and the holding of conferences. One major project was known as "Cyberspace and the American Dream," and entailed the study of the Third Wave Information Age. PFF has held annual conferences on this subject since 1994, which have been televised on C-SPAN. Senate Minority Leader Tom Daschle has attended this conference, as well as Republican leaders. Among other things, the project has included advocacy in favor of creating private property rights in the electromagnetic spectrum for communications, deregulating communications, and eliminating the FCC.

[63] The activities of PFF have appeared to center around the theory initiated by Alvin and Heidi Toffler that the world is entering the Third Wave Information Age. In 1994, PFF published a book by the Tofflers entitled Creating a New Civilization: The Politics of the Third Wave. The book cannot neatly be classified' as supporting one political party, its candidates, or its legislative agenda. The book identified two basic camps in politics: one committed to the Second Wave, and the other committed to the Third Wave. The book identified those committed to the Third Wave as former Senator Gary Hart (Democrat), Vice President Gore, and Mr. Gingrich, and regarded neither the Democratic nor Republican party as adequately addressing the Third Wave. The book concluded that the world needs new global, national, and 'Local government structures (such as new constitutions and governing bodies) to adapt to the Third Wave. The book also asserted that many decisions now concentrated at the national level need to be transferred to the transnational or the local levels, with the primary emphasis being on decentralization because a centralized system will be unable to make the number of decisions necessary in the Third Wave civilization.

[64] Other ongoing PFF projects have included the following: the Medical Innovation Project, which involves the study and advocacy of replacing the FDA's current system of approving new drugs and medical devices with a private contractor model in which the FDA certifies the private certifier rather than the product directly; the Center for Political Renewal, which analyzes the emerging majority political coalition in America (PFF's book "The People's Budget" advocated a substantially smaller budget for the U.S. Government); the Creating Competition in Electric Energy Project, which advocates eliminating government restraints on competition between power companies; the Center for Cultural and Social Studies, which analyzes the "big changes" occurring throughout American society; and the Environmental Stewardship Project, which analyzes environmental policy. PFF's Center for Effective Compassion, which dealt with replacing federal welfare and housing programs with community-based alternatives, was eventually spun off as a separate organization.

II. Context of PFF's Activities

[65] To place PFF's creation and activities in the proper context, we believe that it is also important to review preceding and contemporaneous activities and motivations of related organizations and individuals.

A. GOPAC

[66] GOPAC is a political action committee-described in *section 527 of the Internal Revenue Code*. As such, contributions to it are not tax-deductible, but part of its income is exempt from tax. GOPAC defined its mission in November 1989 as follows:

[67] GOPAC's mission for the 1990s is to create and disseminate the doctrine which defines a caring, humanitarian reform Republican Party in such a way a-s to elect candidates, capture the U.S. House of Representatives and become a governing majority at every level of Government.

[68] GOPAC structured itself as "independent" of, or "without formal ties to," the Republican National Committee

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

or other Republican committees, in order to serve as the "Bell Labs" of the Republican Party, with the freedom to take risks and try new ideas. Its focus was on providing training to candidates rather than cash, and in particular, developing campaign messages for candidates. One of GOPAC's stated goals was to "flesh out its ideas into a full-fledged, intellectually complete doctrine." Another was to obtain a "bigger microphone" to communicate Republican doctrine to a broader audience. To disseminate its message, GOPAC frequently sent audio and videotapes to Republican activists, elected officials, potential candidates, and the public.

[69] On February 10-11, 1989, at a closed-door strategy meeting of Republican activists sponsored (at least in part) by GOPAC, Mr. Gingrich led a discussion based on a document he had prepared called "Driving Re-alignment From the Presidency Down to the Precincts: Vision, Strategies, Projects, Tactics." The document outlined the steps necessary to cause a "political realignment" from Democratic to Republican control of government, including "a positive organizing vision that arouses support for the realigning party" and "application of cutting-edge technology." the document also stated that 11[t]he Corrupt Liberal Welfare State model that currently governs America must be replaced with an Honest Conservative Opportunity Society."

[70] GOPAC relied on contributions for its support. A contributor of $10,000 annually was designated a "Charter Member." GOPAC held semi-annual meetings for Charter Members that included substantive discussions.

[71] Mr. Gingrich, Mr. Hanser, and Mr. Eisenach were closely involved with GOPAC. Mr. Howard "Boll Callaway and Mr. Joseph Gaylord were also closely involved. Mr. Callaway was Chairman of GOPAC from 1987 to early 1993. He is a former Congressman from Georgia, Secretary of the Army, and Chairman of the Colorado Republican Party. As discussed below, he was also a principal of ALOF. Mr. Gaylord was a paid consultant to GOPAC and assumed the role of GOPAC Chairman when Mr. Callaway resigned in early 1993.

[72] In an October 26, 1993 memorandum to two new GOPAC officers, Mr. Gingrich described his relationship with "the five key people I rely on most." Two assisted with his schedule. The other three were described as follows:

[73] Joe Gaylord is empowered to supervise my activities, set my schedule, advise me on all aspects of my life and career. He is my chief counselor and one of my closest friends . . . Steve Hanser is my chief ideas advisor, close personal friend of twenty years, and chief language thinker . . . Jeff Eisenach is our senior intellectual leader and an entrepreneur with great talent and determination.

B. AOW

[74] On May 19, 1990, the Family Channel broadcast a television program called the American Opportunities Workshop ("AOW"). GOPAC produced the program, and Mr. Gingrich hosted it. GOPAC built a network of 600 sites around the country where more than 20,000 people gathered to view the program and participate in follow-on workshops. The target group for the program was the non-voter.

[75] AOW production cost (over $500,000) consumed approximately 62% of GOPAC's budget for the first half of 1990. It was envisioned that the project would continue beyond May 19, 1990. According to a memorandum from Mr. Eisenach to Mr. Gingrich dated April 19, 1990, Mr. Daryl Conner (who provided advice to GOPAC with respect to AOW), Mr. Hanser, Mr. Callaway, Mr. Eisenach, and others decided to have the project's subsequent activities transferred to a *section 501(c)(3)* organization.

[76] One of AOW's purposes was to build a citizens, movement to promote the principles of Entrepreneurial Free Enterprise, Basic American Values, and Technological Progress. These principles were called the "Triangle of American Success." GOPAC undertook AOW to restore the citizen activism essential to accomplishing the reforms needed in America in the 1990s, and regarded television as the best means of inspiring the needed level of activism.

[77] Although AOW-was publicly characterized as "nonpartisan," some contemporaneous letters and memoranda by Mr. Gingrich and Mr. Callaway indicated partisan purposes. Also, memoranda by Mr. Gingrich and Mr. Eisenach indicated efforts to ensure that workshops were set up in Mr. Gingrich's congressional district.

[78] For instance, a document by Mr. Gingrich apparently written about this time and entitled "Key Factors in a House GOP Majority" indicated a purpose to develop a reform movement "parallel to the official Republican Party" based on the Triangle of American Success in order to win over to the Party non-voters who would more readily accept a movement than an established party. Mr. Gingrich made similar statements in discussing AOW in a congressional briefing on March 30, 1990. He also said in that briefing that Republicans would benefit by designing their terminology — specifically, by

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

blaming America's problems on the "bureaucratic welfare state" or "liberal welfare state," and favoring "opportunity," "economic growth," and "jobs." He acknowledged that Democrats were also free to use such terms, but said such terms were likely to favor Republicans, since Democrats were much more tied to the welfare state.

### C. GOPAC Focus Group Study

[79] In Mr. Gingrich's March 30, 1990 briefing on AOW, he mentioned that GOPAC was undertaking "the largest focus group project ever undertaken by the Republican Party" in order to make sure that "we are talking a language which is acceptable." GOPAC's contractor performing the study, Market Strategies, Inc., described it in a July 10, 1990 report. The study project was designed to test a particular theory for its potential to mobilize a new governing majority. The theory was that government bureaucracy and liberal social engineering were the two primary causes of the country's problems (or primary obstacles to solving the problems), and that solutions had to be based on the Triangle of American Success. The assumptions underlying the study were that building a new majority required: activating a group of non-participating citizens to support an existing party (or to form a new party); constructing a theory of what is right and wrong in society with which the non-participants agreed; and developing the right language to communicate the theory to the non-participants. The study identified younger voters as the target group of non-voters.

### D. ALOF and ACTV

[80] The Abraham Lincoln Opportunity Foundation ("ALOF"), a *section 501(c)(3)* organization, took over the AOW project. Under ALOF the project became known as American Citizens' Television (11ACTV11). According to a May 31, 1990 letter from Mr. Gingrich on GOPAC stationery to Mr. Tim Robertson of the Family Channel, ACTV was to continue AOW's work of building a citizens' movement based on the Triangle of American Success. In order to ensure a smooth transition, materials concerning ACTV were given to all AOW participants on May 19, 1990.

[81] ALOF was established in 1984 in Colorado by Mr. Callaway to fund programs for inner-city youth. It had been inactive for some time prior to 1990 and was revived to succeed to the activities of AOW.

[82] ACTV produced three television programs, all in 1990: one on July 21 which discussed the use of local access cable television for activist movements; one on September 29 which discussed educational choice; and one on October 27 concerning "Taxpayers' Action Day." Each program was broadcast on the Family Channel.

[83] The goal of Taxpayer Action Day was to direct anger at congressional incumbents and focus the last weeks of the 1990 campaign on issues of federal mismanagement of taxpayer money. The Council for Citizens Against Government Waste (11CCAGW11), a *section 501(c)(4)* organization, was primary sponsor of the last program, as its content was deemed inappropriate for ALOF to sponsor as a *section 501(c)(3)* organization. While CCAGW paid for all of the out-of-pocket expenses (e.g., production expense and broadcast time), ALOF still provided support through its staff.

[84] Mr. Gingrich maintained significant involvement with the ACTV programs. He hosted the first program; introduced and closed the second program and was featured for a significant portion of it; and approved the third program. A May 25, 1990 memo by Mr. Callaway to Mr. Gingrich, Mr. Eisenach, and Ms. Kay Riddle (GOPAC Executive Director at the time) stated that Mr. Gingrich was expected to have full control over the content of ACTV.

[85] ACTV, like AOW, was described to the public as non-partisan. However, in a June 21, 1990 letter over Mr. Gingrich's name, AOW and ACTV were tied together in an effort to achieve the goal of building the Republican Party and trying to have an impact on political campaigns.

[86] ALOF maintained close personnel ties with GOPAC. ALOF's officers and directors, as listed on Form 990, comprised Mr. Callaway and Ms. Riddle, while they simultaneously held positions of authority with GOPAC. Mr. Hanser also served as a director for a period. GOPAC billed ALOF for services by GOPAC employees, for which ALOF provided partial payment. There is no evidence that GOPAC wrote invoices contemporaneously with the events for which it billed ALOF, and little evidence that GOPAC maintained records for the time of its employees dedicated to ALOF business.

[87] Loans from GOPAC and contributions from GOPAC supporters were important sources of cashflow for ALOF. ALOF used some contributions from GOPAC members (or affiliated entities) to make an immediate repayment to GOPAC in the same amount, apparently in a pre-arranged plan among the three parties.

[88] Documents from 1990 indicated that ALOF and GOPAC maintained close coordination of activities. For instance, GOPAC's November 11, 1990 Report to Charter Members included a section on "Community Activism" in which it discussed AOW and ACTV. While it stated that ACTV is "legally no longer a GOPAC project," the Report proceeded

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

to discuss ACTV in terms suggesting that it was still a GOPAC project. An August 27, 1990 memorandum from Mr. Callaway to Mr. Gingrich and Mr. Jim Tilton indicated that the AOW and ACTV programs had diverted too much GOPAC attention and funds, were not "salable" to GOPAC supporters because there was "not enough of Newt and not enough raw meat,"' and that the programs would be discontinued and GOPAC would go back to its traditional political programs if the third ACTV program did not generate sufficient support.

E. WPG

[89] GOPAC contracted with an organization called the Washington Policy Group ("WPG") to manage AOW. WPG also managed ALOF's ACTV programs, and contracted with KSCF to manage the RAC course during June through September 1993. A June 8, 1993 letter from Mr. Eisenach to Mr. Mescon setting the terms and conditions under which WPG would manage the course stated:

[90] Among our most significant project management undertakings was the 1990 "AOW" and its successor, ACTV. Both of these projects bear significant similarities to the project you have asked us to get involved with, "Renewing American Civilization." Thus, we enter this undertaking with both enthusiasm and a full understanding of the enormity and complexity of the undertaking.

[91] Mr. Eisenach was WPG's president and sole stockholder. WPG had two other employees during summer 1993. WPG used GOPAC office space and equipment as part of its compensation. In addition to its work on AOW, ACTV, and RAC, WPG had a consulting contract with GOPAC from January 1989 through September 1993. WPG had other clients, including government entities, until 1991. From May 1991 to June 1993, WPG and GOPAC entered into an agreement under which (a) GOPAC became WPG's sole client, and (b) Mr. Eisenach was detailed by WPG to become the Executive Director and Treasurer of GOPAC. This structure was adopted to preserve Mr. Eisenach's health insurance and similar benefits from WPG and preserve WPG as an entity in the event that Mr. Eisenach decided to return to operating a multi-client business. During the period June to September 30, 1993, WPG had contracts with KSCF and GOPAC, under which WPG was to devote 50% of its time–to each client's work.

F. Development of RAC Movement and Course

1. Role of Mr. Gingrich, GOPAC, and other Republicans

[92] According to Mr. Gingrich, the idea for a course on RAC was first developed while he was meeting with Mr. Owen Roberts, a GOPAC Charter Member and advisor, during December 18-19, 1992. Mr. Gingrich's notes from this meeting discussed a new movement and referred to a course as a means of communicating the message of the movement. Mr. Gingrich was to be the founder and leader of the movement as well as teacher of the course.

[93] At least as early as February 1, 1993, GOPAC was planning to use RAC principles in its political message, and it used the RAC message extensively in its training and development during 1993 and 1994. However, during 1993, GOPAC had to curtail significantly its program of producing and disseminating training tapes, due to a large shortfall in contributions in the fall of 1992. As of January 1994, GOPAC adopted the slogan "The Education and Training Center for Renewing America" in its letterhead.

[94] The basic ideas for the course apparently were developed by Mr. Gingrich by late January 1993. He made speeches promoting the RAC principles to the National Review Institute on January 23 and on the House floor (a Special Order speech) on January 25. Although these speeches did not mention the course, they set forth the basic framework ultimately used in the course. Both speeches discussed the five pillars of American civilization. The National Review Institute speech also mentioned three substantive areas of application (economic growth, health, and saving the inner city). The Special Order mentioned that the renewal of American civilization needed to be cultural, societal, educational, economic, governmental, and political. An agenda for a meeting held on February 15, 1993 at GOPAC's offices set forth the 10-part framework for the course, as ultimately adopted.

[95] In addition to Mr. Gingrich, other people affiliated with GOPAC were involved in the development of the course content, fundraising, and other logistics. In late January 1993, Mr. Gingrich met with a group of GOPAC Charter Members in a planning session on RAC. In a June 11, 1993 letter to GOPAC Charter Members, Mr. Gingrich said that the meeting affected the substance of the RAC message as well as the means of disseminating it. The agenda for the February 15 meeting mentioned above included "American Civilization Class/Uplinks" as an item and referred to the course in the context of the movement. Listed attendees included Mr. Gingrich, Mr. Eisenach, Mr. Hanser, and Ms. Jana Rogers, among others.

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

[96] Starting at least as early as February 1993, Mr. Eisenach, then GOPAC's Executive Director, and Mr. Hanser, a GOPAC board member, were involved in developing the RAC course. A February 25, 1993 document written by Mr. Eisenach, entitled "Renewing American Civilization Project Summary," showed him and Mr. Hanser tasked with course development (through "PFF", which as of that date had not yet officially formed) and marketing. Mr. Eisenach described himself as "not deeply engaged" in the RAC course project, aside from preparing the course book on behalf of PFF, until mid-May 1993, when Mr. Gingrich asked him to resign from GOPAC and take over as the project manager for the course. Mr. Eisenach described this move as "trading jobs" with Mr. Gaylord, who became GOPAC's Executive Director. Mr. Eisenach resigned as Executive Director and Treasurer of GOPAC on June 1, 1993.

[97] Mr. Gaylord had a role in developing the course at least through mid-May. Memoranda indicate his involvement with hiring personnel to work on the course, hiring the video company, directing GOPAC participation in course fundraising, and serving as a point of contact with Mr. Mescon. Mr. Gaylord performed these activities on behalf of GOPAC.

[98] Ms. Rogers served as Mr. Eisenach's executive assistant at GOPAC during the early part of 1993 and in that role was involved in the early course development. In June 1993, she temporarily left GOPAC at Mr. Eisenach's request to become the course's Site Host Coordinator as an independent contractor for KSCF.

[99] Ms. Desmond was involved in the course development, along with Mr. Eisenach and Mr. Hanser. She was a volunteer at FONG before becoming an independent contractor for KSCF in May 1993 to work on the course. She continued to work as a volunteer for FONG until July of 1993, when she was told to resign from FONG because of the perceived negative image her two roles would project. She became a PFF employee in late 1993.

[100] In April 1993, the theme of GOPAC's semi-annual Charter Meeting was RAC. Mr. Gingrich gave the keynote address on "Renewing American Civilization," and there were five breakout sessions entitled "Advancing the Five Pillars of Twenty-first Century Democracy." Each of the breakout sessions was named for a lecture in the course, and these sessions were used to help develop the content of the course as well as GOPAC's political message for the 1993 legislative campaigns and the 1994 congressional races. As stated in a memorandum from Mr. Eisenach to GOPAC Charter Meeting attendees, these breakout sessions were intended to "dramatically improve both our understanding of the subject and our ability to communicate it.,,

[101] Some GOPAC personnel were involved in early fundraising work. Ms. Pamla Prochnow, GOPAC's Finance Director, raised funds for the course during April and May 1993. Memoranda indicate that she would solicit a prospective donor, arrange for a donation to KSCF, and provide the information to Mr. Mescon, who would send a formal letter on behalf of KSCF to the donor soliciting the donation.

[102] GOPAC did not solicit funds for the RAC course in its letters. It did solicit general interest in the course. For example, in May of 1993 GOPAC mailed a letter over Mr. Gingrich's signature to approximately 1,000 College Republicans regarding the course.

[103] When Mr. Eisenach resigned from GOPAC on June 1, 1993 to become the course's project director, two GOPAC employees joined him in his efforts. Ms. Kelly Soodsell and Mr. Michael DuGally both went to work on the course as employees of WPG.

[104] An August 25, 1993 draft memorandum by Mr. Eisenach to Mr. Gingrich, Mr. Hanser, Mr. Gaylord, and Ms. Desmond identified the following "customers" in the RAC review process:

Site Hosts/Team Teachers
National Leadership
Members of Congress
Academics/Writers/Practitioners
RAC Donors
Georgians/Constituents
GOPAC Charter Members

[105] Mr. Eisenach reasoned that, to avoid ethical problems, FONG should communicate with FONG donors/Activists and GOPAC should communicate with GOPAC donors/activists in promoting the course. It is not clear from the memorandum whether Mr. Eisenach drafted it in the course of providing services to GOPAC or to KSCF.

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

[106] Mr. Gingrich sought to generate interest in the RAC message among House Republicans. A RAC House Working Group was formed in June 1993, which adopted the goal of promoting the message for partisan purposes. We have no evidence that the group's mission was successfully carried out beyond the planning stages. One of the working group members, Congressman Pete Hoekstra (Republican, Michigan), taught the RAC course at Hope College in Spring 1994.

2. Role of KSC and KSCF

[107] In late January 1993, Mr. Gingrich met with Mr. Mescon to discuss teaching the course at KSC. A March 1, 1993 memorandum from Mr. Gingrich to Mr. Mescon indicated that they had met that day to discuss the proposed RAC class; that Mr. Gingrich would teach the class along with a KSC professor; that the course would be transmitted to other sites; that there would be a textbook and a book of readings prepared for the course, authored by Mr. Gingrich, Mr. Hanser, Mr. Eisenach, and perhaps Mr. Mescon; and that the course would take place over 10 Saturdays from September 18 to November 20, with a lecture devoted to each of the five pillars and three substantive areas, along with an introductory lecture and a concluding lecture on citizenship for the 21st century. By letters of March 4 and 24, 1993, Mr. Mescon formally requested Mr. Gingrich to teach the RAC course at KSC in fall 1993, with the intention of broadcasting the course throughout the U.S.

[108] The sponsoring organization for the course was KSCF, a *section 501(c)(3)* and 170(b)(1)(A)(iv) organization. KSCF served the purpose of supplementing KSC's State-funded budget and avoiding State law restrictions on gift earmarking, investing, and spending on entertainment, faculty benefits, and new/experimental academic programs. KSCF expended approximately $300,000 for the course in 1993, representing about 30% of KSCF's program expenditures for 1993.

[109] Fundraising for the course was coordinated by Mr. Eisenach, Ms. Prochnow (during April-May 1993), Mr. Gingrich, and Mr. Mescon. All funds raised were turned over to KSCF and dedicated exclusively for use in the RAC course. KSCF disbursed them according to Mr. Mescon's instruction. KSCF retained 2.5% of the contributions as a management fee, and KSC's business school retained 7.5% as a fee. KSCF executed contracts with the textbook, videotape, and audiotape publishers limiting its liability to funds raised for the RAC project. Individuals working on RAC on behalf of KSCF were treated as independent contractors. KSCF realized no profits from course tape and book sales.

[110] KSCF broadly solicited colleges and universities, business and governmental training programs, civic groups, and individuals, to become site hosts. However, in addition to widespread marketing, there was some recruiting of conservative and Republican groups. Ms. Rogers and Ms. Desmond both solicited public interest in the course as independent contractors for KSCF during summer 1993. In eight project reports written by Ms. Rogers and Ms. Desmond during June-August 1993, there are notes on contacts with various Republican individuals and organizations in an effort to have them host a site for the course. For instance, Ms. Rogers attended the College Republicans National Convention in the summer of 1993 to solicit interest in the course.

[111] In June of 1993, Mr. DuGally of WPG worked with the Republican National Committee to have a letter sent by Chairman Haley Barbour to RNC Members informing them of the course. In an August 11, 1993 memorandum, Mr. DuGally listed the entities where mailings for the course had been sent or were intended to be sent up to that point:

1. GOPAC farm team 9,000
2. Cong/FONG/Whip offices 4,000
3. Sent to site hosts 5,500
4. College Republicans 2,000
5. American Pol Sci Assoc. 11,000
6. Christian Coalition leadership 3,000
7. The Right Guide list 3,000

Total brochures sent 37,500

[112] Mr. DuGally worked with Economics America Inc. to have that organization send a letter to the members of the groups listed in The Right Guide as part of an effort to recruit them as site hosts. In an August 18, 1993 memorandum, Mr. DuGally described the Right Guide list as "every major conservative activist[s]' organization in the country." Also, in August/September 1993, Mr. DuGally arranged for a letter to be sent by Mr. Lamar Alexander on behalf of the Republican

© 1999, Tax Analysts, Tax Notes Today, FEBRUARY 5, 1999

Satellite Exchange Network promoting the course and asking its members to serve as site hosts.

[113] The RAC course was offered as a "special topics" course at KSC (i.e., a course that covers more than one discipline). To conduct a special topics course at KSC, a faculty member had to obtain the approval of his or her department and school. Special topics courses could be taught twice before mandatory review for approval by the college-wide curriculum committee.

[114] In the case of RAC, Mr. Mescon was the dean of the approving school. However, the course was the subject of considerable scrutiny by top KSC officials due to the controversy over the anticipated course that arose between faculty members and in the local press. Some faculty members signed petitions objecting to KSC's sponsoring a course taught by an elected politician involving advocacy of his political philosophy. They particularly found objectionable Mr. Gingrich's statements reported in the school newspaper on July 7 that "I'm going to allow Democrats [into the class], but not liberal ideas . . . I'll be perfectly happy to debate a liberal outside the course on the course, but not in the course." Mr. Gingrich considered his time too limited to spend on extended debate of his ideas, and considered the team teacher's portion of the course (at KSC, Mr. Mescon's portion) to be the more appropriate forum for extended debate. Some professors argued that such sentiments violated school policy on student rights to express their own ideas in the classroom. Other professors defended the course and Mr. Gingrich's views, arguing that professors must have the academic freedom to teach the ideas they believe in, and need not devote limited class time to entertaining opposing points of view. Adding further to the controversy were reports of GOPAC involvement and Mr. Gingrich's statements reported in The Atlanta Constitution that he hoped the class would shape presidential campaign debate in 1996 and help recruit 200,000 campaign workers. However, both Mr. Gingrich and Mr. Mescon publicly defended the academic integrity and purpose of the course and rejected the notion that the course was mere political indoctrination or propaganda. KSC officials ultimately decided in September to proceed with the course, determining that the course was a bona fide academic course.

[115] On October 13, 1993, the Georgia Board of Regents amended its long-standing policy prohibiting teachers at State colleges from holding elected federal or State office, by clarifying that the prohibition applied whether or not the teacher was compensated. KSC informed Mr. Gingrich that he would be allowed to complete the 10-week course, but not to teach beyond that time while holding elected office.

1. Role of PFF and Reinhardt

[116] Before the Georgia Board of Regents decision, PFF's only involvement with the RAC course was preparing the textbook and managing the course. Thereafter, Mr. Eisenach, on behalf of PFF, began to work closely with Mr. Gingrich to obtain Reinhardt's agreement to host the course. Mr. Gingrich had met with Reinhardt officials September 10, 1993 to encourage it to become a remote site host and was impressed with a tour of Reinhardt's broadcast and electronic facilities.

[117] Reinhardt's Curriculum Committee approved the course, and on October 27 its Executive Committee endorsed the decision. The minutes of the latter meeting state that the course was subject to the same review, evaluation, and supervision as the other courses at Reinhardt. Mr. Bill Wolfe, Chairman of the Reinhardt Faculty Senate and member of the curriculum committee, made the following comments about approval of the RAC course:

> The curriculum committee invested a lot of time evaluating Representative Gingrich's course. It was apparent Rep. Gingrich has tremendous resources to draw from, and as a member of the House of Representatives, he has insights that he uniquely could bring to bear in a college course. When you consider the total resources he has, efforts of his staff, and the tremendous amount of effort he put into organizing the course, it seemed to me that the course would be not just useful, but uniquely useful, to the students. Furthermore it is hard to ignore that Gingrich has considerable experiences as a bona fide professor. The course will be offered on many credible campuses (including Harvard and UC-Berkeley), in a team taught, collaborative fashion which directly allows immediate onsite input from faculty at each campus. This can offset any perceived bias. There are two approaches to learning about yourself. One is to talk to people just like yourself, the other is to talk to