# Exhibit N



# WRITTEN TESTIMONY OF ROBERT ENGEL

My name is Robert Engel. My current address is 122 C Street NW, #650, Washington, DC, 20001. Perkins Coie LLP, acting as attorneys for the Democratic Leadership Council, Inc. ("DLC"), has asked me to prepare expert opinions and prepare expert testimony regarding the role of the DLC with regard to the Democratic Party during calendar years 1997, 1998, and 1999. It is my understanding that this testimony will support DLC's suit against the Internal Revenue Service for revocation of DLC's tax-exempt status under section 501(c)(4) of the Internal Revenue Code.

## I. Background and Qualifications

I have been a member of the senior management of the Democratic Party for a number of years, and I have held many different positions in the Democratic Party, including that of Executive Director of the Democratic National Committee. I have detailed knowledge of the mission and operation of the Democratic Party, with specific knowledge of Democratic Party operations in the years 1997, 1998, and 1999.

I am also knowledgeable of DLC, and its role vis-à-vis the Democratic Party. During 1997, 1998, and 1999, I have had occasion to observe DLC's activities while working for the Democratic Party.

In forming this opinion, I have relied on my experience working for the Democratic Party, and on my observations made during my career in Democratic Party politics. I have reviewed the complaint filed by DLC against the United States of America, as well as portions of the administrative record.

## II. Summary of Opinion

The DLC did not provide any tangible benefit to the Democratic Party or its candidates for public office in the years 1997, 1998, or 1999. DLC did not carry out any functions of the Democratic Party, and it did not alleviate any burden, financial or otherwise, of the Democratic Party.

## III. Opinion

A. **Structure of the Democratic Party**

The Democratic Party is composed of a number of different organizations. At the party's core is the Democratic National Committee ("DNC"), which works with national, state, and local party organizations, elected officials, candidates, and

constituencies to respond to the needs and views of the Democratic electorate and the nation. The DNC also plans the party's quadrennial nominating convention, at which the party's platform is created. The DNC is composed of members selected from each of the states. These members vote on the Charter and Bylaws, which govern the operation of the Democratic Party.

The Democratic Senatorial Campaign Committee is organized primarily to elect Democrats to the United States Senate.

The Democratic Congressional Campaign Committee is organized primarily to elect Democrats to the United States House of Representatives.

The Democratic Governors Association is organized primarily to help Democratic gubernatorial candidates.

The Democratic Legislative Campaign Committee is organized primarily to help Democratic candidates for state legislature.

There is also a state democratic party committee in each state, and thousands of local democratic party committees organized at the city, county, and congressional district level.

The Democratic Party aids candidates in a variety of ways. It endorses candidates and provides them with training and support. The Party is also in a unique position to give direct financial support to its candidates. For example, the Party has a designated amount it may spend in conjunction with federal candidates under 2 U.S.C. § 441a(d); it enjoys increased contribution limits to Senate candidates under 2 U.S.C. § 441a(h); and state party committees are given license to undertake a variety of activities in support of federal candidates without those activities counting against their contribution limits. Similarly, state law usually allows political committees to support their candidates in ways not permitted to other political entities.

**B.  DLC Benefit to Democratic Party Committees**

DLC is a social welfare organization. Its activities, as viewed from the perspective of the Democratic Party, consist primarily of developing and advocating legislative policies through a variety of mechanisms, including its magazines and its events.

Though some Democratic candidates and officeholders did espouse DLC positions, DLC provided no benefit to the Democratic Party itself. First, DLC's activities – policy research, development and advocacy – are not those that would otherwise be carried out by any Democratic Party committee. While the DNC and

other committees do occasionally espouse policy positions, they are almost always at a more abstract level than the positions of DLC and other think tanks and lobbying organizations.

In short, DLC did not conduct any activities that any Democratic Party committee would have conducted were DLC not in existence. DLC did not function as a Democratic Party committee, nor was its purpose or effect to aid the Democratic Party.

Second, DLC and the Democratic Party did not adopt joint policy positions. Even if the Democratic Party had an official policy development organization – which it did not in the years 1997, 1998, and 1999 – it would not have adopted many of the positions advocated by DLC.

DLC also did not provide any support in elections. It did not endorse candidates, and it did not develop any policies or legislative positions to help Democrats electorally. DLC, in my view, only employed officeholders to amplify and advance its legislative agenda.

C.   **DLC Benefit to Democratic Candidates**

In my opinion, DLC did not provide any benefit to candidates and officeholders that was not consistent with its role as a policy and advocacy organization. Some candidates and officeholders did avail themselves of the policy research made public by DLC, and some Democratic officeholders did attend DLC trainings and other events. However, these were no different in kind than the activities of other advocacy organizations, and were engaged in as an attempt to promote DLC legislative positions. DLC did not provide any benefits to candidates that would have been otherwise provided by a Democratic Party committee.

D.   **Democratic Party Relationship with DLC**

During 1997, 1998, and 1999, and continuing to this day, there was no relationship, formal or otherwise, between the DLC and the Democratic Party. Indeed, many elements of the Democratic Party, especially members of the DNC, were hostile to DLC's policy positions.

DLC was not a member of the DNC, and it contributed no funds to the Democratic Party. The Democratic Party did not contribute to DLC, nor did it solicit any funds for DLC or recommend that donors support it.

Signed,

*[signature]*

Robert Engel

## IV. Resume of Robert Engel

**Professional Experience**

### Democratic Party Committees

#### Democratic National Committee

| | |
|---|---|
| Executive Director | 1999 - 2001 |
| Midwest Regional Director | 1989 - 1990 |
| Chairman Ron Brown Transition Team | 1989 |

#### Democratic Congressional Campaign Committee

| | |
|---|---|
| Political Director | 1995 - 1998 |
| National Campaign Director | 1991 - 1993 |

#### Democratic Legislative Campaign Committee

| | |
|---|---|
| Executive Director | 2001 – 2002 |

### Democratic Political Campaigns

#### Senator Chris Dodd (CT)

| | |
|---|---|
| Campaign Manager | 1998 |

#### Congressman Sam Gejdenson (CT)

| | |
|---|---|
| Campaign Manager | 1986 |

#### Congressman Norman Sisisky (VA)

| | |
|---|---|
| Campaign Coordinator | 1984 |

#### Joe Biden for President

| | |
|---|---|
| Deputy Campaign Manager / New Hampshire State Director | 1987 |

#### Adlai E. Stevenson for Governor

| | |
|---|---|
| Opposition Researcher | 1982 |

### United States Senate

#### Senator Alan Dixon (IL)

Office Manager               1981

#### Senator Adlai Stevenson III (IL)

Assistant Office Manager       1978-1980

## Academia

### George Washington University

#### Graduate School of Political Management     1996-2006

Adjunct Professor

* Strategic Message Development

* Campaign Management & Planning

* 1996 Elections

### The American University

#### Center for the Study of Congress and the Presidency 2001

Adjunct Professor

2000 elections

#### The Campaign Management Institute

Deputy Director              1983-1985

Advisory Board              1986-2006

#### College of Public Affairs

Dean's Advisory Board        2000-2006

**Education**

> **The American University**
>
> Master of Public Affairs            2004
>
> Major Concentration: Public Administration and Elections and Voting Behavior
>
> **The American University**
>
> Bachelor of Science            1982
>
> Major Concentration: Political Science & Urban Affairs