# Exhibit

# O

# WRITTEN TESTIMONY OF CHARLES MOSKOS

My name is Charles Moskos. My current address is 310 4th St. #309, Santa Monica, CA 90403. Perkins Coie LLP, acting as attorneys for the Democratic Leadership Council, Inc. ("DLC"), has asked me to prepare expert opinions and prepare expert testimony regarding the activities of the DLC during calendar years 1997, 1998, and 1999. It is my understanding that this testimony will support DLC's suit against the Internal Revenue Service for revocation of DLC's tax-exempt status under section 501(c)(4) of the Internal Revenue Code.

## I.    Background and Qualifications

I am active participant with the DLC and the Progressive Policy Institute ("PPI"). These include being on the Board of Advisors of the DLC periodical <u>New Democrat Blueprint</u> and a Senior Fellow of the PPI. In these positions, my principal activity has been to present policy proposals relevant to national service and military recruitment. These proposals have been aimed at non-partisan and bipartisan audiences, the general public, the academic community, and international groups.

In addition to Democratic Party leaders, It is important to note that I have had discussions and consulted with senior Republican office holders on issues of military recruitment. These include Senator John McCain, Senator John Warner, Secretary of Defense Donald Rumsfeld, former Secretary of State Colin Powell, Congressman Mark Kirk, and former Congressman John Porter. Also, in connection with my advocacy of national service, I have received complimentary correspondence from esteemed conservative writers such as Bill Buckley, founding editor of National Review, and William Bennett, cabinet member in the administrations of Presidents Ronald Reagan and George H.W. Bush.

It is also relevant that I have had frequent personal meetings with senior military officials on matters of military personnel. These include Chairmen of the Joint Chiefs of Staff: David Jones, John Shalikashvili, and Peter Pace (current); NATO commanders: George Joulwan, Joseph Ralston, and James Jones (current); and Army Chiefs of Staff: Edward Meyer, Gordon Sullivan, Dennis Reimer, and Peter Schoomaker (current).

One indication of the recognition of my role as a "public intellectual" is that I was the first recipient (1997) of the Award for Public Understanding of Sociology, American Sociological Association. In addition, I have been invited by the U.S. State Department, under both Democrat and Republican Administrations, to give lectures on national service to numerous university and military audiences abroad. These locales are given in the below resume to this document.

[04138-0006-000000/DA060590[1].002.DOC]



DEFENDANT'S EXHIBIT
158
Moskos

2/28/06

## II.  Opinion

In brief, the DLC/PPI is a non-profit organization that fosters innovative thinking across as wide range of public policy issues.  The encouragement of such thinking and public discourse can in no way be considered exclusive to a partisan viewpoint, or designed for the benefit of a particular party rather than for the public as a whole.  Indeed a public intellectual risks reputational and other professional risks if he or she associates with an organization operating for the narrow benefit of a particular political party or set of partisan interests.  This is not a risk presented by my association with the DLC which, over the many years of my involvement with it, demonstrated a commitment to policy analysis and discussion in the broad public interest.

Thus, my own role in public policy has been immeasurably enhanced by the nonpartisan reality of the DLC/PPI. Through DLC and its affiliated 501(c)(3) the PPI, the concept of national service has reached a wide and multi-faceted audience.

For example,  John Marsh, Secretary of the Army in the Reagan Administration called me into his office to endorse my proposal to establish educational benefits for the all-volunteer force.  As a former Republican Congressman, he made contacts for me on Capitol Hill and this eventually led to the passage of the Montgomery G.I. Bill in 1985.  That Marsh was a Republican and Montgomery a Democrat testifies to the bi-partisan nature of my public role in the DLC/PPI.

Signed,

*Charles Moskos*

Charles Moskos

### III. Resume

Charles Moskos is professor emeritus of sociology at Northwestern University in Evanston, Illinois. He received his bachelor's degree, with honors, at Princeton University in 1956. After graduation from college, he served as a draftee with the U.S. Army combat engineers in Germany. Following his military service, he attended the University of California at Los Angeles where he received his Ph.D. in 1963.

Professor Moskos is the author of many books including <u>The American Enlisted Man, The Military--More Than Just a Job?, The New Conscientious Objection, A Call to Civic Service, All That We Can Be: Black Leadership and Racial Integration the Army Way</u> (winner of the <u>Washington Monthly</u> award for the best political book of 1997), and <u>The Postmodern Military: Armed Forces After the Cold War</u>. In addition to over two hundred articles in scholarly journals, he has published pieces in the <u>Wall Street Journal, New York Times, Washington Post, Washington Monthly, Atlantic Monthly</u>, and <u>The New Republic</u>. His writings have been translated into twenty languages.

The <u>Wall St. Journal</u> calls Dr. Moskos the nation's "most influential military sociologist." <u>The Economist</u> termed him "the dean of military sociologists." His research has taken him to combat units in Vietnam, Panama, Saudi Arabia, Somalia, Haiti, Bosnia, Kosovo, and Iraq. He was appointed by George Bush to the President's Commission on Women in the Military (1992) and by the U.S. Senate to the Commission on Military Training and Gender-Related Issues (1998). In 1993, he advised Nelson Mandela on ways to racially integrate a post-apartheid military in South Africa. In 1996, President Clinton cited Professor Moskos on national television as the inspiration for his youth service program, AmeriCorps. In 2000-01, he was a member of the bipartisan U.S. Commission on National Security/21st Century.

The Department of Defense awarded Dr. Moskos a medal for his research in Desert Shield/Storm. He holds the Distinguished Service Award, the U.S. Army's highest decoration for a civilian. In 1999 he was designated Honored Patriot by the Selective Service System.

Charles Moskos has been a Fellow at the Woodrow Wilson International Center for Scholars, an Annenberg Fellow, and a Guggenheim Fellow. In 1999 he was elected to the American Academy of Arts and Sciences. He is listed in <u>Who's Who in America</u> and <u>Who's Who in the World</u>.

## INVITED LECTURES

Civilian Institutions (USA):  American University, Arizona State University, University of Arizona, Ball State University, Boston University, Brookings Institution, University of California (Berkeley), University of Chicago, Claremont Colleges, University of Colorado, Columbia University, Cornell University, Dartmouth College, DePaul University, DePauw University, Federal Executive Institute, Georgetown University, Harvard University, Hellenic College, University of Illinois, University of Illinois (Chicago), Indiana-Purdue University, Kansas State University, University of Kentucky, Loyola University of Chicago, Loyola Marymount University, University of Maryland, Massachusetts Institute of Technology, University of Minnesota, New America Foundation, University of North Carolina, Northern Illinois University, Norwich University, Ohio State University, Pennsylvania State University, Princeton University, Queens College (CUNY), University of Rochester, St. Anselm's College, St. Michael's College, Stanford University, Stennis Center for Public Service, Swathmore College, Syracuse University, Towson University, University of Texas, Texas A&M University, University of Oregon, University of Washington, University of Wisconsin (Madison), University of Wisconsin (Green Bay), Wooster College, Yale University.

Civilian Institutions (Abroad):  Carelton University, University of New Brunswick (Canada); Catholic University, Centro de Estudios del Desarrollo (Chile); Catholic University (Ecuador); University of Helsinki (Finland); University of the Aegean (Greece); Bar-Ilan University, Carmel Institute (Israel); University of Rome (Italy); Institute for Peace and Security Studies (Japan); Vrei University (Netherlands); Bucharest University (Romania); Institute for Defense Policy, University of Capetown (South Africa); Barcelona University (Spain); Bilkent University (Turkey), King's College London, Oxford University (United Kingdom); Peitho (Uruguay).

Military Institutions (USA): Air Command Staff College, Air Force Institute of Technology, Air War College, Armed Forces Staff College, Army Command and Staff College, Army Recruiting Command, Army War College, Defense Equal Opportunity Management Institute, Defense Intelligence School, Defense Information School, Industrial College of the Armed Forces, National Guard Association, National Defense University, National War College, National Security Agency, Naval Post-Graduate School, Naval War College, U.S. Air Force Academy, U.S. Military Academy Preparatory School, U.S. Military Academy, U.S. Naval Academy.

Military Institutions (Abroad):  Defense Force Academy (Australia); Air Force War College, Army War College, Navy War College (Chile); Military Academy (Czech Republic); Royal Defense College (Denmark); Army War College (Ecuador); Sandhurst (United Kingdom); Ministry of Defense (Finland); Foundation for the Study of National Defense (France); Hochschule der Bundeswehr (Germany); Institute for Defense Studies (India); War

College (Italy); Institute of Military Studies (Israel); Air Self-Defense Force Academy, National Defense Academy (Japan); Royal Military Academy (Netherlands); Institute of Defense (Portugal); Military Academy (Romania); Military Academy (South Africa); Military Academy (Switzerland), Military Academy (Turkey); V.I. Lenin Political Military Academy (USSR).

November, 2004

<u>VITA</u>

CHARLES MOSKOS

1040 4ᵗʰ St., #309
Santa Monica CA 90403

telephone 310-394-8585
fax: 310-394-0150
c-moskos@yahoo.com

Born:  May 20, 1934, Chicago

Military Service:   U.S. Army Combat Engineers, 1956-1958 (draftee)

Education:       B.A., Sociology (cum laude), Princeton University, 1956
                 M.A,. University of California, Los Angeles, 1961.
                 Ph.D., University of California, Los Angeles, 1963.

Professional Experience:

| | | |
|---|---|---|
| 1964-1966 | Assistant Professor of Sociology<br>University of Michigan |
| 1966-1970 | Associate Professor of Sociology<br>Northwestern University |
| 1970-2003 | Professor of Sociology<br>Northwestern University |
| 1996-1999 | Harold H. and Virginia Anderson Chair<br>Weinberg College of Arts and Sciences |
| 2003-present | Professor Emeritus, Northwestern University |

Fields of Interest:       Military Sociology
                          National Youth Service
                          Introductory Sociology
                          Greek American Studies

**Fellowships:**

| | |
|---|---|
| 1969-1970 | Senior Faculty Fellow, Ford Foundation:  study of United Nations peacekeeping forces in Cyprus |
| 1980-1981 | Fellow, Woodrow Wilson International Center for Scholars:  study of all-volunteer force |
| 1983-1984 | Humanities Fellow, Rockefeller Foundation: study of citizenship and national service |
| 1987-1988 | S.L.A. Marshal Chair, Army Research Institute for the |

Behavioral and Social Sciences

| | |
|---|---|
| 1991 | Guest Scholar, Woodrow Wilson International Center for Scholars: study of post-Cold War military |
| 1992-1993 | Fellow, John Simon Guggenheim Memorial Foundation: study of race relations in military |
| 1995 | Visiting Fellow, Annenberg Washington military and the media |
| 1995 | S.L.A. Marshall Chair, Army Research Institute for the Behavioral and Social Sciences: study of armed forcesafter the Cold War |
| 2002 | Public Policy Scholar, Woodrow Wilson International Center for Scholars: study of international military cooperation |
| 2003 | S.L.A. Marshall Chair, Army Research Institute for The Behavioral and Social Sciences |

**Honors and Recognition:**

| | |
|---|---|
| 1976-present | Listed in Who's Who in America |
| 1977-present | Listed In Dictionary of International Biography |
| 1977-present | Listed in Who's Who in Authors |
| 1978-present | Listed in American Men and Women of Science |
| 1981-present | Listed in Men and Women of Achievement |
| 1982-present | Member, Sociological Research Association |
| 1982-1986 | President, Research Committee on Armed Forces and Conflict Resolution, International Sociological Association |
| 1983-present | Chairman, Theodore Saloutos Memorial Foundation for Greek-American Studies, Immigration History Research Center |
| 1986-1988 | Greek Orthodox Archdiocesan Commission on a Theological Agenda for the Third Millennium |
| 1986 | Award of Excellence, Axios Foundation for Worthiness |
| 1986-present | Board of Directors, Society |
| 1987-1999 | Chairman, Inter-University Seminar on Armed Forces and Society (700-member international society) |
| 1988-present | Listed in Epitomo Biographiko Lexico  ("Who's Who in Greece") |

| | |
|---|---|
| 1988-1997 | Board of Trustees, National Service Secretariat |
| 1988-present | Board of Advisors, Democratic Leadership Council |
| 1989 | Convocation speaker, College of Arts and Sciences, Northwestern University |
| 1990 | Medal of Military Sociology, Stichting Maatschappij & Krijgsmacht, Netherlands |
| 1992 | Member, President's Commission of Assignment of Women in the Military |
| 1992-present | Senior Fellow, Progressive Policy Institute |
| 1992 | Doctor of Humane Letters (honorary), Norwich University |
| 1992-present | Board of Directors, Carmel Institute for Social Studies, Zikhron Ya'akov, Israel |
| 1993-present | Member, Board of Directors, United Hellenic American Congress |
| 1993-present | Listed in Who's Who in the World |
| 1993 | Invited Speaker to South Africa, U.S. Information Agency |
| 1994 | Invited Speaker to Australia, U.S. Information Agency |
| 1994 | Hellenic American Achievement Award, Hellenic Spirit Foundation, St. Louis, Missouri |
| 1995-present | Listed in Contemporary Authors |
| 1995-present | Listed in Who's Who in American Education |
| 1995-present | Member, The Chicago Committee, Chicago Council on Foreign Relations |
| 1997 | National Educator Leadership Award, James and Gigi Todd Family Foundation |
| 1997 | Invited Speaker to Chile and Ecuador, U.S. Information Agency |
| 1997 | Washington Monthly 1996 Political Book Award for All That We Can Be |
| 1997 | First Recipient of Award for Public Understanding of Sociology, American Sociological Association |
| 1997-present | Advisory Board, Veterans for America |
| 1998 | Member, Society of the First Infantry Division |

| | |
|---|---|
| 1998 | Honorary Citizen, State of Maryland |
| 1998 | Honorary Citizen, City of Baltimore |
| 1998-1999 | U.S. Congressional Commission on Military Training and Gender-Related Issues |
| 1998-present | Consejo Cientifico, El Instituto de Estudios sobre la Paz, la Seguridad y la Defensa, Universidad Nacional de Educacion, Madrid, Spain |
| 1998 | Invited Speaker to Japan, U.S. Information Agency |
| 1998-present | Board of Advisors, Blueprint: Ideas for a New Century, Democratic Leadership Council |
| 1998-2001 | Study Group Member of U.S. Commission on National Security/21st Century |
| 1999 | Special Advisor to Vice President Albert Gore's "International Conference on Fighting Corruption and Safeguarding Integrity Among Justice and Security Officials" |
| 1999-present | Member, American Academy of Arts and Sciences |
| 2000 | Millennium Award, Albuquerque High School Alumni Association |
| 2000 | Listed in 2000 Outstanding Scholars of the 20th Century (Cambridge, England: International Biographical Centre) |
| 2001 | Banquet Speaker, 45th Year Reunion, Class of 1956 Princeton University |
| 2001 | Convocation speaker, College of Arts and Sciences, Northwestern University |
| 2002 | Public Policy Fellow, Woodrow Wilson International Center for Scholars |
| 2002 | Doctor of Humane Letters (honorary), Towson University |
| 2002 | Eisenhower Chair, Royal Military Academy, Netherlands |
| 2002-present | Board of Visitors, National Defense University |
| 2002 | Banquet Speaker, 50th Year Reunion, Class of 1952 Albuquerque High School |
| 2003 | Hellenic Heritage Achievement and National Public Service Award |
| 2003 | President's Speaker, Class of 2007, Northwestern |

University

2003     International Advisor Board, National Defense Institute, Portugal.

**Profiled in Feature Stories:**

1988     Peter Slavin, "Telling It Like It Is: Sociologist Charles Moskos Isn't Afraid to Answer the Tough Questions," Army Times, March 14, pp. 65, 68-69.

1988     Themi Vasils, "Close Up: Charles Moskos," Greek Press, Nov. 24, p. 5.

1989     Robin Wilson, "Sociology Professor Wins Attention for Plan to Link Student Aid and National Service," Chronicle of Higher Education, March 22, pp. 18, 20-21.

1993     Thomas E. Ricks, "Military Sociologist," Wall Street Journal, June 23, pp. 1, 9.

1993     Paul Galloway, "Political Firepower," Chicago Tribune, "Tempo Section, Oct. 7, pp. 1, 15.

1994     Dan Georgakas, "Just Call Me Charlie: Portrait of a Washington Insider," Odyssey, Jan., pp. 43-45.

1995     Sharon Cohen, "Famous Unknowns: Charles Moskos," Chicago, May, pp. 66-68.

1997     "A Few Minutes with Sociologist Charles Moskos," Chicago Social, June. p. 94.

2000     Nathaniel Frank, "The Real Story of Military Sociology and 'Don't Ask, Don't Tell'", Lingua Franca, Oct., pp. 71-81.

2000     Dimitri C. Michalakis, "A Friend of the Grunt and a Passionate Greek," The National Herald, Nov. 4-5, pp. 1,3.

2002     Anne Tauneback, "All That He Can Be," Northwestern, spring, pp. 34-37.

2003     Ryan Vogt, "Charles Moskos, Father of Don't Ask, Don't Tell," Northwestern Chronicle, Oct. 31, p. 8.

2004     Nancy Deneen, ""Charles Moskos Returns to Northwestern," Cross-Currents, spring, pp. 5-7.

       reprinted in The National Herald, Nov. 6, 2004, pp. 1,12.

2004     Rick Nathanson, "Sociology of Soldiers: Former Albuquerque resident Charlie Moskos studies issues within the military," Personalities, Albuquerque Journal, Oct 8, pp. C1,2.

**Medals:**

| | |
|---|---|
| 1958 | Good Conduct Medal, U.S. Army |
| 1958 | Fifth Corps Citation for Outstanding Performance of Duty, Training Non-Commissioned Officer |
| 1989 | Medal, Decoration for Distinguished Civilian Service, Department of the Army |
| 1989 | Medal, for contribution to international studies of military sociology, government of Netherlands |
| 1991 | Medal, for contribution to international studies of military sociology, government of France |
| 1992 | Medal for Distinguished Civilian Service in Desert Shield/Desert Storm, Department of Defense |
| 1998 | Honored Patriot, Selective Service System of the United States |

**Teaching Awards:** (partial listing)

| | |
|---|---|
| 1988-1989 | Outstanding Teacher Award, College of Arts and Sciences, Northwestern University |
| 1988-1989 | Alpha Lambda Honor Society, Outstanding Teacher of Freshmen |
| 1989 | Excellence in Teaching Award, Northwestern University Alumni Association |
| 1991 | Northwestern Alumni Association Faculty First Circle |
| 1991-2003 | Faculty Honor Roll, Associated Student Government Northwestern University |

**Research Grants:**

| | |
|---|---|
| 1961-1963 | Social Science Research Council: study of nationalism and elites in the British West Indies |
| 1971-1973 | Russell Sage Foundation: study of the enlisted man in the American military |
| 1975-1983 | U.S. Army Research Institute for the Behavioral and Social Sciences: study of the all-volunteer force. |
| 1977-1980 | U.S. Air Force Office of Scientific Research; study of institutional/occupational models of the American military |
| 1983 | Spanish-American Education Commission, Madrid: collaborative research in military sociology |

| 1984-1987 | Twentieth Century Fund: study of national service in America |
| 1984-1986 | U.S. Air Force Office of Scientific Research: cross-national study of institutional and occupational trends in military organizations |
| 1985-1994 | U.S. Army Research Institute for the Behavioral and Social Sciences: study of the American soldier |
| 1988-1996 | Ford Foundation: Inter-University Seminar on Armed Forces and Society |
| 1989-1990 | Ford Foundation: study of international perspectives on conscientious objection |
| 1992-1995 | Twentieth Century Fund, Ford Foundation, Rockefeller Foundation; study of race relations in the military |
| 1994-2000 | Robert R. McCormick Tribune Foundation, Inter-University Seminar on Armed Forces and Society |
| 1994-1998 | U.S. Army Research Institute for the Behavioral and Social Sciences: study of armed forces after the Cold War |
| 1997-1999 | Ford Foundation: International Outreach for Inter-University Seminar on Armed Forces and Society |
| 1999-2001 | U.S. Army Research Institute for the Behavioral and Social Sciences: study of international military education |
| 2000-2002 | Science Applications International Corporation: study of cooperation in multi-national military operations |
| 2001-2002 | U.S. Army Recruiting Command: study of enlistment propensity of college graduates |
| 2001-2003 | U.S. Army Research Institute for the Behavioral and Social Sciences: study of Army sociology |

**Guest Lectures:** (1966-present):

Civilian Institutions (USA): American University, Arizona State University, University of Arizona, Ball State University, Boston University, Brookings Institution, University of California (Berkeley), University of Chicago, Claremont Colleges, University of Colorado, Columbia University, Cornell University, Dartmouth College, DePaul University, Federal Executive Institute, Georgetown University, Harvard University, Hellenic College, University of Illinois, University of Illinois (Chicago), Indiana-Purdue University, Kansas State University, University of Kentucky, Loyola University of Chicago, University of Maryland, Massachusetts Institute of Technology, University of Minnesota, New America Foundation, University of North Carolina, Northern Illinois University, Norwich University, Ohio State University, Pennsylvania State University, Princeton University, Queens College (CUNY), University of Rochester, St. Anselm's College, St. Michael's College, Stanford University, Swathmore College, Stennis Center for Public Service,Towson

University, University of Texas, Texas A&M University, University of Oregon, University of Wisconsin (Madison), University of Wisconsin (Green Bay), Wooster College, and Yale University.

Civilian Institutions (Abroad):  Carelton University, University of New Brunswick (Canada); Catholic University, Centro de Estudios del Desarrollo (Chile);  Catholic University (Ecuador);  University of Helsinki (Finland);  University of the Aegean (Greece);  Bar-Ilan University, Carmel Institute (Israel); University of Rome (Italy);  Institute for Peace and Security Studies (Japan); Vrei University (Netherlands); Institute for Defense Policy, University of Capetown (South Africa); Barcelona University (Spain);  King's College London, Oxford University (United Kingdom);  Peitho (Uruguay).

Military Institutions (USA):  Air Command Staff College, Air Force Institute of Technology, Air War College, Armed Forces Staff College, Army Command and Staff College, Army Recruiting Command, Army War College, Defense Equal Opportunity Management Institute, Defense Intelligence School, Defense Information School, Industrial College of the Armed Forces, National Guard Association, National War College, National Security Agency, Naval Post-Graduate School, Naval War College, U.S. Air Force Academy, U.S. Military Academy, U.S. Naval Academy.

Military Institutions (Abroad):  Defense Force Academy (Australia);  Air Force War College, Army War College, Navy War College (Chile);  Military Academy (Czech Republic);  Royal Defense College (Denmark);  Army War College (Ecuador), Sandhurst (England);  Ministry of Defense (Finland);  Foundation for the Study of National Defense (France); Hochschule der Bundeswehr (Germany); Institute for Defense Studies (India); War College (Italy); Institute of Military Studies (Israel);  Air Self-Defense Force Academy, National Defense Academy (Japan);  Royal Military Academy (Netherlands); Institute of Defense (Portugal); Military Academy (South Africa);  Military Academy (Switzerland), Military Academy (Turkey), V.I. Lenin Political Military Academy (USSR).

**Citizenship:**  Testimony presented to U.S. Senate:  Armed Services Committee (1978, 1981, 1991, 1993, 1995, 1999, 2001), Veterans Affairs Committee (1976. 1980, 1991); U.S. House of Representatives: Armed Services Committee (1978, 1980, 1981, 1982, 1983, 1984, 1991, 1998 1999, 2000), Budget Committee (1985).

**Accompanied American Combat Troops:**  Vietnam (1965 and 1967), Dominican Republic (1966), Honduras (1984), Panama (1990), Saudi Arabia (1991), Somalia (1993), Haiti (1994), Macedonia (1995), Bosnia (1996 and 1998), Kosovo (2000), Iraq (2003).

**Books, Monographs and Special Journal Issues:**

The Sociology of Political Independence:  A Study of Nationalist Attitudes Among West Indian Leaders, (Cambridge, Mass: Schenkman 1967).

The American Enlisted Man:  The Rank and File in Today's Military, (N.Y.:  Russell Sage Foundation, distributed by Basic Books, 1970).  Abridged and reprinted in Bernard Rosenberg, ed., Analysis of  Contemporary Society, (N.Y.:  Thomas Y. Crowell, 1974, pp. 74-150).

Editor with an introduction, Public Opinion and the Military Establishment, (Beverly Hills, Calif: Sage Publications, 1971).

Peace Soldiers:  The Sociology of a United Nations Military Force, (Chicago:  University of Chicago Press, 1976).

Greek Americans:  Struggle and Success, (Englewood Cliffs, N.J.: Prentice-Hall, Inc., 1980).

"Armed Forces and Society," a special issue of the journal of the International Sociological Association, Current Sociology, Vol. 29, No. 3, Winter, 1981. pp. 1-164. [with Gwyn Harries-Jenkins] Translated into Spanish as Fuerzas Armadas y Sociedad, (Madrid: Alianza Editorial, 1984).

Editor with an introduction and conclusion, The Military - More than Just a Job? (Elmsford Park, N.Y.: Pergamon-Brassey's, 1988). [with Frank R. Wood]. Translated (by M.A. Baquer) into Spanish as Lo Militar: Mas que una Profesion? (Madrid: Ministerio de Defense, 1991).

A Call to Civic Service: National Service for Country and Community, (N.Y.: Free Press, 1988).

Greek Americans: Struggle and Success, second edition, (New Brunswick, N.J.: Transaction, 1989).

Editor with an introduction, "The Greek American Experience," special issue of Journal of the Hellenic Diaspora, Vol. 16, Nos. 1-4, 1989. [with Dan Georgakas]

Soldiers and Sociology, (Alexandria, Va: Army Research Institute, 1989). Translated into Italian (by F. Battistelli) as Sociologia i Soldati with a new introduction for the Italian edition (Milan: Franco Angeli, 1994). Translated into Greek (by D. Smokovitis) as E Stratiotiki Koinoiologia stin Ameriki (Athens: Ekdosis Papazisi, 1996).

Editor with an introduction, New Directions in Greek American Studies, (N.Y.: Pella, 1991). [with Dan Georgakas]

Editor with an introduction and conclusion, The New Conscientious Objection: From Sacred to Secular Resistance, (N.Y.: Oxford University Press, 1993). [with John W. Chambers]

Reporting War When There Is No War: The Media and the Military In Peace and Humanitarian Operations, (Chicago: McCormick Tribune Foundation, 1996). [with Thomas E. Ricks]

All That We Can Be: Black Leadership and Racial Integration the Army Way (N.Y.: Basic Books, 1996; paperback edition, 1997). [with John Sibley Butler]

The Media and the Military in Peace and Humanitarian Operations, (Chicago: McCormick Tribune Foundation, 2000).

Editor with an introduction, The Postmodern Military: Armed Forces After the Cold War (N.Y.: Oxford University Press, 2000). [with John A. Williams and David R. Segal]

International Military Education and Multinational Military Cooperation (Washington, D.C.: Storming Media, 2004)

**Publications: *Military Sociology***

1957    "Has the Army Killed Jim Crow?," Negro History Bulletin, Vol. 21, No. 2, (Nov.), pp. 27-29.

1966    "Racial Integration in the Armed Forces," American Journal of Sociology, Vol. 72, No. 2, pp. 132-148.

Reprinted in Current, Jan., 1967, pp. 54-68.

Translated into Danish and reprinted as "Race integration i den amerikanske haer," Militaert Tidskrift, 96 Argang, March, 1967.

Reprinted in Louis A. Ferman, et al., eds., Negroes and Jobs: A Book of Readings, (Ann Arbor: University of Michigan Press, 1968), pp. 433-454.

Reprinted in Raymond W. Mack, ed., Race, Class and Power, N.Y.: American Book Co., 1968, pp. 436-455.

Reprinted in the Bobbs-Merrill Reprint Series, S-605.

Reprinted in August Meier and Elliot Rudwick, eds., The Making of Black America, (N.Y.: Athenaeum, 1969), pp. 425-447.

Reprinted in Edward G. McDonagh and Jon E. Simpson, eds., Social Problems, (N.Y.: Holt, Rinehart and Winston, 1969), pp. 295-311.

Reprinted in Norval D. Glenn and Charles M. Bonjean, eds., Blacks in the United States, (San Francisco, Calif.: Chandler, 1969), pp. 555-576.

Rewritten and reprinted as "Integration in the United States: The Case of the Armed Forces," in Helen McGill Hughes, ed., Racial and Ethnic Relations, (Boston: Allyn and Bacon, 1970), pp. 100-116.

Reprinted in Warner Modular Publication, #105, 1973.

1968    "Eigeninteresses, Primargruppen und Ideologie: Eine Untersuchung der Kampfmotivation amerikanischer Truppen im Vietnam," for a special issue in military sociology of the Koelner Zeitschrift fuer Soziologie und Sozialpsychologie, edited by Rene Koenig, 20 Jahrgang, Sonderheft 12, pp. 199-220. (Trans. by H. Renn)

1969    "Why Men Fight: American Combat Soldiers in Vietnam," Trans-Action, Vol. 7, No. 1, pp. 13-23

Reprinted in Martin Oppenheimer, ed., The American Military, (Chicago: Aldine, 1971), pp. 16-36.

Reprinted in Edgar. Z. Friedenberg, ed., The Anti-American Generation, (Chicago: Aldine, 1971), pp. 217-226.

Reprinted in Irving L. Horowitz and Mary S. Strong, eds., Sociological Realities, (N.Y.: Harper and Row, 1971), pp. 319-401.

Reprinted in Louise Kapp Howe, ed., The White Majority, (N.Y.: Random House, 1971), pp. 78-93.

Translated into Danish and reprinted as "Kampmotivation," in Militaert Tidskrift, 100 Argang, April, 1971, pp. 182-188.

Reprinted in James M. Henslin, ed., Down to Earth Society, (N.Y.: Free Press 1972), pp. 375-390.

Reprinted in Veterans Administration The Vietnam Veteran in Contemporary Society, (U.S. Government Printing Office, 1972), pp. 8-17.

Reprinted in Peter Rose, ed., Study of Society, (N.Y.:  Random House, 1972), pp. 280-292.

Reprinted in James Spradley and David McCurdy, eds., Conformity and Conflict, (Boston: Little, Brown, 1971), pp. 366-378.

Reprinted in David Popenoe, ed., Sociology ,(N.Y.:  Appleton-Century-Crofts, 1973), pp. 184-198

Reprinted in Jerry Cardwell, ed., Readings in Social Psychology, (Philadelphia:  F.A. Davis, 1973) pp. 153-167.

Reprinted in H. Russell Bernard, ed., Readings in Anthropology, (N.Y.:  Macmillan, 1975), pp. 142-157.

Reprinted in Irving L.  Horowitz and Charles Nandry, eds., Sociological Realities II, (N.Y.: Harper and Row, 1975), pp. 237-251.

Reprinted in Associates in Military Leadership, eds., A Study of Organizational Leadership, (Harrisburg, Pa:  Stackpole Books, 1976), pp. 291-302.

Reprinted in John E. Owen, ed., Sociology:  Readings in Human Society, (Glenview, Ill:  Scott Foresman, 1981), pp. 27-37.

Translated into Italian and reprinted as "Vietnam:  perche gli uomini combattono," in F. Battistelli, ed., Marte e Mercurio, (Milan:  F. Angeli, 1990), pp. 340-355.

Reprinted in Marina Nuciari, ed., Coesione ed Efficienza Nelle Forze Armate, (Milan:  F. Angeli, 1990), pp. 209-224.

1970    "Racial Relations in the Armed Forces," (from The American Enlisted Man), reprinted in Russell Endo and William Strawbridge, eds., Perspectives on Black America, (Englewood Cliffs, N.J.:  Prentice-Hall), pp. 156-181.

Reprinted in Frank N. Trager and Philip Kroenenberg, eds., National Security and American Society, (Lawrence:  University Press of Kansas, 1973), pp. 516-535.

1971    "Minority Groups in the Military Organization," in Roger W. Little, ed., Handbook of Military Institutions, (Beverly Hills, Calif:  Sage), pp. 516-535.

Reprinted in Stephen Ambrose and James Barber, eds. The Military and American Society, (N.Y.:  Free Press, 1972), pp. 192-201.

1971    "The New Estrangement:  Armed Forces and American Society," in Moskos, ed., Public Opinion and the Military Establishment, (Beverly Hills, Calif.:  Sage), pp. 271-294.

1971    "Conflict in a Peacekeeping Organization:  The United Nations Force in Cyprus," in Morris Janowitz and Jacques van Doorn, eds., On Military Ideology, (Netherlands:  Rotterdam University Press), pp. 247-263.

Reprinted as "Structured Strain in a United Nations Constabulary Force," in M.R. van Gils, ed., The Perceived Role of the Military, (Netherlands:  Rotterdam University Press, 1971), pp. 341-358.

Reprinted in <u>Revue de Recherches Sociales</u>, Vol. 7-8, 1971 pp. 53-62.

Translated into French and reprinted as "Conflit au sein d'une organization du mantien de las paix: les forces des Nations-Unie a Chypre," in <u>Les Militaries et Leur Formation</u>, (Paris: S.P.E.I., 1972), pp. 351-64.

1972    "Bill Mauldin and the Enlisted Chronicle,"   <u>Military Affairs</u>, Vol. 36, No. 3, p. 81

1973    "The Emergent Military:  Civil, Traditional or Plural?"  <u>Pacific Sociological Review</u>, Vol. 16, No. 2, pp. 255-280.

Reprinted in Richard Mead and Ervin Rokke, eds., <u>National Security and American Society</u>, (Lawrence:  University Press of Kansas, 1973), pp. 536-550.

Reprinted in Steffen Schmidt and Gerald Dorfman, eds., <u>Soldiers in Politics</u>, (Los Altos, Calif: Geron-X, 1974), pp. 34-52.

Reprinted in Philip Ehrensaft and Amitai Etzioni eds., <u>Anatomies of America</u>, N.Y.: Macmillan, 1976), pp. 209-223.

Reprinted in Peter Rose, eds., <u>The Study of Society</u>, (N.Y.:  Random House, 1977), pp. 357-368.

Reprinted in John Endicott and Roy Stafford, eds., <u>American Defense Policy</u>, 4th ed., (Baltimore:  Johns Hopkins Press, 1977), pp. 527-536.

Reprinted as an adaptation in Ritchie Lowry and Robert Rankin, <u>Sociology</u>, (Lexington, Mass.: D.C. Heath, 1977), pp. 479-484.

1973    "The American Dilemma in Uniform: Race in the Armed Forces,"  <u>Annals of the American Academy of Political and Social Science</u>, Vol. 406, pp. 94-106

1974    "Forward," in John Lovell and Philip Kronenberg, eds., <u>The New Civil-Military Relations</u>, (New Brunswick, N.J.:  Transaction), pp. ix-iv.

1974    "Racial Composition in the All-Volunteer Force: Policy Alternatives," <u>Armed Forces and Society</u>, Vol. 1, No. 1, pp. 109-132. (with Morris Janowitz.)

Reprinted in <u>Society</u>, Vol. 12, No. 4, 1975, pp. 37-42.

Translated into French and reprinted in Lucien Mandeville, ed., <u>Le Systeme militarie des Etats</u>, (Paris:  Delarge, 1976), pp. 92-111.

Reprinted in John Endicott and Roy Stafford, eds., <u>American Defense Policy</u>, 4th edition, (Baltimore:  John Hopkins Press, 1977), pp. 496-503.

1974    "Forward" in John P. Lovell and Phil S. Kronenberg, ed., <u>The New Civil-Military Relations</u>, (New Brunswick, N.J.:  Transaction), pp. vi-xv.

1974    "The Emergent Army," <u>Parameters</u>, Vol. 4, No. 1, pp. 17-30.

1975    "The Army Combat Soldier in Vietnam," <u>Journal of Social Issues</u>, Vol. 31, No. 4, pp. 25-37

Reprinted in John Endicott and Roy Staffords, eds.. American Defense Policy, 4th edition, (Baltimore:  John Hopkins Press, 1977), pp. 484-488.

1975    "UN Peacekeepers:  The Constabulary Ethic and Military Professionalism," Armed Forces and Society, Vol. 1, No. 4, pp. 388-401.

1976    "The American Volunteer Soldier:  Will He Fight?" Military Review, Vol. 56, No. 6, pp. 8-17. (With Charles W. Brown.)

Reprinted in Military Review: Seventy-Fifth Anniversary Issue: 1922-1977, Jan.-Feb., 1997, pp. 30-35.

1976    "The Military," in Alex Inkeles, James Coleman, and Neil Smelser, eds., Annual Review of Sociology, Vol. 2, (Palo Alto, Calif.:  Annual Reviews),pp. 55-78.

1976    "Preface," in Hamilton I. McCubbin, et al., eds. Families in the Military System, (Beverly Hills, Calif:  Sage), pp. 9-11.

1977    "From Institution to Occupation:  Trends in Military Organization," Armed Forces and Society, Vol. 4, No. 1, pp. 41-50.

Reprinted in G. Caforio, ed., The Sociology of the Military. (Northampton, Mass., Edward Elgar, 1998), pp. 187-196.

1977    "The Emergent Navy," in Science and the Future Navy, (Washington, D.C.:  National Academy of Sciences) pp. 62-66.

1977    "The All-Volunteer Military:  Calling, Profession, or Occupation," Parameters, Vol. 7, No. 1, pp. 2-9.

Reprinted in slightly different form as ""The Emergent Military:  Calling, Profession, or Occupation," in Franklin Margiotta, ed., The Changing World of the American Military Profession, (Boulder Colorado:  Westview Press, 1978), pp. 199-206.

Reprinted in Department of Behavioral Sciences, Leadership, (West Point:  U.S. Military Academy, 1977), pp. 99-107.

Reprinted in Malham Walkin, ed., War, Morality, and the Military Profession, (Boulder, Col.: Westview Press, 1979), pp. 219-229.

Translated into French and reprinted as "Les Transformations du metier militare dans l'armee des Etats-Unis:  de la vocation a l'emploi," Revue des Sciences Politiques (Jan.-Mar., 1979), pp. 45-56.

Translated into Romanian and reprinted as "Noua Armata -- Vocatie, Profesie sau Ocupatie?", in Ionel Nicu Savam Gheroghe Tibil and Marian Zulean, eds., Armata si Societatea (Bucharest: Info-Yeam, 1998, pp. 229-250.

1977    "Preface," in Maury D. Feld, The Structure of Violence, (Beverly Hills, Calif:  Sage), pp. 8-10.

1978    "The Enlisted Ranks in the All-Volunteer Army," in John B. Keeley, ed. The All-Volunteer Force and American Society, (Charlottesville:  University of Virginia Press), pp. 39-80.

Reprinted in slightly different form as "Serving in the Ranks: Citizenship and the All-Volunteer Force," Soldier Support Journal, Vol. 8, No. 1 (Jan.-Feb.), 1981, pp. 4-14.

1979    "Five Years of the All-Volunteer Force: 1973-1978," Armed Forces and Society, Vol. 5, No. 2, pp. 171-218. (With Morris Janowitz.)

1979    "The All-Volunteer Force," Wilson Quarterly, Vol. 3, No. 2, (Spring), pp. 131-142.

1980    "Surviving the War in Vietnam," in Charles Figley and Seymour Leventman, eds., Strangers at Home: Vietnam Veterans Since the War, (N.Y.: Praeger, 1980), pp. 71-85.

1980    "Making the All-Volunteer Army Work," Bulletin of the Atomic Scientists, Vol. 36, No. 6 (June), pp. 6-7. (With Morris Janowitz)

1980    "How to Save the All-Volunteer Force," Public Interest, No. 61, (Fall), pp. 74-89.

Reprinted in slightly different form in William J. Taylor, Eric T. Olsen, and Richard A. Schrader, eds. Defense Manpower Planning (N.Y.: Pergamon, 1981), pp. 228-236.

Reprinted in Army Times, Dec. 15, 1980, pp. 23 ff.

1981    "Racial and Educational Composition of the All-Volunteer Army, "Ethnicity and Public Policy, Vol. 1, No. 1 (Spring), pp. 121-133.

1982    "Social Considerations of the All-Volunteer Force," in Brent Scowcroft, ed., Military Service in the United States, (N.Y.: Prentice-Hall), pp. 129-150.

1982    "Serving in the Ranks: Citizenship and the All-Volunteer Force," in Martin Anderson, ed., Registration and the Draft, (Stanford, Calif.: Hoover Institution Press), pp. 377-402.

1982    "From Institution to Occupation," in Congress Society, ed., The Development of the Military Profession in International Perspective, Hague: Netherlands Congress Society, pp. 91-114.

Translated into Dutch and reprinted as "Van instituut naar bereop," in J. van der Meulen, ed., De Militiarie Professie in International Perspectief, (Hague: Stichiting Maatschappij, 1983), pp. 84-97.

1983    "The Human Element, " Wilson Quarterly, Vol. 7. No. 5, pp. 130-138. (With Peter Braestrup).

1983    "Civic Education in the All-Volunteer Force," in Morris Janowitz and Stephen D. Wesbrook, eds., The Political Education of Soldiers, (Beverly Hills, Calif.: Sage), pp. 307-325.

1984    "The Sociology of Combat," review essay in Contemporary Sociology, Vol. 13, No. 4 (July), pp. 420-422.

1984    "Minot/Grand Forks Notebook," Air University Review, Vol. 36, No. 1 (Nov.-Dec.), pp. 60-64.

1984    "The Citizen Soldier and the All-Volunteer Force," in Michel L. Martin and Ellen S. McCrate, eds., The Military, Militarism, and the Polity, (N.Y.: Free Press)pp. 139-154.

1985    "Female GIs in the Field," Society, Vol. 22, No. 6 (Sep./Oct), pp. 28-33.

1985    "Introduction," to Cohesion: The Human Element in Combat, by Wm. Darryl Henderson (Washington, DC:  National Defense University Press, pp. xxiii-xxvii.

1985    "La Sociologie Militaire dan l'Aire Mediterraneene,' in Les Cahiers de L'A.E.R.C.E.U., (Toulouse: University des Sciences Sociales), pp. 59-64.  (Trans. L. Mandeville)

1985    L'escrito emergent: istituzionale, occupzionale o plurale?" Forze Armate e Societa, Vol. 1, No. 1, pp. 67-90. (Trans. M. Zorino)

1985    "La nueva organizcion militar: institucional, occupacional o plural?", R. R. Banon and J.A. Olmeda, eds., La Institucion militar en el Estado Contemporaneo, (Madrid: Alizanza Universidad), pp. 140-152.

1986    "The Marketplace AVF; A Critique," in W. Bowman, R. Little, and G.T. Sicilia, eds., The All-Volunteer Force After a Decade, (N.Y.: Pergamon), pp. 14-17.

1986    "The Enlisted Man in the All-Volunteer Army," in David R. Segal and H. Wallace Sinaiko, eds., Life in the Rank and File: (N.Y.: Pergamon), p. 35-57.

1986    "Institutional and Occupational Trends in Armed Forces:  An Update:"  Armed Forces and Society, Vol. 12, No. 3, pp. 377-382.

        Translated into Italian and reprinted as "Tendenze isituaionali e occupaziolane nelle forze armate," in F. Battistelli, ed., Marte e Mercurio, (Milan:  F. Angeli, 1990), pp. 523-529.

        Translated into Czech and reprined as "Institucionalni a Zamestnanecke Trendy v Ozbrojenych Silach,' in J. Cvrcek, ed., Ozbrojene Sily a Spolencnost, (Prague: FMO), 1992, pp. 6-15.

        Reprinted in G. Caforio, ed., The Sociology of the Military, (Northampton, Mass.,  Edward Elgar, 1998),  pp. 507-514.

1986    "Citizen Soldier versus Economic Man," in James F. Short, Jr., ed., The Social Fabric, (Beverly Hills, Calif.: Sage), pp. 243-254.

1987    "La banalisation de 'le institution militaire," Futurbiles, June, pp. 17-27. (Trans. by B. Boene)

1989    "The All-Volunteer Force and the Marketplace," in Edwin Dorn, ed., Who Defends America? (Washington, D.C.: Joint Center for Political Studies), pp. 75-96.

1989    "Armia y Obschesrtvo" [Army and Society], Mezhdynarodaya Informatisiya, No. 234 (December), pp. 1-3. (Trans. I. Smelov)

1990    "State and Conscience," in Reuven Gal and Thomas Wyatt, eds., Legitimacy and Commitment in the Military, (Westport, Conn.: Greenwood Press), pp. 91-97.

1990    "Peace Soldiers: United Nations Military Forces," in Francesca Cancian and James Gibson, eds., Making War, Making Peace, (Belmont, Calif.: Wadsworth), pp. 398-407.

1990    "Armed Forces in a Warless Society," translated into German as "streitkräfte in einer kriegsfreeien Gesellschaft," Sicherhiet und Freiden, Vol. 8, No. 2, pp. 110-112. (Trans. E. Vogt)

Translated into Russian and reprinted as "Vooizehnie Sili v Obsehestve Otritsaniya Voyna," in V.E. Kachanov, ed., Armia i Obschestvo, (Moscow: Progress Press, 1990), pp. 78-83. (Trans. A. Belkin)

Translated into Finnish and reprinted as "Asevoimat ja Yhteiskunta," in Sotilas Aikakauslehti, November, 1990, pp. 834-839. (Trans. P. Alanen)

Translated into Czech and reprinted as "Ozbrojene Sily va Spolcrebez Valek," in J. Cvrcek, ed., Problemy Profesionalizace Armad, (Prague: FMO, 1992), pp. 6-12.

Reprinted in J. Kuhlmann and C. Dandeker, eds. Armed Forces After the Cold War ; (Munich: SOWI, 1992), pp. 1-19.

Reprinted in G. Caforio, ed., The Sociology of the Military. (Northampton, Mass., Edward Elgar, 1998), pp. 507-514.

1991    "L'armee de metier americaine," in Bernard Boene and Michel Martin, eds., Conscription et Armee de Metier, (Paris: FEDN, 1991), pp. 54-69. (Trans. B. Boene)

1992    "The Military, " in International Military and Defense Encyclopedia (McClean, Va.: Brassey's U.S.), pp. 782-786.

1992    "Armed Forces in a Warless Society," in Jurgen Kuhlmann and Christopher Dandeker, eds., Armed Forces After the Cold War, (Munich: SOWI), pp. 1-323.

1993    "Foreword," in Jay Stanley and John Blair, eds., Challenges in Military Health Care, (New Brunswick, N.J. Transaction), pp. vii-ix.

1993    "From Citizen's Army to Social Laboratory, "Wilson Quarterly, Vol. 17, No. 1 (Winter), pp. 83-94.

Reprinted as "Mandating Inclusion: The Military as a Social Lab," Current, July/August 1993, No. 354, pp. 20-26.

Reprinted in Issues in Public Policy No. 1, Northwestern University. 1993.

Reprinted in Wilbur J. Scott and Sandra Carson Stanley, eds., Gays and Lesbians in the Military, (Hawthorne, N.Y.: Aldine de Gruyter, 1994), pp. 53-65.

1993    "The Secularization of Conscience," and "Interactive Summary of Seminar Discussions," in Cynthia Lee Grudo, ed., Conscientious Objection: From Religious Pacifism to Political Protest, (Zikhron Ya'akov, Israel: Israeli Institute for Military Studies), pp. 20-42, and pp. 235-240.

1993    "Sistemi militari post-modern in una prospettiva comparata," Rivista trimestrale di scienza dell'amministrazione, n. 3-4, pp. 3-14.

1994    "The Postmodern Military," in James Burk, ed., The Military in New Times, (Boulder, Col.: Westview ), pp. 141-162. [with James Burk]

Reprinted in Guiseppe Caforio, ed., The Sociology of the Military, (Northampton, Mass., Edward Elgar, 1998), pp. 591-612.

Reprinted in James Burk, ed., The Adaptive Military (New Brunswick, N.J.: Transaction, 1998), pp. pp. 163-182.

1994   "Racial Integration in the U.S. Army: Any Lessons for South Africa?" African Defense Review, No. 15, March, pp. 1-6.

1994   "Recruitment and Society after the Cold War," in Mark J. Eitelberg and Stephen L. Mehay, eds. Marching Toward the 21st Century, (Westport, Conn.: Greenwood), pp. 139-148.

1994   "Armed Forces in a Warless Society," in Lawrence Freedman, ed., War (Oxford: Oxford University Press), pp. 134-139.

1995   "Humanitarians or Warriors?: Race, Gender, and Combat Status in Operation Restore Hope," Armed Forces and Society, summer, Vol. 21, No. 4, pp. 615-637. [with Laura Miller]

       Reprinted in in Peter Karsten, ed., Motivating Soldiers: Morale or Mutiny (Hamden, CT: Garland Publishing, 1999 , pp. 163-184.

1996   "Bridging the Gap: Normative Considerations," in Robert L. Phillips and Maxwell R. Thurman, eds., Future Soldiers and the Quality Imperative: The Army 2010 Conference, (Ft. Knox, Ken.: U.S. Army Recruiting Command,) pp. 381-396.

1996   "Affirmative Action in the Army: Why It Works," in George E. Curry, ed., The Affirmative Action Debate, (N.Y.: Addison-Wesley) pp. 227-238.

1996   "De Relaties Tussen Hulpverleners, Militairen en Pers Tudens Nieuwe Missies," Mattschappij Krijgsmacht, October 1996, pp, 12-16.

1997   "The Army's Success," in Chester Hartman, ed., Double Exposure: Poverty and Race in America, (Armonk, N.Y.: M.E. Sharpe), pp. 182-184.

1997   "Foreword," to William H. McMichael, The Story of the U.S. Navy's Tailhook Scandal: The Mother of All Hooks, New Brunswick, (N.J.: Transaction,) pp. xi-xvi.

1997   "Civil-Military Relations After the Cold War," in Anton A. Bebler, ed., Civil-Military Relations in Post-Communist States, (Westport, Conn.: Greenwood), pp. 25-35. [with John A. Williams]

1997   "De Amerkiaanse 'Task Force Eagle' in Bosnie," Mattschappij Krijgsmacht, April 1997, pp. 3-9. [Trans. J. van der Meulen]

1997   "Foreword," to Carl L. Peterson, Jr., Avoidance and Evasion of Military Service: An American History 1626-1973 (San Francisco: International Scholars), pp. i-v.

1998   "Black Leadership and Racial Integration: Army Lessons for American Society," in Christopher G. Ellison and W. Allen Martin, eds., Race and Ethnic Relations in the United States: Readings for the 21st Century (Los Angeles: Roxbury Publishing Co.), pp. 45-54. [with John Sibley Butler]

1998   "Sistemi militari post-moderni in una prospettiva comparata", Rivista di Scienza dell' Amministrazione, n.3-4, pp. 29-36. [Trans. by F. Battisetelli]

1999   "Overcoming Race: Army Lessons for American Society," in Phyllis Moen, Donna Dempster-McClain and Henry Walker, eds., A Nation Divided: Diversity, Inequality and Community in American Society, (Ithaca, N.Y.: Cornell University Press), pp. 189-208. [with John Sibley Butler]

1999    "The Military," in Leena Parmar, ed., <u>Military Sociology: Global Perspectives</u> (Jaipur and New Delhi: Rawat Publications), pp. 35-50.

1999    "Diversity in the Armed Forces of the United States," in Joseph Soeters and Jan van der Meulen, eds., <u>Managing Diversity in the Armed Forces: Experiences from Nine Countries</u> (Netherlands: Tilburg University Press, pp. 13-32.

2000    "The New Cold War: Confronting Social Issues in the Military," in H. William Brands, ed., <u>The Use of Force After the Cold War</u>," (College Station: Texas A&M University Press), pp. 178-199.

2000    "Towards a Postmodern Military?" in Stuart Cohen, ed., <u>Democratic Societies and Their Armed Forces: Israel in Comparative Context</u> (England: Frank Cass), pp. 3-26.

2001    "Labor Force Trends: The Military as Data," in Neil J. Smelser, William Julius Wilson, and Faith Mitchell, eds., <u>America Becoming: Racial Trends and Their Consequences</u> (Washington, D.C.: National Academy Press, pp. 174-189. (with John Sibley Butler)

2001    "What Ails the All-Volunteer Force: An Institutional Perspective," <u>Parameters</u>, Vol. 31, No. 2 (summer), pp. 29-47.

        to be reprinted in <u>The Evolution of the All-Volunteer Force</u> (Rand Corporation)

2001    "Towards a Postmodern Military?," in Stuart Cohen, ed., <u>Israel and Her Army</u> (Israel: Bar-Elan University Press, 213-232.

        reprinted as" "Military and Society," <u>Democratic Culture</u>, Vol. 4, No. 5, 2001, pp. 132-143. (in Hebrew)

2002    "Blacks in the Army," in Leena Parmar, ed., <u>Armed Forces and the Intrrnational Diversities</u> (Jaipur, India: Pointer Publishers,) pp. 67-81.

2002    "Reviving the Citizen-Soldier, " <u>The Public Interest</u>, Spring 2002, pp. 76-85.

2002    "Preface" to Omar Guiterrez Valdebenito, <u>Sociologia Militar</u> (Santiago, Chile: Excelsior), pp. 15-18.

2002    "Military Sociology," in Neil J. Smelser and Paul B. Baltes, eds., <u>International Encyclopedia of the Social and Behavioral Sciences</u> (England: Elsevier), pp. 462-484.

2003    "Patriotism-Lite Meets the Citizen-Soldier," in E.J. Dionne, Kayla Drugosz, and Robert Litan, eds., <u>United We Serve</u> (Washington, D.C.: Brookings Institution Press, pp. 33-42.

2003    "Introduction," in Jean M. Callaghan and Franz Kernic, eds., <u>Armed Forces and International Security: Global Trends and Issues</u> (Piscataway, N.J.: Transaction, 2003), pp. 5-9.

2004    "Conclusion," in Marie Vlachova and Ljubica Jelusic, eds., <u>Military-Society Relations in the Countries of Transition</u> (in press)

## Publications: *National Service*

1971    "The Social Equivalent of Military Service," <u>Teachers College Record</u>, Vol. 73, No. 1, pp. 7-12.

1977    "National Service and Sociologists," The Wisconsin Sociologist, Vol. 14, No 1, pp. 306.

1979    "National Service and the All-Volunteer Force," Society, Vol. 17, No. 1, pp. 306.

   Reprinted in American Association for Higher Education Bulletin, Vol. 32, No. 4 (December, 1979), pp. 11-12.

   Reprinted in Army, April, 1979, pp. 9-11.

1981    "Making the All-Volunteer Force Work: A National Service Approach," Foreign Affairs, Vol. 60, No. 1 (Fall), pp. 17-34.

1982    "Beyond the Marketplace: National Service and the AVF," in Andrew J. Goodpaster, Lloyd H. Elliott, and J. Allan Hovery, Jr., eds., Towards a Consensus on Military Service, (N.Y.: Pergamon Press), pp. 131-151.  (With John Faris.)

1982    "Racial and Educational Composition of the All-Volunteer Army," in Winson Van Horne, ed., Ethnicity and Public Policy  (Madison: University of Wisconsin). pp. 121-133.

1985    "Citizen Soldier and National Service," in Gerald Suttles and Mayor N. Zald, eds., The Challenge of Social Control, (Norwood, N.J.: Ablex), pp. 149-160.

1988    "Military Manpower and National Service," in Joseph Kreuzel, ed., American Defense Annual, (Lexington, Mass: Lexington Books), pp. 157-170

1990    "National Service and Its Enemies," in Williamson Evers, ed., National Service: Pro and Con, (Stanford, Calif: Hoover Institution Press), pp. 191-208.

1990    "National Service:  Needed and American," Orbis, Vol. 34, No. 3, pp. 385-391.

   Reprinted as "Rebuttal:  Necessary and American," in T. Swatz and F. Bonello, eds., Taking Sides:  Clashing Views on Controversial Economic Issues, (Guilford, Conn.: Dushkin), 1993, pp. 224-235.

1992    "A Civilian GI Bill:  Balancing Rights and Responsibilities," in Will Marshal and Martin Schram, eds. Mandate for Change, (N.Y.: Berkeley Books), pp. 143-151.

1999    "National Service," in John W. Chambers, ed., Oxford Companion to American Military History, (N.Y.: Oxford University Press),  pp. 475.

**Publications: *Political Sociology***

1964    "West Indian Nationalism," New Society, No. 69, pp. 16-18. (With Wendell Bell)

   Reprinted in Kimball Young and Raymond Mack, eds., Principals of Sociology, (N.Y.: American Book Co., 1965), pp. 326-331; and 1968, pp. 387-393.

1964    "Emergent Caribbean Nations Face the Outside World," Social Problems, Vol. 12, No. 1, p. 24-41. (With Wendell Bell)

   Translated into Spanish and reprinted as "Igualidad, Democracia y Guerra Fria in la Zona Britanica del Caribe," Revista de Estudios Politicos, No. 136 (1964), pp. 125-155.

1964    "Attitudes Towards Democracy Among Leaders in Four Emergent Nations," British Journal of Sociology, Vol. 15, No. 4, pp. 317-337.  (With Wendell Bell.)

Reprinted in Irving Louis Horowitz, ed., Studies in Comparative Development, St. Louis: Washington University, 1965, pp. 217-228.

Reprinted in Marie Jahoda and Neil Warren, eds., Attitudes: Selected Readings, (N.Y.: Penguin Books, 1966), pp. 55-74.

1965    "From Monarchy to Communism:  The Social Transformation of the Albanian Elite," in Herbert Barringer, George I. Blanksten, eds., Social Change in Developing Areas, (Cambridge Mass.: Schenkman), pp. 205-221.

Translated into Spanish and reprinted as "de la Monarquia al Coumunismo:  la tranformacion social de la elite albanese," in Barringer, et al., Cambios Sociales en Regiones en Desarrollo, (Mexico City:. Editorial Robles, 1968), pp. 229-245.

1965    "Some Implications of Equality for Political, Economic, and Social Development," International Review of Community Development, No. 13-14, pp. 219-246. (with W. Bell)

Reprinted as "Political Attitudes and New Nations: Examples from the British Caribbean," in Carolyn W. and Muzafer Sherif, eds., Attitude, Ego-Involvement and Change, (Cambridge Mass., Schenkman), 1965, pp. 205-221.

1965    "Cultural Unity and Diversity in New States," Teachers College Record, Vol. 66, No. 8, pp. 679-694.  (With Wendell Bell)

1967    "Attitudes Toward Political Independence," in Wendell Bell, ed., The Democratic Revolution in the West Indies, (Cambridge, MA:  Schenkman), pp. 49-67.  (With Wendell Bell)

1967    "Attitudes Toward Democracy," Ibid., pp. 68-85.  (With Wendell Bell)

1967    "Attitudes Toward Global Alignments," Ibid., pp. 86-99. (With Wendell Bell)

1967    "Attitudes Toward Equality," Ibid., pp. 100-114.  (With Wendell Bell)

1967    "Emerging Nations and Ideologies of American Social Scientists," The American Sociologist, Vol. 2, No. 2, pp. 67-72.  (With Wendell Bell)

1968    "Research in the Third World," Transaction, Vol. 5, No. 7, pp. 2-8.

Reprinted in Irving L. Horowitz and Charles Nandry, eds., Sociological Realities II, N.Y.: Harper and Row, 1975, pp. 405-412.

1968    "Personal Remarks on Sociological Research the Third World," American Behavioral Scientist, Vol. 12, No. 1, pp. 26-30.

Reprinted in Irving L. Horowitz, ed., Sociological Self-Images: A Collective Portrait, (Beverly Hills, Calif: Sage), 1969, pp. 101-116.

Reprinted in Patricia Golden, ed., The Research Experience, (Itasca, Ill: Peacock, 1976), pp. 128-138.

1974    "The Concept of the Military-Industrial Complex:  Radical Critique or Liberal Bogey," Social Problems, Vol. 21, No. 4, pp. 498-512.

Reprinted in somewhat different form as "The Military-Industrial Complex:  Theoretical Antecedents and Conceptual Contradictions," Sam C. Sarkesian ed., The Military-Industrial Complex, (Beverly Hills, Calif: Sage, 1976), pp. 3-23.

1980    "Who Remembers the Armenians?" review essay in Contemporary Sociology, Vol. 9, No. 4 (July), pp. 493-495.

## Publications: Greek-American Studies

1971    "The Breakdown of Parliamentary Democracy in Greece, 1965-1967," Epitheorisis Koinonikon Erevnon [The Greek Journal of Social Research], Vol. 7-8, pp. 3-15.

1973    Review of monographs on the sociology of Greek Americans, Contemporary Sociology, Vol. 2, No. 1, pp. 82-83.

Reprinted as "The Sociology of Greek Americans," Epitheorisis Koinonikon Erevnon [The Greek Journal of Social Research], Vol. 14, 1973, pp. 210-211.

Reprinted in Hellenic Chronicle, Feb. 22, 1973, p. 8.

1974    "Spiro Agnew and Greek Americans:  A Hero's Rise and Fall," Chicago Tribune, April 25, p. 22.

Reprinted in Athens News, June 12, 1974, p. 7.

1976    "The Greek Experience in America," Balkan Studies, Vol. 17, No. 2, pp. 391-396.

1977    "Growing Up Greek American," Society, Vol. 14, No. 2, pp. 64-71.

Reprinted in Jeanne Guillemin, ed., Anthropological Realities, (New Brunswick, N.J.: Transaction, 1981), pp. 387-400.

1978    "Greek Americans," E Kypros Mas, August, pp. 22-33.

1980    "Greeks Abroad: A Comparative Survey," E Kypros Mas, August, pp. 14-21.

1980    "Theodore Saloutos: An Appreciation," Hellenic Journal, Dec. 25, pp. 10-12.

1982    "Greek-American Studies," in Harry J. Psomiades and Alice Scourby, eds., The Greek American Community in Transition, (N.Y.: Pella), pp. 17-64.

1983    "Greek Orthodox Youth Today: A Sociological Perspective," in N. Michael Vaporis, ed., Greek Orthodox Youth Today, (Brookline, Mass.: Holy Cross Press), pp. 11-36.

1985    "Hellenic Letters and Their Impact on Greek-American Studies," in Fotios K. Litsas, ed., Essays in Tribute to Hellenic Letters, (Chicago: Modern Greek Studies Series), pp. 195-200.

1985    "The Greek American Mosaic," Greek Accent, July/August, pp. 28-32.

Reprinted in The National Herald, Jun. 9-10, 2001, p. 6.

1986  "Remembering Saloutos," Greek Accent, July/August, pp. 11,48.

1987  "Georgakas on Greek Americans: A Response," The Greek American, Jan. 17, pp. 7, 11.

Reprinted in Journal of the Hellenic Diaspora, Vol. 14 (1987), Spring/Summer, pp. 55-62.

1988  Review of Aimilia-Emily: Georgios-George by Helen Z. Papanikolas in Theofanis G. Stavrou, ed., Modern Greek Studies Yearbook, Vol. 3, 1987, pp. 397-399.

1989  "Greeks" in William Ferris and Charles Wilson, eds., Encyclopedia of Southern Culture, (Chapel Hill, N.C.: University of North Carolina Press), pp. 322-323.

1989  "The Modern Greek Orthodox Church in American," Journal of Modern Hellenism, No. 6, p. 9-17.

1989  "Archdiocesan Theological Agenda: Social Realities," in Greek Orthodox Theological Review, Vol. 34, No. 3 (Fall), pp. 300-306.

1989  "Greek America in the 1980s," The Greek American, December 23-30, pp. 4-5.

1992  "Greek Americans in Politics," The AHI Network News (Fall), pp. 1-2.

1993  "Faith, Language, and Culture," in Steven J. Sfikas and George E. Matsoukas, eds., Project for Orthodox Renewal, (Chicago: Orthodox Christian Laity), pp. 17-32.

Reprinted in Greek America, Vol. 3, No. 10 (Nov., 1997), pp. 29-30.

Reprinted in The Greek Star, April 16, 1998, pp. 16-17.

1997  "Greeks," in David Levinson and Melvin Ember, eds., American Immigrant Cultures (N.Y.: Simon and Schuster Macmillan, 1997), pp. 334-342.

1997  "The Future of Hellenism in America," Ahepan Magazine, summer, pp. 11-12.

1999  "The Greeks in the United States," in Richard Clogg, ed., The Greek Diaspora in the Twentieth Century (Oxford: Oxford University Press), pp. 103-119.

1999  "The Greek American Community in the Year 2020: Will It Still Exist?," National Herald, Nov. 6-7, p. 11.

2000  "Then and Now: A Millennial Chronology of Greek America," The Greek American, Feb. 4, pp. 16-17.

2000  "Introduction," to Nikos Kazantzakis, The Greek Passion (New Brunswick, N.J.: Transaction), pp. vii-x.

2001  "The Greek American Mosaic, " in Antonis H. Diamataris, ed., The Greeks: The Triumphant Journey (N.Y. National Herald) , pp. 141-146.

2002  "Greek American Studies," in Spyros D. Orfanos, ed., Reading Greek America (N.Y.: Pella) pp. 23-62.

2002    "The Greek Orthodox Church in America," in Spyros D. Orfanos, ed., <u>Reading Greek America</u> (N.Y. Pella), pp. 85-97.

2003    "The Greek American Community: Past Achievements and Future Opportunities," in Theodore Couloumbis ,Theodore Kariotis and Fotini Bellou, eds., <u>Greece in the 20th Century</u> (London: Cass),  pp. 294-307.

2003    "Helen Zeese Papanikolas: An Appreciation," <u>Journal of the Hellenic Diaspora</u>, Vol. 29-2, pp. 89-90.

## Articles in Magazines and Newspapers:

1964    "Can Jagan Hold On?" <u>The New Republic</u>, March 21, pp. 10-11.

1966    "Racial Integration in the Army, <u>Army</u>, August, pp. 50-54.

1967    "A Sociologist Appraises the G.I.," <u>New York Times Magazine</u>, Sept. 24, pp. 32 ff.

Reprinted in abridged form and translated into German as "Die Heldon wollen nach Hause," <u>Der Stern</u>, Nov. 19, 1967, pp. 9-12.

Reprinted in Office of Military Psychology, <u>Readings in Leadership</u>, (West Point: U.S. Military Academy, 1968) pp. 265-271.

Reprinted in Department of Behavioral Science, <u>Readings in Leadership</u>, (Annapolis: U.S. Naval Academy, 1971), pp. 319-328.

Reprinted as "The Combat G.I.," in Leland D. Baldwin, ed., <u>The Flavor of the Past</u>, (N.Y: American Book Co., 1969), pp. 493-496.

Reprinted in U.S. Army Infantry School, <u>Selected Readings in Modern Leadership</u>, Fort Benning, Ga., 1971, pp. 2-7.

Reprinted in Nicholas Salerno and Daniel Jayer, eds., <u>Literature for Composition</u>, (Cambridge, Mass.: Winthrop Press, 1972), pp. 364-371.

1970    "U.S. Military Made Scapegoat for Vietnam," Sunday Section, <u>Washington Post</u>, August 30. Reprinted widely in newspapers throughout the United States.

Reprinted as "My Lai and the U.S. Military," in Edwin Knoll and Judith McFadden, eds., <u>War Crimes and the American Conscience</u>, (N.Y.: Holt, Rinehart and Winston, 1970), pp. 175-181.

Reprinted in Allan R. Millett, ed., <u>A Short History of the Vietnam War</u>, (Bloomington: Indiana University Press, 1978), pp. 84-89.

1973    "Coping in Europe: Shorter Tours May be One Answer," <u>Army</u>, November, pp. 12-15.

1976    "Recruiting an All-Volunteer Army," <u>Army Times</u>, October. 4, pp. 15.

1977    "National Service Before a Federal Job?" <u>Chicago Sun-Times</u>, March 6, p. 12.

1978    "Compensation and the Military Institution," <u>Air Force</u>, April, pp. 31-35.

1979    "National Service and the All-Volunteer Force," <u>Chicago Tribune</u>, July 17 and 18.

1981    "The Second Division in Korea: The Last Best Place to Soldier," <u>Army Times</u>, Jan. 19, p. 23.

1981    "Education as Inducement to All-Volunteer Military," <u>Washington Star</u>, April 5. pp. G1, G4.

1983    "Overpaid Recruits, Underpaid Sergeants," <u>Washington Post-Los Angeles Times Syndicate</u>, February 23.

1985    "Leave Military Retire Alone, Cut Retirees," <u>Washington Post-Los Angeles Times Syndicate</u>, March 5.

1986    "Success Story: Blacks in the Army," <u>Atlantic Monthly</u>, May, pp. 64-72.

1987    "Ponape Notebook: Army Civic Action," <u>Army Times</u>, Jan. 5, p. 14.

1987    "Truk Notebook: Air Force Civic Action, <u>Air Force Times</u>, February 2, p. 16.

1988    "To Raise an Army," <u>Washington Monthly</u>, May, pp. 58-59.

1988    "National Service: A Workable Plan," <u>Atlanta Journal and Constitution</u>, October 30, p. 10.

1989    "Does America Need a 'G.I. Bill' for Youth? <u>New York Times</u>, April 15, p. 15.

1989    "The Expectant Generation," <u>Chicago Tribune</u>, July 24, p. 9.

1989    "Evitar que Fuerzas Armadas tengan monopolio sobre los valores institucionales," <u>El Dia</u> (Montevideo, Uruguay, August. 25, p. 8.

1990    "Comparing U.S. and NATO Reserve Forces," <u>National Guard</u>, Jan. pp. 22-25.

1990    "Women in Combat," <u>Washington Post</u>, February 4, p. 24 .

1990    "Inside a Soviet War College," <u>Army Times</u>, March 5, p. 21.

1990    "Army Women," <u>Atlantic Monthly</u>, August, pp. 70-78.

Reprinted in <u>Army Times</u>, October 29, 1990, pp. 29-30.

Reprinted in <u>Dilemmas of War and Peace</u> (audio-print course) produced by Annenberg/CPB of the University of Wisconsin Extension.

Translated into Thai and reprinted in <u>Seripharb</u>, March, 1991, pp. 26-32.

Reprinted in Hugh Lena, ed., <u>Contemporary Issues</u>, N.Y.: McGraw-Hill, 1991, pp. 126-132.

Reprinted in Carol Wekesser and Matthew Polestsky, eds., <u>Women in the Military</u>, (San Diego: Greenhaven Press, 1991), pp. 107-116.

Reprinted in E.A. Blacksmith, ed., <u>Women in the Military</u>, (N.Y.: H.W. Wilson, 1992), pp. 40-54.

1991    "Gulf Troops Welcome Isn't a Slap at Vietnam Vets," <u>Chicago Tribune</u>, April 1, p. 13.

Reprinted as "Overreaction to Gulf Soldiers Harks to Vietnam," <u>Army Times</u>, April 15, 1991, p. 23.

1991    "Minorities and the Military," <u>Washington Post</u>, Jan.19, p. A13.

1991    "How Do They Do It?  Why the Military is the Only Truly Integrated Institution in America," <u>The New Republic</u>, August 5, 1991, pp. 16-20. (cover story)

1992    "Don't Ignore Good Reasons for Homosexual Ban," <u>Army Times</u>, March 16, 1992, p. 31.

1992    "An Era Ends for GIs in Germany," <u>Chicago Tribune</u>, Oct. 12. p. 13 .

Translated into German and reprinted as "Das Ende einer Aera für dies US-Armee in Deutschland," in <u>Information für die Truppe</u>, Jan., 1993, pp. 12-13.  (trans. E. Lippert)

Translated into German and reprinted as "Sternenbanner eingeholt," <u>Streitkräfte und Friedenssicherung</u>, March, 1993, p. 1-3.

1993    "Soldiering:  Not an Adventure in Social Engineering," <u>Washington Post</u>, January 31, (Feature article in "Outlook" section), p. C1.

Reprinted in Peter Kivisto, <u>Exploring the Social: Readings in Contemporary Sociology</u>, (High Bridge, NJ , 2000, in press.

1993    "Solving Clinton's Military Problem," <u>Chicago Tribune</u>, April 20, p. 19.

1994    "The New Army: Loving It and Leaving It," <u>Chicago Tribune</u>, April 13, p. 21.

1994    "Able Sentry Shows Peacekeeping's Changing Face," <u>Army Times</u>, Oct. 10, p. 41.

1995    "Building a Constituency for National Service," <u>Chicago Tribune</u>, March 14, p. 15.

1995     "Affirmative Action: The Army 's Success," <u>Washington Post</u>, March 15, p.19.

Reprinted in slightly revised form  as "Affirmative Action: The Army Experience," in <u>The New Democrat</u>,  May/June 1995, pp.  22-23.

1995     "Grave Decision: When Americans Feel More at Ease Accepting the Casualties of  War," <u>Chicago Tribune</u>, Dec. 12, p. 25.

1996     "The Army's Aberdeen Is Not the Navy's Tailhook," <u>Wall Street Journal</u>, Nov. 14, p. A20.

Reprinted in <u>Army Times</u>, Dec. 2, p. 54.

1996    "Good Army," <u>Chicago Tribune</u>, Nov. 21, p. 31. [with John Sibley Butler]

Reprinted as "Take a Cue from the Army," in <u>Army Times</u>, Dec. 9, 1996, p. 54.

1997    "A Female Chain of Complaint for the Army," <u>Chicago Tribune</u>, Apr. 9, p. 23.

Reprinted as "An All-Female Chain of Complaint," <u>Army Times</u>, Apr 14, p. 55.

1997    "Smart Rules for Soldiers and Sex: Why the Military Cares About Adultery, But Doesn't Punish Everyone," Washington Post, June 8, (Feature article in "Outlook" section), pp. C1, C6

Reprinted in abridged form as "From the Real to the Ridiculous," International Herald Tribune, June 11, 1997, p. 11.

1997    "How to Clean Up Foreign Militaries: Subsidize and Control Their Pay and Pensions," U.S. News & World Report, Dec. 29, 1997, pp. 51-53.

1998    "The Folly of Comparing Race and Gender in the Army," Washington Post, Jan. 4, (Feature article in "Outlook" section) pp. C1, C5.

reprinted as "Gender and Race Do Not Compare," Army Times, Jan. 19, 1998, p. 50.

1998    "Racial Integration the Army Way," Army, July, pp. 28-32

1998    "Lessons on Race from the Army," Chicago Tribune, July 26, p. 15.

1998    "High Standards Bring Respect to Troops in Bosnia," Stars and Stripes, Oct. 4, p. 15.

1999    "Task Force Eagle," Army, February, pp. 40-45. [with Laura Miller]

1999    "Short-Term Soldiers," Washington Post, March 8, p. A19.

1999    "Racial Progress: The Many, The Proud," Blueprint, fall, pp. 65-66.

1999    "Don't Knock 'Don't Ask, Don't Tell'," Wall Street Journal, Dec. 16, 1999, p. A22.

2000    "Pro/Con: Should the United States Reinstate the Draft? Yes," The Retired Officer Magazine, July , pp.33-35.

2000    "Suffering in Silence," Washington Post, July 18, p. A23. (with Michelle Benecke).

2000    "From College to Kosovo," Wall Street Journal, Aug. 25, p. A14.

Reprinted in Jerusalem Post, Aug. 27, 2000, p. 8.

2001    "Peacekeeping Improves Combat Readiness," Wall Street Journal, Apr. 26, p. A20.

Reprinted in Stars and Stripes, May 24, 2001, p. 19.

Reprinted in Army Times, June 4, 2001, p. 54.

Translated into German as "Peacekeeping verbessert dies Kampfbereitschaft," Allgemeine Schweizerische Militaezeitschrfit, Jan. 1, 2002, p. 21.

2001    "Will the Silent Generation Speak Up?" The Dawg, Albuquerque High School Alumni Newsletter, summer/fall, p. 5.

2001    "This Time, a Draft for the Home Front Too," Washington Post, "Outllook", Nov. 4, p. B1. (with Paul Glastris)

2001    "Now Do You Believe We Need a Draft?" Washington Monthly, Nov., pp. 9-11.

(with Paul Glastris)

2001    "Time to Bring Back the Draft?" The American Enterprise, Dec., pp. 16-17.

2002    "Our Will to Fight Depends on Who Is Willing to Die," Wall Street Journal, Mar. 20, p. A22.

2003    "A New Kind of Draft for the 21st Century," Boston Globe, Feb. 9, p. D12.

2003    "Restoring Draft Would Improve Military on All Fronts," Atlanta Journal-Constitution, Feb. 9, pp. F1.

2003    "Greece, America, and the War In Iraq." (in Greek) Elefetheros Typos, May 25, p. 14.

2003    "What the Iraq War Means for Greece, Cyprus and Turkey," The National Herald, Jul 26-27, p. 11.

        Translated into Greek and reprinted in Ethnikos Kyrix, Aug 3, p. 8.

2003    "Don't Ask, Don't Tell, The Law Works – And Here's Why", Army Times, Oct. 27, p. 54.

2004    "Should the Draft Be Reinstated?" Forum, Time, Dec. 29-Jan.5. pp. 101-102.