# Exhibit P



EXHIBIT #159
Pinkerton
March 29, 2006

# WRITTEN TESTIMONY OF JAMES P. PINKERTON

My name is Jim Pinkerton. My current address is 1600 N. Oak St. #1817, Rosslyn, VA 22209. Perkins Coie LLP, acting as attorneys for the Democratic Leadership Council, Inc. ("DLC"), has asked me to prepare expert opinions and prepare expert testimony regarding the role of the DLC during calendar years 1997, 1998, and 1999. It is my understanding that this testimony will support DLC's suit against the Internal Revenue Service for revocation of DLC's tax-exempt status under section 501(c)(4) of the Internal Revenue Code.

## I.  Background and Qualifications

I have lived and worked in Washington DC continuously since 1980—all the while engaged in partisan politics, think-tankery, and journalism. I have participated in political campaigns, and I have worked for Republican presidents in the White House. I believe that I have a detailed understanding of the role that the Democratic Leadership Council plays in Washington, D.C. within the realm of policy debate and discussion.

## II.  Opinion

The role of DLC is two-fold:

*First*, to be an intellectual counterweight to the dominant liberal-left orthodoxy inside the Democratic Party;

*Second*, reaching out to centrists of all stripes, the DLC wishes to build up a consensus for "New Democrat" policies that will, the DLC hopes, capture both the Democratic Party and also the country.

The DLC has enjoyed the sponsorship of high-level Democrats, and its espousal of progressive position, as it terms them, encourages the alliance that it has established with senior Democratic officials. It is committed to the broadest sphere of influence, beyond just Democrats, if it is to succeed in its missions, which is to change the direction of national policy as a whole.

Which is why, even now, the DLC emphasizes the centrist success of Bill Clinton—not with hopes of electing him to anything, and not with any seeming great affection for his wife—but with an eye toward reminding Democrats that centrist "third way" policies actually win elections, by attracting Independents and even Republicans, as clearly Clinton did, viz his numbers in traditionally Republican suburbs all across the Mid-Atlantic and Midwest.

Those who know the work of the DLC and its place within the national public policy community understand that its mission is best understood through the leading public intellectuals and scholars visibly, and over many years, associated with it. I have worked closely with a number of them, and can testify to their roles with DLC, which are characterized by a commitment to nonpartisanship policy development and promotion.

That's the impulse I see in all the DLCers I have known over the years—Al From, Will Marshall, Elaine Kamarck, Bill Galston, Rob Shapiro, Bruce Reed, Fred Siegel, Joel Kotkin, and Marshall Wittmann. I have little doubt, for example, that if at least some of these folks had ever been faced a hard binary choice between fellow Democrat Howard Dean getting elected president in 2004 and seeing George W. Bush re-elected, they would have preferred to see the Republican win. That's not partisanship, that's belief. And it's a big reason, of course, why the DLC is so at odds with the formal Democratic Party, and has been for a long time. As for Elaine Kamarck, I have known her since 1985: I don't think of her as partisan at all, but rather as someone who is genuinely interested in reforming and restructuring government; she and I were the co-chairs of the informal "New Paradigm Society" in the early 90s. And she helped the DLC magazine excerpt an entire chapter of my book, c. 1995. That book, by the way, *What Comes Next: The End of Big Government—And the New Paradigm Ahead*, featured blurbs from Elaine and also from Rob Shapiro. And Elaine still assigns that chapter to her class at the Kennedy School at Harvard.

Bill Galston, whom I have known for at least 15 years, is, in my mind, an Amitai Etzioni-like Communitarian first, and a Democrat second—or maybe fifth. As for Will Marshall, who has been my featured guest, over the last decade, at several book-luncheons I have hosted on behalf of the Herbert Quandt Stiftung here in DC, makes no bones that he has an intellectual/ideological vision that takes precedence over partisanship. Similarly, Bruce Reed: I happened to be in a joint appearance with him at a class recently at Georgetown University, in which he embraced the Iraq war while I opposed it; once again, I think of them as intellectuals first, ideologues second, and partisans third. Indeed, I would be hard-pressed to think of anything nice that Fred Siegel has said about all but a handful of Democrats of the last couple decades—Fred's most recent book was a warm biography of Republican Rudy Giuliani. Joel Kotkin, who is also a colleague of mine at the New America Foundation, was an early and enthusiastic booster of Arnold Schwarzenegger's gubernatorial candidacy and is open in his scorn for traditional "paleo-liberalism." And Marshall Wittmann, so far as I know, is still a Republican.

I am told that examples of perfectly legal C4 organizations are the National Rifle Association and the Log Cabin Republicans ("LCR"). So I might further

compare what I know about those two groups to what I know of the DLC. The NRA, of course, is highly ideological on behalf of guns and gun rights. And while I have no doubt that the bulk of NRA members are Republicans, they unfailingly make room for Democrats and for others who are good on "their issue." In fact, NRA-ers are always happy when they can show that they are "ecumenical" on behalf of gun "believers."

As for the LCR, I am not aware that they do any outreach to Democrats—other than the fact that a lot of them defected away from Bush and the GOP in 2004 and voted for John Kerry.

To sum up: I think that the DLC falls squarely in the camp of those motivated by belief and ideas, as opposed to partisanship and electioneering. In that sense, I think it sits snugly alongside the NRA and the LCR in terms of activity and behavior.

Signed,

_____
Jim Pinkerton

### III. Resume of James P. Pinkerton

Columnist for *Newsday*. Columnist for TechCentralStation.com. Contributing Editor, *The American Conservative*. Contributor, Fox News Channel, since 1996; regular panelist on "Fox News Watch." Fellow, New America Foundation, Washington DC. Fellow, Free Enterprise Fund, Washington DC

Writings have also been published in *The New York Times, The Washington Post, The Wall Street Journal, USA Today; The Los Angeles Times, The Washington Times, National Review, Foreign Affairs, Fortune, The New Republic, The Atlantic Monthly, Prospect, The American Prospect, The New Democrat/Blueprint, Government Executive, The Jerusalem Post, United Press International, American Conservative, Space.com, Slate.com, Salon.com, Voter.com, Foxnews.com, Jewish World Review.com, Wilson Quarterly, The Jordan Star, The Globalist, Houston Chronicle, The Huffington Post, George*, many others.

Lecturer, Graduate School of Political Management at The George Washington University.

First book, *What Comes Next: The End of Big Government--and the New Paradigm Ahead* for Hyperion, published in 1995.

A list of publications can be found at http://www.newamerica.net/index.cfm?pg=Publications&SecID=30&contactID=13.

**Past Experience**

1992 -- Counselor, Bush-Quayle '92 campaign.

1989-92 -- Deputy Assistant to President George H.W. Bush for Policy Planning.

1985-88 -- Director of Research for Vice President George H.W. Bush's multi-candidate political action committee, the Fund for America's Future, and the George Bush for President and Bush-Quayle '88 campaigns.

1983-84 -- Political Staff Director, Reagan-Bush '84.

1982-83 -- Director of Research, Office of Political Affairs, the White House.

1981-82 -- Policy Analyst, Office of Policy Development, the White House.

1979-80 -- Policy Analyst, Reagan for President and Reagan-Bush campaigns.

**Personal**

1980 -- BA, Stanford University, political science.