IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | NO.  1:05-cv-1067 (JGP) |

**NOTICE OF FILING OF EXHIBITS A-Q IN SUPPORT OF
PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiff Democratic Leadership Council, Inc. hereby notifies the Court and Defendant that under LCvR 5.4(e), because Plaintiff's exhibits exceed 500 pages, Plaintiff will file Exhibits A-Q in support of Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment by mail and hand delivery.

Respectfully Submitted,

Dated August 15, 2006     _____/s/_____
Robert F. Bauer (D.C. Bar No. 938902)
Marc E. Elias (D.C. Bar No. 442007)
Ezra W. Reese (D.C. Bar No. 487760)
PERKINS COIE LLP
607 Fourteenth Street, N.W.
Washington, D.C.  20005-2011
(202) 628-6600

Attorneys for Democratic Leadership Council, Inc.