IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DEMOCRATIC LEADERSHIP COUNCIL, INC.,

        Plaintiff,

  v.

UNITED STATES,

        Defendant.

No. 1:05-cv-1067 (JGP)

## PLAINTIFF'S CONSENT MOTION TO CANCEL STATUS CONFERENCE

Plaintiff Democratic Leadership Council, Inc., by and through its undersigned counsel, moves this Court to amend the scheduling Order entered May 10, 2006, to cancel the Status Conference scheduled for September 18, 2006. As grounds for this motion, the Plaintiff states as follows:

1. This Court's scheduling Order, entered on May 10, 2006, set the date of the Status Conference for September 18, 2006.

2. Subsequent to that Order, the Court granted Defendant's Agreed Motion to Extend Summary Judgment Deadline.

3. Both parties have submitted motions for summary judgment.

4. Neither party has issues it wishes to bring before the Court at this time, except those contained in motions already filed with the Court.

5. In accordance with LCvR 7, on September 11, 2006 the undersigned conferred with Defendant's counsel concerning this motion. Defendant's counsel advised the undersigned that he consented to the granting of this motion.

6. Accordingly, the Plaintiff respectfully requests that this Court grant this motion.

Respectfully Submitted,

Dated: September 12, 2006      _____
Ezra W. Reese (D.C. Bar No. 487760)
PERKINS COIE
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2011
(202) 628-6600

Attorney for Democratic Leadership Council, Inc.