IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>  Defendant. | No. 1:05-cv-1067 (JGP) |

## ORDER CANCELLING STATUS CONFERENCE

Upon consideration of Plaintiff's Consent Motion to Cancel Status Conference, and

The Court finding that good cause exists for the granting of said motion, it is

ORDERED that the Plaintiff's Consent Motion to Cancel Status Conference be and hereby is GRANTED; and it is further

ORDERED that the Status Conference currently scheduled for September 18, 2006 be cancelled.

It is so ORDERED.

JOHN GARRET PENN
United States District Judge