UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DEMOCRATIC LEADERSHIP** | ) | |
| **COUNCIL, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1067 (JGP) |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of the **United States Motion for Summary Judgment [#17]**, and the Democratic Leadership Council's **Motion for Summary Judgment [#18]** and **Motion to Strike Declaration of Taylor Lincoln [#24]**, it is hereby

**ORDERED** that the Motions are stayed pending oral argument. And it is further

**ORDERED** that oral argument shall be held on the United States Motion for Summary Judgment [#17], and the Democratic Leadership Council's Motion for Summary Judgment [#18] and Motion to Strike Declaration of Taylor Lincoln [#24] on **April 23, 2007 at 10:00 A.M.** in Courtroom 15.

**Date: March 19, 2007**                                      **JOHN GARRETT PENN**
                                                              **United States District Judge**