IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | No. 1:05-cv-1067 (JGP) |

**PLAINTIFF'S CONSENT MOTION TO RESCHEDULE ORAL ARGUMENT**

Plaintiff Democratic Leadership Council, Inc., by and through its undersigned counsel, moves this Court to amend the scheduling Order entered March 19, 2007, to reschedule the oral argument currently scheduled for April 23, 2007, to May 2, 2007. As grounds for this motion, the Plaintiff states as follows:

1. In accordance with LCvR 7, on March 26, 2007 the undersigned conferred with Defendant's counsel concerning this motion. Defendant's counsel advised the undersigned that he consented to the granting of this motion.

2. Accordingly, the Plaintiff respectfully requests that this Court grant this motion. Respectfully Submitted,

Dated March 27, 2007

                                            Ezra W. Reese (D.C. Bar No. 487760)
                                            PERKINS COIE
                                            607 Fourteenth Street, N.W.
                                            Washington, D.C. 20005-2011
                                            (202) 628-6600
                                            Attorney for Democratic Leadership Council, Inc