IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | No. 1:05-cv-1067 (JGP) |

## ORDER RESCHEDULING ORAL ARGUMENT

Upon consideration of Plaintiff's Consent Motion to Reschedule Oral Argument, and

The Court finding that good cause exists for the granting of said motion, it is

ORDERED that the Plaintiff's Consent Motion to Reschedule Status Conference be and hereby is GRANTED; and it is further

ORDERED that the Status Conference be rescheduled to May 2, 2007.

It is so ORDERED.

_____
JOHN GARRET PENN
United States District Judge