CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 05-1067 (LFO) |
| | ) | |
| USA | ) | Category     E |
| | ) | |
| Defendant | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 4, 2007</u> from <u>Judge John Garrett Penn</u> to <u>Judge Louis F. Oberdorfer</u> by direction of the Calendar Committee.

(Randomly reassigned)

                                          JUDGE ELLEN S. HUVELLE
                                          Chair, Calendar and Case
                                          Management Committee

cc:     <u>Judge Oberdorfer</u> & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk