CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Case Number 05-1067(LFO) |
| UNITED STATES OF AMERICA | ) | Category    E |
| Defendant | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 25 2007</u> from <u>Judge John Garrett Penn</u> to <u>Judge Louis F. Oberdorfer</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc: Judge Oberdorfer & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓