UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC. </br></br>　　　　Plaintiff, </br></br>　　　　v. </br></br>UNITED STATES OF AMERICA </br></br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br>Civil Action No. 05-1067 (LFO) |

## ORDER

For the reasons stated in the accompanying Memorandum and Opinion, it is this 4th day of April, 2008, hereby

**ORDERED**: that [dkt # 17] Defendant's Motion for Summary Judgment is **DENIED**; it is further

**ORDERED**: that [dkt # 18] Plaintiff's Motion for Summary Judgment is **GRANTED**; it is further

**ORDERED**: that **JUDGMENT** shall be entered for Plaintiff; it is further

**ORDERED**: that [dkt # 24] Plaintiff's Motion to Strike Declaration of Taylor Lincoln is **DENIED** as moot; and it is further

**ORDERED**: that on or before May 2, 2008, Plaintiff shall file a motion for interest and costs with supporting documentation. Defendant may respond on or before May 16, 2008. Plaintiff may reply on or before May 23, 2008.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE