UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC.<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　Defendant. | Civil Action No. 05-1067 (LFO) |

## **ORDER**

It is this 7th day of April, 2008, hereby

**ORDERED**: that the Order entered April 4, 2008 [dkt # 34], is amended to provide that Plaintiff's judgment is entered in the amount of $20,082.91.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE