UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRATIC LEADERSHIP COUNCIL, INC.

Plaintiff(s)

vs.                                                           Civil Action No.   1:05-cv-1067

UNITED STATES OF AMERICA

Defendant(s)

**FILED**

APR 7 2008

FINAL JUDGMENT

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

For the reasons set forth in the Court's Memorandum and Opinion, it is hereby

ORDERED that judgment for the Plaintiff in the amount of $20,082.91 is entered.

This is a final appealable order.  See Fed. R. App. P.4(a).

Dated at Washington, D.C.: April 7, 2008.

NANCY MAYER-WHITTINGTON
Clerk

By: _____
       Deputy Clerk