IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | NO. 1:05-cv-1067 (LFO) |

**PLAINTIFF'S MOTION FOR INTEREST ON JUDGMENT**

Plaintiff Democratic Leadership Council, Inc. moves that this Court award statutory interest. As grounds for its motion, Plaintiff states as follows:

1. On February 24, 2003, Plaintiff paid $5,510.24 for payment of tax assessed plus interest for the tax year 1997; and $6,985.82 for payment of tax assessed plus interest for the tax year 1998.

2. On April 16, 2003, Plaintiff paid additional amounts of $134.21 and $176.14 for interest accrued on the tax due for taxable years 1997 and 1998, respectively.

3. On March 22, 2004, Plaintiff paid $7276.50 for payment of tax assessed for the tax year 1999 plus interest.

4. On April 4, 2008, this Court issued an Order, as amended on April 7, 2008, entering judgment for Plaintiff in the amount of $20,082.91.

5. Overpayments to the Internal Revenue Service are calculated under Internal Revenue Code §§ 6621 and 6622.

WHEREFORE, Plaintiff respectfully prays that it be awarded statutory interest against the Defendant pursuant to I.R.C. §§ 6621 and 6622.

Plaintiff does not seek administrative and litigation costs and fees under I.R.C. § 7430 at this time.

                          Respectfully Submitted,

Dated April 30, 2008

_____/s/_____
Robert F. Bauer (D.C. Bar No. 938902)
_____/s/_____
Marc E. Elias (D.C. Bar No. 442007)
_____/s/_____
Ezra W. Reese (D.C. Bar No. 487760)
PERKINS COIE LLP
607 Fourteenth Street, N.W.
Washington, D.C.  20005-2011
(202) 628-6600

Attorneys for Democratic Leadership Council, Inc.