IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | NO. 1:05-cv-1067 (LFO) |

**PROPOSED ORDER ON PLAINTIFF'S MOTION FOR INTEREST ON JUDGMENT**

Upon consideration of Plaintiff's Motion for Interest on Judgment, and

The Court finding that good cause exists for the granting of said motion, it is

ORDERED that the Plaintiff's Motion for Interest on Judgment be and hereby is GRANTED; and it is further

ORDERED that Plaintiff be awarded statutory interest against the Defendant pursuant to I.R.C. §§ 6621 and 6622.

It is so ORDERED.

_____
LOUIS F. OBERDORFER
United States District Judge