IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:05-cv-1067 (LFO) |
| UNITED STATES, | ) ) | |
| Defendant. | ) | |

**UNITED STATES' RESPONSE TO PLAINTIFF'S
MOTION FOR INTEREST ON JUDGMENT**

By Order entered April 4, 2008, accompanying the Memorandum and Opinion denying the United States' motion for summary judgment and granting the plaintiff's motion for summary judgment, the Court ordered that "on or before May 2, 2008, Plaintiff shall file a motion for interest and costs with supporting documentation." (Docket No. 34).

On April 30, 2008, the plaintiff, the Democratic Leadership Council ("DLC"), filed the Plaintiff's Motion For Interest On Judgment ("Pl. Mot."). In support of said motion, the DLC states that "[o]n April 4, 2008, this Court issued an Order, as amended on April 7, 2008, entering judgment for Plaintiff in the amount of $20,082.91. (Pl. Mot. ¶ 4). Overpayments to the Internal Revenue Service are calculated under Internal Revenue Code §§ 6621 and 6622. (Pl. Mot. ¶ 5)." The DLC states that it "respectfully prays that it be awarded statutory interest against Defendant pursuant to I.R.C. §§ 6621 and 6622." (Plaintiff's Motion at 2). Finally, the DLC states that it "does not seek administrative and litigation costs and fees under I.R.C. § 7430 at this time." (Pl. Mot. at 2).

In this tax refund action, the DLC seeks a refund of income taxes assessed and collected by the Internal Revenue Service as a result of the Service's revocation of the DLC's tax exempt status under Section 501(c)(4) of the Internal Revenue Code (26 U.S.C.) for the years 1997, 1998, and 1999, in the total amount of $ 20,082.91, plus statutory interest.

If the Court determines, after exhaustion of all appeals, that the DLC has established that it is entitled to a refund of Federal income taxes for the years 1997, 1998, and 1999 in the amount of $ 20,082.91, in accordance with the Final Judgment entered on April 7, 2008 (Docket No. 37), the Internal Revenue Service will schedule an overpayment for the years 1997, 1998, and 1999 in the amount of $ 20,082.91, plus interest according to law pursuant to 26 U.S.C. § 6621 and 6622.

DATE: May 15, 2008.

Respectfully submitted,

/s/ Michael J. Martineau

MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6483
Email: michael.j.martineau@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2                                                    3253899.1

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that the foregoing UNITED STATES' RESPONSE TO

PLAINTIFF'S MOTION FOR INTEREST ON JUDGMENT was caused to be served upon the

following on the 15th day of May, 2008, in accordance with the Court's ECF Procedures.


ROBERT F. BAUER, ESQUIRE
MARC E. ELIAS, ESQUIRE
EZRA W. REESE, ESQUIRE
Perkins Coie
607 Fourteenth Street, N.W., Suite 800
Washington, D.C. 20005-2011
rbauer@perkinscoie.com


/s/ Michael J. Martineau
_____
MICHAEL J. MARTINEAU

3253899.1