UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP<br>COUNCIL, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | Civil Action No. 05-1067 (LFO) |

## ORDER

Upon consideration of Plaintiff's Motion for Interest on Judgment [dkt # 38], it is this 2nd day of June, 2008, hereby

ORDERED: that Plaintiff be awarded statutory interest against the Defendant pursuant to I.R.C. §§ 6621 and 6622.

IT IS SO ORDERED.

/s/
Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE