IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC LEADERSHIP COUNCIL, INC., ) ) | |
| Plaintiff, ) ) | |
| v. ) | No. 1:05-cv-1067 (LFO) |
| ) UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) | |

**NOTICE OF APPEAL**

NOTICE is hereby given that the defendant, the United States of America, appeals to the United States Court of Appeals for the District of Columbia Circuit from the Final Judgment entered on April 7, 2008.

DATE: June 5, 2008.

                                          Respectfully submitted,

                                          */s/ Michael J. Martineau*
                                          MICHAEL J. MARTINEAU
                                          Trial Attorney, Tax Division
                                          U. S. Department of Justice
                                          Post Office Box 227
                                          Washington, DC 20044
                                          Telephone: (202) 307-6483
                                          Email: michael.j.martineau@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney